EXHIBIT

16

| | |
|---|---|
| **To:** | Missy Shorey[missy@shoreypr.com] |
| **From:** | Shaun Cohen |
| **Sent:** | Mon 7/20/2015 5:04:19 PM |
| **Importance:** | Normal |
| **Subject:** | Check Out our EB July Deals -They Work While You Play |

July is Going Fast - Calls While There's Still Time!

To view this email as a web page, go here.

480-large-2-2-EBF-temp-logo-300dpi


Missy, EquityBuild Finance private mortgage notes go fast - don't get left behind.

We're adding 1 1/2-3 1/2 bonus points for the first year to the already remarkable 12-15% APR base rate, paid monthly for 24 months, on this low-risk investment.

The total note is for $2,250,000 and minimum investments start at $50,000. All of our private mortgage notes are 100% secured by real estate - in this case, a 39-unit apartment building in Chicago - and our note holders are always protected with first lien position.

Just look at these remarkable returns - including spectacular bonus opportunities. But only if you act fast:

7201 -2--S-Constance-Ave-starting-chart-525

In addition to the outstanding base rate, our Up Front Incentive Plan pays you an increasing first year bonus of 1 1/2 -3 1/2 percentage points as you invest in progressively larger portions of the note. Look here to see all the details of the base rates and bonus tiers you can choose from.


**Summer Won't Last Forever and this is a
Great Way to Make Your Money Work Even More for You!**


**With EquityBuild Finance,
*The More You Invest, The More You Earn*.**


# Call Us Today (877) 978-1916


The apartment building backing this note is located at 7201 S. Constance Avenue in Chicago's up and coming South Shore neighborhood:

<u>2201-S-Constance-525</u>

The corner-lot building features 10 studios, 25 1BR/1BA, and 4 2BR/1BA apartments.

The building has been professionally managed and well maintained, and has recently received capital improvements. To maximize rental income by attracting CHA voucher tenants, EquityBuild's warrantied contractor team will upgrade the apartments with new appliances, countertops, flooring, kitchen and bathroom fixtures, tub refinishes as needed, and fresh paint.

The building is situated across 71st Street from the Jackson Park Highlands designated historic district. The area is adjacent to <u>Chicago's planned massive</u> new $4 billion <u>Lakeside Development Project</u>. The property is just five blocks from 542-acre Jackson Park with its golf course, gym, yacht club and three harbors, and is an easy walk to the South Shore golf course and the Nature Sanctuary on Lake Michigan.

The building is surrounded by restaurants, shops, schools and churches. It is convenient to public transportation, with a bus stop on the corner and the Bryn Mawr Metrarail station just three blocks away.

We project that the property will generate more than enough revenue to cover the borrower's note payments and all operating expenses, and still return positive cash flow.

To ensure that the rehab process proceeds without delay, the initial borrower will be EquityBuild. Private note investors will be able to review and approve the future borrower on this property. All borrowers are A-paper and fully vetted with the takeout lender.

You know how fast EquityBuild Finance investment slots fill up. Call us today **(877) 978-1916**!

The minimum investment amount for these opportunities starts at $50,000. Attaining the next higher interest rate tier requires an additional $10,000. All of EquityBuild Finance's double-digit returns are paid monthly.

## Summary

<u>end-of-july</u>

Call **(877) 978-1916** today before you get left behind!

Remember, when it comes to performance and security:

EquityBuild has had Zero Foreclosures on 600+ Deals Closed!

# Call 877-978-1916 or visit EBF to find out more.

**Thank you,**

Shaun Cohen, M.A., Economics
President
EquityBuild Finance, LLC
info@equitybuildfinance.com
Tel: (877) 978-1916
Fax: (239) 244-8666

*This is not a specific offering, an offer to sell securities or an invitation for offers to purchase securities. Securities may only be sold by exemption or registration.*

This email was sent to: **missy@shoreypr.com**
This email was sent by: EquityBuild Finance LLC
5068 W Plano Pkwy, #300 Plano, TX 75093
We respect your right to privacy - view our policy

Manage Subscriptions | Update Profile | Unsubscribe