# EXHIBIT 22

| | |
|---|---|
| From: | Jerry Cohen <jerry@equitybuild.com> |
| To: | Shaun Cohen |
| Sent: | 12/17/2012 7:55:15 PM |
| Subject: | Re: Chicago - Proposal and document release |

Actually, the lesson I learned was be very careful and always, if possible, use other people's money.

Contact me: jerrycohen1234

Get a signature like this. CLICK HERE.

On Mon, Dec 17, 2012 at 2:49 PM, Shaun Cohen <shaun@equitybuildfinance.com> wrote:
That's a sever punishment. Did you punish yourself in the same fashion for your failed decisions?

Thanks,

Shaun Cohen
President
EquityBuild Finance, LLC
shaun@equitybuildfinance.com
Tel: (800) 991-4642 x 101
Cell: (215) 407-5777
Fax: (239) 244-8666
www.equitybuildfinance.com

Sent from my iPhone

On Dec 17, 2012, at 1:47 PM, Jerry Cohen <jerry@equitybuild.com> wrote:

I'm going to do it but if this is this fails and we lose this money, you're going to be on investment recommendation probation for the rest of your life!

Contact me: jerrycohen1234

Get a signature like this. CLICK HERE.

On Mon, Dec 17, 2012 at 2:45 PM, Shaun Cohen <shaun@equitybuildfinance.com> wrote:

Thanks,

Shaun Cohen
President
EquityBuild Finance, LLC
shaun@equitybuildfinance.com
Tel: (800) 991-4642 x 101

Company Confidential—Not to be Copied or Transmitted to Anyone Outside the SEC Without the Explicit Written Permission of EquityBuild or Its Counsel

SEC016141

Cell: (215) 407-5777
Fax: (239) 244-8666
www.equitybuildfinance.com

Sent from my iPhone

Begin forwarded message:

**From:** Shaun Cohen <shaun@equitybuild.com>
**Date:** December 17, 2012, 1:21:41 PM CST
**To:** David Le Lacheur <david@projectkudosgroup.com>
**Subject: Re: Chicago - Proposal and document release**

Wire the funds to the attached bank info.  Please do it today so that it can appear in their account by tomorrow.

**Thanks,**

**Shaun Cohen** *Vice President, EquityBuild*
Tel: (800) 261-0648    Mobile: (215) 407-5777    Fax: (239) 244-8666
shaun@equitybuild.com    www.equitybuild.com
Contact me:   shaun@equitybuildfinance.com   diogenes04   diogenes04@hotmail.com


On Mon, Dec 17, 2012 at 1:19 PM, Shaun Cohen <shaun@equitybuild.com> wrote:
Here's the agreement.  We'll wire the funds.


**Thanks,**

**Shaun Cohen** *Vice President, EquityBuild*
Tel: (800) 261-0648    Mobile: (215) 407-5777    Fax: (239) 244-8666
shaun@equitybuild.com    www.equitybuild.com
Contact me:   shaun@equitybuildfinance.com   diogenes04   diogenes04@hotmail.com


On Mon, Dec 17, 2012 at 12:19 PM, David Le Lacheur <david@projectkudosgroup.com> wrote:
Hi Shaun,

Please see the email below plus attached consultancy document and invoice from Steve.

I'm free all evening so please call on Skype if you'd like to discuss.

Best regards,

David

Company  Confidential—Not to be Copied or Transmitted
to Anyone Outside the SEC Without the Explicit Written
Permission of EquityBuild or Its Counsel

SEC016142

Begin forwarded message:

**From:** Kudos Group <Steve@projectkudosgroup.com>
**Subject: Chicago - Proposal and document release**
**Date:** 17 December 2012 17:54:12 GMT
**To:** Dan Chamberlain <dan@freshinvest.co.uk>
**Cc:** David Le Lacheur <david@projectkudosgroup.com>

Hi Dan / Dave

Please forward the attached to Shaun for his attention and further action

The process is this once retained:

Release of full DD questionnaire and request for supporting documentation
Review of DD - Ongoing
Product structuring
Site Visit - Inspection Trip
Presentation to Trustees for approval

With a good wind behind us I hope to get everything finalised and SIPP approved within 10 weeks from now

Regards

Steve


Steve Wright

Project Kudos Group



W: www.projectkudosgroup.com

E: Steve@projectkudosgroup.com

M: +44 (0) 7968 117 390

T: +44 (0) 121 713 1651

Solihull: Malvern House | Suite 4&5 | New Road | Solihull | B91 3DL | +44 (0) 121 713 1650

Southampton: Ocean Village IC | Ocean Way | Southampton | SO14 3JZ | +44 (0) 2380 381 963

Dubai: The Fairmont | Office 508 | Sheikh Zayed Road | Dubai | + 971 (0) 4 311 6721

Singapore: 65 Chulia Street | 36-02 OCBC Centre | Singapore | +65 (0) 6922 0460

Company Confidential—Not to be Copied or Transmitted to Anyone Outside the SEC Without the Explicit Written Permission of EquityBuild or Its Counsel

SEC016143

--
Thanks,


--
Thanks,

Company Confidential—Not to be Copied or Transmitted to Anyone Outside the SEC Without the Explicit Written Permission of EquityBuild or Its Counsel

SEC016144