# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 18-CV-5587 |
| v. | ) ) ) |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Hon. Judge John Z. Lee ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

To: See attached Certificate of Service

**PLEASE TAKE NOTICE** that on August 17, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Securities and Exchange Commission will appear before the Honorable John Z. Lee, in Courtroom Number 1225, 219 South Dearborn Street, Chicago, Illinois, 60604, or before any judge who may be sitting in his place and stead, and shall then and there present **Plaintiff's Emergency Motion for a Temporary Restraining Order to Prevent Violations of the Federal Securities Laws, to Appoint a Receiver, and to Provide for Other Ancillary Relief** [ECF No. 3].

Respectfully Submitted,

Dated: August 16, 2018

/s/ Benjamin J. Hanauer
Benjamin J. Hanauer (hanauerb@sec.gov)
Ariella Guardi (guardia@sec.gov)
Timothy J. Stockwell (stockwellt@sec.gov)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 16, 2018, I caused a copy of the foregoing instrument to be served upon the following counsel for the Defendants by electronic mail:

      Mark L. Rosenberg, Esq.
      Bregman, Berbert, Schwartz & Gilday, LLC
      7315 Wisconsin Avenue
      Suite 800 West
      Bethesda, Maryland 20814
      mark@mdbusinesslawyer.net

                                                        /s/ Benjamin J. Hanauer