UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, <br><br> Defendants. | Civil Action No. 18-CV-5587 <br><br> Hon. John Z. Lee <br><br> Magistrate Judge Young B. Kim |

**RECEIVER'S MOTION FOR COURT APPROVAL OF THE RATES TO BE CHARGED BY RECEIVER'S ACCOUNTANTS AND TO APPOINT A TAX ADMINISTRATOR**

Kevin B. Duff, as the receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), and pursuant to the powers vested in him by the Order of this Court entered on August 17, 2018, intends to retain Whitley Penn and BrookWeiner LLC ("BrookWeiner") to perform accounting, tax, and related work regarding the assets of the Receivership Defendants, and also intends to retain Miller Kaplan Arase LLP ("Miller Kaplan") as Tax Administrator to prepare and execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds to be maintained in the Receiver's "Settlement Fund," under this Court's jurisdiction in this case. The Receiver now respectfully moves this Court for an order approving the rates to be charged by the Receiver's accountants and respectfully moves this Court for an order appointing Miller Kaplan as Tax Administrator. In support of his Motion, the Receiver states as follows:

Approval of the Rates of Receiver's Accountants Whitley Penn and BrookWeiner LLC

1. Pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, the Securities and Exchange Commission sought and obtained the appointment of Receiver. Under the order appointing the Receiver, the Receiver has authority in equity, as well as under 28 U.S.C. §§ 754, 959, and 1692, and Fed. R. Civ. Pro. 66, and was given broad powers to investigate and safeguard the assets of Receivership Defendants. Among other powers, the Receiver is authorized to retain Whitley Penn and BrookWeiner.

2. The Receiver has determined that there was in fact a need to retain accountants to perform accounting, tax, and related work regarding the assets of the Receivership Defendants.

3. The firms of Whitley Penn and BrookWeiner have agreed to act on behalf of the Receiver, Kevin B. Duff.

4. Neither the firms of Whitley Penn and BrookWeiner nor any of their members hold or represent an interest materially adverse to the interests of the receivership.

5. **Whitley Penn** is a public accounting firm based in Texas, and has been providing accounting, tax, and related services to EquityBuild and various affiliate entities. The scope of Whitley Penn's work involves outstanding tax obligations for the Receivership Defendants, and includes the **preparation and filing of 2016 and 2017 tax returns** for certain of the Receivership Defendants.

6. Whitley Penn has agreed to charge the receivership at a discount of its standard hourly rates for those staff members, accountants, managers, and partners that work on this engagement. A list of Whitley Penn's hourly rates for those staff members, accountants, managers, and partners that will work on this engagement is attached hereto as **Exhibit A**, and range from $132-$340.

2

7.      The members of the **BrookWeiner** firm have extensive experience in accounting and income tax matters, including, but not limited to, over 50 years of accounting experience, specializing in accounting and auditing, tax services, business accounting, forensic accounting, litigation services, valuation services, and wealth management.

8.      BrookWeiner has agreed to charge the receivership at a discount of its standard hourly rates for those accountants, managers, and partners that work on this engagement. BrookWeiner's hourly rates for those accountants, managers and partners that will work on this engagement will range from $110-$275. A letter from BrookWeiner setting forth its billing rates is attached hereto as **Exhibit B**.

9.      As reflected in Exhibit B, the scope of BrookWeiner's work would be any **accounting, financial, or income tax-related work requested by the Receiver, including calculations for distributions from the Receivership Assets. BrookWeiner would also assist the Receiver with respect to the accounting for ongoing business operations of the Receivership Defendants.**

10.     Whitley Penn and BrookWeiner will seek full reimbursement of any in-house out-of-pocket expenses and any out-of-pocket expenses that they incur from outside vendors. Whitley Penn and BrookWeiner will do their best to retain cost-effective outside services providers.

11.     Whitley Penn and BrookWeiner will strive to allocate the work related to this engagement to the lowest billable rate commensurate with the nature of the project.

12.     The Receiver believes that Whitley Penn's and BrookWeiner's proposed hourly rates are fair, reasonable, appropriate, and in the best interest of the efficient and economical administration of this receivership.

Appointment of Miller Kaplan Arase LLP as Tax Administrator

13. In accordance with the Receiver's responsibilities pursuant to the Order Appointing Receiver, the Receiver has established a "Settlement Fund," which is in an interest bearing account in the name of the Receivership.

14. The Settlement Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C.§ 468B(g), and related regulations, 26 C.F.R §§ 1.46B-1 through 1.46B-5. A Tax Administrator, on behalf of the Settlement Fund, should be appointed and authorized to take all necessary steps to enable the Settlement Fund to obtain and maintain the status of a taxable QSF, including the filing of all required elections and statements contemplated by those provisions. The Tax Administrator would cause the Settlement Fund to pay taxes in a manner consistent with treatment of the Settlement Fund as a QSF. The reasonable costs, fees, and other expenses incurred in the performance of the Tax Administrator's duties would be paid by in accordance with the agreement between the Receiver and the Tax Administrator.

15. Miller Kaplan has agreed to charge the receivership at a discount of its standard hourly rates for those staff members, accountants, attorneys, and partners that work on this engagement. A list of Miller Kaplan's hourly rates for those staff members, accountants, attorneys, and partners that will work on this engagement is attached hereto as **Exhibit C**.

16. The scope of Miller Kaplan's expected services includes the following:

  a) Prepare annual Federal income tax return and state returns as required for entities including a qualified settlement fund in this matter.

  b) Calculate estimated quarterly tax payments.

4

c) Prepare annual election for estimated quarterly tax calculation method (IRS Form 8842).

d) Apply for and obtain Employer Identification Number (initial year).

e) Prepare extension of time to file (if required).

f) Preparation of loss carryback return (claim for refund) if required.

g) Review and respond to notices from federal and/or state tax authorities.

h) Preparation, printing and mailing of 1099s for reportable payments related to distribution to investors.

i) Preparation, printing and mailing of 1099s for payments from QSF for other reportable payments.

j) Consulting and planning services.

k) Review of governing documents for relevant tax compliance and reporting services.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and enter the Order Approving the Rates to be Charged by Receiver's Accountants and Appointing a Tax Administrator (attached hereto as **Exhibit D**), and grant such other relief as the Court deems just and proper.

Dated: August 23, 2018   Kevin B. Duff, Receiver

By: /s/ Nicole Mirjanich

Michael Rachlis
Nicole Mirjanich
Rachlis Duff Adler Peel & Kaplan, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950; Fax (312) 733-3952
mrachlis@rdaplaw.net
nm@rdaplaw.net

# EXHIBIT A

Whitley Penn Accounting Rates

|  | Standard | 20% Discount |
|---|---|---|
| Accounting Services Staff | $165 | $132 |
| Accounting Services Senior | $170 | $136 |
| Accounting Services Manager | $175 | $140 |
|  |  |  |
| Tax Staff | $185 | $148 |
| Tax Senior | $210 | $168 |
| Tax Manager | $250 | $200 |
| Tax Senior Manager | $310 | $248 |
| Tax Partner | $425 | $340 |

# **EXHIBIT B**

**BROOKWEINER L.L.C.**<sup>SM</sup>
*Certified Public Accountants • Business Consultants*

125 South Wacker Drive • 10th Floor • Chicago, Illinois 60606-4433
E-mail: bwmail@brookweiner.com • Web: www.brookweiner.com
312/629-0900 • Fax 312/629-0901

August 23, 2018

Kevin B. Duff, Receiver
Estate of EquityBuild, Inc. et al
C/O Rachlis Duff Adler Peel & Kaplan LLC
542 Dearnborn St., Suite 900
Chicago, IL 60605

Re: Accounting and tax services for receivership

Dear Mr. Duff:

    Our accounting firm is proposing to do accounting, tax and any related work regarding the assets of the Estate of EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen.

    Our scope of work would be any accounting, financial or income tax-related work requested by the Receiver. This would include calculations of distributions to the Investors from the Receivership Assets.

    Our billing rates for this work would be as follows:

| | |
|---|---|
| Staff Accountant | $110/hour |
| Manager | $210/hour |
| Partner | $275/hour |

    We understand that our billings and the payments for those billings will be in accordance with the Billing Instructions for Receivers issued by the SEC.

Sincerely,
BrookWeiner LLC

*David Weinberg*

David Weinberg



*Member of TIAG, The International Accounting Group*

# EXHIBIT C



# Schedule of Current Fees
## With SEC Discounted Rates
March 1, 2018

| Service provider | Rate, per hour | SEC Discounted rate at 80% of standard, per hour |
|---|---|---|
| Administrative Staff | $35 - $125 | $28 - $100 |
| Accounting Staff | $100 - $200 | $80 - $160 |
| Senior Accounting Staff | $225 - $275 | $180 - $220 |
| Attorney | $250 - $350 | $200 - $280 |
| Partner | $400 - $550 | $320 - $440 |

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 18-CV-5587 |
| v. ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) ) | |

**ORDER APPROVING THE RATES TO BE CHARGED BY RECEIVER'S ACCOUNTANTS AND APPOINTING A TAX ADMINISTRATOR**

Kevin B. Duff, as the receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), having filed a Motion For Court Approval Of The Rates To Be Charged By Receiver's Accountants And To Appoint A Tax Administrator, the Court having conducted a hearing on the motion and for good cause shown, IT IS HEREBY ORDER THAT:

1. The Receiver's Motion is granted. The Court approves the rates to be charged by Receiver's accountants Whitley Penn and BrookWeiner LLC.

2. Miller Kaplan Arase LLP is appointed as Tax Administrator to prepare and execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case (the "Settlement Fund").

3. Miller Kaplan Arase LLP shall be designated the Tax Administrator of the Settlement Fund, pursuant to section 468B(g) of the internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Distribution Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Settlement Fund. The Tax Administrator shall contemporaneously provide copies of all such filings to the counsel of record for the Commission and Receiver.

4. The Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Settlement Fund, and in consultation with the Receiver, request that the Receiver or Commission's counsel of record file with the Court a motion, supported by the Tax Administrator's declaration of the amount of taxes due, to transfer funds from the Settlement Fund on deposit with the Court to pay any tax obligations of the Settlement Fund.

5. The Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the Receiver. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a declaration of fees and expenses to the Receiver or Commission's counsel of record for submission to the Court for approval and for payment from the Settlement Fund. No fees or expenses may be paid absent the Court's prior approval.

6. At least ten (10) days before any motion to pay fees and expenses is filed with the Court, the Tax Administrator shall provide the Receiver and Commission's counsel of record

with a draft of the supporting declaration for review. If the Receiver or Commission has any corrections or objections to the declaration, the Tax Administrator and the Receiver and/or Commission's counsel shall attempt to resolve them on a consensual basis. If a consensual resolution is not reached, Receiver or the Commission may submit with the motion any objections along with the Tax Administrator's response thereto.

        Entered:

        _____
        Honorable

        Date: _____