UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,<br>　　　　　　　Defendants. | Case No. 1:18-cv-5587<br><br>Judge John Z. Lee |

## Creditor Federal Home Loan Mortgage Corporation's Statement Concerning Receivership Assets

Creditor Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby files this statement pursuant to the Court's Order Appointing Receiver (Dkt. No. 16), and further states as follows.

1.　　On August 17, 2018, the Court appointed a Receiver in this case. Paragraph 17.C. of the appointment order requires that:

> All banks, brokerage firms, financial institutions and other persons or entities which have possession, custody, or control of any Receivership Assets . . . that receive actual notice of this Order . . . shall file with the Court and serve on the Receiver and counsel for the Commission a certified statement setting forth, with respect to each account or other asset, the balance in the account or description of the assets as of the close of business on the date of the receipt of the notice.

2.　　Freddie Mac is the holder of two loans made to entities that are believed to be affiliated with certain of the entities identified in Paragraph 1 of the Order as Receivership Defendants. Such loans are further described in the table below.

| Loan No. | Property Address | Escrow Balance |
|---|---|---|
| 504021974 | 638 N Avers Ave | $3,144.75 |
| 499481976 | 7024 S Paxton Ave | ($16,668.33) A tax advance was required in order to pay the taxes due so there is a negative balance. |

3. Freddie Mac is master servicer on behalf of U.S. Bank National Association, as trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50 for two loans made to entities that are believed to be affiliated with certain of the entities identified in Paragraph 1 of the Order as Receivership Defendants. Such loans are further described in the table below.

| Loan No. | Property Address | Escrow Balance |
|---|---|---|
| 502603844 | 7110-16 S. Cornell Avenue | $1,680.24 |
| 502603852 | 6751-57 S Merrill Avenue | $2,539.76 |

4. Freddie Mac is master servicer on behalf of Citibank, N.A., as trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48 for four loans made to entities that are believed to be affiliated with certain of the entities identified in Paragraph 1 of the Order as Receivership Defendants. Such loans are further described in the table below.

| Loan No. | Property Address | Escrow Balance |
|---|---|---|
| 502580666 | 4611 S Drexel Boulevard | $6,304.18 |
| 502579838 | 7255 South Euclid Avenue | $1,001.70 |
| 502579811 | 6217 South Dorchester Avenue | $1,221.72 |
| 502579846 | 6250 South Mozart Street | $12,515.65 |

5. Freddie Mac is master servicer on behalf of U.S. Bank National Association, as trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41 for a loan made to entities that are believed to be affiliated with certain of the entities identified in Paragraph 1 of the Order as Receivership Defendants. Such loans are further described in the table below.

| Loan No. | Property Address | Escrow Balance |
|---|---|---|
| 948836539 | 4520-26 S Drexel Blvd | $4,720.59 |

6. Freddie Mac is master servicer on behalf of U.S. Bank National Association, as trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30 for a loan made to 7109 S Calumet LLC. Such loan is further described in the table below.

| Loan No. | Property Address | Escrow Balance |
|---|---|---|
| 932480950 | 7109 S. Calumet Ave. | $2,845.54 |

7. On August 24, 2018, Freddie Mac provided a substantial amount of information, including but not limited to the information required in Paragraph 17.C., to the Receiver and counsel for the Commission concerning the ten loans described above. Though Freddie Mac is a creditor and acting on behalf of certain creditors in this matter, counsel hereby certifies that Freddie Mac (or a subservicer on Freddie Mac's behalf), holds approximately $36,494 in reserve balances for payment of taxes and for capital expenditures in connection with the ten loans. The owner of each of the above-referenced loans has a security interest in both the real estate and the escrow funds associated with each loan.

    Respectfully Submitted,

    /s/ Clifford C. Histed
    CLIFFORD C. HISTED
    ALEXANDRIA D. BOND
    K&L Gates LLP
    70 W. Madison Street, Suite 3300
    Chicago, Illinois 60602
    (312) 807-4448
    clifford.histed@klgates.com

    *Counsel for Freddie Mac in its capacities both as Lender and Master Servicer*

Date: August 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on August 24, 2018 by filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to following counsel of record:

Benjamin J. Hanauer
Timothy J. Stockwell
U.S. Securities & Exchange Commission
175 W. Jackson
Suite 900
Chicago, IL 60604
(312) 353-8642
hanauerb@sec.gov
stockwellt@sec.gov

AUSA - Chicago
United States Attorney's Office
(NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
USAILN.ECFAUSA@usdoj.gov

Ariella O. Guardi
U.S. Securities and Exchange Commission
175 W. Jackson Blvd.
Suite 900
Chicago, IL 60604
312 353 7410
guardia@SEC.GOV

*Counsel for Plaintiff*

Mark Louis Rosenberg
Law Offices Of Mark L. Rosenberg
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
(301) 913-0077
mark.rosenberg047@gmail.com

Celiza Braganca
Braganca Law LLC
230 South Clark Street, #262
Chicago, IL 60604
847-906-3460
Lisa@SECDefenseAttorney.com

*Counsel for Defendants*

Michael Rachlis
Nicole Mirjanich
Rachlis Duff Adler Peel & Kaplan, LLC
542 South Dearborn
Suite 900
Chicago, IL 60605
(312) 733-3950
mrachlis@rdaplaw.net
nm@rdaplaw.net

*Counsel for Receiver*

/s/ Clifford C. Histed