# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | ) ) ) **Civil Action No. 18-CV-5587** |
| Plaintiff, ) | |
| v. ) | ) **Hon. John Z. Lee** |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) | ) ) **Magistrate Judge Young B. Kim** |
| Defendants. ) | |

## NOTICE OF MOTION and CERTIFICATE OF SERVICE

TO:   See attached Service List

Please take notice that on September 6, 2018, at 9:00 a.m., the undersigned will appear before the Honorable John Z. Lee, or any judge sitting in his stead, in Courtroom 1225, and present **Receiver's Motion For Court Approval Of The Rates To Be Charged By Receiver's Forensic Consultants.**


Dated: August 31, 2018         Kevin B. Duff, Receiver

                   By:   /s/ Nicole Mirjanich

                      Michael Rachlis
                      Nicole Mirjanich
                      Rachlis Duff Adler Peel & Kaplan, LLC
                      542 South Dearborn Street, Suite 900
                      Chicago, IL 60605
                      Phone  (312) 733-3950
                      Fax     (312) 733-3952
                      mrachlis@rdaplaw.net
                      nm@rdaplaw.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2018, I electronically filed the foregoing **Notice** and **Receiver's Motion For Court Approval Of The Rates To Be Charged By Receiver's Forensic Consultants** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the Notice and the Motion were served via the CM/ECF system upon counsel for the parties as identified on the attached Service List.

    /s/ Nicole Mirjanich

    Rachlis Duff Adler Peel & Kaplan, LLC
    542 South Dearborn Street, Suite 900
    Chicago, IL 60605
    Phone  (312) 733-3950
    Fax     (312) 733-3952
    nm@rdaplaw.net

*SEC v. EquityBuild, Inc., et al.*
**Case No. 18-CV-5587**

**SERVICE LIST**

Benjamin J. Hanauer
Ariella O. Guardi
Timothy J. Stockwell
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604
hanauerb@sec.gov
guardia@sec.gov
stockwellt@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

Mark L. Rosenberg, Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD 20814
mark@mdbusinesslawyer.net

Celiza Braganca
Braganca Law LLC
230 S. Clark St. #262
Chicago, IL 60604
Lisa@SECDefenseAttorney.com

*Attorneys for Defendants EquityBuild, Inc., EquityBuild Finance, LLC, Jerome H. Cohen, and Shaun D. Cohen*