UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) EQUITYBUILD, INC., EQUITYBUILD ) FINANCE, LLC, JEROME H. COHEN, and ) SHAUN D. COHEN, ) ) Defendants. ) ) | Civil Action No. 18-CV-5587 Hon. John Z. Lee |

SEC'S MOTION
FOR DISGORGEMENT, PREJUDGMENT INTEREST, CIVIL PENALTIES,
AND ENTRY OF FINAL JUDGMENT AGAINT THE COHEN DEFENDANTS

Plaintiff U.S. Securities and Exchange Commission, pursuant to the "bifurcated" settlements of Defendants Jerome and Shaun Cohen, in which they agree to a framework for the Court to determine financial remedies, hereby moves the Court to enter a Final Judgment against the Cohens imposing disgorgement, prejudgment interest, and civil penalties. For the reasons cited in the SEC's brief, the Court should grant the motion, order the requested financial remedies, and enter a Final Judgment against the Cohens.

Dated: December 19, 2018

Respectfully submitted,

　/s/ Benjamin Hanauer　
Benjamin J. Hanauer (hanauerb@sec.gov)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398
Attorney for Plaintiff
U.S. Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing Motion, via ECF filing, to all counsel of record on December 19, 2018.

  /s/ Benjamin Hanauer_____
Benjamin J. Hanauer
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

One of the Attorneys for Plaintiff