UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) Civil Action No. 18-CV-5587 |
| Plaintiff, | ) |
| v. | ) ) Hon. Judge John Z. Lee |
| EQUITYBUILD, INC., et al. | ) ) |
| Defendants, | ) ) |

MOTION TO OPPOSE THE MOTION OF THE WITHDRAWAL OF CELIZA P. BRAGANÇA FROM REPRESENTATION OF DEFENDANTS JEROME COHEN AND SHAUN COHEN

On or about December 19th, 2018 Celiza Bragança filed a motion to withdraw from the representation of the defendants Jerome Cohen and Shaun Cohen.

Neither Jerome nor Shaun have the legal education or experience to represent themselves nor do they have the assets or access to loans to retain counsel.

Both Jerome and Shaun respectfully request that the court deny Celiza Bragança's motion to withdraw as they believe it would be in the court's, plaintiff's and defendants' best interest for them to continue to be represented.

February 6th, 2019

Respectfully submitted,

DEFENDANTS JEROME COHEN AND SHAUN COHEN

By:
Shaun Cohen

_____

1