# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States Securities and Exchange
Commission

                                    Plaintiff,

v.                                                  Case No.: 1:18−cv−05587
                                                    Honorable John Z. Lee

Equitybuild, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2019:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 2/7/19. Motion to withdraw as Celiza Braganca as counsel [196] is granted. The receiver's motion with a proposed claim process shall be due by 2/22/19. The receiver's report shall be due by 2/28/19. The response to the SECs motion for monetary relief shall be due by 2/15/19; reply due by 3/8/19. Status hearing set for 4/9/19 at 9:00 a.m. Counsel should provide a copy of this order to Defendants. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.