# Exhibit 1

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis

Receivership; Civil Court Docket No. 18-cv-05587

Reporting Period 10/1/2018 to 12/31/2018

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/1/2018): | $210,134.04 | | $210,134.04 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and unliquidated assets | | | |
| Line 4 | Interest/Dividend Income | $268.26 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | $23,065.43 | | |
| Line 7 | Net Income from Properties | $435,755.36 | | |
| Line 8 | Miscellaneous - Other[1] | $18,258.44 | | |
| | **Total Funds Available (Line 1-8):** | | | **$687,481.53** |
| | *Decrease in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for receivership operations[2] | ($344.39) | | |
| Line 10a | Disbursements to receiver or Other Profesionals[3] | ($21,942.87) | | |
| Line 10b | Business Asset Expenses[4] | ($357,848.90) | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | **Total Third-Party Litigation Expenses** | | $0.00 | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | | ($380,136.16) | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………………………… | | | |
| | Independent Distribution Consultant (IDC)………………… | | | |
| | Distribution Agent…………………………………………………… | | | |
| | Consultants……………………………………………………………. | | | |
| | Legal Advisers……………………………………………………….. | | | |
| | Tax Advisers…………………………………………………………. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | $0.00 | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………………………… | | | |
| | IDC…………………………………………………………………….. | | | |
| | Distribution Agent…………………………………………………… | | | |
| | Consultants………………………………………………………….. | | | |

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis

Receivership; Civil Court Docket No. 18-cv-05587

Reporting Period 10/1/2018 to 12/31/2018

|  |  |  |  |
|---|---|---|---|
| | Legal Advisers………………………………………………………………….. | | |
| | Tax Advisers…………………………………………………………………….. | | |
| | 2. Administrative Expenses | | |
| | 3. Investor identification | | |
| | Notice/Publishing Approved Plan…………………………………. | | |
| | Claimant Identification……………………………………………….. | | |
| | Claims Processing………………………………………………………. | | |
| | Web Site Maintenance/Call Center……………………………… | | |
| | 4. Fund Adminstrator Bond | | |
| | 5. Miscellaneous | | |
| | 6. Federal Account for Investor Restitution | | |
| | (FAIR) reporting Expenses | | |
| | Total Plan Implementation Expenses | | |
| | Total Disbursement for Distribution Expenses Paid by the Fund | $0.00 | |
| **Line 12** | **Disbursement to Court/Other:** | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | |
| Line 12b | *Federal Tax Payments* | | |
| | Total Disbursement to Court/Others: | | |
| | Total Funds Disbursed (Lines 1-9): | | ($144,679.61) |
| **Line 13** | **Ending Balance (As of 12/31/2018):** | | $307,345.37 |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | |
| Line 14a | *Cash & Cash Equivalents* | | $307,345.37 |
| Line 14b | *Investments (unliquidated Huber/Hubadex investments)* | | |
| Line 14c | *Other Assets or uncleared Funds* | | |
| | **Total Ending Balance of Fund - Net Assets** | | $307,345.37 |

[1] *Refund of retainers from various law firms ($17,645.60); refund of employment tax from payroll service ($612.84).*

[2] *Document production fees to banks for records.*

[3] *Payments to service providers for internet/web services ($8,557.16), payment for services performed by an independent contractor ($12,535.71), software licenses ($850.00).*

[4] *Payroll ($17,371.80); employment taxes ($8,288.52); insurance ($249,256.18); payroll service ($384.00); property taxes ($81,248.40); property fines ($1,300.00).*

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis

Receivership; Civil Court Docket No. 18-cv-05587

Reporting Period 10/1/2018 to 12/31/2018

Receiver:

| | |
|---|---|
| /s/ Kevin B. Duff | |
| (Signature) | |

| | |
|---|---|
| Kevin B. Duff, Receiver EquityBuild, Inc., et al. | |
| (Printed Name) | |

Date:          February 28, 2019

# Exhibit 2

EQUITYBUILD, INC. RECEIVERSHIP
Case No. 18-cv-05587
4th Quarter 2018
Schedule of Receipts and Disbursements

| | | | |
|---|---|---|---|
| **Beginning Balance 10/1/18** | | | $210,134.04 |
| | | | |
| **RECEIPTS** | | | |
| | **Received From** | **Amount** | |
| | Shaun Cohen | $23,065.43 | |
| | Refunds of EB law firm retainers | $17,645.60 | |
| | Net rental income | $435,755.36 | |
| | Paychex (employment tax refund) | $612.84 | |
| | Interest earned on Receiver's account | $268.26 | |
| | | | |
| | TOTAL RECEIPTS: | | $687,481.53 |
| | | | |
| **DISBURSEMENTS** | | | |
| | **Paid To** | **Amount** | |
| | EquityBuild, Inc. employees | ($17,371.80) | |
| | State and Federal Treasury Departments (employment taxes) | ($8,288.52) | |
| | FIRST Insurance Funding Corp.[1] | ($248,175.43) | |
| | The Hartford (workers' comp. insurance) | ($1,080.75) | |
| | Paychex (payroll services) | ($384.00) | |
| | Bank of America[2] | ($45.39) | |
| | Wells Fargo[2] | ($299.00) | |
| | IT & Web Marketing Services (work performed by an EquityBuild independent contractor from August 17, 2018 through September 30, 2018) | ($8,557.16) | |
| | Trinity Inspection & Restoration (work performed by EquityBuild independent contractor from August 18, 2018 through August 31, 2018) | ($12,535.71) | |

EQUITYBUILD, INC. RECEIVERSHIP
Case No. 18-cv-05587
4th Quarter 2018
Schedule of Receipts and Disbursements

| | | | |
|---|---|---|---|
| | Applied Business Software (software licenses) | ($850.00) | |
| | Cook County Clerk (property taxes) | ($81,248.40) | |
| | City of Chicago, Dept. of Finance (payment of fines relating to dismissal of code violations) | ($1,300.00) | |
| | | | |
| | TOTAL DISBURSEMENTS: | | ($380,136.16) |
| | | | |
| | **Grand Total Cash on Hand at 12/31/18:** | | **$307,345.37** |
| | | | |
| | | | |
| ¹ Installments on premium finance agreement | | | |
| | | | |
| ² Document production fees | | | |

Exhibit 3

**Master Asset List**

| Receiver's Account (as of 12/31/2018) | | |
|---|---|---|
| **Institution** | **Account Information** | **Amount** |
| AXOS Fiduciary Services | Checking | $307,345.37 |


| Receivership Defendants' Accounts | | | |
|---|---|---|---|
| **Institution** | **Account Information** | **Current Value[1]** | **Amount Transferred to Receiver's Account** |
| Wells Fargo | Checking (53 accounts in the names of the affiliates and affiliate entities included as Receivership Defendants)[2] | $5,795.03[3] | $105,870.94[4] |
| Wells Fargo[1] | Checking (account in the names of Shaun Cohen and spouse) | | $23,065.43[5] |
| Byline Bank | Checking (2 accounts in names of Receivership Defendants) | $21,828.73 | |
| | | | Total: $128,936.37 |


| EquityBuild Real Estate Portfolio (in Illinois) |
|---|
| For a list of the properties within the EquityBuild portfolio identified by property address, alternative address (where appropriate), number of units, and owner, *see* Exhibit 1 to the Receiver's First Status Report, Docket No. 107. |


| Other, Non-Illinois Real Estate | |
|---|---|
| **Description** | **Appraised Market Value** |
| Single family home in Naples, Florida | ±$1,400,000.00[6] |
| | Approximate mortgage amount: $500,000.00 Approximate value less mortgage: $900,000.00 |
| Single family home in Plano, Texas | ±$450,000.00 |
| | Approximate mortgage amount: $400,000.00 Approximate value less mortgage: $50,000.00 |
| Plot of vacant land in Houston, Texas | To be determined |

[1] The Current Value reflects the approximate balance in the frozen bank accounts.

[2] The Receiver is investigating whether each of these accounts is properly included within the Receivership Estate.

[3] $5,795.03 reflects the value as of 9/30/18. On February 26, 2019, Wells Fargo disclosed to the Receiver that there has been activity in certain accounts covered by the Court's asset freeze order. Without notice to the Receiver or his prior authorization, it appears Wells Fargo has allowed funds to be deposited, withdrawn, and charged off and closed in certain of these accounts. In most instances, these accounts hold de minimis amounts. As of this writing, the best information available to the Receiver suggests that the total amounts on deposit has actually

increased by approximately $10,000.  Wells Fargo has not provided an explanation as to why the freeze on these accounts has not been consistently maintained. The Receiver intends to gather further information from Wells Fargo in the coming days.

[4] This amount was transferred to the Receiver's Account as of 8/27/18, and is included as part of the total balance of the Receiver's Account as of 12/31/18.

[5] This amount was transferred to the Receiver's Account as of 11/8/18, and is included as part of the total balance of the Receiver's Account as of 12/31/18.

[6] Source: www.zillow.com