UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, <br><br> Defendants, | Civil Action No. 18-CV-5587 <br><br> Judge Hon. John Z. Lee <br><br> Magistrate Judge Young B. Kim |

### NOTICE OF RESPONSE TO MOTION

TO:  See Certificate of Service Below

Please take notice that on Wednesday March 20th, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants Jerome H. Cohen and Shaun D. Cohen will appear by phone before the Honorable Judge John Z. Lee in Courtroom Number 1225, 219 South Dearborn Street, Chicago, Illinois 60604, or before any judge who may be sitting in his place, and shall present:

### RESPONSE TO SEC'S MOTION AND BRIEF IN SUPPORT OF MOTION FOR DISGORGEMENT, PREJUDGMENT INTEREST, CIVIL PENALTIES, AND ENTRY OF FINAL JUDGEMENT AGAINST THE COHEN DEFENDANTS

March 15th, 2019

Respectfully submitted,

DEFENDANTS JEROME H. COHEN AND
SHAUN D. COHEN

By:
    Shaun D. Cohen

    _____

By:
    Jerome H. Cohen

    _____

## Certificate of Service

I hereby certify that a copy of the document identified in the Notice of Motion above was served on March 15th, 2019 by filing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

_____
Shaun D. Cohen

_____
Jerome H. Cohen