# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUITYBUILD, INC., )<br>EQUITYBUILD FINANCE, LLC, )<br>JEROME H. COHEN, and )<br>SHAUN D. COHEN, )<br>)<br>Defendants. )<br>) | Civil Action No. 18-CV-5587<br><br>Hon. John Z. Lee<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

Please take notice that on Friday, April 5, 2019, at 11:00 a.m., the undersigned will appear before the Honorable Young B. Kim, or any judge sitting in his stead, in Courtroom 1019, and present the **Receiver's Motion for Extension of Time to File Reply.**

Dated: April 3, 2019          Kevin B. Duff, Receiver

                    By:    /s/ Nicole Mirjanich

                          Nicole Mirjanich
                          Rachlis Duff Peel & Kaplan, LLC
                          542 South Dearborn Street, Suite 900
                          Chicago, IL 60605
                          Phone (312) 733-3950; Fax (312) 733-3952
                          nm@rdaplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I provided service of the foregoing Motion for Extension of Time to File Reply, via ECF filing to all counsel of record, and via electronic mail or U.S. mail to the following individuals and entities:

Jerome and Patricia Cohen
1050 8th Avenue N
Naples, FL 34102
jerryc@reagan.com
*Defendant*

First Bank
Client Contact Center
600 James S. McDonnell Blvd
St. Louis, MO 63042
pjb@gunn-gunn.com

By: /s/ Nicole Mirjanich

Nicole Mirjanich
Rachlis Duff Peel & Kaplan, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950; Fax (312) 733-3952
nm@rdaplaw.net