# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States Securities and Exchange Commission, et al.

                                                Plaintiff,

v.

                                                Case No.: 1:18−cv−05587

                                                Honorable John Z. Lee

Equitybuild, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2019:

       MINUTE entry before the Honorable Young B. Kim: The Receiver's motion for an extension of time to file reply [307] is granted. Appearance is not necessary on April 5, 2019, to present this motion. The Receiver now has until April 16, 2019, to file his reply. In light of this extension, the court's order of April 3, 2019, (R. 305), is amended to the extent that Defendant Jerome Cohen now has until April 16, 2019, to submit a hard copy of his 16−page opposition, (R. 301), to Chambers 1000. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.