UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

United States Securities and Exchange Commission, et al.

Plaintiff,

v.

Case No.: 1:18−cv−05587
Honorable John Z. Lee

Equitybuild, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2019:

MINUTE entry before the Honorable Young B. Kim: This court reports and recommends that the Receiver's first motion for approval of the sale of certain real estate [230] be granted in part and denied in part. Enter Memorandum Report and Recommendation. All interested parties have until April 22, 2019, to file objections to this report and recommendation. Failure to timely object constitutes a waiver of the right to appeal. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.