# EXHIBIT 1

**EXHIBIT 1**
**RECEIVERSHIP DEFENDANTS**

The Receivership Defendants include but are not limited to the entities listed below. Parenthetical information reflects state of organization (where needed to distinguish entities of similar name).

- EquityBuild, Inc.
- EquityBuild Finance LLC
- 109 N. Laramie, Inc.
- 400 S. Kilbourn LLC
- 1422 E68 LLC
- 1632 Shirley LLC
- 1700 Juneway LLC
- 2136 W 83RD LLC
- 2537 N McVicker LLC
- 3400 Newkirk, LLC
- 4520-26 S. Drexel LLC - n/k/a SSDF1 4520 S Drexel LLC
- 4528 Michigan LLC
- 4533-37 S. Calumet LLC
- 4611-17 S. Drexel, LLC
- 4750 Indiana LLC – n/k/a 4750 S Indiana, LLC
- 4755 S Saint Lawrence Association Co.
- 5001 S. Drexel LLC (DE)
- 5001 S. Drexel LLC (IL)
- 5411 W Wrightwood LLC
- 5450 S. Indiana LLC
- 5618 S MLK LLC
- 5955 Sacramento, Inc.
- 6001 Sacramento, Inc.
- 6217-27 S. Dorchester LLC
- 6250 S. Mozart, LLC
- 6356 California, Inc.
- 6437 S Kenwood, LLC
- 6951 S Merrill LLC
- 7024 S. Paxton LLC
- 7026 Cornell, Inc.
- 7107-29 S Bennett LLC
- 7109 S. Calumet LLC
- 7201 Constance Inc.
- 7201 S Constance LLC
- 7304 St. Lawrence, Inc.
- 7450 Luella LLC
- 7546 Saginaw, Inc.

- 7546 S. Saginaw LLC
- 7600 S Kingston, LLC
- 7625 East End, Inc.
- 7625-35 S. East End LLC
- 7760 Coles, Inc.
- 7635 East End, Inc.
- 7748 S. Essex LLC
- 7749-59 S. Yates LLC
- 7752 S. Muskegon LLC
- 7823 Essex LLC
- 7922 S Luella LLC
- 7927-49 S Essex LLC
- 7933 S Kingston LLC
- 7945 S Kenwood LLC
- 8000 Justine, Inc.
- 8100 S. Essex LLC
- 8104 S Kingston LLC
- 8153 S Avalon LLC
- 8209 S. Ellis, LLC
- 8214 Ingleside, Inc.
- 8217 Dorchester LLC
- 8311 S Green LLC
- 8432 S Throop Associates
- 8725 S Ada LLC
- 8745 S Sangamon LLC
- 8801 S Bishop LLC
- 8809 S Wood Associates
- 9158 S Dobson LLC
- 11318 S Church St Associates
- Amalgamated Capital Fund II LLC
- Amalgamated Capital Fund III LLC
- Chicago Capital Fund I LLC
- Chicago Capital Fund II LLC
- Chief Management LLC
- EB 6558 S. Vernon LLC
- EB Property Holdings LLC
- EB South Chicago 1, LLC
- EB South Chicago 2, LLC
- EB South Chicago 3 LLC
- EB South Chicago 4 LLC
- EB South Chicago 1 Manager, LLC
- EB South Chicago 2 Manager, LLC
- Eretz Private Capital LLC
- Friendship LLC

- Great Lakes Development Corp LLC
- Hard Money Company, LLC
- Heartland Capital Fund I LLC
- Heartland Capital Fund II, LLC
- Heartland Development Fund I LLC
- Heartland Private Capital, LLC
- Hybrid Capital Fund LLC
- Offsite Asset Management I LLC
- Offsite Asset Management II LLC
- Offsite Asset Management III LLC
- Phoenix Capital Finance LLC
- Portfolio Asset Holdings LLC
- Portfolio Mezzanine Lender, LLC
- Rothbard Equity Fund LLC
- South Shore Property Holdings LLC (DE)
- South Shore Property Holdings LLC (WY)
- South Shore Property Holdings I LLC
- South Shore Property Holdings II LLC (DE)
- South Shore Property Holdings II LLC (WY)
- South Shore Property Holdings III LLC
- South Side Development Fund 1 LLC
- South Side Development Fund 2 LLC
- South Side Development Fund 3 LLC
- South Side Development Fund 4 LLC
- South Side Development Fund 5 LLC
- South Side Development Fund 6 LLC
- South Side Development Fund 7 LLC
- South Side Development Fund 8, LLC
- SSDF1 4611 S. Drexel LLC
- SSDF1 6751 S Merrill LLC
- SSDF1 7110 S Cornell LLC
- SSDF1 Holdco 1, LLC
- SSDF1 Holdco 2 LLC
- SSDF1 Holdco 3 LLC
- SSDF1 Holdco 4 LLC
- SSDF2 1139 E 79th LLC
- SSDF2 Holdco 1 LLC
- SSDF2 Holdco 2 LLC
- SSDF2 Holdco 3 LLC
- SSDF3 Holdco 1 LLC
- SSDF3 Holdco 2 LLC
- SSDF4 638 N Avers LLC
- SSDF4 701 S 5th LLC
- SSDF4 6217 S. Dorchester LLC

- SSDF4 6250 S. Mozart LLC
- SSDF4 7024 S Paxton LLC
- SSDF4 7255 S. Euclid LLC
- SSDF4 Holdco 1 LLC
- SSDF4 Holdco 2 LLC
- SSDF4 Holdco 3 LLC
- SSDF4 Holdco 4 LLC
- SSDF4 Holdco 5 LLC
- SSDF4 Holdco 6 LLC
- SSDF5 Holdco 1 LLC
- SSDF5 Portfolio 1 LLC
- SSDF6 6160 S MLK LLC
- SSDF6 6244 S MLK LLC
- SSDF6 Holdco 1 LLC
- SSDF6 Holdco 2 LLC
- SSDF7 2453 E 75TH LLC
- SSDF7 7600 S Kingston LLC
- SSDF7 Holdco 1 LLC
- SSDF7 Holdco 2 LLC
- SSDF7 Holdco 3 LLC
- SSDF7 Holdco 4 LLC
- SSDF7 Marquette Park LLC
- SSDF7 Portfolio 1 LLC
- SSDF8 Holdco 1 LLC
- SSDF8 Portfolio 1 LLC
- SSPH 6951 S Merrill LLC
- SSPH 7927-49 S. Essex LLC
- SSPH 11117 S Longwood LLC
- SSPH Holdco 1 LLC
- SSPH Holdco 2 LLC
- SSPH Portfolio 1 LLC
- SSPH Springer LLC
- Tikkun Holdings, LLC
- Any affiliate entity of EquityBuild Inc., EquityBuild Finance LLC, Jerome Cohen, and/or Shaun Cohen

# EXHIBIT 2

Exhibit 2

Outstanding Property Taxes as of April 25, 2019

| Property Address | Alternative Address | Total 2017 Delinquent Taxes | 1st Inst 2018 Delinquent Taxes |
|---|---|---|---|
| 5001 S Drexel Boulevard | 909 E 50th Street | $0.00 | $0.00 |
| 8100 S Essex Avenue | | $67,710.06 | $33,292.43 |
| 7500-06 S Eggleston Avenue | | $0.00 | $0.00 |
| 7549-59 S Essex Avenue | | $0.00 | $0.00 |
| 6160-6212 S Martin Luther King | | $0.00 | $0.00 |
| | | $20,163.55 | $20,601.08 |
| 7927-29 S Essex Avenue | | $6,366.70 | $3,068.98 |
| 7933-35 S Essex Avenue | | $6,860.84 | $3,307.53 |
| 7937-39 S Essex Avenue | | $6,860.27 | $3,307.27 |
| 7943-45 S Essex Avenue | | $9,519.46 | $4,591.07 |
| 7947-49 S Essex Avenue | | $5,974.72 | $2,879.73 |
| 1700 Juneway Terrace | | $0.00 | $16,416.30 |
| 6949-59 S Merrill Avenue | | $0.00 | $0.00 |
| 4533-37 S Calumet Avenue | | $0.00 | $0.00 |
| 5450-52 S Indiana Avenue | 118-132 E Garfield | $0.00 | $0.00 |
| 7749 S Yates Boulevard | | $13,973.55 | $14,273.67 |
| 6437 S Kenwood Avenue | | $0.00 | $0.00 |
| 7109-19 S Calumet Avenue | | $0.00 | $0.00 |
| 1414 East 62nd Place | | $2,489.93 | $1,197.32 |
| 1418 East 62nd Place | | $1,176.04 | $562.94 |
| 7301-09 S Stewart Avenue | | $27,614.28 | $14,585.89 |
| 3030 E 79th Street | | $4,464.75 | $2,150.32 |
| | | $4,474.63 | $2,155.14 |
| | | $569.32 | $269.97 |
| 2909 E 78th Street | | $14,862.40 | $15,182.19 |
| 8047-55 S Manistee Avenue | | $11,506.00 | $11,751.28 |
| 1017 W 102nd Street | | $0.00 | $1,374.58 |
| 1516 E 85th Place | | $0.00 | $1,710.98 |
| 2136 W 83rd Street | | $0.00 | $1,391.81 |
| 417 Oglesby Avenue | | $0.00 | $0.00 |
| 7922 S Luella Avenue | | $0.00 | $0.00 |
| 7925 S Kingston Avenue | | $0.00 | $1,226.70 |
| 7933 S Kingston Avenue | | $0.00 | $1,229.01 |
| 8030 S Marquette Avenue | | $0.00 | $1,420.12 |
| 8104 S Kingston Avenue | | $0.00 | $1,848.54 |
| 8403 S Aberdeen Street | | $0.00 | $1,440.01 |
| 8405 S Marquette Avenue | | $0.00 | $1,289.02 |
| 8529 S Rhodes Avenue | | $0.00 | $1,664.39 |
| 8800 S Ada Street | | $0.00 | $0.00 |
| 9212 S Parnell Avenue | | $0.00 | $1,320.46 |
| 10012 S LaSalle Avenue | | $0.00 | $0.00 |
| 11318 S Church Street | | $0.00 | $0.00 |

Exhibit 2

Outstanding Property Taxes as of April 25, 2019

| Property Address | Alternative Address | Total 2017 Delinquent Taxes | 1st Inst 2018 Delinquent Taxes |
|---|---|---|---|
| 3213 S Throop Street | | $0.00 | $0.00 |
| 3723 W 68th Place | | $0.00 | $0.00 |
| 406 E 87th Place | | $0.00 | $0.00 |
| 61 E 92nd Street | | $0.00 | $0.00 |
| 6554 S Rhodes Avenue | | $0.00 | $0.00 |
| 6825 S Indiana Avenue | | $0.00 | $0.00 |
| 7210 S Vernon Avenue | | $0.00 | $1,845.82 |
| 7712 S Euclid Avenue | | $0.00 | $1,543.04 |
| 7953 S Woodlawn Avenue | | $0.00 | $3,113.04 |
| 8107 S Kingston Avenue | | $0.00 | $1,595.23 |
| 8346 S Constance Avenue | | $0.00 | $1,106.35 |
| 8432 S Essex Avenue | | $0.00 | $1,463.51 |
| 8517 S Vernon Avenue | | $0.00 | $1,310.96 |
| 2129 W 71st Street | | $0.00 | $1,014.77 |
| 9610 S Woodlawn Avenue | | $0.00 | $1,404.39 |
| 5437 S Laflin Street | | $0.00 | $1,478.33 |
| 6759 S Indiana Avenue | | $0.00 | $970.31 |
| 7300-04 St Lawrence Avenue | | $0.00 | $4,563.62 |
| 7760 S Coles Avenue | | $0.00 | $7,146.74 |
| 1401 W 109th Place | | $0.00 | $1,524.94 |
| 310 E 50th Street | | $0.00 | $3,086.07 |
| 6807 S Indiana Avenue | | $0.00 | $1,881.55 |
| 8000 S Justine Street | 1541 E 80th Street | $0.00 | $4,573.13 |
| 8107 S Ellis Avenue | | $0.00 | $2,865.37 |
| 8209 S Ellis Avenue | | $0.00 | $9,146.30 |
| 8214 S Ingleside Avenue | | $0.00 | $5,807.40 |
| 5955 S Sacramento Avenue | 2948-56 W 60th Street | $16,537.68 | $7,926.79 |
| 6001 S Sacramento Avenue | 2945-51 W 60th Street | $0.00 | $5,487.79 |
| 7026 S Cornell Avenue | | $0.00 | $3,581.66 |
| 7237 S Bennett Avenue | | $0.00 | $10,191.52 |
| 7834-44 S Ellis Avenue | | $18,243.46 | $20,069.60 |
| 4520-26 S Drexel Boulevard | | $0.00 | $0.00 |
| 4611 S Drexel Boulevard | | $0.00 | $0.00 |
| 6751-57 S Merrill Avenue | 2136 East 68th Street | $0.00 | $0.00 |
| 7110 S Cornell Avenue | | $0.00 | $0.00 |
| 1131-41 E 79th Place | | $0.00 | $4,000.31 |
| 6217-27 S Dorchester Avenue | | $0.00 | $0.00 |
| | | $0.00 | $0.00 |
| 6250 S Mozart Avenue | 2832-36 W 63rd Street | $0.00 | $9,774.49 |
| 638 N Avers Avenue | | $0.00 | $0.00 |
| 701 S 5th Avenue | 414 Walnut | $94,018.73 | $45,851.61 |
| 7024-32 S Paxton Avenue | | $0.00 | $0.00 |

Exhibit 2

Outstanding Property Taxes as of April 25, 2019

| Property Address | Alternative Address | Total 2017 Delinquent Taxes | 1st Inst 2018 Delinquent Taxes |
|---|---|---|---|
| 7255-57 S Euclid Avenue | 1940-44 E 73rd Street | $0.00 | $7,737.42 |
| 3074 Cheltenham Place | 7836 S Shore Drive | $0.00 | $0.00 |
| 7625-33 S East End Avenue | | $0.00 | $0.00 |
| 7635-43 S East End Avenue | | $0.00 | $14,068.93 |
| 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | $18,058.79 | $18,449.62 |
| 7201 S Constance Avenue | 1825-31 E 72nd Street | $3,960.46 | $12,134.07 |
| 2736 W 64th Street | | $0.00 | $3,001.34 |
| 4317 S Michigan Avenue | | $0.00 | $3,914.75 |
| 6355-59 S Talman Avenue | 2616-22 W 64th Street | $0.00 | $7,902.37 |
| 6356 S California Avenue | 2804 W 64th Street | $0.00 | $5,663.87 |
| 7051 S Bennett Avenue | | $0.00 | $10,463.29 |
| 7201-07 S Dorchester Avenue | 1401 E 72nd Street | $0.00 | $6,663.13 |
| 7442-48 S Calumet Avenue | | $0.00 | $6,341.40 |
| 7508 S Essex Avenue | 2453-59 E 75th Street | $0.00 | $0.00 |
| 7546 S Saginaw Avenue | | $0.00 | $6,818.46 |
| 7600 S Kingston Avenue | 2527 E 76th Street | $0.00 | $19,094.37 |
| 7656 S Kingston Avenue | 2514-20 E 77th Street | $0.00 | $9,306.42 |
| 7701 S Essex Avenue | | $0.00 | $0.00 |
| 7748-50 S Essex Avenue | 2450-52 E 78th Street | $0.00 | $17,863.64 |
| 7953-59 S Marquette Road | 2708-10 E 80th Street | $0.00 | $8,710.81 |
| 816-20 E Marquette Road | | $0.00 | $0.00 |
| 8201 S Kingston Avenue | | $0.00 | $5,243.86 |
| 8326-32 S Ellis Avenue | | $0.00 | $8,284.69 |
| 8334-40 S Ellis Avenue | | $8,114.72 | $8,128.32 |
| 8342-50 S Ellis Avenue | | $8,114.72 | $4,711.30 |
| 8352-58 S Ellis Avenue | | $8,114.58 | $7,312.54 |
| 11117-11119 S Longwood Drive | | $19,007.02 | $19,422.51 |
| 1422 East 68th Street | | $0.00 | $0.00 |
| 2800 E 81st Street | | $0.00 | $0.00 |
| 4750 S Indiana Avenue | | $0.00 | $0.00 |
| 5618 S Martin Luther King Drive | | $0.00 | $0.00 |
| 6558 S Vernon Avenue | 416-24 E 66th Street | $0.00 | $0.00 |
| 7450 S Luella Avenue | 2220 East 75th Street | $0.00 | $7,275.92 |
| 7840 S Yates Avenue | | $0.00 | $0.00 |

| | |
|---|---|
| $398,756.66 | $548,346.40 |

# EXHIBIT 3

Exhibit 3

Outstanding Water Utility Account Balances as of April 11, 2019

| Property Address | Alternative Address | Utility (Water) Account Balance |
|---|---|---|
| 11117-11119 S Longwood Drive | | $4,509.54 |
| 1401 W 109th Place | | $1,011.59 |
| 1700 Juneway Terrace | | $18,778.50 |
| 2736 W 64th Street | | $2,001.30 |
| 2909 E 78th Street | | $6,864.48 |
| 310 E 50th Street | | $0.00 |
| 4317 S Michigan Avenue | | $821.28 |
| 5618 S Martin Luther King Drive | | $1,029.04 |
| 5955 S Sacramento Avenue | 2948-56 W 60th Street | $882.90 |
| 6001 S Sacramento Avenue | 2945-51 W 60th Street | $480.66 |
| 6160-6212 S Martin Luther King Drive | | $67,400.48 |
| 6250 S Mozart Avenue | 2832-36 W 63rd Street | $11,082.06 |
| 6355-59 S Talman Avenue | 2616-22 W 64th Street | $1,752.52 |
| 6356 S California Avenue | 2804 W 64th Street | $676.92 |
| 638 N Avers Avenue | | $3,785.00 |
| 6558 S Vernon Avenue | 416-24 E 66th Street | $1,317.54 |
| 6751-57 S Merrill Avenue | 2136 East 68th Street | $4,223.26 |
| 6807 S Indiana Avenue | | $186.68 |
| 7026 S Cornell Avenue | | $702.26 |
| 7109-19 S Calumet Avenue | | $22,145.10 |
| 7201 S Constance Avenue | 1825-31 E 72nd Street | $4,569.74 |
| 7201-07 S Dorchester Avenue | 1401 E 72nd Street | $1,074.46 |
| 7237 S Bennett Avenue | | $4,322.46 |
| 7255-57 S Euclid Avenue | 1940-44 E 73rd Street | $1,453.98 |
| 7300-04 St Lawrence Avenue | | $1,636.00 |
| 7546 S Saginaw Avenue | | $1,641.94 |
| 7600 S Kingston Avenue | 2527 E 76th Street | $0.00 |
| 7656 S Kingston Avenue | 2514-20 E 77th Street | $1,424.34 |
| 7748-50 S Essex Avenue | 2450-52 E 78th Street | $2,927.82 |
| 7760 S Coles Avenue | | $494.54 |
| 7927-29 S Essex Avenue | | $1,262.14 |
| 7933-35 S Essex Avenue | | $133.09 |
| 7937-39 S Essex Avenue | | $576.88 |
| 7943-45 S Essex Avenue | | $373.28 |
| 7947-49 S Essex Avenue | | $1,598.06 |
| 7953-59 S Marquette Road | 2708-10 E 80th Street | $761.58 |

Exhibit 3
Outstanding Water Utility Account Balances as of April 11, 2019

| **Property Address** | **Alternative Address** | **Utility (Water) Account Balance** |
|---|---|---|
| 8000 S Justine Street | 1541 E 80th Street | $818.32 |
| 8107 S Ellis Avenue | | $869.42 |
| 8209 S Ellis Avenue | | $2,143.90 |
| 8214 S Ingleside Avenue | | $829.86 |
| 8326-32 S Ellis Avenue | | $3,069.68 |
| 8334-40 S Ellis Avenue | | $1,804.86 |
| 8342-50 S Ellis Avenue | | $1,907.26 |
| 8352-58 S Ellis Avenue | | $1,540.16 |
| 9610 S Woodlawn Avenue | | $0.00 |
| 10012 S LaSalle Avenue | | $0.00 |
| 1017 W 102nd Street | | $13.42 |
| 1131-41 E 79th Place | | $0.00 |
| 11318 S Church Street | | $6.97 |
| 1414 East 62nd Place | | $0.00 |
| 1422 East 68th Street | | $0.00 |
| 1516 E 85th Place | | $6.97 |
| 2129 W 71st Street | | $0.00 |
| 2136 W 83rd Street | | $0.00 |
| 2800 E 81st Street | | $0.00 |
| 3030 E 79th Street | | $0.00 |
| 3074 Cheltenham Place | 7836 S Shore Drive | $11,442.02 |
| 3074 Cheltenham Place | 7836 S Shore Drive | $2,017.78 |
| 3213 S Throop Street | | $0.00 |
| 3723 W 68th Place | | $0.00 |
| 406 E 87th Place | | $7.67 |
| 4520-26 S Drexel Boulevard | | $8,462.20 |
| 4533-37 S Calumet Avenue | | $0.00 |
| 4611 S Drexel Boulevard | | $5,432.10 |
| 4750 S Indiana Avenue | | $0.00 |
| 5001 S Drexel Boulevard | 909 E 50th Street | $42,024.30 |
| 5437 S Laflin Street | | $0.00 |
| 5450-52 S Indiana Avenue | 118-132 E Garfield | $0.00 |
| 61 E 92nd Street | | $6.51 |
| 6217 S Dorchester Avenue | | $0.00 |
| 6437 S Kenwood Avenue | | $0.00 |
| 6554 S Rhodes Avenue | | $0.00 |

Exhibit 3
Outstanding Water Utility Account Balances as of April 11, 2019

| **Property Address** | **Alternative Address** | **Utility (Water) Account Balance** |
|---|---|---|
| 6759 S Indiana Avenue | | $0.00 |
| 6825 S Indiana Avenue | | $0.00 |
| 6949-59 S Merrill Avenue | | $0.00 |
| 7024-32 S Paxton Avenue | | $0.00 |
| 7051 S Bennett Avenue | | $0.00 |
| 7110 S Cornell Avenue | | $0.00 |
| 7210 S Vernon Avenue | | $0.00 |
| 7301-09 S Stewart Avenue | | $0.00 |
| 7442-48 S Calumet Avenue | | $0.00 |
| 7450 S Luella Avenue | 2220 East 75th Street | $0.00 |
| 7500-06 S Eggleston Avenue | | $25,947.14 |
| 7508 S Essex Avenue | 2453-59 E 75th Street | $0.00 |
| 7547-49 S Essex Avenue | | $19,849.98 |
| 7625-33 S East End Avenue | | $0.00 |
| 7635-43 S East End Avenue | | $0.00 |
| 7701 S Essex Avenue | | $2,577.56 |
| 7712 S Euclid Avenue | | $7.69 |
| 7749 S Yates Boulevard | | $0.00 |
| 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | $0.00 |
| 7834-44 S Ellis Avenue | | $0.00 |
| 7840 S Yates Avenue | | $0.00 |
| 7922 S Luella Avenue | | $0.00 |
| 7925 S Kingston Avenue | | $7.67 |
| 7933 S Kingston Avenue | | $6.97 |
| 7953 S Woodlawn Avenue | | $0.00 |
| 8030 S Marquette Avenue | | $0.00 |
| 8047-55 S Manistee Avenue | | $0.00 |
| 8100 S Essex Avenue | | $319.54 |
| 8104 S Kingston Avenue | | $8.13 |
| 8107 S Kingston Avenue | | $8.82 |
| 816-20 E Marquette Road | | $0.00 |
| 8201 S Kingston Avenue | | $0.00 |
| 8346 S Constance Avenue | | $6.71 |
| 8403 S Aberdeen Street | | $0.00 |
| 8405 S Marquette Avenue | | $8.39 |
| 8432 S Essex Avenue | | $6.97 |

Exhibit 3
Outstanding Water Utility Account Balances as of April 11, 2019

| **Property Address** | **Alternative Address** | **Utility (Water) Account Balance** |
|---|---|---|
| 8517 S Vernon Avenue | | $2,090.11 |
| 8529 S Rhodes Avenue | | $7.67 |
| 8800 S Ada Street | | $0.00 |
| 9212 S Parnell Avenue | | $0.00 |
| | | $307,158.17 |

# EXHIBIT 4

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis
Receivership; Civil Court Docket No. 18-cv-05587
Reporting Period 1/1/2019 to 3/31/2019

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | **Beginning Balance (As of 1/1/2019):** | $307,345.37 | | $307,345.37 |
| | ***Increases in Fund Balance:*** | | | |
| **Line 2** | **Business Income** | | | |
| **Line 3** | **Cash and unliquidated assets** | | | |
| **Line 4** | **Interest/Dividend Income** | $416.75 | | |
| **Line 5** | **Business Asset Liquidation** | | | |
| **Line 6** | **Personal Asset Liquidation** | | | |
| **Line 7** | **Net Income from Properties** | $191,559.96 | | |
| **Line 8** | **Miscellaneous - Other** | | | |
| | **Total Funds Available (Line 1-8):** | | | **$499,322.08** |
| | ***Decrease in Fund Balance:*** | | | |
| **Line 9** | **Disbursements to Investors** | | | |
| **Line 10** | **Disbursements for receivership operations** | | | |
| *Line 10a* | Disbursements to receiver or Other Profesionals | | | |
| *Line 10b* | Business Asset Expenses[1] | ($266,570.62) | | |
| *Line 10c* | Personal Asset Expenses | | | |
| *Line 10d* | Investment Expenses | | | |
| *Line 10e* | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | **Total Third-Party Litigation Expenses** | | $0.00 | |
| *Line 10f* | Tax Administrator Fees and Bonds | | | |
| *Line 10g* | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | | ($266,570.62) | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| *Line 11a* | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………………………… | | | |
| | Independent Distribution Consultant (IDC)………………… | | | |
| | Distribution Agent……………………………………………… | | | |
| | Consultants……………………………………………………… | | | |
| | Legal Advisers………………………………………………….. | | | |
| | Tax Advisers……………………………………………………. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | $0.00 | |
| *Line 11b* | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………………………… | | | |
| | IDC……………………………………………………………….. | | | |

Exhibit 1

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis
Receivership; Civil Court Docket No. 18-cv-05587
Reporting Period 1/1/2019 to 3/31/2019

| | | | | |
|---|---|---|---|---|
| | Distribution Agent…………………………………………………… | | | |
| | Consultants…………………………………………………………… | | | |
| | Legal Advisers…………………………………………………… | | | |
| | Tax Advisers…………………………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor identification | | | |
| | Notice/Publishing Approved Plan………………………………… | | | |
| | Claimant Identification……………………………………………… | | | |
| | Claims Processing………………………………………………… | | | |
| | Web Site Maintenance/Call Center………………………………… | | | |
| | 4. Fund Adminstrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursement for Distribution Expenses Paid by the Fund | $0.00 | | |
| Line 12 | **Disbursement to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursement to Court/Others: | | | |
| | Total Funds Disbursed (Lines 1-9): | | | ($144,679.61) |
| Line 13 | **Ending Balance (As of 3/31/2019):** | | | $232,751.46 |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $232,751.46 |
| Line 14b | *Investments (unliquidated Huber/Hubadex investments)* | | | |
| Line 14c | *Other Assets or uncleared Funds* | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $232,751.46 |

[1] *Employment taxes ($3,316.27); corporate tax ($141.81); insurance ($98,537.30); payroll service ($177.00); property taxes ($41,194.93); property repairs ($28,730.00); property utilities ($1,743.43); property management expenses ($92,729.88).*

Exhibit 4

STANDARDIZED FUND ACCOUNTING REPORT for EQUITYBUILD, INC., et al. - Cash Basis
Receivership; Civil Court Docket No. 18-cv-05587
Reporting Period 1/1/2019 to 3/31/2019

Receiver:

/s/ Kevin B. Duff
_____
(Signature)


Kevin B. Duff, Receiver EquityBuild, Inc., et al.
_____
(Printed Name)

Date: _____ April 24, 2019 _____

# EXHIBIT 5

Exhibit 5

EQUITYBUILD, INC. RECEIVERSHIP
Case No. 18-cv-05587
1st Quarter 2019
Schedule of Receipts and Disbursements

| | | | |
|---|---|---|---|
| **Beginning Balance 1/1/19** | | | $307,345.37 |
| | | | |
| **RECEIPTS** | | | |
| | **Received From** | **Amount** | |
| | Gross rental income | $191,559.96 | |
| | Interest earned on Receiver's account | $416.75 | |
| | | | |
| | TOTAL RECEIPTS: | | $499,322.08 |
| **DISBURSEMENTS** | | | |
| | **Paid To** | **Amount** | |
| | State (IL, LA, OK) and Federal Treasury Departments (employment taxes for 3d & 4th quarters 2018) | ($3,316.27) | |
| | State Treasury Department (LA) (2017 past due corporate tax) | ($141.81) | |
| | FIRST Insurance Funding Corp.[1] | ($98,287.30) | |
| | Cincinnati Insurance Group (deductible on general liability insurance claim) | ($250.00) | |
| | Paychex (payroll services) | ($177.00) | |
| | Cook County Clerk (property taxes on EB properties) | ($35,194.93) | |
| | Paper Street (property tax on 1700-08 Juneway Terrace) | ($6,000.00) | |
| | Village of Maywood, Dept. of Water (past due bill for 701 55th Street) | ($1,743.43) | |
| | Paper Street (property repairs to 7760 S. Coles & 8107 S. Ellis) | ($28,730.00) | |

Exhibit 5

EQUITYBUILD, INC. RECEIVERSHIP
Case No. 18-cv-05587
1st Quarter 2019
Schedule of Receipts and Disbursements

| | | | |
|---|---|---|---|
| | WPD (property management expenses) | ($82,500.00) | |
| | Paper Street (property management expenses) | ($10,229.88) | |
| | | | |
| | TOTAL DISBURSEMENTS: | | ($266,570.62) |
| | | | |
| | **Grand Total Cash on Hand at 3/31/19:** | | **$232,751.46** |
| | | | |
| | | | |
| [1] Installments on premium finance agreement | | | |

# EXHIBIT 6

Exhibit 6

Receiver's Payment Of The First Installment Of 2018 Cook County Real Estate Taxes

| Property Address | Amount of Receiver Payment |
|---|---|
| 2736 W. 64th Street | $2,762.34 |
| 4317 S. Michigan | $1,029.92 |
| 7546 S Saginaw | $3,207.20 |
| 8334-40 S. Ellis | $151.81 |
| 8342-50 S. Ellis | $3,469.31 |
| 8352-58 S. Ellis | $943.71 |
| 5618 S. Martin Luther King | $1,833.26 |
| 6558 S. Vernon | $6,612.56 |
| 1700 Juneway | $3,652.14 |
| 6751-57 S. Merrill | $4,899.45 |
| 6250 S. Mozart | $3,235.44 |
| 7255-57 S. Euclid | $3,143.79 |
| 7625-33 S. East End Ave. | $254.00 |
| | Total  $35,194.93 |

# EXHIBIT 7

Exhibit 7

Payment Of The First Installment Of 2018 Cook County Real Estate Taxes By Property Manager, WPD Management, At Direction of Receiver

| Address | Amount of WPD Management Payment from January 2019 through April 24, 2019 |
|---|---:|
| 7549 S. Essex | $12,609.21 |
| 4533 S. Calumet | $3,645.15 |
| 5001 S. Drexel | $10,544.32 |
| 5450 S. Indiana | $4,974.05 |
| 4520 S. Drexel | $32,829.60 |
| 4611 S. Drexel | $27,350.04 |
| 7110 S. Cornell | $4,684.30 |
| 1131 E. 79th Place | $3,648.70 |
| 6217 S. Dorchester | $8,496.49 |
| 7024 S. Paxton | $8,797.73 |
| 2453 E. 75th | $2,644.07 |
| 816 E. Marquette | $2,049.68 |
| 6951 S. Merrill | $12,867.17 |
| 10012 S. LaSalle | $918.05 |
| 11318 S. Church | $1,281.75 |
| 3213 S. Throop | $1,716.77 |
| 406 E. 87th | $1,239.17 |
| 61 E. 92nd | $1,080.13 |
| 6554 S. Rhodes | $1,763.09 |
| 6825 S. Indiana | $2,012.66 |
| 7836 South Shore Dr | $11.73 |
| 7625 S. East End | $6,552.61 |
| 7701 S. Essex | $4,846.72 |
| 1422 E. 68th | $3,058.93 |
| 2800-2806 E. 81st | $5,201.59 |
| 4750 S. Indiana | $3,222.30 |
| 2220-2226 E. 75th | $1,059.86 |
| 7840 S. Yates | $5,191.52 |
| 3723 W. 68th Place | $1,576.86 |
| 7502 S. Eggleston | $12,366.14 |
| 7502 S. Eggleston | $11,151.10 |
| 4533 S. Calumet | $3,527.23 |
| 5450 S. Indiana | $5,364.96 |
| 816 E. Marquette | $3,730.47 |

Exhibit 7

Payment Of The First Installment Of 2018 Cook County Real Estate Taxes By Property
Manager, WPD Management, At Direction of Receiver

| Address | Amount of WPD Management Payment from January 2019 through April 24, 2019 |
|---|---|
| 2453 E. 75th | $8,786.32 |
| 7701 S. Essex | $5,246.26 |
| 7301 S. Stewart | $2,606.71 |
| 7625 S. East End | $4,207.43 |
| 7836 South Shore Dr | $15,395.30 |
| 7844 S. Ellis | $1,400.07 |
| 1131 E. 79th Place | $8,436.16 |
| 6217 S. Dorchester | $7,469.21 |
| 6437 S. Kenwood | $13,213.61 |
| 7024 S. Paxton | $11,323.87 |
| 5450 S. Indiana | $224.34 |
| 7549 S. Essex | $12,715.34 |
| 7922 S. Luella | $1,816.55 |
| 8800 S. Ada | $1,197.72 |
| 417 S. Oglesby | $2,849.28 |
| 6437 S. Kenwood | $4,150.89 |
| | Total  $313,053.21 |

# EXHIBIT 8

Exhibit 8

**Master Asset List**

| Receiver's Account (as of 3/31/2019) | | |
|---|---|---|
| **Institution** | **Account Information** | **Amount** |
| AXOS Fiduciary Services | Checking | $232,751.46 |

| Receivership Defendants' Accounts | | | |
|---|---|---|---|
| **Institution** | **Account Information** | **Current Value[1]** | **Amount Transferred to Receiver's Account** |
| Wells Fargo | Checking (53 accounts in the names of the affiliates and affiliate entities included as Receivership Defendants)[2] | $16,321.68[3] | $105,870.94[4] |
| Wells Fargo | Checking (account in the names of Shaun Cohen and spouse) | | $23,065.43[5] |
| Byline Bank | Checking (2 accounts in names of Receivership Defendants) | $21,828.73 | |
| | | | Total: $128,936.37 |

| EquityBuild Real Estate Portfolio (in Illinois) |
|---|
| For a list of the properties within the EquityBuild portfolio identified by property address, alternative address (where appropriate), number of units, and owner, *see* Exhibit 1 to the Receiver's First Status Report, Docket No. 107. |

| Other, Non-Illinois Real Estate | |
|---|---|
| **Description** | **Appraised Market Value** |
| Single family home in Naples, Florida | ±$1,400,000.00[6] |
| | Approximate mortgage amount: $500,000.00 Approximate value less mortgage: $900,000.00 |
| Single family home in Plano, Texas | ±$450,000.00 |
| | Approximate mortgage amount: $400,000.00 Approximate value less mortgage: $50,000.00 |
| Plot of land in Houston, Texas | To be determined |

[1] The Current Value reflects the approximate balance in the frozen bank accounts.
[2] The Receiver is investigating whether each of these accounts is properly included within the Receivership Estate.
[3] $16,321.68 reflects the value as of 2/26/19, the date of the last update provided by Wells Fargo, despite the Receiver's continued efforts to gather further information on the frozen accounts.
[4] This amount was transferred to the Receiver's Account as of 8/27/18, and is included as part of the total balance of the Receiver's Account as of 3/31/19.
[5] This amount was transferred to the Receiver's account as of 11/8/18, and is included as part of the total balance of the Receiver's Account as of 3/31/19.
[6] Source: www.zillow.com