# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States Securities and Exchange Commission, et al.

                              Plaintiff,

v.                             Case No.:
                                      1:18−cv−05587
                                      Honorable John Z. Lee

Equitybuild, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

      MINUTE entry before the Honorable Young B. Kim: The Receiver's fifth motion for court approval [329] is granted. Enter Order. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.