UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 18-CV-5587 ) |
| v. | ) Judge John Z. Lee ) |
| EQUITYBUILD, INC., *et al.*, | ) Magistrate Judge Young B. Kim ) |
| Defendants. | ) ) ) |

**SEC'S WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING
ON RECEIVER'S MOTION TO AMEND ORDER APPOINTING RECEIVER**

Pursuant to the Court's May 8, 2019 Order (ECF No. 357), the Securities and Exchange Commission ("SEC") submits the follow lists of witnesses and exhibits it may introduce during the evidentiary hearing on the Receiver's Motion to Amend Order Appointing Receiver (ECF No. 265).

**A. Witness List**

The SEC will call the following witnesses to testify at the evidentiary hearing:[1] Ann Tushaus, Defendant Jerome Cohen, and Patricia Cohen. Ms. Tushaus is an SEC accountant, and may be reached through the SEC's counsel of record, Benjamin Hanauer. Jerome and Patricia Cohen are the co-owners of the home and bank account at issue in the Receiver's motion.

---

[1] The SEC reserves the right to call as a witness any person on the Receiver's or Defendants' witness lists. In addition, the SEC reserves the right to call any witness for purposes of rebuttal.

1

B. Exhibit List

The SEC may introduce the following exhibits at the evidentiary hearing:[2]

| Exhibit Number | Description | Bates Number if Available |
|---|---|---|
| 1. | Wells Fargo Account Statements – Checking Account for Patricia Schroyer-Cohen and Jerry H. Cohen, Acct No. **********641, December 2011-August 2018 | EB_Receiver000001-0668 |
| 2. | Wells Fargo Account Statements – Checking Account for Tikkun Holdings LLC, Acct No. *******298, May 2013-August 2018 | EB_Receiver001134-1381 |
| 3. | Wells Fargo Account Statements – Checking Account for Equitybuild Inc. Operating Account, Acct No. *******976, April 2015-August 2018 | EB_Receiver001584-2055 |
| 4. | Wells Fargo Account Statements – Checking Account for Equitybuild Inc., Acct No. **********110, January 2012-July 2018 | EB_Receiver004021-4660 |
| 5. | Wells Fargo Account Statements – Checking Account for Hard Money Company LLC, Acct No. *******783, January 2012-July 2018 | EB_Receiver008753-9204 |
| 6. | Wells Fargo Account Statements – Checking Account for Hard Money Company LLC HMC Operating Account, Acct No. **********451, January 2012-July 2018 | EB_Receiver016475-16729 |
| 7. | Wells Fargo Account Statements – Checking Account for Hard Money Company LLC Escrow Account, Acct No. **********077, January 2012-July 2018 | EB_Receiver016978-17236 |
| 8. | Bank record reflecting August 25, 2015 wire transfer for down payment on Naples property | ECF No. 265-1, Page ID # 4926 |
| 9. | Transcript of Jerome Cohen testimony before SEC on January 8, 2018 | N/A |
| 10. | Transcript of Jerome Cohen testimony before SEC on January 9, 2018 | N/A |
| 11. | Transcript of Jerome Cohen testimony before SEC on May 29, 2018 | N/A |

---

[2] The SEC reserves the right to introduce any of the exhibits on the Receiver's or Defendants' exhibit lists, as well as any additional documents, transcripts or other materials for use on rebuttal and/or as impeachment, as permitted by the Court.

| Exhibit Number | Description | Bates Number if Available |
|---|---|---|
| 12. | Complaint in SEC v. Slowinski, Case No. 19-cv-3552 (N.D. Ill. May 29, 2019) | N/A |
| 13. | Summary of transactions in Cohen Wells Fargo account **********641 | SEC_Summary0000001-041 |
| 14. | Summary of sources and uses of funds in Cohen Wells Fargo account **********641 (with attached schedules) | SEC_Summary0000042-059 |
| 15. | Summary of investor and rental payments to/from Wells Fargo accounts for Equitybuild and Equitybuild Finance | SEC_Summary0000060 |
| 16. | Summary of transactions in Tikkun Wells Fargo account *******298 (May 2013 to August 2015) | SEC_Summary0000061-070 |
| 17. | Summary of sources and uses of funds in Tikkun Wells Fargo account *******298 (May 2013 to August 2015) (with attached schedules) | SEC_Summary0000071-083 |
| 18. | Summary of transactions in Tikkun Wells Fargo account *******298 (Sept. 2015 to May 2018) | SEC_Summary0000084-095 |
| 19. | Summary of sources and uses of funds in Tikkun Wells Fargo account *******298 (Sept. 2015 to May 2018) (with attached schedules) | SEC_Summary0000096-103 |
| 20. | Summary of certain transactions involving Tikkun and Equitybuild Wells Fargo accounts | SEC_Summary0000104-105 |

Dated: May 31, 2019

Respectfully submitted,

  /s/ Benjamin Hanauer
Benjamin J. Hanauer (hanauerb@sec.gov)
Timothy J. Stockwell (stockwellt@sec.gov)
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing Witness and Exhibit List, via ECF filing, to all counsel of record and Defendant Shaun Cohen, on May 31, 2019. I further certify that I caused the foregoing Witness and Exhibit List to be served on Defendant Jerome Cohen, via email, at jerryc@reagan.com.

  /s/ Benjamin Hanauer
Benjamin J. Hanauer
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

One of the Attorneys for Plaintiff