UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                                                    Civil Action No. 18-cv-5587

Plaintiff,                                  Hon. John Z. Lee

v.                                           Magistrate Judge Young B. Kim

EQUITYBUILD, INC.,
EQUITYBUILD FINANCE, LLC,
JEROME H. COHEN, and
SHAUN D. COHEN, Defendants.
_____/

**SUBMISSION OF LIBERTY EBCP, LLC IN RESPONSE TO DOCKET ENTRY 387**

      Liberty EBCP, LLC ("*Liberty*"), by its counsel, Jaffe, Raitt, Heuer & Weiss, P.C. files this Submission of Liberty EBCP, LLC in Response to Docket Entry 387.

| Matter/Order | Objection |
|---|---|
| Memorandum Opinion and Order dated May 2, 2019 (R. 353) | Objection of Liberty EBCP, LLC to Memorandum Opinion and Order dated May 2, 2019 (R. 359). |

                                                    Respectfully Submitted,

                                                    /s/ Jay L. Welford

                                                    Jay L. Welford (P34471)
                                                    Jaffe, Raitt, Heuer & Weiss, P.C.
                                                      27777 Franklin Rd., Ste. 2500
                                                    Southfield, MI 48034
                                                    (248) 351-3000
                                                    jwelford@jaffelaw.com
                                                    *Counsel for Liberty EBCP, LLC*

Date: June 4, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2019, I provided service of the foregoing *Submission of Liberty EBCP, LLC in Response to Docket Entry 387*, via ECF filing to all counsel of record, and via electronic mail or U.S. mail to the following individuals and entities:

Jerome and Patricia Cohen
1050 8th Avenue N.
Naples, FL 34102
jerryc@reagan.com
*Defendant*

First Bank
Client Contact Center
600 James S. McDonnell Blvd.
St. Louis, MO 63042

/s/ Jay L. Welford

Jay L. Welford (P34471)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 351-3000
jwelford@jaffelaw.com
*Counsel for Liberty EBCP, LLC*