```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


UNITED STATES SECURITIES AND     ) Docket No. 18 C 5587
EXCHANGE COMMISSION,             )
                                 )
              Plaintiffs,        )
                                 )
         vs.                     )
                                 )
EQUITYBUILD, INC., EQUITYBUILD   )
FINANCE, LLC, JEROME H. COHEN,   )
AND SHAUN D. COHEN,              ) Chicago, Illinois
                                 ) February 7, 2019
              Defendants.        ) 9:53 o'clock a.m.


              TRANSCRIPT OF PROCEEDINGS - STATUS
             BEFORE THE HONORABLE JOHN Z. LEE


APPEARANCES:

For the Plaintiff:         U.S. SECURITIES & EXCHANGE
                              COMMISSION
                           BY:  MR. BENJAMIN J. HANAUER
                                MR. TIMOTHY J. STOCKWELL
                           175 W. Jackson Blvd., Suite 900
                           Chicago, Illinois  60604


For Defts. Jerome H.       BRAGANCA LAW, LLC
and Shaun D. Cohen:        BY:  MS. CELIZA BRAGANCA
                           230 South Clark Street, Suite 262
                           Chicago, Illinois  60604


For the Receiver:          RACHLIS, DUFF, PEEL & KAPLAN, LLC
                           BY:  MR. MICHAEL RACHLIS
                           542 South Dearborn, Suite 900
                           Chicago, Illinois  60605


For Wilmington Trust:      PLUNKETT COONEY, P.C.
                           BY:  MR. JAMES M. CROWLEY
                           221 N. LaSalle Street, Suite 1550
                           Chicago, Illinois  60601
```

```
 1   APPEARANCES (Cont'd):

 2
     For Citibank:              STAHL, COWEN, CROWLEY, ADDIS, LLC
 3                              BY:  MR. RONALD A. DAMASHEK
                                55 West Monroe Street, Suite 1200
 4                              Chicago, Illinois   60603

 5
     For Citibank, U.S. Bank,   FOLEY & LARDNER
 6   Wilmington Trust, and      BY:  MS. JILL NICHOLSON
     Fannie Mae:                321 North Clark Street, Suite 2800
 7                              Chicago, Illinois   60654

 8
     For Midland Loan Svcs.:    AKERMAN, LLP
 9                              BY:  MR. THOMAS B. FULLERTON
                                71 South Wacker Drive, 46th Floor
10                              Chicago, Illinois   60606

11
     For Bloomfield Capital:    HONIGMAN, LLP
12                              BY:  MS. HELEN M. HAPNER
                                155 North Wacker Drive, Suite 3100
13                              Chicago, Illinois   60606

14
     For Capital Investors,     GARDINER, KOCH & WEISBERG
15   Capital Partners,          MS. MICHELLE M. LaGROTTA
     6951 S. Merrill I, LLC,    53 W. Jackson Blvd., Suite 950
16   5001 S. Drexel Blvd. Fund  Chicago, Illinois   60604
     II, LLC:
17

18   For Freddie Mac,           LANDMAN, CORSI, BALLAINE & FORD
     via teleconference:        BY:  MR. MARK LANDMAN
19                              120 Broadway
                                New York, New York   10271
20

21   For Freddie Mac:           PILGRIM CHRISTAKIS, LLP
                                BY:  MS. JENNIFER L. MAJEWSKI
22                              321 North Clark Street, 26th Floor
                                Chicago, Illinois   60654
23

24   For BMO Harris:            CHAPMAN & CUTLER
                                BY:  MR. JAMES P. SULLIVAN
25                              111 West Monroe Street, Suite 1600
                                Chicago, Illinois   60603
```

```
 1  APPEARANCES (Cont'd):

 2
    For Liberty EBCP,         JAFFE, RAITT, HEUER & WEISS
 3  via teleconference:       BY:  MR. JAY L. WELFORD
                              27777 Franklin Road
 4                            Southfield, Michigan  48034

 5
    Also Present:             MR. KEVIN B. DUFF, Receiver
 6

 7  Court Reporter:           MR. JOSEPH RICKHOFF
                              Official Court Reporter
 8                            219 S. Dearborn St., Suite 1224
                              Chicago, Illinois  60604
 9                            (312) 435-5562

10
              * * * * * * * * * * * * * * * * *
11
                    PROCEEDINGS RECORDED BY
12                   MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED BY COMPUTER
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1     (Proceedings had in open court, in part via telephone
2  conference:)
3         THE CLERK:  Case 18 CV 5587, United States Securities
4  and Exchange Commission vs. Equitybuild.
5         MR. HANAUER:  Good morning, your Honor, Ben Hanauer
6  and Tim Stockwell for the SEC.
7         MR. RACHLIS:  Good morning, your Honor, Michael
8  Rachlis on behalf of the receiver and the receivership.  Kevin
9  Duff is here, as well.
10        MR. DUFF:  Good morning, your Honor.
11        THE COURT:  Good morning.
12        MS. BRAGANCA:  Good morning, your Honor, Liza
13 Braganca on behalf of Shaun Cohen and Jerry Cohen.
14        MR. SULLIVAN:  Good morning, Judge, James Sullivan on
15 behalf of BMO Harris Bank.
16        MR. CROWLEY:  Good morning, your Honor, James Crowley
17 on behalf of one of the Wilmington Trust defendants.
18        MR. DAMASHEK:  Ron Damashek on behalf of Citibank, as
19 trustee related to the Dorchester property.
20        MS. NICHOLSON:  Good morning, your Honor, Jill
21 Nicholson on behalf of a number of special servicers,
22 including indenture trustees Citibank, U.S. Bank, Wilmington
23 Trust, and Fannie Mae.
24        MS. HAPNER:  Good morning, your Honor, Helen Hapner
25 on behalf of creditor Bloomfield Capital.

1           MS. MAJEWSKI:  Good morning, your Honor, Jennifer
2    Majewski on behalf of Freddie Mac.
3           MS. LaGROTTA:  Michelle LaGrotta on behalf of Capital
4    Investors.
5           MR. FULLERTON:  Good morning, your Honor, Tom
6    Fullerton on behalf of Midland Loan Services.
7           THE COURT:  And who do we have on the phone?
8           MR. WELFORD:  Good morning, your Honor, Jay Welford
9    of the Detroit firm of Jaffe, Raitt, Heuer & Weiss appearing
10   on behalf of Liberty EBCP, LLC, a lender.
11          MR. LANDMAN:  And, your Honor, good morning, this is
12   Mark Landman from the firm Landman, Corsi, Ballaine & Ford in
13   New York, and I'm here on behalf of Freddie Mac.
14          THE COURT:  All right.  So, I feel, looking at the
15   docket, that the government shutdown kind of got us a little
16   bit off track here, and given the general order that was
17   issued by Chief Judge Castillo.  And I know that there's
18   continuing proceedings before Magistrate Judge Kim, if I'm not
19   mistaken.
20          And, so, at this point in time -- I had set
21   previously deadlines for the motion for monetary relief, that
22   the SEC has filed.  There were response dates that I had set
23   there.  I know there might be some confusion as to whether or
24   not those response dates still hold.  And, so, current -- they
25   were due on February 1st.

1  So, I'm going to go ahead and, basically, reinstate
2  that motion in the event that the Clerk's Office thinks it's
3  no longer there.
4  Does anyone need any more time to file a response at
5  this point?
6  MS. BRAGANCA: Your Honor, this is Liza Braganca. I
7  have a motion to withdraw pending. And I will alert my client
8  -- should that motion be granted, I will alert my clients to
9  -- that those -- that motion, they still have the right to
10 respond to it. And --
11 THE COURT: I don't know whether they still have the
12 right to respond to it.
13 MS. BRAGANCA: I'm sorry, your Honor, that you would
14 give them the opportunity to respond to it.
15 THE COURT: Right.
16 Just so there's no -- well, why don't I do this: As
17 I said, given the shutdown, what I'm going to do is I'm going
18 to extend the date by which anyone should file a response to
19 the SEC's motion for monetary relief to February 15th. Okay?
20 And, then, I'll give the SEC until March 8th for
21 reply. All right? So --
22 MS. BRAGANCA: Your Honor -- okay.
23 THE COURT: I, also, in the December 18th order,
24 directed that any motion by the receiver with regard to a
25 recommended claims process be filed and noticed for

1  presentation.  Obviously, that took place during the shutdown.
2       What's the status of that?
3       MR. RACHLIS:  We are -- the shutdown did impact some
4  of the mechanics of trying to get this done.  This week we
5  actually met with the SEC in regards to that.  And, so, we
6  believe we're about two weeks away from having that claims --
7  the motion for approval of a claims process in front of your
8  Honor.
9       THE COURT:  Okay.  Very good.
10      So, I will extend the date by which the receiver
11 should file a motion for a proposed claims process to February
12 22nd.  Okay?  And you can notice it up for the following week.
13      Are there any other deadlines out there that I need
14 to either reset or revive at this point?
15      Yes?
16      MR. CROWLEY:  Your Honor, the receiver was supposed
17 to file -- this is Jim Crowley -- James Crowley.
18      The receiver was supposed to have filed a report
19 January 31st.  It hasn't been done.  So, that's late.
20      MR. RACHLIS:  Same issue, your Honor.  Typically, our
21 process has been we would draft that.  We will give some -- we
22 couldn't get input from the SEC or whatnot with the shutdown.
23 We anticipate having that filed by the end of this month.
24      THE COURT:  Okay.
25      So, by February 28th?

1           MR. RACHLIS:  Yes.
2           THE COURT:  Very good.
3           Is there anything else that I can address today?
4           MS. BRAGANCA:  Yes, your Honor.
5           On December 19th, I filed a motion to withdraw;
6  alerted my clients that that had been filed.  I've been in
7  communications with them.  Last night they sent me something
8  and asked me to file their opposition to it.
9           May I approach and provide you with a copy of it?  I
10 didn't have the opportunity to file in chambers.
11          THE COURT:  I haven't taken a look at it, so I don't
12 think it's going to help me particularly.
13          Was that the only response that was filed?
14          MS. BRAGANCA:  That is the only response, your Honor.
15          THE COURT:  Why don't you go ahead and hand it up,
16 then.
17          MS. BRAGANCA:  Okay.
18     (Document tendered to the Court.)
19          MS. BRAGANCA:  It's very brief.
20     (Brief pause.)
21          MS. BRAGANCA:  It's a second copy of the same thing.
22          THE COURT:  Does the SEC have a position one way or
23 the other with regard to the motion?
24          MR. HANAUER:  No, your Honor.
25          THE COURT:  And can you remind me, generally

```
 1  speaking, the basis for your motion for withdrawal?
 2          MS. BRAGANCA:  Yes, your Honor.  It's that I have not
 3  been paid since the release of funds.  That's been since
 4  August.
 5          THE COURT:  Okay.
 6          Well, at this point, I've reviewed the opposition to
 7  the motion of Ms. Braganca to withdraw from this case filed by
 8  Jerome Cohen and Shaun Cohen.  They're not entitled to free
 9  counsel in this case.  And, so, therefore, the motion to
10  withdraw is granted.
11          MS. BRAGANCA:  Thank you, your Honor.
12          THE COURT:  Make sure that you provide them with a
13  copy of the -- did you file with the court a notification
14  form?
15          MS. BRAGANCA:  I did, your Honor.
16          THE COURT:  Make sure you provide them with a copy of
17  the order that's issued today.
18          MS. BRAGANCA:  I will do that.  Thank you.
19          THE COURT:  Is there anything else that I can address
20  for the parties today?
21      (No response.)
22          THE COURT:  All right.
23          And I see, as I said, that there's other hearings
24  before Judge Kim.  Let's go ahead and set this case for
25  further status the week of April 15th.
```

```
1              Carmen --
2         MR. HANAUER:  Your Honor?
3         THE COURT:  Yes.
4         MR. HANAUER:  I apologize.  I'm going to be out of
5    town that week.  That's the Chicago Public Schools spring
6    break.
7         THE COURT:  April 8th -- the week of April 8th.
8         THE CLERK:  April 9th at 9:00 o'clock.
9         THE COURT:  And I'll keep an eye on the docket to see
10   if Magistrate Judge Kim issues any orders with regard to the
11   pending motions.
12        With regard to the -- and once I get the motion from
13   the receiver with regard to the claims process, I'll set a
14   briefing schedule, so that no one has to appear for that.
15        Thank you.
16        MR. RACHLIS:  Your Honor does want that noticed up
17   the following week, correct?
18        THE COURT:  Yes.
19        MR. RACHLIS:  We'll do that.  Thank you.
20        THE COURT:  Thank you.
21        MR. HANAUER:  Thank you, your Honor.
22        MR. DUFF:  Thank you, your Honor.
23                   *    *    *    *    *
24
25
```

Case: 1:18-cv-05587 Document #: 439 Filed: 07/03/19 Page 11 of 11 PageID #:6578

11

1  I certify that the foregoing is a correct transcript from the
2  record of proceedings in the above-entitled matter.

3
   /s/ Joseph Rickhoff                               July 3, 2019
4  Official Court Reporter