# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) Civil Action No. 18-CV-5587 ) |
| v. | ) ) Judge Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Magistrate Judge Young B. Kim ) ) |
| Defendants, | ) ) |

DEFENDANTS RESPONSE TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 454

Jerome H. Cohen ("Defendant") respectfully files this Response ("Response") TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 454.

## BACKGROUND

In Minute Entry Document No. 454, the Honorable Judge Kim graciously allowed for the Defendant to appear on August 1st but also be able to provide three replacement dates should there be a scheduling conflict on August 1st. August 1st falls in the middle of a 3 week period of religious observance that ends late on August 11th. As a result, the Defendant would choose August 13th, 14th or 15th to appear.

1

July 23rd, 2019

Respectfully submitted,

DEFENDANT JEROME H. COHEN

By:
       Jerome H. Cohen

_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 23rd, 2019, a copy of the foregoing TO DEFENDANTS RESPONSE TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 454 was served by filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Shaun D. Cohen

Jerome H. Cohen