MONDAY, AUGUST 5, 2019

DEAR HONORABLE MAGISTRATE JUDGE YOUNG B. KIM:

UNLESS CANCELLED, I, DAVID MARCUS INTEND TO BE AT THE AUGUST 14, 2019 HEARING DEALING WITH JEROME COHEN.

PLEASE ALLOW ME TO SPEAK TO THE COURT.

THANKING YOU VERY MUCH, IN ADVANCE.

SINCERELY,

David Marcus, NEW YORK CITY



Mr. David Marcus
7336 Vleigh Pl.
Flushing, NY 11367-2839

MAJOR INVESTOR WITH EQUITY BUILD.

P.S. I INTEND TO BE AT MOST, IF NOT ALL, FUTURE HEARINGS.

**FILED**

AUG 08 2019

MAGISTRATE JUDGE
YOUNG B. KIM