# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) ) ) |
| Defendants, | ) ) ) |

Civil Action No. 18-CV-5587

Judge Hon. John Z. Lee

Magistrate Judge Young B. Kim

**DEFENDANTS RESPONSE TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 457**

Jerome H. Cohen ("Defendant") respectfully files this Response ("Response") **TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 457**.

## BACKGROUND

In Minute Entry Document No. 457, the Honorable Judge Kim ordered the Defendant to appear on August 14th, 2019 at 11:00am. The defendant respectfully informs the court that he is unable to attend the hearing scheduled for today, August 14th, 2019. The Defendant has no desire to defy the court but the fact is that the defendant has been having health issues and furthermore, has no debit card, no credit card and no money and has tried every plausible outlet to fund the travel and has been unsuccessful.

1

August 14ᵗʰ, 2019

Respectfully submitted,

DEFENDANT JEROME H. COHEN

By:

    Jerome H. Cohen

    _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2019, a copy of the foregoing TO DEFENDANTS RESPONSE TO THE HONORABLE JUDGE KIM'S MINUTE ENTRY DOCUMENT NO. 457 was served by filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

_____

Shaun D. Cohen

_____
Jerome H. Cohen