# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-cv-5587 |
| ) | |
| v. ) | Judge John Z. Lee |
| ) | |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) | Magistrate Judge Young B. Kim |
| ) | |
| Defendants. ) | |

## RECEIVER'S CONSOLIDATED SIXTH MOTION FOR COURT APPROVAL OF THE PROCESS FOR PUBLIC SALE OF REAL ESTATE BY SEALED BID, FIFTH MOTION FOR APPROVAL OF THE SALE OF CERTAIN REAL ESTATE AND FOR THE AVOIDANCE OF CERTAIN MORTGAGES, LIENS, CLAIMS, AND ENCUMBRANCES, AND MOTION TO AMEND THE AUGUST 17, 2018 ORDER APPOINTING RECEIVER

Pursuant to that certain minute order entered November 26, 2019 (Docket No. 591), Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), and pursuant to the powers vested in him by that certain Order Appointing Receiver entered on August 17, 2018 (Docket No. 16), respectfully moves (1) for judicial approval of a process for the public sale of certain real property through sealed bid, (2) for approval of the sale of certain real estate and for the avoidance of certain mortgages, liens, claims, and encumbrances, and (3) to amend the August 17, 2018 Order Appointing Receiver to remove 11117 S. Longwood LLC as a Receivership Defendant and substitute SSPH 11117 S Longwood LLC in place thereof and to include SSDF1 4520 S. Drexel LLC as an additional Receivership Defendant.

To assist the Court and all other interested parties, a Table Of Contents is attached at Tab A identifying each property subsumed within this motion, the relief sought with respect to that property, and the corresponding paragraphs of this motion and the accompanying exhibit numbers in which that property is referenced.

In addition, the information included herein is drawn from both title searches and documentation contained in EquityBuild and EquityBuild-affiliate files in the possession of the Receiver. To the extent that any as-yet unknown recorded interests exist or that non-record claimants may assert an interest in any of the properties referenced herein, the Receiver reserves the right to supplement the following information, if deemed necessary and appropriate.

Finally, to the extent that this motion makes reference to "secured" interests or "released" mortgages, those references are descriptive only and not intended as representations that the subject security instruments have been conclusively determined by the Receiver to be "secured" or "released." This motion takes no position with respect to the validity or priority of any encumbrance referenced herein, and the order in which any encumbrances are enumerated in the paragraphs that follow should not be construed as a finding or opinion regarding such issues.

## <u>INTRODUCTION</u>

***This Court Authorized The Receiver To Sell Certain Assets Owned By The Receivership Defendants.***

1.     The United States Securities and Exchange Commission filed this case against EquityBuild, EquityBuild Finance, Jerome Cohen, and Shaun Cohen alleging violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. 240.10b-5, Section 20(a) of the Exchange Act, 15 U.S.C. §78t(a), Sections 5(a) and 5(c) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77e(a) and (c), and Section 17(a) of the Securities Act, 15 U.S.C. §§77q(a).

2.      In the Complaint, the SEC alleged that the defendants operated a Ponzi-scheme that raised at least $135 million from more than 900 investors by, among other things, making untrue statements of material fact in connection with the sale of promissory notes allegedly secured by residential real estate primarily located on the south side of Chicago.

3.      On August 28, 2018, the Court entered a judgment against defendants Jerome Cohen and Shaun Cohen which, among other things, enjoined future violations of federal securities laws. (Docket No. 40)

4.      In the August 17, 2018 Order Appointing Receiver, the Court assumed exclusive jurisdiction over, and possession of, the assets of the Receivership Defendants, which defendants were expressly identified as including 1700 Juneway LLC, 4533-37 S. Calumet LLC, 7109 S Calumet LLC, EB South Chicago 3 LLC, and EquityBuild, Inc. (Docket No. 16, ¶ 1), and, by Order dated March 14, 2019, the Court expanded the list of Receivership Defendants to include 5450 S. Indiana LLC, 6437 S Kenwood, LLC, 7749-59 S. Yates LLC, EB South Chicago 4 LLC, SSDF1 4611 S. Drexel LLC, SSDF1 6751 S. Merrill LLC, SSDF1 7110 S Cornell LLC, SSDF2 1139 E 79th LLC, SSDF4 6217 S. Dorchester LLC, SSDF4 6250 S. Mozart LLC, SSDF4 7024 S Paxton LLC, SSDF4 7255 S. Euclid LLC, SSDF5 Portfolio 1 LLC, SSDF7 Portfolio 1 LLC, SSPH 6951 S Merrill LLC and SSPH Portfolio 1 LLC. (Docket No. 290)

5.      The August 17, 2018 Order Appointing Receiver erroneously identified 11117 S. Longwood LLC as a Receivership Defendant, when SSPH 11117 S Longwood LLC was the EquityBuild affiliate intended to be named, and the EquityBuild-affiliate SSDF1 S. 4520 Drexel LLC has not yet been named as a Receivership Defendant.

6.      In the Order Appointing Receiver, the Court also conferred upon the Receiver (1) "all powers, authorities, rights and privileges" theretofore possessed by the principals of the Receivership Defendants under applicable state and federal law, as well as by the governing

3

operating and shareholders' agreements and (2) all powers and authority of a receiver at equity, as well as all powers conferred upon a receiver under 28 U.S.C. §§ 754, 959, and 1692, and FRCP 66. (Docket No. 16, ¶ 4)

7.     The Court also authorized the Receiver to "take all necessary and reasonable actions to cause the sale" of "all real property in the Receivership Estate, either at public or private sale, on terms and in the manner the Receiver deems most beneficial to the Receivership Estate, and with due regard to the realization of the true and proper value of such real property." (Docket No. 16, ¶ 38)

***The Receiver Will Provide Fair, Adequate, And Sufficient Notice Of This Consolidated Motion To All Interested Parties.***

8.     The Receiver intends to serve a copy of this consolidated motion (and the accompanying notice of motion) upon all interested parties of which he is currently aware by electronic mail, to the extent he possesses an e-mail address, or by regular mail if he possesses a mailing address but no e-mail address.

9.     The Receiver will use information obtained from EquityBuild's records, as well as communications received during the course of the Receivership, to ensure that contact information is as complete as reasonably possible.

10.     A copy of this consolidated motion will also be posted on the Receiver's webpage at *http://rdaplaw.net/receivership-for-equitybuild.*

### SIXTH MOTION FOR COURT APPROVAL OF THE PROCESS FOR PUBLIC SALE OF REAL ESTATE BY SEALED BID

11.     The Receiver seeks leave to market and sell 36 residential apartment properties in accordance with the sealed bid public sale process described in Exhibit 1.

12.     The properties that the Receiver seeks leave to market and sell are as follows:

   a.     7300-04 South St. Lawrence Avenue, Chicago, Illinois 60706 ("7300-04 South St. Lawrence")

b.      7760 South Coles Avenue, Chicago, Illinois 60649 ("7760 South Coles")

c.      8000 South Justine Street, Chicago, Illinois 60620 ("8000-02 South Justine")

d.      8107-09 South Ellis Avenue, Chicago, Illinois 60619 ("8107-09 South Ellis")

e.      8209 South Ellis Avenue, Chicago, Illinois 60619 ("8209 South Ellis")

f.      8214-16 South Ingleside Avenue, Chicago, Illinois 60619 ("8214-16 South Ingleside")

g.      4611-17 South Drexel Boulevard, Chicago, Illinois 60653 ("4611-17 South Drexel")

h.      6217-27 South Dorchester Avenue, Chicago, Illinois 60637 ("6217-27 South Dorchester")

i.      6250 South Mozart Street, Chicago, Illinois 60629 ("6250 South Mozart")

j.      7255-57 South Euclid Avenue, Chicago, Illinois 60649 ("7255-57 South Euclid")

k.      2736-44 West 64th Street, Chicago, Illinois 60629 ("2736-44 West 64th")

l.      4317-19 South Michigan Avenue, Chicago, IL 60653 ("4317-19 South Michigan")

m.      6355-59 South Talman Avenue, Chicago, Illinois 60629 ("6355-59 South Talman")

n.      6356 South California Avenue, Chicago, Illinois 60629 ("6356 South California")

o.      7051 South Bennett Avenue, Chicago, Illinois 60629 ("7051 South Bennett")

p.      7201-07 South Dorchester Avenue, Chicago, Illinois 60619 ("7201-07 South Dorchester")

q.      7442-48 South Calumet Avenue, Chicago, Illinois 60619 ("7442-48 South Calumet")

r.      7508 South Essex Avenue, Chicago, Illinois 60649 ("7508 South Essex")

s.      7701-03 South Essex Avenue, Chicago, Illinois 60649 ("7701-03 South Essex")

t.      7953-59 South Marquette Road, Chicago, Illinois 60617 ("7953-59 South Marquette")

u.      816-20 East Marquette Road, Chicago, Illinois 60621 ("816-20 East Marquette")

v.      1422-24 East 68th Street, Chicago, Illinois 60637 ("1422-24 East 68th")

w.      2800-06 East 81st Street, Chicago, Illinois 60617 ("2800-06 East 81st")

x.      4750 South Indiana Avenue, Chicago, Illinois 60615 ("4750 South Indiana")

y.      5618-20 South Martin Luther King Drive, Chicago, Illinois 60637 ("5618-20 South King")

z.      6558 South Vernon Avenue, Chicago, Illinois 60637 ("6558 South Vernon")

aa.     7840-42 South Yates Avenue, Chicago, Illinois 60649 ("7840-42 South Yates")

bb.     3074 East Cheltenham Place, Chicago, Illinois 60649 ("3074 East Cheltenham")

cc.     7201 South Constance Avenue, Chicago, Illinois 60649 ("7201 South Constance")

dd.     1131-41 East 79th Place, Chicago, Illinois 60619 ("1113-41 East 79th")

ee.     7024-32 South Paxton Avenue, Chicago, Illinois 60649 ("7024-32 South Paxton")

ff.     4533-47 South Calumet Avenue, Chicago, Illinois 60653 ("4533-47 South Calumet")

gg.     1700-08 West Juneway Terrace, Chicago, Illinois 60626 ("1700-08 West Juneway")

hh.     5450-52 South Indiana Avenue, Chicago, Illinois 60615 ("5450-52 South Indiana")

ii.     6437-41 South Kenwood Avenue, Chicago, Illinois 60637 ("6437-41 South Kenwood")

6

jj.    11117-11119 South Longwood Drive, Chicago, Illinois 60643 ("<u>11117-19 South Longwood</u>")

13.    Because the Receiver intends to sell the foregoing properties by "public sale" in accordance with 28 U.S.C. §§ 2001, 2002, notice of that sale will be published "once a week for four weeks prior to the sale in at least one newspaper regularly issued and of general circulation in the county, state or judicial district of the United States wherein the realty is situated."

14.    Specifically, the Receiver will provide notice of the proposed public sale of the properties subject to this motion in the <u>Chicago Sun-Times</u> and in the form attached as Exhibit 2.

15.    In addition, the Receiver's retained real estate brokerage consultant, SVN Chicago Commercial LLC ("SVN") will, for a period of four full weeks, market the public sale of the 36 properties through the following websites, which are generally regarded as popular forums for marketing commercial real estate throughout the United States (including Chicago:

a.    SVN

b.    SVN Chicago Commercial

c.    CoStar Group

d.    LoopNet

e.    City Feet

f.    RealNex

g.    CREXI

h.    theBrokerList

i.    Real Connex

j.    LinkedIn

16.    The winning bid accepted by the Receiver for each property, and any compensation paid to SVN in connection therewith, will be subject to and presented to the Court for approval.

17.     To assist the Court and any persons or entities with an interest in one of the 36 receivership properties to understand how these properties were acquired, and how title to these properties became clouded by mortgages, liens, claims, and encumbrances, certain relevant details for each property are set forth in the paragraphs that follow, with the properties grouped by ownership entity.

**Properties Owned By EB South Chicago 3 LLC**

18.     EquityBuild acquired title to 7300-04 South St. Lawrence by warranty deed recorded October 21, 2015, as Document No. 1529447175. (Exhibit 3.)

19.     EquityBuild purchased 7300-04 South St. Lawrence for cash and later financed the property with a $618,603 loan associated with a Mortgage recorded November 17, 2015, as Document No. 1532145038, in favor of 2nd City Solo 401K Trust, as to an undivided 7.71% interest; Eleven St. Felix Street Realty Corp., as to an undivided 8.08% interest; Paul N. Wilmesmeier, as to an undivided 4.04% interest; Matthew T. Boyd, as to an undivided 41.92% interest; Helen L. Boyd, as to an undivided 8.08% interest; Melanie T. Gonzales and Gary M. Gonzales, as to an undivided 25.06% interest; and iPlanGroup Agent for Custodian FBO Yanicque Michaux IRA, as to an undivided 4.04% interest; and SD ROTH IRA MissProperty, LLC, as to an undivided 1.07% interest. (Exhibit 4.)

20.     EquityBuild acquired title to 7760 South Coles by trustee's deed recorded July 7, 2015, as Document No. 1518822031. (Exhibit 5.)

21.     EquityBuild purchased 7760 South Coles for cash and later financed the property with an $810,000 loan associated with a Mortgage recorded July 23, 2015, as Document No. 1520419083, in favor of Huiyi Yang and Hui Wang, as to an undivided 6.17% interest; Matthew Boyd, as to an undivided 6.79% interest; Helen Boyd, as to an undivided 6.79% interest; Patricia Guillen, as to an undivided 6.17% interest; LMJ Sales, Inc., as to an undivided 12.35%

interest; John Wysocki, as to an undivided 8.02% interest; Equity Trust Company Custodian FBO Kevin Bybee IRA Account Number Z128131, as to an undivided 9.38% interest; Metro Rural Real Estate Solutions, as to an undivided 8.64% interest; The Entrust Group Inc. FBO Marjorie Jean Sexton IRA# 7230013060, as to an undivided 6.17% interest; PNW Investments, LLC, as to an undivided 3.09% interest; Scott E. Pammer, as to an undivided 3.70% interest; Julie Barksdale, as to an undivided 6.17% interest; and EquityBuild, as to an undivided 16.54% interest. (Exhibit 6.)

22.     On May 12, 2017, EB South Chicago 3 LLC ("EB South Chicago 3") was formed as a Delaware limited liability company.

23.     EquityBuild conveyed 7300-04 South St. Lawrence, 7760 South Coles and two other properties to EB South Chicago 3 by special warranty deed recorded June 28, 2017, as Document No. 1717922019. (Exhibit 7.)

24.     In connection with the foregoing conveyances, EB South Chicago 3 obtained a $1,491,000 acquisition loan from Corevest American Finance Lender LLC ("Corevest") associated with a certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded on June 28, 2017 as Document No. 1717922020 (the "EB South Chicago 3 Mortgage"). (Exhibit 8.)

25.     The EB South Chicago 3 Mortgage is now held by Wilmington Trust, National Association, As Trustee For The Benefit Of The Holders Of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates by virtue of an Assignment Of Security Instrument recorded on December 29, 2017 as Document No. 1736315121. (Exhibit 9.)

26.     The public records provide no indication that the prior mortgages encumbering 7300-04 South St. Lawrence or 7600 South Coles (Exhibits 4 and 6) were ever released.

**Properties Owned By EB South Chicago 4 LLC**

27.     EquityBuild acquired title to the property at 8000-02 South Justine by special warranty deed recorded June 30, 2015, as Document No. 1518133043. (Exhibit 10.)

28.     EquityBuild purchased 8000-02 South Justine for cash and later financed the property with an $855,000 loan associated with a Mortgage recorded January 21, 2016, as Document No. 1602156230, in favor of Michael James Guilford and Nancy Richard-Guilford, jointly with right of survivorship, as to an undivided 12.87% interest; Rene Hribal, as to an undivided 85.26% interest; and John B. Allred and Glenda K. Allred JTWROS, as to an undivided 1.87% interest. (Exhibit 11.)

29.     EquityBuild acquired title to 8107-09 South Ellis by trustee's deed recorded October 16, 2014, as Document No. 1428919100. (Exhibit 12.)

30.     EquityBuild purchased 8107-09 South Ellis for cash and later financed the property with a $525,000 loan associated with a Mortgage recorded December 3, 2014, as Document No. 1433750062, in favor of iPlan Group Agent for Custodian FBO Kelly Walton IRA, as to an undivided 4.76% interest; Ahmad and Nahid S. Waleh, as to an undivided 4.76% interest; R.D. Meredith General Contractor LLC 401K Plan, as to an undivided 11.43% interest; Robert A. Pettigrew, as to an undivided 9.52% interest; Brian Sanders, as to an undivided 8.57% interest; Penny Adams, as to an undivided 38.10% interest; Steven and Linda Lipschultz, as to an undivided 13.33% interest; and American IRA FBO Hyman J. Small IRA, as to an undivided 9.52% interest. (Exhibit 13.)

31.     EquityBuild conveyed 8107-09 South Ellis to Abundance Properties LLC ("Abundance Properties") by warranty deed recorded July 1, 2015, as Document No. 1518229052. (Exhibit 14.)

32.     Abundance Properties acquired <u>8107-09 South Ellis</u> with a $525,000 loan associated with a Mortgage recorded July 1, 2015, as Document No. 1518229054, in favor of iPlan Group Agent for Custodian FBO Kelly Walton IRA as to an undivided 4.99% interest; Penny Adams as to an undivided 9.52% interest; R.D. Meredith General Contractor LLC 401K Plan as to an undivided 11.98% interest; R.D. Meredith General Contractor LLC 401K Plan as to an undivided 5.48% interest; Steven and Linda Lipschultz as to an undivided 13.97% interest; American IRA, LLC FBO Hyman J. Small IRA as to an undivided 9.52% interest; SLB Ventures, LLC as to an undivided 18.10% interest; Umbrella Investment Partners, LLC as to an undivided 0.97% interest; Hillside Fund, LLC as to an undivided 9.52% interest; John B. and Gloria K. Allred JTWROS as to an undivided 10.04% interest; and iPlan Group Agent for Custodian FBO Ken Jorgensen as to an undivided 5.90% interest. (Exhibit 15.)

33.     Although a Release Deed (Exhibit 16) was recorded March 15, 2016, as Document No. 1607550019 in connection with the mortgage attached as Exhibit 13, that release was not executed by the mortgagees.

34.     EquityBuild acquired title to <u>8209 South Ellis</u> by warranty deed recorded August 12, 2014, as Document No. 1422435003. (Exhibit 17.)

35.     EquityBuild purchased <u>8209 South Ellis</u> for cash and later financed the property with an $865,000 loan associated with a Mortgage recorded August 20, 2014, as Document No. 1423256024, in favor of Marilyn Ackerman, as to an undivided 23.26% interest; Penny Adams, as to an undivided 29.07% interest; JKG Investments, LLC, as to an undivided 2.91% interest; Leah Matthews, as to an undivided 2.91% interest; Deborah Dunster, as to an undivided 5.81% interest; Bob Guiney, as to an undivided 2.91% interest; Desert Storm Properties Group, LLC, as to an undivided 11.63% interest; 2224, LLC, as to an undivided 5.81% interest; Wesley Pittman,

as to an undivided 8.14% interest; and Gitar Capital Ventures, LLC, as to an undivided 7.56% interest. (Exhibit 18.)

36.     EquityBuild conveyed 8209 South Ellis to Akshanash Properties LLC ("Akshanash Properties") by warranty deed recorded October 21, 2014, as Document No. 1429445082. (Exhibit 19.)

37.     Akshanash Properties acquired 8209 South Ellis with an $860,000 loan associated with a Mortgage recorded October 21, 2014, as Document No. 1429445084, in favor of Wesley Pittman as to an undivided 8.14% interest; Marilyn Ackerman as to an undivided 23.26% interest; JKG Investments LLC as to an undivided 2.91% interest; Desert Storm Properties Group, LLC as to an undivided 11.63% interest; Edge Investments, LLC as to an undivided 11.63% interest; Ashwin D. Patel as to an undivided 11.63% interest; Arbor Ventures Overseas Limited LLC as to an undivided 13.37% interest; Penny Adams as to an undivided 5.81% interest; and Brown Rental Properties, LLC as to an undivided 11.63% interest. (Exhibit 20.)

38.     The public records provide no indication that the prior mortgage encumbering 8209 South Ellis (Exhibit 18) was released in connection with the conveyance to Akshanash Properties.

39.     Akshanash Properties re-conveyed 8209 South Ellis to EquityBuild by quitclaim deed recorded January 13, 2017, as Document No. 1701318121. (Exhibit 21.)

40.     EquityBuild acquired title to 8214-16 South Ingleside by warranty deed recorded May 20, 2015, as Document No. 1514018026. (Exhibit 22.)

41.     EquityBuild purchased 8214-16 South Ingleside for cash and later financed the property with a $759,000 loan associated with a Mortgage recorded July 23, 2015, as Document No. 1520419084, in favor of James A. Tutsock, as to an undivided 42.09% interest and Rene Hribal, as to an undivided 57.91% interest. (Exhibit 23.)

42.     On August 4, 2017, EB South Chicago 4 LLC ("EB South Chicago 4) was formed as a Delaware limited liability company.

43.     Abundance Properties conveyed 8107-09 South Ellis to EB South Chicago 4 by special warranty deed recorded October 5, 2017, as Document No. 1727806052. (Exhibit 24.)

44.     EquityBuild conveyed 8000-02 South Justine, 8209 South Ellis, and 8214-16 South Ingleside to EB South Chicago 4 by special warranty deed recorded October 5, 2017, as Document No. 1727806055. (Exhibit 25.)

45.     In total, EB South Chicago 4 acquired a seven-property portfolio (containing the four properties referenced herein) with a $2,426,250 loan from Corevest associated with a certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded on October 5, 2017 as Document No. 1727806056 (the "EB South Chicago 4 Mortgage") (Exhibit 26.)

46.     The EB South Chicago 4 Mortgage is now held by Wilmington Trust, National Association, As Trustee For The Benefit Of The Holders Of Corevest American Finance 2017-2 Trust Mortgage Pass-Through Certificates by virtue of an Assignment Of Security Interest recorded January 24, 2018 as Document No. 1802457110. (Exhibit 27.)

47.     The public records provide no indication that the prior mortgages encumbering 8000-02 South Justine (Exhibit 11), 8107-09 South Ellis (Exhibit 13), 8209 South Ellis (Exhibit 20), and 8214-16 South Ingleside (Exhibit 23) were released in connection with the Corevest loan.

**Properties Owned By SSDF1 And SSDF4 Entities**

48.     EquityBuild acquired title to 7255-57 South Euclid by special warranty deed recorded June 13, 2016, as Document No. 1616504020. (Exhibit 28.)

49.     EquityBuild purchased <u>7255-57 South Euclid</u> for cash and later financed the property with a $1,100,000 loan associated with a Mortgage recorded August 2, 2016, as Document No. 1621550124, in favor of the Fredric R. Gottlieb Revocable Trust, dated 7/31/08, as to an undivided 4.80% interest; The Entrust Group Inc FBO Rita Deierlein Roth IRA Account #: 01-38102, as to an undivided 2.56% interest; iPlanGroup Agent for Custodian FBO Michael Borgia IRA, as to an undivided 10.00% interest; iPlanGroup Agent for Custodian FBO Robert Houston IRA, as to an undivided 4.00% interest; Madison Trust Company Custodian FBO Bolanle Addo M1604003, as to an undivided 4.00% interest; Katie Whitlock, as to an undivided 4.00% interest; Paul N. Wilmesmeier, as to an undivided 2.00% interest; Johnny Colson, as to an undivided 4.00% interest; Kevin Scheel, as to an undivided 2.00% interest; Bill Akins, as to an undivided 4.00% interest; Conrad Hanns, as to an undivided 4.00% interest; Asians Investing In Real Estate, LLC, as to an undivided 4.80% interest; Eco2 Capital Inc. 401k, as to an undivided 4.00% interest; Joseph P. McCarthy, as to an undivided 3.20% interest; Mark Young, as to an undivided 3.20% interest; John Witzigreuter, as to an undivided 4.00% interest; Terry M. McDonald and Rhonda R. McDonald, as to an undivided 4.00% interest; Alton P. Motes and Vicki Elaine Washburn, as to an undivided 4.80% interest; Equity Trust Company Custodian for James Robinson IRA, as to an undivided 4.80% interest; Vladimir Matviishin, as to an undivided 4.00% interest; Equity Trust Company Custodian FBO Kelly Welton IRA Account # 200271700, as to an undivided 0.16% interest; iPlan Group Agent for Custodian FBO Kelly Welton IRA, as to an undivided 0.40% interest; Sidney Glenn Willeford II, as to an undivided 6.00% interest; iPlan Group Agent for Custodian FBO Kelly Welton Roth IRA, as to an undivided 0.11% interest; Tolu Makinde, as to an undivided 2.00% interest; iPlanGroup Agent for Custodian FBO Ken Jorgensen IRA, as to an undivided 4.12% interest; New Direction IRA Inc Custodian FBO Frances D. Cook IRA Account #: 9003717, as to an undivided .48% interest; Principle Assets, LLC, as to an

undivided 0.56% interest; Frank Sohm and Laura Sohm, as to an undivided 2.82% interest; and Pittman Gold, LLC, as to an undivided 1.18% interest. (Exhibit 29.)

50.     On December 7, 2017, SSDF4 7255 S. Euclid LLC ("SSDF4 Euclid") was formed as an Illinois limited liability company.

51.     EquityBuild conveyed 7255-57 South Euclid to SSDF4 Euclid by warranty deed recorded December 19, 2017, as Document No. 1735312036. (Exhibit 30.)

52.     SSDF4 Euclid acquired 7255-57 South Euclid with a $984,000 loan from CBRE Capital Markets, Inc. ("CBRE") associated with a Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded December 12, 2017 as Document No. 1735312037. (Exhibit 31.)

53.     The security instruments associated with the loan to SSDF4 Euclid are now held by Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Certificates, Series 2018-SB48 by virtue of an Assignment Of Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded April 25, 2018 as Document No. 1811508178. (Exhibit 32.)

54.     The public records provide no indication that the prior mortgage encumbering 7752-57 South Euclid (Exhibit 29) was released.

55.     EquityBuild acquired title to 6250 South Mozart by special warranty deed recorded July 11, 2016, as Document No. 1619319105. (Exhibit 33.)

56.     EquityBuild purchased 6250 South Mozart for cash and later financed the property with a $1,825,000 loan associated with a Mortgage recorded September 8, 2016, as Document No. 1625250138, in favor of DK Phenix Investments LLC, as to an undivided 5.48% interest; iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 8.22% interest; Asians Investing in Real Estate, LLC, as to an undivided 2.74% interest; iPlanGroup Agent for

Custodian FBO Eric Schwartz IRA, as to an undivided 3.29% interest; iPlanGroup Agent for Custodian FBO Jason Ragan IRA, as to an undivided 0.78% interest; Phyllis Harte, as to an undivided 0.40% interest; Pat Desantis, as to an undivided 6.03% interest; Samir Totah, as to an undivided 8.22% interest; SWFL Investment Trust, as to an undivided 3.29% interest; SB Investment Partners, LLC, as to an undivided 20.82% interest; Annie Chang, as to an undivided 2.74% interest; La Donna Acklen, as to an undivided 5.64% interest; Steve Bald, as to an undivided 2.19% interest; Madison Trust Company Custodian FBO Robert W. Jennings Account #M1605053, as to an undivided 12.35% interest; Mennco Properties LLC Solo 401K, as to an undivided 0.78% interest; Madison Trust Company Custodian FBO Robert Mennella Roth IRA Account #M1604064, as to an undivided 0.99% interest; Madison Trust Company Custodian FBO Sheryl Mennella Roth IRA Account #M1604088, as to an undivided 0.99% interest; American IRA, LLC FBO Kevin Lyons IRA (Acct. No. 02799-14), as to an undivided 1.37% interest; Michael James Guilford and Nancy Richard-Guilford, jointly with right of survivorship, as to an undivided 2.74% interest; John and/or Cynthia Braden, as to an undivided 1.10% interest; Chetram Jodha, as to an undivided 1.10% interest; Jason Park, as to an undivided 0.55% interest; KKW Investments, as to an undivided 0.19% interest; Gavin Kemp, as to an undivided 2.19% interest; Baron Real Estate Holdings, LLC, as to an undivided 5.81% interest. (Exhibit 34.)

57.     On December 7, 2017, SSDF4 6250 S. Mozart LLC ("SSDF4 Mozart") was formed as an Illinois limited liability company.

58.     EquityBuild conveyed 6250 South Mozart to SSDF4 Mozart by warranty deed recorded December 19, 2017, as Document No. 17353155042. (Exhibit 35.)

59.     SSDF4 Mozart acquired 6250 South Mozart with a loan from CBRE associated with a Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded December 19, 2017 as Document No. 1735315043. (Exhibit 36.)

60.     The security instruments associated with the loan from CBRE to SSDF4 Mozart are now held by Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Certificates, Series 2018-SB48 by virtue of an Assignment Of Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded April 25, 2018, as Document No. 1811508179. (Exhibit 37.)

61.     The public records provide no indication that the prior mortgage encumbering 6250 South Mozart (Exhibit 34) was released.

62.     6217-27 S. Dorchester LLC (the "Dorchester Entity") was formed as an Illinois limited liability company on February 17, 2017, and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

63.     The Dorchester Entity acquired title to 6217-27 South Dorchester by special warranty deed recorded March 14, 2017, as Document No. 1707304014. (Exhibit 38.)

64.     The Dorchester Entity purchased 6217-27 South Dorchester with an acquisition loan from Liberty SBF Dorchester, LLC.

65.     On December 7, 2017, SSDF4 6217 S. Dorchester LLC ("SSDF4 Dorchester") was formed as an Illinois limited liability company.

66.     The Dorchester Entity conveyed 6217-27 South Dorchester to SSDF4 Dorchester by warranty deed recorded January 4, 2018, as Document No. 1800419066. (Exhibit 39.)

67.     SSDF4 Dorchester acquired 6217-27 South Dorchester with a $1,700,000 loan from CBRE associated with a Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded December 15, 2017, as Document No. 1734949079 (Exhibit 40), and the loan from Liberty SBF Dorchester, LLC to 6217-27 S. Dorchester, LLC was retired at the time of the conveyance.

68.     The security instruments associated with the loan from CBRE to SSDF4 Dorchester are now held by Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Certificates, Series 2018-SB48 by virtue of an Assignment Of Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded April 25, 2018 as Document No. 1811555208. (Exhibit 41.)

69.     4611-17 S Drexel LLC (the "Drexel Entity") was formed as an Illinois limited liability company on December 14, 2016, and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

70.     The Drexel Entity acquired title to 4611-17 South Drexel by special warranty deed recorded December 27, 2016, as Document No. 1636249101. (Exhibit 42.)

71.     The Drexel Entity purchased 4611-17 South Drexel for cash and later financed the property with a $5,250,000 loan associated with a Mortgage recorded June 19, 2017, as Document No. 1717018060, in favor of Alton P. Motes Revocable Trust Agreement dated 12/15/2011, as to an undivided 0.29% interest; Annie Chang, as to an undivided 0.68% interest; Braden Galloway, as to an undivided 0.95% interest; Baron Real Estate Holdings, LLC, as to an undivided 5.05% interest; Bluebridge Partners Limited, as to an undivided 2.86% interest; Clarice Recamara, as to an undivided 0.38% interest; Clearwood Funding, LLC, as to an undivided 0.95% interest; David M. Harris, as to an undivided 0.99% interest; DeeAnn Nason, as to an undivided 0.08% interest; Don Minchow, as to an undivided 0.57% interest; Duane A. Degenhardt and Linda S. Degenhardt, as to an undivided 2.86% interest; EquityBuild, Inc., as to an undivided 10.48% interest; Eco2 Capital Inc. 401K, as to an undivided 0.95% interest; Ed Bancroft, as to an undivided 0.19% interest; Eleven St. Felix Street Realty Corp, as to an undivided 0.95% interest; Endurance Capital Management, LLC, as to an undivided 0.95% interest; Francisco Fernandez, as to an undivided 1.24% interest; Fredric R. Gottlieb, Revocable Trust, dated 7/31/08, as to an undivided 0.98%

interest; Genevieve Giuliana Heger, as to an undivided 0.19% interest; Grathia Corporation, as to an undivided 1.90% interest; Grathia Corporation, as to an undivided 0.95% interest; Harvey Singer, as to an undivided 0.95% interest; Horizon Trust Company Custodian FBO Terry M. McDonald IRA, as to an undivided 0.95% interest; Huiyi Yang and Hui Wang, as to an undivided 0.57% interest; iPlan Group Agent for Custodian FBO Charles Michael Anglin IRA, as to an undivided 1.43% interest; iPlan Group Agent for Custodian FBO Laura Dimberger IRA, as to an undivided 0.05% interest; iPlan Group Agent for Custodian FBO Michael Dimberger IRA, as to an undivided 0.16% interest; iPlan Group Agent for Custodian FBO Paula Levand IRA, as to an undivided 0.46% interest; iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 0.15% interest; iPlanGroup Agent for Custodian FBO Alcalli Sabat IRA, as to an undivided 0.01% interest; iPlanGroup Agent for Custodian FBO Alcalli Sabat Roth IRA, as to an undivided 0.07% interest; iPlanGroup Agent for Custodian FBO David Trengove IRA Account #3300951, as to an undivided 2.86% interest; iPlanGroup Agent for Custodian FBO Garwood Weatherhead IRA Acct #3421004, as to an undivided 1.09% interest; iPlanGroup Agent for Custodian FBO Garwood Weatherhead Roth IRA Acct #3320844, as to an undivided 0.25% interest; iPlanGroup Agent for Custodian FBO Jyotsna Sharma IRA, as to an undivided 0.48% interest; iPlanGroup Agent for Custodian FBO Ken Jorgensen IRA #3300832, as to an undivided 2.86% interest; iPlanGroup Agent for Custodian FBO Laurie A. Connely IRA, as to an undivided 1.52% interest; iPlanGroup Agent for Custodian FBO Lorenzo Jaquias IRA, as to an undivided 0.41% interest; iPlanGroup Agent for Custodian FBO Patrick Connely Roth IRA, as to an undivided 0.57% interest; iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003, as to an undivided 0.91% interest; James Factor, as to an undivided 0.95% interest; James Walsh, as to an undivided 0.95% interest; John Bloxham, as to an undivided 0.95% interest; John Witzigrueter, as to an undivided 0.95% interest; Karl R. DeKlotz, as to an undivided 5.71%

interest; Kingsley Properties LLC, as to an undivided 0.95% interest; Law Office of V.L. Heger, a professional corporation, as to an undivided 0.95% interest; Madison Trust Company Custodian FBO Greg Wirth M1608103, as to an undivided 0.14% interest; Madison Trust Company Custodian FBO Greg Wirth M1608104, as to an undivided 0.24% interest; Madison Trust Company Custodian FBO Janet Eileen Taylor, as to an undivided 0.58% interest; Madison Trust Company Custodian FBO Lori Moreland Acct #M1606115 Traditional IRA, as to an undivided 0.90% interest; Madison Trust Company Custodian FBO Lori Moreland Acct # M1606123 Inherited IRA, as to an undivided 0.86% interest; Madison Trust Company Custodian FBO Lori Moreland Acct # M1606124 Roth IRA, as to an undivided 0.19% interest; Madison Trust FBO Russell R. Moreland IRA, as to an undivided 1.14% interest; Mark P. Mouty, as to an undivided 0.12% interest; Melanie T. and/or Gary M. Gonzales, as to an undivided 1.90% interest; Michael Kessock, as to an undivided 1.90% interest; Mike Goldman, as to an undivided 0.15% interest; NBFAR Investment, LLC, as to an undivided 0.70% interest; New Direction IRA, Inc. FBO James Anthony Ande IRA, as to an undivided 0.95% interest; Optima Property Solutions, LLC, as to an undivided 2.00% interest; Pat Desantis, as to an undivided 4.76% interest; Paul N. Wilmesmeier, as to an undivided 0.48% interest; Paula Tucker, as to an undivided 0.76% interest; Provident Trust Group LLC FBO Stephen Tang IRA, as to an undivided 1.37% interest; Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA Account #15528-11, as to an undivided 0.95% interest; Ramsey Stephan, as to an undivided 0.18% interest; Rene Hribal, as to an undivided 5.71% interest; Rene Hribal, as to an undivided 0.63% interest; Robert A. Potter, as to an undivided 0.48% interest; Samuel Cratis, as to an undivided 0.52% interest; Stanley Kessock, as to an undivided 0.95% interest; Stephan Tang, as to an undivided 0.48% interest; Steve Bald, as to an undivided 3.43% interest; Steven G. Mouty, as to an undivided 0.43% interest; Susan Tingle, as to an undivided 0.50% interest; Umbrella Investment Partners, LLC, as to an undivided 0.11% interest; United

Capital Properties, LLC, as to an undivided 1.14% interest; Vartan Tarachyan, Trustee for Defined Benefits Pension Plan and 401K Plan, as to an undivided 0.95% interest; Vladimir Malviishin, dba Network Expert, as to an undivided 0.95% interest; Wisconsin Real Estate Investment Solutions, LLC, as to an undivided 0.85% interest; and Wisemove Properties, LLC, as to an undivided 0.95% interest. (Exhibit 43.)

72.     Although a Release Deed (Exhibit 44) was recorded July 10, 2017, as Document No. 1719113031 in connection with the mortgage attached as Exhibit 43, that release was not executed by the mortgagees.

73.     On December 15, 2017, SSDF1 4611 S. Drexel LLC ("SSDF1 Drexel") was formed as an Illinois limited liability company.

74.     The Drexel Entity conveyed 4611-17 South Drexel to SSDF1 Drexel by warranty deed recorded January 11, 2018, as Document No. 1801118096. (Exhibit 45.)

75.     In connection with the foregoing conveyance, SSDF1 Drexel obtained a $3,280,000 loan from CBRE associated with a Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded December 20, 2017, as Document No. 1735444073, and re-recorded January 11, 2018 as Document No. 1801118097. (Exhibit 46.)

76.     The security instruments associated with the loan from CBRE to SSDF1 Drexel are now held by Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Certificates, Series 2018-SB48 by virtue of an Assignment Of Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded April 25, 2018 as Document No. 1811501305. (Exhibit 47.)

**Properties Owned By SSDF7 Portfolio 1 LLC**

77.     EquityBuild acquired title to 6356 South California by trustee's deed dated January 12, 2016, as Document No. 1601242010. (Exhibit 48.)

78.     EquityBuild purchased 6356 South California for cash and later financed the property with a $750,000 loan associated with a Mortgage recorded February 4, 2016, as Document No. 1603550264, in favor of Madison Trust Company Custodian FBO Rochelle Minchow M1511505 IRA, as to an undivided 14.67% interest; Nicholas C Jenks and Joyce R Jenks JTWROS, as to an undivided 3.33% interest; iPlanGroup Agent for Custodian FBO Ed Bancroft IRA, as to an undivided 2.00% interest; Peter P Nuspl, as to an undivided 19.89% interest; MTASS Realty, LLC, as to an undivided 33.40% interest; Self-Directed IRA Services FBO Vincent Michael Spreuwenberg IRA 201207909, as to an undivided 4.68% interest; Scott E. Pammer, as to an undivided 6.67% interest; Geraldine Martin, as to an undivided 6.68% interest; Crossglobalfunding, LLC, as to an undivided 3.33% interest; Oak Barrel One, LLC, as to an undivided 2.67% interest; and Chetram Jodha, as to an undivided 2.67% interest. (Exhibit 49.)

79.     EquityBuild acquired title to 6355-59 South Talman by warranty deed dated June 17, 2016, as Document No. 1616910021. (Exhibit 50.)

80.     EquityBuild purchased 6355-59 South Talman for cash and later financed the property with a $1,250,000 loan associated with a Mortgage recorded August 2, 2016, as Document No. 1621550123, in favor of Burnham 401K Trust, as to an undivided 2.27% interest; Equity Trust Company Custodian FBO Kelly Welton IRA Account #200271700, as to an undivided 0.27% interest; Madison Trust Company Custodian FBO Huiyi Yang Roth IRA Account #M1604106, as to an undivided 3.36% interest; Tracy-Meek Trust dated March 12, 2001, as to an undivided 6.36% interest; JSMS Trust, as to an undivided 4.55% interest; Pat Desantis, as to an undivided 10.00% interest; The Moore/Ferrer Family 2004 Trust, as to an undivided 4.55% interest; McKenzie Irrevocable Living Trust, dated February 3, 1999, Donald E. McKenzie, Trustee, as to an undivided 18.18% interest; Sidney L. Cohn & Sheila L. Cohn JTWROS, as to an undivided 5.45% interest; Sutherland Family Trust dated May 8, 1991, Peggy Sutherland Trustee,

as to an undivided 4.55% interest; Adir Hazan, as to an undivided 4.55% interest; Daniel Martineau, as to an undivided 2.20% interest; DK Phenix Investments LLC, as to an undivided 13.70% interest; Kester Brothers Farm, LLC, as to an undivided 2.73% interest; John or Cynthia Braden, as to an undivided 3.64% interest; and EquityBuild, as to an undivided 13.64% interest. (Exhibit 51.)

81.     EquityBuild acquired title to 7051 South Bennett by special warranty deed recorded April 8, 2015, as Document No. 1509801004. (Exhibit 52.)

82.     EquityBuild purchased 7051 South Bennett for cash and later financed the property with a $1,215,000 loan associated with a Mortgage recorded April 27, 2015, as Document No. 1511750077, in favor of Steve Weera and Esther Tonasut, as to an undivided 4.12% interest; Peter P. Nuspl, as to an undivided 14.45% interest; Zin Investments LLC, as to an undivided 28.81% interest; Equity Trust Company Custodian FBO Mark Mouty IRA, as to an undivided 6.58% interest; Michael Mallory Gibbons, as to an undivided 25.84% interest; IRA Innovations, LLC, FBO, Kimberly Robinsons, IRA, as to an undivided 3.62% interest; Jacqueline C. Rowe, as to an undivided 6.17% interest; 1839 Fund I LLC, as to an undivided 5.80% interest; Kimberly Robinson, as to an undivided 0.49% interest; and Carl Walker, as to an undivided 4.12% interest. (Exhibit 53.)

83.     Subsequently, Michael Mallory Gibbons assigned his entire beneficial interest in a $25,000 promissory note associated with the foregoing Mortgage to Best Capital Funding, Inc. by Document No. 1717018061, assigned his entire beneficial interest in a $99,000 promissory note associated with that Mortgage to Provident Trust Group LLC: FBO Barbara E. Burton-IRA by Document No. 1717018062, assigned his entire beneficial interest in a $50,000 promissory note associated with that Mortgage to Adaz, LLC by Document No. 1717018063, assigned his entire beneficial interest in a $50,000 promissory note associated with that Mortgage to Wisemove

Properties, LLC by Document No. 1717018064, assigned his entire beneficial interest in a $50,000 promissory note associated with that Mortgage to the Paul S. Scribner Revocable Trust dated May 15, 2003 by Document No. 1717018065, and assigned his entire beneficial interest in a $40,000 promissory note associated with that Mortgage to Green Light Investments, LLC by Document No. 1717018066, with each of the documents referenced herein recorded June 19, 2017.

84.     EquityBuild acquired title to 7442-48 South Calumet by special warranty deed recorded January 19, 2016, as Document No. 1601941081. (Exhibit 54.)

85.     EquityBuild purchased 7442-48 South Calumet for cash and later financed the property with a $1,150,000 loan associated with a Mortgage recorded February 4, 2016, as Document No. 1603550260, in favor of Paul Harrison, as to an undivided 10.81% interest; Peter P. Nuspl, as to an undivided 0.97% interest; Bluebridge Partners Limited, as to an undivided 25.22% interest; David Marcus, as to an undivided 9.13% interest; Jerome Shaffer, as to an undivided 13.04% interest; iPlanGroup Agent for Custodian FBO Ed Bancroft IRA acct. no. 3320329, as to an undivided 0.70% interest; Shelton Family Trust, as to an undivided 2.61% interest; Bonaparte Properties, LLC, as to an undivided 2.17% interest; Robert Guiney, as to an undivided 2.17% interest; Demetres Velendzas, as to an undivided 4.35% interest; Alex Breslav, as to an undivided 4.35% interest; Harvey Singer, as to an undivided 3.26% interest; iPlanGroup Agent for Custodian FBO Richard Lohrman IRA, as to an undivided 3.04% interest; Timothy Sharp, as to an undivided 4.35% interest; Arthur Bertrand, as to an undivided 4.35% interest; Cheryl L. Pammer, as to an undivided 5.13% interest; and EquityBuild, as to an undivided 4.35% interest. (Exhibit 55.)

86.     EquityBuild acquired title to 7201-07 South Dorchester by special warranty deed recorded April 27, 2016, as Document No. 1611841048. (Exhibit 56.)

87. EquityBuild purchased <u>7201-07 South Dorchester</u> for cash and later financed the property with a $1,100,000 loan associated with a Mortgage recorded June 27, 2016, as Document No. 1617919110, in favor of iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 1.82% interest; Frank & Laura Sohm, as to an undivided 1.34% interest; Ping Liu, as to an undivided 4.55% interest; Asians Investing In Real Estate, LLC, as to an undivided 5.45% interest; Paul N. Wilmesmeier, as to an undivided 2.27% interest; Towpath Investments LLC, as to an undivided 2.73% interest; Pat Desantis, as to an undivided 10.00% interest; Equity Trust Company Custodian FBO Terri Shelton Account #200338949 IRA, as to an undivided 4.55% interest; iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA, as to an undivided 0.71% interest; Optima Property Solutions LLC, as to an undivided 7.05% interest; Nicholas C. Jenks and Joyce R. Jenks JTWROS, as to an undivided 4.55% interest; Aluvelu Homes, LLC, as to an undivided 0.45% interest; iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella, IRA Acct No. 3300878, as to an undivided 4.55% interest; Vartan Tarakchyan, Trustee for Defined Benefits Plan and 401K Pension Plan, as to an undivided 5.91% interest; Clearwood Funding LLC, as to an undivided 4.55% interest; Hillside Fund, LLC, as to an undivided 4.55% interest; Bill Akins, as to an undivided 4.55% interest; Steven Roche, as to an undivided 1.82% interest; Remoni Global Holdings, LLC, as to an undivided 3.18% interest; Timothy Sharp, as to an undivided 4.55% interest; Equity Trust Company Custodian for James Robinson IRA, as to an undivided 4.55% interest; Rachel C. Beck, as to an undivided 4.55% interest; Lori Waring, as to an undivided 4.55% interest; Quest IRA, Inc. FBO Freda Smith IRA # 16816-11, as to an undivided 1.82% interest; and JN Investment Trust, as to an undivided 5.45% interest. (Exhibit 57.)

88. EquityBuild acquired title to <u>4317-19 South Michigan</u> by special warranty deed recorded January 22, 2016, as Document No. 1602242003. (Exhibit 58.)

89.     EquityBuild purchased 4317-19 South Michigan for cash and later financed the property with a $990,000 loan associated with a Mortgage recorded February 22, 2016, as Document No. 1605356098, in favor of Gerry Recamara and Clarice Recamara, as to an undivided 1.01% interest; Equity Trust Company Custodian FBO Ronald M. Beal IRA, as to an undivided 9.09% interest; Harvey Singer, as to an undivided 21.21% interest; Susan Martinez, as to an undivided 5.05% interest; Sohm Strategic Investments LLC, as to an undivided 2.53% interest; Paul N. Wilmesmeier, as to an undivided 2.53% interest; The Entrust Group Inc. FBO Marjorie Jean Sexton IRA #7230013060, as to an undivided 0.95% interest; Pinellas Florida Freedom Realty, LLC, as to an undivided 1.01% interest; iPlanGroup Agent for Custodian FBO Verdell Michaux, as to an undivided 0.40% interest; Verdell Michaux, as to an undivided 0.10% interest; iPlanGroup Agent for Custodian FBO Mario Flores IRA, as to an undivided 16.54% interest; Hillside Fund, LLC, as to an undivided 7.58% interest; Deborah Buffamanti, as to an undivided 5.05% interest; Paul Harrison, as to an undivided 15.43% interest; Hang Zhou and Lu Dong; as to an undivided 5.05% interest; Thaddeus Gala, as to an undivided 2.53% interest; Ramsey Stephan, as to an undivided 2.02% interest; and Summit Trust Company, Trustee David R. Theil MD PS PL Profit Sharing Keogh FBO David R. Theil Plan Administer, as to an undivided 1.92% interest. (Exhibit 59.)

90.     EquityBuild acquired title to 2736-44 West 64th by deed recorded February 11, 2015, as Document No. 1504246206. (Exhibit 60.)

91.     EquityBuild purchased 2736-44 West 64th for cash and later financed the property with a $740,000 loan associated with a Mortgage recorded March 19, 2015, as Document No. 1507856003 in favor of Mark Young, as to an undivided 6.76% interest; 1839 Fund I, LLC, as to an undivided 3.38% interest; iPlanGroup Agent for Custodian FBO Yifan Tang IRA, as to an undivided 7.70% interest; Sunshine Bliss, LLC, as to an undivided 3.38% interest; Paul S.

Applefield, DDS, 401K Plan Paul S. Applefield, Trustee, as to an undivided 4.05% interest; Applefield Family Trust dated July 25, 1997, Paul S. Applefield and Robin Kahn Applefield, Trustees, as to an undivided 2.70% interest; Daniel J. Martineau, as to an undivided 6.76% interest; Debbie Elizabeth Lasley, as to an undivided 6.76% interest; Arbor Ventures Overseas Limited, LLC, as to an undivided 1.35% interest; Equity Trust Company Custodian FBO Albert Ruffin IRA, as to an undivided 6.76% interest; The Anchor Group LLC, as to an undivided 4.05% interest; Arthur L. and Dinah F. Bertrand, as to an undivided 13.51% interest; Hongjun Li and Sheyu Zhou, as to an undivided 12.57% interest; iPlan Group Agent for Custodian FBO Leah Kalish IRA, as to an undivided 9.46% interest; Robert Guiney, as to an undivided 6.76% interest; and Edge Investments, LLC, as to an undivided 4.05% interest. (Exhibit 61.)

92.    EquityBuild acquired title to 7508 South Essex by deed recorded May 24, 2016, as Document No. 1614541065. (Exhibit 62.)

93.    EquityBuild purchased 7508 South Essex for cash and later financed the property with a $1,350,000 loan associated with a Mortgage recorded June 7, 2016, as Document No. 1615950074 (Exhibit 63) (and later re-recorded as Document No. 1634734075) in favor of Alex Breslav, as to an undivided 4.22% interest; Bill Akins, as to an undivided 8.15% interest; Daniel Martineau, as to an undivided 8.15% interest; Cosmos Building Maintenance Solo 401K Trust Acct. # 2758150862, as to an undivided 3.70% interest; James Taber, as to an undivided 3.70% interest; Beth Denton, as to an undivided 3.70% interest; IRA Services Trust Company CFBO Beth Denton, as to an undivided 1.48% interest; Bridges Christopher, as to an undivided 1.85% interest; Eleven St. Felix Street Realty Corp, as to an undivided 3.70% interest; Asians Investing in Real Estate, LLC, as to an undivided 4.07% interest; Coleman Scheuller, as to an undivided 3.70% interest; Quest IRA Inc FBO Terri S. Tracy IRA #24921-31, as to an undivided 8.89% interest; Grathia Corporation, as to an undivided 3.70% interest; Madison Trust Company

Custodian FBO Rochelle Minchow # M151150, as to an undivided 3.70% interest; JFKN Investment Trust, as to an undivided 2.96% interest; Madison Trust Company Custodian FBO Stuart Edelman # M1510082, as to an undivided 3.70% interest; Receivables to Cash, LLC d/b/a Berenger Capital, as to an undivided 3.70% interest; Capital Liability Investments, LLC, as to an undivided 4.07% interest; EquityBuild, as to an undivided 0.74% interest; Equity Trust Company Custodian FBO James McKnight SEP, as to an undivided 0.38% interest; Equity Trust Company Custodian FBO Silma McKnight SEP, as to an undivided 0.44% interest; Madison Trust Company Custodian FBO Huiyi Yang M1604042, as to an undivided 1.62% interest; iPlan Group Agent for Custodian FBO Jason Ragan Account #3300445 IRA, as to an undivided 1.19% interest; iPlan Group Agent for Custodian FBO Jason Ragan Account #3320326 Roth IRA, as to an undivided 1.53% interest; Madison Trust Company Custodian FBO David Harris #1604039, as to an undivided 3.93% interest; Umbrella Investment Partners LLC, as to an undivided 2.96% interest; LaDonna W. Acklen, as to an undivided 3.70% interest; Principal Assets, LLC, as to an undivided 0.14% interest; Russ Moreland, as to an undivided 3.70% interest; Cama Plan FBO Bill Akins IRA, as to an undivided 0.74% interest; Phyllis Harte, as to an undivided 0.69% interest; and Pittman Gold, LLC, as to an undivided 1.05% interest. (Exhibit 64.)

94.     EquityBuild acquired title to 816-20 East Marquette by special warranty deed recorded November 2, 2016, as Document No. 1630719098. (Exhibit 65.)

95.     EquityBuild purchased 816-20 East Marquette for cash and later financed the property with a $1,150,000 loan associated with a Mortgage recorded January 13, 2017, as Document No. 1701318124, in favor of iPlanGroup Agent for Custodian FBO Betty Beal Mize IRA, as to an undivided 3.30% interest; Flying Hound Holdings, LLC, as to an undivided 4.35% interest; Harendra Pal, as to an undivided 8.70% interest; Ed Bancroft, as to an undivided 0.52% interest; Shengjie Li and Yuye Xu, as to an undivided 2.17% interest; La Donna Acklen, as to an

undivided 3.48% interest; Hillside Fund, LLC, as to an undivided 5.65% interest; Petra Zoeller, as to an undivided 2.61% interest; Quest IRA Inc. FBO Terri S. Tracy IRA 24921-11, as to an undivided 4.35% interest; CAMA SDIRA, LLC FBO Bill Akins IRA, as to an undivided 21.74% interest; Wisemove Properties, LLC, as to an undivided 8.70% interest; Concorde Management, LLC, as to an undivided 10.43% interest; Pat Desantis, as to an undivided 8.70% interest; iPlanGroup Agent for Custodian FBO William Jack Needham IRA Account #3300944, as to an undivided 0.52% interest; Madison Trust Company Custodian FBO Ricardo Acevedo IRA, as to an undivided 3.04% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 4.35% interest; Grathia Corporation, as to an undivided 3.04% interest; and Frank Sohm and Laura Sohm, as to an undivided 4.35% interest. (Exhibit 66.)

96.     EquityBuild acquired title to <u>7701-03 South Essex</u> by general warranty deed recorded November 22, 2013, as Document No. 1332619007. (Exhibit 67.)

97.     EquityBuild conveyed <u>7701-03 South Essex</u> to Shane Veltri by warranty deed recorded January 14, 2014, as Document No. 1401456016. (Exhibit 68.)

98.     Shane Veltri purchased <u>7701-03 South Essex</u> with an $890,000 loan associated with a Mortgage recorded January 14, 2014, as Document No. 1401456018, in favor of Jay Zerfoss, as to an undivided 11.24% interest; iPlan, LLC FBO Dennis McCoy IRA, as to an undivided 11.24% interest; Covenant Funding LLC, as to an undivided 33.71% interest; Terry L. and Sheryl R. Merrill, as to an undivided 5.62% interest; Domenic Simone, as to an undivided 11.24% interest; Alan and Vicky Schankman, as to an undivided 5.62% interest; Louis Duane Velez LLC, as to an undivided 16.85% interest; and 1839 Fund I, LLC as to an undivided 5.62% interest. (Exhibit 69.)

99.     EquityBuild acquired title to <u>7953-59 South Marquette</u> by warranty deed recorded April 14, 2015, as Document No. 1510418015. (Exhibit 70.)

100.     EquityBuild thereafter conveyed <u>7953-59 South Marquette</u> to Property Solutions, LLC ("Property Solutions") by warranty deed recorded May 21, 2015, as Document No. 1514129031. (Exhibit 71.)

101.     Property Solutions (not affiliated with EquityBuild) acquired <u>7953-59 South Marquette</u> with an $887,000 loan associated with a Mortgage recorded May 21, 2015, as Document No. 1514129033, in favor of Jacqueline C. Rowe, as to an undivided 5.64% interest, iPlanGroup Agent for Custodian FBO Jim Taber IRA, as to an undivided 5.64% interest; iPlanGroup Agent for Custodian FBO Dan O'Hare IRA, as to an undivided 5.64% interest; 1839 Fund I, LLC, as to an undivided 4.45% interest; Quest IRA, Inc. FBO Steven K. Chennappan IRA #17293-31, as to an undivided 5.64% interest; Burnham 401 K Trust, as to an undivided 2.54% interest; Steven and Linda Lipschultz, as to an undivided 19.95% interest; Equity Trust Company Custodian FBO Account # Z149966 IRA, as to an undivided 1.86% interest; Equity Trust Company Custodian FBO Account # Z150206 IRA, as to an undivided 1.92% interest; Christopher Maher, as to an undivided 1.86% interest, American Estate and Trust Self-Directed IRA FBO Brenda Elder IRA Acct #T1001616147, as to an undivided 5.05% interest; Pensco Trust Company Custodian FBO Steve Weera Tonasut IRA#20004340, as to an undivided 5.64% interest; Edge Investments, LLC, as to an undivided 6.54% interest; 2nd City Solo 401K Trust, as to an undivided 11.27% interest (which interest was assigned to The Entrust Group FBO Daniel Mathews IRA Acct #51-01005 by Document No. 1728613035 recorded October 13, 2017), John E. Bloxham, as to an undivided 12.40% interest; and Howard and Doris Bybee, as to an undivided 5.64% interest. (Exhibit 72.)

102.     On April 2, 2018, SSDF7 Portfolio 1 LLC ("SSDF7") was formed as an Illinois limited liability company.

103.     EquityBuild quitclaimed <u>6356 South California</u>, <u>6355-59 South Talman</u>, <u>7051 South Bennett</u>, <u>7442-48 South Calumet</u>, <u>7201-07 South Dorchester</u>, <u>4317-19 South Michigan</u>,

2736-44 West 64th, 7508 South Essex, and 816-20 East Marquette to SSDF7 by a series of deeds recorded May 7, 2018, as Document Nos. 1812734029, 1812734030, 1812734031, 1812734032, 1812734033, 1812734035, 1812734036, 1812734037, and 1812734039, respectively. (Exhibits 73-81.)

104.     Shane Veltri conveyed 7701-03 South Essex to SSDF7 by recorded May 7, 2018, as Document No. 1812734042. (Exhibit 82.)

105.     Property Solutions conveyed 7953-59 South Marquette to SSDF7 by special warranty deed recorded May 7, 2018, as Document No. 1812734043. (Exhibit 83.)

106.     The eleven properties referenced herein, as well as six others, were acquired by SSDF7 with $9,200,000 in financing extended by Liberty EBCP, LLC ("Liberty").

107.     The loan from Liberty was associated with a Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734045 (Exhibit 84) and a Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734048 (Exhibit 85) (the "Liberty 4048 Mortgage").

108.     A Release Deed was recorded May 7, 2018, as Document No. 1812734052 in connection with the prior mortgage encumbering 6356 South California (Exhibit 86), but that release was not executed by the mortgagees.

109.     A Release Deed was recorded May 7, 2018, as Document No. 1812734053 in connection with the prior mortgage encumbering 6355-59 South Talman (Exhibit 87), but that release was not executed by the mortgagees.

110.     A Release Deed was recorded May 7, 2018, as Document No. 1812734054 in connection with the prior mortgage encumbering 7051 South Bennett (Exhibit 88), but that release was not executed by the mortgagees. (Notwithstanding the foregoing, a Release Of Mortgage was

executed by the Paul S. Scribner Revocable Trust dated May 15, 2003, Adaz, LLC, Green Light Investments, LLC, Wisemove Properties, LLC, Provident Trust Group LLC: FBO Barbara E. Burton-IRA, and Best Capital Funding, Inc. by Document Nos. 1812734055, 1812734056, 1812734057, 1812734058, 1812734059, and 1812734060, respectively.) (Exhibits 89-94.)

111. A Release Deed was recorded May 7, 2018, as Document No. 1812744010 in connection with the prior mortgage encumbering 7442-48 South Calumet (Exhibit 95), but that release was not executed by the mortgagees.

112. A Release Deed was recorded May 7, 2018, as Document No. 1812744011 in connection with the prior mortgage encumbering 7201-07 South Dorchester (Exhibit 96), but that release was not executed by the mortgagees.

113. A Release Deed was recorded May 7, 2018, as Document No. 1812744015 in connection with the prior mortgage encumbering 4317-19 South Michigan (Exhibit 97), but that release was not executed by the mortgagees.

114. A Release Deed was recorded May 7, 2018, as Document No. 1812744016 in connection with the prior mortgage encumbering 2736-44 West 64th (Exhibit 98), but that release was not executed by the mortgagees.

115. A Release Deed was recorded May 7, 2018, as Document No. 1812744017 in connection with the prior mortgage encumbering 7508 South Essex (Exhibit 99), but that release was not executed by the mortgagees.

116. A Release Deed was recorded May 7, 2018, as Document No. 1812744018 in connection with the prior mortgage encumbering 7701-03 South Essex (Exhibit 100), but that release was not executed by the mortgagees.

117.    A Release Deed was recorded May 7, 2018, as Document No. 1812744021 in connection with the prior mortgage encumbering 816-20 East Marquette (Exhibit 101), but that release was not executed by the mortgagees.

118.    A Release Deed was recorded May 7, 2018, as Document No. 1812744022 in connection with the prior mortgage encumbering 7953-59 South Marquette (Exhibit 102), but that release was not executed by the mortgagees. (Notwithstanding the foregoing, the Entrust Group FBO Daniel Matthews IRA Acct #51-01005 executed a Release Of Mortgage recorded May 7, 2018, as Document No. 1812744023.)

**Properties Owned By SSPH Portfolio 1 LLC**

119.    SSPH Portfolio 1 LLC ("SSPH") was formed as an Illinois limited liability company on March 27, 2017.

120.    EquityBuild acquired title to 1422-24 East 68th by trustee's deed recorded February 10, 2014, as Document No. 1404141077. (Exhibit 103.)

121.    EquityBuild conveyed 1422-24 East 68th to 1422 E68, LLC (an entity owned or controlled by Receivership Defendant Jerome Cohen) by warranty deed recorded April 29, 2014, as Document No. 1411950135. (Exhibit 104.)

122.    1422 E68, LLC acquired 1422-24 East 68th with a $425,920 loan associated with a Mortgage recorded April 29, 2014 as Document No. 1411950137, in favor Fixed Slice LLC, as to a 70% interest, and Daniel Behm, as to a 30% interest. (Exhibit 105.)

123.    1422 E68, LLC later obtained an additional $163,917.88 in financing associated with a Mortgage recorded against 1422-24 East 68th on January 12, 2015, as Document No. 1501256149, in favor of Barry Gelber, Rona Gelber, Lonnie Gelber, and Karen Timko. (Exhibit 106.)

124.     EquityBuild acquired title to 2800-06 East 81st by warranty deed recorded April 26, 2013, as Document No. 1311618003. (Exhibit 107.)

125.     EquityBuild conveyed 2800-06 East 81st to Kendall Chenier by warranty deed recorded August 13, 2014, as Document No. 1422519020. (Exhibit 108.)

126.     Kendall Chenier acquired 2800-06 East 81st with a $430,000 loan associated with a Mortgage recorded March 4, 2014, as Document No. 1406310014, in favor of Nicholas D. and Pamela M. Rende. (Exhibit 109.)

127.     EquityBuild acquired title to 4750 South Indiana by warranty deed recorded December 5, 2013, as Document No. 1333941006. (Exhibit 110.)

128.     EquityBuild purchased 4750 South Indiana for cash and later financed the property with a $325,000 loan associated with a Mortgage recorded January 8, 2014, as Document No. 1400856025 in favor of Hard Money Company, as to an undivided 38.46% interest, and Covenant Funding FBO iPlan Group as to an undivided 61.54% interest. (Exhibit 111.)

129.     EquityBuild conveyed 4750 South Indiana to 4750 S Indiana, LLC by warranty deed recorded March 12, 2014, as Document No. 1407156057. (Exhibit 112.)

130.     EquityBuild acquired title to 5618-20 South King by warranty deed recorded April 1, 2015, as Document No. 1509119083. (Exhibit 113.)

131.     EquityBuild purchased 5618-20 South King for cash and later financed the property with an $865,000 loan associated with a Mortgage recorded April 24, 2015, as Document No. 1511456068, in favor of Duane Young, as to an undivided 5.78% interest; Advanta IRA Trust, LLC FBO Brian Shea IRA #6213202, as to an undivided 3.04% interest; Equity Trust Company Custodian FBO Kevin Bybee IRA, as to an undivided 23.12% interest; iPlan Group Agent for Custodian FBO Leah Kalish IRA, as to an undivided 6.80% interest; Arthur L. Bertrand and Dinah F. Bertrand, as to an undivided 5.78% interest; IB Investments LLC, as to an undivided 5.78%

interest; The Income Fund, LLC, as to an undivided 49.67% interest; and EquityBuild, as to an undivided 0.02% interest. (Exhibit 114.)

132.     EquityBuild acquired title to 6558 South Vernon by trustee's deed recorded June 3, 2014, as Document No. 1415418083. (Exhibit 115.)

133.     EquityBuild purchased 6558 South Vernon for cash and later financed the property with a $1,035,066 loan associated with a Mortgage recorded August 8, 2014, as Document No. 1422050101 (Exhibit 116), in favor of Hard Money Company, LLC, of which an undivided 4.35% interest was assigned from Russell and Ursula Waite to Pensco Trust Company Custodian FBO Kathleen Robinson Self-Directed Roth IRA 080000001320 by Document No. 1621550122, recorded August 2, 2016. (Exhibit 117.)

134.     EquityBuild conveyed 6558 South Vernon to EB 6558 S. Vernon, LLC (an entity owned or controlled by Jerome Cohen) by quitclaim deed recorded June 6, 2016, as Document No. 1615819110. (Exhibit 118.)

135.     EquityBuild acquired title to 7840-42 South Yates by trustee's deed recorded January 3, 2013, as Document No. 1300312113. (Exhibit 119.)

136.     EquityBuild conveyed 7840-42 South Yates to Kendall Chenier by warranty deed recorded March 18, 2013, as Document No. 1307722024. (Exhibit 120.)

137.     Kendall Chenier acquired 7840-42 South Yates with a $400,000 loan associated with a Mortgage recorded March 18, 2013, as Document No. 1307722026 in favor of Nicholas D. or Pamela M. Rende and re-recorded December 12, 2013, as Document No. 1334645001. (Exhibit 121).

138.     Kendall Chenier conveyed 7840-42 South Yates to SSPH by special warranty deed recorded May 23, 2017, as Document No. 1714316077. (Exhibit 122.)

139.     Kendall Chenier conveyed <u>2800-06 East 81st</u> to SSPH by special warranty deed recorded May 23, 2017, as Document No. 1714316078. (Exhibit 123.)

140.     1422 E68, LLC conveyed <u>1422-24 East 68th</u> to SSPH by warranty deed recorded May 23, 2017, as Document No. 1714316079. (Exhibit 124.)

141.     4750 S Indiana, LLC conveyed <u>4750 South Indiana</u> to SSPH by warranty deed recorded May 23, 2018, as Document No. 1714316080. (Exhibit 125.)

142.     EB 6558 S. Vernon, LLC conveyed <u>6558 South Vernon</u> to SSPH by warranty deed recorded May 23, 2018, as Document No. 1714316081. (Exhibit 126.)

143.     EquityBuild conveyed <u>5618-20 South King</u> to SSPH by warranty deed recorded May 23, 2017, as Document No. 1714316082. (Exhibit 127.)

144.     The properties at <u>1422-24 East 68th</u>, <u>2800-06 East 81st</u>, <u>4750 South Indiana</u>, <u>5618-20 South King</u>, <u>6558 South Vernon</u>, and <u>7840-42 South Yates</u> (along with one other) were acquired by SSPH with in financing from UBS AG ("UBS").

145.     The $4,100,000 loan from UBS was associated with a Mortgage And Security Agreement recorded May 23, 2017, as Document No. 1714316084 (Exhibit 128), an Assignment Of Rents recorded May 23, 2017, as Document No. 1714316085, and a Financing Statement filed May 23, 2017, as Document No. 1714316086.

146.     The public records provide no evidence that the prior mortgage encumbering <u>7840-42 South Yates</u> (Exhibit 121), the prior mortgage encumbering <u>2800-06 East 81st</u> (Exhibit 109), the prior mortgages encumbering <u>1422-24 East 68th</u> (Exhibits 105 and 106), the prior mortgage encumbering <u>4750 South Indiana</u> (Exhibit 111), the prior mortgage encumbering <u>6558 South Vernon</u> (Exhibit 117), or the prior mortgage encumbering <u>5618-20 South King</u> (Exhibit 114) were released.

**Properties Owned By SSDF5 Portfolio 1 LLC**

147. EquityBuild acquired title to 3074 East Cheltenham by special warranty deed recorded July 29, 2016, as Document No. 1621134011. (Exhibit 129.)

148. EquityBuild purchased 3074 East Cheltenham for cash and later financed the property with a $2,200,000 loan associated with a Mortgage recorded September 8, 2016, as Document No. 1625250140 in favor of Danyel Tiefenbacher and Jamie Lai, as to an undivided 2.27% interest; The Entrust Group Inc. FBO Jill Halverson IRA #33-21296, as to an undivided 2.27% interest; MayREI LLC, as to an undivided 3.93% interest; iPlanGroup Agent for Custodian FBO Christopher Pong IRA, as to an undivided 1.33% interest; iPlanGroup Agent for Custodian FBO Julia Pong IRA, as to an undivided 1.57% interest; Kevin Randall, as to an undivided 2.27% interest; Alton P. Motes and Vicki Elaine Washburn JTWROS, as to an undivided 3.64% interest; Paul N. Wilmesmeier, as to an undivided 1.14% interest; iPlanGroup Agent for Custodian FBO James B. Ploeger IRA, as to an undivided 0.29 interest; Flying Hound Holdings, LLC, as to an undivided 0.84% interest; Pat Desantis, as to an undivided 5.00% interest; Adir Hazan, as to an undivided 2.27% interest; Optima Property Solutions LLC, as to an undivided 2.73% interest; Quest IRA Inc. FBO Francis Webb IRA #1437711, as to an undivided 1.00% interest; Kester Brothers Farm, LLC, as to an undivided 2.27% interest; James Hoven, as to an undivided 2.27% interest; 2nd City Solo 401K Trust, as to an undivided 0.91% interest (which interest was assigned to The Entrust Group FBO Daniel Mathews IRA Acct #51-01005 by Document No. 1728613034 recorded October 13, 2017); Joshua Morrow, as to an undivided 2.27% interest; D & D Investment Circle LLC, as to an undivided 1.36% interest; iPlanGroup Agent for Custodian FBO Yvette Camacho IRA, as to an undivided 1.36% interest; Madison Trust Company Custodian FBO Robert W. Jennings Account #M1605053, as to an undivided 3.39% interest; iPlanGroup Agent for Custodian FBO Jyotsna Sharma IRA, as to an undivided 1.14% interest; Erika Dietz, as to an

undivided 2.27% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 4.55% interest; 1839 Fund I, LLC, as to an undivided 2.27% interest; Joseph M. Martinez and Linda M. Martinez, as to an undivided 2.27% interest; Ira J. Fields Living Trust, Glynis Sheppard, Trustee, as to an undivided 2.27% interest; Terry L. Merrill and Sheryl R. Merrill, as to an undivided 2.27% interest; Equity Trust Company Custodian FBO Paula Levand IRA, as to an undivided 2.05% interest; TruStar Real Estate Solutions, LLC, as to an undivided 3.41% interest; Quest IRA, Inc. FBO Francisco A. Romero Sr. Acct. #25282-11; as to an undivided 2.55% interest; iPlanGroup Agent for Custodian FBO Jacqueline C. Rowe IRA, as to an undivided 2.27% interest; G & M You-nique Properties LLC, as to an undivided 2.73% interest; Walter T. Akita and Margaret M. Akita, as to an undivided 2.27% interest; Scott E. Pammer, as to an undivided 3.18% interest; Equity Trust Company Custodian FBO Stanley J. Kessock IRA, as to an undivided 2.27% interest; iPlanGroup Agent for Custodian FBO Filomena Mora IRA, as to an undivided 1.75% interest; KKW Investments, as to an undivided 0.07% interest; PNW Investments, LLC, as to an undivided 0.45% interest; New Move Ventures Inc., as to an undivided 2.27% interest; iPlanGroup Agent for Custodian FBO Maria Christina Jorgensen IRA #3320820, as to an undivided 1.91% interest; Vantage FBO Sidney Haggins IRA, as to an undivided 1.36% interest; Grathia Corporation, as to an undivided 4.55% interest; Vladimir Matviishin, dba Network Expert, as to an undivided 1.28% interest; Susan Tingle, as to an undivided 2.27% interest; and Samuel Home Solutions, LLC, as to an undivided 1.92% interest. (Exhibit 130.)

149.     EquityBuild acquired title to 7201 South Constance by trustee's deed recorded July 30, 2015, as Document No. 1521113052. (Exhibit 131.)

150.     EquityBuild purchased 7201 South Constance for cash and later financed the property with a $2,250,000 loan associated with a Mortgage recorded November 17, 2015, as Document No. 1532145039 in favor of Towpath Investments LLC, as to an undivided 2.22%

interest; Michael Borgia, as to an undivided 29.75% interest; Reynald Lalonde and Chantal Lemaire, as to an undivided 2.22% interest; Initium LLC, managed by Harry Saint-Preux, as to an undivided 2.22% interest; Steven J. Talyai, as to an undivided 6.67% interest; Shaw Family Trust, as to an undivided 2.44% interest; PNW Investments, LLC, as to an undivided 2.22% interest; John Sullivan, as to an undivided 2.22% interest; Arthur L. Bertrand and Dinah F. Bertrand, as to an undivided 4.44% interest; Kirk Road Investments LLC, as to an undivided 2.80% interest; Equity Trust Company Custodian FBO Sidney Haggins IRA, as to an undivided 2.22% interest; Quest IRA, Inc. FBO Steven K. Chennappan IRA # 17293-31, as to an undivided 0.44% interest; Edge Investments, LLC, as to an undivided 0.77% interest; Property Solutions, LLC, as to an undivided 2.67% interest; and EquityBuild as to an undivided 36.68% interest. (Exhibit 132.)

151.    SSDF5 Portfolio 1 LLC ("SSDF5") was formed as an Illinois limited liability company on August 29, 2017.

152.    EquityBuild conveyed 3074 East Cheltenham, 7201 South Constance, and three other properties to SSDF5 by quitclaim deed recorded September 29, 2017, as Document No. 1727219055. (Exhibit 133.)

153.    SSDF5 acquired the five properties with a $5,328,433.43 loan from BC57, LLC associated with a Mortgage, Assignment Of Leases And Rents, Security Agreement and Fixture Filing recorded September 29, 2017, as Document No. 1727219056 and amended by corrective recording on October 4, 2017, as Document No. 1727715135 (Exhibit 134).

154.    A Release Deed was recorded September 29, 2017, as Document No. 1727219059 in connection with the prior mortgage encumbering 3074 East Cheltenham (Exhibit 135), but that release was not executed by the mortgagees.

155.    A Release Deed was recorded September 29, 2017, as Document No. 1727219063 in connection with the prior mortgage encumbering <u>7201 South Constance</u> (Exhibit 136), but that release was not executed by the mortgagees.

**Properties Owned By Other EquityBuild Affiliate Entities**

156.    SSDF2 1139 E 79th LLC ("SSDF2 1139") was formed as an Illinois limited liability company on December 21, 2017, and is indirectly owned or controlled by Receivership Defendant Jerome Cohen.

157.    SSDF2 1139 acquired title to <u>1131-41 East 79th</u> by warranty deed recorded February 20, 2018, as Document No. 1805108193. (Exhibit 137.)

158.    The property at <u>1131-41 East 79th</u> is encumbered by a Multifamily Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded December 23, 2013, as Document No. 1335722057 (Exhibit 138) associated with a $1,300,000 loan and assigned to FannieMae by Document No. 1335722058, recorded December 23, 2013 (Exhibit 139), although SSDF2 1139 executed an Assumption And Release Agreement recorded February 21, 2018, as Document No. 1805213041 (Exhibit 140).

159.    The property at <u>1131-41 East 79th</u> is also encumbered by a Financing Statement filed January 2, 2014, as Document No. 1400210062 and a continuation statement filed July 25, 2018 as Document No. 1820633426, as well as a Financing Statement filed March 6, 2018, as Document No. 1806504023.

160.    EquityBuild acquired title to <u>7024-32 South Paxton</u> by deed recorded January 3, 2017, as Document No. 1700310120. (Exhibit 141.)

161.    EquityBuild acquired <u>7024-32 South Paxton</u> with $2,000,000 in financing from Master's Holdings, LLC associated with a Mortgage recorded January 3, 2017, as Document No. 1700310121. (Exhibit 142.)

162.    EquityBuild later obtained an additional $2,750,000 in financing associated with a Mortgage recorded against <u>7024-32 South Paxton</u> on April 10, 2017, as Document No. 1710055037 in favor of Aaron Beauclair, as to an undivided .36% interest; Alan Rubin, as to an undivided .91% interest; Baron Real Estate Holdings, LLC, as to an undivided 7.27% interest; Bright Venture, as to an undivided .91% interest; David M. Harris, as to an undivided 3.64% interest; Dennis and Mary Ann Hennefer, as to an undivided 12.73% interest; Don Minchow, as to an undivided 1.45% interest; DVH Investment Trust, as to an undivided 1.27% interest; Emile Dufrene, as to an undivided 1.82% interest; Ernest D. Marcus, as to an undivided 1.82% interest; Florybeth & David Stratton, as to an undivided 2.41% interest; Francisco Fernandez, as to an undivided 3.64% interest; Gallowglass LLC, as to an undivided 1.82% interest; Girl Cat Capital West LLC, as to an undivided 1.82% interest; Gowrisankar Challagundla, as to an undivided .91% interest; GRB Properties LLC, as to an undivided 3.85% interest; Hidden Diamonds LLC, as to an undivided 1.82% interest; iPlan Group Agent for Custodian FBO Randall Pong IRA, as to an undivided 1.82% interest; iPlanGroup Agent for Custodian FBO Maricris Lee IRA, as to an undivided .29% interest; IRA Resources, FBO Edward Day, IRA Acct #35- 36374, as to an undivided .55% interest; JS Investment Trust, as to an undivided .87% interest; Julie Patel, as to an undivided 1.45% interest; Karl R. DeKlotz, as to an undivided 5.45% interest; Kevin P. Kennedy, as to an undivided 1.82% interest; KKW Investments, as to an undivided .14% interest; Kuldeep Jain, as to an undivided 3.64% interest; Madison Trust Company Custodian FBO Phillip Vender Kraats IRA # M1611034, as to an undivided 1.82% interest; Madison Trust Company Custodian FBO Steven Rocher IRA #M1610060, as to an undivided .35% interest; Madison Trust Company Custodian FBO Zinaida V. Goltseva IRA, as to an undivided .62% interest; MayREI LLC, as to an undivided .07% interest; Michael Alden Schankman, as to an undivided 1.82% interest; Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16, 2012, as to an

41

undivided 1.45% interest; NBFAR Investment LLC, as to an undivided 1.09% interest; Pat Desantis, as to an undivided 9.09% interest; Patricia J. Theil C/F Jacqueline M. Theil, as to an undivided 1.82% interest; Pensco Trust Company Custodian FBO Bruce Kaechele Self-Directed IRA, as to an undivided 1.82% interest; Robert A. Demick DDS PA 401K, as to an undivided 1.82% interest; Samuel D. Theil, as to an undivided .91% interest; Steven Roche, as to an undivided .02% interest; Strategic Wealth Ventures, LLC, as to an undivided .91% interest; Tahiti Trust, as to an undivided 2.00% interest; The Dominguez-Peters Living Trust, as to an undivided 1.82% interest; United Capital Properties LLC, as to an undivided 2.0% interest; US Freedom Investments, LLC, as to an undivided 1.82% interest; Vantage Custodian FBO Sidney Haggains IRA, as to an undivided 1.27% interest; and White Tiger Revocable Trust, as to an undivided 3.02% interest. (Exhibit 143.)

163.    SSDF4 7024 S Paxton LLC ("SSDF4 Paxton") was formed as an Illinois limited liability company on March 27, 2018, and was indirectly owned or controlled by Receivership Defendant Jerome Cohen.

164.    EquityBuild quitclaimed 7024-32 South Paxton to SSDF4 Paxton by deed recorded June 18, 2018, as Document No. 1816918190. (Exhibit 144.)

165.    SSDF4 Paxton acquired 7024-32 South Paxton with a $1,541,000 loan from Greystone Servicing Corporation, Inc. ("Greystone") associated with a Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded June 18, 2018, as Document No. 1816918191. (Exhibit 145.)

166.    The security instruments associated with the loan from Greystone to SSDF4 Paxton are now held by the Federal Home Loan Mortgage Corporation ("Freddie Mac") by virtue of an Assignment Of Security Instrument recorded on June 18, 2018, as Document No. 1816918192

(Exhibit 146), and the loan from Freddie Mac to SSDF4 Paxton is also associated with a Financing Statement filed June 18, 2018, as Document No. 1816918193.

167.     A Release Deed was recorded June 19, 2017, as Document No. 1717018059 in connection with a prior mortgage encumbering 7024-32 South Paxton (Exhibit 147), but that release was not executed by the mortgagees.

168.     Although a settlement statement associated with the loan from Greystone to SSDF4 Paxton (Exhibit 148) indicates that the promissory note given to Master's Holdings, LLC was likely repaid pursuant to the terms of the corresponding payoff letter (Exhibit 149), the public records provide no indication that a release of the Master's Holdings mortgage was ever recorded.

169.     EquityBuild acquired title to 4533-47 South Calumet by deed recorded August 3, 2016, as Document No. 1621646081. (Exhibit 150.)

170.     EquityBuild purchased 4533-47 South Calumet for cash and later financed the property with a $2,900,000 loan associated with a Mortgage recorded September 8, 2016, as Document No. 1625250139, in favor of Annie Chang, as to an undivided 1.72% interest; iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 1.76% interest; Rabbi Dr. Gideon Goldenholz, as to an undivided 1.72% interest; iPlan Group Agent for Custodian FBO Joshua Mora IRA, as to an undivided 1.97% interest; iPlan Group Agent for Custodian FBO Christopher Mora IRA, as to an undivided 2.31% interest; Dee Ann Nason, as to an undivided 1.72% interest; Lorraine K. McClane, as to an undivided 1.72% interest; Shengjie LI and Yuye Xu, as to an undivided 1.72% interest; Jackie Becker, as to an undivided 0.86% interest; Joyce W. Bak Revocable Trust Joyce Becker Bak Trustee, as to an undivided 0.86% interest; Walter Becker, as to an undivided 3.45% interest; iPlan Group Agent for Custodian FBO Mark Young IRA, as to an undivided 1.72% interest; Asians Investing in Real Estate LLC, as to an undivided 1.83% interest; Madison Trust Company Custodian FBO Xuwen Lin IRA Account #M1606034, as to an

undivided 1.72% interest; Harvey Singer, as to an undivided 3.45% interest; Robert A. Potter, as to an undivided 1.72% interest; Madison Trust Company FBO James Henderson IRA, as to an undivided 1.38% interest; Eleven St. Felix Street Realty Corp, as to an undivided 1.72% interest; IRA Trust Services Co. FBO SLM Property Investments IRA Account #: 5877315203, as to an undivided 1.72% interest; Layne A. Hermansen, as to an undivided 1.76% interest; Paul N. Wilmesmeier, as to an undivided 0.86% interest; iPlanGroup Agent for Custodian FBO Darrell Duty IRA, as to an undivided 0.22% interest; Captain Jack, LLC, as to an undivided 0.69% interest; Douglas & Narine Nebel, as to an undivided 1.72% interest; Equity Trust Company Custodian FBO Andrew Brooks 401k Plan, as to an undivided 0.69% interest; Vantage Appraisals, Inc. 401k, as to an undivided 1.90% interest; Denton Real Estate Company Inc. 401k, as to an undivided 3.45% interest; Baron Real Estate Holdings, LLC, as to an undivided 10.34% interest; iPlanGroup Agent for Custodian FBO William Jack Needham IRA Account#3300944, as to an undivided 5.84% interest; Optima Property Solutions LLC, as to an undivided 2.41% interest; New Move Ventures Inc., as to an undivided 2.41% interest; Charles Savona, as to an undivided 1.72% interest; The Entrust Group Inc. FBO Patrick Sheehan IRA #11011, as to an undivided 1.72% interest; iPlanGroup Agent for Custodian FBO David Trengove IRA Account #3300951, as to an undivided 6.90% interest; Tierra Buena, LLC, as to an undivided 2.59% interest; Russ Moreland, as to an undivided 1.72% interest; Quest IRA, Inc. FBO Steven C. Noss IRA#12201-11, as to an undivided 1.72% interest; Louis Liu, as to an undivided 1.72% interest; Hoang-Small Trust, as to an undivided 1.72% interest; Bluebridge Partners Limited, as to an undivided 3.45% interest; Rajitha Dundigalla, as to an undivided 1.72% interest; Double Portion Foundation, as to an undivided 1.38% interest; iPlan Group Agent for Custodian FBO Brett Burnham, as to an undivided 2.76% interest; and Big Bean, LLC, as to an undivided 3.45% interest. (Exhibit 151.)

171.    On January 12, 2017, 4533-37 S. Calumet LLC (the "Calumet Entity") was formed as an Illinois limited liability company and was indirectly owned or controlled by Receivership Defendant Jerome Cohen.

172.    EquityBuild conveyed <u>4533-37 South Calumet</u> to the Calumet Entity by warranty deed recorded February 23, 2017, as Document No. 1705429016. (Exhibit 152.)

173.    The Calumet Entity acquired <u>4533-37 South Calumet</u> with a $3,020,000 loan from BMO Harris Bank, N.A. associated with a Construction Mortgage recorded February 23, 2017, as Document No. 1705429017 (Exhibit 153) and an Assignment Of Rents recorded February 23, 2017, as Document No. 1705429018 (Exhibit 154).

174.    The public records provide no indication that the prior mortgage recorded against <u>4533-37 South Calumet</u> (Exhibit 151) was ever released.

175.    1700 Juneway LLC (the "Juneway Entity") was formed on March 28, 2017, as an Illinois limited liability company and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

176.    The Juneway Entity acquired title to <u>1700-08 West Juneway</u> by special warranty deed recorded April 11, 2017, as Document No. 1710129088. (Exhibit 155.)

177.    The Juneway Entity acquired <u>1700-08 West Juneway</u> with a $2,175,000 loan from Thorofare Asset Based Lending REIT Fund IV, LLC associated with a Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded April 11, 2017, as Document No. 1710129089, and re-recorded April 12, 2017, as Document No. 1710206148 (Exhibit 156), as well as a Financing Statement filed April 11, 2017, as Document No. 1710129090.

178.    The Juneway Entity later obtained an additional $4,120,000 in financing associated with Mortgage recorded against <u>1700 West Juneway</u> on June 23, 2017, as Document No. 1717413024, in favor of the Agee Family Trust, as to an undivided 0.97% interest; Aluvelu Homes,

LLC, as to an undivided 0.49% interest; American Estate and Trust FBO Layne Jones IRA, as to an undivided 0.49% interest; Asians Investing In Real Estate LLC, as to an undivided 0.36% interest; Bill Akins, as to an undivided 0.49% interest; Cadaval Investment Trust FBO Dana Cadaval Solo 401k, as to an undivided 1.21% interest; CAMA SDIRA LLC FBO Bill Akins IRA (Account Number: 000107), as to an undivided 0.61% interest; Capital Investors, LLC, as to an undivided 6.07% interest; Clearwood Funding, LLC., as to an undivided 1.21% interest; Clove, LLC, as to an undivided 0.12% interest; Coppy Properties, LLC, as to an undivided 1.21% interest; Cross 5774 Holdings LLC - Cross Global Funding Group, as to an undivided 1.21% interest; Danielle DeVarne, as to an undivided 1.21% interest; Darrell W. Duty and Frances C. Duty, as to an undivided 0.24% interest; DeeAnn Nason, as to an undivided 1.21% interest; Denton Real Estate Company Inc. 401k, as to an undivided 0.61% interest; Dream Homes 4u Inc, as to an undivided 0.36% interest; Elaine Sison Ernst, as to an undivided 0.73% interest; Evans & Associates LLC, as to an undivided 1.21% interest; Gilbert D. Sherman Declaration of Trust Dated July 30, 2013, as to an undivided 1.21% interest; Helene D. Kapsky, as to an undivided 2.43% interest; Hiroyuki Roy Chin and Lillian S. Chin, as to an undivided 0.58% interest; iPlan Group Agent for Custodian FBO Dana Speed IRA, as to an undivided 0.97% interest; iPlan Group Agent for Custodian FBO Jason Ragan Roth IRA #3320326, as to an undivided 0.24% interest; iPlan Group Agent for Custodian FBO Jason Ragan SEP #3340597, as to an undivided 0.49% interest; iPlanGroup Agent for Custodian FBO Andrew Brooks IRA, as to an undivided 0.49% interest; iPlanGroup Agent for Custodian FBO David Trengove IRA Account #3300951, as to an undivided 0.85% interest; iPlanGroup Agent for Custodian FBO Gary Bumham JR Family HSA, as to an undivided 0.22% interest; iPlanGroup Agent for Custodian FBO Janice G. Burrell IRA, as to an undivided 2.11% interest; iPlanGroup Agent for Custodian FBO Michael Borgia IRA, as to an undivided 3.03% interest; iPlanGroup Agent for Custodian FBO Raegan Bumham Roth IRA, as

to an undivided 0.02% interest; iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 0.18% interest; IRA Services Trust Company CFBO Jean-Marc Cabrol IRA 220656, as to an undivided 0.37% interest; IRA Services Trust Company CFBO Melbourne Kimsey II IRA113530, as to an undivided 1.21% interest; JLo Enterprises, LLC, as to an undivided 0.66% interest; JLo Enterprises, LLC, as to an undivided 0.24% interest; JML Roth, LLC, as to an undivided 0.05% interest; JML Roth, LLC, as to an undivided 0.05% interest; John A. Martino, as to an undivided 2.43% interest; Juliette S. Barksdale, as Trustee of the Juliette S. Barksdale 2011 Revocable Trust u/d/t December 22, 2011, as to an undivided 7.28% interest; Kameda Investments LLC, as to an undivided 2.43% interest; Madison Trust Company Custodian FBO Brian Shaffer IRA Account # M1703059, as to an undivided 2.43% interest; Madison Trust Company Custodian FBO Michael McClane IRA M1610052, as to an undivided 2.43% interest; Madison Trust Company Custodian FBO Xuwen Lin IRA Account #M1606034, as to an undivided 0.21% interest; Madison Trust Company Custodian FBO Zahra Mofrad IRA, as to an undivided 0.61% interest; Madison Trust IRA FBO Grace Ndungu #M1703041, as to an undivided 1.21% interest; Mark A. Miller ATF Domaskin Revocable Trust August 8th, 2006, as to an undivided 2.43% interest; MayREI LLC, as to an undivided 1.46% interest; MayREI LLC, as to an undivided 1.21% interest; Melanie T. Gonzales and Gary M. Gonzales, as to an undivided 6.07% interest; NuView IRA fbo Elizabeth Monnot-Chase IRA Traditional IRA, as to an undivided 1.21% interest; NuView IRA fbo Elizabeth Monnot-Chase IRA Traditional IRA, as to an undivided 1.33% interest; Patrick Connely, as to an undivided 1.21% interest; Paul N. Wilmesmeier, as to an undivided 0.61% interest; Paul S. Applefield, DDS, 401K Plan, as to an undivided 1.09% interest; Pioneer Valley Properties, LLC, as to an undivided 1.21% interest; Quest IRA acc#26920-21 FBO Mona Leonard Roth IRA, as to an undivided 1.21% interest; Quest IRA, Inc. FBO Paul S. Applefield IRA# 16413-21, as to an undivided 0.16% interest; Quest IRA, Inc. FBO Rebeca E.

Savory-Romero IRA #15528-21, as to an undivided 0.25% interest; Quest IRA, Inc. FBO Robin Applefield IRA# 25164-21, as to an undivided 0.16% interest; R.D. Meredith General Contractors, LLC, as to an undivided 2.43% interest; R.D. Meredith General Contractors, LLC 401K Plan, as to an undivided 0.97% interest; Ricardo Acevedo Lopez, as to an undivided 0.36% interest; Rise Up Real Estate Group, LLC, as to an undivided 3.50% interest; Robert A. Potter, as to an undivided 1.92% interest; Samuel R. Cratis, as to an undivided 1.82% interest; Scott H. Eaton, as to an undivided 0.61% interest; Scott/Erquiaga Trust, as to an undivided 1.21% interest; Self Directed IRA Services Inc., FBO: William Hooper, Account #100005001, as to an undivided 1.33% interest; Serva Fidem, LLC, as to an undivided 0.85% interest; Simon Usuga, as to an undivided 1.09% interest; Source One Funding, LLC, as to an undivided 1.21% interest; Spectra Investments, LLC, as to an undivided 2.67% interest; Steven Bald, as to an undivided 1.46% interest; The Entrust Group Inc. FBO Jill Meekcoms IRA #33-21296, as to an undivided 1.21% interest; Tiger Chang Investment LLC, as to an undivided 0.24% interest; Vantage Custodian FBO Sidney Haggains IRA, as to an undivided 0.61% interest; and Vladimir Garcia Melijov, as to an undivided 2.43% interest. (Exhibit 157.)

179. 5450 S. Indiana LLC (the "Indiana Entity") was formed on March 15, 2017, as an Illinois limited liability company and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

180. The Indiana Entity acquired title to 5450-52 South Indiana by special warranty deed recorded April 4, 2017, as Document No. 1709445115. (Exhibit 158.)

181. The Indiana Entity purchased 5450-52 South Indiana with a $3,600,000 acquisition loan associated with a Mortgage, Assignment Of Leases And Rents, Fixture Filing, And Security Agreement recorded April 4, 2017, as Document No. 1709445116, in favor of 1111 Crest Dr. LLC, as to an undivided 50% ownership; Abraham Aaron Ebriani, as to an undivided 14% ownership;

Hamid Esmail, as to an undivided 14% ownership; and Farsaa Inc., as to an undivided 22% ownership. (Exhibit 159.)

182. Abraham Aaron Ebriani conveyed his interest in the foregoing loan and security agreement to the Pakravan Living Trust by Assignment Of Mortgage recorded January 4, 2019, as Document No. 1900434068. (Exhibit 160.)

183. The Indiana Entity later obtained an $3,050,000 in additional financing associated with a Mortgage recorded against 5450-52 South Indiana on June 23, 2017, as Document No. 1717413023, in favor of Aluvelu Homes, LLC, as to an undivided 0.66% interest, Argan Realty LLC., as to an undivided 1.64% interest, Arthur L and Dinah F Bertrand, as to an undivided 1.64% interest, Bill Akins, as to an undivided 0.33% interest, Blue Mountain Ventures (S/D IRA), as to an undivided 4.92% interest, Bluebridge Partners LTD., as to an undivided 3.28%, Brad & Linda Lutz, as to an undivided 1.64% interest, Bright Venture, as to an undivided 1.31% interest, CAMA SDIRA, LLC FBO Bill Akins IRA, as to an undivided 0.66% interest, Distributive Marketing, Inc., as to an undivided 1.64% interest, DK Phenix Investments LLC, as to an undivided 1.64% interest, Douglas H Nebel, as to an undivided 1.31% interest, Douglas H Nebel, as to an undivided 0.82% interest, Girl Cat Capital West LLC, as to an undivided 1.64% interest, Graystone Realty, LLC, as to an undivided 1.64% interest, Harendra Pal, as to an undivided 0.29% interest, Hiroyuki Roy Chin & Lillian S. Chin JTWROS, as to an undivided 0.85% interest, IG Investment Trust, as to an undivided 0.82% interest, Influx Investments, LLC, as to an undivided 0.82% interest, iPlanGroup Agent for Custodian FBO Alcalli Sabat IRA, as to an undivided 0.66% interest, iPlanGroup Agent for Custodian FBO Alcalli Sabat Roth IRA, as to an undivided 0.33% interest, iPlanGroup Agent for Custodian FBO David Trengove IRA Account#3300951, as to an undivided 1.31% interest, iPlanGroup Agent for Custodian FBO Ed Bancroft Roth IRA, as to an undivided 0.19% interest, iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella IRA, as to an

undivided 0.33% interest, iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003, as to an undivided 1.64% interest, iPlanGroup Agent for Custodian FBO Verdell Michaux IRA, as to an undivided 0.16% interest, iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 0.46% interest, IRA Services Trust Company CFBO Jean-Marc Cabrol IRA 220656, as to an undivided 0.79% interest, IRA Services Trust Custodian FBO Ronald Stephen Klein IRA, as to an undivided 1.64% interest, Karl R. DeKlotz, as to an undivided 4.92% interest, Kirk Road Investments LLC, as to an undivided 4.00% interest, LMJ Sales, Inc., as to an undivided 3.28% interest, Luna D. and Jerry E. Ellis, as to an undivided 1.31% interest, Madison Trust Company custodian FBO Anjanette Comer IRA M1609089, as to an undivided 0.33% interest, Madison Trust Company Custodian FBO Denise R. Wilson Account #M1612128, as to an undivided 1.64% interest, Madison Trust Company Custodian FBO Erika Dietz Account #M1612085, as to an undivided 3.28% interest, Mark DeLuca, as to an undivided 3.61% interest, Mark Mouty, as to an undivided 0.66% interest, Mid LLC, as to an undivided 1.64% interest, Mike Dirnberger, as to an undivided 0.33% interest, Nancy A. Markwalter, as to an undivided 0.80% interest, NEHASRI LTD, as to an undivided 0.82% interest, Nerses Abramyan, as to an undivided 0.82% interest, New Direction IRA, Inc. FBO James Anthony Ande IRA, as to an undivided 0.82% interest, Optima Property Solutions, LLC, as to an undivided 5.61%, Paul Harrison, as to an undivided 1.41% interest, Paul N. Wilmesmeier, as to an undivided 0.82% interest, Petra Zoeller, as to an undivided 1.64% interest, Provident Trust Group F.B.O Charles Smith SoloK, as to an undivided 1.64% interest, R2V2 Investments, LLC, as to an undivided 0.66% interest, Robert Jennings, as to an undivided 4.92% interest, Sam Harrison, as to an undivided 0.82% interest, Sandeep Kattar, as to an undivided 1.64% interest, Seadog Properties, LLC, as to an undivided 0.79% interest, Steven G. Mouty, as to an undivided 1.64% interest, Steven Roche, as to an undivided 0.16% interest, Strategic Wealth Ventures, LLC, as to an undivided 1.17% interest, The

Wanda M. Behling Trust, as to an undivided 0.37% interest, Thomas F. Gordon, as to an undivided 3.28%, Timothy Sharp, as to an undivided 1.64%, Vartan Tarakchyan, Trustee for defined Benefits Pension Plan and 401K Plan, as to an undivided 0.98%, Vivek Pingili, as to an undivided 0.98% and Yin Liu & Ping Xu, as to an undivided 6.56% interest. (Exhibit 161.)

184.    EquityBuild acquired title to 6437-41 South Kenwood by trustee's deed recorded June 1, 2017, as Document No. 1715206150. (Exhibit 162.)

185.    6437 S Kenwood, LLC (the "Kenwood Entity") was formed on April 20, 2017, as an Illinois limited liability company and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

186.    EquityBuild conveyed 6437-41 South Kenwood to the Kenwood Entity by quitclaim deed recorded October 25, 2017, as Document No. 1729829041. (Exhibit 163.)

187.    The Kenwood Entity later financed 6437-41 South Kenwood with a $2,500,000 loan associated with a Mortgage recorded December 15, 2017, as Document No. 1734944038, in favor of Adir Hazan, as to a 2.00% interest; the Agee Family Trust, as to a 0.60% interest; Asians Investing In Real Estate, LLC, as to a 2.80% interest; Captain Jack, LLC, as to a 3.00% interest, Charlotte A. Hofer, as to a 1.40% interest; Cosmopolitan Properties, as to a 6.00% interest; Cree Capital Ventures, LLC, as to a 10.00% interest; David M. Harris, as to an 8.00% interest; Distributive Marketing, LLC, as to a 2.00% interest; Duane A. Degenhardt and Linda S. Degenhardt, as to a 6.00% interest; Ed Bancroft, as to a 0.30% interest; Ed Bancroft, as to a 0.52% interest; Equity Capital Resources, LLC, as to a 1.00% interest; Freyja Partners, authorized by Sangham Partners, LLC, Lyman Black Manager, as to a 2.00% interest; Garwood M. Weatherhead, as to a 6.00% interest; Grathia Corp, as to a 2.28% interest; Hoang-Small Trust, as to a 6.00% interest; iPlanGroup Agent for Custodian FBO Ed Bancroft Roth IRA, as to a 0.01% interest; iPlanGroup Agent for Custodian FBO Elizabeth Zeng ROTH, as to a 1.00% interest;

iPlanGroup Agent for Custodian FBO Eric Schwartz IRA, as to a 0.48% interest; iPlanGroup Agent for Custodian FBO Jacqueline Rowe IRA, as to a 2.40% interest; iPlanGroup Agent for Custodian FBO Laurie A. Connely IRA, as to a 0.80% interest; iPlanGroup Agent for Custodian FBO Thomas F. Gordon SEP IRA, as to a 2.12% interest; John Bloxham, as to a 2.00% interest; Julie Patel, as to a 1.60% interest; KKW Investments, LLC, as to a 0.08% interest; Lawrence Daly, as to a 6.00% interest; Madison Trust Company Custodian FBO James R. Robinson Traditional IRA Acct #M1705044, as to a 1.00% interest; Madison Trust Company Custodian FBO Steven Roche IRA #M1610060, as to a 0.64% interest; Midatlantic IRA, LLC FBO Charles McEvoy IRA, as to a 4.48% interest; Optima Property Solutions, LLC, as to a 1.20% interest; Paul S. Scribner Revocable Trust dated May 15, 2003, as to a 2.00% interest; PNW Investments, LLC, as to a 0.40% interest; Quest IRA, Inc. FBO Steven C. Noss IRA #12201-11, as to a 1.00% interest; Ramsey Stephan, as to a 0.38% interest; Robert A. Demick DDS PA 401K, as to a 2.00% interest; Robert A. Potter, as to a 1.23% interest; RSS Triad Investments, LLC, as to a 1.20% interest; Steven Roche, as to a 1.69% interest; Sunwest Trust FBO David M. Williams IRA Acct #1612425, as to a 0.97% interest; Sunwest Trust, Custodian FBO Glenda K. Allred IRA #1612617, as to 0.a 62% interest; Susan Kalisiak, as to a 2.00% interest; Terry L. Merrill and Sheryl R. Merrill, as to a 2.00% interest; and Vartan Tarakchyan, Trustee for Defined Benefits Pension Plan and 401K Plan, as to a 0.80% interest. (Exhibit 164.)

188.    SSPH 11117 S Longwood, LLC (the "Longwood Entity") was formed on May 24, 2017, as an Illinois limited liability company and was indirectly owned and controlled by Receivership Defendant Jerome Cohen.

189.    The Longwood Entity acquired title to <u>11117-19 South Longwood</u> by special warranty deed recorded October 3, 2017, as Document No. 1727639007. (Exhibit 165.)

190.    The Longwood Entity purchased 11117-19 South Longwood for cash and later financed the property with a $5,200,000 loan associated with a Mortgage recorded April 25, 2018, as Document No. 1811506119, in favor of 88 Legacy LLC, as to an undivided 0.96% interest; the Agee Family Trust, as to an undivided 0.48% interest, Alan Schankman, as to an undivided 0.96% interest, Allred Living Trust dated 12/07/2016, as to an undivided 0.96% interest; Asians Investing In Real Estate LLC, as to an undivided 2.88% interest, Blue Mountain Ventures PSP 401K, as to an undivided 1.92% interest; Braden Galloway, as to an undivided 1.97% interest; Brook Swientisky, as to an undivided 0.96% interest; Btrue LLC, as to an undivided 0.96% interest; Chestnut Capital LLC, as to an undivided 0.96% interest; Concorde Management, LLC, as to an undivided 1.15% interest; Cree Capital Ventures, LLC, as to an undivided 4.81% interest; Danyel Tiefenbacher and Jamie Lai, as to an undivided 0.96% interest; David M. Harris, as to an undivided 0.63% interest; DeeAnn Nason, as to an undivided 0.96% interest; Distributive Marketing LLC, as to an undivided 1.06% interest, DK Phenix Investments LLC, as to an undivided 1.44% interest; Eco2 Capital Inc 401K, as to an undivided 0.96% interest; Edge Investments, LLC, as to an undivided 1.92% interest; Gallowglass LLC, as to an undivided 0.96% interest; Grathia Corporation, as to an undivided 1.02% interest; Hillside Fund, LLC, as to an undivided 1.44% interest; iPlanGroup Agent for Custodian FBO David Trengove IRA Account#3300951, as to an undivided 0.88% interest; James S. Factor TTEE James S. Factor Revocable Trust U/A dtd 05/23/2008, as to an undivided 0.29% interest; James Tutsock, as to an undivided 4.81% interest; JFKN Investment Trust, as to an undivided 0.48% interest; John McDevitt, as to an undivided 1.92% interest; John S. Ennema and Roswitha M. Ennema, as to an undivided 0.10% interest; Koates LLC, as to an undivided 0.96% interest; Kristien Van Hecke as trustee of DK Phenix Investments LLC 401 (k) FBO Kristien Van Hecke, as to an undivided 0.48% interest; Leon Liu, as to an undivided 2.88% interest, Madison Trust Company Custodian FBO Bruce Walter

M1705137, as to an undivided 0.96% interest; Madison Trust Company Custodian FBO Harry Shaffer #M1707067, as to an undivided 1.92% interest; Madison Trust Company Custodian FBO Patrick Coppinger M1708149, as to an undivided 1.15% interest; Madison Trust Company Custodian FBO Rajesh Gupta #M1707030, as to an undivided 5.11% interest; Mary Chang Family Trust, as to an undivided 1.92% interest; Mike M. Cocos and Loryn T. Cocos, as to an undivided 0.96% interest; Nancy Fillmore, as to an undivided 0.96% interest; Paul N. Wilmesmeier, as to an undivided 0.29% interest; Paul S. Applefield, DDS, 401K Plan, as to an undivided 0.21% interest, Petra Zoeller, as to an undivided 3.83% interest; PNW Investments, LLC, as to an undivided 0.35% interest; Quest IRA, Inc. FBO Paul S. Applefield Roth IRA, as to an undivided 0.13% interest; Quest IRA, Inc. FBO Robin Applefield Roth IRA, as to an undivided 0.13% interest; Rajitha Dundigalla, as to an undivided 0.96% interest; RAVIN3 LLC, as to an undivided 7.69% interest; Rinku Uberoi, as to an undivided 4.81% interest; Rise Up Real Estate Group, LLC, as to an undivided 2.40% interest; Robert Jennings, as to an undivided 2.88% interest; Samuel Cratis, as to an undivided 0.44% interest; Scott H. Eaton, as to an undivided 0.96% interest; Serva Fidem, LLC, as to an undivided 0.48% interest; Steven Trzaska and Annamarie Trzaska, as to an undivided 1.92% interest; Steven Bald, as to an undivided 0.87% interest; Sunshine Bliss, LLC, as to an undivided 0.49% interest; Sunwest Trust Inc. FBO John B. Allred IRA #1612618, as to an undivided 0.25% interest; Sunwest Trust, Custodian FBO Joseph E. Kennedy IRA #161595, as to an undivided 0.96% interest; The Melbourne Kimsey II Revocable Trust, as to an undivided 0.96% interest; The Shaw Family Trust, as to an undivided 0.96% interest; The Steven G. Mouty Trust, as to an undivided 2.88% interest; Timothy Sharp, as to an undivided 0.96% interest; William H. Akins, Jr., LLC, as to an undivided 4.81% interest; WT Investment Trust, as to an undivided 0.33% interest; and Zouhair Stephan and Nada Stephan, as to an undivided 2.88% interest. (Exhibit 166.)

**Encumbrances Recorded Against The Properties**

191. The properties at 4750 South Indiana Avenue, 5618-20 South King, 6558 South Vernon, 7024 South Paxton, and 4533-37 South Calumet are encumbered by a lis pendens recorded July 2, 2018, as Document No. 1818318076 (the "Markwell 8076 Lis Pendens"), in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274 (the "Markwell Action"). (Exhibit 167.)

192. The properties at 1422-24 East 68th Street, 8000-02 South Justine, 8209 South Ellis, 8214-16 South Ingleside, 2800-06 East 81st, 7840-42 South Yates Avenue, and 7201 South Constance are encumbered by a lis pendens recorded July 2, 2018, as Document No. 1818318077 (the "Markwell 8077 Lis Pendens"), in connection with the Markwell Action. (Exhibit 168.)

193. The properties at 7255-57 South Euclid, 6250 South Mozart, 7442-48 South Calumet, 7201-07 South Dorchester, 7051 South Bennett, 3074 East Cheltenham, and 6437-41 South Kenwood are encumbered by a lis pendens recorded July 2, 2018, as Document No. 1818318078 (the "Markwell 8078 Lis Pendens"), in connection with the Markwell Action. (Exhibit 169.)

194. The properties at 6355-59 South Talman, 6356 South California, 2736-44 West 64th, 4317-19 South Michigan, 816-20 East Marquette, 7508 South Essex, 7656-58 South Kingston, and 7600-10 South Kingston are encumbered by a lis pendens recorded July 2, 2018, as Document No. 1818318079 (the "Markwell 8079 Lis Pendens"), in connection with the Markwell Action. (Exhibit 170.)

195. The properties at 7701-03 South Essex and 7953-59 South Marquette are encumbered by a lis pendens recorded July 2, 2018, as Document No. 1818318080 (the "Markwell 8080 Lis Pendens"), in connection with the Markwell Action. (Exhibit 171.)

196.    The properties at <u>6356 South California</u>, <u>6355-59 South Talman</u>, <u>7051 South Bennett</u>, <u>7442-48 South Calumet</u>, <u>7201-07 South Dorchester</u>, <u>4317-19 South Michigan</u>, <u>2736-44 West 64th</u>, and <u>7508 South Essex</u> are encumbered by a lis pendens recorded August 15, 2018, as Document No. 1822706115 (the "Michigan Shores 6115 Lis Pendens") in connection with that certain case captioned *Michigan Shores Apartments, LLC v. EquityBuild, Inc., SSDF7 Portfolio 1, LLC, [and] Liberty EBCP LLC*, Circuit Court of Cook County, Case No. 2018-CH-09098 (the "Michigan Shores Action"). (Exhibit 172.)

197.    The property at <u>816-20 East Marquette</u> is encumbered by a lis pendens recorded August 15, 2018, as Document No. 1822706116 (the "Michigan Shores 6116 Lis Pendens") in connection with Michigan Shores Action. (Exhibit 173.)

198.    The property at <u>7760 South Coles</u> is encumbered by a lis pendens recorded July 6, 2018, as Document No. 1818742177 in connection with that certain case captioned *City of Chicago v. EB South Chicago 3 LLC, et al.,* Circuit Court of Cook County, Illinois, Case No. 18-M1-401995. (Exhibit 174.)

199.    The property at <u>8107-09 South Ellis</u> is encumbered by a lis pendens recorded September 11, 2018, as Document No. 1825441132, in connection with the case captioned *City of Chicago v. EB South Chicago 4 LLC, et al.,* Circuit Court of Cook County, Illinois, Case No. 18-M1-402805. (Exhibit 175.)

200.    The property at <u>7201 South Constance</u> is encumbered by a lis pendens recorded September 20, 2019, as Document No. 1926341164, in connection with the case captioned *City of Chicago v. BC57, LLC, et al.,* Circuit Court of Cook County, Illinois, Case No. 19-M1-402334. (Exhibit 176.)

201.    Notwithstanding the lis pendens recorded by the City of Chicago against <u>7760 South Coles</u>, <u>8107-09 South Ellis</u>, and <u>7201 South Constance</u>, the Receiver intends to convey these

properties subject to the lis pendens recorded against them and does not intend to request a court order authorizing the sale of these properties free and clear of those particular encumbrances.

202.     The property at 3074 East Cheltenham is encumbered by a mechanic's lien recorded in favor of Chicago Real Estate Resources, Inc. on April 25, 2018, as Document No. 1811519132. (Exhibit 177.)

WHEREFORE, the Receiver respectfully requests that this Court grant the Sixth Motion For Court Approval Of The Process For Public Sale Of Real Estate By Sealed Bid by entering an order in the form attached at Tab B, and grant such other relief as the Court deems just and proper.

**FIFTH MOTION FOR APPROVAL OF THE SALE OF
CERTAIN REAL ESTATE AND FOR THE AVOIDANCE OF
CERTAIN MORTGAGES, LIENS, CLAIMS, AND ENCUMBRANCES**

203.     The Receiver seeks leave to close the sales of fifteen residential apartment buildings pursuant to purchase and sale contracts executed with successful third-party bidders or, in one case, with a credit bidding lender.

204.     On February 15, 2019, the Receiver filed a Second Motion For Court Approval Of The Process For Public Sale Of Real Property By Sealed Bid (the "Second Motion"). (Docket No. 288)

205.     The Second Motion related to several properties, including the property at 4520-26 South Drexel Boulevard, Chicago, Illinois 60653 ("4520-26 South Drexel"), the property at 6749-59 South Merrill Avenue, Chicago, Illinois 60649 ("6749-59 South Merrill"), the property at 7110-16 South Cornell Avenue, Chicago, Illinois 60649 ("7110-16 South Cornell"), the property at 7600-10 South Kingston, Chicago, Illinois 60649 ("7600-10 South Kingston"), the properties at 8326-58 South Ellis Avenue, Chicago, Illinois 60619 ("8326-58 South Ellis"), and the property at 6949-59 South Merrill Avenue, Chicago, Illinois 60649 ("6949-59 South Merrill").

206.     On April 18, 2019, the Receiver filed a Fifth Motion For Court Approval Of The Process For Public Sale Of Real Property By Sealed Bid (the "Fifth Motion"). (Docket No. 329)

207.     The Fifth Motion related to several properties, including the property at 7749-59 South Yates Avenue, Chicago, Illinois 60649 ("7749-59 South Yates"), the property at 7450 South Luella Avenue, Chicago, Illinois 60649 ("7450 South Luella"), the property at 7109-19 South Calumet Avenue, Chicago, Illinois 60619 ("7109-19 South Calumet"), the property at 7656-58 South Kingston Avenue, Chicago, Illinois 60649 ("7656-58 South Kingston"), the property at 8201 South Kingston Avenue, Chicago, Illinois 60617 ("8201 South Kingston"), and the property at 7546-48 South Saginaw Avenue, Chicago, Illinois 60649 ("7546-48 South Saginaw").

208.     The Second Motion was granted by Magistrate Judge Kim by Memorandum Opinion and Order dated May 2, 2019 (Docket No. 352), subject, among other things, to the rights of lenders to credit bid for the properties securing their loans, provided they post a letter of credit in the amount of the bid if the Receiver identifies a *bona fide* dispute regarding the validity or priority of their security.

209.     The Fifth Motion was granted by Magistrate Judge Kim by Order dated May 22, 2019 (Docket No. 382), subject to the same conditions imposed by Court in its May 2, 2019 Memorandum Opinion and Order (Docket No. 352).

210.     Following a series of lender motions seeking modification of Magistrate Judge Kim's May 2, 2019 Memorandum Opinion and Order, its May 22, 2019 Order (Docket No. 352), and other subsequent orders relating to credit bidding issues, and following the appeals of certain lenders pursuant to Federal Rule of Civil Procedure 72, this Court entered an Order on October 4, 2019 (Docket No. 540) adopting the rulings of Magistrate Judge Kim "in full."

211.     Following a marketing process that conformed with the procedures proposed by the Receiver in both the Second Motion (Docket No. 228) and the Fifth Motion (Docket No. 329), and

after each lender was afforded an opportunity to credit bid, the Receiver accepted offers to purchase the properties, as described more fully in the paragraphs below.

**4520-26 South Drexel Boulevard**

212.     The Receiver, acting upon the advice of both SVN and his retained professionals, asked $5,100,000 for 4520-26 South Drexel.

213.     Bids were submitted by eight prospective purchasers, and the Receiver initially accepted an offer in the amount of $6,150,000 from 3802 LLC.

214.     After the Receiver rejected a request for $390,000 in deferred maintenance credit, 3802 LLC terminated the purchase and sale agreement during the due diligence period, and the Receiver accepted an offer from 4520-26 S. Drexel Residences LLC to purchase the property for $6,110,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 178.)

215.     Title to 4520-26 South Drexel is vested in SSDF1 4520 S Drexel LLC and encumbered by that certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded August 9, 2017, as Document No. 1722149130 in favor of CBRE Capital Markets, Inc. (Exhibit 179), to secure a note in the originally stated principal amount of $4,400,000 and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB41, as evidenced by Document No. 1732457116 (Exhibit 180).

**7450 South Luella Avenue**

216.     The Receiver, acting upon the advice of both SVN and his retained professionals, asked $450,000 for 7450 South Luella.

217. Bids were submitted by three prospective purchasers, and the Receiver accepted an offer from Neder Capital Services LLC to purchase the property for $278,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 181.)

218. Title to 7450 South Luella is vested in EquityBuild and clouded by the following potential encumbrances:

a. That certain Mortgage recorded July 14, 2015, as Document No. 1519519126 (Exhibit 182) in favor of Burnham 401K Trust, as to an undivided 0.75% interest; Sunwest Trust Custodian for Francis Webb Jr IRA, as to an undivided 4.55% interest; Gerry and Clarice Recamara, as to an undivided 5.05% interest; FDD Properties LLC, as to an undivided 10.10% interest; Edge Investments, LLC, as to an undivided 7.07% interest; Howard R Stoops and Betty J Stoops JTWROS, as to an undivided 8.42% interest; Equity Trust Company Custodian FBO Kevin Bybee IRA, as to an undivided 8.42% interest; 2nd City Solo 401K Trust, as to an undivided 16.84% interest; James A. Tutsock, as to an undivided 30.39% interest; and Penny Adams, as to an undivided 8.42% interest, to secure a note in the originally stated principal amount of $594,000.

b. That certain Mortgage And Security Agreement recorded May 23, 2017, as Document No. 1714316084 (Exhibit 183); that certain Assignment Of Leases And Rents recorded May 23, 2017, as Document No. 1714316085 (Exhibit 184); and that certain Financing Statement filed May 23, 2017, as Document No. 1714316085, each securing a promissory note held by UBS AG in the originally stated principal amount of $4,100,000.

c. The Markwell 8077 Lis Pendens. (Exhibit 168.)

**6749-59 South Merrill Avenue**

219. The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,425,000 for 6749-59 South Merrill.

220. Bids were submitted by nine prospective purchasers, and the Receiver accepted an offer from Merrill Court LLC to purchase the property for $1,480,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 185.)

221. Title to the property at <u>6749-59 South Merrill</u> is vested in SSDF1 6751 S Merrill LLC and clouded by the following potential encumbrances:

      a. That certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded February 8, 2018, as Document No. 1803919055 (Exhibit 186) and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50, as evidenced by Document No. 1817957034 (Exhibit 187) (the "U.S. Bank Series 2018 SB-50 Mortgage").

      b. That certain lis pendens recorded June 7, 2017, as Document No. 1715841055 in connection with the case captioned *City Of Chicago v. TR# 8002363805 Chicago Title Land Trust Co., et al.,* Circuit Court of Cook County, Case No. 17-M1-401223. (Exhibit 188.) (The Receiver is not seeking leave to sell free and clear of this encumbrance, which predates the acquisition of the property by SSDF1 6751 S Merrill LLC.)

**7110-16 South Cornell Avenue**

222. The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,240,000 for <u>7110-16 South Cornell</u>.

223. Bids were submitted by four prospective purchasers, and the Receiver accepted an offer from Ventus Holdings, LLC to purchase the property for $1,240,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 189.)

224.    Title to the property at <u>7110-16 South Cornell</u> is currently vested in SSDF1 7110 S Cornell LLC and clouded by the following potential encumbrances:

   a.  The U.S. Bank Series 2018 SB-50 Mortgage (Exhibit 187).

   b.  That certain lis pendens recorded December 31, 2018, as Document No. 1836541138 in connection with the case captioned *City Of Chicago v. SSDF1 7110 S. Cornell LLC, et al.,* Circuit Court of Cook County, Case No. 18-M1-403814. (Exhibit 190.) (The Receiver is not seeking leave to sell free and clear of this encumbrance, which post-dates the acquisition of the property by SSDF1 7110 S Cornell LLC.)

**<u>7109-19 South Calumet Avenue</u>**

225.    The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,290,000 for <u>7109-19 South Calumet</u>.

226.    Although bids were received from four prospective purchasers, U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-through Certificates, Series 2017-SB30, one of the putative noteholders and current mortgagees, submitted a credit bid in the amount of $1,122,000, and none of the prospective purchasers was thereafter willing to increase its offer, as a result of which the Receiver accepted the credit bid, although the form of the letter of credit to be posted in respect of that credit bid is still being negotiated with the lender, and the Receiver will not close the sale (even if this motion is granted) unless and until the terms of that letter of credit are satisfactory. (A true and accurate copy of the Purchase And Sale Agreement constituting the credit bid is attached at Exhibit 191.)

227.    Title to <u>7109-19 South Calumet</u> is vested in 7109 S Calumet LLC and clouded by the following potential encumbrances:

a. That certain Mortgage recorded October 17, 2014, as Document No. 1429050012 (Exhibit 192) in favor of Russell Waite and Ursula Waite, as to an undivided 2.78% interest; Peggy Christensen Living Trust dated September 16, 2011, as to an undivided 5.56% interest; Ashwin D. Patel, as to an undivided 11.56% interest; Navin Vardya, as to an undivided 5.56% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 5.56% interest; Edge Investments, LLC, as to an undivided 3.61% interest; EZ NJ Ventures, LLC, as to an undivided 2.78% interest; Jerome B. Shaffer Trust, as to an undivided 5.56% interest; Focus4 Investments, LLC, as to an undivided 2.78% interest; R.D. Meredith General Contractors, LLC 401K Plan, as to an undivided 8.33% interest; Steven Canning, as to an undivided 5.56% interest; Optima Property Solutions, LLC, as to an undivided 11.11% interest; R2V2 Investments, LLC, as to an undivided 1.67% interest; Brown Rental Properties, LLC, as to an undivided 5.56% interest; iPlanGroup Agent for Custodian FBO Charles Michael Anglin IRA, as to an undivided 4.33% interest; 1839 Fund I, LLC, as to an undivided 2.78% interest; Shankar Thiruppathi, as to an undivided 5.56% interest; John Love, as to an undivided 1.94% interest; Jackie Rowe, as to an undivided 0.50% interest; Joe Siracusa, as to an undivided 2.78% interest; and Scott E. Pammer, as to an undivided 4.17% interest, to secure a note in the originally stated principal amount of $1,800,000.

b. That certain Multifamily Mortgage, Assignment Of Rents And Security Agreement (Exhibit 193) recorded February 7, 2017, as Document No. 1703816048 in favor of Red Mortgage Capital, LLC to secure a note in the originally stated principal amount of $1,507,000 and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily

Mortgage Pass-through Certificates, Series 2017-SB30, by virtue of Document No. 1713608071 recorded May 16, 2017 (Exhibit 194).

    c.    The Markwell 8076 Lis Pendens**.** (Exhibit 167.)

**7749-59 South Yates Avenue**

228.    The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,100,000 for <u>7749-59 South Yates</u>.

229.    Bids were submitted by seven prospective purchasers, and the Receiver accepted an offer from Oppelli LLC to purchase the property for $1,125,000. (A true and accurate copy of the Purchase And Sale Agreement is attached as Exhibit 195.)

230.    Title to <u>7749-59 South Yates</u> is vested in 7749-49 S Yates LLC and clouded by the following potential encumbrances:

    a.    That certain Mortgage, Assignment Of Leases And Rents, Fixture Filing, And Security Agreement recorded April 4, 2017, as Document No. 1709445117 (Exhibit 196) in favor of 1111 Crest Drive LLC, as to an undivided 50% interest; Abraham Aaron Ebriani, as to an undivided 14% interest; Hamid Esmail, as to an undivided 14% interest; and Farsaa Inc, as to an undivided 22% interest, to secure a note in the originally stated principal amount of $3,600,000, although Abraham Aaron Ebriani assigned his interest in the Mortgage to Pakravan Living Trust by Assignment Of Mortgage recorded January 4, 2019, as Document No. 1900434067 (Exhibit 197).

    b.    That certain Mortgage recorded June 23, 2017, as Document No. 1717413022 (Exhibit 198) in favor of Advanta IRA Services, LLC FBO Dwight L. Plymale IRA #8006189, as to an undivided 3.35% interest; American Estate & Trust FBO Donald R. Hendrickson IRA, as to an undivided .35% interest; American Estate & Trust FBO Karen L. Hendrickson IRA, as to and undivided .35% interest; American Estate & Trust

LC, FBO Lynn Kupfer's IRA, as to an undivided 3.45% interest; American Estate and Trust, LC FBO Edward J. Netzel IRA, as to an undivided .35% interest; Amit Hammer, as to an undivided 1.04% interest; Cadaval Investment Trust FBO Manuel Cadaval Solo 401K, as to an undivided .86% interest; Clearwood Funding, LLC, as to an undivided 1.73% interest; David M. Harris, as to an undivided 3.45% interest; Duke E. Heger and Viviana Heger, as to an undivided 1.21% interest; Ed Bancroft, as to an undivided .17% interest; EquityBuild, Inc., as to an undivided 34.13% interest; Grathia Corporation, as to an undivided 3.45% interest; iPlan Group Agent for Custodian FBO Christopher Mora IRA, as to an undivided .21% interest; iPlan Group Agent for Custodian FBO Dana Speed IRA, as to an undivided 5.83% interest; iPlan Group Agent for Custodian FBO Filomena Mora IRA, as to an undivided .11% interest; iPlan Group Agent for Custodian FBO Joshua Mora IRA, as to an undivided .14% interest; iPlan Group Agent for Custodian FBO Rama Voddi IRA, as to an undivided 1.14% interest; iPlan Group Agent for Custodian FBO Rosa Ricciardi IRA, as to an undivided .58% interest; iPlan Agent for Custodian FBO Janice G. Burrell IRA, as to an undivided 1.73% interest; iPlan Group Agent for Custodian FBO Paula Levand IRA, as to an undivided .41% interest; iPlan Group Agent for Custodian FBO Teena Ploeger IRA, as to an undivided .64% interest; iPlan Group Agent for Custodian FBO Todd Colucey IRA, as to a .28% interest; John E. Bloxham, as to an undivided 1.21% interest; John Witzigreuter, as to an undivided 1.73% interest; Joseph P. McCarthy, as to an undivided .35% interest; Joshua A. Lapin, as to an undivided .86% interest; Keith P. Rowland and Jane E. Rowland, as to an undivided 1.73% interest; Keith Randall, as to an undivided 2.42% interest; Keven D. & Laura H. Allred JTWROS, as to an undivided 1.73% interest; KKW Investments, LLC, as to an divided .10% interest; Madison Trust Company Custodian FBO Guenter Scheel IRA M1702087, as to an

undivided .86% interest; Madison Trust Company Custodian FBO James R. Talman IRA, as to an undivided .69% interest; Manuel Cadaval, as to an undivided .86% interest; Manuel Cadaval Custodian for Jacob A. Cadaval, as to an undivided .86% interest; Michael F. Grant & L. Gretchen Revocable Trust dated March 16, 2012, as to an undivided 1.73% interest; Michael Grow Jr., as to an undivided 3.45% interest; Naveen Kwatra, as to an undivided .86% interest; Optima Property Solutions, LLC, as to an undivided 3.45% interest; Patrick Connely, as to an undivided .69% interest; PNW Investments, LLC, as to an undivided .41% interest; Quantum Growth Holdings, LLC, as to an undivided .19% interest; Raymond Thompson Investment Trust, LLC, as to an undivided 1.04% interest; Seadog Properties, LLC, as to an undivided .83% interest; Shlomo Zussman, as to an undivided 1.73% interest; Steve Weera Tonasut and Esther Kon Tonasut, as trustees of the Tonasut Family Trust dated June 14, 2004, as to an undivided 1.73% interest; Steven G. Mouty Trust, as to an undivided 1.73% interest; Summit Trust Company, trustee David R. Theil MC PS PL Profit Sharing Keogh FBO David R. Theil Plan Administrator, as to an undivided .86% interest; Tolu Makinda, as to an undivided 1.04% interest; Wesley Pittman, as to an undivided 1.10% interest; and White Tiger Revocable Trust, as to an undivided 1.73% interest, to secure a note in the originally stated principal amount of $2,860,000.

## 7600-10 South Kingston Avenue

231. The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,700,000 for 7600-10 South Kingston.

232. Bids were submitted by five prospective purchasers, and the Receiver accepted an offer from Ventus Holdings, LLC to purchase the property for $1,870,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 199.)

233. Title to <u>7600-10 South Kingston</u> is vested in SSDF7 and clouded by the following potential encumbrances:

    a. That certain Mortgage recorded February 4, 2016 as Document No. 1603550265 (Exhibit 200) in favor of Equity Trust Company Custodian FBO John Allred IRA Account No 125952, as to a 1.39% interest; Equity Trust Company FBO Glenda K. Allred IRA Account No. 187991, as to a 0.19% interest; Equity Trust Company Custodian FBO Carly A. Allred Roth IRA Account No. 163781, as to a 0.14% interest; Fraser Realty Capital, LLC, as to a 0.70% interest; Spectra Investments, LLC, as to a 4.43% interest; Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA Account No. 15528-11, as to a 1.40% interest; iPlanGroup Agent for Custodian FBO Frank Sohm IRA, as to a 0.55% interest; Private Finance Solutions, LLC, as to a 0.82% interest; Arthur Bertrand, as to a 0.61% interest; Equity Trust Company Custodian FBO Paula Levand CESA, as to a 0.65% interest; Don Minchow, as to a 3.86% interest; Asians Investing in Real Estate, LLC, as to a 5.26% interest; iPlanGroup Agent for Custodian FBO Jason Ragan IRA, as to a 1.04% interest; NuView IRA Inc. FBO Janet Eileen Taylor IRA, as to a 12.63% interest; Towpath Investments, LLC, as to a 0.88% interest; AdvantaIRA Trust, LLC FBO Terry Merrill No. 6820601, as to a 2.11% interest; Equity Trust Company Custodian FBO David M. Williams IRA No. Z51886, as to a 0.26% interest; TruStar Real Estate, LLC, as to a 7.37% interest; Vantage FBO Joseph S. Ratkovic IRA No. 16325, as to a 5.26% interest; David Marcus, as to a 31.42% interest; Paul N. Wilmesmeier, as to a 0.88% interest; CM Group, LLC, as to a 3.86% interest; Uyen Dinh, as to a 0.25% interest; Timothy Sharp, as to a 1.75% interest; iPlanGroup Agent for Custodian FBO Stephen J. Apple ROTH IRA, as to a 1.53% interest; Charwin Properties, LLC, as to a 0.18% interest; Nehasri ltd., as to a 1.86% interest; Janet Eileen Taylor, as to a 1.75% interest; Robert Maione, as to a 3.86% interest;

and EquityBuild, Inc., as to a 3.10% interest, to secure a promissory note in the originally stated principal amount of $2,850,000.

      b.    The Liberty 4048 Mortgage (Exhibit 85); that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734049 (Exhibit 201); and that certain Financing Statement filed May 7, 2018 as Document No. 1812734050 evidencing the indebtedness from SSDF7 to Liberty.

      c.    The Markwell 8079 Lis Pendens. (Exhibit 170.)

      d.    The Michigan Shores 6116 Lis Pendens. (Exhibit 173.)

234.    Although a Release Deed (Exhibit 202) was recorded May 7, 2018, as Document No. 1812744024 in connection with the mortgage attached as Exhibit 200, that release was not executed by the mortgagees.

**8201 South Kingston Avenue**

235.    The Receiver, acting upon the advice of both SVN and his retained professionals, asked $400,000 for 8201 South Kingston.

236.    Bids were submitted by five prospective purchasers, and the Receiver accepted an offer from PRE Holdings 5, LLC to purchase the property for $400,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 203.)

237.    Title to 8201 South Kingston is vested in SSDF7 and clouded by the following potential encumbrances:

      a.    That certain Mortgage recorded January 13, 2017 as Document No. 1701318123 (Exhibit 204) in favor of Matthew P. Hutchings, as to an undivided 18.18% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 7.27% interest; Mark Young, as to an undivided 6.06% interest, Stuart Edelman, as to an undivided 9.09% interest; Madison Trust Company Custodian FBO Stuart Edelman #

M1510082, as to an undivided 6.06% interest; Madison Trust Company Custodian FBO Arvind Kinjarapu IRA #M1608088, as to an undivided 12.12% interest; Madison Trust Company Custodian FBO David M. Geldart IRA #M1608105, as to an undivided 1.21% interest; Harendra Pal, as to an undivided 12.12% interest; Seadog Properties, LLC as to an undivided 7.27% interest; iPlanGroup Agent for Custodian FBO Shelton Gandy IRA, as to an undivided 6.06% interest; Amit Hammer, as to an undivided 6.06% interest; Fraser Realty Investments, LLC as to an undivided 2.42% interest; iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 2.42% interest; MayREI, LLC, as to an undivided 3.03% interest, and Umbrella Investment Partners, LLC, as to an undivided 0.61% interest, to secure a note in the originally stated principal amount of $825,000.

    b.    The Liberty 4048 Mortgage (Exhibit 85) and the accompanying Assignment Of Leases And Rents (Exhibit 201) and Financing Statement.

    c.    The Markwell 8080 Lis Pendens. (Exhibit 171.)

    d.    The Michigan Shores 6116 Lis Pendens (Exhibit 173.)

238. Although a Release Deed (Exhibit 205) was recorded May 7, 2018, as Document No. 1812744026 in connection with the mortgage attached as Exhibit 204, that release was not executed by the mortgagees.

**7656-58 South Kingston Avenue**

239. The Receiver, acting upon the advice of both SVN and his retained professionals, asked $500,000 for 7656-58 South Kingston.

240. Bids were submitted by five prospective purchasers, and the Receiver accepted an offer from Ventus Holdings, LLC to purchase the property for $510,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 206.)

241. Title to 7656-58 South Kingston is vested in SSDF7 and clouded by the following potential encumbrances:

a. That certain Mortgage recorded January 8, 2015 as Document No. 1500616026 (Exhibit 207) in favor of "The Persons Listed on Exhibit A," although the recorded Mortgage omitted the referenced "Exhibit A." (EquityBuild records indicate, however, that the following persons or entities, among potentially others, may possess an unrecorded mortgagee interest in the property: Harpreet Singh Kapoor, Harvey Singer, Edge Investments, LLC, John Wysocki, Jose G. Galarza, Joseph McCarthy, Tylor More, Mike More, iPlan Group Agent for Custodian FBO Alcalli Sabat IRA, iPlan Group Agent for Custodian FBO Michael Anglin IRA, The Edward Falkowitz Living Trust, The Falkowitz Group Retirement Trust, The Entrust Group, Inc. FBO Mark Whittlesey Account #54-00502, iPlan Group Agent for Custodian FBO Leah Kalish IRA, Mark E. Young, The Kingdom Trust Company, Custodian, FBO Louis Duane Velez, Account #7422686172, Peggy Christensen, and Peter P. Nuspl.)

b. The Liberty 4048 Mortgage (Exhibit 85) and the accompanying Assignment Of Leases And Rents (Exhibit 201) and Financing Statement.

c. The Markwell 8079 Lis Pendens. (Exhibit170.)

242. Although a Release Deed (Exhibit 208) was recorded May 7, 2018, as Document No. 1812744025 in connection with the mortgage attached as Exhibit 207, that release was not executed by the mortgagees.

**8326-58 South Ellis Avenue**

243. The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,950,000 for the four properties at 8326-58 South Ellis.

244.    Bids were submitted by three prospective purchasers, and the Receiver accepted an offer from PRE Holdings 5, LLC to purchase the properties for $1,610,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 209.)

245.    Title to the four properties at 8326-58 South Ellis is vested in SSDF7 and clouded by the following potential encumbrances:

a.      That certain Mortgage recorded July 10, 2017, as Document No. 1719113030 (Exhibit 210) in favor of Agee Family Trust, as to an undivided 1.25% interest; Annie Chang, as to an undivided 0.17% interest; Applefield Family Trust Dated July 25, 1997 Paul S. Applefield and Robin Kahn Applefield, Trustees, as to an undivided 2.63% interest; Blue Mountain Ventures (S/D IRA), as to an undivided 1.64% interest; Brad & Linda Lutz, as to an undivided 1.25% interest; CAMA Plan F.B.O. Judith D Ferrara, Roth IRA, as to an undivided 0.63% interest; Danielle DeVarne, as to an undivided 1.25% interest; David and Leanne Ruesch, as to an undivided 1.25% interest; David Marcus, as to an undivided 3.00% interest; DeeAnn Nason, as to an undivided 1.25% interest; Eleven St. Felix Street Realty Corp., as to an undivided 1.25% interest; EquityBuild, Inc., as to an undivided 8.16% interest; Fredric R. Gottlieb, MD, PA Money Purchase Pension Plan, as to an undivided 1.88% interest; Fredric R. Gottlieb, Revocable Trust, DTD 7/31/08, as to an undivided 2.11% interest; Freyja Partners, a CA Limited Partnership, approved by Sangham Partners, LLC, Lyman Black manager, as to an undivided 1.25% interest; Girl Cat Capital West LLC, as to an undivided 2.50% interest; H. Coleman Scheuller, as to an undivided 1.00% interest; Harendra Pal, as to an undivided 1.03% interest; Harvey Singer, as to an undivided 1.63% interest; Hoang-Small Trust, as to an undivided 1.25% interest; iPlan Group Agent for Custodian FBO Marvette Cofield IRA, as to an undivided 0.25% interest; iPlan Group Agent for Custodian FBO C Michael

E Fowler IRA, as to an undivided 1.58% interest; iPlan Group Agent for Custodian FBO Ganpat Seunath Traditional IRA, as to an undivided 0.75% interest; iPlan Group Agent for Custodian FBO James B. Ploeger IRA, as to an undivided 0.43% interest; iPlan Group Agent for Custodian FBO Mark Young IRA, as to an undivided 1.13% interest; iPlan Group Agent for Custodian FBO Michael Dirnberger IRA, as to an undivided 0.13% interest; iPlan Group Agent for Custodian FBO Swetha Voddi IRA, as to an undivided 0.35% interest; iPlan Group Agent for Custodian FBO Virginia Oton IRA, as to an undivided 0.24% interest; IRA Services Trust Custodian FBO Ronald Stephen Klein IRA, as to an undivided 1.25% interest; John Wysocki, as to an undivided 0.25% interest; Joseph P. McCarthy, as to an undivided 0.38% interest; Keith Randall, as to an undivided 2.50% interest; Kevin Randall, as to an undivided 1.75% interest; KKW Investments, LLC, as to an undivided 0.15% interest; Kon Family Trust dated April 26, 2002, as to an undivided 1.25% interest; Leonard A. Grosso, as to an undivided 1.25% interest; Madison Trust Co, Custodian FBO Sonia Silver IRA #M1612049, as to an undivided 1.25% interest; Madison Trust Company Custodian FBO Arvind Kinjarapu IRA #M1608088, as to an undivided 0.26% interest; Madison Trust Company Custodian FBO David E. Chambers Roth IRA M1701035, as to an undivided 0.70% interest; Madison Trust Company Custodian FBO David E. Chambers Traditional IRA M1071034, as to an undivided 0.57% interest; Madison Trust Company Custodian FBO George Black M1612041, as to an undivided 1.70% interest; Madison Trust Company Custodian FBO Judy Newton IRA, as to an undivided 1.25% interest; Madison Trust Company Custodian FBO Scott Eaton IRA, as to an undivided 1.50% interest; Madison Trust Company Custodian FBO Nathan Hennefer M1612122, as to an undivided 1.10% interest; MayREI LLC, as to an undivided 1.25% interest; Michael Burns, as to an undivided 1.25% interest; Michael F. Grant & L. Gretchen

Grant Revocable Trust Dated March 16 2012, as to an undivided 0.88% interest; Mike Prokop, as to an undivided 1.25% interest; Next Generation TS FBO Elain Sison Ernst IRA 2410, as to an undivided 2.50% interest; Nicholas C Jenks and Joyce R Jenks JTWROS, as to an undivided 0.63% interest; Optima Property Solutions, LLC, as to an undivided 1.25% interest; Pat Desantis, as to an undivided 6.25% interest; Paul Harrison, as to an undivided 0.63% interest; Paul N. Wilmesmeier, as to an undivided 1.25% interest; Pensco Trust Company Custodian FBO Kathleen Robinson IRA, as to an undivided 0.31% interest; Peter Gelinas, as to an undivided 0.32% interest; Phillip Silver Trust dated 12/11/08, as to an undivided 1.25% interest; Phyllis Harte and Irys Schenker, as to an undivided 0.38% interest; Raymond Thompson Investment Trust, LLC, as to an undivided 1.25% interest; Samuel R. Cratis, as to an undivided 1.88% interest; Self Directed IRA Services, Inc. Custodian FBO Asbury Robert Lockett IRA #201632849, as to an undivided 2.50% interest; Shaw Family Trust, a revocable trust, as to an undivided 1.25% interest; Simon Usuga, as to an undivided 1.25% interest; Stephen W. and Bonnie L Young Revocable Trust, as to an undivided 1.25% interest; Steven Bald, as to an undivided 1.50% interest; Strategis Wealth Ventures, LLC, as to an undivided 0.25% interest; Susan Kalisiak, as to an undivided 1.00% interest; The Bellandi Group, LLC, as to an undivided 1.25% interest; The Moore/Ferrer family 2004 trust, as to an undivided 2.50% interest; TruStar Real Estate, LLC, as to an undivided 0.63% interest; Umbrella Investment Partners, LLC, as to an undivided 0.31% interest; Vantage Custodia FBO Sidney Haggains IRA, as to an undivided 0.50% interest; Viren R. Patel, as to an undivided 1.25% interest; Vladimir Matviishin, dba Network Expert, as to an undivided 1.25% interest; and Wiegert Tierie, as to an undivided 2.50% interest, to secure a note in the originally stated principal amount of $4,000,000.

b.     The Liberty 4045 Mortgage (Exhibit 84); that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734046 (Exhibit 211); and that certain Financing Statement filed May 7, 2018 as Document No. 1812734047.

d.     The Markwell 8078 Lis Pendens**.** (Exhibit 169.)

e.     The Michigan Shores 6116 Lis Pendens (Exhibit 173), which was recorded against only against the property at 8334-40 South Ellis Avenue.

246.   Although a Release Deed (Exhibit 212) was recorded May 7, 2018, as Document No. 1812744051 in connection with the mortgage attached as Exhibit 210, that release was not executed by the mortgagees.

**7546-48 South Saginaw Avenue**

247.   The Receiver, acting upon the advice of both SVN and his retained professionals, asked $600,000 for 7546-48 South Saginaw.

248.   Bids were submitted by five prospective purchasers, and the Receiver accepted an offer from LJ Promise Realty Management LLC to purchase the property for $625,000. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 213.)

249.   Title to 7546-48 South Saginaw is vested in SSDF7 Portfolio 1 LLC ("SSDF7") and clouded by the following potential encumbrances:

a.     That certain Mortgage recorded February 4, 2016 as Document No. 1603550263 in favor of Paul N. Wilmesmeier, as to an undivided 5.45% interest; Equity Trust Company Custodian FBO Marvette Cofield SEP IRA, as to an undivided 0.73% interest; Equity Trust Company Custodian FBO Marvette Cofield Roth IRA, as to an undivided 1.09% interest; Peter P. Nuspl, as to an undivided 6.22% interest; Kevin Scheel, as to an undivided 0.55% interest; Michael & Gretchen Grant, JTWROS, as to an undivided 8.00% interest; Louis Duane Velez, LLC, as to an undivided 3.64% interest; Sohm

Strategic Investments, LLC, as to an undivided 3.64% interest; Joseph P. McCarthy, as to an undivided 3.25% interest; Eleven St Felix Street Realty Corp., as to an undivided 3.64% interest; Katie Whitlock, as to an undivided 3.64% interest; iPlanGroup Agent for Custodian FBO Richard Lohman IRA, as to an undivided 10.91% interest; iPlanGroup Agent for Custodian FBO Gina Ricciardi Meyer IRA, as to an undivided 2.18% interest; Gregory M. Wetz, as to an undivided 3.64% interest; GRB Properties, LLC, as to an undivided 0.73% interest; Horizon Trust Company Custodian FBO Terry M. McDonald IRA, as to an undivided 6.35% interest; Penny Adams Inc. Solo 401K Trust, as to an undivided 2.98% interest; Asians Investing in Real Estate, LLC, as to an undivided 14.55% interest; John Wysocki, as to an undivided 0.87% interest; iPlanGroup Agent for Custodian FBO Jacqueline Rowe IRA, as to an undivided 1.24% interest; Equity Trust Company Custodian FBO Sidney Haggins IRA, as to an undivided 1.45% interest; Petra Zoeller, as to an undivided 3.64% interest; Equity Trust Company Custodian FBO John B. Allred IRA (acct. no. 125952), as to an undivided 1.67% interest; Samir S. Totah and Norma S. Totah Declaration of Trust dated March 2000, as to an undivided 3.64% interest; and Hiroyuki Roy Chin & Lillian S. Chin JTWROS, as to an undivided 3.65% interest to secure a promissory note in the originally stated amount of $1,375,000. (Exhibit 214.)

      i.      The Penny Adams Inc. Solo 401K Trust assigned $29,000 of her $40,979 interest in the foregoing Mortgage to 2nd City Solo 401K Trust by Document No. 1734944037, recorded on December 15, 2017 (Exhibit 215), although 2nd City Solo 401K Trust had already assigned the entirety of that interest to The Entrust Group FBO Daniel Matthews IRA Acct #51-01005 by Document No. 1728613039, recorded October 19, 2017 (Exhibit 216).

ii.　　The Entrust Group FBO Daniel Mathews IRA Acct #51-01005 and 2nd City Solo 401K Trust released any mortgage interests they held in 7546 South Saginaw by Document Nos. 1812744012 and 1812744013, respectively, recorded on May 7, 2018. (Exhibits 217, 218.)

b.　　The Liberty 4045 Mortgage (Exhibit 84) and the accompanying Assignment Of Leases And Rents (Exhibit 208) and Financing Statement.

c.　　The Markwell 8078 Lis Pendens. (Exhibit 169.)

d.　　The Michigan Shores 6115 Lis Pendens. (Exhibit 172.)

250.　　Although a Release Deed (Exhibit 219) was recorded May 7, 2018, as Document No. 1812744014 in connection with the mortgage attached as Exhibit 214, that release was not executed by the mortgagees.

**6949-59 South Merrill**

251.　　The Receiver, acting upon the advice of both SVN and his retained professionals, asked $1,800,000 for 6949-59 South Merrill.

252.　　Bids were submitted by eight prospective purchasers, and, on September 7, 2019, the Receiver accepted an offer from 3802 LLC to purchase the property for $2,100,000.

253.　　On November 15, 2019, however, the property was materially damaged by fire, and, as a result, the prospective purchaser timely exercised its right to terminate the Purchase And Sale Agreement.

254.　　The Receiver disclosed the damage to the next highest bidder, who then discounted its original $2,061,500 offer to $1,935,200, and the Receiver accepted this bid. (A true and accurate copy of the Purchase And Sale Agreement is attached at Exhibit 220.)

255.　　Title to 6949-59 South Merrill is vested in SSPH 6951 S Merrill LLC and clouded by that certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture

Filing recorded September 14, 2017 as Document 1725729063 in favor of Thorofare Asset Based Lending REIT Fund IV, LLC to secure a promissory note in the originally stated principal amount of $1,540,000 (Exhibit 221).

***The Lis Pendens Recorded By The Non-Governmental Were Improper Under Illinois Law Because The Encumbrancers Do Not Seek Equitable Relief With Respect To Those Properties, And Those Properties May Therefore Be Conveyed Free And Clear Of The Clouds On Title.***

256. Ten of the properties subsumed within this motion are encumbered by a lis pendens recorded in the Markwell Action, and four of the properties are encumbered by a lis pendens recorded in the Michigan Shores Action.

257. The lis pendens recorded in connection with the Markwell Action purports to relate to a proceeding pending in the United States District Court for the Southern District of Texas, although the case was remanded to state court on July 27, 2018. (Exhibit 222.)

258. In his Original Petition (Exhibit 223), the plaintiff complains that he loaned money to an EquityBuild affiliate in connection with the acquisition of a property at 1102 Bingham Street in Houston, Texas, as well as a property at 5201-07 West Washington Boulevard in Chicago, but that, in each instance, the mortgage securing his loan was released by EquityBuild Finance (formerly known as Hard Money Company, LLC) without his consent.

259. Although the plaintiff in the Markwell Action seeks the imposition of a constructive trust on any funds that the defendants received as a result of the alleged wrongdoing, he does not seek any equitable remedy, including specific performance, in connection with any other real estate, and thus the lis pendens he filed against the ten properties subsumed within this motion is not authorized by 735 ILCS 5/2-1901.

260. The plaintiff in the Michigan Shores Action seeks to set aside allegedly fraudulent conveyances of 14 properties by EquityBuild to SSDF7 Portfolio 1 LLC in connection with a *separate, underlying lawsuit* alleging, among other things, fraud, breach of contract, breach of

fiduciary duty, and civil conspiracy, in connection with the conveyance of a property located at 7616-24 South Phillips Avenue in Chicago, Illinois -- and not included within the receivership estate. (Exhibit 224.)

261.     The plaintiff in the Michigan Shores Action does not claim any actual right, title, or interest to the properties against which it filed the lis pendens, but instead seeks to have 14 separate conveyances by EquityBuild to SSDF7 Portfolio 1 LLC set aside merely to improve its chances of recovering money damages against EquityBuild in the underlying lawsuit.

**Payment Of Transaction Costs & Treatment Of Proceeds**

262.     At the closings of these sales, certain costs and expenses will be paid from the sales proceeds, including, but not limited to, (1) the cost of a survey, (2) the premiums associated with the delivery of policies of owner's title insurance, (3) the cost of state, local, and municipal transfer taxes, (4) the closing (or escrow) fee assessed by the title company, and (5) a series of ancillary and customary charges relating to, among other things, the need to procure a full payment water certificate from the City of Chicago, the Receiver's obligation to deliver ALTA extended title insurance coverage, closing protection coverage, wire transfer fees (associated with the transfer of sales proceeds to a receivership bank account), expediting fees, a gap risk update, and state regulatory fees.

263.     To convey clear title to each property, the Receiver will also be required to (1) pay from the closing proceeds any and all past due or currently pending water charges and/or Cook County property taxes and (2) extend credits in connection with prospective 2019 and pro-rated 2020 Cook County property tax liability.

264.     The Receiver will also be required to pay sales commissions to SVN in connection with each conveyance. Pursuant to that certain Exclusive Sales Listing & Asset Management Agreement entered into between SVN and the Receiver, SVN will be entitled to receive a

commission equal to 4.5% of the first $1,000,000 in sales price and 3.5% of the next $2,000,000 in sales price, with discounts of 0.5% in transactions where the prospective buyer was not procured through the efforts of a cooperating broker.

265.    None of the properties encompassed within this motion requires the payment of a cooperating brokerage commission.

266.    Accordingly, the Receiver will pay SVN real estate brokerage commissions in the following amounts in connection with the conveyances of the following properties:

| | | |
|---|---|---|
| 7749-59 S Yates Boulevard | : | $ 43,750.00 |
| 7450 S Luella Avenue | : | $ 11,120.00 |
| 4520-26 S Drexel Boulevard | : | $169,975.00 |
| 6749-59 S Merrill Avenue | : | $ 54,400.00 |
| 7110-16 S Cornell Avenue | : | $ 47,200.00 |
| 7109-19 S Calumet Avenue | : | $ 43,660.00 |
| 7600-10 S Kingston Avenue | : | $ 66,100.00 |
| 7656-58 S Kingston Avenue | : | $ 20,400.00 |
| 8201 S Kingston Avenue | : | $ 16,000.00 |
| 8326-58 S Ellis Avenue | : | $ 58,300.00 |
| 6949-59 S Merrill Avenue | : | $ 68,056.00 |
| 7546-48 S Saginaw Avenue | : | $ 25,000.00 |

267.    Finally, Andrew E. Porter, an attorney for the Receiver, serves as an agent for the title company through which the sales subsumed within this motion will close and will therefore generate agency fees for the title examination work he performed in connection with each proposed conveyance, such fees to be in the following estimated amounts (subject to modest increases if buyers who acquire with financing purchase with additional title insurance endorsements):

| | | |
|---|---|---|
| 7749-59 S Yates Boulevard | : | $ 2,974.00 |
| 7450 S Luella Avenue | : | $ 1,552.00 |
| 4520-26 S Drexel Boulevard | : | $ 8,956.00 |
| 6749-59 S Merrill Avenue | : | $ 3,400.00 |
| 7110-16 S Cornell Avenue | : | $ 3,112.00 |
| 7109-19 S Calumet Avenue | : | $ 2,970.40 |
| 7600-10 S Kingston Avenue | : | $ 3,868.00 |
| 7656-58 S Kingston Avenue | : | $ 1,984.00 |
| 8201 S Kingston Avenue | : | $ 1,752.00 |
| 8326-58 S Ellis Avenue | : | $ 3,556.00 |
| 6949-59 S Merrill Avenue | : | $ 3,946.40 |
| 7546-48 S Saginaw Avenue | : | $ 2,176.00 |

268.    The Receiver intends to reduce the fee application ultimately submitted to the Court in connection with the corresponding asset disposition work in an amount equal to the agency fees being paid to Mr. Porter.

269.    In the Order Appointing Receiver, this Court vested the Receiver with authority to sell, and transfer clear title to, all real property in the Receivership Estate. (Docket No. 16, ¶ 39) ("Upon further Order of this Court, pursuant to such procedures as may be required by this Court and additional authority such as 28 U.S.C. §§ 2001 and 2004, the Receiver will be authorized to sell, and transfer clear title to, all real property in the Receivership Estate.")

270.    Pending the completion of the claims process and a to-be-approved distribution plan, the proceeds from the sales of the properties subject to this motion will be held in separate subaccounts established by the Receiver (and for which the Receiver will maintain an accounting as to all sums deposited therein) and will not be available to pay operating expenses of the

Receivership, absent further order of Court. The inclusion of such amounts in a subaccount does not constitute an admission that any or all such amounts are subject to a valid security interest. The actual amount of sales proceeds in the subaccount to which the parties claiming the secured interest are entitled will be subject to determination through the claims process. The Receiver reserves all rights to seek a transfer of any such proceeds to the Receiver's operating account by subsequent Order of the Court.

WHEREFORE, the Receiver respectfully requests that this Court grant the Fifth Motion For Approval Of The Sale Of Certain Real Estate And For The Avoidance Of Certain Mortgages, Liens, Claims, And Encumbrances by entering an order in the form attached at Tab C approving the sales of the properties at 7749-59 S Yates Boulevard, 7450 S Luella Avenue, 4520-26 S Drexel Boulevard, 6749-59 S Merrill Avenue, 7110-16 S Cornell Avenue, 7109-19 S Calumet Avenue, 7600-10 S Kingston Avenue, 7656-58 S Kingston Avenue, 8201 S Kingston Avenue, 8326-58 S Ellis Avenue, 6949-59 S Merrill Avenue, and 7546-48 S Saginaw Avenue, with such sales to be free and clear of the mortgages, liens, claims, and encumbrances identified herein, and with all such mortgages, liens, claims, and encumbrances attaching to the sales proceeds with the same force, validity, status, and effect, if any, as they had against the properties being sold.


## MOTION TO AMEND
## ORDER APPOINTING RECEIVER

271.     Before the Receiver can market and sell 11117-19 South Longwood (*see* Paragraphs 188-190, above), the August 17, 2018 Order Appointing Receiver (Docket No. 16) requires modification, and before the Receiver can convey 4520-26 South Drexel, the titleholder of the property, SSDF1 4520 S Drexel LLC, needs to be named as a Receivership Defendant.

272.     The Order Appointing Receiver identified 11117 S. Longwood LLC as a Receivership Defendant, although this entity, whose articles of organization were filed with the

Illinois Secretary of State on December 28, 2007, and which was involuntarily dissolved on June 11, 2010, is not an affiliate of Defendants Jerome Cohen or Shaun Cohen.

273.    Rather, SSPH 11117 S Longwood LLC is an affiliate of Defendant Jerome Cohen and was clearly the entity intended to be identified as a Receivership Defendant in the Order Appointing Receiver.

274.    The articles of organization of SSPH 11117 S Longwood LLC were filed with the Illinois Secretary of State on May 24, 2017 (Exhibit 225), and those articles identified South Shore Property Holdings LLC as the member-manager of the entity.

275.    The Operating Agreement for SSPH 11117 S Longwood LLC was executed by Jerome Cohen as managing member of South Shore Property Holdings LLC, the sole member of SSPH 11117 S Longwood LLC. (Exhibit 226.)

276.    South Shore Property Holdings LLC was formed as a Delaware limited liability company on March 22, 2017 (Exhibit 227), and the Amended And Restated Operating Limited Liability Company Agreement of South Shore Property Holdings LLC was executed by Jerome H. Cohen as sole and managing member on June 28, 2018 (Exhibit 228).

277.    The articles of organization of SSDF1 4520 S. Drexel LLC were filed with the Illinois Secretary of State January 13, 2017, and those articles identified Offsite Asset Management LLC as manager of the entity. (Exhibit 229.)

278.    Offsite Asset Management LLC was formed as a Wyoming limited liability company on December 14, 2016, with Jerome Cohen serving as manager. (Exhibits 230, 231.)

WHEREFORE, the Receiver respectfully requests that this Court grant the Motion To Amend Order Appointing Receiver to delete 1117 S. Longwood LLC as a Receivership Defendant and substitute SSPH 1117 S Longwood LLC in place thereof, and to include SSDF1 4520

S. Drexel LLC as a Receivership Defendant, and a proposed order consistent therewith is attached

at Tab D.

Dated:  January 24, 2020                  Kevin B. Duff, Receiver

                                     By:     /s/ Michael Rachlis
                                           Michael Rachlis
                                           Nicole Mirjanich
                                           Rachlis Duff & Peel LLC
                                           542 South Dearborn Street, Suite 900
                                           Chicago, IL 60605
                                           Phone (312) 733-3950; Fax (312) 733-3952
                                           *mrachlis@rdaplaw.net*
                                           *nm@rdaplaw.net*

**TAB A**

**TABLE OF CONTENTS**

| PROPERTY ADDRESS | RELIEF SOUGHT | PARAGPRAPH NOS. | EXHIBIT NOS. |
|---|---|---|---|
| 816-20 East Marquette | Approval To Market And Sell | 11, 12, 94, 95, 103, 107, 117, 194, 197 | 1, 65, 66, 81, 85, 101, 170, 173 |
| 1102 Bingham | Approval To Market And Sell Confirmation Of Sale | 258 | 223 |
| 1131-41 East 79th | Approval To Market And Sell | 11, 12,157, 158 | 1, 137, 138, 139, 140 |
| 1422-24 East 68th | Approval To Market And Sell | 11, 12, 120, 121, 122, 123, 140, 144, 146, 192 | 1, 103, 104, 105, 106, 124, 128, 168 |
| 1700-08 West Juneway | Approval To Market And Sell | 11, 12, 176, 177, 178 | 1, 155, 156, 157 |
| 2736-44 West 64th | Approval To Market And Sell | 11, 12, 90, 91, 103, 106, 107, 114, 194, 196 | 1, 60, 61, 79, 85, 98, 170, 172 |
| 2800-06 East 81st | Approval To Market And Sell | 11, 12, 124, 125, 126, 139, 144, 146, 192 | 1, 107, 108, 109, 123, 128, 168 |
| 3074 East Cheltenham | Approval To Market And Sell | 11, 12, 147, 148, 152, 153, 154, 193, 202 | 1, 129, 130, 133, 134, 135, 169, 171, 177 |
| 4317-19 South Michigan | Approval To Market And Sell | 11, 12, 88, 89, 103, 106, 107, 113, 194, 196 | 1, 58, 59, 78, 85, 97, 170, 172 |
| 4520-26 South Drexel | Confirmation Of Sale | 205, 212, 214, 215, 266, 267, 270, 271, 277 | 178, 180, 179, 229 |
| 4533-47 South Calumet | Approval To Market And Sell | 11, 12, 169, 170, 172, 173, 174, 191 | 1, 150, 151, 152, 154, 167 |
| 4611-17 South Drexel | Approval To Market And Sell | 11, 12, 70, 71, 72, 74, 75, 76 | 1, 42, 43, 44, 45, 46, 47 |
| 4750 South Indiana | Approval To Market And Sell | 11, 12, 127, 128, 129, 141, 144, 146, 191 | 1, 110, 111, 112, 125, 128, 167 |
| 5201-07 West Washington | Approval To Market And Sell Confirmation Of Sale | 258 | 223 |
| 5450-52 South Indiana | Approval To Market And Sell | 11, 12, 180, 181, 182, 183 | 1, 158, 159, 160, 161 |
| 5618-20 South King | Approval To Market And Sell | 11, 12, 130, 131, 143, 144, 146, 191 | 1, 113, 114, 127, 128, 167 |

| | | | |
|---|---|---|---|
| 6217-27 South Dorchester | Approval To Market And Sell | 11, 12, 63, 66, 67, 68 | 1, 38, 39, 40, 41 |
| 6250 South Mozart | Approval To Market And Sell | 11, 12, 55, 56, 58, 59, 60, 61, 193 | 1, 33, 34, 35, 36, 37, 169 |
| 6355-59 South Talman | Approval To Market And Sell | 11, 12, 79, 80, 103, 106, 107, 109, 194, 196 | 1, 50, 51, 74, 84, 87, 170, 172 |
| 6356 South California | Approval To Market And Sell | 11, 12, 77, 78, 103, 106, 107, 108, 194, 195 | 1, 48, 49, 73, 84, 86, 170, 172 |
| 6437-41 South Kenwood | Approval To Market And Sell | 11, 12, 184, 186, 187, 193 | 1, 162, 163, 164, 169 |
| 6558 South Vernon | Approval To Market And Sell | 11, 12, 132, 133, 134, 142, 144, 146, 191 | 1, 115, 117, 118, 126, 128, 167 |
| 6749-59 South Merrill | Confirmation Of Sale | 205, 219, 220, 221, 266, 267, 270 | 185, 186, 187, 188 |
| 6949-59 South Merrill | Confirmation Of Sale | 205, 251, 254, 255, 266, 267, 270 | 220, 221 |
| 7024-32 South Paxton | Approval To Market And Sell | 11, 12, 160, 161, 162, 164, 165, 166, 167, 168, 191 | 1, 141, 142, 143, 144, 145, 146, 147, 148, 149, 167 |
| 7051 South Bennett | Approval To Market And Sell | 11, 12, 81, 82, 103, 106, 107, 110, 193, 196 | 1, 52, 53, 75, 84, 88, 89, 90, 91, 92, 93, 94, 169, 172 |
| 7109-19 South Calumet | Confirmation Of Sale | 207, 225, 226, 227, 266, 267, 270 | 167, 191, 192, 193, 194, |
| 7110-16 South Cornell | Confirmation Of Sale | 205, 222, 223, 224, 266, 267, 270 | 189, 187, 190 |
| 7201 South Constance | Approval To Market And Sell | 11, 12, 149, 150, 152, 153, 155, 192, 200 | 1, 131, 132, 133, 134, 136, 168, 176 |
| 7201-07 South Dorchester | Approval To Market And Sell | 11, 12, 86, 87, 103, 106, 107, 112, 193, 196 | 1, 56, 57, 77, 84, 96, 169, 172 |
| 7255-57 South Euclid | Approval To Market And Sell | 11, 12, 48, 49, 51, 52, 53, 54, 193 | 1, 28, 29, 30, 31, 32, 169 |
| 7300-04 South St. Lawrence | Approval To Market And Sell | 11, 12, 18, 19, 23, 24, 25, 26 | 1, 3, 4, 7, 8, 9 |
| 7442-48 South Calumet | Approval To Market And Sell | 11, 12, 84, 85, 103, 106, 107, 111, 196, 196 | 1, 54, 55, 76, 84, 95, 169, 172 |

| 7450 South Luella | Confirmation Of Sale | 207, 216, 217, 218, 266, 267, 270 | 181, 182, 183, 184, 168 |
|---|---|---|---|
| 7508 South Essex | Approval To Market And Sell | 11, 12, 92, 93, 103, 106, 107, 115, 194, 196 | 1, 62, 64, 80, 85, 99, 170, 172 |
| 7616-24 South Phillips | Approval To Market And Sell Confirmation Of Sale | 260 | 224 |
| 7546-48 South Saginaw | Confirmation Of Sale | 207, 247, 248, 249, 250, 266, 267, 270 | 84, 208, 213, 214, 215, 216, 217, 218, 219, 169, 172 |
| 7656-58 South Kingston | Confirmation Of Sale | 207, 239, 240, 241, 266, 267, 270 | 85, 170, 201, 206, 207, 208 |
| 7600-10 South Kingston | Confirmation Of Sale | 205, 231, 232, 233, 266, 267, 270 | 85, 170, 173, 199, 200, 201, 202 |
| 7701-03 South Essex | Approval To Market And Sell | 11, 12, 96, 97, 98, 104, 106, 107, 116, 195 | 1, 67, 68, 69, 82, 85, 100, 171 |
| 7749-59 South Yates | Confirmation Of Sale | 207, 228, 229, 230, 266, 267, 270 | 195, 196, 197, 198 |
| 7760 South Coles | Approval To Market And Sell | 11, 12, 20, 21, 23, 24, 25, 26, 198 | 1, 5, 6, 7, 8, 9, 174, 177 |
| 7840-42 South Yates | Approval To Market And Sell | 11, 12, 135, 136, 137, 138, 144, 146, 192 | 1, 119, 120, 121, 122, 128, 168 |
| 7953-59 South Marquette | Approval To Market And Sell | 11, 12, 99, 100, 101, 105, 106, 107, 118, 195 | 1, 70, 71, 72, 83, 85, 102, 171 |
| 8000 South Justine | Approval To Market And Sell | 11, 12, 27, 28, 44, 45, 46, 47, 192 | 1, 10, 11, 25, 27, 168 |
| 8107-09 South Ellis | Approval To Market And Sell | 11, 12, 29, 30, 31, 32, 33, 43, 45, 46, 47, 199 | 1, 12, 13, 14, 15, 16, 24, 25, 27, 175 |
| 8201 South Kingston | Confirmation Of Sale | 207, 235, 236, 237, 266, 267, 270 | 85, 171, 173, 203, 204, 205 |
| 8209 South Ellis | Approval To Market And Sell | 11, 12, 34, 35, 36, 37, 38, 39, 44, 45, 46, 47 | 1, 17, 18, 19, 20, 21, 25, 27, 168 |
| 8214-16 South Ingleside | Approval To Market And Sell | 11, 12, 40, 41, 44, 45, 46, 47, 192 | 1, 22, 23, 25, 27, 168 |
| 8326-58 South Ellis | Confirmation Of Sale | 205, 243, 244, 245, 246, 266, 267, 270 | 84, 169, 173, 209, 210, 211, 212 |

| 11117-11119 South Longwood | Approval To Market And Sell | 11, 12, 189, 190, 271, 272, 274, 275, 276 | 1, 165, 166, 225, 226, 227, 228 |

**TAB B**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 18-cv-5587** |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | ) ) ) ) | **Magistrate Judge Young B. Kim** |
| **Defendants.** | ) ) ) | |

**ORDER GRANTING RECEIVER'S SIXTH MOTION FOR COURT APPROVAL
OF THE PROCESS FOR PUBLIC SALE OF REAL PROPERTY BY SEALED BID**

WHEREAS, Kevin B. Duff, as receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), filed a Sixth Motion For Court Approval Of The Process For Public Sale Of Real Property By Sealed Bid, and the Court having been fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that:

1. The Receiver's Motion is granted. The Court approves the sealed bid public sale process described by the Receiver and finds that this process complies with the requirements of 28 U.S.C. §§ 2001 and 2002.

2. The Receiver is authorized to conduct sealed bid public sales of the following real estate properties:

   a. 7300-04 South St. Lawrence Avenue, Chicago, Illinois 60706
      PIN 20-27-219-018-0000

b.    7760 South Coles Avenue, Chicago, Illinois 60649
      PIN 21-30-403-015-0000

c.    8000 South Justine Street, Chicago, Illinois 60620
      PIN 20-32-108-019-0000

d.    8107-09 South Ellis Avenue, Chicago, Illinois 60619
      PIN 20-35-118-002-0000, 20-35-118-003-0000

e.    8209 South Ellis Avenue, Chicago, Illinois 60619
      PIN 20-35-124-002-0000

f.    8214-16 South Ingleside Avenue, Chicago, Illinois 60619
      PIN 20-35-122-020-0000

g.    7255-57 South Euclid Avenue, Chicago, Illinois 60649
      PIN 20-25-122-007-0000

h.    6250 South Mozart Street, Chicago, Illinois 60629
      PIN 19-13-330-038-0000

i.    6217-27 South Dorchester Avenue, Chicago, Illinois 60637
      PIN 20-14-415-002-0000, 20-14-415-003-0000

j.    4611-17 South Drexel Boulevard, Chicago, Illinois 60653
      PIN 20-02-316-003-0000

k.    6356 South California Avenue, Chicago, Illinois 60629
      PIN 19-24-107-037-0000

l.    6355-59 South Talman Avenue, Chicago, Illinois 60629
      PIN 19-24-203-023-0000

m.    7051 South Bennett Avenue, Chicago, Illinois 60629
      PIN 20-24-328-011-0000

n.    7442-48 South Calumet Avenue, Chicago, Illinois 60619
      PIN 20-27-122-027-0000

o.    7201-07 South Dorchester Avenue, Chicago, Illinois 60619
      PIN 20-26-210-001-0000

p.    4317-19 South Michigan Avenue, Chicago, IL 60653
      PIN 20-03-302-002-0000

q.    2736-44 West 64th Street, Chicago, Illinois 60629
      PIN 19-24-200-029-0000

r.    7508 South Essex Avenue, Chicago, Illinois 60649
      PIN 21-30-301-030-0000

s.      816-20 East Marquette Road, Chicago, Illinois 60621
        PIN 20-23-112-028-0000

t.      7701-03 South Essex Avenue, Chicago, Illinois 60649
        PIN 21-30-320-001-0000

u.      7953-59 South Marquette Road, Chicago, Illinois 60617
        PIN 21-31-106-024-0000

v.      1422-24 East 68th Street, Chicago, Illinois 60637
        PIN 20-23-404-016-0000

w.      2800-06 East 81st Street, Chicago, Illinois 60617
        PIN 21-31-208-023-0000

x.      4750 South Indiana Avenue, Chicago, Illinois 60615
        PIN  20-10-102-023-0000

y.      5618-20 South Martin Luther King Drive, Chicago, Illinois 60637
        PIN 20-15-112-018-0000, 20-15-112-019-0000

z.      6558 South Vernon Avenue, Chicago, Illinois 60637
        PIN 20-22-216-038-0000, 20-22-216-039-0000

aa.     7840-42 South Yates Avenue, Chicago, Illinois 60649
        PIN 20-25-430-038-0000

bb.     3074 East Cheltenham Place, Chicago, Illinois 60649
        PIN 21-30-414-040-0000

cc.     7201 South Constance Avenue, Chicago, Illinois 60649
        PIN 20-25-119-001-0000

dd.     1131-41 East 79th Place, Chicago, Illinois 60619
        PIN 20-35-106-022-0000

ee.     7024-32 South Paxton Avenue, Chicago, Illinois 60649
        PIN 20-24-424-011-0000

ff.     4533-47 South Calumet Avenue, Chicago, Illinois 60653
        PIN 20-03-317-009-0000, 20-03-317-010-0000,
        20-03-317-011-0000, 20-03-317-012-0000

gg.     1700-08 West Juneway Terrace, Chicago, Illinois 60626
        PIN 11-30-205-011-0000

hh.     5450-52 South Indiana Avenue, Chicago, Illinois 60615
        PIN 20-10-310-056-0000

  ii.  6437-41 South Kenwood Avenue, Chicago, Illinois 60637
      PIN 20-23-213-009-0000

  jj.  11117-11119 South Longwood Drive, Chicago, Illinois 60643
      PIN 25-19-113-010-0000


ENTERED:


_____

John Z. Lee, United States District Judge


Date: _____

4

**TAB C**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )))) | |
| Plaintiff, ) | Civil Action No. 18-CV-5587 |
| v. ) | |
| ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., ) EQUITYBUILD FINANCE, LLC, ) JEROME H. COHEN, and ) SHAUN D. COHEN, ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

**ORDER GRANTING RECEIVER'S FIFTH MOTION FOR APPROVAL
OF THE SALE OF CERTAIN REAL ESTATE AND FOR THE AVOIDANCE
OF CERTAIN MORTGAGES, LIENS, CLAIMS, AND ENCUMBRANCES**

WHEREAS, this Court took exclusive jurisdiction and possession of the assets of all Receivership Defendants, including, but not limited to, EquityBuild, Inc. ("EquityBuild") and 7109 S Calumet LLC by Order Appointing Receiver, dated August 17, 2018. (Docket No. 16);

WHEREAS, by Order dated March 14, 2019, this Court identified 7749-49 S. Yates LLC, SSDF1 6751 S. Merrill LLC, SSDF1 7110 S Cornell LLC, SSDF7 Portfolio 1 LLC ("SSDF7 Portfolio 1"), and SSPH 6951 S Merrill LLC as Receivership Defendants;

WHEREAS, by Order dated _____, this Court identified SSDF1 4520 S. Drexel LLC as a Receivership Defendant;

WHEREAS, SSDF5 Portfolio 7 is the owner of record of the real estate located at 7600-10 South Kingston, Chicago, Illinois 60649 ("7600-10 South Kingston"), 7546-48 South Saginaw Avenue, Chicago, Illinois 60649 ("7546-48 South Saginaw"), 7656-58 South Kingston Avenue, Chicago, Illinois 60649 ("7656-58 South Kingston"), 8201 South Kingston Avenue, Chicago, Illinois 60617 ("8201 South Kingston"), and 8326-58 South Ellis Avenue, Chicago,

1

Illinois 60619 ("8326-58 South Ellis"), whose commonly known addresses, permanent index numbers, and legal descriptions are contained on Tab A hereto;

WHEREAS, SSDF1 4520 S. Drexel LLC is the owner of record of the real estate located at 4520-26 South Drexel Boulevard, Chicago, Illinois 60653 ("4520-26 South Drexel"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, EquityBuild is the owner of record of the real estate located at 7450 South Luella Avenue, Chicago, Illinois 60649 ("7450 South Luella"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, SSDF1 6751 S. Merrill LLC is the owner of record of the real estate located at 6749-59 South Merrill Avenue, Chicago, Illinois 60649 ("6749-59 South Merrill"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, SSDF1 7110 S Cornell LLC is the owner of record of the real estate located at 7110-16 South Cornell Avenue, Chicago, Illinois 60649 ("7110-16 South Cornell"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, 7109 S Calumet LLC is the owner of record of the real estate located at 7109-19 South Calumet Avenue, Chicago, Illinois 60619 ("7109-19 South Calumet"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, 7749-49 S. Yates LLC is the owner of record of the real estate located at 7749-59 South Yates Avenue, Chicago, Illinois 60649 ("7749-59 South Yates"), whose

commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, SSPH 6951 S Merrill LLC is the owner of record of the real estate located at 6949-59 South Merrill Avenue, Chicago, Illinois 60649 ("6949-59 South Merrill"), whose commonly known address, permanent index number, and legal description is contained on Tab A hereto;

WHEREAS, the Court finds that the sales prices reflected in the Purchase And Sale Agreements that the Receiver has accepted for the conveyances of 7600-10 South Kingston, 7546-48 South Saginaw, 7656-58 South Kingston, 8201 South Kingston, 8326-58 South Ellis, 4520-26 South Drexel, 7450 South Luella, 6749-59 South Merrill, 7110-16 South Cornell, 7109-19 South Calumet, 7749-59 South Yates, and 6949-59 South Merrill (collectively, the "Properties") are consistent with the fair market value of the Properties;

WHEREAS, Kevin B. Duff, as receiver ("Receiver") for the Receivership Defendants, has filed a Fifth Motion For Approval Of The Sale Of Certain Real Estate And The Avoidance Of Certain Mortgages, Liens, Claims, And Encumbrances (the "Motion"); and

WHEREAS, the Court finds that Receiver has given fair, adequate, and sufficient notice to all interested parties, including all mortgagees and other encumbrancers affected by the Motion;

NOW, THEREFORE, it is hereby ORDERED that:

1.     The Motion is GRANTED.

2.     The Receiver is authorized to sell the real property and improvements at 4520-26 South Drexel free and clear of that certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded August 9, 2017, as Document No. 1722149130 in favor of CBRE Capital Markets, Inc. and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders

of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB41, as evidenced by Document No. 1732457116.

3. The Receiver is authorized to sell the real property and improvements at 7450 South Luella free and clear of:

a. that certain Mortgage recorded July 14, 2015, as Document No. 1519519126 in favor of Burnham 401K Trust, as to an undivided 0.75% interest; Sunwest Trust Custodian for Francis Webb Jr IRA, as to an undivided 4.55% interest; Gerry and Clarice Recamara, as to an undivided 5.05% interest; FDD Properties LLC, as to an undivided 10.10% interest; Edge Investments, LLC, as to an undivided 7.07% interest; Howard R Stoops and Betty J Stoops JTWROS, as to an undivided 8.42% interest; Equity Trust Company Custodian FBO Kevin Bybee IRA, as to an undivided 8.42% interest; 2nd City Solo 401K Trust, as to an undivided 16.84% interest; James A. Tutsock, as to an undivided 30.39% interest; and Penny Adams, as to an undivided 8.42% interest;

b. that certain Mortgage And Security Agreement recorded May 23, 2017, as Document No. 1714316084 in favor of UBS AG; the accompanying Assignment Of Leases And Rents recorded May 23, 2017, as Document No. 1714316085; and the accompanying Financing Statement filed May 23, 2017, as Document No. 1714316085;

c. that certain lis pendens recorded July 2, 2018, as Document No. 1818318077 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274.

4. The Receiver is authorized to sell the real property and improvements at 6749-59 South Merrill free and clear of that certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded February 8, 2018, as Document No. 1803919055 and last assigned

to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50, as evidenced by Document No. 1817957034.

5. The Receiver is authorized to sell the real property and improvements at <u>7110-16 South Cornell</u> free and clear of that certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded February 8, 2018, as Document No. 1803919055 and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50, as evidenced by Document No. 1817957034.

6. The Receiver is authorized to sell the real property and improvements at <u>7109-19 South Calumet</u> free and clear of:

a. that certain Mortgage recorded October 17, 2014, as Document No. 1429050012 in favor of Russell Waite and Ursula Waite, as to an undivided 2.78% interest; Peggy Christensen Living Trust dated September 16, 2011, as to an undivided 5.56% interest; Ashwin D. Patel, as to an undivided 11.56% interest; Navin Vardya, as to an undivided 5.56% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 5.56% interest; Edge Investments, LLC, as to an undivided 3.61% interest; EZ NJ Ventures, LLC, as to an undivided 2.78% interest; Jerome B. Shaffer Trust, as to an undivided 5.56% interest; Focus4 Investments, LLC, as to an undivided 2.78% interest; R.D. Meredith General Contractors, LLC 401K Plan, as to an undivided 8.33% interest; Steven Canning, as to an undivided 5.56% interest; Optima Property Solutions, LLC, as to an undivided 11.11% interest; R2V2 Investments, LLC, as to an undivided 1.67% interest; Brown Rental Properties, LLC, as to an undivided 5.56% interest; iPlanGroup Agent for Custodian FBO Charles Michael Anglin IRA, as to an undivided 4.33% interest; 1839 Fund

I, LLC, as to an undivided 2.78% interest; Shankar Thiruppathi, as to an undivided 5.56% interest; John Love, as to an undivided 1.94% interest; Jackie Rowe, as to an undivided 0.50% interest; Joe Siracusa, as to an undivided 2.78% interest; and Scott E. Pammer, as to an undivided 4.17% interest;

b.      that certain Multifamily Mortgage, Assignment Of Rents And Security Agreement recorded February 7, 2017, as Document No. 1703816048 in favor of Red Mortgage Capital, LLC and last assigned to U.S. Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-through Certificates, Series 2017-SB30, by virtue of Document No. 1713608071 recorded May 16, 2017; and

c.      that certain lis pendens recorded July 2, 2018, as Document No. 1818318076 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274.

7.      The Receiver is authorized to sell the real property and improvements at <u>7749-59 South Yates</u> free and clear of:

a.      that certain Mortgage, Assignment Of Leases And Rents, Fixture Filing, And Security Agreement recorded April 4, 2017, as Document No. 1709445117 in favor of 1111 Crest Drive LLC, as to an undivided 50% interest; Abraham Aaron Ebriani, as to an undivided 14% interest; Hamid Esmail, as to an undivided 14% interest; and Farsaa Inc, as to an undivided 22% interest;

b.      that certain Assignment Of Mortgage recorded January 4, 2019, as Document No. 1900434067;

c.    that certain Mortgage recorded June 23, 2017, as Document No. 1717413022 in favor of Advanta IRA Services, LLC FBO Dwight L. Plymale IRA #8006189, as to an undivided 3.35% interest; American Estate & Trust FBO Donald R. Hendrickson IRA, as to an undivided .35% interest; American Estate & Trust FBO Karen L. Hendrickson IRA, as to and undivided .35% interest; American Estate & Trust LC, FBO Lynn Kupfer's IRA, as to an undivided 3.45% interest; American Estate and Trust, LC FBO Edward J. Netzel IRA, as to an undivided .35% interest; Amit Hammer, as to an undivided 1.04% interest; Cadaval Investment Trust FBO Manuel Cadaval Solo 401K, as to an undivided .86% interest; Clearwood Funding, LLC, as to an undivided 1.73% interest; David M. Harris, as to an undivided 3.45% interest; Duke E. Heger and Viviana Heger, as to an undivided 1.21% interest; Ed Bancroft, as to an undivided .17% interest; EquityBuild, Inc., as to an undivided 34.13% interest; Grathia Corporation, as to an undivided 3.45% interest; iPlan Group Agent for Custodian FBO Christopher Mora IRA, as to an undivided .21% interest; iPlan Group Agent for Custodian FBO Dana Speed IRA, as to an undivided 5.83% interest; iPlan Group Agent for Custodian FBO Filomena Mora IRA, as to an undivided .11% interest; iPlan Group Agent for Custodian FBO Joshua Mora IRA, as to an undivided .14% interest; iPlan Group Agent for Custodian FBO Rama Voddi IRA, as to an undivided 1.14% interest; iPlan Group Agent for Custodian FBO Rosa Ricciardi IRA, as to an undivided .58% interest; iPlan Agent for Custodian FBO Janice G. Burrell IRA, as to an undivided 1.73% interest; iPlan Group Agent for Custodian FBO Paula Levand IRA, as to an undivided .41% interest; iPlan Group Agent for Custodian FBO Teena Ploeger IRA, as to an undivided .64% interest; iPlan Group Agent for Custodian FBO Todd Colucey IRA, as to a .28% interest; John E. Bloxham, as to an undivided 1.21% interest; John Witzigreuter, as to an undivided 1.73% interest; Joseph P. McCarthy, as to an

7

undivided .35% interest; Joshua A. Lapin, as to an undivided .86% interest; Keith P. Rowland and Jane E. Rowland, as to an undivided 1.73% interest; Keith Randall, as to an undivided 2.42% interest; Keven D. & Laura H. Allred JTWROS, as to an undivided 1.73% interest; KKW Investments, LLC, as to an divided .10% interest; Madison Trust Company Custodian FBO Guenter Scheel IRA M1702087, as to an undivided .86% interest; Madison Trust Company Custodian FBO James R. Talman IRA, as to an undivided .69% interest; Manuel Cadaval, as to an undivided .86% interest; Manuel Cadaval Custodian for Jacob A. Cadaval, as to an undivided .86% interest; Michael F. Grant & L. Gretchen Revocable Trust dated March 16, 2012, as to an undivided 1.73% interest; Michael Grow Jr., as to an undivided 3.45% interest; Naveen Kwatra, as to an undivided .86% interest; Optima Property Solutions, LLC, as to an undivided 3.45% interest; Patrick Connely, as to an undivided .69% interest; PNW Investments, LLC, as to an undivided .41% interest; Quantum Growth Holdings, LLC, as to an undivided .19% interest; Raymond Thompson Investment Trust, LLC, as to an undivided 1.04% interest; Seadog Properties, LLC, as to an undivided .83% interest; Shlomo Zussman, as to an undivided 1.73% interest; Steve Weera Tonasut and Esther Kon Tonasut, as trustees of the Tonasut Family Trust dated June 14, 2004, as to an undivided 1.73% interest; Steven G. Mouty Trust, as to an undivided 1.73% interest; Summit Trust Company, trustee David R. Theil MC PS PL Profit Sharing Keogh FBO David R. Theil Plan Administrator, as to an undivided .86% interest; Tolu Makinda, as to an undivided 1.04% interest; Wesley Pittman, as to an undivided 1.10% interest; and White Tiger Revocable Trust, as to an undivided 1.73% interest.

8.     The Receiver is authorized to sell the real property and improvements at <u>7600-10 South Kingston</u> free and clear of:

a.　　that certain Mortgage recorded February 4, 2016 as Document No. 1603550265 in favor of Equity Trust Company Custodian FBO John Allred IRA Account No 125952, as to a 1.39% interest; Equity Trust Company FBO Glenda K. Allred IRA Account No. 187991, as to a 0.19% interest; Equity Trust Company Custodian FBO Carly A. Allred Roth IRA Account No. 163781, as to a 0.14% interest; Fraser Realty Capital, LLC, as to a 0.70% interest; Spectra Investments, LLC, as to a 4.43% interest; Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA Account No. 15528-11, as to a 1.40% interest; iPlanGroup Agent for Custodian FBO Frank Sohm IRA, as to a 0.55% interest; Private Finance Solutions, LLC, as to a 0.82% interest; Arthur Bertrand, as to a 0.61% interest; Equity Trust Company Custodian FBO Paula Levand CESA, as to a 0.65% interest; Don Minchow, as to a 3.86% interest; Asians Investing in Real Estate, LLC, as to a 5.26% interest; iPlanGroup Agent for Custodian FBO Jason Ragan IRA, as to a 1.04% interest; NuView IRA Inc. FBO Janet Eileen Taylor IRA, as to a 12.63% interest; Towpath Investments, LLC, as to a 0.88% interest; AdvantalRA Trust, LLC FBO Terry Merrill No. 6820601, as to a 2.11% interest; Equity Trust Company Custodian FBO David M. Williams IRA No. Z51886, as to a 0.26% interest; TruStar Real Estate, LLC, as to a 7.37% interest; Vantage FBO Joseph S. Ratkovic IRA No. 16325, as to a 5.26% interest; David Marcus, as to a 31.42% interest; Paul N. Wilmesmeier, as to a 0.88% interest; CM Group, LLC, as to a 3.86% interest; Uyen Dinh, as to a 0.25% interest; Timothy Sharp, as to a 1.75% interest; iPlanGroup Agent for Custodian FBO Stephen J. Apple ROTH IRA, as to a 1.53% interest; Charwin Properties, LLC, as to a 0.18% interest; Nehasri ltd., as to a 1.86% interest; Janet Eileen Taylor, as to a 1.75% interest; Robert Maione, as to a 3.86% interest; and EquityBuild, Inc., as to a 3.10% interest.

b.      That certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734048; that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734049; and that certain Financing Statement filed May 7, 2018 as Document No. 1812734050;

c.      that certain lis pendens recorded July 2, 2018, as Document No. 1818318079 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274; and

d.      that certain lis pendens recorded August 15, 2018, as Document No. 1822706116 in connection with that certain case captioned *Michigan Shores Apartments, LLC v. EquityBuild, Inc., SSDF7 Portfolio 1, LLC, [and] Liberty EBCP LLC*, Circuit Court of Cook County, Case No. 2018-CH-09098.

9.      The Receiver is authorized to sell the real property and improvements at <u>8201 South Kingston</u> free and clear of:

a.      that certain Mortgage recorded January 13, 2017 as Document No. 1701318123 in favor of Matthew P. Hutchings, as to an undivided 18.18% interest; iPlanGroup Agent for Custodian FBO Mark Young IRA, as to an undivided 7.27% interest; Mark Young, as to an undivided 6.06% interest, Stuart Edelman, as to an undivided 9.09% interest; Madison Trust Company Custodian FBO Stuart Edelman # M1510082, as to an undivided 6.06% interest; Madison Trust Company Custodian FBO Arvind Kinjarapu IRA #M1608088, as to an undivided 12.12% interest; Madison Trust Company Custodian FBO David M. Geldart IRA #M1608105, as to an undivided 1.21% interest; Harendra Pal, as to an undivided 12.12% interest; Seadog Properties, LLC as to an undivided 7.27% interest;

iPlanGroup Agent for Custodian FBO Shelton Gandy IRA, as to an undivided 6.06% interest; Amit Hammer, as to an undivided 6.06% interest; Fraser Realty Investments, LLC as to an undivided 2.42% interest; iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 2.42% interest; MayREI, LLC, as to an undivided 3.03% interest, and Umbrella Investment Partners, LLC, as to an undivided 0.61% interest.

b.      That certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734048; that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734049; and that certain Financing Statement filed May 7, 2018 as Document No. 1812734050;

c.      that certain lis pendens recorded July 2, 2018, as Document No. 1818318080 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274; and

d.      that certain lis pendens recorded August 15, 2018, as Document No. 1822706116 in connection with that certain case captioned *Michigan Shores Apartments, LLC v. EquityBuild, Inc., SSDF7 Portfolio 1, LLC, [and] Liberty EBCP LLC*, Circuit Court of Cook County, Case No. 2018-CH-09098.

10.     The Receiver is authorized to sell the real property and improvements at <u>7656-58 South Kingston</u> free and clear of:

a.      that certain Mortgage recorded January 8, 2015 as Document No. 1500616026 in favor of "The Persons Listed on Exhibit A;

b.      that certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734048; that

certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734049; and that certain Financing Statement filed May 7, 2018 as Document No. 1812734050; and

c.     that certain lis pendens recorded July 2, 2018, as Document No. 1818318079 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274;

11.     The Receiver is authorized to sell the real property and improvements at <u>8326-58 South Ellis</u> free and clear of:

a.     that certain Mortgage recorded July 10, 2017, as Document No. 1719113030 in favor of Agee Family Trust, as to an undivided 1.25% interest; Annie Chang, as to an undivided 0.17% interest; Applefield Family Trust Dated July 25, 1997 Paul S. Applefield and Robin Kahn Applefield, Trustees, as to an undivided 2.63% interest; Blue Mountain Ventures (S/D IRA), as to an undivided 1.64% interest; Brad & Linda Lutz, as to an undivided 1.25% interest; CAMA Plan F.B.O. Judith D Ferrara, Roth IRA, as to an undivided 0.63% interest; Danielle DeVarne, as to an undivided 1.25% interest; David and Leanne Ruesch, as to an undivided 1.25% interest; David Marcus, as to an undivided 3.00% interest; DeeAnn Nason, as to an undivided 1.25% interest; Eleven St. Felix Street Realty Corp., as to an undivided 1.25% interest; EquityBuild, Inc., as to an undivided 8.16% interest; Fredric R. Gottlieb, MD, PA Money Purchase Pension Plan, as to an undivided 1.88% interest; Fredric R. Gottlieb, Revocable Trust, DTD 7/31/08, as to an undivided 2.11% interest; Freyja Partners, a CA Limited Partnership, approved by Sangham Partners, LLC, Lyman Black manager, as to an undivided 1.25% interest; Girl Cat Capital West LLC, as to an undivided 2.50% interest; H. Coleman Scheuller, as to an

undivided 1.00% interest; Harendra Pal, as to an undivided 1.03% interest; Harvey Singer, as to an undivided 1.63% interest; Hoang-Small Trust, as to an undivided 1.25% interest; iPlan Group Agent for Custodian FBO Marvette Cofield IRA, as to an undivided 0.25% interest; iPlan Group Agent for Custodian FBO C Michael E Fowler IRA, as to an undivided 1.58% interest; iPlan Group Agent for Custodian FBO Ganpat Seunath Traditional IRA, as to an undivided 0.75% interest; iPlan Group Agent for Custodian FBO James B. Ploeger IRA, as to an undivided 0.43% interest; iPlan Group Agent for Custodian FBO Mark Young IRA, as to an undivided 1.13% interest; iPlan Group Agent for Custodian FBO Michael Dirnberger IRA, as to an undivided 0.13% interest; iPlan Group Agent for Custodian FBO Swetha Voddi IRA, as to an undivided 0.35% interest; iPlan Group Agent for Custodian FBO Virginia Oton IRA, as to an undivided 0.24% interest; IRA Services Trust Custodian FBO Ronald Stephen Klein IRA, as to an undivided 1.25% interest; John Wysocki, as to an undivided 0.25% interest; Joseph P. McCarthy, as to an undivided 0.38% interest; Keith Randall, as to an undivided 2.50% interest; Kevin Randall, as to an undivided 1.75% interest; KKW Investments, LLC, as to an undivided 0.15% interest; Kon Family Trust dated April 26, 2002, as to an undivided 1.25% interest; Leonard A. Grosso, as to an undivided 1.25% interest; Madison Trust Co, Custodian FBO Sonia Silver IRA #M1612049, as to an undivided 1.25% interest; Madison Trust Company Custodian FBO Arvind Kinjarapu IRA #M1608088, as to an undivided 0.26% interest; Madison Trust Company Custodian FBO David E. Chambers Roth IRA M1701035, as to an undivided 0.70% interest; Madison Trust Company Custodian FBO David E. Chambers Traditional IRA M1071034, as to an undivided 0.57% interest; Madison Trust Company Custodian FBO George Black M1612041, as to an undivided 1.70% interest; Madison Trust Company Custodian FBO Judy Newton IRA, as to an undivided 1.25% interest;

13

Madison Trust Company Custodian FBO Scott Eaton IRA, as to an undivided 1.50% interest; Madison Trust Company Custodian FBO Nathan Hennefer M1612122, as to an undivided 1.10% interest; MayREI LLC, as to an undivided 1.25% interest; Michael Burns, as to an undivided 1.25% interest; Michael F. Grant & L. Gretchen Grant Revocable Trust Dated March 16 2012, as to an undivided 0.88% interest; Mike Prokop, as to an undivided 1.25% interest; Next Generation TS FBO Elain Sison Ernst IRA 2410, as to an undivided 2.50% interest; Nicholas C Jenks and Joyce R Jenks JTWROS, as to an undivided 0.63% interest; Optima Property Solutions, LLC, as to an undivided 1.25% interest; Pat Desantis, as to an undivided 6.25% interest; Paul Harrison, as to an undivided 0.63% interest; Paul N. Wilmesmeier, as to an undivided 1.25% interest; Pensco Trust Company Custodian FBO Kathleen Robinson IRA, as to an undivided 0.31% interest; Peter Gelinas, as to an undivided 0.32% interest; Phillip Silver Trust dated 12/11/08, as to an undivided 1.25% interest; Phyllis Harte and Irys Schenker, as to an undivided 0.38% interest; Raymond Thompson Investment Trust, LLC, as to an undivided 1.25% interest; Samuel R. Cratis, as to an undivided 1.88% interest; Self Directed IRA Services, Inc. Custodian FBO Asbury Robert Lockett IRA #201632849, as to an undivided 2.50% interest; Shaw Family Trust, a revocable trust, as to an undivided 1.25% interest; Simon Usuga, as to an undivided 1.25% interest; Stephen W. and Bonnie L Young Revocable Trust, as to an undivided 1.25% interest; Steven Bald, as to an undivided 1.50% interest; Strategis Wealth Ventures, LLC, as to an undivided 0.25% interest; Susan Kalisiak, as to an undivided 1.00% interest; The Bellandi Group, LLC, as to an undivided 1.25% interest; The Moore/Ferrer family 2004 trust, as to an undivided 2.50% interest; TruStar Real Estate, LLC, as to an undivided 0.63% interest; Umbrella Investment Partners, LLC, as to an undivided 0.31% interest; Vantage Custodia FBO Sidney Haggains IRA, as to an undivided 0.50% interest; Viren R.

Patel, as to an undivided 1.25% interest; Vladimir Matviishin, dba Network Expert, as to an undivided 1.25% interest; and Wiegert Tierie, as to an undivided 2.50% interest.

b.      that certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734045; that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No. 1812734046; and that certain Financing Statement filed May 7, 2018 as Document No. 1812734047.

c.      that certain lis pendens recorded July 2, 2018, as Document No. 1818318078 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274; and

d.      that certain lis pendens recorded August 15, 2018, as Document No. 1822706116 in connection with that certain case captioned *Michigan Shores Apartments, LLC v. EquityBuild, Inc., SSDF7 Portfolio 1, LLC, [and] Liberty EBCP LLC*, Circuit Court of Cook County, Case No. 2018-CH-09098.

12.     The Receiver is authorized to sell the real property and improvements at <u>7546-48 South Saginaw</u> free and clear of:

a.      that certain Mortgage recorded February 4, 2016 as Document No. 1603550263 in favor of Paul N. Wilmesmeier, as to an undivided 5.45% interest; Equity Trust Company Custodian FBO Marvette Cofield SEP IRA, as to an undivided 0.73% interest; Equity Trust Company Custodian FBO Marvette Cofield Roth IRA, as to an undivided 1.09% interest; Peter P. Nuspl, as to an undivided 6.22% interest; Kevin Scheel, as to an undivided 0.55% interest; Michael & Gretchen Grant, JTWROS, as to an undivided 8.00% interest; Louis Duane Velez, LLC, as to an undivided 3.64% interest; Sohm

Strategic Investments, LLC, as to an undivided 3.64% interest; Joseph P. McCarthy, as to an undivided 3.25% interest; Eleven St Felix Street Realty Corp., as to an undivided 3.64% interest; Katie Whitlock, as to an undivided 3.64% interest; iPlanGroup Agent for Custodian FBO Richard Lohman IRA, as to an undivided 10.91% interest; iPlanGroup Agent for Custodian FBO Gina Ricciardi Meyer IRA, as to an undivided 2.18% interest; Gregory M. Wetz, as to an undivided 3.64% interest; GRB Properties, LLC, as to an undivided 0.73% interest; Horizon Trust Company Custodian FBO Terry M. McDonald IRA, as to an undivided 6.35% interest; Penny Adams Inc. Solo 401K Trust, as to an undivided 2.98% interest; Asians Investing in Real Estate, LLC, as to an undivided 14.55% interest; John Wysocki, as to an undivided 0.87% interest; iPlanGroup Agent for Custodian FBO Jacqueline Rowe IRA, as to an undivided 1.24% interest; Equity Trust Company Custodian FBO Sidney Haggins IRA, as to an undivided 1.45% interest; Petra Zoeller, as to an undivided 3.64% interest; Equity Trust Company Custodian FBO John B. Allred IRA (acct. no. 125952), as to an undivided 1.67% interest; Samir S. Totah and Norma S. Totah Declaration of Trust dated March 2000, as to an undivided 3.64% interest; and Hiroyuki Roy Chin & Lillian S. Chin JTWROS, as to an undivided 3.65% interest;

b. that certain Assignment Of Partial Interest In Mortgage recorded October 19, 2017, as Document No. 1734944037;

c. that certain Assignment Of Partial Interest In Mortgage recorded December 15, 2017, as Document No. 1728613039;

d. that certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded May 7, 2018, as Document No. 1812734045; that certain Assignment Of Leases And Rents recorded May 7, 2018 as Document No.

1812734049; and that certain Financing Statement filed May 7, 2018 as Document No. 1812734050;

   e.  that certain lis pendens recorded July 2, 2018, as Document No. 1818318078 in connection with the case captioned *Anson Markwell, as Trustee for the Amark Investment Trust v. EquityBuild, Inc., et al.,* United States District Court for the Southern District of Texas, Houston Division, Case No. 4:18-cv-01274; and

   f.  that certain lis pendens recorded August 15, 2018, as Document No. 1822706115 in connection with that certain case captioned *Michigan Shores Apartments, LLC v. EquityBuild, Inc., SSDF7 Portfolio 1, LLC, [and] Liberty EBCP LLC*, Circuit Court of Cook County, Case No. 2018-CH-09098.

  13.  The Receiver is authorized to sell the real property and improvements at <u>6949-59 South Merrill</u> free and clear of that certain Mortgage, Assignment Of Leases And Rents, Security Agreement And Fixture Filing recorded September 14, 2017 as Document 1725729063 in favor of Thorofare Asset Based Lending REIT Fund IV, LLC.

  14.  The Receiver is hereby vested with full power and authority to execute any and all closing documents associated with the conveyances of the Properties, including, but not limited to, deeds, bills of sale, affidavits of title, and settlement statements.

  15.  The proceeds from the sales of the Properties shall be held by the Receiver in separate subaccounts for which the Receiver shall maintain an accounting as to all sums deposited therein, and shall not be available to pay operating expenses of the Receivership nor for any other expense or distribution, absent further order of Court.

       Entered:

       _____
       The Honorable John Z. Lee

       Date:_____

TAB A

**7600-10 SOUTH KINGSTON**
**CHICAGO, ILLINOIS 60649**
SSDF7 PORTFOLIO 1 LLC
21-30-309-030-0000

LOTS 1, 2 AND 3, IN BLOCK 7, IN SOUTH SHORE PARK, BEING A SUBDIVISION OF THE WEST HALF OF THE SOUTHWEST QUARTER (EXCEPT STREETS) OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7546-48 SOUTH SAGINAW**
**CHICAGO, ILLINOIS 60649**
SSDF7 PORTFOLIO 1 LLC
21-30-304-020-0000

THE SOUTH HALF OF LOT 10 IN DIVISION 2 OF WESTFALL'S SUBDIVISION OF 208 ACRES, BEING THE EAST HALF OF THE SOUTHWEST QUARTER AND THE SOUTHEAST FRACTIONAL QUARTER OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7656-58 SOUTH KINGSTON**
**CHICAGO, ILLINOIS 60649**
SSDF7 PORTFOLIO 1 LLC
21-30-309-026-0000

LOT 18 IN BLOCK 7 IN SOUTH SHORE PARK, BEING SUBDIVISION OF THE WEST HALF OF THE SOUTHWEST QUARTER IN SECTION 30, TOWNSHIP 38 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**8201 SOUTH KINGSTON**
**CHICAGO, ILLINOIS 60617**
SSDF7 PORTFOLIO 1 LLC
21-31-126-001-0000

LOT 38 (EXCEPT THE SOUTH 28 AND ONE HALF FEET THEREOF) AND ALL OF LOTS 39 AND 40 IN BLOCK 4 IN THE SUBDIVISION OF LOTS 1 TO 10, BOTH INCLUSIVE, IN CHARLES RINGER'S SOUTH SHORE ADDITION, BEING A SUBDIVISION OF THE EAST HALF OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15 EAST OF THE THIRD PRINCIPAL MERIDIAN (EXCEPT THE SOUTH 33 FEET THEREOF TAKEN FOR WIDENING EAST 83RD STREET) IN COOK COUNTY, ILLINOIS.

**8326-32 SOUTH ELLIS**
**CHICAGO, ILLINOIS 60619**
SSDF7 PORTFOLIO 1 LLC
20-35-303-096-0000

THE NORTH 87.50 FEET OF LOTS 11 TO 24, INCLUSIVE, (TAKEN AS A TRACT), IN BLOCK 1, IN MOORE'S SUBDIVISION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**8334-40 SOUTH ELLIS**
**CHICAGO, ILLINOIS 60619**
SSDF7 PORTFOLIO 1 LLC
20-35-303-097-0000

THE SOUTHERLY 87.50 FEET OF THE NORTH 175.00 FEET OF LOTS 11 TO 24, INCLUSIVE, (TAKEN AS A TRACT), IN BLOCK 1, IN MOORE'S SUBDIVISION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**8342-50 SOUTH ELLIS**
**CHICAGO, ILLINOIS 60619**
SSDF7 PORTFOLIO 1 LLC
20-35-303-098-0000

THE SOUTHERLY 87.50 FEET OF THE NORTH 262.50 FEET OF LOTS 11 TO 24, INCLUSIVE, (TAKEN AS A TRACT), IN BLOCK 1, IN MOORE'S SUBDIVISION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**8352-58 SOUTH ELLIS**
**CHICAGO, ILLINOIS 60619**
SSDF7 PORTFOLIO 1 LLC
20-35-303-099-0000

LOTS 11 TO 24, INCLUSIVE, TAKEN AS A TRACT (EXCEPT THE NORTH 262.50 FEET THEREOF), IN BLOCK 1, IN MOORE'S SUBDIVISION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**4520-26 SOUTH DREXEL**
**CHICAGO, ILLINOIS 60653**
SSDF1 4520 S. DREXEL LLC
20-02-311-016-0000

LOTS 5 AND 6 IN HAINES, SIDNEY AND LAYTON'S SUBDIVISION OF BLOCK 6 IN WALKER AND STINSON'S SUBDIVISION OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 2, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7450 SOUTH LUELLA**
**CHICAGO, ILLINOIS 60649**
EQUITYBUILD, INC.
20-25-225-027-0000

LOT 2 (EXCEPT THE WEST 65 FEET THEREOF) IN HOOKER'S SUBDIVISION OF THE SOUTH 120 FEET OF LOTS 11 TO 15 INCLUSIVE IN BLOCK 8 IN STAVE AND KLEMM'S SUBDIVISION OF THE NORTHEAST QUARTER OF SECTION 25, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**6749-59 SOUTH MERRILL**
**CHICAGO, ILLINOIS 60649**
SSDF1 6751 S. MERRILL LLC
20-24-403-006-0000

LOT 9 (EXCEPT THE NORTH 10 FEET THEREOF) AND LOT 10 IN FIRST ADDITION TO BRYN MAWR HIGHLANDS, A SUBDIVISION OF NORTH THREE QUARTERS OF WEST HALF OF SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7110-16 SOUTH CORNELL**
**CHICAGO, ILLINOIS 60649**
SSDF1 7110 S CORNELL LLC
20-25-100-014-0000

LOTS 29, 30, 31 AND 32 IN THE SUBDIVISION OF BLOCK 2 IN CONRAD SEIPP'S SUBDIVISION OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 25, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7109-19 SOUTH CALUMET**
**CHICAGO, ILLINOIS 60619**
7109 S CALUMET LLC
20-27-105-003-0000 (PARCEL 1)
20-27-105-004-0000 (PARCEL 2)
20-27-105-005-0000 (PARCEL 3)

PARCEL 1: LOT 11 (EXCEPT THE SOUTH 95 FEET AND 8 INCHES THEREOF) AND THE SOUTH 43 FEET AND 4 INCHES OF LOT 12 IN BLOCK 1 IN PRESCOTT'S SUBDIVISION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PARCEL 2: THE NORTH 47 FEET AND 7 INCHES OF THE SOUTH 95 FEET AND 8 INCHES OF LOT 11 IN BLOCK 1 IN PRESCOTT'S SUBDIVISION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PARCEL 3: THE SOUTH 48 FEET AND 1 INCH OF LOT 11 IN BLOCK 1 IN PRESCOTT'S SUBDIVISION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7749-59 SOUTH YATES**
**CHICAGO, ILLINOIS 60649**
7749-49 S. YATES LLC

21-30-318-013-0000

LOTS 19, 20 AND 21 IN BLOCK 12 IN SOUTH SHORE PARK, BEING A SUBDIVISION OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**6949-59 SOUTH MERRILL**
**CHICAGO, ILLINOIS 60649**
SSPH 6951 S MERRILL LLC
20-24-417-014-0000

LOTS 29 AND 30, IN FIRST ADDITION TO BRYN MAWR HIGHLANDS, A SUBDIVISION OF NORTH 3/4 OF WEST HALF OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**TAB D**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 18-cv-5587** |
| **v.** | ) ) | **Hon. John Z. Lee** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | ) ) ) ) | **Magistrate Judge Young B. Kim** |
| **Defendants.** | ) ) ) | |

## ORDER

WHEREAS, Kevin B. Duff, as receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), filed a Motion To Amend Order Appointing Receiver, and the Court having been fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that:

1.  The Receiver's Motion is granted.

2.  The Order Appointing Receiver entered August 17, 2018 (Docket No. 16) is amended by deleting 11117 S Longwood LLC from the list of entities enumerated in Paragraph 1 and substituting SSPH 11117 S Longwood LLC in its place, and by adding SSDF1 4520 S. Drexel LLC as a Receivership Defendant.

ENTERED:

_____
John Z. Lee, United States District Judge

Date: _____