## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. Sec. & Exch. Comm'n v. EquityBuild, Inc., et al.

Case Number: 18 CV 5587

An appearance is hereby filed by the undersigned as attorney for:
Thorofare Asset Based Lending REIT Fund IV, LLC

Attorney name (type or print): Zachary R. Clark

Firm: Taft Stettinius & Hollister LLP

Street address: 111 East Wacker Drive, Suite 2800

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6328816
(See item 3 in instructions)

Telephone Number: 312-527-4000

Email Address: zclark@taftlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 3, 2020

Attorney signature: S/ Zachary R. Clark
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015