UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

Equitybuild, Inc., et al.

                Defendant.

Case No.:
1:18−cv−05587
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2020:

      MINUTE entry before the Honorable John Z. Lee: Any objections to Receiver's motions [638], [645], [649] should be filed by 3/23/20. Replies to those objections should be filed by 4/6/20. No appearance is required on these motions. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.