**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

United States Securities and Exchange Commission,
et al.

                                   Plaintiff,

v.                                         Case No.:
                                         1:18−cv−05587
                                         Honorable John Z. Lee

Equitybuild, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2020:

      MINUTE entry before the Honorable John Z. Lee: Receiver's motion for partial relief from Amended General Order 20−0012 [663] is granted as follows: Any objections to Receiver's motions 645 and 649 should be filed by 4/1/20, and replies to those objections should be filed no later than 4/15/20. Moreover, the Court anticipates resolving Receiver's motion 618 within the next two weeks. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.