**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-5587 |
| v. | ) ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) ) ) ) | Mag. Judge Young B. Kim |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

Please take notice that on Tuesday, April 7, 2020, at 9:00 a.m., the undersigned will appear before the Honorable John Z. Lee, or any judge sitting in his stead, in Courtroom 2125, and present the **Receiver's Motion For Clarification And/Or Partial Relief From Second Amended General Order 20-0012 In Re: Coronavirus COVID-19 Public Emergency.**

Dated: March 31, 2020  Kevin B. Duff, Receiver

By: /s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950; Fax (312) 733-3952
mrachlis@rdaplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I provided service of the foregoing **Receiver's Motion For Clarification And/Or Partial Relief From Second Amended General Order 20-0012 In Re: Coronavirus COVID-19 Public Emergency**, via ECF filing to all counsel of record, and via electronic mail to Defendant Jerome Cohen at jerryc@reagan.com.

                          By:    /s/ Michael Rachlis

                                Michael Rachlis
                                Rachlis Duff & Peel, LLC
                                542 South Dearborn Street, Suite 900
                                Chicago, IL 60605
                                Phone (312) 733-3950; Fax (312) 733-3952
                                mrachlis@rdaplaw.net