UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:18-cv-5587 |
| v. | |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN | Hon. John Z. Lee |
| | Magistrate Judge Young B. Kim |
| Defendants. | |

## MORTGAGEES' MOTION TO INTERVENE

Pursuant to Fed. R. Civ. Pro. 24(a)(2), the Mortgagees[1] move to intervene in this matter.  In support hereof, the Mortgagees state as follows:

1.     Mortgagees file this Motion as a precaution to preserve their right to appeal in light of potentially inapposite and conflicting Seventh Circuit case law regarding certain classes of parties' rights in the context of receivership proceedings.

---

[1] The Mortgagees are Freddie Mac; Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48; U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30; U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41; U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50; Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16; Wilmington Trust, National Association, as Trustee for the benefit of the registered holders of UBS Commercial Mortgage Trust 2017-C1, Commercial Mortgage Pass-Through Certificates, Series 2017-C1; Federal National Mortgage Association ("Fannie Mae"); BMO Harris Bank N.A.; Midland Loan Services, a Division of PNC Bank, National Association; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Colony American Finance 2015-1; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017-2; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Benefit of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates; BC57, LLC; UBS AG; Thorofare Asset Based Lending REIT Fund IV, LLC; and Liberty EBCP, LLC.

2.    The Seventh Circuit case law referenced *supra* currently includes both *S.E.C. v. Enterprise Trust Co.*, 559 F.3d 649 (7th Cir. 2009) and *S.E.C. v. First Choice Mngmt. Serv. Inc.*, 767 F.3d 709 (7th Cir. 2014).  In *Enterprise*, the court held that parties affected by a receiver's plan of distribution may appeal adverse distribution decisions without intervening. *Enterprise*, 559 F.3d at 652. In contrast, the court in *First Choice* held that a party claiming an interest in property held by a receiver had to intervene in order to appeal an adverse decision regarding that property. *First Choice*, 767 F.3d at 710-11.

3.    *Enterprise* and *First Choice* are distinguishable in that the appellant in *First Choice*, unlike Mortgagees here, was not actively involved in the case and sat on its rights for ten years. *Id.* at 710. Nevertheless, Mortgagees are asserting an interest in property held by the Receiver. Thus, *First Choice* could erroneously be read to require Mortgagees to intervene in order to preserve their right to appeal a contrary ruling in this matter. Accordingly, there is risk to the Mortgagees that would be mitigated by intervention.

4.    To avoid that risk, and the attendant waste of resources by this Court and the Parties, out of an abundance of caution, the Mortgagees seek to intervene in this action.

5.    Because the Mortgagees are participating actively in this proceeding, the Mortgagees do not contemplate that their roles in this matter will substantively or procedurally change upon entry of an order allowing intervention.

6.    F.R.C.P. 24 provides:

(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
> (1) is given an unconditional right to intervene by a federal statute; or
> (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

2

(b) …

(c) Notice and Pleading Required. A motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.

7.     Mortgagees are recognized as Creditors here with interests relating to property that is claimed to be property of the Receivership as contemplated by F.R.C.P. 24(a)(2).

8.     The disposition of claimed Receivership property may impede the Mortgagees' respective abilities to protect their interests in the subject properties.

9.     No other parties to this Receivership represent the interests of the Mortgagees in the properties in which they claim security interests, but certain parties have challenged the Mortgagees' secured status in said properties.

10.    The Mortgagees' respective claims and defenses are set forth in their previously filed Response to the Receiver's Motion for Disputed Claims Procedure and their respective Proofs of Claim, which are adopted and incorporated as part of this Motion.

WHEREFORE, The Mortgagees respectfully request that this Court grant the Mortgagees' Motion and enter an order allowing the Mortgagees to intervene as a matter of right.


Dated: July 24, 2020                          Respectfully Submitted:

/s/ Jill L. Nicholson                          /s/ Ronald A. Damashek
Jill L. Nicholson (jicholson@foley.com)        Ronald Damashek
Andrew T. McClain (amcclain@foley.com)         (rdamashek@stahlcowen.com)
**Foley & Lardner LLP**                        **Stahl Cowen Crowley Addis LLC**
321 N. Clark St., Ste. 3000                    55 West Monroe Street — Suite 1200
Chicago, IL 60654                              Chicago, Illinois 60603
Ph: (312) 832-4500                             PH: (312) 377-7858
Fax: (312) 644-7528                            Fax: (312) 423-8160
*Counsel for Citibank N.A., as Trustee for*    *Counsel for Citibank N.A., as Trustee for*
*the Registered Holders of Wells Fargo*        *the Registered Holders of Wells Fargo*
*Commercial Mortgage Securities, Inc.,*        *Commercial Mortgage Securities, Inc.,*
*Multifamily Mortgage Pass-Through*            *Multifamily Mortgage Pass-Through*
*Certificates, Series 2018-SB48; U.S. Bank*    *Certificates, Series 2018-SB14; Midland*

3

*National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30; U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41; U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50; Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16; Federal National Mortgage Association; and Sabal TL1, LLC*

/s/ Mark Landman
Mark Landman
(mlandman@kbf. com)
**Landman Corsi Ballaine & Ford P.C.**
120 Broadway, 13th Floor
New York, NY 10271
Ph: (212) 238-4800 Fax: (212) 238-4848
*Counsel for Freddie Mac*

/s/ Michael Gilman
Michael Gilman (6182779
(mgilman@dykema.com)
**Dykema Gossett PLLC**
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 627-5675
*Counsel for Federal Home Loan Mortgage Corporation Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16; Wilmington Trust,*

*Loan Services, a Division of PNC Bank, National Association; Thorofare Asset Based Lending REIT Fund IV, LLC; and Liberty EBCP, LLC*

/s/ James M. Crowley
James M. Crowley
(jcrowley@plunkettcooney.com)
**Plunkett Cooney, PC**
221 N. LaSalle Street, Ste. 1550
Chicago, IL 60601
Ph: (312) 970-3410
Fax: (248) 901-4040
*Counsel for UBS AG*

/s/ Thomas B. Fullerton
Thomas B. Fullerton
(thomas. fullerton@akerman.com)
**Akerman LLP**
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
h: (312) 634-5700
Fax: (312) 424-1900
*Counsel for Midland Loan Services, a Division of PNC Bank, National Association*

/s/ James P. Sullivan
James P. Sullivan
jsulliva@chapman.com
**Chapman and Cutler LLP**
111 West Monroe Street
Chicago, IL 60603
Ph: (312) 845-3445 Fax: (312) 516-1445
*Counsel for BMO Harris Bank NA.*

/s/Scott Mueller
Scott B. Mueller, #6294642
**Stinson LLP**
(Scott.Mueller@stinson.com)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Phone: (314) 863-0800
Fax: (314) 259-3931
*Attorneys for BMO Harris Bank, N.A., and Midland Loan Services, a division of PNC Bank,*

CORE/3505587.0060/160626057.3

*National Association, as Trustee for the Registered Holders of UBS Commercial Mortgage Trust 2017¬C 1 ,Commercial Mortgage Pass-Through Certificates, Series 2017-C1; Citibank NA., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48; Federal National Mortgage Association; U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41;U.S. Bank National Association, as Trustee for the registered Holders ofJ.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50;U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30 Sabal TL1 LLC; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Benefit of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017¬2; BC57, LLC; UBS AG*

/s/ Jason J. DeJonker
Jason J. DeJonker (6272128)
Jessica D. Pedersen (6327432)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 N. Clark Street, Suite 4300
Chicago, IL 60601
(312) 602-5000
jason.dejonker@bclplaw.com

*NA, acting under authority designated by Colony American Finance Lender, LLC, assignee Wilmington Trust, N.A. as Trustee for the benefit of registered holder of Colony American Finance 2015-1*

/s/ David Hart
David Hart
(dhart@maddinhauser.com)
**Maddin, Hauser, Roth & Heller, P.C.**
28400 Northwestern Highway
Suite 200-Essex Centre
Southfield MI 48034
Phone: (248) 827-1884
Fax: (248) 359-6184
*Counsel for BC57, LLC*

/s/ Jay Welford
Jay Welford
(jwelford@jaffelaw.com)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Ph: (248) 351-3000
*Counsel for Liberty EBCP, LLC*

5

jessica.pedersen@bclplaw.com
*Attorneys for Direct Lending Partner LLC*
*(successor to Arena DLP Lender LLC and*
*DLP Lending Fund LLC)*

/s/William J. Serritella, Jr.
William Serritella, Jr.
/s/ Zachary R. Clark
Zachary R. Clark
(wserritella@taftlaw.com)
(zclark@taftlaw.com)
**Taft**
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000
*Counsel for Thorofare Asset Based Lending*
*REIT Fund IV, LLC*