IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, And SHAUN D. COHEN<br><br>    Defendants. | Case Action No. 18 CV 5587<br><br>Judge John Z. Lee |

**1111 CREST DR., LLC, PAKRAVAN LIVING TRUST, HAMID ISMAIL, AND FARSAA, INC. RESPONSE TO RECEIVER'S SEVENTH INTERIM APPLICATION AND MOTION FOR COURT APPROVAL OF PAYMENT OF FEES AND EXPENSES OF RECEIVER AND RECEIVER'S RETAINED PROFESSIONALS**

1111 Crest Dr., LLC, Pakravan Living Trust, Hamid Ismail and Farsaa, Inc., the mortgagees to the real properties located at 5450-52 S. Indiana Avenue and 7749-59 S. Yates, by their undersigned attorneys, and in Response to Receiver's Seventh Interim Application And Motion For Court Approval Of Payment Of Fees And Expenses Of Receiver And Receiver's Retained Professionals (Doc #755), adopt the Mortgagees' Response to Receiver's Seventh Interim Application And Motion For Court Approval Of Payment Of Fees And Expenses Of Receiver And Receiver's Retained Professionals (Doc No. 777).

Respectfully submitted,

Dated: August 31, 2020

/s/William D. Cherny
William D. Cherny
Cherny Law Offices, P.C.
111 E. Jefferson Ave.
Naperville, IL 60540
(630) 219-4381
bill@chernylaw.com
*Counsel for 1111 Crest Dr., LLC, Pakravan Living Trust, Hamid Ismail and Farsaa, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2020, I served the foregoing 1111 Crest Dr., LLC, Pakravan Living Trust, Hamid Ismail, and Farsaa, Inc. Opposition To Receiver's Second Motion For Restoration Of Funds Expended For The Benefit Of Other Properties electronically via the Court's ECF system on all counsel of record.

                                                /s/William D. Cherny