# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) EQUITYBUILD, INC., EQUITYBUILD ) FINANCE, LLC, JEROME H. COHEN, ) and SHAUN D. COHEN, ) ) Defendants. ) ) | Civil Action No. 18-cv-5587<br><br>Hon. John Z. Lee<br><br>Magistrate Judge Young B. Kim |

## RECEIVER'S NOTICE OF FILING OF INFORMATION REQUESTED BY THE COURT REGARDING BREAKDOWN OF SUBMITTED CLAIMS

Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc. and related entities ("Receiver"), hereby provides Notice of Filing of Information Requested by the Court Regarding Breakdown of Submitted Claims, which consists of Receiver's Charts Depicting Breakdown of Investor Claims and Charts I-III.

Dated: September 22, 2020

Respectfully submitted,

Kevin B. Duff, Receiver

By: /s/ Jodi Rosen Wine

Jodi Rosen Wine (jwine@rdaplaw.net)
Michael Rachlis (mrachlis@rdaplaw.net)
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950; Fax (312) 733-3952

## **CERTIFICATE OF SERVICE**

I hereby certify that I provided service of the foregoing Receiver's Notice of Filing of Information Requested by the Court Regarding Breakdown of Submitted Claims, via ECF filing, to all counsel of record on September 22, 2020.

I further certify that I caused true and correct copies of the foregoing to be served upon Defendant Jerome Cohen (jerryc@reagan.com) by electronic mail.

/s/ Jodi Rosen Wine

Jodi Rosen Wine
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
jwine@rdaplaw.net

# **RECEIVER'S CHARTS DEPICTING BREAKDOWN OF INVESTOR CLAIMS**

## **Narrative Description of Charts I-III**

Pursuant the Court's request, the Receiver provides the attached charts regarding the amounts of investor claims against the Estate. These charts depict only claims made by investor-lenders and equity-investors, and do not include the claims submitted by the institutional lenders, independent contractors, trade creditors, or mechanic's lien claimants.

The charts were prepared based on information set forth in the Receiver's master claims spreadsheet, the most recent version of which was submitted as Exhibit 8 to the Receiver's Second Quarter 2020 Status Report (Docket No. 757).

The following provides additional information regarding the nature of the charts:

## **Chart I**

Chart I depicts information the claimants provided in their Proof of Claim forms about the ***total amount of their claim***.

Chart I shows that approximately one-third of the claimants' total claims are $50,000 or less, nearly two-thirds of the claims are $100,000 or less, and more than 80% of the claims are $200,000 or less.

## **Chart II**

Chart II depicts the ***amounts claimants reported that they invested in an individual property***.

Only claims against properties in the estate are included. A number of claimants submitted claims against properties that were no longer owned by EquityBuild when the receivership began; those claims are not included in Chart II.

As shown in Chart II, in more than one-third of instances, the investors' loan or other investment in individual properties was $25,000 or less, in more than two-thirds of instances, the loan or other investment was $50,000 or less, and about 80% of the time, the loan or investment was less than $75,000.

## **Chart III**

Chart III depicts ***amounts claimants reported that they invested in funds***.

The EquityBuild funds are not all equivalent. Some appear to have involved promises to investors of secured interests in specific properties, others appear to have involved promises of equity interests in specific properties, and still others appear to have involved membership interests in entities that intended to invest in properties.

## **Summary**

Accordingly, Chart I shows the amounts of each investor's cumulative claim, while Charts II and III show the amounts of the investors' separate investments in individual properties or funds.

| Total Amounts Claimed by Investor-Lenders and Equity Investors | |
|---|---|
| Claimed Amount Invested | |
| $0-$10,000 | 43 |
| $10,001-$25,000 | 101 |
| $25,001-$50,000 | 195 |
| $50,001-$75,000 | 143 |
| $75,001-$100,000 | 108 |
| $100,001-$200,000 | 180 |
| $200,001-$300,000 | 71 |
| $300,001-$400,000 | 38 |
| $400,001-$500,000 | 19 |
| $500,001-$600,000 | 11 |
| $600,001-$700,000 | 8 |
| $700,001-$800,000 | 5 |
| $800,001-$900,000 | 6 |
| $900,001-$1,000,000 | 4 |
| $1,000,001-$2,000,000 | 13 |
| $2,000,001-$3,000,000 | 1 |
| | 946 |



Submitted Claims by Total Amount Per Claimant*
SEC v. EquityBuild, Inc., et al., Case No. 18-cv-5587

*Claims submitted by institutional lenders, trade creditors, and independent contractors excluded. Figures are approximate due to discrepancies in Proof of Claim forms.

| Claimed Amounts Invested in Properties in Receivership Estate by Investor-Lenders and Equity Investors ||
|---|---|
| Claimed Amount Invested | # of Claims |
| No Amount Provided | 133 |
| $0-$10,000 | 180 |
| $10,001-$25,000 | 306 |
| $25,001-$50,000 | 606 |
| $50,001-$75,000 | 152 |
| $75,001-$100,000 | 152 |
| $100,001-$200,000 | 140 |
| $200,001-$300,000 | 46 |
| $300,001-$400,000 | 12 |
| $400,001+ | 10 |
|  | 1737 |



Amounts Invested in Properties in the Receivership Estate*
SEC v. EquityBuild, Inc., et al., Case No. 18-cv-5587

*Claims submitted by institutional lenders, trade creditors and independent contractors excluded. Figures are approximate due to discrepancies in Proof of Claim forms.

| Claimed Amounts Invested in Funds by Investor-Lenders and Equity Investors | |
|---|---|
| Claimed Amount Invested | # of Claims |
| No Amount Provided | 17 |
| $0-$10,000 | 12 |
| $10,001-$25,000 | 44 |
| $25,001-$50,000 | 101 |
| $50,001-$75,000 | 38 |
| $75,001-$100,000 | 41 |
| $100,001-$200,000 | 25 |
| $200,001-$300,000 | 16 |
| $300,001-$400,000 | 7 |
| $400,001+ | 7 |
| | 308 |

