UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,<br><br>    Defendants. | Civil Action No.: 18-CV-5587<br><br>Hon. John Z. Lee<br><br>Magistrate Judge Young B. Kim |

## VENTUS HOLDINGS, LLC'S RESPONSE TO THE MINUTE ORDER ENTERED SEPTEMBER 23, 2020

Ventus Holdings, LLC, ("Ventus") through its attorney, Michael B. Elman & Associates, Ltd., for its response to the minute order entered September 23, 2020, states as follows:

1. On September 23, 2020, 2020 the Court entered a Minute Order (Docket #801) which stated, in part, that the parties should identify more broadly all motions and/or issues that the Court still needs to address.

2. On June 11, 2020 the Receiver filed its Eighth Motion to Confirm Sale of Certain Real Estate (the "Motion") (Docket #712).

3. On June 23, 2020 Ventus filed a Motion to Intervene. Attached to the motion as Exhibit A was its objection to the Receiver's motion (Docket #721).

4. On July 8, 2020 Pioneer Acquisitions and Southside Properties each filed motions to intervene. (Docket #732 & 734).

1

5. On July 10, 2020 the Court entered a Minute Order granting all three motions to intervene. (Docket #742).

6. On July 17, 2020 Ventus filed its Objection to the Motion (Docket #746); Southside filed a memorandum in support of the Motion (Docket #747) and Thorofare Asset filed a memorandum in support of the Motion (Docket #748).

7. On August 14, 2020 Ventus filed a supplemental reply to the Motion (Docket #763).

8. On August 25, 2020 Southside filed a motion to strike Ventus's supplemental reply (Docket #772).

9. On September 8, 2020 the Court entered a Minute Order advising that it would review Southside's motion to strike. (Docket #782).

10. On September 23, 2020 the Court entered the Minute Order referenced in paragraph 1.

WHEREFORE, Ventus Holdings, LLC respectfully requests that the Court enter an order to address the pleadings filed in connection with The Receiver's Eighth Motion to

Confirm Sale of Certain Real Estate.

Dated: September 30, 2020

                                                Respectfully submitted,

                                                VENTUS HOLDINGS, LLC

                                                /s/ Michael B. Elman
                                                Michael B. Elman
                                                Attorney for Ventus Holdings, LLC

Michael B. Elman & Associates, Ltd.
10 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 541-0903
mbelaw100.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2020, the undersigned electronically filed Ventus Holdings, LLC's Response to the Minute Order Entered on September 23, 2020 with the Clerk of the United States District Court for the Northern District of Illinois, via the CM/ECF system.

                                                       /s/ Michael B. Elman
                                                       Attorney for Intervenor
                                                       Ventus Holdings, LLC

Michael B. Elman & Associates, Ltd.
10 South LaSalle Street
Suite 1420
Chicago, Illinois 60606
(312)541-0903
mbelaw100@aol.com