# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

Equitybuild, Inc., et al.

                Defendant.

Case No.: 1:18−cv−05587
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2020:

    MINUTE entry before the Honorable John Z. Lee: Status hearing held 10/27/20. For the reasons stated in open court, certain issues relating to the parties' Joint Motion to Resolve Disputes Regarding Standard Discovery [807] and the Mortgagees' Proposal for Access to EquityBuild Documents [812] were resolved as stated on the record. On the privilege issue raised in the Joint Motion to Resolve Disputes Regarding Standard Discovery [807], the Mortgagees are directed to file a motion for a protective order, limited to 10 pages, by 11/10/20; Receiver's response, limited to 10 pages, is due on 11/24/20. The Receiver and the Mortgagees are directed to confer and exchange additional information regarding the Mortgagees' Proposal for Access to EquityBuild Documents [812] by 11/10/20. Status hearing set for 12/17/20 at 2:00 p.m. via Microsoft Teams. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Other claimants who wish to participate via video conference should contact the Receiver at least 12 hours prior to the start of the hearing to obtain the necessary log−in instructions. Other claimants, as well as members of the public and media, will be able to call in to listen to this hearing. The call in number is 872−703−5321. Conference ID: 392 437 718 #. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.