**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| UNITED STATES SECURITIES ) <br> AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUITYBUILD, INC., EQUITYBUILD ) <br> FINANCE, LLC, JEROME H. COHEN, ) <br> and SHAUN D. COHEN, ) <br> ) <br> Defendants. ) | Civil Action No. 18-cv-5587 <br><br> Hon. John Z. Lee <br><br> Magistrate Judge Young B. Kim |

**NOTICE OF ALL CLAIMANTS WHO DO NOT AGREE TO ABIDE**
**BY THE TERMS OF THE AGREED CONFIDENTIALITY ORDER**

Kevin B. Duff, as the receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen, as defined in the Order Appointing Receiver entered August 17, 2018 (Dkt. No. 16), as supplemented by Order entered March 14, 2019 (Dkt. No. 290) and Order entered February 21, 2020 (Dkt. No. 634) (collectively, the "Receivership Defendants"), and pursuant to the Order Relating to Claims Resolution Process (Dkt. No. 940) hereby notifies the Court the following individuals and/or entities have notified Receiver that they do not agree to be bound by the terms of the Agreed Confidentiality Order (Dkt. Nos. 917 and 940-1):

1. Richard Braddock;
2. Corporate Creations International;
3. Ricardo Acevedo Lopez;
4. Janet Eileen Taylor;
5. Stewart Levine.

Dated: February 25, 2021          Kevin B. Duff, Receiver

By: <u>/s/ Michael Rachlis</u>
Michael Rachlis (mrachlis@rdaplaw.net)
Jodi Rosen Wine (jwine@rdaplaw.net)
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950; Fax (312) 733-3952

## **CERTIFICATE OF SERVICE**

I hereby certify that I provided service of the foregoing **Receiver's Notice** via ECF filing, to all counsel of record on February 25, 2021.

I further certify that I caused true and correct copies of the foregoing to be served upon the following individuals or entities by electronic mail:

- All known EquityBuild investors; and

- All known individuals or entities that submitted a proof of claim in this action (sent to the e-mail address each claimant provided on the claim form).

I further certify that the **Receiver's Notice** will be posted to the Receivership webpage at:

http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

3