**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) | |
| ) | **Civil Action No. 18-CV-5587** |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Hon. John Z. Lee** |
| **EQUITYBUILD, INC.,** ) | |
| **EQUITYBUILD FINANCE, LLC,** ) | |
| **JEROME H. COHEN, and** ) | **Magistrate Judge Young B. Kim** |
| **SHAUN D. COHEN,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING IN REMAINING PART RECEIVER'S TENTH MOTION TO CONFIRM THE SALE OF CERTAIN REAL ESTATE AND FOR THE AVOIDANCE OF CERTAIN MORTGAGES, LIENS, CLAIMS, AND ENCUMBRANCES**

WHEREAS, by Order Appointing Receiver, dated August 17, 2018 (Dkt. 16) this Court took exclusive jurisdiction and possession of the assets of all Receivership Defendants;

WHEREAS, by Order dated March 14, 2019 (Dkt. 290), the Court identified SSDF1 4611 S Drexel LLC, SSDF4 6217 S Dorchester LLC, SSDF4 7024 S Paxton LLC, SSDF4 7255 S Euclid LLC, and SSPH Portfolio 1 LLC as additional Receivership Defendants;

WHEREAS, SSDF1 4611 S Drexel LLC is the owner of record of the real estate located at 4611-17 South Drexel Boulevard, Chicago, Illinois 60653 ("4611-17 South Drexel"), whose commonly known address, permanent index number, and legal description is reflected on Tab A hereto;

WHEREAS, SSDF4 6217 S Dorchester LLC is the owner of record of the real estate located at 6217-27 South Dorchester Avenue, Chicago, Illinois 60637 ("6217-27 South

Dorchester"), whose commonly known address, permanent index number, and legal description is reflected on Tab A hereto;

WHEREAS, SSDF4 7024 S Paxton LLC is the owner of record of the real estate located at 7024-32 South Paxton Avenue, Chicago, Illinois ("7024-32 South Paxton"), whose commonly known address, permanent index number, and legal description is reflected on Tab A hereto;

WHEREAS, SSDF4 7255 S Euclid LLC is the owner of record of the real estate located at 7255-57 South Euclid Avenue, Chicago, Illinois 60649 ("7255-57 South Euclid"), whose commonly known address, permanent index number, and legal description is reflected on Tab A hereto;

WHEREAS, SSPH Portfolio 1 LLC is the owner of record of the real estate located at 1422-24 East 68th Street, Chicago, Illinois 60637 ("1422-24 East 68th"), 2800-06 East 81st Street, Chicago, Illinois 60617 ("2800-06 East 81st"), 4750-52 South Indiana Avenue, Chicago, Illinois 60615 ("4750-52 South Indiana"), and 7840-42 South Yates Avenue Chicago, Illinois 60649 ("7840-42 South Yates"), whose commonly known addresses, permanent index numbers, and legal descriptions are reflected on Tab A hereto;

WHEREAS, the Court finds that the sales prices reflected in the Purchase And Sale Agreements that the Receiver has accepted for the conveyances of 4611-17 South Drexel, 6217-27 South Dorchester, 7024-32 South Paxton, 7255-57 South Euclid, 1422-24 East 68th, 2800-06 East 81st, 4750-52 South Indiana, and 7840-42 South Yates (collectively, the "Properties") are consistent with the fair market value of the Properties;

WHEREAS, Kevin B. Duff, as receiver ("Receiver") for the Receivership Defendants, filed a Tenth Motion To Confirm The Sale Of Certain Real Estate And For The Avoidance Of Certain Mortgages, Liens, Claims, And Encumbrances (the "Motion");

2

WHEREAS, the Motion was granted in part by Order dated October 30, 2020 (Dkt. 842); and

WHEREAS, the Court finds that the Receiver has given fair, adequate, and sufficient notice to all interested parties, including all mortgagees and other encumbrancers affected by the Motion;

NOW, THEREFORE, it is hereby ORDERED that:

1. The Motion is GRANTED in remaining part.

2. The Receiver is authorized to sell the real property and improvements at 4611-17 South Drexel free and clear of:

a. that certain Mortgage recorded June 19, 2017 as document no. 1717018060 made by 4611-17 S Drexel, LLC to Alton P. Motes Revocable Trust Agreement dated 12/15/2011, as to an undivided 0.29% interest; Annie Chang, as to an undivided 0.68% interest; Braden Galloway, as to an undivided 0.95% interest; Baron Real Estate Holdings, LLC, as to an undivided 5.05% interest; Bluebridge Partners Limited, as to an undivided 2.86% interest; Clarice Recamara, as to an undivided 0.38% interest; Clearwood Funding, LLC, as to an undivided 0.95% interest; David M. Harris, as to an undivided 0.99% interest; DeeAnn Nason, as to an undivided 0.08% interest; Don Minchow, as to an undivided 0.57% interest; Duane A. Degenhardt and Linda S. Degenhardt, as to an undivided 2.86% interest; EquityBuild, Inc., as to an undivided 10.48% interest; Eco2 Capital Inc 401K, as to an undivided 0.95% interest; Ed Bancroft, as to an undivided 0.19% interest; Eleven St. Felix Street Realty Corp, as to an undivided 0.95% interest; Endurance Capital Management, LLC, as to an undivided 0.95% interest; Francisco Fernandez, as to an undivided 1.24% interest; Fredric R. Gottlieb, Revocable Trust, dtd 7/31/08, as to an

undivided 0.98% interest; Genevieve Giuliana Heger, as to an undivided 0.19% interest; Grathia Corporation, as to an undivided 1.90% interest; Grathia Corporation, as to an undivided 0.95% interest; Harvey Singer, as to an undivided 0.95% interest; Horizon Trust Company Custodian FBO Terry M. McDonald IRA, as to an undivided 0.95% interest; Huiyi Yang and Hui Wang, as to an undivided 0.57% interest; iPlan Group Agent for Custodian FBO Charles Michael Anglin IRA, as to an undivided 1.43% interest; iPlan Group Agent for Custodian FBO Laura Dimberger IRA, as to an undivided 0.05% interest; iPlan Group Agent for Custodian FBO Michael Dimberger IRA, as to an undivided 0.16% interest; iPlan Group Agent for Custodian FBO Paula Levand IRA, as to an undivided 0.46% interest; iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA, as to an undivided 0.15% interest; iPlanGroup Agent for Custodian FBO Alcalli Sabat IRA, as to an undivided 0.01% interest; iPlanGroup Agent for Custodian FBO Alcalli Sabat Roth IRA, as to an undivided 0.07% interest; iPlanGroup Agent for Custodian FBO David Trengove IRA Account#3300951, as to an undivided 2.86% interest; iPlanGroup Agent for Custodian FBO Garwood Weatherhead IRA Acct#3421004, as to an undivided 1.09% interest; iPlanGroup Agent for Custodian FBO Garwood Weatherhead Roth IRA Acct#3320844, as to an undivided 0.25% interest; iPlanGroup Agent for Custodian FBO Jyotsna Sharma IRA, as to an undivided 0.48% interest; iPlanGroup Agent for Custodian FBO Ken Jorgensen IRA #3300832, as to an undivided 2.86% interest; iPlanGroup Agent for Custodian FBO Laurie A. Connely IRA, as to an undivided 1.52% interest; iPlanGroup Agent for Custodian FBO Lorenzo Jaquias IRA, as to an undivided 0.41% interest; iPlanGroup Agent for Custodian FBO Patrick Connely Roth IRA, as to an undivided 0.57% interest; iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003, as to an

undivided 0.91% interest; James Factor, as to an undivided 0.95% interest; James Walsh, as to an undivided 0.95% interest; John Bloxham, as to an undivided 0.95% interest; John Witzigrueter, as to an undivided 0.95% interest; Karl R. DeKlotz, as to an undivided 5.71% interest; Kingsley Properties LLC, as to an undivided 0.95% interest; Law office of V.L. Heger, a professional corporation, as to an undivided 0.95% interest; Madison Trust Company Custodian FBO Greg Wirth M1608103, as to an undivided 0.14% interest; Madison Trust Company Custodian FBO Greg Wirth M1608104, as to an undivided 0.24% interest; Madison Trust Company Custodian FBO Janet Eileen Taylor, as to an undivided 0.58% interest; Madison Trust Company Custodian FBO Lori Moreland Acct # M1606115 Traditional IRA, as to an undivided 0.90% interest; Madison Trust Company Custodian FBO Lori Moreland Acct # M1606123 Inherited IRA, as to an undivided 0.86% interest; Madison Trust Company Custodian FBO Lori Moreland Acct # M1606124 Roth IRA, as to an undivided 0.19% interest; Madison Trust FBO Russell R. Moreland IRA, as to an undivided 1.14% interest; Mark P. Mouty, as to an undivided 0.12% interest; Melanie T. and/or Gary M. Gonzales, as to an undivided 1.90% interest; Michael Kessock, as to an undivided 1.90% interest; Mike Goldman, as to an undivided 0.15% interest; NBFAR Investment, LLC, as to an undivided 0.70% interest; New Direction IRA, Inc. FBO James Anthony Ande IRA, as to an undivided 0.95% interest; Optima Property Solutions, LLC, as to an undivided 2.00% interest; Pat Desantis, as v to an undivided 4.76% interest; Paul N. Wilmesmeier, as to an undivided 0.48% interest; Paula Tucker, as to an undivided 0.76% interest; Provident Trust Group LLC FBO Stephen Tang IRA, as to an undivided 1.37% interest; Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA account#15528-11, as to an undivided 0.95% interest; Ramsey Stephan, as to an undivided 0.18% interest;

Rene Hribal, as to an undivided 5.71% interest; Rene Hribal, as to an undivided 0.63% interest; Robert A. Potter, as to an undivided 0.48% interest; Samuel Cratis, as to an undivided 0.52% interest; Stanley Kessock, as to an undivided 0.95% interest; Stephan Tang, as to an undivided 0.48% interest; Steve Bald, as to an undivided 3.43% interest; Steven G. Mouty, as to an undivided 0.43% interest; Susan Tingle, as to an undivided 0.50% interest; Umbrella Investment Partners, LLC, as to an undivided 0.11% interest; United Capital Properties, LLC, as to an undivided 1.14% interest; Vartan Tarachyan, Trustee for defined Benefits Pension Plan and 401K Plan, as to an undivided 0.95% interest; Vladimir Malviishin, dba Network Expert, as to an undivided 0.95% interest; Wisconsin Real Estate Investment Solutions, LLC, as to an undivided 0.85% interest; and Wisemove Properties, LLC, as to an undivided 0.95% interest, to secure a note in the originally stated principal amount of $5,250,000.00;

b.      that certain Mortgage recorded December 20, 2017 as Document No. 1735444073 made by SSDF1 4611 S. Drexel LLC to CBRE Capital Markets, Inc., to secure a note in the originally stated principal amount of $3,280,000.00 and last assigned to Citibank, N.A., as trustee for the registered holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-through Certificates, Series 2018-SB48, recorded as Document No. 1811501305; and

c.      that certain Mortgage recorded January 11, 2018 as Document No. 1801118097 made by SSDF1 4611 S. Drexel LLC to CBRE Capital Markets, Inc., to secure a note in the originally stated principal amount of $3,280,000.00 and last assigned to Citibank, N.A., as trustee for the registered holders of Wells Fargo Commercial

Mortgage Securities, Inc., Multifamily Mortgage Pass-through Certificates, Series 2018-SB48, recorded as Document No. 1811501305.

3.     The Receiver is authorized to sell the real property and improvements at 6217-27 South Dorchester free and clear of that certain Mortgage recorded December 15, 2017 as Document No. 1734949079 made by SSDF4 6217 S. Dorchester LLC to CBRE Capital Markets, Inc., to secure a note in the originally stated principal amount of $1,700,000.00 and last assigned to Citibank, N.A., as trustee for the registered holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-through Certificates, Series 2018-SB48, recorded as Document No. 1811555208.

4.     The Receiver is authorized to sell the real property and improvements at 7024-32 South Paxton free and clear of:

a.     that certain Mortgage recorded January 3, 2017 as Document No. 1700310121 made by EquityBuild, Inc. to Master's Holdings, LLC, to secure a note in the originally stated principal amount of $2,000,000.00;

b.     that certain Mortgage recorded April 10, 2017 as Document No. 1710055037 made by EquityBuild, Inc. to Aaron Beauclair, as to an undivided .36% interest; Alan Rubin, as to an undivided .91% interest; Baron Real Estate Holdings, LLC, as to an undivided 7.27% interest; Bright Venture, as to an undivided .91% interest; David M. Harris, as to an undivided 3.64% interest; Dennis and Mary Ann Hennefer, as to an undivided 12.73% interest; Don Minchow, as to an undivided 1.45% interest; DVH Investment Trust, as to an undivided 1.27% interest; Emile Dufrene, as to an undivided 1.82% interest; Ernest D. Marcus, as to an undivided 1.82% interest; Florybeth & David Stratton, as to an undivided 2.41% interest; Francisco Fernandez, as to an undivided 3.64%

interest; Gallowglass LLC, as to an undivided 1.82% interest; Girl Cat Capital West LLC, as to an undivided 1.82% interest; Gowrisankar Challagundla, as to an undivided .91% interest; GRB Properties LLC, as to an undivided 3.85% interest; Hidden Diamonds LLC, as to an undivided 1.82% interest; iPlan Group Agent for Custodian FBO Randall Pong IRA, as to an undivided 1.82% interest; iPlanGroup Agent for Custodian FBO Maricris Lee IRA, as to an undivided .29% interest; IRA Resources, FBO Edward Day, IRA Acct #35-36374, as to an undivided .55% interest; JS Investment Trust, as to an undivided .87% interest; Julie Patel, as to an undivided 1.45% interest; Karl R. DeKlotz, as to an undivided 5.45% interest; Kevin P. Kennedy, as to an undivided 1.82% interest; KKW Investments, as to an undivided .14% interest; Kuldeep Jain, as to an undivided 3.64% interest; Madison Trust Company Custodian FBO Phillip Vender Kraats IRA # M1611034, as to an undivided 1.82% interest; Madison Trust Company Custodian FBO Steven Rocher IRA #M1610060, as to an undivided .35% interest; Madison Trust Company Custodian FBO Zinaida V. Goltseva IRA, as to an undivided .62% interest; MayREI LLC, as to an undivided .07% interest; Michael Alden Schankman, as to an undivided 1.82% interest; Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16, 2012, as to an undivided 1.45% interest; NBFAR Investment LLC, as to an undivided 1.09% interest; Pat Desantis, as to an undivided 9.09% interest; Patricia J. Theil C/F Jacqueline M. Theil, as to an undivided 1.82% interest; Pensco Trust Company Custodian FBO Bruce Kaechele Self-Directed IRA, as to an undivided 1.82% interest; Robert A. Demick DDS PA 401K, as to an undivided 1.82% interest; Samuel D. Theil, as to an undivided .91% interest; Steven Roche, as to an undivided .02% interest; Strategic Wealth Ventures, LLC, as to an undivided .91% interest; Tahiti Trust, as to an undivided 2.00% interest; the Dominguez-

Peters Living Trust, as to an undivided 1.82% interest; United Capital Properties LLC, as to an undivided 2.0% interest; US Freedom Investments, LLC, as to an undivided 1.82% interest; Vantage Custodian FBO Sidney Haggains IRA, as to an undivided 1.27% interest; and White Tiger Revocable Trust, as to an undivided 3.02% interest, to secure a note in the originally stated principal amount of $2,750,000.00;

c.      that certain Mortgage recorded June 18, 2018 as Document No. 1816918191 made by SSDF4 7024 S Paxton LLC to Greystone Servicing Corporation, Inc., to secure a note in the originally stated principal amount of $1,541,000.00 and last assigned to the Federal Home Loan Mortgage Corporation by Document No. 1816918192;

d.      that certain financing statement filed by the Federal Home Loan Mortgage Corporation on June 18, 2018 as Document No. 1816918193; and

e.      that certain *lis pendens* recorded as Document No. 1818318076 in connection with *Anson Markwell, as Trustee for the Amark Investment Trust vs. EquitBuild, Inc. d/b/a EB EquityBuild Capital, Inc.; Hard Money Company, LLC d/b/a Venture Hard Money Capital LLC; EquityBuild Finance, LLC; Jerry J. Cohen; Shaun D. Cohen; SSDF4 6250 S Mozart, LLC; SSDF4 638 N. Avers, LLC; SSDF4 701 5th, LLC; SSFD4 7024 S. Paxton LLC; SSDF4 7255 S. Euclid, LLC; SSDF5 Portfolio 1, LLC; SSDF7 Portfolio 1 LLC; 4533-37 S. Calumet LLC; 6437 S. Kenwood, LLC; 7026 Cornell, Inc., 7109 S. Calumet, LLC; 8100 S Essex, LLC; EB South Chicago 4, LLC and SSPH Portfolio 1, LLC*, Circuit Court of Cook County, Case No. 18-CH-09098 (the "Markwell 8076 Lis Pendens")

5.      The Receiver is authorized to sell the real property and improvements at <u>7255-57 South Euclid</u> free and clear of:

a.      that certain Mortgage recorded August 2, 2016 as document 1621550124 made by EquityBuild, Inc. to Fredric R. Gottlieb, Revocable Trust, dtd 7/31/08, as to 4.80%; The Entrust Group Inc FBO Rita Deierlein Roth IRA Account #: 01-38102, as to 2.56%; iPlanGroup Agent for Custodian FBO Michael Borgia IRA, as to 10.00%; iPlanGroup Agent for Custodian FBO Robert Houston IRA, as to 4.00%; Madison Trust Company Custodian FBO Bolanle Addo M1604003, as to 4.00%; Katie Whitlock, as to 4.00%; Paul N. Wilmesmeier, as to 2.00%; Johnny Colson, as to 4.00%; Kevin Scheel, as to 2.00%; Bill Akins, as to 4.00%; Conrad Hanns, as to 4.00%; Asians Investing In Real Estate, LLC, as to 4.80%; Eco2 Capital Inc. 401k, as to 4.00%; Joseph P. McCarthy, as to 3.20%; Mark Young, as to 3.20%; John Witzigreuter, as to 4.00%; Terry M. McDonald and Rhonda R. McDonald, as to 4.00%; Alton P. Motes and Vicki Elaine Washburn, as to 4.80%; Equity Trust Company Custodian for James Robinson IRA, as to 4.80%; Vladimir Matviishin, as to 4.00%; Equity Trust Company Custodian FBO Kelly Welton IRA Account # 200271700, as to 0.16%; iPlan Group Agent for Custodian FBO Kelly Welton IRA, as to 0.40%; Sidney Glenn Willeford II, as to 6.00%; iPlan Group Agent for Custodian FBO Kelly Welton Roth IRA, as to 0.11%; Tolu Makinde, as to 2.00%; iPlanGroup Agent for Custodian FBO Ken Jorgensen IRA, as to 4.12%; New Direction IRA Inc Custodian FBO Frances D. Cook IRA Account #: 9003717, as to 0.48%; Principle Assets, LLC, as to 0.56%; Frank Sohm and Laura Sohm, as to 2.82%; and Pittman Gold, LLC, as to 1.18%, to secure a note in the originally stated principal amount of $1,250,000;

b.      that certain Mortgage recorded December 19, 2017 as Document No. 1735312037 made by SSDF4 7255 S. Euclid LLC to CBRE Capital Markets, Inc., to secure a note in the originally stated principal amount of $984,000.00 and last assigned to

Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48 by Document No. 1811508178; and

c.     that certain *lis pendens* recorded as Document No. 1818318078 in connection with *Anson Markwell, as Trustee for the Amark Investment Trust vs. EquityBuild, Inc. d/b/a EB EquityBuild Capital, Inc.; Hard Money Company, LLC d/b/a Venture Hard Money Capital LLC; EquityBuild Finance, LLC; Jerry J. Cohen; Shaun D. Cohen; SSDF4 6250 S Mozart, LLC; SSDF4 638 N. Avers, LLC; SSDF4 701 5th, LLC; SSFD4 7024 S. Paxton LLC; SSDF4 7255 S. Euclid, LLC; SSDF5 Portfolio 1, LLC; SSDF7 Portfolio 1 LLC; 4533-37 S. Calumet LLC; 6437 S. Kenwood, LLC; 7026 Cornell, Inc., 7109 S. Calumet, LLC; 8100 S Essex, LLC; EB South Chicago 4, LLC and SSPH Portfolio 1, LLC*, Circuit Court of Cook County, Case No. 18-CH-09098.

6.     The Receiver is authorized to sell the real property and improvements at <u>1422-24 East 68th</u> free and clear of:

a.     that certain Mortgage recorded April 29, 2014 as Document No. 1411950137 made by 1422 E68 LLC to Fixed Slice LLC and Daniel Behm, to secure a note in the originally stated principal amount of $425,920.00;

b.     that certain Mortgage recorded January 12, 2015 as Document No. 1501256149 made by 7823 Essex, LLC and 1422 E68, LLC to Barry Gelber, Rona Gelber, Lonnie Gelber and Karen Timko, to secure a note in the originally stated principal amount of $163,917.88;

c.     that certain Mortgage recorded May 23, 2017 as Document No. 1714316084 made by SSPH Portfolio 1 LLC to UBS AG, to secure a note in the originally

stated principal amount of $4,100,000.00, and last assigned to UBS AG by Document No. 1910255150, that certain Assignment of Rents made by SSPH Portfolio 1 LLC to UBS AG recorded May 23, 2017 as Document No. 1714316085 and last assigned to UBS AG by Document No. 1910255151, and that certain financing statement filed by UBS AG on May 23, 2017 as Document No. 1714316086 and last assigned to UBS AG by Document No. 1912045048 (collectively, the "UBS Security Documents"); and

d.      that certain *lis pendens* recorded as Document No. 1818318077 in connection with *Anson Markwell, as Trustee for the Amark Investment Trust vs. EquitBuild, Inc. d/b/a EB EquityBuild Capital, Inc.; Hard Money Company, LLC d/b/a Venture Hard Money Capital LLC; EquityBuild Finance, LLC; Jerry J. Cohen; Shaun D. Cohen; SSDF4 6250 S Mozart, LLC; SSDF4 638 N. Avers, LLC; SSDF4 701 5th, LLC; SSFD4 7024 S. Paxton LLC; SSDF4 7255 S. Euclid, LLC; SSDF5 Portfolio 1, LLC; SSDF7 Portfolio 1 LLC; 4533-37 S. Calumet LLC; 6437 S. Kenwood, LLC; 7026 Cornell, Inc., 7109 S. Calumet, LLC; 8100 S Essex, LLC; EB South Chicago 4, LLC and SSPH Portfolio 1, LLC,* Circuit Court of Cook County, Case No. 18-CH-09098 (the "Markwell 8077 Lis Pendens")

7.      The Receiver is authorized to sell the real property and improvements at <u>2800-06 East 81st</u> free and clear of:

a.      that certain Mortgage recorded March 4, 2014 as Document No. 1406310014 made by Kendall Chenier to Nicholas D or Pamela M Rende, to secure a note in the originally stated principal amount of $430,000.00;

b.      the UBS Security Documents; and

c.      the Markwell 8077 Lis Pendens.

8.     The Receiver is authorized to sell the real property and improvements at <u>4750-52 South Indiana</u> free and clear of:

     a.     that certain Mortgage recorded January 8, 2014 as Document No. 1400856025 made by EquityBuild, Inc. to Hard Money Company, as to an undivided 38.46% interest, and Covenant Funding FBO iPlan Group, as to an undivided 61.54% interest, to secure a note in the originally stated principal amount of $325,000.00;

     b.     the UBS Security Documents; and

     c.     the Markwell 8076 Lis Pendens.

9.     The Receiver is authorized to sell the real property and improvements at <u>7840-42 South Yates</u> free and clear of:

     a.     that certain Mortgage recorded March 18, 2013 as Document No. 1307722026, and re-recorded as Document No. 1334645001 made by Kendall Chenier to Nicholas D or Pamela M Rende, to secure a note in the originally stated principal amount of $400,000.00;

     b.     the UBS Security Documents; and

     c.     the Markwell 8077 Lis Pendens.

10.     The Receiver is hereby vested with full power and authority to execute any and all closing documents associated with the conveyances of the Properties, including, but not limited to, deeds, bills of sale, affidavits of title, and settlement statements.

11.     The proceeds from the sales of the Properties shall be held by the Receiver in separate subaccounts for which the Receiver shall maintain an accounting as to all sums deposited therein, with all mortgages, liens, claims, and encumbrances attaching to the sales proceeds with the same force, validity, status, and effect, if any, as they had against the

properties being sold. The sums in the subaccounts shall not be available to pay operating expenses of the Receivership nor for any other expense or distribution, absent further order of Court.

Entered:

The Honorable John Z. Lee

Date: 4/5/21

**TAB A**

**4611-17 SOUTH DREXEL,**
**CHICAGO, ILLINOIS 60653**
SSDF1 4611 S DREXEL LLC
20-02-316-003-0000

THE SOUTH 19.3 FEET OF LOT 2 AND THE NORTH HALF OF LOT 3 IN BLOCK 8, IN WALKER & STINSON'S SUBDIVISION OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 2, TOWNSHIP 38 NORTH, RANGE 14 LYING EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT FROM SAID PREMISES THE WEST 60 FEET OF SAID LOTS CONVEYED TO THE SOUTH PARK COMMISSIONERS), IN COOK COUNTY, ILLINOIS.

**6217-27 SOUTH DORCHESTER**
**CHICAGO, ILLINOIS 60637**
SSDF4 6217 S DORCHESTER LLC
20-14-415-002-0000
20-14-415-003-0000

LOTS 1, 2, 3 AND THE PRIVATE ALLEY EAST OF AND ADJOINING SAID LOTS (EXCEPT THE EAST 21.45 FEET OF THE NORTH 91.61 FEET AND EXCEPT THE EAST 10.20 FEET OF THE SOUTH 33.51 FEET THEREOF), IN GEORGE C. WATTS SUBDIVISION OF LOTS 10, 11, 12, 13 AND 14, IN BLOCK 3, IN O.A. BOGUE'S SUBDIVISION OF THAT PART OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF THE ILLINOIS CENTRAL RAILROAD, IN COOK COUNTY, ILLINOIS.

**7024-32 SOUTH PAXTON**
**CHICAGO, ILLINOIS 60649**
SSDF4 7024 S PAXTON LLC
20-24-424-011-0000

THE SOUTH 20 FEET OF LOT 5, ALL OF LOT 6 AND THE NORTH 40 FEET OF LOT 7 IN THE SUBDIVISION OF THE EAST HALF OF BLOCK 4 (EXCEPT THE SOUTH 22 FEET THEREOF) AND PART ALREADY DEDICATED FOR ALLEY IN COMMISSIONER'S PERTITION, A SUBDIVISION OF THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7255-57 SOUTH EUCLID**
**CHICAGO, ILLINOIS 60649**
SSDF4 7255 S EUCLID LLC
20-25-122-007-0000

LOT 12 AND THE SOUTH 14 1/2 FEET OF LOT 13, ALL IN BLOCK 4 IN SOUTH KENWOOD, A RESUBDIVISION OF PART OF SOUTH KENWOOD, A SUBDIVISION OF BLOCKS 2, 7, AND 8 IN GEORGE W. CLARK'S SUBDIVISION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 25 TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, TOGETHER WITH PART OF BLOCK 3 IN STAVE AND KLEM'S SUBDIVISION OF THE NORTHEAST QUARTER OF SECTION 25 AFORESAID ACCORDING TO THE PLAT RECORDED DECEMBER 14, 1889 IN BOOK 37 OF PLATS PAGE 45 AS DOCUMENT 1197798 IN COOK COUNTY, ILLINOIS.

**1422-24 EAST 68TH**
**CHICAGO, ILLINOIS 60637**
SSPH PORTFOLIO 1 LLC
20-23-404-016-0000

LOTS 27 AND 28 IN BLOCK 3 IN BASS'S SUBDIVISION OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 23, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT THE EAST 256 FEET THEREOF) IN COOK COUNTY, ILLINOIS.

**2800-06 EAST 81ST**
**CHICAGO, ILLINOIS 60617**
SSPH PORTFOLIO 1 LLC
21-31-208-023-0000

LOT 25 AND 26 IN BLOCK 13 IN B.F. JACOB'S SUBDIVISION OF BLOCKS 12 AND 13 IN THE CIRCUIT COURT COMMISSIONER'S PARTITION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER AND THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**4750-52 SOUTH INDIANA**
**CHICAGO, ILLINOIS 60615**
SSPH PORTFOLIO 1 LLC
20-10-102-023-0000

LOT 11 (EXCEPT THAT PART TAKEN FOR WIDENING INDIANA AVENUE) IN BLOCK 1 IN ANNA PRICE'S SUBDIVISION OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**7840-42 SOUTH YATES**
**CHICAGO, ILLINOIS 60649**
SSPH PORTFOLIO 1 LLC
20-25-430-038-0000

LOT 16 AND 17 IN WATSON AND BARTLETT'S SUBDIVISION OF BLOCK 8 IN THE CIRCUIT COURT PARTITION OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.