UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>v.<br><br>EQUITYBUILD, INC.,<br>EQUITYBUILD FINANCE, LLC,<br>JEROME H. COHEN, and<br>SHAUN D. COHEN,<br><br>                Defendants. | Civil Action No. 18-CV-5587<br><br>Hon. John Z. Lee<br><br>Magistrate Judge Young B. Kim |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE USE OF PROCEEDS FROM SALE OF RECEIVERSHIP PROPERTY**

WHEREAS, Kevin B. Duff, as court-appointed receiver ("Receiver") for (1) 7749 S Yates, (2) 8201 S Kingston, (3) 8047-55 S Manistee, (4) 7051 S Bennett, (5) 431 E 42nd Place, and (6) 4520 S Drexel, has filed a Motion To Approve Use Of Proceeds From Sale Of Receivership Property (the "Motion"); and

WHEREAS, the Court finds that the Receiver has given fair, adequate, and sufficient notice to all interested parties, including all mortgagees and other encumbrancers affected by the Motion;

NOW, THEREFORE, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Receiver is authorized to withdraw funds from the segregated bank accounts holding proceeds from the sales of the properties located at (1) 7749 S Yates, (2) 8201 S Kingston, (3) 8047-55 S Manistee, and (4) 7051 S Bennett in order to pay outstanding accounts payable balances to the prior manager of those properties, WPD Management.

3. The Receiver is authorized to withdraw funds from the segregated bank account holding proceeds from the sale of the property located at 431 E 42nd Place to pay a $660 judgment entered by the City of Chicago Department of Administrative Proceedings.

4. The Receiver is authorized to withdraw funds from the segregated bank accounts holding proceeds from the sale of the property located at 4520 S. Drexel to pay an insurance deductible in the amount of $25,000 to The Cincinnati Specialty Underwriters Insurance Company.

Entered: 4/30/21

John Z. Lee
United States District Court Judge