IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-5587 |
| v. | ) Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Magistrate Judge Young B. Kim |
| Defendants. | ) |

## JOINT STATUS REPORT

The undersigned counsel for the Receiver, for certain of the Institutional Lenders, for certain of the Investor Lenders, and for the SEC submit the following joint status report to the Court concerning the availability of the EquityBuild documents.

The claims process for the first group of claimants currently is scheduled to begin on July 6, 2021. The project of creating the database and then providing access to the EquityBuild documents is on track for completion by July 1, 2021. Therefore, the undersigned anticipate that the EquityBuild documents will be available to all parties as of the commencement of the claims process

On or about June 24, 2021 (or at least seven days prior to the date the database will be available), the Receiver will email all claimants notifying them that the

database will be available between July 1, 2021 and December 31, 2021, and providing contact information for the database vendor, who will make arrangements with any claimants desiring to pay to access to the database.

There are two options available to claimants:

a. For a one-time fee of $100, any individual claimant may obtain log-in credentials to access the documents in the electronic database for any portion of the six-month period still remaining, conduct searches of the documents for words or phrases contained in the documents, and select documents to download and retain for the pendency of this matter, to use only for purposes authorized by the Agreed Confidentiality Order.

b. For a one-time fee of $300, plus an additional $400 monthly fee, a claimant or a claimant's counsel may opt to enter into a service agreement with the vendor, CloudNine, in order to obtain their own database with all of the capabilities offered by the proprietary CloudNine Review™ platform (see https://cloudnine.com/software/cloudnine-review/) for any number of months within the six-month period. Before the database is disabled on December 31, 2021, claimants selecting this option will also need to download and retain any documents they wish to use in this matter after that date.

Whichever option is chosen, the vendor will require payment of the flat fee or a deposit, and a signed "Acknowledgement and Agreement to Be Bound" by the Agreed Confidentiality Order (Dkt. 917), in order to provide the claimant with credentials to access the database.

On July 6, 2021, the Receiver will file the Framing Report described in the Court's Order Regarding Claims Resolution Process No. 2 (Dkt. 941).

Dated: June 18, 2021

Respectfully submitted,

/s/ Michael Rachlis
Michael Rachlis
Jodi Rosen Wine
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
(312) 733-3950; Fax (312) 733-3952
mrachlis@rdaplaw.net
jwine@rdaplaw.net
*Attorneys for Kevin B. Duff, Receiver*

/s/ Benjamin J. Hanauer
Benjamin J. Hanauer (hanauerb@sec.gov)
Timothy J. Stockwell (stockwellt@sec.gov)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-7390; Fax (312) 353-7398
*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

s/ Ronald Damashek
Ronald Damashek
rdamashek@stahlcowen.com
Dickinson Wright PLLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
(312) 377-7858
*Counsel for Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB14; Midland Loan Services, a Division of PNC Bank, National Association; Thorofare Asset Based Lending REIT Fund IV, LLC; and Liberty EBCP, LLC*

/s/ Michael Gilman
Michael Gilman (6182779)
mgilman@dykema.com
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 627-5675
*Counsel for Federal Home Loan Mortgage Corporation Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16; Wilmington Trust, National Association, as Trustee for the Registered Holders of UBS Commercial Mortgage Trust 2017-C1,Commercial Mortgage Pass-Through Certificates, Series 2017-C1; Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48; Federal National Mortgage Association; U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial*

/s/ Max A. Stein
Max A. Stein (ARDC # 6275993)
Lauren E. Dreifus (ARDC # 6317983)
Boodell & Domanskis, LLC
One North Franklin, Suite 1200
Chicago, IL 60606
mstein@boodlaw.com
ldreifus@boodlaw.com

3

*Counsel for Bill Akins, Paul Applefield, Manuel Cadaval, Dana Cadaval, Jacob Cadaval, Joshua Lapin, Cadaval Investment Trust, Karl Deklotz, Deklotz Investment Properties, Pat Desantis, Julie Farr-Barksdale, Joel Feingold, Francisco Fernandez, Patricia E Gomes, RAVIN3, LLC, Longwood 11117, LLC, Roj Gupta, Amit Hammer, Conrad Hanns, Robert Jennings, Cynthia Jennings, Asbury R. Lockett, Richard Lohrman, Mary Lohrman, Don Minchow, Russ Moreland, Lori Moreland, Alan Schankman, Vicki Schankman, Knickerbocker Investments, Coleman Scheuller, Harvey Singer, Aryeh (Judah) Smith, Brook Swientisky, Sarah Swientisky, J&S Investment LLC, Kathy Bischoff Talman, Kristien Van Hecke, Dwight Plymale, DK Phenix Investments LLC, Norman (Bud) Wheeler, Melinda Mayne, Liberty Quest Investment Group LLC*

*Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41;U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50;U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30 Sabal TL1 LLC; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Benefit of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates; Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017¬2; BC57, LLC; UBS AG*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the foregoing **Joint Status Report** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing **Joint Status Report** to be served upon the following individuals or entities by electronic mail:

- All known EquityBuild investors; and

- All known individuals or entities that submitted a proof of claim in this action (sent to the e-mail address each claimant provided on the claim form).

I further certify that the **Joint Status Report** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net