**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) ) | |
| **Plaintiff,** ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Judge John Z. Lee |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** ) ) ) ) | Magistrate Judge Young B. Kim |
| **Defendants.** ) ) | |

## FRAMING REPORT FOR GROUP 1

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), pursuant to the Court's February 9, 2021 Order (Dkt. No. 941) states the following:

1. The Court has ordered a dispute resolution process whereby the 116 properties formerly owned by EquityBuild and its affiliated entities will be divided into groups and the Court will consider and resolve the competing claims against each of the properties in the group. You are receiving this Framing Report because you have asserted an interest in one or more of the properties in the first Group that is currently before the Court.

2. Because different claimants assert that the mortgage lien in which they hold an interest is in the first position and should be paid before other claimants' liens, the Court will use this disputed claims process to determine which lien (or liens) are in fact entitled to priority, which will determine which claimant or claimants are entitled to a distribution of the available funds from

the sale of that property. Through this process, claimants will be able to learn about the other claims against the property or properties in which they assert an interest, and to explain to the Court why their claim may be superior. Claimants whose liens are determined to be inferior are unlikely to receive a distribution from the property sale if the liens against the property exceed the amount of the net sales proceeds available for distribution.

3. A full description of the steps of this process can be found in the Court's Order Regarding Claims Resolution Process No. 2 (Dkt. No. 941). Note that the Receiver does not represent any of the claimants and cannot offer advice to claimants about how to most effectively participate in the claims process. Claimants may want to consider retaining counsel to represent them in connection with the claims process.

4. Pursuant to Receiver's Proposed Grouping of Properties (Dkt. No. 938), Group 1 will consist of the following properties:

- 3074 Cheltenham Place a/k/a 7836 S Shore Drive (Property No. 74);
- 7625-33 S East End Avenue (Property No. 75);
- 7635-43 S East End Avenue (Property No. 76);
- 7750-58 S Muskegon Avenue a/k/a 2818-36 E 78th Street (Property No. 77); and
- 7201 S Constance Avenue a/k/a 1825-31 E 72nd Street (Property No. 78)

5. All Claimants that submitted Proof of Claims against Group 1 are identified on the attached **Exhibit 1**, Claims List for Group 1.

6. The primary, secondary, and counsel email addresses for the Claimants in Group 1 are identified on the attached **Exhibit 2**, Email Service List for Group 1.

7. The Receiver has created an email distribution list for the Email Service List, which has the following email address to be used solely for the service of documents during the Group 1 Claims Resolution Process: EBGroup1service@rdaplaw.net.

8. Pursuant to the Court's February 9, 2021 Order (Dkt. No. 940), the Proofs of Claim and supporting documentation submitted by Claimants asserting an interest in the individual properties in Group 1 were made available to each of the other Group 1 Claimants asserting an interest in the same property on March 5, 2021 (Property No. 74) and March 8, 2021 (Property Nos. 75-78.)

9. Pursuant to the Court's February 9, 2021 Order (Dkt. No. 940), the EquityBuild Document Database has been made available to any Claimant electing to purchase a license during the period from July 1, 2021 through December 31, 2021.

10. A form schedule for the summary proceedings for Group 1 is attached as **Exhibit 3** hereto. Upon entry of a minute order approving the Group, the Receiver will submit a proposed order with the dates filled in to Proposed_Order_Lee@ilnd.uscourts.gov.

11. Within two days of entry of the Court's order, the Receiver will serve all claimants in Group 1 with the standard discovery requests that have been approved by the Court. Claimants will have 28 days to respond to these requests in accordance with the instructions set forth in the requests.

Dated: July 6, 2021                                 Kevin B. Duff, Receiver

                                      By:    /s/ Michael Rachlis
                                             Michael Rachlis
                                             Jodi Rosen Wine
                                             Rachlis Duff & Peel LLC
                                             542 South Dearborn Street, Suite 900
                                             Chicago, IL 60605
                                             Phone (312) 733-3950
                                             mrachlis@rdaplaw.net

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, I electronically filed the foregoing **Framing Report for Group 1** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. Copies of the foregoing were served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing **Report**, to be served upon all claimants included on the Email Service List for Group 1 by electronic mail.

I further certify that the **Report** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

# EXHIBIT 1

| Property Number | Property Address | Alternative Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Claim Number |
|---|---|---|---|---|---|---|---|
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | 1839 Fund I LLC | $ 90,075.00 | Investor-Lender | $ 50,000.00 | 74-367 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Adir Hazan | $ 150,000.00 | Investor-Lender | $ 50,000.00 | 74-143 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Alton Motes and Vicki Elaine Washburn JTWROS | $ 245,841.62 | Investor-Lender | $ 80,000.00 | 74-2042 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | BC57, LLC | $ 6,439,502.67 | Institutional Lender | | 74-557 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | BTRUE LLC  Barry J. Oates | $ 93,600.00 | Equity Investor | $ 38,400.00 | 74-669 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Christopher Pong | $ 30,140.90 | Investor-Lender | $ 29,280.00 | 74-760 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | City of Chicago | $ 78,479.20 | Other | $ 10,812.42 | 74-693 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Daniel Matthews, Leah Matthews | $ 185,922.54 | Investor-Lender | $ 20,000.00 | 74-117 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Danyel Tiefenbacher and Jamie Lai | $ 51,750.99 | Investor-Lender | $ 50,000.00 | 74-510 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Duane A Degenhardt and Linda S. Degnhardt | $ 645,000.00 | Investor-Lender | $ 66,684.00 | 74-2015 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Erika Dietz | $ 20,000.00 | Investor-Lender | $ 50,000.00 | 74-1283 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | G&M You-Nique Properties, LLC | $ 62,325.00 | Investor-Lender | $ 60,000.00 | 74-722 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Grathia Corp | $ 1,184,081.00 | Investor-Lender | $ 100,000.00 | 74-1445 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | iPlan Group Agent for Custodian FBO Jyotsna Sharma IRA | $ 50,000.00 | Investor-Lender | $ 25,000.00 | 74-341 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | IPlanGroup Agent for Custodian FBO Mark Young | $ 380,000.00 | Investor-Lender | $ 100,000.00 | 74-1446 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Ira J. Fields Living Trust, Glynis Sheppard, Trustee | $ 65,750.00 | Investor-Lender and Equity Investor | $ 50,000.00 | 74-1240 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | James Hoven | $ 50,000.00 | Investor-Lender | $ 50,000.00 | 74-2029 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Jill Meekcoms (Halverson) | $ 113,999.92 | Investor-Lender | $ 50,000.00 | 74-548 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | John Taxeras | $ 105,686.72 | Investor-Lender | $ 18,552.85 | 74-994 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Joshua Morrow | $ 51,749.99 | Investor-Lender | $ 50,000.00 | 74-734 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Julia Pong | $ 34,947.00 | Investor-Lender | $ 34,572.00 | 74-1022 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Kenneth (Ken) and Maria (Tina) Jorgensen | $ 453,233.25 | Investor-Lender | $ 42,000.00 | 74-194 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Kester Brothers Farm, LLC, C/O James R. Kester | $ 152,911.82 | Investor-Lender | $ 50,000.00 | 74-944 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Kevin Randall | $ 200,000.00 | Investor-Lender | $ 50,000.00 | 74-811 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | KKW Investments, LLC | $ 100,033.40 | Investor-Lender | $ 1,600.00 | 74-336 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Madison Trust Company Agent for Custodian FBO  The Jacqueline C Rowe Living Trust IRA | $ 623,489.57 | Equity Investor | | 74-163 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Madison Trust Company Custodian FBO Robert W. Jennings Account# M1605053 | $ 309,318.75 | Investor-Lender | $ 74,539.00 | 74-241 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | $ 631,739.82 | Investor-Lender | $ 86,515.00 | 74-1412 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Michael F Grant & L. Gretchen Grant (Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16th 2012) | $ 695,000.00 | Investor-Lender | $ 50,000.00 | 74-393 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | New Move Ventures Inc.  (Steven Fecko) | $ 120,000.00 | Investor-Lender | $ 50,000.00 | 74-115 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Optima Property Solutions, LLC | $ 487,209.71 | Investor-Lender | $ 60,000.00 | 74-1023 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Pat DeSantis | $ 2,684,539.00 | Investor-Lender | $ 110,000.00 | 74-397 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 25,000.00 | 74-300 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | PNW Investments, LLC | $ 350,000.00 | Investor-Lender | $ 10,000.00 | 74-332 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and Acct# 15528-21 | $ 89,482.53 | Investor-Lender | $ 56,000.00 | 74-1352 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | QuestIRAFBOFrancisDWebb1437711 | $ 185,819.00 | Investor-Lender | $ 22,035.00 | 74-218 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Sam Gerber, CEO, Gerber and Associates, REI, LLC | $ 139,985.85 | Investor-Lender | $ 80,000.00 | 74-562 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | SAMUEL HOME SOLUTIONS LLC, GEORGE SAMUEL | $ 235,519.28 | Investor-Lender | $ 41,131.00 | 74-347 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Scott E Pammer | $ 243,954.00 | Investor-Lender | $ 70,000.00 | 74-827 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Sidney Haggins | $ 85,000.00 | Investor-Lender | $ 30,000.00 | 74-1434 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Susan Kalisiak-Tingle | $ 469,921.00 | Investor-Lender | $ 50,000.00 | 74-1438 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Terry L. Merrill, Sheryl R. Merrill | $ 299,500.00 | Investor-Lender | $ 50,000.00 | 74-602 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | TruStar Real Estate Solutions, LLC | $ 385,000.00 | Investor-Lender | $ 75,000.00 | 74-337 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Vladimir Matviishin | $ 199,075.00 | Investor-Lender | $ 28,075.00 | 74-233 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Vladimir Matviishin, dba Network Expert | $ 138,075.00 | Investor-Lender | $ 28,075.00 | 74-1387 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Walter T Akita and Margaret M Akita | $ 100,000.00 | Investor-Lender | $ 50,000.00 | 74-950 |
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Young Family Trust | $ 115,000.00 | Investor-Lender | $ 45,000.00 | 74-1452 |

| Property Number | Property Address | Alternative Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Claim Number |
|---|---|---|---|---|---|---|---|
| 74 | 3074 Cheltenham Place | 7836 S Shore Drive | Yvette Nazaire Camacho (iPlanGroup Agent for Custodian FBO Yvette Nazaire Camacho IRA) | $ 30,000.00 | Investor-Lender | $ 30,000.00 | 74-487 |
| 75 | 7625-33 S East End Avenue | | Alcalli Sabat | $ 109,396.68 | Investor-Lender | $ 22,993.00 | 75-786 |
| 75 | 7625-33 S East End Avenue | | Asians Investing In Real Estate LLC | $ 1,278,402.00 | Investor-Lender | $ 50,000.00 | 75-503 |
| 75 | 7625-33 S East End Avenue | | BC57, LLC | $ 6,439,502.67 | Institutional Lender | | 75-557 |
| 75 | 7625-33 S East End Avenue | | Brad and Linda Lutz | $ 813,582.00 | Investor-Lender | $ 325,962.00 | 75-962 |
| 75 | 7625-33 S East End Avenue | | Capital Investors, LLC | $ 930,376.31 | Investor-Lender | $ 36,207.00 | 75-1490 |
| 75 | 7625-33 S East End Avenue | | City of Chicago | $ 78,479.20 | Other | $ 1,895.90 | 75-693 |
| 75 | 7625-33 S East End Avenue | | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | $ 1,031,324.00 | Investor-Lender | $ 176,226.00 | 75-180 |
| 75 | 7625-33 S East End Avenue | | Geronimo Usuga Carmona | $ 8,937.50 | Investor-Lender | $ 35,667.00 | 75-543 |
| 75 | 7625-33 S East End Avenue | | KKW Investments, LLC | $ 100,033.40 | Investor-Lender | $ 75,000.00 | 75-336 |
| 75 | 7625-33 S East End Avenue | | Knickerbocker LLC | $ 102,505.16 | Investor-Lender | $ 39,664.00 | 75-2035 |
| 75 | 7625-33 S East End Avenue | | Lorenzo Jaquias | $ 71,635.00 | Investor-Lender | $ 50,000.00 | 75-184 |
| 75 | 7625-33 S East End Avenue | | Madison Trust Company Agent for Custodian FBO The Jacqueline C Rowe Living Trust IRA | $ 623,489.57 | Equity Investor | | 75-163 |
| 75 | 7625-33 S East End Avenue | | Michael James Guilford and Nancy Richard-Guilford, Jointly with Right of Survivorship | $ 310,000.00 | Investor-Lender | $ 92,561.00 | 75-516 |
| 75 | 7625-33 S East End Avenue | | Randall Sotka | $ 255,000.00 | Investor-Lender | $ 38,826.00 | 75-1207 |
| 75 | 7625-33 S East End Avenue | | Robert Potter | $ 282,999.00 | Investor-Lender | $ 786.00 | 75-1389 |
| 75 | 7625-33 S East End Avenue | | Stephan Tang | $ 123,256.97 | Investor-Lender | $ 25,185.00 | 75-1111 |
| 75 | 7625-33 S East End Avenue | | Steven R. Bald | $ 586,378.00 | Investor-Lender | | 75-399 |
| 75 | 7625-33 S East End Avenue | | Strata Trust Company FBO David J Geldart | $ 230,621.00 | Investor-Lender | | 75-1010 |
| 75 | 7625-33 S East End Avenue | | The Peter Paul Nuspl Living Trust | $ 1,123,278.00 | Investor-Lender | $ 167,100.00 | 75-2044 |
| 75 | 7625-33 S East End Avenue | | United Capital Properties, LLC | $ 144,999.00 | Investor-Lender | $ 2,303.00 | 75-1480 |
| 75 | 7625-33 S East End Avenue | | Wesley Pittman (Pittman Gold LLC) | $ 180,048.45 | Investor-Lender | $ 150,000.00 | 75-469 |
| 76 | 7635-43 S East End Avenue | | Arthur and Dinah Bertrand | $ 1,000,000.00 | Investor-Lender | $ 217,448.00 | 76-890 |
| 76 | 7635-43 S East End Avenue | | Arthur Bertrand | $ 78,079.82 | Investor-Lender | $ 2,875.00 | 76-892 |
| 76 | 7635-43 S East End Avenue | | BC57, LLC | $ 6,439,502.67 | Institutional Lender | | 76-557 |
| 76 | 7635-43 S East End Avenue | | Carolyn B Ucker | $ 50,000.00 | Equity Investor | $ 25,000.00 | 76-1099 |
| 76 | 7635-43 S East End Avenue | | Cecilia Wolff | $ 73,887.50 | Investor-Lender | $ 25,000.00 | 76-1204 |
| 76 | 7635-43 S East End Avenue | | City of Chicago | $ 78,479.20 | Other | $ 610.08 | 76-693 |
| 76 | 7635-43 S East End Avenue | | Daniel Matthews, Leah Matthews | $ 185,922.54 | Investor-Lender | $ 72,029.00 | 76-117 |
| 76 | 7635-43 S East End Avenue | | Dennis & Mary Ann Hennefer | $ 679,378.00 | Investor-Lender | $ 25,000.00 | 76-355 |
| 76 | 7635-43 S East End Avenue | | Equity Trust Custodian FBO Dorothy Marie Baker IRA | $ 15,000.00 | Investor-Lender | $ 10,000.00 | 76-2007 |
| 76 | 7635-43 S East End Avenue | | Frank Starosciak | $ 47,407.14 | Investor-Lender | $ 17,125.00 | 76-1239 |
| 76 | 7635-43 S East End Avenue | | Gary R Burnham Jr Solo401K Trust | $ 42,029.00 | Investor-Lender | $ 42,029.00 | 76-1067 |
| 76 | 7635-43 S East End Avenue | | iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | $ 71,321.00 | Investor-Lender | $ 10,000.00 | 76-448 |
| 76 | 7635-43 S East End Avenue | | James Clements | $ 185,910.00 | Investor-Lender | $ 20,000.00 | 76-1402 |
| 76 | 7635-43 S East End Avenue | | Jeffry M. Edwards | $ 50,000.00 | Investor-Lender | $ 50,000.00 | 76-666 |
| 76 | 7635-43 S East End Avenue | | JK Electron, Inc., Jan Kobylarczyk | $ 13,250.00 | Trade Creditor | $ 13,250.00 | 76-1297 |
| 76 | 7635-43 S East End Avenue | | John Bloxham | $ 51,500.00 | Investor-Lender | $ 50,000.00 | 76-1012 |
| 76 | 7635-43 S East End Avenue | | Lorenzo Jaquias | $ 71,635.00 | Investor-Lender | $ 50,000.00 | 76-184 |
| 76 | 7635-43 S East End Avenue | | Manoj Donthineni | $ 71,544.30 | Investor-Lender | $ 41,007.00 | 76-1357 |
| 76 | 7635-43 S East End Avenue | | Michael James Guilford and Nancy Richard-Guilford, Jointly with Right of Survivorship | $ 310,000.00 | Investor-Lender | $ 57,439.00 | 76-516 |
| 76 | 7635-43 S East End Avenue | | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 50,000.00 | 76-300 |
| 76 | 7635-43 S East End Avenue | | Penny W Goree | $ 36,000.00 | Equity Investor | $ 50,000.00 | 76-236 |
| 76 | 7635-43 S East End Avenue | | QCH Investment Trust | $ 50,000.00 | Investor-Lender | $ 50,000.00 | 76-1436 |
| 76 | 7635-43 S East End Avenue | | Robert Guiney | $ 112,260.00 | Investor-Lender | $ 18,250.00 | 76-798 |
| 76 | 7635-43 S East End Avenue | | Steven R. Bald | $ 586,378.00 | Investor-Lender | | 76-399 |
| 76 | 7635-43 S East End Avenue | | THE INCOME FUND, LLC Thomas Garlock, Managing Member | $ 771,830.76 | Investor-Lender | $ 80,000.00 | 76-1421 |
| 76 | 7635-43 S East End Avenue | | The Peter Paul Nuspl Living Trust | $ 1,123,278.00 | Investor-Lender | $ 50,000.00 | 76-2044 |
| 76 | 7635-43 S East End Avenue | | Tiger Chang Investments LLC | $ 49,000.00 | Investor-Lender | $ 25,000.00 | 76-164 |

| Property Number | Property Address | Alternative Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Claim Number |
|---|---|---|---|---|---|---|---|
| 76 | 7635-43 S East End Avenue | | Total Return Income Fund, LLC Thomas Garlock, Managing Member | $ 1,571,886.00 | Investor-Lender | $ 520,000.00 | 76-1366 |
| 76 | 7635-43 S East End Avenue | | Trey Hopkins | $ 100,000.00 | Investor-Lender | $ 100,000.00 | 76-714 |
| 76 | 7635-43 S East End Avenue | | Umbrella Investment Partners | $ 72,894.00 | Investor-Lender | $ 12,833.00 | 76-1167 |
| 76 | 7635-43 S East End Avenue | | Winnie Quick Blackwell (née Winnie Jannett Quick) | $ 11,000.00 | Investor-Lender | $ 11,000.00 | 76-102 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Alton Motes (Alton P. Motes Trust UTA 12-15-11) | $ 245,841.62 | Investor-Lender | $ 43,000.00 | 77-2042 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Arthur and Dinah Bertrand | $ 1,000,000.00 | Investor-Lender | $ 100,000.00 | 77-890 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Bancroft, Ed (iPlanGroup Agent for Custodian FBO Ed Bancroft Roth) | $ 258,060.00 | Investor-Lender and Equity Investor | | 77-2008 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | BC57, LLC | $ 6,439,502.67 | Institutional Lender | | 77-557 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Celia Tong Revocable Living Trust Dated December 22, 2011 | | Investor-Lender | $ 25,000.00 | 77-287 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Christopher Wilson and Brittny Wilson (Niosi) | $ 52,000.00 | Investor-Lender | $ 50,000.00 | 77-807 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | CLD Construction, Inc. (Doru Unchias) | $ 434,935.00 | Independent Contractor | $ 49,000.00 | 77-1454 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | DANIEL J MARTINEAU | $ 321,016.60 | Investor-Lender | $ 100,000.00 | 77-1299 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Danielle DeVarne | $ 150,000.00 | Investor-Lender | $ 50,000.00 | 77-679 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Derrick, Horace | $ 100,000.00 | Investor-Lender | $ 100,000.00 | 77-2016 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Fraser Realty Investments, LLC | $ 120,000.00 | Investor-Lender | $ 100,000.00 | 77-1079 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Girl Cat Capital West LLC, Valentina Salge, President | $ 212,145.00 | Investor-Lender | $ 25,000.00 | 77-350 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Henry D. Gallucci | $ 77,000.00 | Investor-Lender | $ 60,000.00 | 77-2059 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Hillside Fund, LLC - Janet F. Turco, Owner/ Managing Member | $ 505,000.00 | Investor-Lender | $ 125,000.00 | 77-101 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | iPlan Group FBO Randall Pong IRA | $ 60,568.03 | Investor-Lender and Equity Investor | | 77-728 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | $ 238,889.23 | Investor-Lender | $ 10,633.00 | 77-331 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Jason Ragan - TSA | $ 327,324.29 | Equity Investor | $ 2,022.00 | 77-797 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | John E. Wysocki | $ 117,000.00 | Equity Investor | | 77-740 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | John Taxeras | $ 105,686.72 | Equity Investor | $ 21,400.00 | 77-994 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Kingdom Trust Company, Custodian, FBO Louis Duane Velez SEP IRA acct # 7422686172 | $ 100,000.00 | Investor-Lender | $ 100,000.00 | 77-1475 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Maher, Avery (Christopher Maher CESA) | $ 11,000.00 | Investor-Lender | $ 11,000.00 | 77-2080 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Maher, Christopher | $ 30,500.00 | Investor-Lender | $ 14,000.00 | 77-2036 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Maher, Gavin (Christopher Maher, CESA) | $ 15,000.00 | Investor-Lender | $ 15,000.00 | 77-2081 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Maher, Travis (Christopher Maher, CESA) | $ 10,000.00 | Investor-Lender | $ 10,000.00 | 77-2082 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Mark P. Mouty | $ 180,702.77 | Investor-Lender | $ 50,000.00 | 77-165 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Mark Young | $ 366,131.08 | Investor-Lender | $ 100,000.00 | 77-1154 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Matthew Boyd | $ 405,000.00 | Investor-Lender | $ 50,000.00 | 77-2060 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | $ 631,739.82 | Investor-Lender | $ 25,000.00 | 77-1412 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | $ 631,739.82 | Investor-Lender | $ 2,005.00 | 77-1412 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 50,000.00 | 77-300 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Paul Scribner | $ 200,000.00 | Investor-Lender | $ 6,708.00 | 77-1135 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | QuestIRAFBOFrancisDWebb1437711 | $ 185,819.00 | Investor-Lender | $ 50,000.00 | 77-218 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Scott E Pammer | $ 243,954.00 | Investor-Lender | $ 70,000.00 | 77-827 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Self Directed IRA Services, Inc., Custodian FBO Ping Liu IRA | $ 57,290.32 | Investor-Lender | $ 50,000.00 | 77-544 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Spectra Investments LLC/ Deborah L. Mullica | $ 579,288.00 | Investor-Lender | $ 82,255.00 | 77-1220 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Steven and Linda Lipschultz | $ 350,360.00 | Investor-Lender | $ 100,000.00 | 77-1442 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Terry L. Merrill, Sheryl R. Merrill | $ 299,500.00 | Investor-Lender | $ 49,500.00 | 77-602 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | The Anchor Group LLC - Ronald J. Hansen, Managing Partner (c/o Viola Hansen) | $ 25,000.00 | Investor-Lender | $ 25,000.00 | 77-949 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | The Edward Falkowitz Living Trust | $ 305,584.73 | Investor-Lender | | 77-575 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | THE INCOME FUND, LLC Thomas Garlock, Managing Member | $ 771,830.76 | Investor-Lender | $ 150,000.00 | 77-1421 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | The Mennco Properties, LLC. Solo 401K Plan (by Robert Mennella Managing Partner) | $ 50,000.00 | Investor-Lender | $ 50,000.00 | 77-1032 |
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Thomas F. Gordon | $ 200,000.00 | Equity Investor | $ 100,000.00 | 77-2023 |

| Property Number | Property Address | Alternative Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Claim Number |
|---|---|---|---|---|---|---|---|
| 77 | 7750-58 S Muskegon Avenue | 2818-36 E 78th Street | Walter Akita | $ 50,000.00 | Investor-Lender | $ 50,000.00 | 77-1361 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Aaron Beauclair | $ 40,000.00 | Investor-Lender | $ 10,000.00 | 78-408 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Arthur and Dinah Bertrand | $ 1,000,000.00 | Investor-Lender | $ 100,000.00 | 78-890 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Bancroft, Ed (iPlanGroup Agent for Custodian FBO Ed Bancroft Roth) | $ 258,060.00 | Investor-Lender and Equity Investor | | 78-2008 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | BC57, LLC | $ 6,439,502.67 | Institutional Lender | | 78-557 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Cecilia Wolff (iPlan Group Agent for Custodian FBO Cecilia Wolff) | $ 73,887.50 | Investor-Lender | | 78-1204 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | City of Chicago | $ 78,479.20 | Other | $ 8,124.80 | 78-693 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | CLD Construction, Inc. (Doru Unchias) | $ 434,935.00 | Independent Contractor | $ 131,000.00 | 78-1454 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | $ 1,031,324.00 | Investor-Lender | $ 17,374.00 | 78-180 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Girl Cat Capital West LLC, Valentina Salge, President | $ 212,145.00 | Investor-Lender | $ 16,574.00 | 78-350 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Initium LLC/Harry Saint-Preux | $ 150,000.00 | Investor-Lender | $ 50,000.00 | 78-968 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | James Tutsock | $ 900,000.00 | Investor-Lender | | 78-2057 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Jason Ragan - TSA | $ 327,324.29 | Equity Investor | $ 4,747.00 | 78-797 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | John P. Sullivan | $ 107,000.00 | Investor-Lender | $ 50,000.00 | 78-660 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Kelly E Welton (iPlanGroup Agent for Custodian FBO Kelly Welton, IRA) | $ 83,813.00 | Investor-Lender | $ 31,233.00 | 78-310 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Kirk Road Investments, LLC | $ 434,195.69 | Investor-Lender | $ 63,000.00 | 78-755 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Lori Moreland | $ 21,574.00 | Investor-Lender | $ 10,074.00 | 78-805 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Lori Moreland | $ 52,233.00 | Investor-Lender | $ 48,087.00 | 78-823 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Lori Moreland | $ 102,348.00 | Investor-Lender | $ 52,348.00 | 78-822 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Michael Borgia | $ 1,253,784.00 | Investor-Lender | $ 669,327.00 | 78-231 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Michael C. Jacobs | $ 178,833.00 | Equity Investor | $ 25,000.00 | 78-2031 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Pat DeSantis | $ 2,684,539.00 | Investor-Lender | $ 171,439.00 | 78-397 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | PNW Investments, LLC | $ 350,000.00 | Investor-Lender | $ 50,000.00 | 78-332 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Property Solutions LLC, Kevin Bybee (managing member) | $ 60,000.00 | Investor-Lender | $ 60,000.00 | 78-268 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Provident Trust Group, LLC FBO Stephan Tang IRA | $ 71,815.00 | Investor-Lender | $ 35,345.00 | 78-172 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Rene Hribal | $ 1,525,473.04 | Investor-Lender | $ 439,517.00 | 78-768 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Reynald Lalonde & Chantal Lemaire | $ 51,000.00 | Investor-Lender | $ 50,000.00 | 78-327 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Robert Potter | $ 282,999.00 | Investor-Lender | $ 2,796.00 | 78-1389 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Sidney Haggins | $ 70,000.00 | Investor-Lender | $ 50,000.00 | 78-1431 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Steven J. Talyai | $ 175,000.00 | Investor-Lender | | 78-131 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Steven K. Chennappan IRA # 17293-31 | $ 128,000.00 | Investor-Lender | $ 10,000.00 | 78-206 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Towpath Investments LLC - Robert Kessing (manager) | $ 135,000.00 | Investor-Lender | $ 50,000.00 | 78-338 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | US Freedom Investments, LLC | $ 175,500.00 | Investor-Lender | $ 25,000.00 | 78-1234 |
| 78 | 7201 S Constance Avenue | 1825-31 E 72nd Street | Victor Shaw | $ 296,025.03 | Investor-Lender | $ 55,000.00 | 78-1040 |

# EXHIBIT 2

Email Service List for Group 1

| Claim Numbers | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 74-367 | 1839 Fund I LLC | Vincent@1839AM.com<br>info@1839AM.com | Michael Kurtz | mkurtz@kalawchicago.com | mkurtz@kalawchicago.com |
| 78-408 | Aaron Beauclair | abeauclair@gmail.com | | | |
| 74-143 | Adir Hazan | adir.hazan@gmail.com | | | |
| 74-786 | Alcalli Sabat | elsabat84@yahoo.com | | | |
| 77-2042 | Alton Motes (Alton P. Motes Trust UTA 12-15-11) | altonmotes@gmail.com | | | |
| 74-2042 | Alton Parnell Motes and Vicki Elaine Washburn | altonmotes@gmail.com | | | |
| 76-890<br>77-890<br>78-890 | Arthur and Dinah Bertrand | Outofafrica05@gmail.com | | | |
| 76-892 | Arthur Bertrand | outofafrica05@gmail.com | | | |
| 75-503 | Asians Investing In Real Estate LLC | annliu49@yahoo.com | Chuchun Liu | annliu49@yahoo.com | msmith@smithlawchicago.com |
| 74-557<br>75-557<br>76-557<br>77-557<br>78-557 | BC57, LLC | jjarjosa@bloomfieldcapital.com | Scott Kite, David Hart and Michael Gilman | skitei@honigman.com<br>DHART@MADDINHAUSER.COM<br>mgilman@dykema.com | jsgroi@honigman.com<br>MGilman@dykema.com |
| 75-962 | Brad and Linda Lutz | Linda.lutz@creeksideequities.com | | | |
| 74-669 | BTRUE LLC Barry J. Oates | oatesbk@gmail.com | | | |
| 75-1490 | Capital Investors, LLC | shuvam@ciholdingsgroup.com | Michelle LaGrotta | mlagrotta@gkwwlaw.com | mlagrotta@gkwwlaw.com<br>scondon@gkwwlaw.com<br>tgardiner@gkw-law.com |
| 76-1099 | Carolyn B Ucker | scott@pch1motorsports.com | | | |
| 76-1204<br>78-1204 | Cecilia Wolff (iPlan Group Agent for Custofian FBO Cecilia Wolff) | wolff.c@sbcglobal.net | | | |
| 77-287 | Celia Tong Revocable Living Trust Dated December 22, 2011 | celiayt@hotmail.com | | | |
| 77-2036 | Christopher Maher | topher93@optonline.net | | | |
| 74-760 | Christopher Pong | christopher.pong@gmail.com | | | |
| 77-807 | Christopher Wilson and Brittny Wilson (Niosi) | Chrisw3521@gmail.com<br>Brittnywilson128@gmail.com<br>brittnyniosi@gmail.com | | | |
| 74-693<br>75-693<br>76-693<br>78-693 | City of Chicago | | John Cicchetti and Brandon Hudson | John.Cicchetti@cityofchicago.org<br>Brandon.Hudson@cityofchicago.org | kristina.mcclure@cityofchicago.org |
| 77-1454<br>78-1454 | CLD Construction, Inc. (Doru Unchias) | rgolding@goldinglaw.net | Richard N. Golding | rgolding@goldinglaw.net | |
| 77-1299 | DANIEL J MARTINEAU | djmartineau59@gmail.com | | | |
| 74-117<br>76-117 | Daniel Matthews, Leah Matthews | leah97@gmail.com | | | |
| 77-679 | Danielle DeVarne | dvar143@gmail.com | | | |
| 74-510 | Danyel Tiefenbacher and Jamie Lai | danynla@aol.com<br>laijamie1@gmail.com | | | |
| 76-355 | Dennis & Mary Ann Hennefer | dhennefer@juno.com | | | |
| 74-2015 | Duane A Degenhardt and Linda S. Degnhardt | sherrydegenhardt@gmail.com | | | |
| 77-2008<br>78-2008 | Ed A Bancroft | edabancroft@yahoo.com | | | |
| 75-180<br>78-180 | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | janetfturco@gmail.com | | | |
| 76-2007 | Equity Trust Custodian FBO Dorothy Marie Baker IRA | v.virgin@trustetc.com | | | |
| 74-1283 | Erika Dietz | ekdietz@gmail.com | | | |
| 76-1239 | Frank Starosciak | fstaros@yahoo.com | James Gambles - CamaPlan IRA Administrator | jgambles@camaplan.com | |
| 77-1079 | Fraser Realty Investments, LLC | garyboz@yahoo.com | Gary L Bozlinski | garyboz@yahoo.com | |
| 74-722 | G&M You-Nique Properties, LLC | mgonz53@cox.net | | | |

Email Service List for Group 1

| Claim Numbers | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 76-1067 | Gary R Burnham Jr Solo 401K Trust | garyburnhamjr@gmail.com | | | |
| 75-543 | Geronimo Usuga Carmona | g.usuga@outlook.com | | | |
| 77-350, 78-350 | Girl Cat Capital West LLC, Valentina Salge, President | valentinasalge@gmail.com | | | |
| 74-1445 | Grathia Corp | adooleyt26@yahoo.com | Alan Dooley | adooleyt26@yahoo.com | |
| 77-2059 | Henry D. Gallucci | topher93@optonline.net | | | |
| 77-101 | Hillside Fund, LLC - Janet F. Turco, Owner/ Managing Member | janetfturco@gmail.com | | | |
| 77-2016 | Horace Derrick | horace.derrick@yahoo.com | | | |
| 78-968 | Initium LLC/Harry Saint-Preux | hsaintpreux@gmail.com | | | |
| 74-341 | iPlan Group Agent for Custodian FBO Jyotsna Sharma IRA | jyotsna.meh@gmail.com | | | |
| 77-728 | iPlan Group FBO Randall Pong IRA | mom.akamine@gmail.com | May Akamine | may.m.akamine@gmail.com | |
| 77-331 | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | invest@iplangroup.com | | | |
| 76-448 | iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | laurabanasik@yahoo.com | Michael Dirnberger | mikedirn@gmail.com | |
| 74-1446 | iPlanGroup Agent for Custodian FBO Mark Young | LCipriano@iplangroup.com | Mark Young | myoung@mcmorin.com | |
| 74-1240 | Ira J. Fields Living Trust, Glynis Sheppard, Trustee | universal1kemet@gmail.com | Alicia Sheppard | alsjmp22@gmail.com | |
| 76-1402 | James Clements | jclements@rcn.com | | | |
| 74-2029 | James Hoven | jlhoven1@hotmail.com | | | |
| 78-2057 | James Tutsock | jkingtut@yahoo.com | | | |
| 77-797, 78-797 | Jason Ragan - TSA | jason.ragan@nbfar.com | | | |
| 76-666 | Jeffry M. Edwards | jeffryedwards22@gmail.com  jedwards@mwblawfirm.com | | | |
| 74-548 | Jill Meekcoms (Halverson) | jillmeekcoms@yahoo.com | | | |
| 76-1297 | JK Electron, inc., Jan Kobylarczyk | jk.electron@yahoo.com | | | |
| 76-1012 | John Bloxham | databack48@hotmail.com | | | |
| 77-740 | John E. Wysocki | java2036@gmail.com | | | |
| 78-660 | John P. Sullivan | jsullivannn@yahoo.com | | | |
| 74-994, 77-994 | John R Taxeras | jtaxeras@gmail.com | | | |
| 74-734 | Joshua Morrow | josmorro@gmail.com | | | |
| 74-1022 | Julia Pong | pong.julia@gmail.com | | | |
| 78-310 | Kelly E. Welton (iPlanGroup Agent for Custodian FBO Kelly Welton) | kelwelrt@gmail.com | Sherry Hursey Cowling | sherryhursey@yahoo.com | |
| 74-194 | Kenneth (Ken) and Maria (Tina) Jorgensen | rock451@comcast.net | | | |
| 74-944 | Kester Brothers Farm, LLC, C/O James R. Kester | James@jameskester.com | Lesa A Kapustka | lesa_jo@yahoo.com | |
| 74-811 | Kevin Randall | krandall7128@gmail.com | | | |
| 77-1475 | Kingdom Trust Company, Custodian, FBO Louis Duane Velez SEP | compliance@kingdomtrust.com  info@kingdomtrust.com | Louis Duane Velez | whatsupdoc123@sbcglobal.net | |
| 78-755 | Kirk Road Investments, LLC | johnson.ma@sbcglobal.net | Jerry Crotty | jcrotty@rieckcrotty.com | kbrown@rieckcrotty.com |
| 74-336, 75-336 | KKW Investments, LLC | pnwilmesmeier@charter.net | | | |
| 75-2035 | Knickerbocker LLC | alanskmn@yahoo.com | | | |
| 75-184, 76-184 | Lorenzo J Jaquias | hiloboy@live.com | | | |
| 78-805, 78-822, 78-823 | Lori Moreland | RussellRMoreland@gmail.com | Russ Moreland | RussellRMoreland@gmail.com | |
| 74-163, 75-163 | Madison Trust Company Agent for Custodian FBO The Jacqueline C Rowe Living Trust IRA | jacro2021@gmail.com | | | |
| 74-241 | Madison Trust Company Custodian FBO Robert W. Jennings Account# M1605053 | jennings_robertw@yahoo.com | | | |
| 77-2080 | Maher, Avery (Christopher Maher CESA) | topher93@optonline.net | | | |
| 77-2081 | Maher, Gavin (Christopher Maher, CESA) | topher93@optonline.net | | | |
| 77-2082 | Maher, Travis (Christopher Maher CESA) | topher93@optonline.net | | | |
| 76-1357 | Manoj Donthineni | manojdo@yahoo.com | | | |

Email Service List for Group 1

| Claim Numbers | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 77-165 | Mark P. Mouty | utahpowder@live.com | | | |
| 77-1154 | Mark Young | myoung@mcmorin.com | | | |
| 77-2060 | Matthew Boyd | toramba@sbcglobal.net | | | |
| 74-1412 77-1412 | May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | may.m.akamine@gmail.com | Randall G. Pong | mayreihi@gmail.com | |
| 78-231 | Michael Borgia | mtborgia@gmail.com | | | |
| 78-2031 | Michael C. Jacobs | paradiseparke@frontier.com | | | mstein@boodlaw.com mperez@boodlaw.com ldreifus@boodlaw.com |
| 74-393 | Michael F Grant & L. Gretchen Grant (Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16th 2012) | mfgrant84@gmail.com | Gretchen Grant | Lgretchen44@gmail.com | |
| 75-516 76-516 | Michael James Guilford and Nancy Richard-Guilford, Jointly with Right of Survivorship | mjguilford@yahoo.com | | | |
| 74-115 | New Move Ventures Inc. (Steven Fecko) | STEVENFECKO@MSN.COM | | | |
| 74-1023 | Optima Property Solutions, LLC | jean-marc.cabrol@hpe.com | | | psl@ditommasolaw.com |
| 74-397 78-397 | Pat DeSantis | desantispat@hotmail.com | | | |
| 74-300 76-300 77-300 | Paul N. Wilmesmeier | paul@gogc.com | | | |
| 77-1135 | Paul Scribner | pscribner3@gmail.com | Willie F. Jones | pscribner3@gmail.com | |
| 76-236 | Penny W Goree | penny.goree@gmail.com | | | |
| 74-332 78-332 | PNW Investments, LLC | pwilmesmeier@gogenevacapital.com | | | |
| 78-268 | Property Solutions LLC, Kevin Bybee (managing member) | kevin-bybee@att.net | | | |
| 78-172 | Provident Trust Group, LLC FBO Stephan Tang IRA | stetang@yahoo.com | Stephan Tang | stetang@yahoo.com | |
| 76-1436 | QCH Investment Trust | qchinvtr@gmail.com | Christopher A Hayden | qchinvtr@gmail.com | |
| 74-218 77-218 | Quest IRA FBO Francis D Webb 1437711 | dwoodywebb@gmail.com | | | |
| 74-1352 | QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and #15528-21 | specialservices@questtrust.com | Francisco A. Romero Sr. | rebecaromero2001@gmail.com | |
| 75-1207 | Randall Sotka | sotka@msn.com | | | |
| 78-768 | Rene Hribal | rhribal@yahoo.com | David G. Weibel | dweibel@khwlaw.com | |
| 78-327 | Reynald Lalonde & Chantal Lemaire | rcvg2000@hotmail.com | | | |
| 76-798 | Robert Guiney | bobguiney@yahoo.com | Stephen Lofaso | sdlofaso@lofasopllc.com | |
| 75-1389 78-1389 | Robert Potter | mauizowi@gmail.com | | | |
| 74-562 | Sam Gerber, CEO, Gerber and Associates, REI, LLC | alg9@comcast.net | | | |
| 74-347 | SAMUEL HOME SOLUTIONS LLC, GEORGE SAMUEL | drgsamuel@yahoo.com | | | |
| 74-827 77-827 | Scott E Pammer | scottpammer@comcast.net | | | |
| 77-544 | Self Directed IRA Services, Inc., Custodian FBO Ping Liu IRA | Service@StrataTrust.com | Ping Liu | pingliu2001@yahoo.com | |
| 74-1434 78-1431 | Sidney Haggins | swhaggins@gmail.com | Equity Trust | help@trustetc.com | |
| 77-1220 | Spectra Investments LLC/ Deborah L. Mullica | deborah@mullica.net | Lisha McKinley, Esq. | mckinleyL@s-d.com | haskinst@s-d.com |
| 75-1111 | Stephan Tang | stetang@yahoo.com | | | |
| 77-1442 | Steven and Linda Lipschultz | stevelipz@outlook.com | | | |
| 78-131 | Steven J. Talyai | Digiventure@hotmail.com Talyaisj@gmail.com | | | |
| 78-206 | Steven K. Chennappan IRA # 17293-31 | schennappan@yahoo.com | | | |
| 75-399 76-399 | Steven R. Bald | SB9443@ATT.COM | | ZCMYKRG@YAHOO.COM | |
| 75-1010 | Strata Trust Company FBO David J Geldart | info@StrataTrust.com | David J Geldart | djgeldart@gmail.com | |
| 74-1438 | Susan Kalisiak-Tingle | susankalisiak@icloud.com | | | |

**Email Service List for Group 1**

| Claim Numbers | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 74-602 77-602 | Terry L. Merrill, Sheryl R. Merrill | mainship321@yahoo.com | | | |
| 77-949 | The Anchor Group LLC - Ronald J. Hansen, Managing Partner | vihansen@comcast.net | | | |
| 77-575 | The Edward Falkowitz Living Trust | ed.falkowitz00@gmail.com | | | DMorriss@hinshawlaw.com |
| 76-1421 77-1421 | THE INCOME FUND, LLC  Thomas Garlock, Managing Member | thom@TetonLandDevelopment.com | | | |
| 77-1032 | The Mennco Properties, LLC Solo 401K Plan (by Robert Mennella Managing Partner) | rob.mennella@gmail.com | | | |
| 75-2044 76-2004 | The Peter Paul Nuspl Living Trust | peter07@comcast.net | Michelle A. Dunn | michelle.dunn@comcast.net | |
| 77-2023 | Thomas F. Gordon | torm@goldenheritageinsurance.com | | | |
| 76-164 | Tiger Chang Investments LLC | annliu49@yahoo.com | Chuchun Liu | annliu49@yahoo.com | msmith@smithlawchicago.com |
| 76-1366 | Total Return Income Fund, LLC Thomas Garlock, Managing Member | thom@TetonLandDevelopment.com | | | |
| 78-338 | Towpath Investments LLC - Robert Kessing (manager) | bobkessing@aol.com | | | |
| 76-714 | Trey Hopkins | Treyhopkins@gmail.com | | | |
| 74-337 | TruStar Real Estate Solutions, LLC | jdferrara@yahoo.com | | | |
| 76-1167 | Umbrella Investment Partners | jimrglobal@gmail.com | Matthew D. Robinson | matt@mdrlawoffice.com | |
| 75-1480 | United Capital Properties, LLC | adooleyt26@yahoo.com | Alan P Dooley | adooleyt26@yahoo.com | |
| 78-1234 | US Freedom Investments, LLC | kscheel22@gmail.com | | | |
| 78-1040 | Victor Shaw | victorshaw@yahoo.com | | | |
| 74-233 | Vladimir Matviishin | vlad94103@gmail.com | | | |
| 74-1387 | Vladimir Matviishin, dba Network Expert | netexpert33@gmail.com | Vladimir Matviishin | vlad94103@gmail.com | |
| 77-1361 | Walter Akita | wandmakita@comcast.net | Mark Akita | akitamark@gmail.com | |
| 74-950 | Walter T Akita and Margaret M Akita | wandmakita@comcast.net | Mark Akita | akitamark@gmail.com | |
| 75-469 | Wesley Pittman (Pittman Gold LLC) | wp20774@comcast.net | | | |
| 76-102 | Winnie Quick Blackwell (née Winnie Jannett Quick) | wjquick32@gmail.com | | | |
| 74-1452 | Young Family Trust | myoung@mcmorin.com | | | |
| 74-487 | Yvette Nazaire Camacho (iPlanGroup Agent for Custodian FBO Yvette Nazaire Camacho IRA) | yncamacho@gmail.com | | | |

# **EXHIBIT 3**

**PROPOSED SCHEDULE**
**FOR THE SUMMARY PROCEEDINGS**

| Discovery Event | Deadline Calculation | Deadline Date |
|---|---|---|
| Receiver to serve Order approving the Group | 2 business days of Court's entry of Order commencing proceedings for the Group | |
| Receiver to serve approved standard discovery requests on all claimants included on the Email Service List for the Group | 2 business days of Court's entry of Order commencing proceedings for the Group | |
| Deadline for Claimants to respond to standard discovery requests | 28 days from service of standard discovery requests | |
| Additional discovery requests are due | 14 days after deadline for responses to standard discovery | |
| Deadline for Claimants to respond to additional discovery requests | 28 days after service of additional discovery requests | |
| Deadline to complete Discovery | 120 days from the Order commencing proceedings for the Group | |
| Receiver's Disclosure of Avoidance Claims is due | 14 days after completion of all discovery | |

| | | |
|---|---|---|
| Deadline for any of the lienholders to request leave of Court to take additional discovery relevant to the Receiver's claim | 7 days after filing of Receiver's Disclosure of Avoidance Claims | |
| Position Statements by Claimants and SEC are due | 21 days after filing of Receiver's Disclosure of Avoidance Claims | |
| Receiver's Submission regarding the claims and in support of any avoidance actions due | 21 days after Claimants and SEC submissions | |
| Claimants' and the SEC's Responsive Statements are due | 14 days after the deadline for the Receiver's Submission | |
| Hearing on competing claims and any avoidance claims | To be scheduled by the Court | |