**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 18-cv-5587** |
| **v.** | ) ) | **Judge John Z. Lee** |
| **EQUITYBUILD, INC., et al.,** | ) ) | **Magistrate Judge Young B. Kim** |
| **Defendants.** | ) ) ) | |

**ORDER REGARDING SUMMARY PROCEEDINGS FOR GROUP 1**

The Court, having reviewed the Framing Report for Group 1 (Dkt. 1004) submitted by Kevin B. Duff, as the receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen, and having entered a minute entry approving the same (Dkt. 1005),

IT IS HEREBY ORDERED THAT:

1.      Group 1 of the Claims Resolution Process shall include claimants who submitted Proofs of Claim with respect to one or more of the following five properties:

    a.   3074 Cheltenham Place a/k/a 7836 S Shore Drive (Property No. 74)

    b.   7625-33 S East End Avenue (Property No. 75)

    c.   7635-43 S East End Avenue (Property No. 76)

    d.   7750-58 S Muskegon Avenue a/k/a 2818-36 E 78th Street (Property No. 77)

    e.   7201 S Constance Avenue a/k/a 1825-31 E 72nd Street (Property No. 78)

1

2.      The Schedule of the Summary Proceedings for Group 1 is as follows:

| Discovery Event | Deadline Calculation | Deadline Date |
|---|---|---|
| Receiver to serve Order approving the Group | 2 business days of Court's entry of Order commencing proceedings for the Group | July 9, 2021 |
| Receiver to serve approved standard discovery requests on all claimants included on the Email Service List for the Group | 2 business days of Court's entry of Order commencing proceedings for the Group | July 9, 2021 |
| Deadline for Claimants to respond to standard discovery requests | 28 days from service of standard discovery requests | August 6, 2021 |
| Additional discovery requests are due | 14 days after deadline for responses to standard discovery | August 20, 2021 |
| Deadline for Claimants to respond to additional discovery requests | 28 days after service of additional discovery requests | September 17, 2021 |
| Deadline to complete Discovery | 120 days from the Order commencing proceedings for the Group | November 4, 2021 |
| Receiver's Disclosure of Avoidance Claims is due | 14 days after completion of all discovery | November 18, 2021 |
| Deadline for any of the lienholders to request leave of Court to take additional discovery relevant to the Receiver's claim | 7 days after filing of Receiver's Disclosure of Avoidance Claims | November 25, 2021 |
| Position Statements by Claimants and SEC are due | 21 days after filing of Receiver's Disclosure of Avoidance Claims | December 9, 2021 |
| Receiver's Submission regarding the claims and in support of any avoidance actions due | 21 days after Claimants and SEC submissions | December 30, 2021 |
| Claimants' and the SEC's Responsive Statements are due | 14 days after the deadline for the Receiver's Submission | January 13, 2022 |
| Hearing on competing claims and any avoidance claims | To be scheduled by the Court | |

Entered: 7/8/21

_____

John Z. Lee

United States District Court Judge