U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

---

Case Title: U.S. Securities and Exchange Commission v. Equitybuild, Inc, et al.

Case Number: 1-18-cv-5587

An appearance is hereby filed by the undersigned as attorney for:

Federal Home Loan Mortgage Corporation

Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16

Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48

Federal National Mortgage Association

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30

Sabal TL1 LLC

Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Benefit of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates

Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017-2

BC57, LLC

UBS AG

1111 Crest Drive Dr., LLC

Pakravan Living Trust

Hamid Ismail

Farsaa, Inc.

Thorofare Asset Based Lending REIT Fund IV, LLC

Direct Lending Partner LLC

Attorney name (type or print):  Todd Gale

Firm:    Dykema Gossett PLLC

Street address:    10 South Wacker Drive, Suite 2300

City/State/Zip:    Chicago, IL 60606

Bar ID Number: 6229288          Telephone Number:   (312) 627-2173
(See item 3 in instructions)

Email Address: tgale@dykema.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 30, 2021

Attorney signature:    S/ Todd Gale
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015