UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, et. al., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18 cv 05587 |
| v. | ) ) | Honorable John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN | ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) | |

**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Please take notice that Intervenors, Ventus Holdings, LLC and Ventus Merrill, LLC (collectively, "Ventus"), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Order [Docket 1025] denying Ventus' Combined Motion for Return of Their Earnest Money Deposits [Docket 861] entered on August 13, 2021.

1. This appeal is brought pursuant to 28 U.S.C. Section 1292(a)(2), which provides that the Appellate Court has jurisdiction over "…(2) Interlocutory orders appointing receivers, or refusing orders to wind up receiverships or to take steps to accomplish the purposes thereof, such as directing sales or other disposals of property…"

2. The Order appealed from is interlocutory, and in it the District Court declines to direct the Receiver appointed in this matter to return certain earnest money deposited by Ventus.

3. The parties appealing the order are Ventus Holdings, LLC and Ventus Merrill, LLC, represented by:

      Robert S. Minetz, email:  rminetz@llflegal.com
      Saskia Nora Bryan, email:  sbryan@llflegal.com
      Latimer LeVay Fyock LLC

       55 West Monroe Street, Suite 1100
       Chicago, Illinois 60603
       Phone: (312) 422-8000
       Fax: (312) 422-8001

       -and-

       Michael B. Elman, email: melman@mbelmanlaw.com
       Michael B. Elman & Associates, Ltd.
       10 S. LaSalle Street, Suite 1420
       Chicago, Illinois 60603
       Phone: (312) 541-0903
       Fax: (844) 269-6884

Dated: September 10, 2021

                                                 Respectfully submitted,

                                               Ventus Holdings, LLC and Ventus Merrill, LLC

                                               By: /s/Robert S. Minetz
                                                        One of their attorneys

Robert S. Minetz - #1925563
Saskia Nora Bryan - #6255682
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000; Fax: (312) 422-8001

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the above-referenced Court through the CM/ECF system, which will send notification of such filing and serve copies of the same on the following attorneys and parties of record as well as any additional attorneys and parties that have filed an appearance and receive electronic notice herein:

Benjamin J Hanauer - Email: hanauerb@sec.gov
AUSA - Chicago - Email: USAILN.ECFAUSA@usdoj.gov
Timothy Jon Stockwell - Email: stockwellt@sec.gov
Hall Adams , III - Email: hall@adamslegal.net
Jonathan Gardner - Email: jgardner@labaton.com
Shaun D. Cohen - Email: diogenes04@hotmail.com
Ronald A. Damashek - Email: rdamashek@stahlcowen.com
Michael Rachlis - Email: mrachlis@rdaplaw.net
Jodi Rosen Wine - Email: jwine@rdaplaw.net
Michael D Smith - Email: msmith@smithlawchicago.com
Ross M Kamhi - Email: rkamhi@labaton.com
Jay R Goldberg , R - jgoldberg@fieldandgoldberg.com
Kenneth D. Peters - Email: kpeters@dresslerpeters.com
Marc Alan Primack - Email: mprimack@dresslerpeters.com


   /s/ Robert S. Minetz
LATIMER LEVAY FYOCK LLC
Saskia Nora Bryan, IARDC #6255682
Email:  sbryan@llflegal.com
55 W. Monroe St., Suite 1100
Chicago, Illinois 60603
Telephone: (312) 422-8000
Facsimile: (312) 422-8001