**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



2021 SEP 20 AM 10: 31

neopost
09/02/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

SM

18-5587 Doc 1040

Jerome H. Cohen
1050 8th Avenue N
Naples, FL 34102

1:18-cv-05587



NIXIE       339   DE 1        0009/12/21
           RETURN TO SENDER
         INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

BC: 60604180099      *0361-01191-02-44