**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>EQUITYBUILD, INC., EQUITYBUILD )<br>FINANCE, LLC, JEROME H. COHEN, and )<br>SHAUN D. COHEN,  )<br>)<br>Defendants.  ) | Civil Action No. 18-cv-5587<br><br>Hon. John Z. Lee<br><br>Mag. Judge Young B. Kim |

**ORDER MODIFYING GROUP 1 SCHEDULE**

This matter coming to be heard on the Motion for Leave to Include an Expert Witness Disclosure in Position Statement filed by BC57, LLC (Doc. 1076), the SEC's Response to BC57's Motion for Leave for Expert Witness (Doc. 1079), and the Individual Investor's Motion to Modify the Group 1 Schedule to Allow for Discovery of BC57 LLC's Expert (Doc. 1085), it is hereby ordered that:

1. The schedule set forth in the Order Regarding Summary Proceedings for Group 1 (Doc. 1006) is hereby modified and the remaining schedule shall be as follows:

| Discovery Event | Original Deadline | New Deadline |
|---|---|---|
| Deadline for disclosure of BC57's Expert's Report | N/A | December 9, 2021 |
| Deadline for deposition of BC57's Expert | N/A | December 23, 2021 |
| Deadline for disclosure of Rebuttal Expert Reports, if any | N/A | January 6, 2022 |

| | | |
|---|---|---|
| Receiver's Disclosure of Avoidance Claims is due | November 18, 2021 | January 7, 2022 |
| Deadline for any of the lienholders to request leave of Court to take additional discovery relevant to the Receiver's claim | November 25, 2021 | January 14, 2022 |
| Deadline for deposition of any Rebuttal Experts, if any | N/A | January 20, 2022 |
| Joint Status Report due to Court | N/A | January 25, 2022 |
| Position Statements by Claimants and SEC due | December 9, 2021 | January 27, 2022 |
| Status Hearing | N/A | January 28. 2022 |
| Receiver's Submission regarding the claims and in support of any avoidance actions due | December 30, 2021 | February 24, 2022 |
| Claimants' and the SEC's Responsive Statements are due | January 13, 2022 | March 10, 2022 |
| Hearing on competing claims and avoidance claims | To be scheduled by the Court ||

2. All experts must disclose their opinions in reports that comply with Rule 26(a)(2).

3. Depositions of expert shall be limited to no more than 4.5 hours.

4. The party disclosing an expert shall pay all fees and expenses of that party's expert related to his or her deposition.

5. The order denying the Individual Investors' Motion to Modify (Doc. 1086) is vacated.

6. This matter is set for status on discovery on January 28, 2022 at 10:00 am. The parties shall submit a Joint Status Report by January 25, 2022 identifying any issues they wish to be addressed.

ENTERED: November 22, 2021

*/s/ John Z. Lee*
_____
 John Z. Lee
United States District Court Judge

3