# Exhibit 2


EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| **1** | **1700-08 W Juneway Terrace** | **3.51860457772%** | **3.78098355671%** | **139.90** | **$37,862.54** | **99.42** | **$26,173.45** | **239.31** | **$64,035.99** |
| | Asset Disposition | | | 7.40 | $2,422.81 | 53.21 | $11,168.26 | 60.61 | $13,591.07 |
| | Business Operations | | | 7.44 | $2,236.57 | 26.49 | $9,302.08 | 33.93 | $11,538.65 |
| | Claims Administration & Objections | | | 125.05 | $33,203.17 | 19.72 | $5,703.10 | 144.78 | $38,906.27 |
| **2** | **4533-47 S Calumet Avenue** | **2.66408632313%** | **2.86274469293%** | **105.92** | **$28,667.35** | **78.53** | **$21,095.94** | **184.45** | **$49,763.29** |
| | Asset Disposition | | | 5.61 | $1,834.41 | 45.21 | $10,473.68 | 50.82 | $12,308.09 |
| | Business Operations | | | 5.63 | $1,693.40 | 20.48 | $6,519.85 | 26.12 | $8,213.25 |
| | Claims Administration & Objections | | | 94.68 | $25,139.54 | 12.83 | $4,102.41 | 107.52 | $29,241.95 |
| **3** | **5001 S Drexel Boulevard** | **3.51860457772%** | **3.78098355671%** | **139.90** | **$37,862.54** | **228.48** | **$65,800.37** | **368.38** | **$103,662.91** |
| | Asset Disposition | | | 7.40 | $2,422.81 | 148.14 | $39,775.02 | 155.54 | $42,197.83 |
| | Business Operations | | | 7.44 | $2,236.57 | 32.33 | $10,230.03 | 39.77 | $12,466.60 |
| | Claims Administration & Objections | | | 125.05 | $33,203.17 | 48.02 | $15,795.32 | 173.07 | $48,998.49 |
| **4** | **5450-52 S Indiana Avenue** | **2.26196008568%** | **2.43063228645%** | **89.93** | **$24,340.20** | **79.72** | **$21,448.89** | **169.66** | **$45,789.09** |
| | Asset Disposition | | | 4.76 | $1,557.52 | 44.53 | $11,073.21 | 49.29 | $12,630.73 |
| | Business Operations | | | 4.78 | $1,437.79 | 16.26 | $5,080.34 | 21.04 | $6,518.14 |
| | Claims Administration & Objections | | | 80.39 | $21,344.89 | 18.94 | $5,295.33 | 99.33 | $26,640.23 |
| **5** | **7749-59 S Yates Boulevard** | **1.41372505355%** | **1.51914517903%** | **56.21** | **$15,212.63** | **141.56** | **$37,180.73** | **197.77** | **$52,393.36** |
| | Asset Disposition | | | 2.97 | $973.45 | 80.08 | $19,036.78 | 83.05 | $20,010.23 |
| | Business Operations | | | 2.99 | $898.62 | 35.02 | $10,307.63 | 38.01 | $11,206.25 |
| | Claims Administration & Objections | | | 50.24 | $13,340.56 | 26.45 | $7,836.32 | 76.70 | $21,176.88 |
| **6** | **6437-41 S Kenwood Avenue** | **1.77815195624%** | **1.91074704741%** | **70.70** | **$19,134.11** | **68.40** | **$18,315.27** | **139.09** | **$37,449.37** |
| | Asset Disposition | | | 3.74 | $1,224.38 | 38.51 | $10,132.43 | 42.25 | $11,356.81 |
| | Business Operations | | | 3.76 | $1,130.26 | 24.40 | $7,122.61 | 28.16 | $8,252.88 |
| | Claims Administration & Objections | | | 63.20 | $16,779.46 | 5.48 | $1,060.22 | 68.68 | $17,839.68 |
| **7** | **7109-19 S Calumet Avenue** | **1.62107139474%** | **1.74195313862%** | **64.45** | **$17,443.81** | **166.67** | **$52,874.66** | **231.12** | **$70,318.48** |
| | Asset Disposition | | | 3.41 | $1,116.22 | 47.78 | $13,807.32 | 51.19 | $14,923.54 |
| | Business Operations | | | 3.43 | $1,030.42 | 54.64 | $15,666.80 | 58.07 | $16,697.21 |
| | Claims Administration & Objections | | | 57.61 | $15,297.17 | 64.24 | $23,400.55 | 121.86 | $38,697.72 |
| **8** | **1414-18 East 62nd Place** | **0.06939693543%** | **0.07457179855%** | **2.76** | **$746.76** | **46.52** | **$13,560.08** | **49.28** | **$14,306.84** |
| | Asset Disposition | | | 0.15 | $47.78 | 30.93 | $9,142.99 | 31.07 | $9,190.78 |
| | Business Operations | | | 0.15 | $44.11 | 9.21 | $2,556.47 | 9.36 | $2,600.58 |
| | Claims Administration & Objections | | | 2.47 | $654.86 | 6.38 | $1,860.62 | 8.85 | $2,515.48 |
| **9** | **8100 S Essex Avenue** | **1.38230894125%** | **1.48538639728%** | **54.96** | **$14,874.57** | **190.92** | **$55,189.99** | **245.88** | **$70,064.56** |
| | Asset Disposition | | | 2.91 | $951.82 | 94.80 | $27,552.11 | 97.71 | $28,503.92 |
| | Business Operations | | | 2.92 | $878.65 | 80.07 | $23,577.75 | 82.99 | $24,456.40 |
| | Claims Administration & Objections | | | 49.13 | $13,044.10 | 16.06 | $4,060.13 | 65.18 | $17,104.24 |
| **10** | **7301-09 S Stewart Avenue** | **0.81681891983%** | **0.87772832566%** | **32.48** | **$8,789.52** | **103.80** | **$24,786.25** | **136.27** | **$33,575.76** |
| | Asset Disposition | | | 1.72 | $562.44 | 79.74 | $19,301.36 | 81.46 | $19,863.79 |
| | Business Operations | | | 1.73 | $519.20 | 5.68 | $1,834.83 | 7.41 | $2,354.04 |
| | Claims Administration & Objections | | | 29.03 | $7,707.88 | 18.37 | $3,650.05 | 47.40 | $11,357.93 |
| **11** | **7500-06 S Eggleston Avenue** | **1.20637871236%** | **1.29633721944%** | **47.96** | **$12,981.44** | **133.19** | **$36,029.14** | **181.16** | **$49,010.58** |
| | Asset Disposition | | | 2.54 | $830.68 | 95.85 | $26,362.61 | 98.39 | $27,193.28 |
| | Business Operations | | | 2.55 | $766.82 | 18.42 | $5,755.76 | 20.97 | $6,522.58 |
| | Claims Administration & Objections | | | 42.88 | $11,383.94 | 18.92 | $3,910.77 | 61.80 | $15,294.72 |
| **12** | **3030-32 E 79th Street** | **0.50265779682%** | **0.54014050810%** | **19.99** | **$5,408.93** | **104.68** | **$24,356.70** | **124.66** | **$29,765.63** |
| | Asset Disposition | | | 1.06 | $346.12 | 80.59 | $18,994.27 | 81.65 | $19,340.38 |
| | Business Operations | | | 1.06 | $319.51 | 5.70 | $1,708.81 | 6.76 | $2,028.32 |
| | Claims Administration & Objections | | | 17.86 | $4,743.31 | 18.39 | $3,653.62 | 36.25 | $8,396.93 |
| **13** | **2909-19 E 78th Street** | **1.79197504565%** | **1.92560091138%** | **71.25** | **$19,282.85** | **146.21** | **$34,111.59** | **217.46** | **$53,394.44** |
| | Asset Disposition | | | 3.77 | $1,233.90 | 107.72 | $24,141.11 | 111.49 | $25,375.01 |
| | Business Operations | | | 3.79 | $1,139.05 | 19.38 | $6,093.00 | 23.17 | $7,232.05 |
| | Claims Administration & Objections | | | 63.69 | $16,909.90 | 19.12 | $3,877.49 | 82.80 | $20,787.39 |
| **14** | **7549-59 S Essex Avenue** | **1.47655727815%** | **1.58666274255%** | **58.71** | **$15,888.74** | **119.95** | **$31,905.63** | **178.66** | **$47,794.37** |
| | Asset Disposition | | | 3.11 | $1,016.71 | 92.11 | $25,247.86 | 95.22 | $26,264.57 |
| | Business Operations | | | 3.12 | $938.56 | 10.37 | $3,406.83 | 13.49 | $4,345.39 |
| | Claims Administration & Objections | | | 52.48 | $13,933.47 | 17.47 | $3,250.94 | 69.95 | $17,184.41 |
| **15** | **8047-55 S Manistee Avenue** | **1.22522837974%** | **1.31659248850%** | **48.71** | **$13,184.28** | **123.61** | **$29,226.48** | **172.32** | **$42,410.76** |
| | Asset Disposition | | | 2.58 | $843.66 | 84.49 | $19,721.23 | 87.07 | $20,564.89 |
| | Business Operations | | | 2.59 | $778.80 | 16.67 | $4,598.05 | 19.26 | $5,376.85 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| | Claims Administration & Objections | | | 43.55 | $11,561.82 | 22.45 | $4,907.20 | 65.99 | $16,469.02 |
| 16 | 1017 W 102nd Street | 0.12248262535% | | 4.22 | $1,152.81 | 40.02 | $12,555.06 | 44.24 | $13,707.87 |
| | Asset Disposition | | | 0.26 | $84.34 | 16.53 | $4,794.73 | 16.79 | $4,879.07 |
| | Business Operations | | | 0.26 | $77.85 | 11.19 | $3,733.56 | 11.45 | $3,811.41 |
| | Claims Administration & Objections | | | 3.70 | $990.61 | 12.30 | $4,026.77 | 16.01 | $5,017.39 |
| 17 | 1516 E 85th Place | 0.12216218101% | | 4.21 | $1,149.79 | 46.20 | $14,724.56 | 50.41 | $15,874.35 |
| | Asset Disposition | | | 0.26 | $84.12 | 22.49 | $6,667.69 | 22.75 | $6,751.81 |
| | Business Operations | | | 0.26 | $77.65 | 11.92 | $3,934.78 | 12.18 | $4,012.43 |
| | Claims Administration & Objections | | | 3.69 | $988.02 | 11.78 | $4,122.10 | 15.47 | $5,110.12 |
| 18 | 2136 W 83rd Street | 0.12141699082% | | 4.18 | $1,142.78 | 38.12 | $11,715.64 | 42.30 | $12,858.42 |
| | Asset Disposition | | | 0.26 | $83.60 | 17.17 | $4,961.65 | 17.43 | $5,045.25 |
| | Business Operations | | | 0.26 | $77.18 | 10.38 | $3,101.10 | 10.64 | $3,178.28 |
| | Claims Administration & Objections | | | 3.67 | $982.00 | 10.57 | $3,652.90 | 14.24 | $4,634.89 |
| 19 | 417 Oglesby Avenue | 0.12461263776% | | 4.29 | $1,172.86 | 51.02 | $14,159.55 | 55.31 | $15,332.40 |
| | Asset Disposition | | | 0.26 | $85.80 | 27.93 | $6,573.76 | 28.20 | $6,659.57 |
| | Business Operations | | | 0.26 | $79.21 | 11.02 | $3,617.99 | 11.29 | $3,697.19 |
| | Claims Administration & Objections | | | 3.77 | $1,007.84 | 12.06 | $3,967.80 | 15.83 | $4,975.64 |
| 20 | 7922 S Luella Avenue | 0.16827977722% | | 5.80 | $1,583.85 | 42.94 | $13,402.97 | 48.74 | $14,986.82 |
| | Asset Disposition | | | 0.35 | $115.87 | 20.52 | $5,864.62 | 20.87 | $5,980.49 |
| | Business Operations | | | 0.36 | $106.97 | 11.46 | $3,736.31 | 11.81 | $3,843.27 |
| | Claims Administration & Objections | | | 5.09 | $1,361.01 | 10.97 | $3,802.05 | 16.06 | $5,163.06 |
| 21 | 7925 S Kingston Avenue | 0.10224562245% | | 3.52 | $962.34 | 40.44 | $12,664.32 | 43.97 | $13,626.65 |
| | Asset Disposition | | | 0.22 | $70.40 | 15.98 | $4,580.23 | 16.19 | $4,650.63 |
| | Business Operations | | | 0.22 | $64.99 | 11.64 | $3,902.36 | 11.86 | $3,967.35 |
| | Claims Administration & Objections | | | 3.09 | $826.94 | 12.82 | $4,181.73 | 15.92 | $5,008.67 |
| 22 | 7933 S Kingston Avenue | 0.11502695358% | 0.12360440352% | 4.57 | $1,237.77 | 34.25 | $10,915.29 | 38.83 | $12,153.06 |
| | Asset Disposition | | | 0.24 | $79.20 | 18.15 | $5,448.88 | 18.39 | $5,528.09 |
| | Business Operations | | | 0.24 | $73.12 | 8.89 | $2,918.16 | 9.14 | $2,991.28 |
| | Claims Administration & Objections | | | 4.09 | $1,085.45 | 7.21 | $2,548.25 | 11.29 | $3,633.69 |
| 23 | 8030 S Marquette Avenue | 0.09159556038% | | 3.16 | $862.10 | 39.13 | $12,341.14 | 42.29 | $13,203.24 |
| | Asset Disposition | | | 0.19 | $63.07 | 17.90 | $5,167.89 | 18.09 | $5,230.96 |
| | Business Operations | | | 0.19 | $58.22 | 10.54 | $3,473.45 | 10.73 | $3,531.67 |
| | Claims Administration & Objections | | | 2.77 | $740.81 | 10.69 | $3,699.80 | 13.46 | $4,440.61 |
| 24 | 8104 S Kingston Avenue | 0.17893109593% | | 6.17 | $1,684.10 | 38.42 | $12,072.44 | 44.58 | $13,756.54 |
| | Asset Disposition | | | 0.38 | $123.21 | 20.80 | $6,177.09 | 21.17 | $6,300.30 |
| | Business Operations | | | 0.38 | $113.74 | 8.09 | $2,631.38 | 8.47 | $2,745.12 |
| | Claims Administration & Objections | | | 5.41 | $1,447.16 | 9.53 | $3,263.97 | 14.94 | $4,711.12 |
| 25 | 8403 S Aberdeen Street | 0.13845834678% | | 4.77 | $1,303.17 | 41.82 | $12,974.15 | 46.60 | $14,277.33 |
| | Asset Disposition | | | 0.29 | $95.34 | 17.82 | $5,050.54 | 18.11 | $5,145.88 |
| | Business Operations | | | 0.29 | $88.01 | 11.06 | $3,704.56 | 11.35 | $3,792.57 |
| | Claims Administration & Objections | | | 4.19 | $1,119.82 | 12.95 | $4,219.06 | 17.13 | $5,338.88 |
| 26 | 8405 S Marquette Avenue | 0.14271837161% | 0.15336074411% | 5.67 | $1,535.75 | 35.42 | $10,902.19 | 41.10 | $12,437.94 |
| | Asset Disposition | | | 0.30 | $98.27 | 15.28 | $4,381.92 | 15.58 | $4,480.19 |
| | Business Operations | | | 0.30 | $90.72 | 12.06 | $3,890.13 | 12.36 | $3,980.85 |
| | Claims Administration & Objections | | | 5.07 | $1,346.76 | 8.09 | $2,630.14 | 13.16 | $3,976.90 |
| 27 | 8529 S Rhodes Avenue | 0.17040978963% | | 5.87 | $1,603.90 | 37.35 | $12,060.10 | 43.23 | $13,664.00 |
| | Asset Disposition | | | 0.36 | $117.34 | 16.18 | $4,908.27 | 16.54 | $5,025.61 |
| | Business Operations | | | 0.36 | $108.32 | 10.52 | $3,467.38 | 10.88 | $3,575.70 |
| | Claims Administration & Objections | | | 5.15 | $1,378.24 | 10.65 | $3,684.44 | 15.81 | $5,062.68 |
| 28 | 8800 S Ada Street | 0.16508538692% | 0.17739564637% | 6.56 | $1,776.43 | 28.99 | $9,074.41 | 35.55 | $10,850.84 |
| | Asset Disposition | | | 0.35 | $113.67 | 12.04 | $3,555.86 | 12.39 | $3,669.53 |
| | Business Operations | | | 0.35 | $104.93 | 9.28 | $3,009.14 | 9.63 | $3,114.07 |
| | Claims Administration & Objections | | | 5.87 | $1,557.82 | 7.67 | $2,509.41 | 13.54 | $4,067.23 |
| 29 | 9212 S Parnell Avenue | 0.12085652738% | | 4.17 | $1,137.50 | 36.65 | $11,407.52 | 40.81 | $12,545.03 |
| | Asset Disposition | | | 0.25 | $83.22 | 14.44 | $4,119.52 | 14.69 | $4,202.74 |
| | Business Operations | | | 0.26 | $76.82 | 10.53 | $3,469.64 | 10.79 | $3,546.47 |
| | Claims Administration & Objections | | | 3.66 | $977.46 | 11.68 | $3,818.36 | 15.33 | $4,795.82 |
| 30 | 10012 S LaSalle Avenue | 0.11183130664% | | 3.85 | $1,052.56 | 38.83 | $11,953.64 | 42.69 | $13,006.20 |
| | Asset Disposition | | | 0.24 | $77.00 | 17.07 | $4,745.26 | 17.31 | $4,822.27 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| | Business Operations | | | 0.24 | $71.08 | 10.29 | $3,440.02 | 10.52 | $3,511.11 |
| | Claims Administration & Objections | | | 3.38 | $904.47 | 11.47 | $3,768.36 | 14.85 | $4,672.83 |
| 31 | 11318 S Church Street | 0.15933372508% | | 5.49 | $1,499.65 | 41.93 | $13,070.89 | 47.42 | $14,570.54 |
| | Asset Disposition | | | 0.34 | $109.71 | 20.75 | $5,868.84 | 21.09 | $5,978.55 |
| | Business Operations | | | 0.34 | $101.28 | 10.37 | $3,462.28 | 10.71 | $3,563.56 |
| | Claims Administration & Objections | | | 4.82 | $1,288.66 | 10.80 | $3,739.77 | 15.62 | $5,028.43 |
| 32 | 3213 S Throop Street | 0.16774695995% | | 5.78 | $1,578.84 | 54.04 | $15,816.88 | 59.82 | $17,395.72 |
| | Asset Disposition | | | 0.35 | $115.51 | 32.41 | $8,967.65 | 32.76 | $9,083.15 |
| | Business Operations | | | 0.35 | $106.63 | 10.04 | $3,038.20 | 10.40 | $3,144.83 |
| | Claims Administration & Objections | | | 5.07 | $1,356.70 | 11.59 | $3,811.03 | 16.66 | $5,167.74 |
| 33 | 3723 W 68th Place | 0.16188973998% | 0.17396170309% | 6.44 | $1,742.04 | 35.66 | $10,749.92 | 42.09 | $12,491.96 |
| | Asset Disposition | | | 0.34 | $111.47 | 17.83 | $5,112.91 | 18.17 | $5,224.39 |
| | Business Operations | | | 0.34 | $102.90 | 10.27 | $3,158.51 | 10.61 | $3,261.41 |
| | Claims Administration & Objections | | | 5.75 | $1,527.67 | 7.55 | $2,478.49 | 13.30 | $4,006.16 |
| 34 | 406 E 87th Place | 0.13015067004% | | 4.49 | $1,224.98 | 37.36 | $11,525.25 | 41.84 | $12,750.23 |
| | Asset Disposition | | | 0.27 | $89.62 | 17.38 | $4,908.96 | 17.66 | $4,998.58 |
| | Business Operations | | | 0.28 | $82.73 | 8.62 | $2,884.28 | 8.90 | $2,967.01 |
| | Claims Administration & Objections | | | 3.94 | $1,052.63 | 11.35 | $3,732.02 | 15.29 | $4,784.65 |
| 35 | 61 E 92nd Street | 0.13441069487% | 0.14443357187% | 5.34 | $1,446.35 | 34.34 | $10,356.60 | 39.68 | $11,802.95 |
| | Asset Disposition | | | 0.28 | $92.55 | 16.82 | $4,848.73 | 17.10 | $4,941.28 |
| | Business Operations | | | 0.28 | $85.44 | 9.98 | $3,034.50 | 10.26 | $3,119.94 |
| | Claims Administration & Objections | | | 4.78 | $1,268.36 | 7.54 | $2,473.37 | 12.31 | $3,741.73 |
| 36 | 6554 S Rhodes Avenue | 0.10863691634% | | 3.74 | $1,022.49 | 42.50 | $13,175.16 | 46.25 | $14,197.65 |
| | Asset Disposition | | | 0.23 | $74.80 | 21.03 | $5,917.50 | 21.25 | $5,992.31 |
| | Business Operations | | | 0.23 | $69.05 | 10.27 | $3,456.28 | 10.50 | $3,525.33 |
| | Claims Administration & Objections | | | 3.29 | $878.63 | 11.20 | $3,801.38 | 14.49 | $4,680.01 |
| 37 | 6825 S Indiana Avenue | 0.16721539933% | | 5.76 | $1,573.83 | 38.07 | $11,908.61 | 43.83 | $13,482.44 |
| | Asset Disposition | | | 0.35 | $115.14 | 16.01 | $4,597.76 | 16.36 | $4,712.90 |
| | Business Operations | | | 0.35 | $106.29 | 10.43 | $3,501.63 | 10.79 | $3,607.92 |
| | Claims Administration & Objections | | | 5.06 | $1,352.40 | 11.63 | $3,809.21 | 16.69 | $5,161.62 |
| 38 | 7210 S Vernon Avenue | 0.08464505970% | | 2.92 | $796.68 | 41.82 | $13,312.52 | 44.74 | $14,109.20 |
| | Asset Disposition | | | 0.18 | $58.28 | 14.33 | $4,380.57 | 14.51 | $4,438.85 |
| | Business Operations | | | 0.18 | $53.80 | 15.88 | $5,111.52 | 16.06 | $5,165.32 |
| | Claims Administration & Objections | | | 2.56 | $684.59 | 11.61 | $3,820.44 | 14.17 | $4,505.03 |
| 39 | 7712 S Euclid Avenue | 0.16614976480% | | 5.73 | $1,563.80 | 42.73 | $13,141.27 | 48.46 | $14,705.07 |
| | Asset Disposition | | | 0.35 | $114.41 | 20.87 | $5,888.64 | 21.22 | $6,003.04 |
| | Business Operations | | | 0.35 | $105.61 | 10.26 | $3,438.22 | 10.62 | $3,543.83 |
| | Claims Administration & Objections | | | 5.03 | $1,343.79 | 11.60 | $3,814.42 | 16.62 | $5,158.20 |
| 40 | 7953 S Woodlawn Avenue | 0.16721539933% | 0.17968449178% | 6.65 | $1,799.35 | 39.08 | $11,834.39 | 45.73 | $13,633.74 |
| | Asset Disposition | | | 0.35 | $115.14 | 22.84 | $6,429.25 | 23.19 | $6,544.38 |
| | Business Operations | | | 0.35 | $106.29 | 8.69 | $2,912.81 | 9.04 | $3,019.10 |
| | Claims Administration & Objections | | | 5.94 | $1,577.92 | 7.55 | $2,492.33 | 13.50 | $4,070.25 |
| 41 | 8107 S Kingston Avenue | 0.12695502310% | | 4.38 | $1,194.90 | 40.24 | $12,485.66 | 44.61 | $13,680.57 |
| | Asset Disposition | | | 0.27 | $87.42 | 17.93 | $5,110.07 | 18.20 | $5,197.49 |
| | Business Operations | | | 0.27 | $80.70 | 10.30 | $3,451.95 | 10.57 | $3,532.65 |
| | Claims Administration & Objections | | | 3.84 | $1,026.79 | 12.01 | $3,923.64 | 15.85 | $4,950.43 |
| 42 | 8346 S Constance Avenue | 0.17680108352% | | 6.09 | $1,664.05 | 38.78 | $12,082.42 | 44.88 | $13,746.47 |
| | Asset Disposition | | | 0.37 | $121.74 | 16.76 | $4,798.65 | 17.13 | $4,920.39 |
| | Business Operations | | | 0.37 | $112.38 | 10.27 | $3,439.93 | 10.64 | $3,552.32 |
| | Claims Administration & Objections | | | 5.35 | $1,429.93 | 11.76 | $3,843.83 | 17.11 | $5,273.77 |
| 43 | 8432 S Essex Avenue | 0.17786546140% | | 6.13 | $1,674.07 | 36.52 | $11,495.23 | 42.65 | $13,169.30 |
| | Asset Disposition | | | 0.37 | $122.47 | 14.20 | $4,097.65 | 14.57 | $4,220.13 |
| | Business Operations | | | 0.38 | $113.06 | 10.46 | $3,516.19 | 10.84 | $3,629.25 |
| | Claims Administration & Objections | | | 5.38 | $1,438.54 | 11.86 | $3,881.39 | 17.24 | $5,319.93 |
| 44 | 8517 S Vernon Avenue | 0.16721539933% | | 5.76 | $1,573.83 | 44.96 | $13,835.61 | 50.72 | $15,409.44 |
| | Asset Disposition | | | 0.35 | $115.14 | 22.23 | $6,298.91 | 22.59 | $6,414.05 |
| | Business Operations | | | 0.35 | $106.29 | 10.68 | $3,598.74 | 11.04 | $3,705.03 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| | Claims Administration & Objections | | | 5.06 | $1,352.40 | 12.04 | $3,937.96 | 17.10 | $5,290.36 |
| 45 | 2129 W 71st Street | 0.08264950824% | | 2.85 | $777.90 | 41.27 | $12,868.04 | 44.12 | $13,645.94 |
| | Asset Disposition | | | 0.17 | $56.91 | 17.14 | $4,925.86 | 17.31 | $4,982.77 |
| | Business Operations | | | 0.17 | $52.54 | 12.38 | $4,065.69 | 12.55 | $4,118.22 |
| | Claims Administration & Objections | | | 2.50 | $668.45 | 11.75 | $3,876.50 | 14.25 | $4,544.95 |
| 46 | 9610 S Woodlawn Avenue | 0.10757128181% | | 3.71 | $1,012.46 | 45.63 | $14,273.24 | 49.33 | $15,285.71 |
| | Asset Disposition | | | 0.23 | $74.07 | 18.39 | $5,260.95 | 18.62 | $5,335.02 |
| | Business Operations | | | 0.23 | $68.38 | 13.95 | $4,654.08 | 14.18 | $4,722.46 |
| | Claims Administration & Objections | | | 3.25 | $870.02 | 13.28 | $4,358.21 | 16.53 | $5,228.22 |
| 47 | 5437 S Laflin Street | 0.05689960596% | 0.06114255517% | 2.26 | $612.28 | 42.31 | $12,884.96 | 44.57 | $13,497.23 |
| | Asset Disposition | | | 0.12 | $39.18 | 26.00 | $7,506.25 | 26.12 | $7,545.43 |
| | Business Operations | | | 0.12 | $36.17 | 8.67 | $2,869.50 | 8.80 | $2,905.67 |
| | Claims Administration & Objections | | | 2.02 | $536.93 | 7.63 | $2,509.20 | 9.66 | $3,046.14 |
| 48 | 6759 S Indiana Avenue | 0.12514545503% | | 4.31 | $1,177.87 | 32.28 | $10,233.40 | 36.59 | $11,411.27 |
| | Asset Disposition | | | 0.26 | $86.17 | 11.77 | $3,485.75 | 12.03 | $3,571.92 |
| | Business Operations | | | 0.26 | $79.55 | 9.01 | $2,983.75 | 9.27 | $3,063.30 |
| | Claims Administration & Objections | | | 3.79 | $1,012.15 | 11.50 | $3,763.90 | 15.29 | $4,776.05 |
| 49 | 7300-04 S St Lawrence Avenue | 0.41469268237% | 0.44561591918% | 16.49 | $4,462.37 | 76.10 | $20,972.05 | 92.58 | $25,434.42 |
| | Asset Disposition | | | 0.87 | $285.54 | 46.13 | $12,001.41 | 47.00 | $12,286.95 |
| | Business Operations | | | 0.88 | $263.60 | 22.53 | $6,558.89 | 23.40 | $6,822.48 |
| | Claims Administration & Objections | | | 14.74 | $3,913.23 | 7.44 | $2,411.75 | 22.18 | $6,324.98 |
| 50 | 7760 S Coles Avenue | 0.32672756793% | 0.35109133027% | 12.99 | $3,515.81 | 101.69 | $30,318.99 | 114.68 | $33,834.80 |
| | Asset Disposition | | | 0.69 | $224.97 | 34.47 | $9,891.81 | 35.16 | $10,116.79 |
| | Business Operations | | | 0.69 | $207.68 | 56.42 | $16,714.62 | 57.11 | $16,922.30 |
| | Claims Administration & Objections | | | 11.61 | $3,083.15 | 10.80 | $3,712.55 | 22.41 | $6,795.70 |
| 51 | 1401 W 109th Place | 0.08201615942% | 0.08813202600% | 3.26 | $882.55 | 53.45 | $15,647.54 | 56.71 | $16,530.09 |
| | Asset Disposition | | | 0.17 | $56.47 | 19.56 | $5,539.59 | 19.73 | $5,596.07 |
| | Business Operations | | | 0.17 | $52.13 | 24.96 | $7,075.16 | 25.13 | $7,127.29 |
| | Claims Administration & Objections | | | 2.91 | $773.94 | 8.93 | $3,032.79 | 11.85 | $3,806.73 |
| 52 | 310 E 50th Street | 0.25292609356% | 0.27178655051% | 10.06 | $2,721.65 | 71.18 | $20,701.24 | 81.23 | $23,422.90 |
| | Asset Disposition | | | 0.53 | $174.16 | 47.39 | $13,127.92 | 47.92 | $13,302.08 |
| | Business Operations | | | 0.53 | $160.77 | 14.80 | $4,520.02 | 15.34 | $4,680.79 |
| | Claims Administration & Objections | | | 8.99 | $2,386.73 | 8.98 | $3,053.30 | 17.97 | $5,440.03 |
| 53 | 6807 S Indiana Avenue | 0.15762971515% | 0.16938401229% | 6.27 | $1,696.20 | 48.50 | $14,717.22 | 54.77 | $16,413.42 |
| | Asset Disposition | | | 0.33 | $108.54 | 25.05 | $7,249.91 | 25.38 | $7,358.45 |
| | Business Operations | | | 0.33 | $100.20 | 14.50 | $4,427.48 | 14.83 | $4,527.68 |
| | Claims Administration & Objections | | | 5.60 | $1,487.47 | 8.95 | $3,039.83 | 14.55 | $4,527.29 |
| 54 | 8000-02 S Justine Street | 0.47124168452% | 0.50638172634% | 18.74 | $5,070.88 | 75.80 | $21,847.44 | 94.54 | $26,918.32 |
| | Asset Disposition | | | 0.99 | $324.48 | 36.38 | $9,872.19 | 37.37 | $10,196.67 |
| | Business Operations | | | 1.00 | $299.54 | 29.55 | $8,591.29 | 30.54 | $8,890.83 |
| | Claims Administration & Objections | | | 16.75 | $4,446.85 | 9.88 | $3,383.97 | 26.63 | $7,830.82 |
| 55 | 8107-09 S Ellis Avenue | 0.27646178825% | 0.29707727946% | 10.99 | $2,974.91 | 96.57 | $28,648.38 | 107.56 | $31,623.29 |
| | Asset Disposition | | | 0.58 | $190.36 | 38.61 | $10,620.45 | 39.19 | $10,810.81 |
| | Business Operations | | | 0.58 | $175.73 | 46.63 | $14,104.98 | 47.21 | $14,280.71 |
| | Claims Administration & Objections | | | 9.83 | $2,608.82 | 11.33 | $3,922.95 | 21.16 | $6,531.77 |
| 56 | 8209 S Ellis Avenue | 0.47124168452% | 0.50638172634% | 18.74 | $5,070.88 | 82.14 | $23,521.32 | 100.87 | $28,592.19 |
| | Asset Disposition | | | 0.99 | $324.48 | 41.79 | $11,073.55 | 42.79 | $11,398.03 |
| | Business Operations | | | 1.00 | $299.54 | 29.29 | $8,626.32 | 30.28 | $8,925.86 |
| | Claims Administration & Objections | | | 16.75 | $4,446.85 | 11.05 | $3,821.45 | 27.80 | $8,268.30 |
| 57 | 8214-16 S Ingleside Avenue | 0.43982557222% | 0.47262294459% | 17.49 | $4,732.82 | 72.51 | $21,022.72 | 90.00 | $25,755.54 |
| | Asset Disposition | | | 0.93 | $302.85 | 40.90 | $10,629.98 | 41.82 | $10,932.83 |
| | Business Operations | | | 0.93 | $279.57 | 21.64 | $6,993.79 | 22.57 | $7,273.36 |
| | Claims Administration & Objections | | | 15.63 | $4,150.40 | 9.97 | $3,398.95 | 25.60 | $7,549.35 |
| 58 | 5955 S Sacramento Avenue | 0.71628736046% | 0.76970022404% | 28.48 | $7,707.73 | 85.14 | $20,814.29 | 113.62 | $28,522.03 |
| | Asset Disposition | | | 1.51 | $493.21 | 61.91 | $14,493.86 | 63.42 | $14,987.08 |
| | Business Operations | | | 1.51 | $455.30 | 18.21 | $5,370.42 | 19.72 | $5,825.72 |
| | Claims Administration & Objections | | | 25.46 | $6,759.22 | 5.03 | $950.01 | 30.49 | $7,709.23 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| 59 | 6001-05 S Sacramento Avenue | 0.54664035404% | 0.58740280256% | 21.73 | $5,882.22 | 76.23 | $18,019.69 | 97.96 | $23,901.90 |
| | Asset Disposition | | | 1.15 | $376.40 | 60.15 | $14,026.61 | 61.30 | $14,403.01 |
| | Business Operations | | | 1.16 | $347.47 | 9.54 | $2,904.56 | 10.70 | $3,252.03 |
| | Claims Administration & Objections | | | 19.43 | $5,158.35 | 6.53 | $1,088.51 | 25.96 | $6,246.86 |
| 60 | 7026-42 S Cornell Avenue | 1.39487538617% | 1.49888990998% | 55.46 | $15,009.79 | 103.89 | $23,376.00 | 159.35 | $38,385.80 |
| | Asset Disposition | | | 2.93 | $960.47 | 75.31 | $16,092.75 | 78.24 | $17,053.21 |
| | Business Operations | | | 2.95 | $886.64 | 22.22 | $6,183.68 | 25.17 | $7,070.31 |
| | Claims Administration & Objections | | | 49.57 | $13,162.68 | 6.36 | $1,099.58 | 55.93 | $14,262.27 |
| 61 | 7237-43 S Bennett Avenue | 1.05558137332% | 1.13429506701% | 41.97 | $11,358.76 | 145.94 | $38,121.41 | 187.91 | $49,480.17 |
| | Asset Disposition | | | 2.22 | $726.84 | 83.27 | $21,721.25 | 85.49 | $22,448.09 |
| | Business Operations | | | 2.23 | $670.97 | 51.03 | $13,594.67 | 53.26 | $14,265.64 |
| | Claims Administration & Objections | | | 37.52 | $9,960.95 | 11.64 | $2,805.50 | 49.16 | $12,766.45 |
| 62 | 7834-44 S Ellis Avenue | 2.23305726236% | 2.39957420724% | 88.79 | $24,029.19 | 73.45 | $17,312.26 | 162.23 | $41,341.45 |
| | Asset Disposition | | | 4.70 | $1,537.62 | 61.89 | $14,485.42 | 66.59 | $16,023.04 |
| | Business Operations | | | 4.72 | $1,419.42 | 6.72 | $1,974.62 | 11.44 | $3,394.04 |
| | Claims Administration & Objections | | | 79.36 | $21,072.15 | 4.84 | $852.22 | 84.20 | $21,924.37 |
| 63 | 4520-26 S Drexel Boulevard | 7.67809784639% | 8.25064626124% | 305.28 | $82,621.47 | 232.69 | $63,345.01 | 537.97 | $145,966.48 |
| | Asset Disposition | | | 16.15 | $5,286.91 | 124.30 | $28,631.66 | 140.46 | $33,918.57 |
| | Business Operations | | | 16.24 | $4,880.51 | 57.59 | $17,148.91 | 73.83 | $22,029.41 |
| | Claims Administration & Objections | | | 272.88 | $72,454.06 | 50.80 | $17,564.44 | 323.69 | $90,018.50 |
| 64 | 4611-17 S Drexel Boulevard | 6.15755801101% | 6.61672122423% | 244.82 | $66,259.45 | 118.49 | $34,000.42 | 363.32 | $100,259.87 |
| | Asset Disposition | | | 12.96 | $4,239.91 | 50.48 | $13,052.27 | 63.43 | $17,292.18 |
| | Business Operations | | | 13.02 | $3,913.99 | 31.90 | $9,530.29 | 44.93 | $13,444.28 |
| | Claims Administration & Objections | | | 218.84 | $58,105.55 | 36.11 | $11,417.87 | 254.96 | $69,523.41 |
| 65 | 6749-59 S Merrill Avenue | 1.85983384822% | | 64.10 | $17,504.77 | 203.30 | $59,999.34 | 267.40 | $77,504.11 |
| | Asset Disposition | | | 3.91 | $1,280.63 | 84.22 | $20,780.67 | 88.14 | $22,061.30 |
| | Business Operations | | | 3.93 | $1,182.18 | 43.78 | $13,488.79 | 47.71 | $14,670.98 |
| | Claims Administration & Objections | | | 56.25 | $15,041.96 | 75.30 | $25,729.87 | 131.55 | $40,771.84 |
| 66 | 7110 S Cornell Avenue | 1.55823917013% | | 53.70 | $14,666.16 | 209.73 | $64,110.96 | 263.43 | $78,777.12 |
| | Asset Disposition | | | 3.28 | $1,072.96 | 74.42 | $20,191.43 | 77.70 | $21,264.38 |
| | Business Operations | | | 3.30 | $990.48 | 51.13 | $15,264.06 | 54.42 | $16,254.54 |
| | Claims Administration & Objections | | | 47.13 | $12,602.73 | 84.18 | $28,655.48 | 131.31 | $41,258.20 |
| 67 | 1131-41 E 79th Place | 1.44514116585% | 1.55290396079% | 57.46 | $15,550.69 | 248.29 | $78,014.00 | 305.74 | $93,564.69 |
| | Asset Disposition | | | 3.04 | $995.08 | 82.96 | $20,783.57 | 86.00 | $21,778.65 |
| | Business Operations | | | 3.06 | $918.59 | 23.19 | $7,423.27 | 26.25 | $8,341.86 |
| | Claims Administration & Objections | | | 51.36 | $13,637.02 | 142.13 | $49,807.17 | 193.49 | $63,444.19 |
| 68 | 6217-27 S Dorchester Avenue | 2.65905974516% | 2.85734328785% | 105.72 | $28,613.26 | 129.10 | $36,962.37 | 234.82 | $65,575.63 |
| | Asset Disposition | | | 5.59 | $1,830.95 | 52.22 | $12,155.91 | 57.81 | $13,986.86 |
| | Business Operations | | | 5.62 | $1,690.20 | 41.83 | $12,757.70 | 47.45 | $14,447.90 |
| | Claims Administration & Objections | | | 94.50 | $25,092.11 | 35.05 | $12,048.76 | 129.56 | $37,140.87 |
| 69 | 6250 S Mozart Street | 1.16239615514% | 1.24907492498% | 46.22 | $12,508.16 | 264.57 | $84,986.44 | 310.78 | $97,494.60 |
| | Asset Disposition | | | 2.45 | $800.39 | 55.59 | $12,628.35 | 58.04 | $13,428.75 |
| | Business Operations | | | 2.46 | $738.87 | 54.24 | $18,441.38 | 56.70 | $19,180.25 |
| | Claims Administration & Objections | | | 41.31 | $10,968.90 | 154.74 | $53,916.70 | 196.05 | $64,885.60 |
| 70 | 638-40 N Avers Avenue | 0.46495846206% | 0.49962996999% | 18.49 | $5,003.26 | 261.65 | $83,042.67 | 280.13 | $88,045.93 |
| | Asset Disposition | | | 0.98 | $320.16 | 100.38 | $30,527.79 | 101.36 | $30,847.95 |
| | Business Operations | | | 0.98 | $295.55 | 100.35 | $29,958.49 | 101.33 | $30,254.04 |
| | Claims Administration & Objections | | | 16.52 | $4,387.56 | 60.92 | $22,556.38 | 77.44 | $26,943.95 |
| 71 | 701-13 S 5th Avenue | 1.22522837974% | 1.31659248850% | 48.71 | $13,184.28 | 140.66 | $34,966.25 | 189.38 | $48,150.53 |
| | Asset Disposition | | | 2.58 | $843.66 | 116.56 | $28,362.65 | 119.14 | $29,206.31 |
| | Business Operations | | | 2.59 | $778.80 | 15.54 | $4,584.80 | 18.13 | $5,363.60 |
| | Claims Administration & Objections | | | 43.55 | $11,561.82 | 8.56 | $2,018.80 | 52.11 | $13,580.62 |
| 72 | 7024-32 S Paxton Avenue | 2.23054397338% | 2.39687350470% | 88.69 | $24,002.15 | 114.38 | $30,964.81 | 203.07 | $54,966.96 |
| | Asset Disposition | | | 4.69 | $1,535.89 | 59.50 | $13,631.57 | 64.20 | $15,167.45 |
| | Business Operations | | | 4.72 | $1,417.82 | 29.66 | $8,554.70 | 34.37 | $9,972.52 |
| | Claims Administration & Objections | | | 79.27 | $21,048.44 | 25.22 | $8,778.54 | 104.50 | $29,826.98 |
| 73 | 7255-57 S Euclid Avenue | 1.21894515728% | 1.30984073214% | 48.46 | $13,116.67 | 104.03 | $29,872.10 | 152.49 | $42,988.77 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| | Asset Disposition | | | 2.56 | $839.33 | 46.46 | $10,629.77 | 49.03 | $11,469.09 |
| | Business Operations | | | 2.58 | $774.81 | 26.05 | $8,460.94 | 28.63 | $9,235.75 |
| | Claims Administration & Objections | | | 43.32 | $11,502.53 | 31.52 | $10,781.40 | 74.84 | $22,283.92 |
| 74 | 3074 E Cheltenham Place | 1.33204316157% | 1.43137234647% | 52.96 | $14,333.68 | 129.01 | $33,571.60 | 181.98 | $47,905.28 |
| | Asset Disposition | | | 2.80 | $917.20 | 38.65 | $9,347.10 | 41.45 | $10,264.31 |
| | Business Operations | | | 2.82 | $846.70 | 16.14 | $5,040.29 | 18.95 | $5,886.99 |
| | Claims Administration & Objections | | | 47.34 | $12,569.77 | 74.23 | $19,184.21 | 121.57 | $31,753.98 |
| 75 | 7625-33 S East End Avenue | 1.57080561505% | 1.68793908781% | 62.45 | $16,902.92 | 161.41 | $41,732.62 | 223.86 | $58,635.54 |
| | Asset Disposition | | | 3.30 | $1,081.61 | 71.06 | $17,206.25 | 74.37 | $18,287.86 |
| | Business Operations | | | 3.32 | $998.47 | 17.69 | $5,775.58 | 21.01 | $6,774.04 |
| | Claims Administration & Objections | | | 55.83 | $14,822.84 | 72.66 | $18,750.79 | 128.49 | $33,573.64 |
| 76 | 7635-43 S East End Avenue | 1.47027405569% | 1.57991098619% | 58.46 | $15,821.13 | 133.49 | $36,372.10 | 191.94 | $52,193.23 |
| | Asset Disposition | | | 3.09 | $1,012.39 | 51.25 | $14,214.34 | 54.35 | $15,226.73 |
| | Business Operations | | | 3.11 | $934.57 | 15.37 | $4,981.31 | 18.48 | $5,915.87 |
| | Claims Administration & Objections | | | 52.25 | $13,874.18 | 66.86 | $17,176.45 | 119.12 | $31,050.63 |
| 77 | 7750-58 S Muskegon Avenue | 0.87965114443% | 0.94524588918% | 34.97 | $9,465.64 | 154.36 | $40,508.30 | 189.34 | $49,973.94 |
| | Asset Disposition | | | 1.85 | $605.70 | 55.76 | $14,098.67 | 57.61 | $14,704.37 |
| | Business Operations | | | 1.86 | $559.14 | 21.11 | $6,551.83 | 22.97 | $7,110.97 |
| | Claims Administration & Objections | | | 31.26 | $8,300.79 | 77.50 | $19,857.80 | 108.76 | $28,158.59 |
| 78 | 7201 S Constance Avenue | 1.38230894125% | 1.48538639728% | 54.96 | $14,874.57 | 136.87 | $34,308.35 | 191.83 | $49,182.92 |
| | Asset Disposition | | | 2.91 | $951.82 | 33.02 | $8,184.45 | 35.93 | $9,136.26 |
| | Business Operations | | | 2.92 | $878.65 | 29.62 | $8,039.99 | 32.54 | $8,918.65 |
| | Claims Administration & Objections | | | 49.13 | $13,044.10 | 74.23 | $18,083.91 | 123.36 | $31,128.01 |
| 79 | 6160-6212 S Martin Luther King Drive | 0.98646592625% | 1.06002574715% | 39.22 | $10,615.03 | 174.04 | $52,139.86 | 213.26 | $62,754.89 |
| | Asset Disposition | | | 2.08 | $679.25 | 95.28 | $28,279.51 | 97.36 | $28,958.76 |
| | Business Operations | | | 2.09 | $627.04 | 51.27 | $16,014.70 | 53.35 | $16,641.74 |
| | Claims Administration & Objections | | | 35.06 | $9,308.75 | 27.49 | $7,845.64 | 62.55 | $17,154.39 |
| 80 | 2736-44 W 64th Street | 0.52527739767% | 0.56444683097% | 20.88 | $5,652.34 | 75.95 | $21,569.50 | 96.83 | $27,221.83 |
| | Asset Disposition | | | 1.11 | $361.69 | 32.19 | $8,014.78 | 33.29 | $8,376.47 |
| | Business Operations | | | 1.11 | $333.89 | 27.73 | $8,025.57 | 28.84 | $8,359.46 |
| | Claims Administration & Objections | | | 18.67 | $4,956.76 | 16.03 | $5,529.15 | 34.70 | $10,485.91 |
| 81 | 4315-19 S Michigan Avenue | 1.06814781824% | 1.14779857971% | 42.47 | $11,493.99 | 64.35 | $18,794.52 | 106.82 | $30,288.50 |
| | Asset Disposition | | | 2.25 | $735.49 | 32.88 | $8,356.21 | 35.12 | $9,091.71 |
| | Business Operations | | | 2.26 | $678.96 | 18.63 | $5,963.81 | 20.89 | $6,642.77 |
| | Claims Administration & Objections | | | 37.96 | $10,079.53 | 12.84 | $4,474.49 | 50.81 | $14,554.02 |
| 82 | 6355-59 S Talman Avenue | 0.72508387191% | 0.77915268294% | 28.83 | $7,802.39 | 71.65 | $21,069.08 | 100.48 | $28,871.47 |
| | Asset Disposition | | | 1.53 | $499.27 | 29.67 | $7,876.65 | 31.19 | $8,375.92 |
| | Business Operations | | | 1.53 | $460.89 | 26.16 | $7,671.24 | 27.69 | $8,132.14 |
| | Claims Administration & Objections | | | 25.77 | $6,842.22 | 15.83 | $5,521.19 | 41.60 | $12,363.41 |
| 83 | 6356 S California Avenue | 0.47124168452% | 0.50638172634% | 18.74 | $5,070.88 | 77.03 | $22,853.58 | 95.76 | $27,924.46 |
| | Asset Disposition | | | 0.99 | $324.48 | 32.70 | $9,079.25 | 33.69 | $9,403.74 |
| | Business Operations | | | 1.00 | $299.54 | 28.48 | $8,264.76 | 29.47 | $8,564.30 |
| | Claims Administration & Objections | | | 16.75 | $4,446.85 | 15.85 | $5,509.57 | 32.60 | $9,956.42 |
| 84 | 7051 S Bennett Avenue | 0.75398669523% | 0.81021076215% | 29.98 | $8,113.40 | 88.81 | $23,784.04 | 118.79 | $31,897.45 |
| | Asset Disposition | | | 1.59 | $519.17 | 40.17 | $9,716.34 | 41.76 | $10,235.51 |
| | Business Operations | | | 1.59 | $479.26 | 28.07 | $7,908.07 | 29.66 | $8,387.34 |
| | Claims Administration & Objections | | | 26.80 | $7,114.96 | 20.57 | $6,159.63 | 47.36 | $13,274.60 |
| 85 | 7201-07 S Dorchester Avenue | 0.62203902356% | 0.66842387877% | 24.73 | $6,693.56 | 81.08 | $22,076.32 | 105.81 | $28,769.87 |
| | Asset Disposition | | | 1.31 | $428.32 | 40.73 | $9,571.28 | 42.04 | $9,999.60 |
| | Business Operations | | | 1.32 | $395.39 | 23.88 | $6,777.11 | 25.20 | $7,172.50 |
| | Claims Administration & Objections | | | 22.11 | $5,869.85 | 16.47 | $5,727.92 | 38.58 | $11,597.77 |
| 86 | 7442-54 S Calumet Avenue | 0.71000413800% | 0.76294846769% | 28.23 | $7,640.12 | 52.44 | $15,233.64 | 80.67 | $22,873.76 |
| | Asset Disposition | | | 1.49 | $488.89 | 28.63 | $7,190.53 | 30.12 | $7,679.42 |
| | Business Operations | | | 1.50 | $451.31 | 10.85 | $3,535.83 | 12.35 | $3,987.14 |
| | Claims Administration & Objections | | | 25.23 | $6,699.93 | 12.97 | $4,507.27 | 38.20 | $11,207.19 |
| 87 | 7508 S Essex Avenue | 0.94876659149% | 1.01951520904% | 37.72 | $10,209.36 | 92.15 | $25,562.43 | 129.88 | $35,771.79 |
| | Asset Disposition | | | 2.00 | $653.29 | 50.43 | $12,586.11 | 52.42 | $13,239.40 |

EquityBuild - Property Allocation Summary

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] Hours | General Allocation(s) [1] Fees | Specific Allocations(s) [2] Specific Hours | Specific Allocations(s) [2] Specific Fees | Total Allocation(s) [3] Total Hours | Total Allocation(s) [3] Total Fees |
|---|---|---|---|---|---|---|---|---|---|
| | Business Operations | | | 2.01 | $603.07 | 29.23 | $8,673.39 | 31.24 | $9,276.47 |
| | Claims Administration & Objections | | | 33.72 | $8,953.00 | 12.49 | $4,302.92 | 46.21 | $13,255.92 |
| 88 | 7546-48 S Saginaw Avenue | 0.78540280753% | 0.84396954391% | 31.23 | $8,451.46 | 110.34 | $30,316.93 | 141.57 | $38,768.39 |
| | Asset Disposition | | | 1.65 | $540.80 | 68.68 | $16,715.78 | 70.33 | $17,256.58 |
| | Business Operations | | | 1.66 | $499.23 | 24.67 | $7,666.09 | 26.33 | $8,165.32 |
| | Claims Administration & Objections | | | 27.91 | $7,411.42 | 17.00 | $5,935.06 | 44.91 | $13,346.48 |
| 89 | 7600-10 S Kingston Avenue | 1.92266607283% | 2.06603744349% | 76.44 | $20,689.17 | 175.89 | $52,606.73 | 252.34 | $73,295.91 |
| | Asset Disposition | | | 4.05 | $1,323.89 | 119.43 | $34,385.35 | 123.48 | $35,709.24 |
| | Business Operations | | | 4.07 | $1,222.12 | 33.62 | $9,974.23 | 37.69 | $11,196.35 |
| | Claims Administration & Objections | | | 68.33 | $18,143.16 | 22.84 | $8,247.15 | 91.17 | $26,390.31 |
| 90 | 7656-58 S Kingston Avenue | 0.40212623745% | 0.43211240648% | 15.99 | $4,327.15 | 163.01 | $49,291.31 | 179.00 | $53,618.46 |
| | Asset Disposition | | | 0.85 | $276.89 | 101.45 | $29,946.93 | 102.29 | $30,223.83 |
| | Business Operations | | | 0.85 | $255.61 | 38.29 | $10,979.57 | 39.14 | $11,235.18 |
| | Claims Administration & Objections | | | 14.29 | $3,794.65 | 23.27 | $8,364.80 | 37.57 | $12,159.45 |
| 91 | 7701-03 S Essex Avenue | 0.87965114443% | 0.94524588918% | 34.97 | $9,465.64 | 55.34 | $16,208.79 | 90.32 | $25,674.43 |
| | Asset Disposition | | | 1.85 | $605.70 | 31.18 | $7,899.56 | 33.03 | $8,505.26 |
| | Business Operations | | | 1.86 | $559.14 | 11.72 | $3,993.69 | 13.58 | $4,552.83 |
| | Claims Administration & Objections | | | 31.26 | $8,300.79 | 12.44 | $4,315.54 | 43.70 | $12,616.33 |
| 92 | 7748-52 S Essex Avenue | 1.69647006426% | 1.82297421484% | 67.45 | $18,255.15 | 131.54 | $37,108.08 | 198.99 | $55,363.23 |
| | Asset Disposition | | | 3.57 | $1,168.14 | 71.50 | $18,049.41 | 75.07 | $19,217.54 |
| | Business Operations | | | 3.59 | $1,078.34 | 42.58 | $12,842.88 | 46.17 | $13,921.22 |
| | Claims Administration & Objections | | | 60.29 | $16,008.67 | 17.47 | $6,215.79 | 77.76 | $22,224.46 |
| 93 | 7957-59 S Marquette Road | 0.44108221671% | 0.47397329586% | 17.54 | $4,746.34 | 82.66 | $23,342.60 | 100.20 | $28,088.94 |
| | Asset Disposition | | | 0.93 | $303.72 | 42.03 | $10,506.36 | 42.96 | $10,810.08 |
| | Business Operations | | | 0.93 | $280.37 | 25.06 | $7,381.02 | 25.99 | $7,661.38 |
| | Claims Administration & Objections | | | 15.68 | $4,162.25 | 15.57 | $5,455.22 | 31.25 | $9,617.48 |
| 94 | 816-22 E Marquette Road | 1.01159881610% | 1.08703277255% | 40.22 | $10,885.48 | 60.76 | $16,887.49 | 100.98 | $27,772.97 |
| | Asset Disposition | | | 2.13 | $696.56 | 34.31 | $7,849.22 | 36.44 | $8,545.77 |
| | Business Operations | | | 2.14 | $643.01 | 14.21 | $4,752.79 | 16.35 | $5,395.80 |
| | Claims Administration & Objections | | | 35.95 | $9,545.91 | 12.24 | $4,285.48 | 48.19 | $13,831.40 |
| 95 | 8201 S Kingston Avenue | 0.50265779682% | 0.54014050810% | 19.99 | $5,408.93 | 93.78 | $27,536.34 | 113.76 | $32,945.27 |
| | Asset Disposition | | | 1.06 | $346.12 | 60.84 | $16,723.76 | 61.90 | $17,069.88 |
| | Business Operations | | | 1.06 | $319.51 | 17.28 | $5,354.69 | 18.34 | $5,674.20 |
| | Claims Administration & Objections | | | 17.86 | $4,743.31 | 15.65 | $5,457.89 | 33.52 | $10,201.20 |
| 96-99 | 8326-58 S Ellis Avenue | 2.02319763219% | 2.17406554511% | 80.44 | $21,770.96 | 158.58 | $41,772.01 | 239.02 | $63,542.97 |
| | Asset Disposition | | | 4.26 | $1,393.11 | 112.51 | $26,798.96 | 116.77 | $28,192.08 |
| | Business Operations | | | 4.28 | $1,286.03 | 28.80 | $9,003.61 | 33.08 | $10,289.63 |
| | Claims Administration & Objections | | | 71.91 | $19,091.82 | 17.27 | $5,969.44 | 89.17 | $25,061.26 |
| 100 | 11117-11119 S Longwood Drive | 2.19912786108% | 2.36311472294% | 87.44 | $23,664.09 | 74.82 | $18,804.08 | 162.26 | $42,468.17 |
| | Asset Disposition | | | 4.63 | $1,514.25 | 55.05 | $13,087.95 | 59.68 | $14,602.20 |
| | Business Operations | | | 4.65 | $1,397.85 | 13.71 | $4,554.96 | 18.36 | $5,952.81 |
| | Claims Administration & Objections | | | 78.16 | $20,751.98 | 6.06 | $1,161.18 | 84.22 | $21,913.16 |
| 101 | 6949-59 S Merrill Avenue | 1.91009962791% | 2.05253393078% | 75.94 | $20,553.95 | 210.76 | $62,431.92 | 286.70 | $82,985.87 |
| | Asset Disposition | | | 4.02 | $1,315.24 | 136.10 | $36,605.24 | 140.12 | $37,920.47 |
| | Business Operations | | | 4.04 | $1,214.14 | 40.71 | $13,521.96 | 44.75 | $14,736.09 |
| | Claims Administration & Objections | | | 67.89 | $18,024.58 | 33.95 | $12,304.73 | 101.84 | $30,329.31 |
| 102-106 | 7927-49 S Essex Avenue | 1.09956393054% | 1.18155736147% | 43.72 | $11,832.04 | 196.85 | $55,546.87 | 240.57 | $67,378.91 |
| | Asset Disposition | | | 2.31 | $757.13 | 135.38 | $38,474.93 | 137.70 | $39,232.06 |
| | Business Operations | | | 2.33 | $698.93 | 43.38 | $13,698.96 | 45.70 | $14,397.88 |
| | Claims Administration & Objections | | | 39.08 | $10,375.99 | 18.09 | $3,372.97 | 57.17 | $13,748.96 |
| 107 | 1422-24 East 68th Street | 0.50265779682% | 0.54014050810% | 19.99 | $5,408.93 | 103.33 | $27,708.56 | 123.31 | $33,117.49 |
| | Asset Disposition | | | 1.06 | $346.12 | 68.97 | $16,923.51 | 70.03 | $17,269.63 |
| | Business Operations | | | 1.06 | $319.51 | 21.23 | $6,253.74 | 22.29 | $6,573.25 |
| | Claims Administration & Objections | | | 17.86 | $4,743.31 | 13.13 | $4,531.30 | 30.99 | $9,274.61 |
| 108 | 2800-06 E 81st Street | 0.54035713158% | 0.58065104621% | 21.48 | $5,814.60 | 73.01 | $20,202.91 | 94.49 | $26,017.52 |
| | Asset Disposition | | | 1.14 | $372.07 | 47.00 | $11,287.08 | 48.14 | $11,659.15 |
| | Business Operations | | | 1.14 | $343.47 | 12.61 | $4,263.20 | 13.75 | $4,606.67 |

*EquityBuild - Property Allocation Summary*

| Prop # | Property Address | Allocation Percent | Allocation Percent (1/29/2021 and Onward, Claims Only) | General Allocation(s) [1] | | Specific Allocations(s) [2] | | Total Allocation(s) [3] | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Fees | Specific Hours | Specific Fees | Total Hours | Total Fees |
| | Claims Administration & Objections | | | 19.20 | $5,099.06 | 13.40 | $4,652.64 | 32.60 | $9,751.69 |
| 109 | 4750-52 S Indiana Avenue | 0.87588121095% | 0.94119483537% | 34.82 | $9,425.07 | 78.95 | $21,143.67 | 113.78 | $30,568.74 |
| | Asset Disposition | | | 1.84 | $603.11 | 46.82 | $10,591.94 | 48.66 | $11,195.05 |
| | Business Operations | | | 1.85 | $556.75 | 18.79 | $5,918.59 | 20.64 | $6,475.34 |
| | Claims Administration & Objections | | | 31.13 | $8,265.22 | 13.35 | $4,633.14 | 44.48 | $12,898.35 |
| 110 | 5618-20 S Martin Luther King Drive | 0.81179234186% | 0.87232692058% | 32.28 | $8,735.43 | 80.25 | $23,531.77 | 112.53 | $32,267.20 |
| | Asset Disposition | | | 1.71 | $558.98 | 32.07 | $8,134.52 | 33.77 | $8,693.50 |
| | Business Operations | | | 1.72 | $516.01 | 31.79 | $9,622.05 | 33.50 | $10,138.06 |
| | Claims Administration & Objections | | | 28.85 | $7,660.45 | 16.40 | $5,775.20 | 45.25 | $13,435.64 |
| 111 | 6554-58 S Vernon Avenue | 0.72382722742% | 0.77780233167% | 28.78 | $7,788.87 | 82.69 | $23,078.34 | 111.47 | $30,867.21 |
| | Asset Disposition | | | 1.52 | $498.41 | 37.30 | $8,572.10 | 38.82 | $9,070.50 |
| | Business Operations | | | 1.53 | $460.09 | 28.83 | $8,674.12 | 30.36 | $9,134.21 |
| | Claims Administration & Objections | | | 25.73 | $6,830.37 | 16.57 | $5,832.13 | 42.29 | $12,662.49 |
| 112 | 7450 S Luella Avenue | 0.34934716879% | 0.37539765313% | 13.89 | $3,759.21 | 93.20 | $24,997.98 | 107.09 | $28,757.19 |
| | Asset Disposition | | | 0.74 | $240.55 | 65.96 | $15,679.38 | 66.70 | $15,919.93 |
| | Business Operations | | | 0.74 | $222.06 | 14.42 | $4,765.62 | 15.16 | $4,987.68 |
| | Claims Administration & Objections | | | 12.42 | $3,296.60 | 12.82 | $4,552.98 | 25.23 | $7,849.58 |
| 113 | 7840-42 S Yates Avenue | 0.43982557222% | 0.47262294459% | 17.49 | $4,732.82 | 74.08 | $20,302.55 | 91.57 | $25,035.37 |
| | Asset Disposition | | | 0.93 | $302.85 | 47.73 | $11,301.29 | 48.66 | $11,604.14 |
| | Business Operations | | | 0.93 | $279.57 | 13.35 | $4,503.66 | 14.28 | $4,783.23 |
| | Claims Administration & Objections | | | 15.63 | $4,150.40 | 13.00 | $4,497.60 | 28.63 | $8,648.00 |
| 115 | 431 E 42nd Place | 0.10367317059% | 0.11140397980% | 4.12 | $1,115.59 | 40.14 | $10,368.88 | 44.26 | $11,484.47 |
| | Asset Disposition | | | 0.22 | $71.39 | 27.71 | $7,338.38 | 27.92 | $7,409.76 |
| | Business Operations | | | 0.22 | $65.90 | 9.39 | $2,310.44 | 9.60 | $2,376.34 |
| | Claims Administration & Objections | | | 3.68 | $978.31 | 3.05 | $720.06 | 6.74 | $1,698.37 |
| 116 | 1102 Bingham (Houston, TX) | 1.12155520915% | 1.20518850870% | 44.59 | $12,068.68 | 176.79 | $48,224.64 | 221.38 | $60,293.33 |
| | Asset Disposition | | | 2.36 | $772.27 | 123.15 | $34,779.78 | 125.51 | $35,552.05 |
| | Business Operations | | | 2.37 | $712.91 | 45.12 | $11,309.91 | 47.49 | $12,022.82 |
| | Claims Administration & Objections | | | 39.86 | $10,583.51 | 8.52 | $2,134.95 | 48.38 | $12,718.46 |
| Total | | | | 3,939.20 | 1,066,708.00 | 10,149.67 | 2,876,321.54 | 14,088.87 | 3,943,029.54 |
| | Asset Disposition [4] | | | 210.40 | 68,857.00 | 5,356.13 | 1,388,908.29 | 5,566.53 | 1,457,765.29 |
| | Business Operations [5] | | | 211.50 | 63,564.00 | 2,441.55 | 746,191.96 | 2,653.05 | 809,755.96 |
| | Claims Administration & Objections [6] | | | 3,517.30 | 934,287.00 | 2,351.98 | 741,221.28 | 5,869.28 | 1,675,508.28 |

[1] Task entries determined as general time have been allocated to all properties in accordance with court-approved allocation methodology.
[2] Task entries specifically identified as relating to respective property. Specific allocations have been determined via analysis of task descriptions and details can be found in
[3] Summation of General and Specific Allocation hours/fees. Both allocation populations have been limited to entries occuring on or before 6/30/2020.
[4] Time/Task entries relating to Asset Disposition Billing Category
[5] Time/Task entries relating to Business Operations Billing Category
[6] Time/Task entries relating to Claims Administration & Objections Billing Category