IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered on January 4, 2022 regarding the expert discovery (Doc. 1114), the undersigned counsel for BC57 LLC and certain of the Investor Lenders in Group 1, advise the Court that no rebuttal experts were disclosed by any of the parties, and therefore there is no rebuttal expert deposition to be scheduled.

Dated: January 10, 2022                     Respectfully submitted,

| | |
|---|---|
| /s/    Max A. Stein | /s/    Todd Gale |
| Max A. Stein (ARDC # 6275993) | Todd Gale (ARDC # 6229288) |
| Lauren E. Dreifus (ARDC # 6317983) | Michael Gilman (ARDC # 6182779) |
| Boodell & Domanskis, LLC | mgilman@dykema.com |
| One North Franklin, Suite 1200 | Dykema Gossett PLLC |
| Chicago, IL 60606 | 10 S. Wacker Drive, Suite 2300 |
| mstein@boodlaw.com | Chicago, IL 60606 |
| ldreifus@boodlaw.com | (312) 627-5675 |
| | |
| *Counsel for Claimants Pat DeSantis, Girl Cat Capital West LLC, Robert Jennings, Knickerbocker Investment Group LLC, and Lori Moreland* | *Counsel for BC57, LLC* |

/s/      Michael O'Malley Kurtz

Michael O'Malley Kurtz
Kurtz & Augenlicht LLP
123 W Madison St, Ste. 700
Chicago, IL 60602
312.265.0106
mkurtz@kalawchicago.com

*Counsel for 1839 FUND LLC*

## **CERTIFICATE OF SERVICE**

      I, Max A. Stein, an attorney, certify that I caused a copy of the aforementioned **JOINT STATUS REPORT** to be served upon the parties and counsel of record through the CM/ECF system and through the ebgroup1service@rdaplaw.net email.

                                            */s/ Max A. Stein*

{00945560 }