# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

## JOINT STATUS REPORT REGARDING GROUP 1 CLAIMS PROCESS

Pursuant to the Order Modifying Group 1 Schedule entered on November 22, 2021 (Doc. 1091 (the "Order")), the undersigned counsel provide this Status Report to the Court regarding the Group 1 Claims Process.

1. The Group 1 Claims Process is proceeding according to the schedule set forth in the Order.

2. Discovery has been completed other than the limited discovery ordered by the Court on January 21, 2022 (Doc. 1135).

3. Many Claimants have submitted Position Statements to the Receiver and the other parties involved in Group 1 by sending them to the EB Group 1 Service Group. The Receiver is gathering those Position Statements that are not also filed using the Court's ECF System, redacting personal identifying information

{00948959}

as necessary, and will file them with the Court no later than February 3, 2022, one week after the January 27, 2022 deadline for submission of Position Statements.

4. The undersigned counsel do not have any matters regarding the Group 1 Claims Process that they wish to raise with the Court during the status hearing set for January 28, 2022.

Dated: January 25, 2022                                             Respectfully submitted,

| | |
|---|---|
| /s/     *Jodi Rosen Wine* | /s/     *Benjamin J. Hanauer* |
| Michael Rachlis | Benjamin J. Hanauer (hanauerb@sec.gov) |
| Jodi Rosen Wine | Timothy J. Stockwell (stockwellt@sec.gov) |
| Rachlis Duff & Peel, LLC | 175 West Jackson Blvd., Suite 1450 |
| 542 South Dearborn Street, Suite 900 | Chicago, IL 60604 |
| Chicago, IL 60605 | Phone (312) 353-7390; Fax (312) 353-7398 |
| Phone (312) 733-3950; Fax (312) 733-3952 | |
| mrachlis@rdaplaw.net | *Attorneys for Plaintiff* |
| jwine@rdaplaw.net | *U.S. Securities and Exchange Commission* |
| | |
| *Attorneys for Kevin B. Duff, Receiver* | |
| | |
| /s/     *Max A. Stein* | /s/     *Todd Gale* |
| Max A. Stein (ARDC # 6275993) | Todd Gale (ARDC # 6229288) |
| Lauren E. Dreifus (ARDC # 6317983) | Michael Gilman (ARDC # 6182779) |
| Boodell & Domanskis, LLC | mgilman@dykema.com |
| One North Franklin, Suite 1200 | Dykema Gossett PLLC |
| Chicago, IL 60606 | 10 S. Wacker Drive, Suite 2300 |
| mstein@boodlaw.com | Chicago, IL 60606 |
| ldreifus@boodlaw.com | (312) 627-5675 |
| | |
| *Counsel for Claimants Pat DeSantis, Girl Cat Capital West LLC, Robert Jennings, Knickerbocker Investment Group LLC, and Lori Moreland* | *Counsel for BC57, LLC* |

/s/     *Michael O'Malley Kurtz*

Michael O'Malley Kurtz
Kurtz & Augenlicht LLP
123 W Madison St, Ste. 700

{00948959 }                                             2

Chicago, IL 60602
312.265.0106
mkurtz@kalawchicago.com
*Counsel for 1839 FUND LLC*

## CERTIFICATE OF SERVICE

      I, Max A. Stein, an attorney, certify that I caused a copy of the aforementioned **JOINT STATUS REPORT REGARDING GROUP 1 CLAIMS PROCESS** to be served upon the parties and counsel of record through the CM/ECF system and through the ebgroup1service@rdaplaw.net email.

                                                  */s/ Max A. Stein*