UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUITYBUILD, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 18-CV-5587<br><br>Hon. John Z. Lee |

**INDEX OF EXHIBITS TO SEC'S POSITION STATEMENT
FOR GROUP 1 OF THE CLAIMS PROCESS**

The SEC submits this Index of Exhibits cited in its Position Statement for the Group 1 properties. Copies of the exhibits listed below are attached to this filing.

**Investor Mortgages**

Ex. 1: 7752 S. Muskegon mortgage

Ex. 2: 3074 E. Cheltenham mortgage

Ex. 3: 7201 S. Constance mortgage

Ex. 4: 7625 S. East End mortgage

Ex. 5: 7635 S. East End mortgage

**Collateral Agency and Servicing ("CAS") Agreements (representative samples)**

Ex. 6: 7752 S. Muskegon sample CAS Agreement

Ex. 7: 3074 E. Cheltenham sample CAS Agreement

Ex. 8: 7201 S. Constance sample CAS Agreement

Ex. 9: 7625 S. East End sample CAS Agreement

Ex. 10: 7635 S. East End sample CAS Agreement

**Payoff Statements**

Ex. 11: 7752 S. Muskegon payoff statement

Ex. 12: 3074 E. Cheltenham payoff statement

Ex. 13: 7201 S. Constance payoff statement

Ex. 14: 7625 S. East End payoff statement

Ex. 15: 7635 S. East End payoff statement

**Releases**

Ex. 16: 7752 S. Muskegon release

Ex. 17: 3074 E. Cheltenham release

Ex. 18: 7201 S. Constance release

Ex. 19: 7625 S. East End release

Ex. 20: 7635 S. East End release

**BC57 Loan Documents**

Ex. 21: BC57-Equitybuild Loan Agreement

Ex. 22: BC57 Mortgage

Ex. 23: BC57 Title Insurance Policy

**Deposition Transcripts**

Ex. 24: Charles Anglin

Ex. 25: Kasturi Bagchi

Ex. 26: Jason Jarjosa

Ex. 27: Jill Meekoms

Ex. 28: Maribel Morales

Ex. 29: Randall Pong

Ex. 30: Matthew Turzewski

Ex. 31: Cecilia Wolff

Ex. 32: Mark Young

Ex. 33: J. Bushnell Nielson

**BC57 Litigation Materials**

Ex. 34: Report of J. Bushnell Nielsen

Ex. 35: BC57 Responses to Standard Discovery

Ex. 36: BC57's Answers to SEC's Interrogatories

**Other Documents**

Ex. 37: September 18, 2017 email from K. Bagchi to M. Morales

Ex. 38: September 18, 2017 email from I. Salajanu to T. DeRoo


Dated: January 27, 2022              Respectfully submitted,

   /s/ Benjamin Hanauer
Benjamin J. Hanauer (hanauerb@sec.gov)
Timothy J. Stockwell (stockwellj@sec.gov)
Alyssa A. Qualls (qualls@sec.gov)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
U.S. Securities and Exchange Commission

## CERTIFICATE OF SERVICE

      I hereby certify that I provided service of the foregoing Index of Exhibits, via ECF filing, to all counsel of record and Defendant Shaun Cohen, and to all claimants via the Receiver's email distribution list, on January 27, 2022.

      /s/ Benjamin Hanauer
Benjamin J. Hanauer
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

One of the Attorneys for Plaintiff