EquityBuild Finance, LLC
5068 W Plano Pkwy, #300
Plano, TX 75093
Main: (800) 991-4642
Fax: (239) 244-8666

From: 7635 S East End Investors C/O EquityBuild Finance, LLC

# PAYOFF

Loan Number: ████████

Subject Property: 7635 S East End., Chicago, IL 60649.

**Note: This note/security instrument is due for payment September 15, 2017.**

Unpaid Principal Balance: ……………………………………………………………..………$1,210,000.00

Interest at 15% from 09/01/17 to 09/15/17: ....................................................$7,562.50

**Total Amount Due under Note/Security Instrument:.............................$1,217,562.50**

This figure is accurate until September 15th, 2017, or until any activity occurs on this account. Funds received after that date will be subject to an additional $504.17 of interest per Day.

WHERE TO SEND PAYOFF FUNDS

| By Wire: | By Overnight: |
|---|---|
| Wells Fargo Bank, N.A. | EquityBuild Finance, LLC |
| Routing/ABA # ████████ | 5068 W Plano Pkwy., #300 |
| For Final Credit to: EquityBuild Finance, LLC | Plano, TX 75093 |
| Escrow Account # | |

FUNDS MUST BE RECEIVED BY 2 P.M. EASTERN TIME FOR SAME-DAY PROCESSING.

PAYOFFS ARE NOT POSTED ON WEEKENDS OR HOLIDAYS, INTERESR WILL BE ADDED TO THE ACCOUNT FOR THESE DAYS.
ALL FIGURES ARE SUBJECT TO FINAL VERIFICATION BY THE NOTEHOLDER. ALL REMITTANCES MUST BE MADE BY CASHIER'S CHECK OR CERTIFIED FUNDS.