| | |
|---|---|
| **From:** | Ioana Salajanu |
| **Sent:** | Mon, 18 Sep 2017 16:58:40 +0000 |
| **To:** | Tyler DeRoo |
| **Subject:** | FW: Bloomfield Payoffs |
| **Attachments:** | EBF 7836 S South Shore Payoff.pdf, EBF 7625 S East End Payoff.pdf, EBF 7635 S East End Payoff.pdf, EBF 7201 S Constance Payoff.pdf, 3074 E Cheltenham Release.pdf, 7625 S East End Release.pdf, 7635 S East End Release.pdf, 7201 S Constance Release.pdf |

I need all of these updated through Sept 30

Ioana Salajanu
**Rock Fusco & Connelly, LLC**
321 N. Clark Street
Suite 2200
Chicago, Illinois 60654
312.494.1000 (p)
312.377.5750 (d)
312.494.1001 (f)
Isalajanu@rfclaw.com
www.rfclaw.com

---

**From:** Ioana Salajanu
**Sent:** Friday, September 08, 2017 11:33 AM
**To:** 'Bagchi, Kasturi' <KBagchi@honigman.com>
**Cc:** Patty San Martin <PSanMartin@rfclaw.com>
**Subject:** FW: Bloomfield Payoffs

Payoffs

Ioana Salajanu
**Rock Fusco & Connelly, LLC**
321 N. Clark Street
Suite 2200
Chicago, Illinois 60654
312.494.1000 (p)
312.377.5750 (d)
312.494.1001 (f)
Isalajanu@rfclaw.com
www.rfclaw.com

---

**From:** Tyler DeRoo [mailto:tyler@equitybuild.com]
**Sent:** Friday, September 08, 2017 10:39 AM
**To:** Ioana Salajanu <Isalajanu@rfclaw.com>

**Cc:** Patty San Martin <PSanMartin@rfclaw.com>
**Subject:** Fwd: Bloomfield Payoffs

Tyler DeRoo
tyler@equitybuild.com
C. 847.420.2095

> Begin forwarded message:
>
> **From:** Elizabeth Kammerer <elizabeth@equitybuildfinance.com>
> **Subject: Re: Bloomfield Payoffs**
> **Date:** September 8, 2017 at 10:36:25 AM CDT
> **To:** Shaun Cohen <shaun@equitybuild.com>
> **Cc:** Tyler DeRoo <tyler@equitybuild.com>, Ronald Bol <ron@equitybuild.com>
>
> Attached updated payoffs plus releases
>
>  Virus-free. www.avast.com
>
> **Thanks,**
>
> **Mrs. Elizabeth Kammerer**  *Document Control Manager, EquityBuild Finance, LLC*
> Tel: (877) 978-1916 x 1804 | Mobile: (469) 910-9790 | Fax: (877) 978-2727 | www.equitybuildfinance.com
>
> This email is intended only for the person or entity to which it is addressed and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  Dissemination, distribution or copying of this email including the information contained herein or any attachments hereto (the "message") by anyone other than the intended recipient, or an employee of agent responsible for delivering the message to the intended recipient, is strictly prohibited.  If you received this email in error, please immediately contact the sender and destroy the material in its entirety whether in electronic or hard copy format.
>
> On Thu, Sep 7, 2017 at 5:34 PM, Shaun Cohen <shaun@equitybuild.com> wrote:
>> Yes

Thanks,

**Shaun Cohen** *Vice President, EquityBuild, Inc*
Tel: (877) 978-1869 x 1807 | Mobile: (215) 407-5777 | Fax: (239) 244-8666
shaun@equitybuild.com | www.equitybuild.com

This email is intended only for the person or entity to which it is addressed and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  Dissemination, distribution or copying of this email including the information contained herein or any attachments hereto (the "message") by anyone other than the intended recipient, or an employee of agent responsible for delivering the message to the intended recipient, is strictly prohibited.  If you received this email in error, please immediately contact the sender and destroy the material in its entirety whether in electronic or hard copy format.

On Thu, Sep 7, 2017 at 6:34 PM, Elizabeth Kammerer <elizabeth@equitybuildfinance.com> wrote:

> Shaun do you want these sent to 8783?
>
> On Sep 7, 2017 3:40 PM, "Tyler DeRoo" <tyler@equitybuild.com> wrote:
>
>> We need Payoffs to be remitted to EBF not EB, the optics aren't good. Can you change the account name? It references EB in the top half and EBF in the bottom half, need it all to be EBF.
>>
>> Tyler DeRoo
>> tyler@equitybuild.com
>> C. 847.420.2095
>>
>>> On Sep 7, 2017, at 2:29 PM, Elizabeth Kammerer <elizabeth@equitybuildfinance.com> wrote:
>>>
>>> Attached
>>> Do you als
>>>
>>>
>>>
>>> Thanks,
>>>
>>> **Mrs. Elizabeth Kammerer**  *Document Control Manager, EquityBuild Finance, LLC*

Tel: (877) 978-1916 x 1804 | Mobile: (469) 910-9790 | Fax: (877) 978-2727 | www.equitybuildfinance.com

This email is intended only for the person or entity to which it is addressed and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. Dissemination, distribution or copying of this email including the information contained herein or any attachments hereto (the "message") by anyone other than the intended recipient, or an employee of agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you received this email in error, please immediately contact the sender and destroy the material in its entirety whether in electronic or hard copy format.

On Thu, Sep 7, 2017 at 12:41 PM, Tyler DeRoo <tyler@equitybuild.com> wrote:

> Elizabeth,
>
> I need payoff quotes though the end of next week for the following:
>
> 7836 S South Shore (Cheltenham) - $1,150,000
> 7625 S East End - $1,170,000
> 7635 S East End - $1,210,000
> 7201 S Constance - $1,350,000
>
> Let me know if you have any questions.
>
> Tyler DeRoo
> tyler@equitybuild.com
> C. 847.420.2095

<EB 7836 S South Shore Payoff.pdf><EB 7625 S East End Payoff.pdf><EB 7635 S East End Payoff.pdf><EB 7201 S Constance Payoff.pdf>