# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY ALLOWED BY COURT ORDER DATED JANUARY 21, 2022 (DKT. 1135)

Pursuant to the Notification of Docket Entry dated January 27, 2022 (Doc. 1143 (the "Order"), the undersigned counsel provide this Joint Status Report regarding the discovery allowed by the Court's Order dated January 21, 2022 (Dkt. 1135):

1. BC57, LLC served its contention discovery on the Receiver on January 21, 2022.

2. The Receiver has through February 11, 2022 to respond to BC57's contention discovery.

3. The Receiver produced the Wells Fargo Statement to BC57.

4. Whether BC57 will take deposition(s) will be determined after the Receiver responds to the contention discovery.

03547760 v1

Dated: February 3, 2022 	Respectfully submitted,

*/s/     Jodi Rosen Wine*  	*/s/ Robert M. Horwitz*
Michael Rachlis 	Robert M. Horwitz
Jodi Rosen Wine 	David E. Hart
Rachlis Duff & Peel, LLC 	Maddin, Hauser, Roth & Heller, P.C.
542 South Dearborn Street, Suite 900 	28400 Northwestern Highway, 2nd Floor
Chicago, IL 60605 	Southfield, MI 48034
Phone (312) 733-3950; Fax (312) 733-3952 	(248) 354-4030

mrachlis@rdaplaw.net 	Todd Gale (ARDC # 6229288)
jwine@rdaplaw.net 	Michael Gilman (ARDC # 6182779)
 	mgilman@dykema.com
*Attorneys for Kevin B. Duff, Receiver* 	Dykema Gossett PLLC
 	10 S. Wacker Drive, Suite 2300
 	Chicago, IL 60606
 	(312) 627-5675

 	*Counsel for BC57, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I caused the foregoing Joint Status Report Regarding Discovery Allowed by Court Order Dated January 21, 2022 (Dkt. 1135) to be electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record, and e-mailed to ebgroup1service@rdaplaw.net, which is designed to send electronic notification of such filing to all parties involved in Group 1.

	*/s/ David E. Hart*