IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

**JOINT STATUS REPORT REGARDING DISCOVERY ALLOWED BY COURT ORDER DATED JANUARY 21, 2022 (DKT. 1135)**

Pursuant to the Notification of Docket Entry dated January 27, 2022 (Doc. 1143 (the "Order"), the undersigned counsel provide this Joint Status Report regarding the discovery allowed by the Court's Order dated January 21, 2022 (Dkt. 1135):

1. BC57, LLC served its contention discovery on the Receiver on January 21, 2022.

2. The Receiver has through February 11, 2022 to respond to BC57's contention discovery.

3. The Receiver produced the Wells Fargo Statement to BC57.

4. Whether BC57 will take deposition(s) will be determined after the Receiver responds to the contention discovery.

03547760 v1

Dated: February 3, 2022     Respectfully submitted,

*/s/    Jodi Rosen Wine*     */s/ Robert M. Horwitz*
Michael Rachlis     Robert M. Horwitz
Jodi Rosen Wine     David E. Hart
Rachlis Duff & Peel, LLC     Maddin, Hauser, Roth & Heller, P.C.
542 South Dearborn Street, Suite 900     28400 Northwestern Highway, 2nd Floor
Chicago, IL 60605     Southfield, MI 48034
Phone (312) 733-3950; Fax (312) 733-3952     (248) 354-4030
mrachlis@rdaplaw.net     Todd Gale (ARDC # 6229288)
jwine@rdaplaw.net     Michael Gilman (ARDC # 6182779)
     mgilman@dykema.com
*Attorneys for Kevin B. Duff, Receiver*     Dykema Gossett PLLC
     10 S. Wacker Drive, Suite 2300
     Chicago, IL 60606
     (312) 627-5675

     *Counsel for BC57, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I caused the foregoing Joint Status Report Regarding Discovery Allowed by Court Order Dated January 21, 2022 (Dkt. 1135) to be electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record, and e-mailed to ebgroup1service@rdaplaw.net, which is designed to send electronic notification of such filing to all parties involved in Group 1.

     */s/ David E. Hart*