UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 18-cv-5587 ) |
| v. | ) Hon. John Z. Lee ) |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Mag. Judge Young B. Kim ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF FILING OF POSITION STATEMENTS

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), pursuant to the January 25, 2022 Joint Status Report Regarding Group 1 Claims Process (Dkt. No. 1139), hereby provides this Notice of Filing of Position Statements submitted by Group 1 Claimants pursuant to the Court's November 22, 2021 Order Modifying Group 1 Schedule (Dkt. No. 1091).

The Claimants' Position Statements that the Receiver has received (but which were not submitted through the Court's ECF System) are attached to this Notice as follows:

| | |
|---|---|
| Exhibit 1 | Adir Hazan |
| Exhibit 2 | Alan P. Dooley for Grathia Corp |
| Exhibit 3 | Alcalli Sabat |
| Exhibit 4 | Robert Guiney |
| Exhibit 5 | Brittny Wilson |
| Exhibit 6 | Cecilia Wolff |
| Exhibit 7 | Charles Anglin – <u>received after deadline (on 1/28/22)</u> |
| Exhibit 8 | Daniel J Martineau |
| Exhibit 9 | Danyel Tiefenbacher and Jamie Lai |
| Exhibit 10 | Ed Falkowitz for TFG Retirement Trust |
| Exhibit 11 | Francis D. Webb Jr |
| Exhibit 12 | Frank Starosciak |
| Exhibit 13 | Gary Bozlinski for Fraser Realty Investments, LLC |
| Exhibit 14 | Gary R. Burnham Jr. |
| Exhibit 15 | Glynis Sheppard, Trustee of Ira J Fields Living Trust |
| Exhibit 16 | Horace Derrick for HDerrickLLC – <u>received after deadline (on 1/28/22)</u> |
| Exhibit 17 | James S. Hoven |
| Exhibit 18 | James Tutsock |

| | |
|---|---|
| Exhibit 19 | Jason Ragan |
| Exhibit 20 | Jean-Marc Cabrol for Optima Property Solutions LLC |
| Exhibit 21 | John E. Bloxham |
| Exhibit 22 | John P. Sullivan |
| Exhibit 23 | Josh Morrow |
| Exhibit 24 | Judith Ferrara for TruStar Real Estate Solutions, LLC |
| Exhibit 25 | Jyotsna Sharma |
| Exhibit 26 | Kelly E. Welton |
| Exhibit 27 | Kevin Scheel for US Freedom Investments, LLC |
| Exhibit 28 | KKW Investments, LLC |
| Exhibit 29 | Maria C. Jorgensen |
| Exhibit 30 | Mark P. Mouty |
| Exhibit 31 | Mark E. Young |
| Exhibit 32 | Mark E. Young, Trustee for Young Family Trust |
| Exhibit 33 | Melanie T. Gonzales for G&M You-Nique Property |
| Exhibit 34 | Michael James Guilford & Nancy Richard-Guilford |
| Exhibit 35 | Paul N. Wilmesmeier |
| Exhibit 36 | Peter P. Nuspl for The Peter Paul Nuspl Living Trust |
| Exhibit 37 | Ping Liu – <u>received after deadline (on 1/29/22)</u> |
| Exhibit 38 | PNW Investments, LLC |
| Exhibit 39 | Provident Trust Group LLC FBO Stephen Tang I |
| Exhibit 40 | Robert Mennella for Mennco Funding Solutions, LLC |

Exhibit 41   Sam Gerber

Exhibit 42   Sidney Haggins for 3074 E Cheltenham

Exhibit 43   Sidney Haggins for 7201 S Constance

Exhibit 44   Stephan Tang

Exhibit 45   Steven R. Bald

Exhibit 46   Susan Kalisiak-Tingle

Exhibit 47   Umbrella Investment Partners, LLC

Exhibit 48   Victor Shaw

Exhibit 49   Walter T. Akita and Margaret M. Akita

Exhibit 50   Winnie J. Quick (Blackwell)

Additionally, the following Group 1 Claimants filed a Position Statement via the Court's ECF system:

Docket No. 1140            Deborah L. Mullica/Spectra Investments, LLC

Docket No. 1144            City of Chicago

Docket Nos. 1146-1147      U.S. Securities and Exchange Commission

Docket No. 1149            Capital Investors, LLC

Docket No. 1151            Certain Individual Investors[1]

Docket Nos. 1152-1160      BC57, LLC

---

[1] Group 1 Investor-Lenders, specifically Arthur and Dinah Bertrand, Pat Desantis, Girl Cat Capital West LLC, Sidney Haggins, Initium LLC / Harry Saint-Preux, Robert Jennings, Knickerbocker Investment Group LLC, Steven and Linda Lipschultz, Jill Meekcoms, Lori Moreland, Mark Mouty, Glynis Sheppard / J. Fields Living Trust, Randall Sotka / Tahiti Trust / Big Bean LLC, Louis Duane Velez, Kirk Road Investments, LLC (related parties, Leroy Johnson, Martha Johnson, LMJ Sales, Inc.), and 1839 Fund LLC (the "Certain Investor-Lenders")

The Receiver will serve a copy of this Notice upon all claimants in Group 1, and will also provide access to all of the foregoing Position Statements to the claimants in Group 1 through a Dropbox link.

If any claimant submitted (or attempted to submit) a Position Statement using the Group 1 email distribution list (ebgroup1service@rdaplaw.net) and it is not included in this Notice, please promptly notify the Receiver by forwarding a copy of your original timely email and all attachments to equitybuildclaims@rdaplaw.net.

Dated:  February 3, 2022                     Kevin B. Duff, Receiver

                                             By:    /s/ Michael Rachlis
                                                    Michael Rachlis
                                                    Jodi Rosen Wine
                                                    Rachlis Duff & Peel LLC
                                                    542 South Dearborn Street, Suite 900
                                                    Chicago, IL 60605
                                                    Phone (312) 733-3950
                                                    mrachlis@rdaplaw.net
                                                    jwine@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I electronically filed the foregoing Notice of Fling with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing Notice, to be served upon all claimants included on the Email Service List for Group 1 by electronic mail and by a Dropbox link.

I further certify that the Notice (without Exhibits 1-50) will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net