# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 1:18-cv-5587 |
| Plaintiff, | Judge John Z. Lee |
| v. | Magistrate Judge Young B. Kim |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | |
| Defendants. | |

**DIRECT LENDING PARTNER, LLC'S JOINDER TO MOTION FOR APPOINTMENT OF A FEE EXAMINER, OR, IN THE ALTERNATIVE, TO ESTABLISH A PRACTICAL AND COST EFFECTIVE PROCEDURE TO RESPOND TO THE RECEIVER'S FEE ALLOCATION MOTION AND SUFFICIENT TIME TO DO SO**

Direct Lending Partner, LLC, by its counsel Michael Gilman, joins in the Motion For Appointment Of A Fee Examiner, Or, In The Alternative, To Establish A Practical And Cost Effective Procedure To Respond To The Receiver's Fee Allocation Motion And Sufficient Time To Do So (Dkt. 1177).

/s/ Michael Gilman
Michael Gilman (6182779)
(mgilman@dykema.com)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 627-5675

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2022, I caused the foregoing **Direct Lending Partner, LLC's Joinder to Motion for Appointment of a Fee Examiner, or, in the Alternative, to Establish a Practical and Cost Effective Procedure to Respond to The Receiver's Fee Allocation Motion and Sufficient Time To Do So** to be electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record.

                                                             /s/ Michael A. Gilman

097077.000109  4861-6468-0462.1