UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 18-cv-5587 |
| ) v. ) | Hon. John Z. Lee |
| ) EQUITYBUILD, INC., ) EQUITYBUILD FINANCE, LLC, ) JEROME H. COHEN, and SHAUN ) D. COHEN, ) ) | Mag. Judge Young B. Kim |
| Defendants. ) ) | |

### NOTICE OF FILING OF POSITION STATEMENT RECEIVED AFTER FEBRUARY 3, 2022 DEADLINE

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), pursuant to the January 25, 2022 Joint Status Report Regarding Group 1 Claims Process (Dkt. No. 1139), hereby provides this Notice of Filing of Position Statements submitted by Group 1 Claimants pursuant to the Court's November 22, 2021 Order Modifying Group 1 Schedule (Dkt. No. 1091).

The Claimant's Position Statement that the Receiver has received (but which was not submitted through the Court's ECF System) is attached to this Notice as Exhibit 51 – Linda and Brad Lutz.

The Receiver will serve a copy of this Notice upon all claimants in Group 1.

If any claimant submitted (or attempted to submit) a Position Statement using the Group 1 email distribution list (ebgroup1service@rdaplaw.net) and it is not included in this Notice, please promptly notify the Receiver by forwarding a copy of your original timely email and all attachments to equitybuildclaims@rdaplaw.net.

Dated: February 23, 2022            Kevin B. Duff, Receiver

                                    By:    /s/ Michael Rachlis
                                           Michael Rachlis
                                           Jodi Rosen Wine
                                           Rachlis Duff & Peel LLC
                                           542 South Dearborn Street, Suite 900
                                           Chicago, IL 60605
                                           Phone (312) 733-3950
                                           mrachlis@rdaplaw.net
                                           jwine@rdaplaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, I electronically filed the foregoing Notice of Fling with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing Notice, to be served upon all claimants included on the Email Service List for Group 1 by electronic mail and by a Dropbox link.

I further certify that the Notice will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax    (312) 733-3952
mrachlis@rdaplaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-5587 |
| v. | ) Hon. John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Mag. Judge Young B. Kim |
| Defendants. | ) |

## POSITION STATEMENT

Claimant Name(s): Linda and Brad Lutz

**The Property or Properties in which you assert an interest:**

[_____]   #74 - 3074 Cheltenham Place a/k/a 7836 S Shore Drive
[x____]   #75 - 7625- 33 S East End Avenue
[_____]   #76 - 7635- 43 S East End Avenue
[_____]   #77 - 7750- 58 S Muskegon Avenue a/k/a 2818- 36 E 78th Street
[_____]   #78 - 7201 S Constance Avenue a/k/a 1825- 31 E 72nd Street

**Facts and Evidence Supporting Claim(s):**

The initial note was for a principal amount of $397,836. All documents are in the original claim. We received principal back of $31,207 on 8/10/17, which dropped the total investment to $361,629 according to my monthly statement. All documents are in the original claim.

Exhibit 51

\*Please attach only relevant documents or transcript pages to the Position Statement. Please redact (black out or remove) personal identifying information such as social security numbers before submission.

**<u>Legal Authority and Argument:</u>**

Dated  2/4/2022

(Signature) — Linda Lutz — 96B6A9D6971847C...

Linda Lutz

Printed Name(s) of Claimant(s)

2