**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:18-cv-5587 |
| v. | Judge John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | Magistrate Judge Young B. Kim |
| Defendants. | |

## BC57, LLC'S RESPONSE TO RECEIVER'S MOTION FOR EXTENSION

Claimant BC57, LLC ("BC57") does not object to the Receiver's Motion for Extension (Dkt. 1196). To the extent that the Receiver is allowed two additional business days, or until February 28, 2002, to file his submission in regards to Group I claims, BC57 requests a commensurate extension to file its Responsive Statement, currently due on March 10, 2022, on March 14, 2022.

Dated: February 25, 2022         **BC57, LLC**

/s/ *Robert M. Horwitz*
David E. Hart
Robert M. Horwitz
Maddin Hauser Roth & Heller, PC
28400 Northwestern Drive, 2nd Floor
Southfield, MI 48034 / (248) 827-1884
dhart@maddinhauser.com / rhorowitz@maddinhauser.com
Attorneys for BC57, LLC

-and-

Robert J. Keach
Letson Douglass Boots
Kyle D. Smith
Motions for Admission Pro Hac Vice Pending (Dkts. 1185-1187)
Bernstein, Shur, Sawyer & Nelson, P.A.
Portland, ME 04104
Telephone: (207) 774-1200 / Facsimile: (207) 774-1127
rkeach@bernsteinshur.com / lboots@bernsteinshur.com
kdsmith@bernsteinshur.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I caused the foregoing BC57, LLC's Response to Receiver's Motion to Extension to be electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record, and e-mailed to ebgroup1service@rdaplaw.net, which is designed to send electronic notification of such filing to all parties involved in Group 1.

                                           */s/ David E. Hart*
                                           David E. Hart