UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:18-cv-5587 |
| v. | |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | Hon. John Z. Lee |
| Defendants. | |

**MIDLAND LOAN SERVICES' STATUS REPORT REGARDING PROPERTIES 45, 46 AND 48**

Midland Loan Services, a Division of PNC Bank, NA ("Midland") respectfully files this Status Report ("Report") in response to Magistrate Judge Kim's Minute Order of July 7, 2022 (Dkt. 1267) ordering Midland to file a status report identifying the exhibits (Dkt. 1210-1 to 1210-8) and the specific line items therein supporting its objections (Dkt. 1210) to the fee allocation motion (Dkt. 1107) for Properties 45, 46 and 48.

**I.      Property 45 (2129 W 71st Street)**

Ex. B [Dkt. 1210-2]     Lines 4298-5194
Ex. E [Dkt. 1210-6]     Lines 2-3123 (all entries)
Ex. F [Dkt. 1210-7]     Lines 3-330 (all entries)
Ex. G [Dkt. 1210-8]     Lines 2-3498 (all entries)

**II.     Property 46 (9610 S Woodlawn)**

Ex. B [Dkt. 1210-2]     Lines 41740-42676
Ex. E [Dkt. 1210-6]     Lines 2-3123 (all entries)
Ex. F [Dkt. 1210-7]     Lines 3-330 (all entries)
Ex. G [Dkt. 1210-8]     Lines 2-3498 (all entries)

1

### III. Property 48 (6759 S Indiana)

      Ex. B [Dkt. 1210-2]      Lines 20468-21258
      Ex. E [Dkt. 1210-6]      Lines 2-3123 (all entries)
      Ex. F [Dkt. 1210-7]      Lines 3-330 (all entries)
      Ex. G [Dkt. 1210-8]      Lines 2-3498 (all entries)

There are two duplicative entries in Exhibits E and G with respect to Properties 45, 46 and 48. Exhibit G identifies objections by Midland and US Bank as Trustee to the allocation of fees to the Single Claim Properties in the Receiver's General Allocations for the "Claims Administration and Objections" category incurred after January 30, 2020 – the date that the Receiver identified the Single Claim Properties in his Sixth Status Report (Dkt. 624). Exhibit E identifies objections by all Lenders to the Receiver's General Allocations. It includes two objections (Lines 2802 and 2804) that duplicate entries in Exhibit G. The duplicative objections are identified as "Single-claim Properties" and object to the allocations of fees in the "Claims Administration and Objections" category after January 30, 2020 to the Single Claim Properties.

There are also numerous duplicative entries in Exhibits B and F regarding Properties 45, 46 and 48. Exhibit F identifies objections by Midland and US Bank as Trustee to the allocation of fees in the Receiver's property-specific allocations for the "Claims Administration and Objections" category incurred after January 30, 2020 as applied to the Single Claim Properties. Exhibit B identifies objections by all of the Lenders to certain fees that the Receiver has allocated to specific properties. The duplicative objections are identified as "Single-claim Properties" and relate to the allocations of fees in the "Claims Administration and Objections" category to the Single Claim Properties after January 30, 2020. The duplicative entries in Exhibit B are identified below:

2

| Property | Exhibit B objections duplicating objections in Exhibit F |
|---|---|
| Property 45 | Lines 5029-5033<br>Lines 5037-5050<br>Lines 5052-5056<br>Lines 5069-5071<br>Lines 5075-5099<br>Lines 5101-5113<br>Lines 5115-5135<br>Lines 5138-5145<br>Lines 5147-5194 |
| Property 46 | Lines 42513-42517<br>Lines 42521-42534<br>Lines 42536-42545<br>Lines 42554-42556<br>Lines 42559-42570<br>Lines 42572-42580<br>Lines 42585-42597<br>Lines 42600-42619<br>Lines 42622-42628<br>Lines 42630-42676 |
| Property 48 | Lines 21098-99<br>Lines 21106-19<br>Lines 21121-27<br>Lines 21129-30<br>Lines 21139-41<br>Lines 21144-45<br>Lines 21148-66<br>Lines 21168-21180<br>Lines 21182-21194<br>Lines 21197-21201<br>Lines 21204-21210<br>Lines 21212-21258 |

3

Dated: July 11, 2022                              Respectfully submitted,

*/s/ Michael D. Napoli*
Thomas B. Fullerton (6296539)
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
thomas.fullerton@akerman.com

Michael D. Napoli (TX 14803400)
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4360
michael.napoli@akerman.com
*Counsel for Midland Loan Services,
a Division of PNC Bank, National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served upon all counsel of record via the court's EM/ECF system on July 11, 2022.

*/s/ Michael D. Napoli*
Michael D. Napoli