

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Jeffrey D. Pilgrim

Firm   Pilgrim Christakis LLP

Street Address   One South Dearborn, Suite 1420

City/State/Zip Code   Chicago, Illinois 60603

Phone Number   (312) 939-0920

Email address   jpilgrim@pilgrimchristakis.com

ARDC (Illinois State Bar members, only)   6270435

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| see attached list | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Jeffrey D. Pilgrim                                         09/26/2022
Signature of Attorney                                          Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-04230 | Foster v. PHH Mortgage, et al. | Judge Steven C. Seeger |
| 1:21-cv-02703 | Mohammed v. Citigroup Inc., et al. | Judge Robert M. Dow, Jr. |
| 1:22-cv-00609 | Zeoli v. Capital One Bank USA, N.A. | Judge Franklin U. Valderrama |
| 1:21-cv-06766 | Parker v. Capital One Bank (USA), N.A. | Judge Elaine E. Bucklo |
| 1:22-cv-03405 | Smith v. Exeter Finance LLC, et al. | Judge Andrea R. Wood |
| 1:21-cv-01768 | Craftwood Lumber Company v. OmniMax International LLC, et al. | Judge Jorge L. Alonso |
| 1:18-cv-05587 | U.S. Securities and Exchange Commission v. Equitybuild, Inc., et al. | Judge John Z. Lee |