UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:18-cv-5587 ) |
| v. | ) Hon. Manish S. Shah ) |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Magistrate Judge Young B. Kim ) ) ) |
| Defendants. | ) ) ) |

**RECEIVER'S NOTICE OF FILING AMENDED EXHIBITS 1 AND 4
TO RECEIVER'S SUBMISSION ON GROUP 1 CLAIMS (DOCKET NO. 1201)**

Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc. and related entities ("Receiver"), hereby provides notice of filing **Amended Exhibit 1** and **Amended Exhibit 4** to the Receiver's Submission on Group 1 Claims, which was filed on February 28, 2022, as Docket Entry No. 1201.

On September 21, 2022, the Court ordered that the claims of Joseph and Linda Martinez be included for consideration with the Group 1 claims process. (Dkt. 1315) Accordingly, Exhibits 1 and 4 to the Receiver's recommendations with regards to the claims asserted against Property 74 (3074 Cheltenham Place) and Property 77 (7750 S Muskegon) have been amended to include the Martinez' claims against these two properties.

Dated: October 17, 2022            Respectfully submitted,

                                   Kevin B. Duff, Receiver

                          By:      /s/     Michael Rachlis

Michael Rachlis
Jodi Rosen Wine
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
mrachlis@rdaplaw.net
jwine@rdaplaw.net

*Counsel for Kevin B. Duff, Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing **Receiver's Notice of Filing Amended Exhibits 1 and 4 To Receiver's Submission on Group 1 Claims (Docket No. 1201)** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing Notice, to be served upon all claimants included on the Email Service List for Group 1 by electronic mail. I further certify that the Notice will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

SEC v. EquityBuild
Group 1 Investor-Lender Claims
3074 Cheltenham Avenue a/k/a 7836-38 S South Shore Avenue (Property 74) - AMENDED

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1839 Fund I LLC | 74-367 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $12,850.00 | POC, LSA | $37,150.00 | | |
| Adir Hazan | 74-143 | POC, DIS, POS | Investor-Lender | $50,000.00 | $0.00 | $8,183.00 | POC (interest) and LSA ($1000 other) | $0.00 | $41,817.00 | Secured investment rolled to SSDF1 Equity Fund |
| Alton Motes and Vicki Elaine Washburn JTWROS | 74-2042 | POC, DIS | Investor-Lender | $80,000.00 | $0.00 | $21,226.60 | LSA | $0.00 | $58,773.40 | EquityBuild records indicate claim bought out by another investor and principal returned |
| BTRUE LLC  Barry J. Oates | 74-669 | POC | Equity Investor | $38,400.00 | $38,400.00 | $0.00 | POC, LSA | $38,400.00 | | |
| Christopher Pong | 74-760 | POC, DIS | Investor-Lender | $29,280.00 | $29,280.00 | $7,622.57 | POC, DIS, LSA | $21,657.43 | | |
| City of Chicago | 74-693 | POC, DIS, POS | Other | $10,812.42 | | $0.00 | N/A | $0.00 | $0.00 | Water debt paid at closing |
| Daniel Matthews, Leah Matthews | 74-117 | POC | Investor-Lender | $20,000.00 | $20,000.00 | $3,606.62 | POC | $16,393.38 | | |
| Danyel Tiefenbacher and Jamie Lai | 74-510 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | POC, LSA | $36,400.07 | | |
| Degenhardt, Duane A | 74-2015 | POC, DIS | Investor-Lender | $66,684.00 | $66,684.00 | $9,780.32 | LSA | $56,903.68 | | |
| Erika Dietz | 74-1283 | POC, DIS | Investor-Lender | $50,000.00 | $0.00 | $42,756.68 | POC, LSA | $0.00 | $7,243.32 | $30,000 principal returned and $20,000 of investment rolled to unsecured promissory note |
| G&M You-Nique Properties, LLC | 74-722 | POC, DIS, POS | Investor-Lender | $60,000.00 | $60,000.00 | $16,695.00 | POC (interest) and LSA ($1000 other) | $43,305.00 | | |
| Grathia Corp | 74-1445 | POC, POS | Investor-Lender | $100,000.00 | $100,000.00 | $32,600.07 | LSA | $67,399.93 | | |
| iPlan Group Agent for Custodian FBO Jyotsna Sharma IRA | 74-341 | POC, DIS, POS | Investor-Lender | $25,000.00 | $0.00 | $28,591.70 | LSA, WF | $0.00 | $0.00 | Principal returned to claimant on 7/20/16 |
| IPlanGroup Agent for Custodian FBO Mark Young | 74-1446 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $25,033.40 | LSA | $74,966.60 | | |
| Ira J. Fields Living Trust, Glynis Sheppard, Trustee | 74-1240 | POC, DIS, POS | Investor-Lender and Equity Investor | $50,000.00 | $50,000.00 | $12,848.95 | DIS and LSA ($1000 other) | $37,151.05 | | |
| James Hoven | 74-2029 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,082.00 | POC (interest) and LSA ($1000 other) | $35,918.00 | | |
| Jill Meekcoms (The Entrust Group Inc. FBO Jill (Halverson) Meekcoms IRA #33-21296) | 74-548 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,183.26 | POC | $35,816.74 | | |
| John Taxeras (Flying Hound Holdings. LLC | 74-994 | POC, DIS | Investor-Lender | $18,552.85 | $18,552.85 | $7,884.23 | DIS | $10,668.62 | | |
| Joseph and Linda Martinez | 74-2095 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $13,016.60 | LSA | $36,983.40 | | |
| Joshua Morrow | 74-734 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | POC (interest) and LSA ($1000 other) | $36,400.07 | | |
| Julia Pong ( iPlanGroup Agent for Custodian FBO Julia Pong IRA) | 74-1022 | POC, DIS | Investor-Lender | $34,572.00 | $34,572.00 | $9,000.24 | POC, DIS, LSA | $25,571.76 | | |
| Kenneth (Ken) and Maria (Tina) Jorgensen (iPlanGroup Agent for Custodian FBO Maria Christina Jorgensen IRA) | 74-194 | POC, DIS, POS | Investor-Lender | $42,000.00 | $42,000.00 | $10,820.00 | POC, DIS | $31,180.00 | | |
| Kester Brothers Farm, LLC, C/O James R. Kester | 74-944 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $13,099.93 | POC, DIS | $36,900.07 | | |
| Kevin Randall | 74-811 | POC | Investor-Lender | $50,000.00 | $0.00 | $10,266.61 | LSA | $0.00 | $39,733.39 | Secured investment rolled to SSDF4 Equity Fund |
| KKW Investments, LLC | 74-336 | POC, DIS, POS | Investor-Lender | $1,600.00 | $1,600.00 | $456.00 | POC | $1,144.00 | | |
| Madison Trust Company Agent for Custodian FBO  The Jacqueline C Rowe Living Trust IRA | 74-163 | POC, DIS | Equity Investor | $50,000.00 | $50,000.00 | $11,583.33 | LSA | $0.00 | $38,416.67 | Secured investment rolled to SSDF4 Equity Fund |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records



Amended Exhibit

1

Page 1 of 2

SEC v. EquityBuild
Group 1 Investor-Lender Claims
3074 Cheltenham Avenue a/k/a 7836-38 S South Shore Avenue (Property 74) - AMENDED

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Madison Trust Company Custodian FBO Robert W. Jennings Account# M1605053 | 74-241 | POC, DIS, POS | Investor-Lender | $74,539.00 | $74,539.00 | $20,266.69 | DIS | $54,272.31 | | |
| May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | 74-1412 | POC, DIS | Investor-Lender | $86,515.00 | $86,515.00 | $22,200.00 | POC, DIS | $64,315.00 | | |
| Michael F Grant & L. Gretchen Grant (Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16th 2012) | 74-393 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $4,712.53 | LSA | $45,287.47 | | |
| New Move Ventures Inc. (Steven Fecko) | 74-115 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $14,500.00 | LSA | $35,500.00 | | |
| Optima Property Solutions, LLC | 74-1023 | POC, DIS, POS | Investor-Lender | $60,000.00 | $0.00 | $74,645.00 | LSA | $0.00 | $0.00 | Secured investment transferred to different EquityBuild properties |
| Pat DeSantis | 74-397 | POC, DIS, POS | Investor-Lender | $110,000.00 | $110,000.00 | $30,910.07 | LSA | $79,089.93 | | |
| Paul N. Wilmesmeier | 74-300 | POC, DIS, POS | Investor-Lender | $25,000.00 | $25,000.00 | $6,161.07 | POC, DIS | $18,838.93 | | |
| PNW Investments, LLC | 74-332 | POC, DIS, POS | Investor-Lender | $10,000.00 | $10,000.00 | $2,850.00 | POC, DIS | $7,150.00 | | |
| QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and Acct# 25282-21 | 74-1352 | POC, DIS | Investor-Lender | $56,000.00 | $56,000.00 | $13,553.59 | POC. DIS | $42,446.41 | | |
| Quest IRA FBO Francis D Webb 1437711 | 74-218 | POC, DIS, POS | Investor-Lender | $22,035.00 | $0.00 | $5,993.56 | LSA | $0.00 | $16,041.44 | Secured investment rolled to SSDF6 Equity Fund |
| Sam Gerber, CEO, Gerber and Associates, REI, LLC | 74-562 | POC, DIS, POS | Investor-Lender | $80,000.00 | $0.00 | $0.00 | POC, LSA | $0.00 | $80,000.00 | Secured investment rolled to SSDF6 Equity Fund |
| SAMUEL HOME SOLUTIONS LLC, George Samuel | 74-347 | POC | Investor-Lender | $42,131.00 | $42,131.00 | $13,468.46 | POC | $28,662.54 | | |
| Scott E Pammer | 74-827 | POC, DIS | Investor-Lender | $70,000.00 | $70,000.00 | $19,483.00 | POC, DIS | $50,517.00 | | |
| Sidney Haggins (Vantage FBO Sidney Haggins IRA) | 74-1434 | POS | Investor-Lender | $30,000.00 | $30,000.00 | $8,700.00 | LSA | $21,300.00 | | |
| Susan Kalisiak-Tingle | 74-1438 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $16,299.93 | LSA | $33,700.07 | | |
| Terry L. Merrill, Sheryl R. Merrill | 74-602 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | LSA | $36,400.07 | | |
| TruStar Real Estate Solutions, LLC | 74-337 | POC, DIS, POS | Investor-Lender | $75,000.00 | $75,000.00 | $20,125.00 | POC | $54,875.00 | | |
| Vladimir Matviishin | 74-233 | POC, DIS | Investor-Lender | $28,075.00 | $0.00 | | | $0.00 | $0.00 | This is a duplicate claim |
| Vladimir Matviishin, dba Network Expert | 74-1387 | POC, DIS | Investor-Lender | $28,075.00 | $28,075.00 | $7,861.05 | LSA | $20,213.95 | | |
| Walter T Akita and Margaret M Akita | 74-950 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,099.93 | POC | $36,900.07 | | |
| Young Family Trust | 74-1452 | POC, DIS, POS | Investor-Lender | $45,000.00 | $45,000.00 | $1,800.00 | LSA | $43,200.00 | | |
| Yvette Nazaire Camacho (iPlanGroup Agent for Custodian FBO Yvette Nazaire Camacho IRA) | 74-487 | POC, DIS | Investor-Lender | $30,000.00 | $30,000.00 | $7,510.00 | DIS | $22,490.00 | | |
| TOTAL | | | | $2,349,271.27 | $1,893,348.85 | | | $1,375,468.55 | $282,025.22 | |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

SEC v. EquityBuild
Group 1 Investor-Lender Claims
7750-52 S Muskegon Avenue (Property 77) - AMENDED

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Alton Motes (Alton P. Motes Trust UTA 12-15-11) | 77-2042 | POC, DIS | Investor-Lender | $43,000.00 | $43,000.00 | $12,255.00 | LSA | $30,745.00 | | |
| Arthur and Dinah Bertrand | 77-890 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $49,356.00 | POC, DIS | $50,644.00 | | |
| Bancroft, Ed (iPlanGroup Agent for Custodian FBO Ed Bancroft Roth) | 77-2008 | POC | Investor-Lender and Equity Investor | | $0.00 | $0.00 | N/A | $0.00 | $0.00 | Claimed interest in this property not supported by Proof of Claim or EquityBuild Records |
| Celia Tong Revocable Living Trust Dated December 22, 2011 | 77-2008 | POC, DIS | Investor-Lender | $25,000.00 | $0.00 | $7,508.33 | DIS | $0.00 | $17,491.67 | Claimants security interest assigned to another claimant and investment rolled to SSDF4 Equity Fund |
| Christopher Wilson and Brittny Wilson (Niosi) | 77-807 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $25,000.00 | DIS | $25,000.00 | | |
| CLD Construction, Inc. (Doru Unchias) | 77-1454 | POC | Independent Contractor | $49,000.00 | $0.00 | $0.00 | N/A | $0.00 | $49,000.00 | Unsecured trade creditor |
| Daniel J Martineau | 77-1299 | POC, DIS, POS | Investor-Lender | $100,000.00 | $0.00 | $124,000.00 | POC | $0.00 | $0.00 | Principal repaid with interest |
| Danielle DeVarne | 77-679 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $18,667.00 | DIS | $31,333.00 | | |
| Derrick, Horace (H Derrick, LLC) | 77-2016 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $40,000.00 | POC, DIS | $60,000.00 | | |
| Fraser Realty Investments, LLC | 77-1079 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $42,033.00 | POC | $57,967.00 | | |
| Girl Cat Capital West LLC, Valentina Salge, President | 77-350 | POC, DIS, POS | Investor-Lender | $25,000.00 | $25,000.00 | $3,666.63 | DIS, LSA | $21,333.37 | | |
| Henry D. Gallucci (Equity Trust Company Custodian FBO Henry D. Gallucci beneficiary of DCD Victoria E. Gallucci IRA 2.67 Undivided interest) | 77-2059 | POC, DIS | Investor-Lender | $60,000.00 | $60,000.00 | $24,000.00 | POC | $36,000.00 | | |
| Hillside Fund, LLC - Janet F. Turco, Owner/ Managing Member | 77-101 | POC | Investor-Lender | $125,000.00 | $125,000.00 | $45,312.50 | LSA | $79,687.50 | | |
| iPlan Group FBO Randall Pong IRA | 77-728 | POC, DIS | Investor-Lender and Equity Investor | $8,632.00 | $8,632.00 | $1,035.81 | POC, DIS | $7,596.19 | | |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | 77-331 | POC, DIS, POS | Investor-Lender | $10,633.00 | $10,633.00 | $1,333.00 | POC, LSA | $9,300.00 | | |
| Jason Ragan - TSA | 77-797 | POC, DIS, POS | Equity Investor | $2,022.00 | $2,022.00 | $269.60 | LSA | $1,752.40 | | |
| John E. Wysocki | 77-740 | POC, DIS | Equity Investor | $17,745.00 | $17,745.00 | $7,418.36 | DIS | $10,326.64 | | |
| John Taxeras (Flying Hound Holdings) | 77-994 | POC, DIS | Equity Investor | $21,400.00 | $21,400.00 | $9,197.72 | POC | $12,202.28 | | |
| Joseph and Linda Martinez | 77-2095 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $8,536.06 | POC, LSA | $41,463.94 | | |
| Kingdom Trust Company, Custodian, FBO Louis Duane Velez SEP IRA acct # 7422686172 | 77-1475 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $43,283.24 | POC, DIS | $56,716.76 | | |
| Maher, Avery (Christopher Maher CESA) | 77-2080 | POC, DIS | Investor-Lender | $11,000.00 | $11,000.00 | $4,400.00 | POC | $6,600.00 | | |
| Maher, Christopher | 77-2036 | POC, DIS | Investor-Lender | $14,000.00 | $14,000.00 | $5,600.00 | POC | $8,400.00 | | |
| Maher, Gavin (Christopher Maher, CESA) | 77-2081 | POC, DIS | Investor-Lender | $15,000.00 | $15,000.00 | $6,000.00 | POC | $9,000.00 | | |
| Maher, Travis (Christopher Maher, CESA) | 77-2082 | POC, DIS | Investor-Lender | $10,000.00 | $10,000.00 | $4,000.00 | POC | $6,000.00 | | |
| Mark P. Mouty | 77-165 | POC, DIS, POS | Investor-Lender | $50,000.00 | $0.00 | $20,500.00 | POC | $0.00 | $29,500.00 | Secured loan rolled to SSDF6 Equity Fund |
| Mark Young | 77-1154 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $33,833.43 | LSA | $66,166.57 | | |
| Matthew Boyd | 77-2060 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $16,916.57 | LSA | $33,083.43 | | |
| May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | 77-1412 | POC, DIS | Investor-Lender | $25,000.00 | $25,000.00 | $3,800.00 | POC | $21,200.00 | | |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records



Amended Exhibit 4

Page 1 of 2

SEC v. EquityBuild
Group 1 Investor-Lender Claims
7750-52 S Muskegon Avenue (Property 77) - AMENDED

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | 77-1412 | POC, DIS | Investor-Lender | $2,005.00 | $2,005.00 | $267.30 | DIS | $1,737.70 | | |
| Paul N. Wilmesmeier | 77-300 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,808.44 | POC | $28,191.56 | | |
| Paul Scribner | 77-1135 | POC, DIS | Investor-Lender | $6,708.00 | $6,708.00 | $651.61 | POC, DIS, LSA | $6,056.39 | | |
| Quest IRA FBO Francis D Webb 1437711 | 77-218 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,500.00 | LSA | $35,500.00 | | |
| Scott E Pammer | 77-827 | POC, DIS | Investor-Lender | $70,000.00 | $70,000.00 | $31,464.52 | POC, DIS | $38,535.48 | | |
| Self Directed IRA Services, Inc., Custodian FBO Ping Liu IRA | 77-544 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,641.67 | DIS, POS | $28,358.33 | | |
| Spectra Investments LLC/ Deborah L. Mullica | 77-1220 | POC, DIS, POS | Investor-Lender | $82,255.00 | $82,255.00 | $34,917.37 | POS, DIS | $47,337.63 | | |
| Steven and Linda Lipschultz | 77-1442 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $47,451.50 | POC | $52,548.50 | | |
| Terry L. Merrill, Sheryl R. Merrill | 77-602 | POC, DIS | Investor-Lender | $49,500.00 | $49,500.00 | $14,500.00 | LSA | $35,000.00 | | |
| The Anchor Group LLC - Ronald J. Hansen, Managing Partner (c/o Viola Hansen) | 77-949 | POC | Investor-Lender | $25,000.00 | $25,000.00 | $7,250.00 | LSA | $17,750.00 | | |
| The Edward Falkowitz Living Trust | 77-575 | POC, POS | Investor-Lender | $111,000.00 | $0.00 | $17,297.50 | LSA | $0.00 | $93,702.50 | Secured investment rolled to unsecured promissory note |
| THE INCOME FUND, LLC Thomas Garlock, Managing Member | 77-1421 | POC, DIS | Investor-Lender | $150,000.00 | $150,000.00 | $73,050.00 | POC | $76,950.00 | | |
| The Mennco Properties, LLC. Solo 401K Plan (by Robert Mennella Managing Partner) | 77-1032 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $20,000.00 | POC, DIS | $30,000.00 | | |
| Thomas F. Gordon | 77-2023 | POC | Equity Investor | $100,000.00 | $100,000.00 | $17,811.16 | LSA | $82,188.84 | | |
| Walter Akita (Walter T. Akita & Margaret M. Akita, JTWROS) | 77-1361 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,016.67 | POC, DIS | $28,983.33 | | |
| Total | | | | $2,258,900.00 | $1,923,900.00 | | | $1,191,655.84 | $189,694.17 | |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records