# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

United States Securities and Exchange Commission, et al.

                                                    Plaintiff,

v.

                                                    Case No.: 1:18−cv−05587

                                                    Honorable Manish S. Shah

Equitybuild, Inc., et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, FHFA's Objections [1266] to Magistrate Judge Kim's Memorandum Opinion and Order [1258] are sustained in part, overruled in part, and the order is affirmed. The court will advise the parties if oral argument is necessary to resolve the Group1 priority and avoidance issues. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.