**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | |
| Plaintiff, | Case No. 1:18-cv-5587 |
| v. | Judge John Z. Lee |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, UBS AG, by counsel, respectfully requests that this Court John F. Sullivan leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this Motion, UBS AG states as follows:

1. John F. Sullivan ("Sullivan") is one of the attorneys of record for UBS AG in this matter.

2. On or about December 28, 2022 Timothy J. Patenode and Zachary M. Schmitz of Katten Muchin Rosenman LLP entered their appearances on behalf of UBS AG (docs 1361 and 1362).

3. Accordingly, UBS AG requests that John F. Sullivan's appearance be withdrawn and electronic service of notices to Sullivan by CM/ECF terminated pursuant to Section II.B.6 of the Administrative Procedures of the CM/ECF System.

4. UBS AG will continue to be represented by attorneys Timothy J. Patenode and Zachary M. Schmitz from the firm of Katten Muchin Roseman LLP in this matter and their appearances will remain of record.

WHEREFORE, UBS AG prays for the entry of an order granting John F. Sullivan leave to withdraw as attorney of record for UBS AG in this cause, terminating electronic service of notices to John F. Sullivan by CM/ECF, and providing such further and additional relief as this Court deems just and appropriate.

       Respectfully submitted,

       UBS AG

       By: /s/John F. Sullivan
          JOHN F. SULLIVAN
          Plunkett Cooney, P.C.
          Attorney for UBS AG
          221 N. LaSalle Street – Suite 3500
          Chicago, IL 60601
          (312) 670-6900
          jsullivan@plunkettcooney.com

Open.27543.91517.30410377-1