# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EQUITY EXCHANGE COMMISSION, | ) ) ) ) | Civil Action No. 18-cv-5587 |
| Plaintiff, | ) ) | Hon. Manish S Shah |
| v. | ) ) | Mag. Judge Young B. Kim |
| EQUITYBUILD, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**EQUITYBUILD, INC., et al.,**

**Defendants.**

Civil Action No. 18-cv-5587

Hon. Manish S Shah

Mag. Judge Young B. Kim

## NOTICE OF FILING AMENDED PROPOSED ORDER APPROVING DISTRIBUTION OF PROCEEDS FROM THE SALES OF GROUP 1 PROPERTIES

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), hereby provides Notice that pursuant to the Court's February 15, 2023 Order (Docket no. 1386), he hereby files an Amended Proposed Order for disbursement of the proceeds from the Group 1 properties (3074 Cheltenham Ave. (Property 74), 7625-33 S East End Ave. (Property 75), 7635-43 S East End Ave. (Property 76), 7750 S Muskegon Ave. (Property 77), and 7201 S Constance Ave. (Property 78)), which is attached hereto as Exhibit A.

The amendment relates solely to the distributions of proceeds from the sale of 7625-33 S East End, and results from a previous claimant misnomer and subsequent confirmation by the Receiver that the David J. Geldart who submitted a claim is not the same David M. Geldart who was employed by EquityBuild. For the convenience of the parties, in the Amended Proposed Order attached as Exhibit A shows the language that has been stricken from page 4 of the original

proposed order filed on March 8, 2023 (Dkt. 1409).   Exhibit 2 is the only one of the five exhibits that has been amended.

A clean copy of the proposed order in MS Word format (with the stricken language removed) will be sent by electronic mail to Proposed_Order_Shah@ilnd.uscourts.gov

Dated:  March 17, 2023                              Kevin B. Duff, Receiver

                                        By:     /s/ Michael Rachlis

                                              Michael Rachlis (mrachlis@rdaplaw.net)
                                              Jodi Rosen Wine (jwine@rdaplaw.net)
                                              Rachlis Duff & Peel LLC
                                              542 South Dearborn Street, Suite 900
                                              Chicago, IL 60605
                                              Phone (312) 733-3950

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing **Notice of Filing Amended Proposed Order Approving Distribution of Proceeds From the Sales of Group 1 Properties**, via ECF filing, to all counsel of record on March 17, 2023.

I further certify that I caused true and correct copies of the foregoing to be served upon all known individuals or entities that submitted a proof of claim in this action (sent to the e-mail address each claimant provided on the claim form).

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

Plaintiff,

v.

EQUITYBUILD, INC., EQUITYBUILD
FINANCE, LLC, JEROME H. COHEN, and
SHAUN D. COHEN,

Defendants.

Case No. 1:18-cv-5587

Hon. Manish S. Shah

**[AMENDED PROPOSED] ORDER APPROVING DISTRIBUTION OF PROCEEDS
FROM THE SALES OF GROUP 1 PROPERTIES 74, 75, 76, 77, 78**

Pursuant to this Court's Memorandum Opinion and Order (Dkt. 1386) determining the
priority of claimants to liquidated funds from the sale of the five estate properties located at 3074
Cheltenham Ave. (Property 74), 7625-33 S East End Ave. (Property 75), 7635-43 S East End Ave.
(Property 76), 7750 S Muskegon Ave. (Property 77), and 7201 S Constance Ave. (Property 78)
(collectively, the "Group 1 Properties"), the Court hereby finds and ORDERS:

1.      Properties 75, 76, and 77 were sold by the Receiver free and clear of all liens
pursuant to the Court's Order entered December 12, 2019 (Dkt. 602), and Properties 74 and 78
were sold by the Receiver free and clear of all liens pursuant to the Court's order entered
September 25, 2020 (Dkt. 802).  Pursuant to these orders, the net proceeds of sale were deposited
into separate interest-bearing accounts held by the Receiver for each property.  Subsequently,
monthly interest deposits and a deposit resulting from the post-sale reconciliation of the property
manager's accounts were made to each of these property accounts.  Additionally, pursuant to the
Court's September 25, 2020 Restoration Order (Dkt. 796), additional funds were transferred to the
account for 7625 S East End (#75) and out of the accounts for 7635 S East End (#76) and 7750 S

1

Muskegon (#77).  Finally, pursuant to the Court's Order granting the Receiver's 17th Fee Application (Dkt. 1372), additional funds were transferred to the Receiver's account from each of the five accounts.  The Receiver has reported and will continue to report all such additions and subtractions in his quarterly status reports (Dkt. 624, 698, 757, 839, 930, 985, 1017, 1077, 1164, 1243, 1280, 1328, 1379)  The balance in the accounts held by the Receiver for each property as of February 28, 2023 are set forth in Exhibits 1 to 5 to this Order.

2.     The Court approved a claims process as to which fair and adequate notice was provided to all potentially interested persons and all were provided a full and fair opportunity to submit claims and supporting information.  (*E.g.,* Dkt. 941)  The Court also determined that a summary process, addressing claims against groups of properties on a seriatim basis, was necessary, appropriate, and afforded due process to all claimants and interest persons for adjudication of allegedly competing secured claims as to those properties.  (*E.g.,* Dkt. 941)

3.     This Court initiated the summary process for the resolution of Group 1 claims in July 2021.  (Dkt. 1006)  That process included exchanges of written and oral discovery (fact and expert), the submission to the Court of position statements and responses in regards to issues of priority by the SEC (Dkt. 1146-47, 1216), by institutional-lender claimant BC57 LLC (Dkt. 1152-60, 1217), and by certain of the Group 1 individual investor-lender claimants (Dkt. 1140, 1144, 1149, 1151, 1168 (attaching 50 position statements submitted by claimants to Receiver), 1195, 1215), and recommendations from the Receiver in regards to distributions.  (Dkt. 1201, 1345)

4.     Adequate and fair notice has been provided to all interested and potentially interested parties (including lienholders in the chain of title), and these potentially interested parties, including all claimants asserting an interest in the five Group 1 Properties, have had a full and fair opportunity to participate in the claims process established by the Court for the resolution of disputed claims and determination of secured interests.

2

5.     Adequate and fair notice of the Receiver's proposed fee allocations has been provided to all claimants. (Dkt. 1107, 1321)  All claimants have had a full and fair opportunity to assert their interests and any objections to the allocations in the Receiver's first Fee Allocation Motion (Dkt. 1107) and to Magistrate Judge Kim's order granting the Receiver's first fee allocation motion and overruling objections thereto (Dkt. 1381).

6.     Having determined the issue of priority, the Court is now in a position to approve distributions consistent with the orders previously approved and entered by the Court.  (Dkt. 941)

7.     The Court finds that defendants implemented a Ponzi scheme in which they commingled funds and used new funds from investor and institutional lenders to pay principal and excessive profits in the form of interest which was not tied directly and exclusively to income generated by the real estate assets associated with their loans and/or investments.  As a result, in order to promote the orderly and efficient administration of the estate for the benefit of all claimants, the amount of pre-receivership distributions to the individual investors on the loans secured by the Group 1 properties will be netted against the initial amounts lent by that individual.

8.     Exhibits 1-5 hereto set forth the total amounts of the distributions made to each of the Group 1 claimants in the form of interest, principal, or "other" distributions (such as bonus incentives extended to claimants).  These distributions have been deducted from the claimant's secured claim to calculate the net difference between "money in" and "money out" for the individual claims against these five properties, and the resulting figures used to determine each secured claimants' pro-rata share of the liquidated amounts currently available for distribution to the claimants, which are provided.  For claimants whose loan secured by an interest in Group 1 Properties was satisfied in full, no distribution from the liquidated proceeds held for these properties is warranted. Likewise, no distribution is warranted for claimants who did not submit

any documentation supporting their claims and the claims are not supported by EquityBuild's records.

9.    The Court further finds that certain claimants agreed to relinquish their secured interest in the Group 1 properties by rolling their secured loan to either an equity position or an unsecured promissory note. These investor lenders will be treated as unsecured creditors and their claims against the relevant Group 1 property will be considered at a later time along with all other unsecured claims against the Receivership Estate. Another claimant agreed to transfer its secured loan to different loans secured by other properties. This investor lender's claims will be considered by the Court at such time as those properties are before the Court. ~~The Court exercises its equitable authority to disqualify another claimant who was an EquityBuild employee who actively participated in the marketing of the fraudulent scheme.~~ Another claimant's claim has been determined to be partially secured and partially unsecured. Finally, two claimants asserting claims for construction work and fines and costs relating to administrative orders, respectively, do not have a security interest in the liquidated proceeds of sales, and therefore their claims will be considered as unsecured claims against the estate. Each of the foregoing positions were recommended and specified by the Receiver in his February 28, 2022 Submission on Group 1 Claims (Dkt. 1201), and no objections thereto were submitted by any claimants despite haven been given notice and a full and fair opportunity to file a responsive position statement (see Dkt. 941, 1006, 1091, 1211).

10.    Accordingly, the Court approves the Receiver's preliminary recommendation of final distributions as set forth in Exhibits 1 to 5 to this Order, subject to a final accounting and adjustments that may be required prior to distribution, namely:

   a. any adjustments to the available funds due to interest accrued through the date of distribution;

b. any adjustments to the fees allocated to the Group 1 properties pursuant to the Court's ruling on pending objections to the Magistrate Judge's order (Dkt. 1389);

c. any adjustments to the fees allocated to the Group 1 Properties pursuant to the Court's resolution of the pending Receiver's Second Motion for Approval of Fee Allocations for Interim Payment Pursuant to Receiver's Lien (Dkt. 1321);

d. any adjustment to the fees allocated to the Group 1 Properties in the Receiver's pending Fee Application #18 (Dkt. 1379);

e. any additional allocation of fees to the Group 1 Properties in future fee applications;

f. any adjustment to the expenses allocated to the Group 1 Properties pending resolution of the Receiver's Third Motion for Reimbursement and Restoration of Funds Expended for the Benefit of Receivership Properties and to Approve Certain Additional Payments from Receivership Property Sales Proceeds (Dkt. 1393); and

g. any further developments occurring between the date of this Order and the date of distribution.

11.     Because the Court intends that this be a final distribution, there will not be any holdbacks of professional fees or expenses associated with the Receiver's fee applications or fee allocation motions upon the distribution of proceeds to claimants. However, any excess proceeds in the account for 7625 S East End, following final distributions consistent with this order, shall be held in the account for that property until further order of the Court.

Entered:

_____
Manish S. Shah
United States District Court Judge

Date:_____

5

# Exhibit 1

Group 1 Distributions
3074 Cheltenham Avenue a/k/a 7836-38 S South Shore Avenue (Property 74)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1839 Fund I LLC | 74-367 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $12,850.00 | POC, LSA | $37,150.00 | | | 2.70% | $ 24,419.79 |
| Adir Hazan | 74-143 | POC, DIS, POS | Investor-Lender | $50,000.00 | $0.00 | $8,183.00 | POC (interest) and LSA ($1000 other) | $0.00 | $41,817.00 | Secured investment rolled to SSDF1 Equity Fund | 0.00% | $ - |
| Alton Motes and Vicki Elaine Washburn JTWROS | 74-2042 | POC, DIS | Investor-Lender | $80,000.00 | $0.00 | $21,226.60 | LSA | $0.00 | $58,773.40 | EquityBuild records indicate claim bought out by another investor and principal returned | 0.00% | $ - |
| BTRUE LLC Barry J. Oates | 74-669 | POC | Equity Investor | $38,400.00 | $38,400.00 | $0.00 | POC, LSA | $38,400.00 | | | 2.79% | $ 25,241.45 |
| Christopher Pong | 74-760 | POC, DIS | Investor-Lender | $29,280.00 | $29,280.00 | $7,622.57 | POC, DIS, LSA | $21,657.43 | | | 1.57% | $ 14,236.07 |
| City of Chicago | 74-693 | POC, DIS, POS | Other | $10,812.42 | | $0.00 | N/A | $0.00 | $0.00 | Water debt paid at closing | 0.00% | $ - |
| Daniel Matthews, Leah Matthews | 74-117 | POC | Investor-Lender | $20,000.00 | $20,000.00 | $3,606.62 | POC | $16,393.38 | | | 1.19% | $ 10,775.85 |
| Danyel Tiefenbacher and Jamie Lai | 74-510 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | POC, LSA | $36,400.07 | | | 2.65% | $ 23,926.84 |
| Degenhardt, Duane A | 74-2015 | POC, DIS | Investor-Lender | $66,684.00 | $66,684.00 | $9,780.32 | LSA | $56,903.68 | | | 4.14% | $ 37,404.47 |
| Erika Dietz | 74-1283 | POC, DIS | Investor-Lender | $50,000.00 | $0.00 | $42,756.68 | POC, LSA | $0.00 | $7,243.32 | $30,000 principal returned and $20,000 of investment rolled to unsecured promissory note | 0.00% | $ - |
| G&M You-Nique Properties, LLC | 74-722 | POC, DIS, POS | Investor-Lender | $60,000.00 | $60,000.00 | $16,695.00 | POC (interest) and LSA ($1000 other) | $43,305.00 | | | 3.15% | $ 28,465.65 |
| Grathia Corp | 74-1445 | POC, POS | Investor-Lender | $100,000.00 | $100,000.00 | $32,600.07 | LSA | $67,399.93 | | | 4.90% | $ 44,303.96 |
| iPlan Group Agent for Custodian FBO Jyotsna Sharma IRA | 74-341 | POC, DIS, POS | Investor-Lender | $25,000.00 | $0.00 | $28,591.70 | LSA, WF | $0.00 | $0.00 | Principal returned to claimant on 7/20/16 | 0.00% | $ - |
| IPlanGroup Agent for Custodian FBO Mark Young | 74-1446 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $25,033.40 | LSA | $74,966.60 | | | 5.45% | $ 49,277.76 |
| Ira J. Fields Living Trust, Glynis Sheppard, Trustee | 74-1240 | POC, DIS, POS | Investor-Lender and Equity Investor | $50,000.00 | $50,000.00 | $12,848.95 | DIS and LSA ($1000 other) | $37,151.05 | | | 2.70% | $ 24,420.48 |
| James Hoven | 74-2029 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,082.00 | POC (interest) and LSA ($1000 other) | $35,918.00 | | | 2.61% | $ 23,609.96 |
| Jill Meekcoms (The Entrust Group Inc. FBO Jill JHalverson) Meekcoms IRA #33-21296) | 74-548 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,183.26 | POC | $35,816.74 | | | 2.60% | $ 23,543.40 |
| John Taxeras (Flying Hound Holdings. LLC | 74-994 | POC, DIS | Investor-Lender | $18,552.85 | $18,552.85 | $7,884.23 | DIS | $10,668.62 | | | 0.78% | $ 7,012.80 |
| Joseph and Linda Martinez | 74-2095 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $13,016.60 | LSA | $36,983.40 | | | 2.69% | $ 24,310.28 |
| Joshua Morrow | 74-734 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | POC (interest) and LSA ($1000 other) | $36,400.07 | | | 2.65% | $ 23,926.84 |
| Julia Pong ( iPlanGroup Agent for Custodian FBO Julia Pong IRA) | 74-1022 | POC, DIS | Investor-Lender | $34,572.00 | $34,572.00 | $9,000.24 | POC, DIS, LSA | $25,571.76 | | | 1.86% | $ 16,809.07 |
| Kenneth (Ken) and Maria (Tina) Jorgensen (iPlanGroup Agent for Custodian FBO Maria Christina Jorgensen IRA) | 74-194 | POC, DIS, POS | Investor-Lender | $42,000.00 | $42,000.00 | $10,820.00 | POC, DIS | $31,180.00 | | | 2.27% | $ 20,495.53 |
| Kester Brothers Farm, LLC, C/O James R. Kester | 74-944 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $13,099.93 | POC, DIS | $36,900.07 | | | 2.68% | $ 24,255.50 |
| Kevin Randall | 74-811 | POC | Investor-Lender | $50,000.00 | $0.00 | $10,266.61 | LSA | $0.00 | $39,733.39 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $ - |
| KKW Investments, LLC | 74-336 | POC, DIS, POS | Investor-Lender | $1,600.00 | $1,600.00 | $456.00 | POC | $1,144.00 | | | 0.08% | $ 751.98 |
| Madison Trust Company Agent for Custodian FBO The Jacqueline C Rowe Living Trust IRA | 74-163 | POC, DIS | Equity Investor | $50,000.00 | $50,000.00 | $11,583.33 | LSA | $0.00 | $38,416.67 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $ - |
| Madison Trust Company Custodian FBO Robert W. Jennings Account# M1605053 | 74-241 | POC, DIS, POS | Investor-Lender | $74,539.00 | $74,539.00 | $20,266.69 | DIS | $54,272.31 | | | 3.95% | $ 35,674.79 |
| May M. Akamine for Aurora Investments, LLC (assets formerly under MayREI, LLC) | 74-1412 | POC, DIS | Investor-Lender | $86,515.00 | $86,515.00 | $22,200.00 | POC, DIS | $64,315.00 | | | 4.68% | $ 42,276.15 |
| Michael F Grant & L. Gretchen Grant (Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16th 2012) | 74-393 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $4,712.53 | LSA | $45,287.47 | | | 3.29% | $ 29,768.79 |
| New Move Ventures Inc. (Steven Fecko) | 74-115 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $14,500.00 | LSA | $35,500.00 | | | 2.58% | $ 23,335.20 |
| Optima Property Solutions, LLC | 74-1023 | POC, DIS, POS | Investor-Lender | $60,000.00 | $0.00 | $74,645.00 | LSA | $0.00 | $0.00 | Secured investment transferred to different EquityBuild properties | 0.00% | $ - |
| Pat DeSantis | 74-397 | POC, DIS, POS | Investor-Lender | $110,000.00 | $110,000.00 | $30,910.07 | LSA | $79,089.93 | | | 5.75% | $ 51,988.15 |
| Paul N. Wilmesmeier | 74-300 | POC, DIS, POS | Investor-Lender | $25,000.00 | $25,000.00 | $6,161.07 | POC, DIS | $18,838.93 | | | 1.37% | $ 12,383.80 |
| PNW Investments, LLC | 74-332 | POC, DIS, POS | Investor-Lender | $10,000.00 | $10,000.00 | $2,850.00 | POC, DIS | $7,150.00 | | | 0.52% | $ 4,699.91 |
| QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and Acct# 25282-21 | 74-1352 | POC, DIS | Investor-Lender | $56,000.00 | $56,000.00 | $13,553.59 | POC, DIS | $42,446.41 | | | 3.09% | $ 27,901.28 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

Group 1 Distributions

3074 Cheltenham Avenue a/k/a 7836-38 S South Shore Avenue (Property 74)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quest IRA FBO Francis D Webb 1437711 | 74-218 | POC, DIS, POS | Investor-Lender | $22,035.00 | $0.00 | $5,993.56 | LSA | $0.00 | $16,041.44 | Secured investment rolled to SSDF6 Equity Fund | 0.00% | $ - |
| Sam Gerber, CEO, Gerber and Associates, REI, LLC | 74-562 | POC, DIS, POS | Investor-Lender | $80,000.00 | $0.00 | $0.00 | POC, LSA | $0.00 | $80,000.00 | Secured investment rolled to SSDF6 Equity Fund | 0.00% | $ - |
| SAMUEL HOME SOLUTIONS LLC, George Samuel | 74-347 | POC | Investor-Lender | $42,131.00 | $42,131.00 | $13,468.46 | POC | $28,662.54 | | | 2.08% | $ 18,840.73 |
| Scott E Pammer | 74-827 | POC, DIS | Investor-Lender | $70,000.00 | $70,000.00 | $19,483.00 | POC, DIS | $50,517.00 | | | 3.67% | $ 33,206.31 |
| Sidney Haggins (Vantage FBO Sidney Haggins IRA) | 74-1434 | POS | Investor-Lender | $30,000.00 | $30,000.00 | $8,700.00 | LSA | $21,300.00 | | | 1.55% | $ 14,001.12 |
| Susan Kalisiak-Tingle | 74-1438 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $16,299.93 | LSA | $33,700.07 | | | 2.45% | $ 22,152.05 |
| Terry L. Merrill, Sheryl R. Merrill | 74-602 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $13,599.93 | LSA | $36,400.07 | | | 2.65% | $ 23,926.84 |
| TruStar Real Estate Solutions, LLC | 74-337 | POC, DIS, POS | Investor-Lender | $75,000.00 | $75,000.00 | $20,125.00 | POC | $54,875.00 | | | 3.99% | $ 36,070.96 |
| Vladimir Matviishin | 74-233 | POC, DIS | Investor-Lender | $28,075.00 | $0.00 | | | $0.00 | $0.00 | This is a duplicate claim | 0.00% | $ - |
| Vladimir Matviishin, dba Network Expert | 74-1387 | POC, DIS | Investor-Lender | $28,075.00 | $28,075.00 | $7,861.05 | LSA | $20,213.95 | | | 1.47% | $ 13,287.23 |
| Walter T Akita and Margaret M Akita | 74-950 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,099.93 | POC | $36,900.07 | | | 2.68% | $ 24,255.50 |
| Young Family Trust | 74-1452 | POC, DIS, POS | Investor-Lender | $45,000.00 | $45,000.00 | $1,800.00 | LSA | $43,200.00 | | | 3.14% | $ 28,396.63 |
| Yvette Nazaire Camacho (iPlanGroup Agent for Custodian FBO Yvette Nazaire Camacho IRA) | 74-487 | POC, DIS | Investor-Lender | $30,000.00 | $30,000.00 | $7,510.00 | DIS | $22,490.00 | | | 1.64% | $ 14,783.34 |
| **TOTAL** | | | | $2,349,271.27 | $1,893,348.85 | | | $1,375,468.55 | $282,025.22 | | 100% | $904,136.07 |

| Calculation of Funds Available for Distribution | |
|---|---|
| Account balance as of 2/28/23 | $ 1,025,851.52 |
| Fee allocations Apps 1-18 | $ (94,795.19) |
| Credit 17th fee app payment | $ 2,316.00 |
| Credit agency fees paid | $ 2,896.00 |
| Reimbursement Third Restoration Motion (Dkt. 1393) | $ (32,132.26) |
| Available for distribution | $ 904,136.07 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

Amended Exhibit 2

S.E.C. v. EquityBuild
Group Exhibit 1 – Distributions
7625-33 S East End Avenue (Property 75)
***AMENDED***

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcalli Sabat | 75-786 | POC, DIS, POS | Investor-Lender | $22,993.00 | $0.00 | | | $0.00 | | Failure of documentation supporting claim either submitted by Claimant or located in EquityBuild records | 0.00% | $        - |
| Asians Investing In Real Estate LLC | 75-503 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $18,466.65 | POC | $31,533.35 | | | 3.58% | $   31,533.35 |
| Brad and Linda Lutz | 75-962 | POC, DIS, POS | Investor-Lender | $397,836.00 | $361,629.00 | $134,255.27 | POC, DIS, LSA | $227,373.73 | | | 25.84% | $ 227,373.73 |
| Capital Investors, LLC | 75-1490 | POC, DIS | Investor-Lender | $36,207.00 | $36,207.00 | $4,505.76 | DIS | $31,701.24 | | | 3.60% | $   31,701.24 |
| City of Chicago | 75-693 | POC, DIS | Other | $24,790.76 | $0.00 | $0.00 | N/A | $0.00 | $24,790.76 | | 0.00% | $        - |
| Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | 75-180 | POC, DIS | Investor-Lender | $176,226.00 | $176,226.00 | $63,906.94 | LSA | $112,319.06 | | | 12.77% | $ 112,319.06 |
| Geronimo Usuga Carmona | 75-543 | POC, DIS | Investor-Lender | $35,667.00 | $35,667.00 | $3,863.90 | POC | $31,803.10 | | | 3.61% | $   31,803.10 |
| KKW Investments, LLC | 75-336 | POC, DIS, POS | Investor-Lender | $75,000.00 | $75,000.00 | $22,925.00 | POC | $52,075.00 | | | 5.92% | $   52,075.00 |
| Knickerbocker LLC | 75-2035 | POC, DIS, POS | Investor-Lender | $39,664.00 | $39,664.00 | $14,378.20 | LSA | $25,285.80 | | | 2.87% | $   25,285.80 |
| Lorenzo Jaquias (iPlanGroup Agent for Custodian FBO Lorenzo Jaquias) | 75-184 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $14,783.33 | LSA | $35,216.67 | | | 4.00% | $   35,216.67 |
| Madison Trust Company Agent for Custodian FBO The Jacqueline C Rowe Living Trust IRA | 75-163 | POC, DIS | Equity Investor | $200,000.00 | $0.00 | $71,491.67 | DIS | $0.00 | $128,508.33 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $        - |
| Michael James Guilford and Nancy Richard-Guilford, Jointly with Right of Survivorship | 75-516 | POC, DIS, POS | Investor-Lender | $92,561.00 | $92,561.00 | $30,269.05 | POC | $62,291.95 | | | 7.08% | $   62,291.95 |
| Randall Sotka (Tahiti Trust) | 75-1207 | POC, DIS, POS | Investor-Lender | $38,826.00 | $38,826.00 | $5,694.48 | LSA | $33,131.52 | | | 3.77% | $   33,131.52 |
| Robert Potter | 75-1389 | POC, DIS | Investor-Lender | $786.00 | $786.00 | $100.26 | LSA | $685.74 | | | 0.08% | $      685.74 |
| Stephan Tang | 75-1111 | POC, DIS, POS | Investor-Lender | $25,185.00 | $25,185.00 | $3,492.32 | LSA | $21,692.68 | | | 2.47% | $   21,692.68 |
| Steven R. Bald | 75-399 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $15,000.00 | POC | $35,000.00 | | | 3.98% | $   35,000.00 |
| Strata Trust Company FBO David J Geldart | 75-1010 | POC | Investor-Lender | $107,362.00 | $107,362.00 | $32,566.04 | LSA | $74,795.96 | $0.00 | ~~EquityBuild employee actively participated in marketing the fraudulent scheme disqualified from receiving a distribution.~~ | 8.50% | $   74,795.96 |
| The Peter Paul Nuspl Living Trust | 75-2044 | POC, DIS, POS | Investor-Lender | $217,100.00 | $0.00 | $57,983.79 | LSA | $0.00 | $159,116.21 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $        - |
| United Capital Properties, LLC | 75-1480 | POC | Investor-Lender | $2,303.00 | $2,303.00 | $306.13 | LSA | $1,996.87 | | | 0.23% | $    1,996.87 |
| Wesley Pittman (Pittman Gold LLC) | 75-469 | POC, DIS | Investor-Lender | $150,000.00 | $150,000.00 | $47,125.00 | POC, DIS, LSA | $102,875.00 | | | 11.69% | $ 102,875.00 |
| **TOTAL** | | | | $1,792,506.76 | $1,291,416.00 | | | $879,777.67 | $312,415.30 | | 100.00% | $ 879,777.67 |

**Calculation of Funds Available for Distribution**

| | |
|---|---:|
| Account balance as of 2/28/23 | $  1,256,932.32 |
| Fee allocations Apps 1-18 | $   (102,433.00) |
| Credit 17th fee app payment | $        495.59 |
| Credit agency fees paid | $      3,108.00 |
| Reimbursement Third Restoration Motion (Dkt. 1393) | $         (48.43) |
| Available for distribution | $  1,158,054.48 |
| Preliminary  Recommended Amount of Final Distribution | $   (879,777.67) |
| Preliminary to Receiver's Account for future distribution | $     278,276.81 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

Exhibit 3

EquityBuild Distribution
Group 1 Investor-Lender Claims
7635-43 S East End Avenue (Property 76)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arthur and Dinah Bertrand | 76-890 | POC, DIS, POS | Investor-Lender | $217,448.00 | $217,448.00 | $83,899.00 | POC, DIS | $133,549.00 | | | 13.59% | $ 131,055.82 |
| Arthur Bertrand | 76-892 | POC, DIS, POS | Investor-Lender | $2,875.00 | $2,875.00 | $1,124.00 | POC, DIS | $1,751.00 | | | 0.18% | $ 1,718.31 |
| Carolyn B Ucker | 76-1099 | POC | Equity Investor | $25,000.00 | $25,000.00 | $7,250.00 | LSA | $17,750.00 | | | 1.81% | $ 17,418.63 |
| Cecilia Wolff | 76-1204 | POC, DIS, POS | Investor-Lender | $25,000.00 | $25,000.00 | $7,250.00 | LSA | $17,750.00 | | | 1.81% | $ 17,418.63 |
| City of Chicago | 76-693 | POC, DIS, POS | Other | $917.76 | $0.00 | $0.00 | N/A | $0.00 | $ 917.76 | | 0.00% | $ - |
| Daniel Matthews, Leah Matthews | 76-117 | POC | Investor-Lender | $72,029.00 | $0.00 | $30,544.07 | POC | $0.00 | $ 41,484.93 | Secured investment rolled to unsecured promissory note | 0.00% | $ - |
| Dennis & Mary Ann Hennefer | 76-355 | POC, DIS | Investor-Lender | $25,000.00 | $25,000.00 | $3,466.00 | DIS | $21,534.00 | | | 2.19% | $ 21,131.99 |
| Equity Trust Custodian FBO Dorothy Marie Baker IRA | 76-2007 | POC | Equity Investor | $10,000.00 | $10,000.00 | $3,050.00 | POC | $6,950.00 | | | 0.71% | $ 6,820.25 |
| Frank Starosciak | 76-1239 | POC, DIS, POS | Investor-Lender | $17,125.00 | $17,125.00 | $5,774.45 | POC | $11,350.55 | | | 1.16% | $ 11,138.65 |
| Gary R Burnham Jr Solo401K Trust | 76-1067 | POC, DIS, POS | Investor-Lender | $42,029.00 | $0.00 | $10,480.00 | POC | $0.00 | $31,549.00 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $ - |
| iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | 76-448 | POC, DIS, POS | Investor-Lender | $10,000.00 | $10,000.00 | $2,800.00 | LSA | $7,200.00 | | | 0.73% | $ 7,065.59 |
| James Clements | 76-1402 | POC, DIS | Investor-Lender | $20,000.00 | $0.00 | $22,800.00 | POC | $0.00 | $0.00 | Principal repaid with interest | 0.00% | $ - |
| Jeffry M. Edwards | 76-666 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $14,533.33 | DIS | $35,466.67 | | | 3.61% | $ 34,804.56 |
| JK Electron, Inc., Jan Kobylarczyk | 76-1297 | | Trade Creditor | $13,250.00 | $13,250.00 | $0.00 | N/A | $13,250.00 | | Order approving sale (Dkt. 602) at 3(h) | 1.35% | $ 13,002.64 |
| John Bloxham | 76-1012 | POC, DIS, POS | Investor-Lender | $50,000.00 | $0.00 | $11,966.66 | DIS | $0.00 | $50,000.00 | Secured investment rolled to SSDF4 Equity Fund | 0.00% | $ - |
| Lorenzo Jaquias | 76-184 | POC, DIS | Investor-Lender | $50,000.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 | Claimant's loan is secured by 7625-33 S East End (property 75) only | 0.00% | $ - |
| Manoj Donthineni | 76-1357 | POC, DIS | Investor-Lender | $41,007.00 | $41,007.00 | $12,068.03 | LSA | $28,938.97 | | | 2.95% | $ 28,398.72 |
| Michael James Guilford and Nancy Richard-Guilford, Jointly with Right of Survivorship | 76-516 | POC, DIS, POS | Investor-Lender | $57,439.00 | $57,439.00 | $18,709.28 | POC | $38,729.72 | | | 3.94% | $ 38,006.69 |
| Paul N. Wilmesmeier | 76-300 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $16,786.21 | POC | $33,213.79 | | | 3.38% | $ 32,593.73 |
| Penny W Goree (iPlanGroup Agent for Custodian FBO Timothy J Goree IRA) | 76-236 | POC | Equity Investor | $50,000.00 | $50,000.00 | $14,000.00 | POC, LSA | $36,000.00 | | | 3.66% | $ 35,327.93 |
| QCH Investment Trust | 76-1436 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $14,783.33 | POC | $35,216.67 | | | 3.58% | $ 34,559.22 |
| Robert Guiney | 76-798 | POC, DIS, POS | Investor-Lender | $18,250.00 | $18,097.00 | $5,442.15 | DIS | $12,654.85 | | | 1.29% | $ 12,418.60 |
| Steven R. Bald | 76-399 | POC, POS | Investor-Lender | $50,000.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 | Claimant's loan is secured by 7625-33 S East End (property 75) only | 0.00% | $ - |
| THE INCOME FUND, LLC Thomas Garlock, Managing Member | 76-1421 | POC, DIS | Investor-Lender | $80,000.00 | $80,000.00 | $29,066.67 | POC | $50,933.33 | | | 5.18% | $ 49,982.48 |
| The Peter Paul Nuspl Living Trust | 76-2044 | POC, DIS, POS | Investor-Lender | $0.00 | $0.00 | $0.00 | N/A | $0.00 | $0.00 | Claimant's loan is secured by 7625-33 S East End (property 75) only | 0.00% | $ - |
| Tiger Chang Investments LLC | 76-164 | POC, DIS | Investor-Lender | $25,000.00 | $25,000.00 | $8,975.00 | POC, DIS | $16,025.00 | | | 1.63% | $ 15,725.84 |
| Total Return Income Fund, LLC Thomas Garlock, Managing Member | 76-1366 | POC, DIS | Investor-Lender | $520,000.00 | $520,000.00 | $149,500.00 | DIS | $370,500.00 | | | 37.70% | $ 363,583.28 |
| Trey Hopkins | 76-714 | POC | Investor-Lender | $100,000.00 | $100,000.00 | $23,000.00 | DIS | $77,000.00 | | | 7.84% | $ 75,562.52 |
| Umbrella Investment Partners | 76-1167 | POC, DIS, POS | Investor-Lender | $12,833.00 | $12,833.00 | $3,864.90 | POC | $8,968.10 | | | 0.91% | $ 8,800.68 |
| Winnie Quick Blackwell (née Winnie Jannett Quick) | 76-102 | POC, DIS, POS | Investor-Lender | $11,000.00 | $11,000.00 | $3,087.33 | DIS | $7,912.67 | | | 0.81% | $ 7,764.95 |
| **TOTAL** | | | | $1,646,202.76 | $1,411,074.00 | | | $982,644.32 | $123,951.69 | | 100.00% | $ 964,299.71 |

| Calculation of Funds Available for Distribution | |
|---|---|
| Account balance as of 2/28/23 | $ 1,061,643.95 |
| Fee allocations Apps 1-18 | $ (96,368.85) |
| Credit 17th fee app payment | $ 477.04 |
| Credit agency fees paid | $ 2,896.01 |
| Reimbursement Third Restoration Motion (Dkt. 1393) | $ (4,348.43) |
| Available for distribution | $ 964,299.71 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

# Exhibit 4

Group 1 Distributions
7750-52 S Muskegon Avenue (Property 77)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alton Motes (Alton P. Motes Trust UTA 12-15-11) | 77-2042 | POC, DIS | Investor-Lender | $43,000.00 | $43,000.00 | $12,255.00 | LSA | $30,745.00 | | | 2.58% | $ 8,280.50 |
| Arthur and Dinah Bertrand | 77-890 | POC, DIS | Investor-Lender | $100,000.00 | $100,000.00 | $49,356.00 | POC, DIS | $50,644.00 | | | 4.25% | $ 13,639.86 |
| Bancroft, Ed (iPlanGroup Agent for Custodian FBO Ed Bancroft Roth) | 77-2008 | POC | Investor-Lender and Equity Investor | | $0.00 | $0.00 | N/A | $0.00 | $0.00 | Claimed interest in this property not supported by Proof of Claim or EquityBuild Records | 0.00% | $ - |
| Celia Tong Revocable Living Trust Dated December 22, 2011 | 77-2008 | POC, DIS | Investor-Lender | $25,000.00 | $0.00 | $7,508.33 | DIS | $0.00 | $17,491.67 | Claimants security interest assigned to another claimant and investment rolled to SSDF4 Equity Fund | 0.00% | $ - |
| Christopher Wilson and Brittny Wilson (Niosi) | 77-807 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $25,000.00 | DIS | $25,000.00 | | | 2.10% | $ 6,733.21 |
| CLD Construction, Inc. (Doru Unchias) | 77-1454 | POC | Independent Contractor | $49,000.00 | $0.00 | $0.00 | N/A | $0.00 | $49,000.00 | Unsecured trade creditor | 0.00% | $ - |
| Daniel J Martineau | 77-1299 | POC, DIS, POS | Investor-Lender | $100,000.00 | $0.00 | $124,000.00 | POC | $0.00 | | Principal repaid with interest | 0.00% | $ - |
| Danielle DeVarne | 77-679 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $18,667.00 | DIS | $31,333.00 | | | 2.63% | $ 8,438.86 |
| Derrick, Horace (H Derrick, LLC) | 77-2016 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $40,000.00 | POC, DIS | $60,000.00 | | | 5.04% | $ 16,159.69 |
| Fraser Realty Investments, LLC | 77-1079 | POC, DIS | Investor-Lender | $100,000.00 | $100,000.00 | $42,033.00 | POC | $57,967.00 | | | 4.86% | $ 15,612.15 |
| Girl Cat Capital West LLC, Valentina Salge, President | 77-350 | POC, DIS | Investor-Lender | $25,000.00 | $25,000.00 | $3,666.63 | DIS, LSA | $21,333.37 | | | 1.79% | $ 5,745.68 |
| Henry D. Gallucci (Equity Trust Company Custodian FBO Henry D. Gallucci beneficiary of DCD Victoria E. Gallucci IRA 2.67 Undivided Interest) | 77-2059 | POC, DIS | Investor-Lender | $60,000.00 | $60,000.00 | $24,000.00 | POC | $36,000.00 | | | 3.02% | $ 9,695.82 |
| Hillside Fund, LLC - Janet F. Turco, Owner/ Managing Member | 77-101 | POC | Investor-Lender | $125,000.00 | $125,000.00 | $45,312.50 | LSA | $79,687.50 | | | 6.69% | $ 21,462.09 |
| iPlan Group FBO Randall Pong IRA | 77-728 | POC, DIS | Investor-Lender and Equity Investor | $8,632.00 | $8,632.00 | $1,035.81 | POC, DIS | $7,596.19 | | | 0.64% | $ 2,045.87 |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | 77-331 | POC, DIS, POS | Investor-Lender | $10,633.00 | $10,633.00 | $1,333.00 | POC, LSA | $9,300.00 | | | 0.78% | $ 2,504.75 |
| Jason Ragan - TSA | 77-797 | POC, DIS, POS | Equity Investor | $2,022.00 | $2,022.00 | $269.60 | LSA | $1,752.40 | | | 0.15% | $ 471.97 |
| John E. Wysocki | 77-740 | POC, DIS | Equity Investor | $17,745.00 | $17,745.00 | $7,418.36 | DIS | $10,326.64 | | | 0.87% | $ 2,781.26 |
| John Taxeras (Flying Hound Holdings) | 77-994 | POC, DIS | Equity Investor | $21,400.00 | $21,400.00 | $9,197.72 | POC | $12,202.28 | | | 1.02% | $ 3,286.42 |
| Joseph and Linda Martinez | 77-2095 | POC | Investor-Lender | $50,000.00 | $50,000.00 | $8,536.06 | POC, LSA | $41,463.94 | | | 3.48% | $ 11,167.41 |
| Kingdom Trust Company, Custodian, FBO Louis Duane Velez SEP IRA acct # 7422686172 | 77-1475 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $43,283.24 | POC, DIS | $56,716.76 | | | 4.76% | $ 15,275.42 |
| Maher, Avery (Christopher Maher CESA) | 77-2080 | POC, DIS | Investor-Lender | $11,000.00 | $11,000.00 | $4,400.00 | POC | $6,600.00 | | | 0.55% | $ 1,777.57 |
| Maher, Christopher | 77-2036 | POC, DIS | Investor-Lender | $14,000.00 | $14,000.00 | $5,600.00 | POC | $8,400.00 | | | 0.70% | $ 2,262.36 |
| Maher, Gavin (Christopher Maher, CESA) | 77-2081 | POC, DIS | Investor-Lender | $15,000.00 | $15,000.00 | $6,000.00 | POC | $9,000.00 | | | 0.76% | $ 2,423.95 |
| Maher, Travis (Christopher Maher, CESA) | 77-2082 | POC, DIS | Investor-Lender | $10,000.00 | $10,000.00 | $4,000.00 | POC | $6,000.00 | | | 0.50% | $ 1,615.97 |
| Mark P. Mouty | 77-165 | POC, DIS, POS | Investor-Lender | $50,000.00 | $0.00 | $20,500.00 | POC | $0.00 | $29,500.00 | Secured loan rolled to SSDF6 Equity Fund | 0.00% | $ - |
| Mark Young | 77-1154 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $33,833.43 | LSA | $66,166.57 | | | 5.55% | $ 17,820.52 |
| Matthew Boyd | 77-2060 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $16,916.57 | LSA | $33,083.43 | | | 2.78% | $ 8,910.30 |
| May M. Akamine for Aurora Investments, LLC (assets formerly under MavREI, LLC) | 77-1412 | POC, DIS | Investor-Lender | $25,000.00 | $25,000.00 | $3,800.00 | POC | $21,200.00 | | | 1.78% | $ 5,709.76 |
| May M. Akamine for Aurora Investments, LLC (assets formerly under MavREI, LLC) | 77-1412 | POC, DIS | Investor-Lender | $2,005.00 | $2,005.00 | $267.30 | DIS | $1,737.70 | | | 0.15% | $ 468.01 |
| Paul N. Wilmesmeier | 77-300 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,808.44 | POC | $28,191.56 | | | 2.37% | $ 7,592.78 |
| Paul Scribner | 77-1135 | POC, DIS | Investor-Lender | $6,708.00 | $6,708.00 | $651.61 | POC, DIS, LSA | $6,056.39 | | | 0.51% | $ 1,631.16 |
| Quest IRA FBO Francis D Webb 1437711 | 77-218 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $14,500.00 | LSA | $35,500.00 | | | 2.98% | $ 9,561.15 |
| Scott E Pammer | 77-827 | POC, DIS | Investor-Lender | $70,000.00 | $70,000.00 | $31,464.52 | POC, DIS | $38,535.48 | | | 3.23% | $ 10,378.69 |
| Self Directed IRA Services, Inc., Custodian FBO Ping Liu IRA | 77-544 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,641.67 | DIS, POS | $28,358.33 | | | 2.38% | $ 7,637.70 |
| Spectra Investments LLC/ Deborah L. Mullica | 77-1220 | POC, DIS, POS | Investor-Lender | $82,255.00 | $82,255.00 | $34,917.37 | POS, DIS | $47,337.63 | | | 3.97% | $ 12,749.36 |
| Steven and Linda Lipschultz | 77-1442 | POC, DIS | Investor-Lender | $100,000.00 | $100,000.00 | $47,451.50 | POC | $52,548.50 | | | 4.41% | $ 14,152.79 |
| Terry L. Merrill, Sheryl R. Merrill | 77-602 | POC, DIS | Investor-Lender | $49,500.00 | $49,500.00 | $14,500.00 | LSA | $35,000.00 | | | 2.94% | $ 9,426.49 |
| The Anchor Group LLC - Ronald J. Hansen, Managing Partner (c/o Viola Hansen) | 77-949 | POC | Investor-Lender | $25,000.00 | $25,000.00 | $7,250.00 | LSA | $17,750.00 | | | 1.49% | $ 4,780.58 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

EquityBuild
Group 1 Distributions
7750-52 S Muskegon Avenue (Property 77)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Edward Falkowitz Living Trust | 77-575 | POC, POS | Investor-Lender | $111,000.00 | $0.00 | $17,297.50 | LSA | $0.00 | $93,702.50 | Secured investment rolled to unsecured promissory note | 0.00% | $ - |
| THE INCOME FUND, LLC Thomas Garlock, Managing Member | 77-1421 | POC, DIS | Investor-Lender | $150,000.00 | $150,000.00 | $73,050.00 | POC | $76,950.00 | | | 6.46% | $ 20,724.81 |
| The Mennco Properties, LLC. Solo 401K Plan (by Robert Mennella Managing Partner) | 77-1032 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $20,000.00 | POC, DIS | $30,000.00 | | | 2.52% | $ 8,079.85 |
| Thomas F. Gordon | 77-2023 | POC | Equity Investor | $100,000.00 | $100,000.00 | $17,811.16 | LSA | $82,188.84 | | | 6.90% | $ 22,135.77 |
| Walter Akita (Walter T. Akita & Margaret M. Akita, JTWROS) | 77-1361 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $21,016.67 | POC, DIS | $28,983.33 | | | 2.43% | $ 7,806.03 |
| **TOTAL** | | | | $2,258,900.00 | $1,923,900.00 | | | $1,191,655.84 | $189,694.17 | | 100.00% | $ 320,946.53 |

| Calculation of Funds Available for Distribution | |
|---|---|
| Account balance as of 2/28/23 | $ 412,473.66 |
| Fee allocations Apps 1-18 | $ (95,996.09) |
| Credit 17th fee app payment | $ 2,245.44 |
| Credit agency fees paid | $ 2,272.00 |
| Reimbursement Third Restoration Motion (Dkt. 1393) | $ (48.48) |
| Available for distribution | $ 320,946.53 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

Exhibit 5

Group 1 Distributions
7201 S Constance Avenue (Property 78)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron Beauclair | 78-408 | POC, DIS | Investor-Lender | $10,000.00 | $10,000.00 | $1,235.85 | DIS, LSA | $8,764.15 | | | 0.58% | $ 4,037.34 |
| Arthur and Dinah Bertrand | 78-890 | POC, DIS, POS | Investor-Lender | $100,000.00 | $100,000.00 | $41,389.00 | POC, DIS | $58,611.00 | | | 3.90% | $ 27,000.08 |
| Bancroft, Ed (iPlanGroup Agent for Custodian FBO Ed Bancroft Roth) | 78-2008 | POC | Investor-Lender and Equity Investor | $10,000.00 | $10,000.00 | $2,800.00 | LSA | $7,200.00 | | | 0.48% | $ 3,316.79 |
| Cecilia Wolff (iPlan Group Agent for Custodian FBO Cecilia Wolff) | 78-1204 | POC, DIS, POS | Investor-Lender | $6,299.00 | $6,299.00 | $1,763.72 | LSA | $4,535.28 | | | 0.30% | $ 2,089.25 |
| City of Chicago | 78-693 | POC, DIS, POS | Other | $28,915.96 | $0.00 | $0.00 | N/A | $0.00 | $26,050.89 | Per Dkt. 1144 | 0.00% | $ - |
| CLD Construction, Inc. (Doru Unchias) | 78-1454 | POC | Independent Contractor | $131,000.00 | $0.00 | $0.00 | N/A | $0.00 | $131,000.00 | Unsecured trade creditor | 0.00% | $ - |
| Edge Investments, LLC, Janet F. Turco, Owner/Member | 78-180 | POC, DIS | Investor-Lender | $17,374.00 | $17,374.00 | $6,298.24 | LSA | $11,075.76 | | | 0.74% | $ 5,102.22 |
| Girl Cat Capital West LLC, Valentina Salge, President | 78-350 | POC, DIS, POS | Investor-Lender | $16,574.00 | $16,574.00 | $2,430.89 | DIS, LSA | $14,143.11 | | | 0.94% | $ 6,515.25 |
| Initium LLC/Harry Saint-Preux | 78-968 | POC, DIS | Investor-Lender | $50,000.00 | $0.00 | $15,716.67 | POC | $0.00 | $34,283.33 | Secured investment rolled to unsecured promissory note | 0.00% | $ - |
| James Tutsock | 78-2057 | POC, DIS, POS | Investor-Lender | $319,483.00 | $0.00 | $63,902.64 | DIS | $0.00 | $255,580.36 | Secured investment rolled to SSDF1 Equity Fund on or about 6/28/17 | 0.00% | $ - |
| Jason Ragan - TSA | 78-797 | POC, DIS | Equity Investor | $4,747.00 | $4,747.00 | $575.94 | LSA | $4,171.06 | | | 0.28% | $ 1,921.46 |
| John P. Sullivan | 78-660 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $13,500.00 | POC (interest) and LSA ($500 other) | $36,500.00 | | | 2.43% | $ 16,814.30 |
| Kelly E Welton (iPlanGroup Agent for Custodian FBO Kelly Welton, IRA; ) | 78-310 | POC, DIS, POS | Investor-Lender | $31,233.00 | $31,213.00 | $8,281.85 | LSA | $22,931.15 | | | 1.53% | $ 10,563.59 |
| Kirk Road Investments, LLC | 78-755 | POC, DIS | Investor-Lender | $63,000.00 | $48,000.00 | $17,670.00 | DIS | $30,330.00 | $15,000.00 | $15,000 of secured loan rolled to the CCF 2 fund on 11/20/17 | 2.02% | $ 13,971.99 |
| Lori Moreland (Madison Trust Company Custodian FBO Lori Moreland #M1606124 RothIRA) | 78-805 | POC, DIS, POS | Investor-Lender | $10,074.00 | $10,074.00 | $1,222.31 | POC, LSA | $8,851.69 | | | 0.59% | $ 4,077.67 |
| Lori Moreland (Madison Trust Company Custodian FBO LoriMoreland #M1606123 Inherited IRA) | 78-823 | POC, DIS, POS | Investor-Lender | $48,087.00 | $45,333.00 | $5,596.84 | POC, LSA | $39,736.16 | $2,754.00 | Secured interest obtained from partial assignment of mortgage is $45,333; claims $2,754 added to investment in February 2018, which is documented by records, but no support that this amount is secured by this property | 2.65% | $ 18,305.09 |
| Lori Moreland (Madison Trust Company FBO Lori Moreland) | 78-822 | POC, DIS, POS | Investor-Lender | $52,348.00 | $47,348.00 | $5,919.88 | POC, LSA | $41,428.12 | $5,000.00 | Secured interest obtained from partial assignment of mortgage is $47348; claims $5,000 added to investment in February 2018, which is documented by records, but no support that this amount is secured by this property | 2.76% | $ 19,084.52 |
| Michael Borgia | 78-231 | POC, DIS | Investor-Lender | $669,327.00 | $669,327.00 | $234,264.00 | DIS | $435,063.00 | | | 28.99% | $ 200,418.61 |
| Michael C. Jacobs | 78-2031 | POC, DIS | Equity Investor | $25,000.00 | $25,000.00 | $2,666.64 | LSA | $22,333.36 | | | 1.49% | $ 10,288.21 |
| Pat DeSantis | 78-397 | POC, DIS, POS | Investor-Lender | $171,439.00 | $171,439.00 | $25,144.35 | LSA | $146,294.65 | | | 9.75% | $ 67,392.93 |
| PNW Investments, LLC | 78-332 | POC, DIS, POS | Investor-Lender | $50,000.00 | $50,000.00 | $17,433.33 | POC | $32,566.67 | | | 2.17% | $ 15,002.35 |
| Property Solutions LLC, Kevin Bybee (managing member) | 78-268 | POC | Investor-Lender | $60,000.00 | $60,000.00 | $20,800.00 | DIS | $39,200.00 | | | 2.61% | $ 18,058.10 |
| Provident Trust Group, LLC FBO Stephan Tang IRA | 78-172 | POC, DIS, POS | Investor-Lender | $35,345.00 | $0.00 | $4,429.94 | LSA | $0.00 | $30,915.06 | Secured investment rolled to SSDF6 Equity Fund | 0.00% | $ - |
| Rene Hribal | 78-768 | POC, DIS | Investor-Lender | $439,517.00 | $439,517.00 | $153,830.88 | LSA | $285,686.12 | | | 19.03% | $ 131,605.80 |
| Reynald Lalonde & Chantal Lemaire | 78-327 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $17,233.33 | DIS | $32,766.67 | | | 2.18% | $ 15,094.48 |
| Robert Potter | 78-1389 | POC, DIS | Investor-Lender | $2,796.00 | $2,796.00 | $342.98 | DIS, LSA | $2,453.02 | | | 0.16% | $ 1,130.02 |
| Sidney Haggins | 78-1431 | POC, POS | Investor-Lender | $50,000.00 | $50,000.00 | $16,650.00 | POC | $33,350.00 | | | 2.22% | $ 15,363.20 |
| Steven J. Talyai | 78-131 | POC, DIS | Investor-Lender | $150,000.00 | $150,000.00 | $48,750.00 | DIS | $101,250.00 | | | 6.75% | $ 46,642.41 |
| Steven K. Chennappan IRA # 17293-31 | 78-206 | POC, DIS | Investor-Lender | $10,000.00 | $10,000.00 | $2,800.00 | DIS | $7,200.00 | | | 0.48% | $ 3,316.79 |
| Towpath Investments LLC - Robert Kessing (manager) | 78-338 | POC, DIS | Investor-Lender | $50,000.00 | $50,000.00 | $14,500.00 | LSA | $35,500.00 | | | 2.37% | $ 16,353.63 |
| US Freedom Investments, LLC (Kevin Scheel) | 78-1234 | POC, DIS, POS | Investor-Lender | $25,000.00 | $0.00 | $5,750.00 | DIS | $0.00 | $19,250.00 | Secured investment rolled to SSDF1 Equity Fund | 0.00% | $ - |
| Victor Shaw (Shaw Family Trust) | 78-1040 | POC, DIS, POS | Investor-Lender | $55,000.00 | $55,000.00 | $15,950.00 | LSA | $39,050.00 | | | 2.60% | $ 17,989.00 |
| **TOTAL** | | | | $2,792,558.96 | $2,180,041.00 | | | $1,500,990.97 | $519,833.64 | | 100.00% | $ 691,455.10 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records

EquityBuild

Group 1 Distributions

7201 S Constance Avenue (Property 78)

| Claimant Name | Claim Number | Claimant Submissions | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Secured Claim Remaining | Distributions Received on Investment | Source | Maximum Potential Distribution from Proceeds of Sale | Maximum Unsecured Claim from this Investment | Notes | Percentage by claimant | Preliminary Amount of Final Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Calculation of Funds Available for Distribution | |
|---|---|
| Account balance as of 2/28/23 | $ 974,787.78 |
| Fee allocations Apps 1-18 | $ (92,675.11) |
| Credit 17th fee app payment | $ 470.27 |
| Credit agency fees paid | $ 2,944.00 |
| Reimbursement Third Restoration Motion (Dkt. 1393) | $ (194,071.84) |
| Available for distribution | $ 691,455.10 |

KEY
POC - Proof of Claim
DIS - Claimants' Discovery Response
LSA - EquityBuild Lender Statement of Accounts
POS - Claimant's Position Statement
WF - Wells Fargo Bank Records