UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Case No: 1:18-cv-05587 - Honorable Manish S Shah
United States SEC v Equity Build Inc

NOTIFICATION OF DOCKET ENTRY This docket entry was made by the Clerk on Monday, February 27, 2023: MINUTE entry before the Honorable Manish S. Shah: Responses to the objections to the magistrate judge's ruling on the first fee allocation motion are due 3/10/23. No reply is permitted unless requested by the court. **A status hearing is set for 4/26/23 at 11:00 a.m. in courtroom 1919. The court will allow individual claimants not represented by counsel an opportunity to be heard if they submit a request in writing by 4/19/23.**

Date Request Submitted: 3/23/2023

Thank you for the opportunity to enter this into the record the following 2 primary topics

1) Receivership Process
    I was initially skeptical that the receivership was the right process and remedy vs Equity Builds proposed workout solution

    In hindsight I commend the work by all those involved sorting out a very complex, detailed and chaotic situation In addition to the management and disposition process of the physical assets resulting in a favorable recovery

2) Investors and Intuitions
    All Parties Share the following
        Investments were made in Good Faith with an understanding of the Risk and Reward
        It was Understood that our Investments were Backed by Real Physical Assets which was in fact the case

    Given the extent of the fraud and misrepresentation involved
        All parties should share in the pain of the loss and benefit of the recovery from the sale of the assets equally

        For every $100 Invested if the recovery was $50, all parties would recovery 50% of their investment for the properties specified within the scope of their investment.

Respectfully,
Terry & Rhonda McDonald


