UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.    18-CV-5587 |
| EQUITYBUILD, INC. EQUITYBUILD FINANCE, LLC, JEROME H. COHN, and SHAUN D. COHEN, | ) ) ) ) ) | Hon. Manish S. Shah

Magistrate Judge Young B. Kim |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 18, 2023, at 9:45 a.m., or whenever thereafter counsel may be heard, counsel for Defendants shall present before the Honorable Judge Manish S. Shah, or any other judge sitting in his stead in the courtroom usually occupied by him, Room 1914, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion To Adjudicate Interest In And To Recognize The Secured Claim Of LMJ Sales, Inc. In The Proceeds From The Sales Of Capital Funds I, LLC Properties, 7301 S. Stewart Ave. (Property 10), 7500-06 S. Eggelston Ave. (Property 11), And 3030-32 E. 79th Street (Property 12) And The Secured Claim Of Kirk Road Investment, LLC In The Proceeds From The Sale Of Capital Funds II, LLLC Properties, 2909-19 East 78th Street (Property 13), 7549-59 South Essex Avenue (Property 14), And 8047-55 South Manistee Avenue (Property 15)**.

Respectfully submitted,

LMJ Sales, Inc. and Kirk Road Investments, LLC,

By:    /s/ Kevin P. Brown
          One of Their Attorneys

Jerome F. Crotty, Esq.
  jcrotty@rieckcrotty.com
Kevin P. Brown, Esq.
  kbrown@rieckcrotty.com
Bernard A. Henry, Esq.
  bhenry@rieckcrotty.com
Rieck and Crotty, P.C.
Attorneys for Plaintiff
55 West Monroe Street, Suite 3625
Chicago, Illinois 60603
Tel: (312) 726-4646
Fax: (312) 726-0647

**CERTIFICATE OF SERVICE**

I, Kevin P. Brown, an attorney, certify that on June 26, 2019, I caused a true and correct copy of the attached **Notice Of Motion To Adjudicate Interest In And To Recognize The Secured Claim Of Lmj Sales, Inc. In The Proceeds From The Sales Of Capitial Funds I, LLC Properties, 7301 S. Stewart Ave. (Property 10), 7500-06 S. Eggelston Ave. (Property 11), And 3030-32 E. 79th Street (Property 12) And The Secured Claim Of Kirk Road Investment, LLC In The Proceeds From The Sale Of Capital Funds Ii, Llc Properties, 2909-19 East 78th Street (Property 13), 7549-59 South Essex Avenue (Property 14), And 8047-55 South Manistee Avenue (Property 15)**to be filed with the Clerk of the Court using the Electronic Filing System, which will send notification of such filing to all counsel of record.

/s/____Kevin P. Brown_____