

## Notice to Appear

Dear Honorable Judge Shah:

Please accept this notice as my written statement of appearance for the Hearing in Chicago on April 26th, 2023 as an EquityBuild Investor/Claimant.

Thank you.

Respectfully submitted,
Susan Kalisiak