

**ANDREW R. DEVOOGHT**
Partner and Co-Chair, White Collar Criminal Defense & Investigations

321 North Clark Street
Suite 2300
Chicago, IL  60654

**Direct**   312.464.3156
**Main**    312.464.3100
**Fax**     312.464.3111
adevooght@loeb.com

Via ECF

May 5, 2023

Thomas G. Bruton, Clerk of Court
United States District Court - Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re:    Request for the Clerk of Court to Refund Filing Fee - Case No: 18 cv 5587

Mr. Bruton:

This letter is to inform the Court that we are requesting a refund for a duplicate payment made in connection with the filing of a Notice of Appeal in *United States Securities and Exchange Commission v. Equitybuild, Inc., et al.*, case number 18-cv-5587, on May 4, 2023.  The correct payment for the Notice of Appeal is also located on the Court's docket, at Dkt. 1453, and the receipt payment number is AILNDC-20608997.

A second, duplicate, payment was erroneously charged in connection with the aforementioned Notice of Appeal, receipt payment number AILNDC-20608992.  This letter requests that the Clerk of Court process a refund for the second, duplicate payment, receipt payment number AILNDC-20608992. If you have any other questions in regards to this request, please let me know.

Sincerely,

*Andrew R. DeVooght*

Andrew R. DeVooght
Partner and Co-Chair, White Collar Criminal Defense & Investigations

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.