**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Honorable Manish S. Shah |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) ) ) | |

**FRAMING REPORT FOR GROUP 3**

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), submits this Framing Report pursuant to the Court's April 26, 2023 Order (Dkt. 1450), and states the following:

1. The Court has ordered a dispute resolution process whereby the properties formerly owned by EquityBuild and its affiliated entities will be divided into groups and the Court will consider and resolve the competing claims against each of the properties in the group. (Dkt. 941)

2. Group 3 will consist of the following properties:

   a. 7301-09 S Stewart Avenue (Property No. 10);

   b. 7500-06 S Eggleston Avenue (Property No. 11);

   c. 3030-32 E 79th Street (Property No. 12);

   d. 2909-19 E 78th Street (Property No. 13);

    e. 7549-59 S Essex Avenue (Property No. 14);

    f. 8047-55 S Manistee Avenue (Property No. 15); and

    g. 7927-49 S Essex Avenue (Property Nos. 102-106).

  3. The Receiver will serve a copy of this Framing Report on each of the claimants who asserted an interest in one or more of the properties in Group 3 that is currently before the Court.

  4. Because Group 3 does not have the same priority disputes that are present in other property groups, the Receiver is proposing a different, more abbreviated process for Group 3 whereby the Receiver will first submit a recommended plan of distribution and claimants will have the opportunity to submit a position statement in response to the Receiver's recommendation.

  5. A schedule for the summary proceedings for Group 3 is attached as **Exhibit 1** hereto, which contemplates entry of the order on or before May 15, 2023. Upon entry of a minute order approving the Group, the Receiver will submit the proposed order in Word format to Proposed_Order_Shah@ilnd.uscourts.gov.

  6. If any claimant believes they need additional discovery after reviewing the Receiver's recommendation and before submitting a position statement, the schedule provides an opportunity for the claimant to request leave for such additional discovery, and if such leave is granted, the Court will adjust the schedule accordingly.

  7. All Claimants that submitted Proofs of Claim against one or more of the properties in Group 3 are identified on the attached **Exhibit 2**, Claims List for Group 3.

  8. The primary, secondary, and counsel email addresses for the Claimants in Group 3 are identified on the attached **Exhibit 3**, Email Service List for Group 3.

9. The Receiver has created an email distribution list for the Email Service List, which has the following email address to be used solely for the service of documents during the Group 3 Claims Resolution Process: EBGroup3service@rdaplaw.net.

10. Pursuant to the Court's February 9, 2021 Order (Dkt. 940), the Proofs of Claim and supporting documentation submitted by Claimants asserting an interest in the individual properties in Group 3 were made available to each of the other Group 3 Claimants asserting an interest in the same property on March 22, 2021 (Property Nos. 10, 11, 12); March 24, 2021 Property Nos. 13, 14, 15); and April 20, 2021 (Property Nos. 102-106).

11. Pursuant to the Court's February 9, 2021 Order (Dkt. 940), the EquityBuild Document Database was made available to any Claimant electing to purchase a license during the period from July 1, 2021 through January 31, 2022.

12. Within two business days of entry of the Court's order (in the form of Exhibit 1), the Receiver will serve all claimants in Group 3 with a copy of the Order.

Dated: May 5, 2023                   Kevin B. Duff, Receiver

By:    /s/ Michael Rachlis
        Michael Rachlis
        Jodi Rosen Wine
        Rachlis Duff & Peel LLC
        542 South Dearborn Street, Suite 900
        Chicago, IL 60605
        Phone (312) 733-3950
        *mrachlis@rdaplaw.net*
        *jwine@rdaplaw.net*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, I electronically filed the foregoing **Framing Report for Group 3** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. Copies of the foregoing were served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing **Report**, to be served upon all claimants included on the Email Service List for Group 3 by electronic mail.

I further certify that the **Report** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-5587 |
| v. | ) ) | Honorable Manish S. Shah |
| EQUITYBUILD, INC., et al., | ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) ) | |

### ORDER REGARDING SUMMARY PROCEEDINGS FOR GROUP 3

The Court, having reviewed the Framing Report for Group 3 (Dkt. \_\_\_\_) submitted by Kevin B. Duff, as the receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen, IT IS HEREBY ORDERED THAT:

1. Group 3 of the Claims Resolution Process shall include claimants who submitted Proofs of Claim with respect to one or more of the following seven properties:

    a. 7301-09 S Stewart Avenue (Property No. 10);

    b. 7500-06 S Eggleston Avenue (Property No. 11);

    c. 3030-32 E 79th Street (Property No. 12);

    d. 2909-19 E 78th Street (Property No. 13);

    e. 7549-59 S Essex Avenue (Property No. 14);

    f. 8047-55 S Manistee Avenue (Property No. 15); and

    g. 7927-49 S Essex Avenue (Property Nos. 102-106).

Exhibit 1

2. The Schedule of the Summary Proceedings for Group 3 is as follows:

| **Discovery Event** | **Deadline Calculation** | **Deadline Date** |
|---|---|---|
| Receiver to serve Order approving the Group | Proposed commencement | May 16, 2023 |
| Period for limited informal discovery from claimants | 37 days | May 16 – June 22 |
| Receiver's Submission regarding the claims and in support of any avoidance actions due | 37 days after commencement | June 22, 2023 |
| Deadline for any of the lienholders to request leave of Court to take additional discovery relevant to Receiver's Submission | 7 days after filing of Receiver's Submission | June 29, 2023 |
| Claimants' and the SEC's Responsive Statements are due (unless adjusted by future court order relative to request for additional discovery) | 21 days after the deadline for the Receiver's Submission | July 13, 2023 |
| Hearing on competing claims and any avoidance claims, if necessary | To be scheduled by the Court | |

Entered:

_____

Honorable Manish S. Shah

Date: _____

| Property Number | Property Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Claim Number |
|---|---|---|---|---|---|---|---|
| 10-12 | CCF1 | Adir Hazan | $ 150,000.00 | Investor-Lender | $ 50,000.00 | | 10-143 |
| 10-12 | CCF1 | Agee Family Trust c/o Scott R. Agee | $ 130,000.00 | Equity Investor | $ 75,000.00 | | 10-2001 |
| 10-12 | CCF1 | Alan Schankman | $ 172,791.00 | Equity Investor | $ 108,958.00 | | 10-2096 |
| 10-12 | CCF1 | Asians Investing In Real Estate LLC | $ 415,000.00 | Equity Investor | $ 100,000.00 | | 10-503 |
| 10-12 | CCF1 | Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian ELShahawi, members | $ 406,000.00 | Equity Investor | $ 300,000.00 | | 10-1347 |
| 10-12 | CCF1 | Bernadette Chen (Eleven St Felix St. Realty) | $ 1,000,000.00 | Equity Investor | $ 50,000.00 | | 10-2012 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Bright Venture, LLC | $ 231,142.74 | Equity Investor | $ 52,500.00 | | 10-84 |
| 10-12 | CCF1 | Bruce A Walter (Equity Trust Corp FBO Bruce Walter IRA) | $ 115,000.00 | Investor-Lender | $ 25,000.00 | | 10-137 |
| 10-12 | CCF1 | Captain Jack, LLC c/o John McDevitt | $ 95,000.00 | Equity Investor | $ 20,000.00 | | 10-2091 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | CLOVE, LLC | $ 23,920.01 | Equity Investor | $ 23,000.00 | | 10-723 |
| 10-12 | CCF1 | David E. Chambers | $ 50,000.00 | Investor-Lender | $ 50,000.00 | | 10-553 |
| 10-12 | CCF1 | Dee Ann Nason | $ 303,965.00 | Investor-Lender | $ 50,000.00 | | 10-453 |
| 10-12 | CCF1 | Degenhardt, Duane A | $ 645,000.00 | Investor-Lender | $ 50,000.00 | | 10-2015 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Distributive Marketing Inc. | $ 155,000.00 | Equity Investor | $ 50,000.00 | | 10-806 |
| 10-12 | CCF1 | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | $ 1,031,324.00 | Investor-Lender | $ 70,175.00 | | 10-180 |
| 10-12 | CCF1 | Ellen Liu | $ 400,000.00 | Equity Investor | $ 250,000.00 | | 10-1354 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | FIVE STAR CAPITAL GROUP, LLC | $ 266,666.65 | Investor-Lender and Equity Investor | $ 250,000.00 | | 10-1246 |
| 10-12 | CCF1 | Francisco Fernandez | $ 312,124.98 | Equity Investor | $ 250,000.00 | | 10-1450 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Frank and Laura Sohm | $ 167,893.65 | Investor-Lender and Equity Investor | $ 26,000.00 | | 10-906 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Frank Sohm IRA | $ 148,664.93 | Investor-Lender and Equity Investor | $ 10,000.00 | | 10-558 |
| 10-12 | CCF1 | Fredric R. Gottlieb (South Florida Realty Management & Investments) | $ 433,306.00 | Investor-Lender | $ 100,000.00 | | 10-1215 |
| 10-12 | CCF1 | GEGO NADLAN REALTY LLC | $ 50,000.00 | Investor-Lender | $ 50,000.00 | | 10-104 |
| 10-12 | CCF1 | Grathia Corp | $ 1,184,081.00 | Investor-Lender | $ 100,000.00 | | 10-1445 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | H&W Management Company, Inc. | $ 327,616.00 | Equity Investor | $ 327,616.00 | | 10-1053 |
| 10-12 | CCF1 | Influx Investments LLC | $ 100,000.00 | Equity Investor | $ 25,000.00 | | 10-744 |
| 10-12 | CCF1 | IPlanGroup Agent for Custodian FBO Mark Young | $ 380,000.00 | Investor-Lender | $ 50,000.00 | | 10-1446 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | JLO Enterprises LLC | $ 315,002.49 | Equity Investor | $ 250,000.00 | | 10-726 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | JML Roth LLC | $ 31,200.00 | Equity Investor | $ 30,000.00 | | 10-725 |
| 10-12 | CCF1 | Juliette Farr-Barksdale & Thomas Farr | $ 323,900.00 | | $ 45,000.00 | | 10-2074 |
| 10-12 | CCF1 | Kelvin Kon | $ 95,000.00 | Equity Investor | $ 50,000.00 | | 10-492 |
| 10-12 | CCF1 | Kennett, Victor S - Kennett Family Trust | $ 200,000.00 | Equity Investor | $ 200,000.00 | | 10-2033 |
| 10-12 | CCF1 | KKW Investments, LLC | $ 100,033.40 | Investor-Lender | $ 2,000.00 | | 10-336 |
| 10-12 | CCF1 | Knickerbocker LLC | $ 105,387.00 | Equity Investor | $ 55,387.00 | | 10-2035 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | LaMore, LLC (George Elmore & Marti LaTour) | $ 309,999.94 | Investor-Lender | $ 250,000.00 | | 10-765 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Laura J. Sohm IRA | $ 104,593.29 | Investor-Lender and Equity Investor | $ 14,000.00 | | 10-970 |
| 10-12 | CCF1 | LMJ Sales, Inc. | $ 270,066.18 | Equity Investor | $ 100,000.00 | | 10-1346 |

Exhibit 2

| Property Number | Property Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Claim Number |
|---|---|---|---|---|---|---|---|
| 10-12 | CCF1 | Low Altitude, LLC | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 10-273 |
| 10-12 | CCF1 | Madison Trust Acc Nr M1707067 fbo Harry L Shaffer | $ 200,000.00 | Investor-Lender and Equity Investor | $ 100,000.00 | | 10-2053 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Madison Trust Company Custodian FBO Cynthia B. Jennings IRA #M1710119 | $ 101,400.00 | Investor-Lender | $ 100,000.00 | | 10-269 |
| 10-12 | CCF1 | Madison Trust Company FBO. Mehernosh Pithawalla (M1704056) | $ 30,999.94 | Investor-Lender | $ 25,000.00 | | 10-1087 |
| 10-12 | CCF1 | Mark A Miller ATF Domaskin Revocable Trust Aug. 8, 2006 | $ 150,000.00 | Investor-Lender | $ 50,000.00 | | 10-2040 |
| 10-12 | CCF1 | Mark and Julie Akita | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 10-1364 |
| 10-12 | CCF1 | Mark P. Mouty | $ 180,702.77 | Investor-Lender | $ 25,000.00 | | 10-165 |
| 10-12 | CCF1 | Mitchell Young Trust | $ 30,000.00 | Investor-Lender | $ 30,000.00 | | 10-1456 |
| 10-12 | CCF1 | Nisha Gupta 401(K) Profit Sharing Plan & Trust | $ 92,000.00 | Investor-Lender | $ 75,000.00 | | 10-1312 |
| 10-12 | CCF1 | Nisha Gupta Defined Benefit Plan and Trust | $ 214,666.61 | Investor-Lender | $ 175,000.00 | | 10-1311 |
| 10-12 | CCF1 | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 25,000.00 | | 10-300 |
| 10-12 | CCF1 | PNW Investments, LLC | $ 350,000.00 | Investor-Lender | $ 10,000.00 | | 10-332 |
| 10-12 | CCF1 | PSB Investment Trust - Stephen Boynton | $ 46,398.10 | Equity Investor | $ 50,000.00 | | 10-280 |
| 10-12 | CCF1 | QuestIRAFBOFrancisDWebb1437711 | $ 185,819.00 | Investor-Lender | $ 36,222.00 | | 10-218 |
| 10-12 | CCF1 | Rajitha Dundigalla | $ 50,000.00 | Equity Investor | $ 50,000.00 | | 10-653 |
| 10-12 | CCF1 | Randall Sotka | $ 255,000.00 | Investor-Lender | $ 100,000.00 | | 10-1207 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | RLD Denouement Holding Company, LLC | $ 150,000.00 | Equity Investor | $ 100,000.00 | | 10-483 |
| 10-12 | CCF1 | Robert E. Jeter | $ 300,000.00 | Investor-Lender | | $ 150,000.00 | 10-1230 |
| 10-12 | CCF1 | Ronald Tucker and Paula Tucker | $ 51,583.00 | Investor-Lender | $ 51,583.00 | | 10-1398 |
| 10-12 | CCF1 | Sandy Kikerpill, Fresh Advantage | $ 233,000.00 | Investor-Lender | $ 100,000.00 | | 10-875 |
| 10-12 | CCF1 | Schankman, Michael | $ 112,557.00 | Equity Investor | $ 50,000.00 | | 10-2052 |
| 10-12 | CCF1 | Steve Weera Tonasut and Esther Kon Tonasut | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 10-303 |
| 10-12 | CCF1 | Steven Trzaska | $ 167,000.00 | Investor-Lender | $ 67,000.00 | | 10-141 |
| 10-12 | CCF1 | Stilwell, Heidi | $ 125,000.00 | Investor-Lender | $ 100,000.00 | | 10-2055 |
| 10-12 | CCF1 | Sunwest Trust FBO Francis Webb 1510692 | $ 27,000.00 | Equity Investor | $ 27,000.00 | | 10-288 |
| 10-12 | CCF1 | Teresita M. Shelton | $ 426,513.00 | Investor-Lender | $ 50,000.00 | | 10-330 |
| 10-12 | CCF1 | TFG Retirement Trust | $ 340,886.77 | Investor-Lender | $ 100,000.00 | | 10-665 |
| 10-12 | 7301-09 S Stewart Avenue 7500-06 S Eggleston Avenue 3030-32 E 79th Street | Vagmi, LLC | $ 55,484.91 | Investor-Lender | $ 50,000.00 | | 10-1462 |
| 10-12 | CCF1 | Wanda M. Behling | $ 43,719.00 | Equity Investor | $ 32,500.00 | | 10-1025 |
| 10-12 | CCF1 | White Tiger Revocable Trust, Ira Lovitch, Zinaida Lovitch (aka Zina Goltsev/Goltseva), Trustees | $ 64,634.86 | Equity Investor | $ 30,000.00 | | 10-537 |
| 10-12 | CCF1 | William H. Akins, Jr. | $ 1,100,000.00 | Investor-Lender and Equity Investor | $ 25,000.00 | | 10-2003 |
| 10-12 | CCF1 | Ying Xu (Brainwave Investments) | $ 126,625.00 | Investor-Lender | | $ 75,000.00 | 10-134 |
| 13-15 | CCF2 | Adir Hazan | $ 150,000.00 | Investor-Lender | $ 50,000.00 | | 13-143 |
| 13-15 | CCF2 | Agee Family Trust c/o Scott R. Agee | $ 130,000.00 | Equity Investor | $ 55,000.00 | | 13-2001 |
| 13-15 | CCF2 | Alan & Sheree Gravely | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 13-298 |
| 13-15 | CCF2 | Anatoly B. Naritsin | $ 56,987.14 | Equity Investor | $ 55,417.00 | | 13-2078 |
| 13-15 | CCF2 | Asians Investing In Real Estate LLC | $ 415,000.00 | Equity Investor | $ 60,000.00 | | 13-503 |
| 13-15 | CCF2 | Bancroft, Ed | $ 258,060.00 | Investor-Lender and Equity Investor | | $ 20,000.00 | 13-2008 |
| 13-15 | CCF2 | Benjamin J Serebin | $ 289,736.11 | Equity Investor | $ 150,000.00 | | 13-1288 |
| 13-15 | CCF2 | Bernadette Chen (Eleven St Felix St. Realty) | $ 1,000,000.00 | Equity Investor | $ 50,000.00 | | 13-2012 |
| 13-15 | CCF2 | BLT Florida, LLC | $ 100,000.00 | Investor-Lender | $ 100,000.00 | | 13-1384 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Bright Venture, LLC | $ 231,142.74 | Equity Investor | $ 50,000.00 | | 13-84 |
| 13-15 | CCF2 | Bruce A Walter (Equity Trust Corp FBO Bruce Walter IRA) | $ 115,000.00 | Investor-Lender | $ 40,000.00 | | 13-137 |
| 13-15 | CCF2 | Chestnut Capital LLC | $ 60,000.00 | Equity Investor | $ 60,000.00 | | 13-1460 |
| 13-15 | 2909-19 E 78th Street | City of Chicago | $ 78,479.20 | Other | $ 5,485.37 | | 13-693 |

| Property Number | Property Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Claim Number |
|---|---|---|---|---|---|---|---|
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Cynthia Love | $ 104,250.01 | Equity Investor | $ 100,000.00 | | 13-132 |
| 13-15 | CCF2 | David Ashley Lawrence Johnson investing under Endurance Capital Management LLC | $ 117,000.04 | Equity Investor | $ 100,000.00 | | 13-170 |
| 13-15 | CCF2 | David M Harris | $ 534,555.00 | Equity Investor | $ 150,000.00 | | 13-267 |
| 13-15 | CCF2 | David Marcus | $ 1,370,484.00 | Investor-Lender | $ 250,000.00 | | 13-801 |
| 13-15 | CCF2 | Dee Ann Nason | $ 303,965.00 | Investor-Lender | $ 50,000.00 | | 13-453 |
| 13-15 | CCF2 | Degenhardt, Duane A | $ 645,000.00 | Investor-Lender | $ 150,000.00 | | 13-2015 |
| 13-15 | CCF2 | DK Phenix Investments LLC | $ 575,750.00 | Investor-Lender | $ 100,000.00 | | 13-584 |
| 13-15 | CCF2 | Doron Reichenberg | $ 179,000.00 | Investor-Lender | $ 75,000.00 | | 13-708 |
| 13-15 | CCF2 | Douglas Nebel and Narine Nebel | $ 155,752.25 | Investor-Lender | $ 15,000.00 | | 13-1080 |
| 13-15 | CCF2 | Duke E. Heger and Viviana Heger | $ 60,000.00 | Equity Investor | $ 60,000.00 | | 13-1408 |
| 13-15 | CCF2 | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | $ 1,031,324.00 | Investor-Lender | $ 104,000.00 | | 13-180 |
| 13-15 | CCF2 | Elizabeth Riley Gerber | $ 47,347.23 | Equity Investor | $ 50,000.00 | | 13-205 |
| 13-15 | CCF2 | Ferrara, Judith (CAMAPlan f.b.o Judith D. Ferrara, Roth IRA) | $ 300,000.00 | Investor-Lender | $ 25,000.00 | | 13-2021 |
| 13-15 | CCF2 | Francisco Fernandez | $ 312,124.98 | Equity Investor | $ 50,000.00 | | 13-1450 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Frank and Laura Sohm | $ 167,893.65 | Equity Investor | $ 10,000.00 | | 13-906 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Frank Sohm IRA | $ 148,664.93 | Equity Investor | $ 40,000.00 | | 13-558 |
| 13-15 | CCF2 | Fredric R. Gottlieb | $ 212,481.00 | Investor-Lender | $ 100,000.00 | | 13-1177 |
| 13-15 | CCF2 | Fredric R. Gottlieb (South Florida Realty Management & Investments) | $ 433,306.00 | Investor-Lender | $ 175,000.00 | | 13-1215 |
| 13-15 | CCF2 | Freyja Partners, a California Limited Partnership | $ 179,625.00 | Investor-Lender | $ 50,000.00 | | 13-1141 |
| 13-15 | CCF2 | Gary Kucera | $ 204,357.34 | Equity Investor | $ 200,000.00 | | 13-98 |
| 13-15 | CCF2 | Gurinder Singh Dhillon | $ 50,000.00 | Equity Investor | $ 50,000.00 | | 13-66 |
| 13-15 | CCF2 | IP Holdings, LLC | $ 50,000.00 | Investor-Lender | $ 50,000.00 | | 13-1132 |
| 13-15 | CCF2 | iPlan Group FBO Randall Pong IRA | $ 60,568.03 | Investor-Lender and Equity Investor | $ 7,000.00 | | 13-728 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | James Tutsock | $ 169,483.00 | Equity Investor | $ 100,000.00 | | 13-2057 |
| 13-15 | CCF2 | Jane Shafrin | $ 110,000.00 | Investor-Lender | $ 60,000.00 | | 13-188 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Jason Ragan - TSA (iPlan Group Agent for Custodian FBO Jason Ragan SEP #3340597) | $ 473,079.71 | Equity Investor | $ 54,500.00 | | 13-796 |
| 13-15 | CCF2 | Jason Ragan - TSA (NBFAR Investment LLC) | $ 327,324.29 | Equity Investor | $ 100,000.00 | | 13-797 |
| 13-15 | CCF2 | Jeffery B McMeans | $ 53,203.10 | Equity Investor | $ 50,000.00 | | 13-279 |
| 13-15 | CCF2 | Jerry Adamsky | $ 84,000.00 | Investor-Lender | $ 50,000.00 | | 13-888 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | JLO Enterprises LLC | $ 315,002.49 | Equity Investor | $ 33,000.00 | | 13-726 |
| 13-15 | CCF2 | John Asciutto | $ 50,000.00 | Equity Investor | $ 50,000.00 | | 13-1209 |
| 13-15 | CCF2 | John B. Allred & Glenda K. Allred | $ 1,421,646.52 | Investor-Lender and Equity Investor | $ 50,000.00 | | 13-2004 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | John Hutchison | $ 50,000.00 | Investor-Lender | $ 50,000.00 | | 13-1376 |
| 13-15 | CCF2 | Joseph P. McCarthy | $ 277,847.33 | Investor-Lender | $ 50,000.00 | | 13-1367 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Jossie Romero | $ 53,541.66 | Equity Investor | $ 50,000.00 | | 13-86 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Karl R. DeKlotz | $ 1,586,165.90 | Investor-Lender and Equity Investor | $ 200,000.00 | | 13-1179 |
| 13-15 | CCF2 | Kelvin Kon | $ 95,000.00 | Equity Investor | $ 45,000.00 | | 13-492 |
| 13-15 | CCF2 | Kirk Road Investments, LLC | $ 318,867.20 | Equity Investor | $ 235,000.00 | | 13-755 |

| Property Number | Property Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Claim Number |
|---|---|---|---|---|---|---|---|
| 13-15 | CCF2 | Kristien Van Hecke as trustee of DK Phenix Investments LLC 401(k) FBO Kristien Van Hecke | $ 23,661.80 | Equity Investor | $ 25,000.00 | | 13-844 |
| 13-15 | CCF2 | Krushna M Dundigalla Revocable Living Trust | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 13-657 |
| 13-15 | CCF2 | Lynn Kupfer | $ 99,426.00 | Investor-Lender and Equity Investor | $ 75,000.00 | | 13-1321 |
| 13-15 | CCF2 | Mark P. Mouty | $ 180,702.77 | Investor-Lender | $ 25,000.00 | | 13-165 |
| 13-15 | CCF2 | MarTech, Inc. | $ 600,000.00 | Equity Investor | $ 600,000.00 | | 13-1056 |
| 13-15 | CCF2 | Meadows Enterprises Inc, Kenyon Meadows, president | $ 75,000.00 | Investor-Lender | $ 50,000.00 | | 13-429 |
| 13-15 | CCF2 | Michael F Grant & L. Gretchen Grant (Michael F. Grant & L. Gretchen Grant Revocable Trust dated March 16th 2012) | $ 695,000.00 | Investor-Lender and Equity Investor | $ 50,000.00 | | 13-393 |
| 13-15 | CCF2 | Michael Warner, Trustee of Warner Chiropractic Care Center, PC PSP | $ 203,254.00 | Equity Investor | $ 35,000.00 | | 13-78 |
| 13-15 | CCF2 | Mike M. Cocos | $ 150,000.00 | Equity Investor | $ 50,000.00 | | 13-82 |
| 13-15 | CCF2 | Minchow, Donald | $ 225,000.00 | Investor-Lender | $ 75,000.00 | | 13-2041 |
| 13-15 | CCF2 | Moran Blueshtein and Upender Subramanian | $ 146,857.18 | Investor-Lender | $ 50,000.00 | | 13-95 |
| 13-15 | CCF2 | Nancy Fillmore | $ 90,974.27 | Investor-Lender | $ 25,000.00 | | 13-2022 |
| 13-15 | CCF2 | Narine Nebel | $ 62,256.25 | Investor-Lender | $ 15,000.00 | | 13-351 |
| 13-15 | CCF2 | Nehasri Ltd ( investment under Nehasri Ltd by Manoj Donthineni) | $ 252,907.00 | Investor-Lender and Equity Investor | $ 50,000.00 | | 13-1365 |
| 13-15 | CCF2 | Nisha Gupta 401(K) Profit Sharing Plan & Trust | $ 36,604.64 | Investor-Lender | $ 29,500.00 | | 13-1317 |
| 13-15 | CCF2 | Nisha Gupta Defined Benefit Plan and Trust | $ 99,887.14 | Investor-Lender | $ 80,500.00 | | 13-1307 |
| 13-15 | CCF2 | Overhead Solutions Inc (Paul Collins) | $ 50,000.00 | Equity Investor | $ 50,000.00 | | 13-133 |
| 13-15 | CCF2 | Pat DeSantis | $ 2,684,539.00 | Equity Investor | $ 500,000.00 | | 13-397 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | Patricia M. McCorry, Manager McCorry Real Estate LLC | $ 25,708.34 | Investor-Lender | $ 25,000.00 | | 13-997 |
| 13-15 | CCF2 | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 25,000.00 | | 13-300 |
| 13-15 | CCF2 | Petra Zoeller | $ 546,619.00 | Investor-Lender | $ 35,000.00 | | 13-594 |
| 13-15 | CCF2 | Prakash, Sukumar Samson | $ 215,875.00 | | | | 13-2047 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | Quest IRA Inc FBO Larry J Eggenberger IRA | $ 50,000.00 | Investor-Lender | $ 50,000.00 | | 13-713 |
| 13-15 | CCF2 | Rajesh Gupta Roth IRA | $ 35,984.11 | Investor-Lender | $ 29,000.00 | | 13-1282 |
| 13-15 | CCF2 | Rajitha Dundigalla | $ 50,000.00 | Equity Investor | $ 50,000.00 | | 13-654 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | ROBERT A LAPORTE | $ 100,000.00 | Investor-Lender | $ 50,000.00 | | 13-1038 |
| 13-15 | CCF2 | Robert E. Jeter | $ 300,000.00 | Investor-Lender | | $ 150,000.00 | 13-1230 |
| 13-15 | CCF2 | Roberta Doucet, Cumen LLC | $ 25,000.00 | Equity Investor | $ 25,000.00 | | 13-645 |
| 13-15 | CCF2 | Roswitha M. and John S. Ennema | $ 59,208.29 | Equity Investor | $ 50,000.00 | | 13-564 |
| 13-15 | CCF2 | Sandy Kikerpill, Fresh Advantage | $ 233,000.00 | Investor-Lender | $ 100,000.00 | | 13-875 |
| 13-15 | CCF2 | Scott Eaton c/o Chris Eaton | $ 49,200.00 | Equity Investor | $ 20,000.00 | | 13-1470 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | Shreeja LLC | $ 55,814.04 | Investor-Lender | $ 50,000.00 | | 13-1444 |
| 13-15 | CCF2 | Sonoca Corporation | $ 47,630.56 | Equity Investor | $ 50,000.00 | | 13-422 |
| 13-15 | CCF2 | Sri Navalpakkam (AniPri Enterprises LLC) | $ 259,775.00 | Equity Investor | $ 100,000.00 | | 13-484 |
| 13-15 | CCF2 | STANLEY SCOTT | $ 56,845.00 | Investor-Lender | $ 60,000.00 | | 13-146 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | Steve Weera Tonasut and Esther Kon Tonasut | $ 150,000.00 | Equity Investor | $ 150,000.00 | | 13-304 |
| 13-15 | 2909-19 E 78th Street / 7549-59 S Essex Avenue / 8047-55 S Manistee Avenue | Steven G. Mouty | $ 465,000.00 | Equity Investor | $ 115,000.00 | | 13-821 |
| 13-15 | CCF2 | Steven K Chennappan | $ 100,000.00 | Investor-Lender | | $ 100,000.00 | 13-1266 |
| 13-15 | CCF2 | Thomas F. Gordon | $ 85,000.00 | Equity Investor | | $ 32,000.00 | 13-2023 |
| 13-15 | CCF2 | Timothy S Sharp | $ 650,000.00 | Investor-Lender | $ 50,000.00 | | 13-76 |
| 13-15 | CCF2 | Toramba Trust (ROTH) Matthew Boyd, Trustee | $ 100,000.00 | Equity Investor | $ 100,000.00 | | 13-2062 |

| Property Number | Property Address | Claimant Name | Claimed Amount (Total Claimed Amount in Claim Category as Identified on Claim Form) | Claim Category as Identified on Claim Form | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Claim Number |
|---|---|---|---|---|---|---|---|
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | US Freedom Investments, LLC | $ 175,500.00 | Investor-Lender | $ 25,000.00 | | 13-1234 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Vagmi LLC | $ 27,113.23 | Investor-Lender | $ 25,000.00 | | 13-1467 |
| 13-15 | 2909-19 E 78th Street 7549-59 S Essex Avenue 8047-55 S Manistee Avenue | Vagmi LLC | $ 54,058.32 | Investor-Lender | $ 50,000.00 | | 13-1465 |
| 13-15 | CCF2 | Yaron Fisher | $ 130,193.00 | Investor-Lender | $ 108,617.00 | | 13-479 |
| 102-106 | 7927-49 S Essex Avenue | Asians Investing In Real Estate LLC | $ 1,278,402.00 | Investor-Lender | $ 119,000.00 | | 102-503 |
| 102-106 | 7927-49 S Essex Avenue | Bernadette Chen (Eleven St Felix St. Realty) | $ 1,000,000.00 | Equity Investor | $ 50,000.00 | | 102--2012 |
| 102-106 | 7927-49 S Essex Avenue | Bright Venture, LLC | $ 231,142.74 | Equity Investor | $ 70,000.00 | | 102-84 |
| 102-106 | 7927-49 S Essex Avenue | David & Florybeth Stratton | $ 150,000.00 | Investor-Lender | $ 150,000.00 | | 102-588 |
| 102-106 | 7927-49 S Essex Avenue | David Ashley Lawrence Johnson investing under Endurance Capital Management LLC | $ 172,583.29 | Investor-Lender | $ 100,000.00 | | 102-170 |
| 102-106 | 7927-49 S Essex Avenue | David M Harris | $ 534,555.00 | Equity Investor | $ 100,000.00 | | 102-267 |
| 102-106 | 7927-49 S Essex Avenue | David M Harris | $ 831,700.00 | Investor-Lender | $ 51,855.00 | | 102-267 |
| 102-106 | 7927-49 S Essex Avenue | Degenhardt, Duane A | $ 645,000.00 | Investor-Lender | $ 100,000.00 | | 102-2015 |
| 102-106 | 7927-49 S Essex Avenue | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | $ 1,031,324.00 | Investor-Lender | $ 100,400.00 | | 102-180 |
| 102-106 | 7927-49 S Essex Avenue | Francisco Fernandez | $ 584,237.50 | Investor-Lender | $ 165,000.00 | | 102-1450 |
| 102-106 | 7927-49 S Essex Avenue | Fredric R. Gottlieb (South Florida Realty Management & Investments) | $ 433,306.00 | Investor-Lender | $ 100,000.00 | | 102-1215 |
| 102-106 | 7927-49 S Essex Avenue | Grathia Corp | $ 1,184,081.00 | Investor-Lender | $ 50,000.00 | | 102-1445 |
| 102-106 | 7927-49 S Essex Avenue | Helen Boyd | $ 105,000.00 | Investor-Lender | $ 105,000.00 | | 102-2010 |
| 102-106 | 7927-49 S Essex Avenue | Henry C. Scheuller c/o Henry Samuel Scheuller (Personal Representative of the Estate) | $ 246,440.00 | | | $ 120,000.00 | 102-868 |
| 102-106 | 7927-49 S Essex Avenue | LMJ Sales, Inc. | $ 270,066.18 | Equity Investor | $ 115,937.00 | | 102-1346 |
| 102-106 | 7927-49 S Essex Avenue | Madison Trust Company Custodian FBO Stuart Edelman | $ 255,332.70 | Investor-Lender | $ 35,000.00 | | 102-103 |
| 102-106 | 7927-49 S Essex Avenue | Matthew Boyd | $ 405,000.00 | Investor-Lender | $ 314,302.00 | | 102-2060 |
| 102-106 | 7927-49 S Essex Avenue | Michael Prokop | $ 197.01 | Equity Investor | $ 150,000.00 | | 102-787 |
| 102-106 | 7927-49 S Essex Avenue | OE Holdings LLC | $ 30,000.00 | Investor-Lender | $ 30,000.00 | | 102-852 |
| 102-106 | 7927-49 S Essex Avenue | Pacific Ocean Services Inc | $ 175,000.00 | Investor-Lender | $ 150,000.00 | | 102-1256 |
| 102-106 | 7927-49 S Essex Avenue | Patricia Guillen | $ 50,000.00 | Investor-Lender and Equity Investor | $ 50,000.00 | | 102-463 |
| 102-106 | 7927-49 S Essex Avenue | Paul Harrison | $ 420,331.59 | Investor-Lender | $ 63,694.00 | | 102-2026 |
| 102-106 | 7927-49 S Essex Avenue | Paul N. Wilmesmeier | $ 790,185.00 | Investor-Lender | $ 75,000.00 | | 102-300 |
| 102-106 | 7927-49 S Essex Avenue | Peter Schonberger | $ 30,000.00 | Equity Investor | $ 30,000.00 | | 102-703 |
| 102-106 | 7927-49 S Essex Avenue | PNW Investments, LLC | $ 350,000.00 | Investor-Lender | $ 25,000.00 | | 102-332 |
| 102-106 | 7927-49 S Essex Avenue | Ranell Durgan | $ 200,000.00 | Investor-Lender | $ 200,000.00 | | 102-515 |
| 102-106 | 7927-49 S Essex Avenue | Ranell Durgan (Polycomp Trust Company_CFBO) | $ 200,000.00 | Investor-Lender | $ 200,000.00 | | 102-762 |
| 102-106 | 7927-49 S Essex Avenue | ROBERT A LAPORTE | $ 100,000.00 | Investor-Lender | $ 50,000.00 | | 102-1038 |
| 102-106 | 7927-49 S Essex Avenue | Roswitha M. and John S. Ennema | $ 58,179.21 | Investor-Lender | $ 45,000.00 | | 102-564 |
| 102-106 | 7927-49 S Essex Avenue | Sidney Haggins | $ 85,000.00 | Investor-Lender | $ 35,000.00 | | 102-1434 |
| 102-106 | 7927-49 S Essex Avenue | Steven G. Mouty | $ 465,000.00 | Equity Investor | $ 100,000.00 | | 102-821 |
| 102-106 | 7927-49 S Essex Avenue | Tiger Chang Investments LLC | $ 49,000.00 | Investor-Lender | $ 4,000.00 | | 102-164 |
| 102-106 | 7927-49 S Essex Avenue | Timothy S Sharp | $ 650,000.00 | Investor-Lender | $ 50,000.00 | | 102-76 |
| 102-106 | 7927-49 S Essex Avenue | Umbrella Investment Partners | $ 41,500.00 | Equity Investor | $ 40,000.00 | | 102-1167 |
| 102-106 | 7927-49 S Essex Avenue | Victor Shaw | $ 296,025.03 | Investor-Lender | $ 30,000.00 | | 102-1040 |
| 102-106 | 7927-49 S Essex Avenue | Zouhair and Nada Stephan | $ 300,000.00 | Investor-Lender | $ 150,000.00 | | 102-283 |

Email Service List for Group 3

| Claim Number | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 10-143 13-143 | Adir Hazan | adir.hazan@gmail.com | | | |
| 10-2001 13-2001 | Agee Family Trust c/o Scott R. Agee | sagee@agee-engr.com | | | |
| 10-2096 | Alan Schankman | alanskmn@yahoo.com | | | mstein@tottislaw.com |
| 13-298 | Alan & Sheree Gravely | alan.gravely@yahoo.com; Gravelyfamily1@yahoo.com | | | |
| 13-2078 | Anatoly B. Naritsin | anaritsin@gmail.com | | | |
| 10-503 13-503 102-503 | Asians Investing In Real Estate LLC | annliu49@yahoo.com | Chuchun Liu | annliu49@yahoo.com | msmith@smithlawchicago.com |
| 10-1347 | Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian ELShahawi, members | ihabelsha84@gmail.com | | | |
| 13-1288 | Benjamin J Serebin | ben@reefsolutions.com | | | |
| 10-2012 13-2012 102-2012 | Bernadette Chen Eleven St. Felix Street Realty Group | bc1225@gmail.com | | | |
| 13-1384 | BLT Florida, LLC | bkothman@darteam.net | | | |
| 10-84 13-84 102-84 | Bright Venture, LLC | steven.kerns@gmail.com | Jill F. Kerns | jfkerns@gmail.com | |
| 10-137 13-137 | Bruce A Walter (Equity Trust Corp FBO Bruce Walter IRA) | walterba888@gmail.com | | | |
| 10-2091 | Captain Jack, LLC c/o John McDevitt | jackmcdevitt@yahoo.com | | | |
| 13-1460 | Chestnut Capital LLC | d@hughes.one | | | |
| 13-693 | City of Chicago | kristina.mcclure@cityofchicago.org | Brandon Hudson | Brandon.Hudson@cityofchicago.org; bhudson205@gmail.com | |
| 10-723 | CLOVE, LLC | love_cyndi@hotmail.com | | | |
| 13-132 | Cynthia Love | love_cyndi@hotmail.com | | | |
| 102-588 | David & Florybeth Stratton | dlstratton@gmail.com | | | |
| 13-170 102-170 | David Ashley Lawrence Johnson investing under Endurance Capital Management LLC | david@endurancehomesllc.com | | | |
| 10-553 | David E. Chambers | davidchamberstx@gmail.com | | | pritchard@bplaw.com |
| 13-267 102-267 102-267 | David M Harris | harris.davidm@hotmail.com | | | |
| 13-801 | David Marcus | davethewiz007@aol.com | | | |
| 10-453 13-453 | Dee Ann Nason | drdnason@gmail.com | | | |
| 10-806 | Distributive Marketing Inc. | jr@nynja.biz | Anthony Motta | amotta@anthonymotta.com | |
| 13-584 | DK Phenix Investments LLC | kristienvanh@yahoo.com | | | mstein@tottislaw.com |
| 13-2041 | Donald R Minchow | don.minchow@gmail.com | | | mstein@tottislaw.com |
| 13-708 | Doron Reichenberg | doron.reichenberg@gmail.com | Hila Reichenberg | hila.reichenberg@gmail.com | |
| 13-1080 | Douglas Nebel and Narine Nebel | Luther_Henry_1920@outlook.com | | | |
| 10-2015 13-2015 102-2015 | Duane A Degenhardt and Linda S. Degnhardt | sherrydegenhardt@gmail.com | | | |
| 13-1408 | Duke E. Heger and Viviana Heger | duke.heger@tcw.com | Viviana Heger | vheger@hotmail.com | |
| 10-180 13-180 102-180 | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | janetfturco@gmail.com | | | |
| 13-205 | Elizabeth Riley Gerber | Rileygerber@me.com | | | |

Exhibit 3

Email Service List for Group 3

| Claim Number | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 10-1354 | Ellen Liu | emliu92@yahoo.com | | | |
| 10-1246 | FIVE STAR CAPITAL GROUP, LLC | cdeatherage@southmilhausen.com | CLAY A. DEATHERAGE, ESQ. | cdeatherage@southmilhausen.com | cdeatherage@southmilhausen.com |
| 10-1450 13-1450 102-1450 | Francisco Fernandez | paco36@hotmail.com | | | mstein@tottislaw.com |
| 10-906 13-906 | Frank and Laura Sohm | fbosser@msn.com | | | |
| 10-558 13-558 | Frank Sohm IRA | fbosser@msn.com | | | |
| 13-1177 | Fredric R. Gottlieb | fgott43393@aol.com | | | |
| 10-1215 13-1215 102-1215 | Fredric R. Gottlieb (South Florida Realty Management & Investments) | fgott43393@aol.com | | | |
| 13-1141 | Freyja Partners, a California Limited Partnership c/o Lyman D. Black, Manager | blackld@aol.com | | | |
| 13-98 | Gary Kucera | garyjkucera@gmail.com | Howie Slomka | Howie@slomka.us | |
| 10-104 | GEGO NADLAN REALTY LLC | assafmor@gmail.com | | | |
| 10-1445 102-1445 | Grathia Corp | adooleyt26@yahoo.com | Alan Dooley | adooleyt26@yahoo.com | |
| 13-66 | Gurinder Singh Dhillon | gurinder.dhillon@gmail.com | | | |
| 10-1053 | H&W Management Company, Inc. | Don@ms12.com | Don McKenzie | Don@ms12.com | |
| 10-2055 | Heidi Stilwell | heidize@cox.net; Heidi.stilwell@yardi.com | | | |
| 102-2010 | Helen Boyd | hlucyboyd@gmail.com | Matthew Boyd | toramba@sbcglobal.net | |
| 102-868 | Henry C. Scheuller c/o Henry Samuel Scheuller (Personal Representative of the Estate) | cscheuller@gmail.com scheuller@gmail.com | | | |
| 10-744 | Influx Investments LLC | influxinvestmentsllc@gmail.com | Joshua Thomas | joshbt@gmail.com | |
| 13-1132 | IP Holdings, LLC | john@inspiredproductsglobal.com | | | |
| 13-728 | iPlan Group FBO Randall Pong IRA | mom.akamine@gmail.com | May Akamine | may.m.akamine@gmail.com | |
| 10-1446 | IPlanGroup Agent for Custodian FBO Mark Young | LCipriano@iplangroup.com | Mark Young | myoung@mcmorin.com | |
| 13-2057 | James Tutsock | jkingtut@yahoo.com | | | |
| 13-188 | Jane Shafrin | jane5505@msn.com | | | |
| 13-796 | Jason Ragan - TSA (iPlan Group Agent for Custodian FBO Jason Ragan SEP #3340597) | jason.ragan@nbfar.com | | | |
| 13-797 | Jason Ragan - TSA (NBFAR Investment LLC) | jason.ragan@nbfar.com | | | |
| 13-279 | Jeffery B McMeans | jjmcmeans@gmail.com | | | |
| 13-888 | Jerry Adamsky | adazllc@gmail.com | | | |
| 10-726 13-726 | JLO Enterprises LLC c/o Cynthia L Love | love_cyndi@hotmail.com | | | |
| 10-725 | JML Roth LLC | love_cyndi@hotmail.com | Cynthia L Love | love_cyndi@hotmail.com | |
| 13-1209 | John Asciutto | John@johnandrewflooring.com | | | |
| 13-2004 | John B. Allred & Glenda K. Allred | jballred56@gmail.com | | | |
| 13-1376 | John Hutchison | jhutchis@gmail.com | | | |
| 13-1367 | Joseph P. McCarthy | jmccar7117@yahoo.com | | | |
| 13-86 | Jossie Romero | Jromerokoiman@gmail.com | | ikoiman@yahoo.com | |
| 10-2074 | Juliette Farr-Barksdale & Thomas Farr | juliesb76@yahoo.com | | | mstein@tottislaw.com |
| 13-1179 | Karl R. DeKlotz | kdeklotz@aol.com | | | mstein@tottislaw.com |
| 10-492 13-492 | Kelvin Kon | kelvin.kon@gmail.com | | | |
| 10-2033 | Kennett Family Trust Vic Kennett TTE | vic@kerusso.com | | | |
| 13-755 | Kirk Road Investments, LLC | johnson.ma@sbcglobal.net | Jerry Crotty | jcrotty@rieckcrotty.com | kbrown@rieckcrotty.com |

**Email Service List for Group 3**

| Claim Number | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 10-336 | KKW Investments, LLC | pnwilmesmeier@charter.net | | | |
| 10-2035 | Knickerbocker LLC | alanskmn@yahoo.com | | | mstein@tottislaw.com |
| 13-844 | Kristien Van Hecke as trustee of DK Phenix Investments LLC 4 | kristienvanh@yahoo.com | | | mstein@tottislaw.com |
| 13-657 | Krushna M Dundigalla Revocable Living Trust | krushnad@gmail.com | | | |
| 10-765 | LaMore, LLC (George Elmore & Marti LaTour) | Marti.latour@gmail.com | | | |
| 10-970 | Laura J. Sohm IRA | fbosser@msn.com | | | |
| 10-1346 102-1346 | LMJ Sales, Inc. | johnson.ma@sbcglobal.net | Jerry Crotty | jcrotty@rieckcrotty.com | kbrown@rieckcrotty.com |
| 10-273 | Low Altitude, LLC | steven@nvriver.com | | | |
| 13-1321 | Lynn Kupfer | lynnkupfer@gmail.com | | | mstein@tottislaw.com |
| 10-2053 | Madison Trust Acct Nr M1707067 fbo Harry L Shaffer | support@madisontrust.com | | | |
| 10-269 | Madison Trust Company Custodian FBO Cynthia B. Jennings IRA | jennings_robertw@yahoo.com | | | mstein@tottislaw.com |
| 102-103 | Madison Trust Company Custodian FBO Stuart Edelman | stuartedelman@gmail.com | | | |
| 10-1087 | Madison Trust Company FBO. Mehernosh Pithawalla (M1704056) | m_pithawalla@hotmail.com | | | |
| 10-2040 | Mark A. Miller ATF Dornaskin Revocable Trust | milreal@comcast.net | | | |
| 10-1364 | Mark and Julie Akita | akitas@sbcglobal.net | | | |
| 10-165 13-165 | Mark P. Mouty | utahpowder@live.com | | | |
| 13-1056 | MarTech, Inc. c/o Don McKenzie | Don@ms12.com | | | |
| 102-2060 | Matthew Boyd | toramba@sbcglobal.net | | | |
| 13-429 | Meadows Enterprises Inc, Kenyon Meadows, president | k.meadows@yahoo.com | | | |
| 10-2052 | Michael Alden Schankman | mikrent@yahoo.com | | | |
| 13-393 | Michael F Grant & L. Gretchen Grant | mfgrant84@gmail.com; Lgretchen44@gmail.com | | | |
| 102-787 | Michael Prokop | beachdogbo@gmail.com | | | |
| 13-78 | Michael Warner, Trustee of Warner Chiropractic Care Center, PC PSP | wcccpc@verizon.net | | | |
| 13-82 | Mike M. Cocos | realcocos@yahoo.com | | | |
| 10-1456 | Mitchell Young Trust | myoung@mcmorin.com | | | |
| 13-95 | Moran Blueshtein and Upender Subramanian | moranpower@yahoo.com | | | |
| 13-2022 | Nancy Fillmore | dellie67@aol.com | | | |
| 13-351 | Narine Nebel | Dougnebel@gmail.com | | | |
| 13-1365 | Nehasri Ltd (investment under Nehasri Ltd by Manoj Donthineni) | manojdo@yahoo.com | | | |
| 10-1312 13-1317 | Nisha Gupta 401(K) Profit Sharing Plan & Trust | gupta100@gmail.com | Rajesh Gupta | gupta100@gmail.com | |
| 10-1311 13-1307 | Nisha Gupta Defined Benefit Plan and Trust | gupta100@gmail.com | Rajesh Gupta | gupta100@gmail.com | |
| 102-852 | OE Holdings LLC | psilver6@gmail.com | | | |
| 13-133 | Overhead Solutions Inc (Paul Collins) | paul@overheadsolutionsinc.com | Nicole Boucher | nicole@overheadsolutionsinc.com | |
| 102-1256 | Pacific Ocean Services Inc | Ulriksingontiko@att.net | ULRIK SINGONTIKO | ucf@pacbell.net | |
| 13-397 | Pat DeSantis | desantispat@hotmail.com | | | mstein@tottislaw.com |
| 102-463 | Patricia Guillen | ttdistco@msn.com | | | |
| 13-997 | Patricia M. McCorry, Manager McCorry Real Estate LLC | mccorrypat@aol.com | | | |
| 102-2026 | Paul Harrison | jphfin@runbox.com | | | Sackermanatlaw@aol.com |

**Email Service List for Group 3**

| Claim Number | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 10-300<br>13-300<br>102-300 | Paul N. Wilmesmeier | paul@gogc.com | | | |
| 102-703 | Peter Schonberger | pkschonbe@earthlink.net | | | |
| 13-594 | Petra Zoeller | zoeller.petra@gmail.com | | | |
| 10-332<br>102-332 | PNW Investments, LLC | pwilmesmeier@gogenevacapital.com | | | |
| 10-280 | PSB Investment Trust - Stephen Boynton | sboynton57@gmail.com | Pamela Boynton | psboynton@gmail.com | |
| 10-218 | Quest IRA FBO Francis D Webb 1437711 | dwoodywebb@gmail.com | | | |
| 13-713 | Quest IRA Inc FBO Larry J Eggenberger IRA | ljeggenberger@gmail.com | | | |
| 13-1282 | Rajesh Gupta Roth IRA | gupta100@gmail.com | | | |
| 10-653<br>13-654 | Rajitha Dundigalla | drajitha@gmail.com | | | |
| 10-1207 | Randall Sotka | sotka@msn.com | | | |
| 102-515 | Ranell Durgan | ranell@durgan.com | Dwain Dobbins | ddobbins@polycomp.net | |
| 102-762 | Ranell Durgan (Polycomp Trust Company_CFBO) | ranell@durgan.com | Dwain Dobbins | ddobbins@polycomp.net | |
| 10-483 | RLD Denouement Holding Company, LLC c/o Ryan Dunn | ryan8438@yahoo.com | | | |
| 13-1038<br>102-1038 | ROBERT A LAPORTE | ral2010@gmail.com | | | |
| 10-1230<br>13-1230 | Robert E. Jeter | robertjeter@sbcglobal.net | | | |
| 13-645 | Roberta Doucet, Cumen LLC | blessedchick@aol.com | | | |
| 10-1398 | Ronald and Paula Tucker | rtucker0651@sbcglobal.net | | | |
| 13-564<br>102-564 | Roswitha M. and John S. Ennema | rjunlimited@gmail.com | | | |
| 13-2021 | Roth IRA CAMAPlan f. b. o. Judith D. Ferrara | operations@camaplan.com | | | |
| 10-875<br>13-875 | Sandy Kikerpill, Fresh Advantage | Sandykaygenius@gmail.com | | | |
| 13-1470 | Scott Eaton c/o Chris Eaton | seaton6897@aol.com<br>ChrisE@SurgicalColleagues.com | David Glickman, Esq. | service@forbusinessandlife.com | |
| 13-1444 | Shreeja LLC | mchamarthy@yahoo.com | | | |
| 102-1434 | Sidney Haggins | swhaggins@gmail.com | | | |
| 13-422 | Sonoca Corporation | kymberly@sonoca.co;<br>sonoca@sbcglobal.net | | | |
| 13-484 | Sri Navalpakkam (AniPri Enterprises LLC) | snav@earchitectsinc.com | | | |
| 13-146 | Stanley Scott | troostdental@sbcglobal.net | | | |
| 10-303<br>13-304 | Steve Weera Tonasut and Esther Kon Tonasut | tonasut@cs.com | Andrea Tonasut Millet | AKmillet@yahoo.com | mstein@tottislaw.com |
| 13-821<br>102-821 | Steven G. Mouty | sgmouty@gmail.com | Wanda M. Behling | wmbehling@gmail.com | |
| 13-1266 | Steven K Chennappan | schennappan@yahoo.com | | | |
| 10-141 | Steven Trzaska | steventrzaska@gmail.com | | | |
| 13-2047 | Sukumar Samson Prakash | sonnyprakash5@hotmail.com;<br>prakash@doorinvestment.com | | | |
| 10-288 | Sunwest Trust FBO Francis Webb 1510692 | dwoodywebb@gmail.com | | | |
| 10-330 | Teresita M. Shelton | terrishelton858@gmail.com | | | jtoleno@shufirm.com<br>aswenson@shufirm.com |
| 10-665 | TFG Retirement Trust | Ed.Falkowitz00@gmail.com | | | DMorriss@hinshawlaw.com |
| 13-2023 | Thomas F. Gordon | | | | |
| 102-164 | Tiger Chang Investments LLC | annliu49@yahoo.com | Chuchun Liu | annliu49@yahoo.com | msmith@smithlawchicago.com |

**Email Service List for Group 3**

| Claim Number | Claimant Name | Primary Email | Secondary Contact Name | Secondary Email | Counsel |
|---|---|---|---|---|---|
| 13-76 102-76 | Timothy S Sharp | timsharp1958@gmail.com | | | |
| 13-2062 | Trustee Toramba Trust (Roth) Matthew Boyd | toramba@sbcglobal.net | | | |
| 102-1167 | Umbrella Investment Partners | jimrglobal@gmail.com | Matthew D. Robinson | matt@mdrlawoffice.com | |
| 13-1234 | US Freedom Investments, LLC | kscheel22@gmail.com | | | |
| 10-1462 13-1465 13-1467 | Vagmi LLC | mchamarthy@yahoo.com | | | |
| 102-1040 | Victor Shaw | victorshaw@yahoo.com | | | |
| 10-1025 | Wanda M. Behling | wmbehling@gmail.com | Steven G. Mouty | sgmouty@gmail.com | |
| 10-537 | White Tiger Revocable Trust, Ira Lovitch, Zinaida Lovitch (aka Zina Goltsev/Goltseva), Trustees | iral@me.com, ziandj@me.com | Zinaida Lovitch, Co-Trustee | ziandj@me.com | |
| 10-2003 | William H. Akins, Jr. | billaq123@gmail.com | | | mstein@tottislaw.com |
| 13-479 | Yaron Fisher | yaron.fisher@gmail.com | | | |
| 10-134 | Ying Xu | xuying.23@gmail.com | | | |
| 102-283 | Zouhair and Nada Stephan | zoustephan@gmail.com; znstephan@icloud.com | | | |