# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

United States Securities and Exchange Commission, et al.

            Plaintiff,

v.              Case No.: 1:18−cv−05587

              Honorable Manish S. Shah

Equitybuild, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2023:

  MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Responses to the Receiver's Nineteenth Interim Application and Motion for Court Approval of Payment of Fees and Expenses [1478] are due 6/8/23. Replies are due 6/22/23. For the reasons stated in open court, the motion to reconsider [1471] this court's order entered on 5/22/23 [1469] is denied. The deadline for submission of the proposal for a priority resolution scheduling order for future investor groups is extended to 6/15/23. Status hearing remains set for 7/6/23 at 11:00 a.m. in Courtroom 1919. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.