UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 18-cv-5587 |
| v. | ) ) Hon. Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) Magistrate Judge Young B. Kim ) ) ) |
| Defendants. | ) ) |

**RECEIVER'S STATUS REPORT ON GROUP 3 CLAIMS PROCESS**

Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc. and related entities ("Receiver"), hereby submits this Status Report on Group 3 Claims Process, to assist the Court in regards to the resolution of Group 3 claims asserted against seven properties:

   a.  7301-09 S Stewart Avenue (Property No. 10);

   b.  7500-06 S Eggleston Avenue (Property No. 11);

   c.  3030-32 E 79th Street (Property No. 12);

   d.  2909-19 E 78th Street (Property No. 13);

   e.  7549-59 S Essex Avenue (Property No. 14);

   f.  8047-55 S Manistee Avenue (Property No. 15); and

   g.  7927-49 S Essex Avenue (Property Nos. 102-106).

1.   The Court entered an Order Regarding Summary Proceedings for Group 3 on May 15, 2023. (Dkt. 1477)  This Order set a July 13, 2023 deadline for claimants to submit any statements in response to the Receiver's Submission.  *Id.*

1

2. On June 22, 2023, the Receiver filed his Submission on Group 3 Claims (Dkt. 1493), which he served by email to the Group 3 Service Email list, reminding claimants that Group 3 Claimants' Responsive Statements are due July 13, 2023. (6/22/23 Email attached as Ex. A)

3. On June 29, 2023, the Receiver filed his Amended Submission on Group 3 Claims (Dkt. 1494), which he served by email to the Group 3 Service Email list, again reminding Claimants that Group 3 Claimants' Responsive Statements are due July 13, 2023. (6/29/23 Email attached as Ex. B)

4. On July 11, 2023, the Court entered an order repeating that responses to the Receiver's Amended Submission on Group 3 Claims are due July 13, 2023. (Dkt. 1504) The same day, the Receiver emailed the Court's order to all claimants who submitted claims in this Receivership.

5. As of the date of this submission, no responses to the Receiver's Group 3 submission have been filed or received.

Wherefore, the Receiver recommends that the Court order distribution in accordance with the schedules submitted in the Receiver's Amended Submission on Group 3 Claims. (Dkt. 1494)

Dated: July 21, 2023　　　　　　　　　　　　　　Kevin B. Duff, Receiver

　　　　　　　　　　　　　　By:　/s/ Michael Rachlis
　　　　　　　　　　　　　　　　　Michael Rachlis
　　　　　　　　　　　　　　　　　Jodi Rosen Wine
　　　　　　　　　　　　　　　　　Rachlis Duff & Peel, LLC
　　　　　　　　　　　　　　　　　542 South Dearborn Street, Suite 900
　　　　　　　　　　　　　　　　　Chicago, IL 60605
　　　　　　　　　　　　　　　　　Phone (312) 733-3950
　　　　　　　　　　　　　　　　　mrachlis@rdaplaw.net
　　　　　　　　　　　　　　　　　jwine@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2023, I electronically filed the foregoing **Receiver's Status Report on Group 3 Claims Process** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing Status Report, to be served upon all claimants included on the Email Service List for Group 3 by electronic mail.

I further certify that the Status Report will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

**equitybuildclaims@rdaplaw.net**

| | |
|---|---|
| **From:** | EquityBuildClaims <equitybuildclaims@rdaplaw.net> |
| **Sent:** | Thursday, June 22, 2023 9:13 PM |
| **To:** | EBGroup3Service@rdaplaw.net |
| **Subject:** | Receiver's Submission On Group 3 Claims |
| **Attachments:** | 230622 Receiver Submission on Group 3 Claims (#1493).pdf |

Group 3 Claimants:

Attached is the Receiver's Submission on Group 3 Claims that has been filed with the Court today.

Pursuant to the order that was entered by the Court on May 15, 2023, any Group 3 claimant who wishes to object or otherwise respond to this submission may submit a written response and
any supporting materials ("Responsive Statement").  Group 3 claimants' Responsive Statements are due July 13, 2023.
The submission of a Responsive Statement is optional and is not required.  If you do submit
a Responsive Statement, please attach only documents or transcript pages that are directly relevant to your response, and please redact (black out or remove) personal identifying information such as social security numbers or bank account numbers before submission.

Responsive Statements should be served on everyone in Group 3 by attaching the statement and any supporting documents to an email directed to EBGroup3Service@rdaplaw.net.  The Receiver will file any Responsive Statements that are submitted using the Court's electronic case filing (ECF) system for claimants without access to that system.

Please note that EBGroup3Service@rdaplaw.net is to be used only for service upon participants in Group 3 and is not to be used as a chat forum or for any other purpose.  Thank you for your cooperation in this regard.

Please do not "reply all" to this email. Please direct any questions to equitybuildclaims@rdaplaw.net and not to the service email. Please note that the Receiver is not in position to respond to email inquiries until the week of June 26, 2023.


Receivership Estate of EquityBuild, Inc., et al.
c/o Rachlis Duff & Peel, LLC
542 S. Dearborn St., Suite 900
Chicago, IL 60605
312-733-3950  main
312-733-3952  fax
equitybuildclaims@rdaplaw.net



RACHLIS DUFF & PEEL, LLC E-MAIL CONFIDENTIAL NOTICE
This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**equitybuildclaims@rdaplaw.net**
___

| | |
|---|---|
| **From:** | equitybuildclaims@rdaplaw.net |
| **Sent:** | Thursday, June 29, 2023 2:43 PM |
| **To:** | EBGroup3Service@rdaplaw.net |
| **Subject:** | Receiver's Amended Submission On Group 3 Claims |
| **Attachments:** | 230629 Receiver's Amended Submission on Group 3 Claims with Exhibits 1-3 (#1494).pdf |

Group 3 Claimants:

Attached is the Receiver's Amended Submission on Group 3 Claims that has been filed with the Court today.

Please note the sole amendment is to Exhibit 2, which adds the inadvertently omitted claim of Alan & Sheree Gravely (13-298), and thereby adjusts the percentage interests of all claimants asserting an interest in the CCF2 properties.

Pursuant to the order that was entered by the Court on May 15, 2023, any Group 3 claimant who wishes to object or otherwise respond to this submission may submit a written response and any supporting materials ("Responsive Statement"). Group 3 claimants' Responsive Statements are due <u>July 13, 2023.</u> <u>The submission of a Responsive Statement is optional and is not required.</u> If you do submit a Responsive Statement, please attach only documents that are directly relevant to your response, and please redact (black out or remove) personal identifying information such as social security numbers or bank account numbers before submission.

Responsive Statements should be served on everyone in Group 3 by attaching the statement and any supporting documents to an email directed to EBGroup3Service@rdaplaw.net. The Receiver will file with the Court any Responsive Statements that are submitted to him by claimants without access to the Court's electronic case filing (ECF) system.

Please note that EBGroup3Service@rdaplaw.net is to be used only for service upon participants in Group 3 and is not to be used as a chat forum or for any other purpose. Thank you for your cooperation in this regard.

<u>Please do not "reply all" to this email.</u> Please direct any questions to equitybuildclaims@rdaplaw.net and not to the service email.

Receivership Estate of EquityBuild, Inc., et al.
c/o Rachlis Duff & Peel, LLC
542 S. Dearborn St., Suite 900
Chicago, IL 60605
312-733-3950  main
312-733-3952  fax
equitybuildclaims@rdaplaw.net



RACHLIS DUFF & PEEL, LLC E-MAIL CONFIDENTIAL NOTICE
This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this

information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.