# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:18-cv-5587 |
| v. | |
| EQUITYBUILD, INC., et al., | Hon. Manish S. Shah |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Michael A. Gilman, hereby respectfully requests that this Honorable Court grant him leave to withdraw as counsel of record pursuant to Local Rule 83.17 for the following parties:

Federal Home Loan Mortgage Corporation; Sabal TL1 LLC;

Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16;

Wilmington Trust, National Association, as Trustee for the Registered Holders of UBS Commercial Mortgage Trust 2017-C1, Commercial Mortgage Pass-Through Certificates, Series 2017-C1;

Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48;

Federal National Mortgage Association;

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41;

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50;

U.S. Bank National Association, as Trustee for the registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30;

Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Benefit of Corevest American Finance 2017-1 Trust Mortgage Pass-Through Certificates;

Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017-2;

BC57, LLC;

UBS AG;

1111 Crest Drive Dr., LLC; Pakravan Living Trust; Hamid Ismail; Farsaa, Inc.;

Thorofare Asset Based Lending REIT Fund IV, LLC;

Direct Lending Partner LLC;

1. Mr. Gilman will be leaving the law firm of Dykema Gossett PLLC and his last day will be July 31, 2023.

2. This change requires that Mr. Gilman withdraw as counsel of record for the above listed Defendants

3. All other attorneys of record with the law firm of Dykema Gossett PLLC will remain as counsel of record for above listed defendants.

WHEREFORE, Michael A. Gilman, respectfully requests that this Honorable Court permit his to withdraw as counsel of record for above listed defendants effective July 28, 2023.

Dated: July 31, 2023          By:   /s/ Michael A. Gilman
                                    One of the Attorneys for above listed defendants

Todd Gale (tgale@dykema.com)
Michael A. Gilman (mgilman@dykema.com)
Brett J. Natarelli (bnatarelli@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
Phone: 312-876-1700
Fax:    312-627-2302

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 31, 2023, I caused the foregoing Motion for Leave to Withdraw as Counsel of Record to be electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record.

               /s/Michael A. Gilman