UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   18-CV-5587 |
| EQUITYBUILD, INC. EQUITYBUILD FINANCE., LLC, JEROME H. COHN, and SHAUN D. COHEN, | ) ) ) ) ) | |
| Defendants. | ) | |

**LMJ SALES, INC.'S AND KIRK ROAD INVESTMENTS LLC'S ADOPTION AND INCORPORATION OF THEIR PRIOR INITIAL STATEMENTS, GROUP 2'S RESPONSIVE POSITION STATEMENT
AND RECEIVER'S RESPONSIVE POSITION STATEMENT**

Creditors, Investor-Lenders and/or Equity Investors, LMJ Sales, Inc., (hereinafter "LMJ") and Kirk Road Investments, LLC, (hereinafter "Kirk Road"), by their attorneys, Jerome F. Crotty, Kevin P. Brown, and Rieck and Crotty P.C., as and for LMJ's and Kirk Road's adoption and incorporation of: Certain Investors' Initial Statement (Doc. 1564), the Group 2 Responsive Position Statement Of Certain Individual Investors (Doc. 1582), and the Receiver's Position with respect to Shatar's claims (Doc. 1571, pp. 4-8), hereby adopt and incorporate all of such filings as and for LMJ's Responsive Position Statement as to LMJ's and Kirk Road's interests.

Respectfully submitted,

LMJ Sales, Inc., and Kirk Road Investments, LLC,

By:    /s/ Kevin P. Brown
        One of Its Attorneys

Jerome F. Crotty, Esq.
jcrotty@rieckcrotty.com
Kevin P. Brown, Esq.
kbrown@rieckcrotty.com
Rieck and Crotty, P.C.
Attorneys for LMJ Sales, Inc. and
Kirk Road Investments, LLC
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
Phone: (312) 726-4646
Fax:    (312) 726-0647

## CERTIFICATE OF SERVICE

    Kevin P. Brown, an attorney, certifies that he caused the within and foregoing **LMJ SALES, INC.'S AND KIRK ROAD INVESTMENTS LLC'S ADOPTION AND INCORPORATION OF THEIR PRIOR INITIAL STATEMENTS, GROUP 2'S RESPONSIVE POSITION STATEMENT AND RECEIVER'S RESPONSIVE POSITION STATEMENT** to be served upon counsel of record by electronically filing the same via the Northern District of Illinois ECF Service and e-mailing counsel to the e-mail address provided herein on or before the hour of 7:00 p.m. on the 10th day of January 2023.

        /s/ Kevin P. Brown