**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | Civil Action No. 18-cv-5587 |
| v. | Honorable Manish S. Shah |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | Magistrate Judge Young B. Kim |
| Defendants. | |

## FRAMING REPORT FOR GROUP 7

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), submits this Framing Report pursuant to the Court's March 1, 2024 and March 25, 2024 Orders (Dkt. 1614, 1631), and states the following:

1. The Court has ordered a dispute resolution process whereby the properties formerly owned by EquityBuild and its affiliated entities will be divided into groups and the Court will consider and resolve the competing claims against each of the properties in the group. A full description of the steps of this process can be found in the Court's Order Regarding Claims Resolution Process No. 2 (Dkt. 941), subject to the proposed amendments described herein.

2. Group 7 will consist of the following properties:

   a. 4533-47 S Calumet Avenue (Property 2);

   b. 7109-19 S Calumet Avenue (Property 7);

      c. 4611-17 S Drexel Boulevard (Property 64);

      d. 6250 S Mozart Avenue (Property 69);

      e. 638-40 N Avers Avenue (Property 70); and

      f. 7255-57 S Euclid Avenue (Property 73).

3. All Claimants who submitted Proofs of Claim against one or more of the properties in Group 7 are identified on an Email Service List for Group 7, attached hereto as **Exhibit 2**. The primary, secondary, and counsel email addresses for the Claimants in Group 7 are identified on this exhibit.

4. Because different claimants assert that the mortgage lien in which they hold an interest is in the first position and should be paid before other claimants' liens, the Court will use this disputed claims process to determine which lien (or liens) are in fact entitled to priority, which will determine which claimant or claimants are entitled to a distribution of the available funds from the sale of that property. Through this process, claimants will be able to learn about the other claims against the property or properties in which they assert an interest, and to explain to the Court why their claim may be superior. Claimants whose liens are determined to be inferior are unlikely to receive a distribution from the property sale if the liens against the property exceed the amount of the net sales proceeds available for distribution.

5. Pursuant to the Court's February 9, 2021 Order (Dkt. 940), the Proofs of Claim and supporting documentation submitted by Claimants asserting an interest in the individual properties in Group 7 were made available to each of the other Group 7 Claimants asserting an interest in the same property on: March 19, 2021 (Property 2); March 22, 2021 (Property 7); April 12, 2021 (Property 64); April 13, 2021 (Property 69); and April 14, 2021 (Properties 70, 73).

6. Also pursuant to the Court's February 9, 2021 Order (Dkt. 940), the EquityBuild Document Database was made available to any Claimant electing to purchase a license during the period from July 1, 2021 through January 31, 2022.

7. At the Court's March 1, 2024 status conference, the Receiver noted that he would make certain recommendations in the effort to try and streamline the process for Groups 6 and 7. The following is a summary of the recommendations:

   a. First, the Receiver believes it will be more efficient to allow third-party discovery of loan originators and title companies to begin at the start of the process, not at the end.

   b. Second, the Receiver has reviewed the standard discovery requests and made efforts to eliminate certain requests that appeared, for earlier claims groups, to create confusion or otherwise failed to yield useful information.

   c. Third, the Receiver proposes to make any avoidance disclosures at the same time as his recommendations on distribution and priority. That will be followed by a fourteen-day period during which a request for leave of court to take additional necessary discovery on the avoidance issue may be filed. However, the Receiver proposes that the Court wait until after it makes lien priority rulings for Group 7 before allowing and setting any schedule to: (i) resolve any such motion for any additional discovery on avoidance issues; (ii) conduct such additional discovery (if any); and (iii) submit further briefing on avoidance issues (if necessary).

8. The Receiver sent a proposed schedule and draft revised standard discovery requests to counsel representing both individual and institutional lender claimants. Counsel for

certain individual investors and institutional lenders provided feedback and the schedule and discovery requests were revised and agreed upon.

9. Discovery responses and position statements shall be served either by sending an email to each member of the Email Service List for Group 7 (*see* Exhibit 2) or by sending an email to equitybuildclaims@rdaplaw.net. The Receiver will make all materials that he receives by either method available to each member of Group 7.

10. A schedule for the summary proceedings for Group 7 is attached as **Exhibit 1** hereto, which contemplates entry of the proposed order on or before April 1, 2024. Upon entry of an order approving the framing of the claims process for Group 7, as proposed herein, the Receiver will submit the proposed order attached as Exhibit 1 (or as otherwise directed by the Court) in Word format to Proposed_Order_Shah@ilnd.uscourts.gov.

11. The proposed schedules provide for both Groups 6 and 7 to be completed by October 15, 2024, which would then leave one group of alleged secured creditors (Group 8) and the group of unsecured creditors (Group 10) that would need to be addressed. The Receiver will provide an update on the progress of Groups 6 and 7 at the next status conference, and if possible, provide further thoughts and recommendations on when Group 8 may be in position to be initiated.

12. Within two business days of entry of the Court's order (in the form of Exhibit 1), the Receiver will serve all claimants in Group 7 with a copy of the Order and the standard discovery requests that have been approved by the Court. Claimants will have 28 days to respond to these requests in accordance with the instructions set forth in the requests.

13. Claimants should note that the Receiver does not represent any of the claimants and cannot offer advice to claimants about how to most effectively participate in the claims process.

Claimants may want to consider retaining counsel to represent them in connection with the claims process.

Dated: March 27, 2024                                     Kevin B. Duff, Receiver

                                                     By:    /s/ Michael Rachlis
                                                           Michael Rachlis
                                                           Jodi Rosen Wine
                                                           Rachlis Duff & Peel LLC
                                                           542 South Dearborn Street, Suite 900
                                                           Chicago, IL 60605
                                                           Phone (312) 733-3950
                                                           *mrachlis@rdaplaw.net*
                                                           *jwine@rdaplaw.net*

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically filed the foregoing **Framing Report for Group 7** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. Copies of the foregoing were served upon counsel of record via the CM/ECF system.

I further certify that I caused true and correct copy of the foregoing **Report**, to be served upon all claimants included on the Email Service List for Group 7 by electronic mail.

I further certify that the **Report** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-5587 |
| v. | ) ) | Honorable Manish S. Shah |
| **EQUITYBUILD, INC., et al.,** | ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) ) | |

## ORDER REGARDING SUMMARY PROCEEDINGS FOR GROUP 7

The Court, having reviewed the Framing Report for Group 7 (Dkt. \_\_\_\_) submitted by Kevin B. Duff, as the receiver ("Receiver") for Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen, IT IS HEREBY ORDERED THAT:

1. Group 7 of the Claims Resolution Process shall include claimants who submitted Proofs of Claim with respect to one or more of the following six properties:

    a. 4533-47 S Calumet Avenue (Property 2);

    b. 7109-19 S Calumet Avenue (Property 7);

    c. 4611-17 S Drexel Boulevard (Property 64);

    d. 6250 S Mozart Avenue (Property 69);

    e. 638-40 N Avers Avenue (Property 70); and

    f. 7255-57 S Euclid Avenue (Property 73).

1

Exhibit 1

2. The Schedule of the Summary Proceedings for Group 7 is as follows:

| **Discovery Event** | **Deadline Calculation** | **Deadline Date** |
|---|---|---|
| Receiver to serve Order approving the Group | Proposed commencement | April 1, 2024 |
| Receiver to serve approved standard discovery requests on all claimants included on the Email Service List for the Group | 2 business days of Court's entry of Order commencing proceedings for the Group | April 3, 2024 |
| Parties may serve subpoenas on title companies or loan originators | | Beginning April 3, 2024 |
| Deadline for Claimants to respond to standard discovery requests | 28 days from service of standard discovery requests | May 1, 2024 |
| Additional discovery requests are due | 14 days after deadline for responses to standard discovery | May 15, 2024 |
| Deadline for Claimants to respond to additional discovery requests | 28 days after service of additional discovery requests | June 12, 2024 |
| Deadline to complete Discovery | 120 days from the service of the Order commencing proceedings for the Group | July 30, 2024 |
| Receiver's Recommendations and Disclosure of Avoidance Claims due | 28 days after completion of all discovery | August 27, 2024 |
| Deadline for any of the lienholders to request leave of Court to take additional discovery relevant to the Receiver's claim | 14 days after filing of Receiver's Disclosure of Avoidance Claims | September 10, 2024 |
| Position Statements by Claimants and SEC are due | 28 days after filing of Receiver's Submission | September 24, 2024 |
| Receiver's, Claimants' and the SEC's Responsive Statements are due | 21 days after the deadline for the Claimants and SEC's position statements | October 15, 2024 |
| Schedule for requested discovery on avoidance issues and further briefing, if necessary, following lien priority rulings | To be scheduled by the Court | to be determined |

| Hearing on competing claims and any avoidance claims, if necessary | To be scheduled by the Court | to be determined |

Entered:

_____

Honorable Manish S. Shah

Date: _____

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 2-225 | 4533-37 S Calumet Avenue | Amit Hammer | Amit Hammer | $ 100,000.00 | | amithammer@gmail.com; amithammer@gmail.com; mstein@tottislaw.com |
| 2-475 | 4533-37 S Calumet Avenue | Annie Chang | Annie Chang | $ 50,000.00 | | acc352@gmail.com; msmith@smithlawchicago.com; michael.dennis.smith@gmail.com; rkamhi@labaton.com; arosca@roscalaw.com |
| 2-1347 | 4533-37 S Calumet Avenue | Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian EL | | | $300,000.00 | ihabelsha84@gmail.com |
| 2-885 | 4533-37 S Calumet Avenue | Bauer Latoza Studio, Ltd. | Bauer Latoza Studio, Ltd. | $ 3,075.00 | | etorrez@bauerlatozastudio.com; Adam@WhitemanBorden.com |
| 2-2012 | 4533-37 S Calumet Avenue | Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realy Corp | $ 50,000.00 | | bc1225@gmail.com |
| 2-727 | 4533-37 S Calumet Avenue | Bluebridge Partners Limited | Bluebridge Partners Limited | $ 100,000.00 | | agille@bluebridgepartners.com; alex@thebecompany.life; mstein@tottislaw.com |
| 2-1063 | 4533-37 S Calumet Avenue | BMO Harris Bank N.A. | | | $1,510,000.00 | chris.allen@bmo.com; jsullivan@chapman.com; scott.mueller@stinson.com; bradley.anderson@stinson.com; william.wurm@stinson.com |
| 2-314 | 4533-37 S Calumet Avenue | Brett Burnham | iPlan Group Agent for Custodian FBO Brett Burnham | $ 80,000.00 | | brettburnham20@gmail.com |
| 2-1204 | 4533-37 S Calumet Avenue | Cecilia Wolff | | | $20,000.00 | wolff.c@sbcglobal.net |
| 2-2050 | 4533-37 S Calumet Avenue | Charles Savona | | $ 50,000.00 | | chasnavy@yahoo.com |
| 2-379 | 4533-37 S Calumet Avenue | Chuck Denton | Denton Real Estate Company Inc. 401k | Denton Real Estate Company Inc. 401k | $ 100,000.00 | | chuck@chuckdenton.com |
| 2-1454 | 4533-37 S Calumet Avenue | CLD Construction, Inc. (Doru Unchias) | | $ 26,335.00 | | rgolding@goldinglaw.net |
| 2-481 | 4533-37 S Calumet Avenue | David R Trengove | iPlanGroup Agent for Custodial FBO David Trengove IRA Account #3300951 | $ 200,000.00 | | treng23946@aol.com; Richard.Lauter@lewisbrisbois.com; ken.joyce@lewisbrisbois.com; Richard.Lauter@lewisbrisbois.com |
| 2-453 | 4533-37 S Calumet Avenue | Dee Ann Nason | Dee Ann Nason | $ 50,000.00 | | drdnason@gmail.com |
| 2-355 | 4533-37 S Calumet Avenue | Dennis & Mary Ann Hennefer | Dennis & Mary Ann Hennefer | $ 52,956.00 | | dhennefer@juno.com |
| 2-433 | 4533-37 S Calumet Avenue | Double Portion Foundation | Double Portion Foundation | $ 40,000.00 | | hubert.94065@gmail.com; hubert.94065@gmail.com |
| 2-1080 | 4533-37 S Calumet Avenue | Douglas Nebel and Narine Nebel | Douglas & Narine Nebel | $ 50,000.00 | | Luther_Henry_1920@outlook.com |
| 2-316 | 4533-37 S Calumet Avenue | Gallowglass LLC c/o Patrick Bournes | | | $29,627.00 | patrickbournes@yahoo.com |
| 2-2054 | 4533-37 S Calumet Avenue | Harvey Singer | Harvey Singer | $ 100,000.00 | | Hsinger8824@live.com; mstein@tottislaw.com |
| 2-413 | 4533-37 S Calumet Avenue | iPlanGroup Agency for Custodian FBO Charles Powell IRA | iPlanGroup Agent for Custodian FBO Charles Powell IRA | | $12,440.00 | mymsm2@yahoo.com |
| 2-1137 | 4533-37 S Calumet Avenue | iPlanGroup Agent for Custodian FBO Christopher Mora IRA Acco | iPlanGroup Agent for Custodian FBO Christopher Mora IRA | $ 67,000.00 | | cmora@one-louisiana.com; invest@iplangroup.com; wkauffman@iplangroup.com |
| 2-1176 | 4533-37 S Calumet Avenue | iPlanGroup Agent for Custodian FBO Joshua Mora IRA Account # | iPlanGroup Agent for Custodian FBO Joshua Mora | $ 57,000.00 | | jmora@mygrad.loyno.edu; invest@iplangroup.com; wkauffman@iplangroup.com; mstein@tottislaw.com |
| 2-448 | 4533-37 S Calumet Avenue | iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | $ 971.00 | | laurabanasik@yahoo.com; mikedirn@gmail.com |
| 2-1446 | 4533-37 S Calumet Avenue | IPlanGroup Agent for Custodian FBO Mark Young | iPlan Group Agent for Custodian FBO Mark Young IRA | $ 50,000.00 | | LCipriano@iplangroup.com; myoung@mcmorin.com |
| 2-1113 | 4533-37 S Calumet Avenue | Joshua Paul Mora | | | $57,000.00 | jmora1978@gmail.com; mstein@tottislaw.com |
| 2-228 | 4533-37 S Calumet Avenue | Koates LLC | | $ 12,000.00 | | karenkoates@gmail.com |
| 2-1072 | 4533-37 S Calumet Avenue | Layne A. Hermansen | Layne A. Hermansen | $ 51,000.00 | | Layne_Hermansen@hotmail.com |
| 2-1190 | 4533-37 S Calumet Avenue | lorraine k mcclane | Lorraine K. McClane | | $50,000.00 | mikeloves2dive@gmail.com |
| 2-929 | 4533-37 S Calumet Avenue | Louis Liu | Louis Liu | $ 50,000.00 | | DaHomeyBadger@gmail.com; TheotisLiu@gmail.com; brightpowell@gmail.com |
| 2-2031 | 4533-37 S Calumet Avenue | Michael C. Jacobs | | $ 50,000.00 | | paradiseparke@frontier.com |
| 2-1253 | 4533-37 S Calumet Avenue | Neil R Martin | Neil R Martin | $ 20,000.00 | | nrmartin1525@gmail.com |
| 2-115 | 4533-37 S Calumet Avenue | New Move Ventures Inc. (Steven Fecko) | New Move Ventures Inc. | $ 70,000.00 | | STEVENFECKO@MSN.COM |
| 2-1023 | 4533-37 S Calumet Avenue | Optima Property Solutions, LLC | Optima Property Solutions LLC | $ 70,000.00 | | cabroljm@gmail.com; cabroljm@gmail.com; psl@ditommasolaw.com |
| 2-300 | 4533-37 S Calumet Avenue | Paul N. Wilmesmeier | Paul N. Wilmesmeier | $ 25,000.00 | | paul@gogc.com |
| 2-172 | 4533-37 S Calumet Avenue | Provident Trust Group, LLC FBO Stephan Tang IRA | Provident Trust Group, LLC FBO Stephan Tang IRA | | $36,470.00 | stetang@yahoo.com; stetang@yahoo.com |
| 2-651 | 4533-37 S Calumet Avenue | Rajitha Dundigalla | Rajitha Dundigalla | $ 50,000.00 | | drajitha@gmail.com; krushnad@gmail.com |
| 2-1207 | 4533-37 S Calumet Avenue | Randall Sotka | Big Bean LLC & Tahiti Trust | $ 100,000.00 | | sotka@msn.com |

Exhibit 2

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 2-789 | 4533-37 S Calumet Avenue | Robert Conley III | Tierra Buena, LLC | $ 75,000.00 | | rconley111@earthlink.net; rconley111@earthlink.net |
| 2-1389 | 4533-37 S Calumet Avenue | Robert Potter | Robert Potter | $ 6,634.00 | | mauizowi@gmail.com |
| 2-286 | 4533-37 S Calumet Avenue | Russ Moreland | Russ Moreland | $ 50,000.00 | | RussellrMoreland@gmail.com; mstein@tottislaw.com |
| 2-1340 | 4533-37 S Calumet Avenue | Shengjie Li and Yuye Xu | Shengjie Li and Yuye Xu | $ 50,000.00 | | li_shengjie@hotmail.com; li_shengjie@hotmail.com |
| 2-769 | 4533-37 S Calumet Avenue | Stephen V Mancuso, Laura L Mancuso, SLM Property Investments | IRA Trust Services Co. FBO SLM Property Investments IRA Account #: 5877315203 | $ 50,000.00 | | stephen_mancuso@comcast.com; smancuso1525@gmail.com |
| 2-361 | 4533-37 S Calumet Avenue | Steven C Noss | Quest IRA, Inc. FBO Steven C. Noss IRA#12201-11 | $ 50,000.00 | | SCNOSS@YAHOO.COM |
| 2-1191 | 4533-37 S Calumet Avenue | Vantage Appraisals 401k Profit Sharing Plan Benef Patricia M | Vantage Appraisals, Inc. 401k | $ 55,000.00 | | muellerappraiser@yahoo.com; muellerappraiser@yahoo.com |
| 2-1294 | 4533-37 S Calumet Avenue | Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vla | iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | $ 51,000.00 | | vlad25sf@gmail.com; vlad94103@gmail.com |
| 2-80 | 4533-37 S Calumet Avenue | William Needham | iPlanGroup Agent for Custodian FBO William Jack Needham IRA Account#3300944 | $ 169,500.00 | | texastea123@gmail.com; Richard.Lauter@lewisbrisbois.com; ken.joyce@lewisbrisbois.com |
| 7-1023 | 7109-19 S Calumet Avenue | Optima Property Solutions, LLC | Optima Property Solutions, LLC | $ 200,000.00 | | cabroljm@gmail.com; cabroljm@gmail.com; psl@ditommasolaw.com |
| 7-139 | 7109-19 S Calumet Avenue | The Jacqueline C Rowe Living Trust | | $ 9,000.00 | | jacro2021@gmail.com |
| 7-1453 | 7109-19 S Calumet Avenue | U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30 | | | | amcclain@foley.com; jmolinaro@foley.com; jnicholson@foley.com; tgale@dykema.com; eweil@dykema.com |
| 7-228 | 7109-19 S Calumet Avenue | Koates LLC | | $ 12,000.00 | | karenkoates@gmail.com |
| 7-414 | 7109-19 S Calumet Avenue | B & H Creative Investments LLC | | $ 220,000.00 | | bandhci@gmail.com |
| 7-693 | 7109-19 S Calumet Avenue | City of Chicago | City of Chicago | $ 13,153.44 | | John.Cicchetti@cityofchicago.org; chuck.king@cityofchicago.org; kristina.mcclure@cityofchicago.org |
| 7-718 | 7109-19 S Calumet Avenue | SHANKAR THIRUPPATHI | | $ 100,000.00 | | SHUNKBAM@GMAIL.COM |
| 7-920 | 7109-19 S Calumet Avenue | Pankaj Patel BDA EZ NJ VENTURES, LLC. | EZ NJ Ventures, LLC | $ 50,000.00 | | EZNJVENTURES@YAHOO.COM |
| 64-2042 | 4611 S Drexel Boulevard | Alton P. Motes Revocable Trust Agreement | | $ 15,417.00 | | altonmotes@gmail.com; vwashburn90@gmail.com; v-washburn@juno.com |
| 64-475 | 4611 S Drexel Boulevard | Annie Chang | Annie Chang | $ 35,459.00 | | acc352@gmail.com; msmith@smithlawchicago.com; michael.dennis.smith@gmail.com; rkamhi@labaton.com; arosca@roscalaw.com |
| 64-2012 | 4611 S Drexel Boulevard | Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realty Corp | $ 50,000.00 | | bc1225@gmail.com |
| 64-727 | 4611 S Drexel Boulevard | Bluebridge Partners Limited | Bluebridge Partners Limited | $ 150,000.00 | | agille@bluebridgepartners.com; alex@thebecompany.life; mstein@tottislaw.com |
| 64-1463 | 4611 S Drexel Boulevard | Braden Galloway | | | $50,000.00 | galloway.braden@gmail.com |
| 64-1325 | 4611 S Drexel Boulevard | Citibank, N.A., as Trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48 | | | | amcclain@foley.com; wmckenna@foley.com; jmolinaro@foley.com; jnicholson@foley.com; RDamashek@dickinson-wright.com; tgale@dykema.com; eweil@dykema.com; bnatarelli@dykema.com |
| 64-643 | 4611 S Drexel Boulevard | Clarice Recamara | | $ 20,000.00 | | clarice.recamara@yahoo.com |
| 64-170 | 4611 S Drexel Boulevard | David Ashley Lawrence Johnson investing under Endurance Capi | | $ 50,000.00 | | david@endurancehomesllc.com |
| 64-267 | 4611 S Drexel Boulevard | David M Harris | David M. Harris | $ 100,000.00 | | harris.davidm@hotmail.com |
| 64-481 | 4611 S Drexel Boulevard | David R Trengove | iPlanGroup Agent for Custodian FBO David Trengove IRA Account#3300951 | $ 150,000.00 | | treng23946@aol.com; Richard.Lauter@lewisbrisbois.com; ken.joyce@lewisbrisbois.com; Richard.Lauter@lewisbrisbois.com |
| 64-453 | 4611 S Drexel Boulevard | Dee Ann Nason | Dee Ann Nason | $ 3,965.00 | | drdnason@gmail.com |
| 64-2041 | 4611 S Drexel Boulevard | Donald R Minchow | Donald Minchow | $ 40,000.00 | | don.minchow@gmail.com; mstein@tottislaw.com |
| 64-1048 | 4611 S Drexel Boulevard | Eco2 Capital Inc. 401k | | $ 50,000.00 | | johnandrewbraden@gmail.com |
| 64-2008 | 4611 S Drexel Boulevard | Ed A Bancroft | Bancroft, Ed | | $10,000.00 | edabancroft@yahoo.com |
| 64-1403 | 4611 S Drexel Boulevard | Genevieve Giuliana Heger | | $ 10,000.00 | | genevieve.heger@gmail.com |
| 64-1445 | 4611 S Drexel Boulevard | Grathia Corp | Grathia Corporation | $ 150,000.00 | | adooleyt26@yahoo.com; adooleyt26@yahoo.com |

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 64-563 | 4611 S Drexel Boulevard | Greg S. Wirth | | $ 12,600.00 | | greg.wirth@live.com |
| 64-593 | 4611 S Drexel Boulevard | Greg S. Wirth | | $ 7,300.00 | | greg.wirth@live.com |
| 64-341 | 4611 S Drexel Boulevard | iPlan Group Agent for Custodian FBO Jyotsna Sharma | | $ 25,000.00 | | jyotsna.meh@gmail.com |
| 64-591 | 4611 S Drexel Boulevard | James Anthony Ande | New Direction IRA, Inc. FBO James Anthony Ande IRA | $ 50,000.00 | | cboycpa@gmail.com |
| 64-2058 | 4611 S Drexel Boulevard | James Walsh | James Walsh | $ 50,000.00 | | fsi_03@hotmail.com |
| 64-1241 | 4611 S Drexel Boulevard | Jeffrey Lee Blankenship | | | | jeff_blankenship99@yahoo.com |
| 64-1016 | 4611 S Drexel Boulevard | John Bloxham | | $ 50,000.00 | | databack48@hotmail.com |
| 64-729 | 4611 S Drexel Boulevard | John Witzigreuter | John Wirzigreuter | $ 50,000.00 | | john@inspiredproductsglobal.com |
| 64-1179 | 4611 S Drexel Boulevard | Karl R. DeKlotz | Karl R. DeKlotz | $ 300,000.00 | | kdeklotz@aol.com; mstein@tottislaw.com |
| 64-194 | 4611 S Drexel Boulevard | Kenneth (Ken) and Maria (Tina) Jorgensen | iPlanGroup Agent For Custodian FBO Ken Jorgensen IRA #3300832 | $ 150,000.00 | | rock451@comcast.net; k.jorgensen@comcast.net |
| 64-755 | 4611 S Drexel Boulevard | Kirk Road Investments, LLC | Kirk Road Investments, LLC | $ 121,855.00 | | johnson.ma@sbcglobal.net; jcrotty@rieckcrotty.com; kbrown@rieckcrotty.com |
| 64-1409 | 4611 S Drexel Boulevard | Law Office of V.L. Heger, A Professional Corporation | | $ 50,000.00 | | vheger@hotmail.com; hegerdv@msn.com |
| 64-184 | 4611 S Drexel Boulevard | Lorenzo J Jaquias | iPlanGroup Agent for Custodian FBO Lorenzo Jaquias IRA | $ 21,635.00 | | hiloboy@live.com |
| 64-805 | 4611 S Drexel Boulevard | Lori Moreland | | $ 10,000.00 | | RussellRMoreland@gmail.com; mstein@tottislaw.com |
| 64-822 | 4611 S Drexel Boulevard | Lori Moreland | | $ 47,000.00 | | RussellRMoreland@gmail.com; mstein@tottislaw.com |
| 64-823 | 4611 S Drexel Boulevard | Lori Moreland | | $ 45,000.00 | | RussellRMoreland@gmail.com; mstein@tottislaw.com |
| 64-2056 | 4611 S Drexel Boulevard | Madison Trust Company Custodian FBO Janet Eileen Taylor | Madison Trust Company Custodian FBO Janet Eileen Taylor M1608009 | $ 30,225.00 | | janett@epub.net |
| 64-775 | 4611 S Drexel Boulevard | Michael Arthur Goldman (also know as Mike Goldman, Michael A | Mike Goldman | $ 7,728.00 | | mg1881@gmail.com; mg188@hotmail.com |
| 64-977 | 4611 S Drexel Boulevard | Michael Kessock | | $ 100,000.00 | | boobakc@gmail.com; skessock@aol.com |
| 64-1023 | 4611 S Drexel Boulevard | Optima Property Solutions, LLC | Optima Property Solutions, LLC | $ 105,831.00 | | cabroljm@gmail.com; cabroljm@gmail.com; psl@ditommasolaw.com |
| 64-397 | 4611 S Drexel Boulevard | Pat DeSantis | Pat Desantis | $ 250,000.00 | | desantispat@hotmail.com; mstein@tottislaw.com |
| 64-577 | 4611 S Drexel Boulevard | Patrick Connely | | $ 30,000.00 | | pconnely@gmail.com |
| 64-300 | 4611 S Drexel Boulevard | Paul N. Wilmesmeier | Paul N. Wilmesmeier | $ 25,000.00 | | paul@gogc.com |
| 64-1427 | 4611 S Drexel Boulevard | Paula Tucker | | $ 40,000.00 | | rtucker0651@sbcglobal.net; rtucker0651@sbcglobal.net |
| 64-172 | 4611 S Drexel Boulevard | Provident Trust Group, LLC FBO Stephan Tang IRA | Provident Trust Group LLC FBO Stephen Tang IRA | $ 71,815.00 | | stetang@yahoo.com; stetang@yahoo.com |
| 64-804 | 4611 S Drexel Boulevard | QUEST IRA INC. FBO REBECA E. SAVORY-ROMERO IRA ACCOUNT #1552 | Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA account #15528-11 | $ 50,000.00 | | rebecaromero2001@yahoo.com |
| 64-768 | 4611 S Drexel Boulevard | Rene Hribal | Rene Hribal | $ 300,000.00 | | rhribal@yahoo.com; dweibel@frantzward.com |
| 64-399 | 4611 S Drexel Boulevard | STEVEN R. BALD | Steve Bald | $ 180,000.00 | | SB9443@ATT.COM; ZCMYKRG@YAHOO.COM |
| 64-330 | 4611 S Drexel Boulevard | Teresita M. Shelton | iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003 | | $48,000.00 | terrishelton858@gmail.com; jonah@garciahonglaw.com |
| 64-571 | 4611 S Drexel Boulevard | Terry M McDonald - Horizon Trust Custodian FBO Terry M McDon | | $ 50,000.00 | | terrymcdonald13@gmail.com |
| 64-76 | 4611 S Drexel Boulevard | Timothy S Sharp | Timothy S Sharp | $ 50,000.00 | | timsharp1958@gmail.com |
| 64-1118 | 4611 S Drexel Boulevard | Vartan Tarakchyan | Vartan Tarakchyan, Trustee for defined Benefits Pension Plan and 401K Plan | $50,000.00 | | vtiger1040@aol.com |
| 64-1294 | 4611 S Drexel Boulevard | Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vla | iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | $ 8,000.00 | | vlad25sf@gmail.com; vlad94103@gmail.com |
| 64-1382 | 4611 S Drexel Boulevard | Vladimir Matviishin, dba Network Expert | | $ 50,000.00 | | netexpert33@gmail.com; vlad94103@gmail.com |
| 64-168 | 4611 S Drexel Boulevard | Wisemove Properties LLC, (Anthony and Linda Reid, members) | Wisemove Properties, LLC | | $50,000.00 | tonyreid012@gmail.com |
| 69-225 | 6250 S Mozart Avenue | Amit Hammer | Amit Hammer | $ 10,000.00 | | amithammer@gmail.com; amithammer@gmail.com; mstein@tottislaw.com |
| 69-475 | 6250 S Mozart Avenue | Annie Chang | Annie Chang | $ 50,000.00 | | acc352@gmail.com; msmith@smithlawchicago.com; michael.dennis.smith@gmail.com; rkamhi@labaton.com; arosca@roscalaw.com |
| 69-503 | 6250 S Mozart Avenue | Asians Investing In Real Estate LLC | Asians Investing In Real Estate LLC | $ 50,000.00 | | annliu49@yahoo.com; msmith@smithlawchicago.com |

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 69-1347 | 6250 S Mozart Avenue | Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian EL | | $ 106,000.00 | | ihabelsha84@gmail.com |
| 69-2012 | 6250 S Mozart Avenue | Bernadette Chen Eleven St. Felix Street Realty Corp. | Bernadette Chen (Eleven St Felix St. Realty) | $ 50,000.00 | | bc1225@gmail.com |
| 69-2094 | 6250 S Mozart Avenue | Chetram Jodha FBO Ravin Jodha | | $ 20,000.00 | | c_jodha@yahoo.com |
| 69-1324 | 6250 S Mozart Avenue | Citibank, N.A., as Trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48* | | | | amcclain@foley.com; wmckenna@foley.com; jmolinaro@foley.com; jnicholson@foley.com; RDamashek@dickinson-wright.com; tgale@dykema.com; eweil@dykema.com; bnatarelli@dykema.com |
| 69-584 | 6250 S Mozart Avenue | DK Phenix Investments LLC | DK Phenix Investments LLC | $ 100,000.00 | | kristienvanh@yahoo.com; mstein@tottislaw.com |
| 69-1059 | 6250 S Mozart Avenue | Edward J. Netzel | | $ 20,000.00 | | enetzel@att.net |
| 69-157 | 6250 S Mozart Avenue | Eric Schwartz | | $ 60,082.00 | | seleric@yahoo.com |
| 69-1028 | 6250 S Mozart Avenue | Evelyn Stratton | | $ 100,000.00 | | evelynstratton@verizon.net; dlstratton@gmail.com |
| 69-1446 | 6250 S Mozart Avenue | IPlanGroup Agent for Custodian FBO Mark Young | | $ 55,000.00 | | LCipriano@iplangroup.com; myoung@mcmorin.com |
| 69-814 | 6250 S Mozart Avenue | Jason Park | | $ 10,000.00 | | Jrpark14@icloud.com |
| 69-1196 | 6250 S Mozart Avenue | John Bloxham | John E. Bloxham | $ 7,009.00 | | databack48@hotmail.com |
| 69-1050 | 6250 S Mozart Avenue | John Braden and Cynthia Braden | Eco2 Capital Inc 401k | $ 10,000.00 | | johnandrewbraden@gmail.com; cynthiabradenmft@gmail.com |
| 69-610 | 6250 S Mozart Avenue | Kevin Lyons | American IRA, LLC FBO Kevin Lyons IRA #02799-14 | $ 25,000.00 | | kglyons@gmail.com |
| 69-336 | 6250 S Mozart Avenue | KKW Investments, LLC | KKW Investments, LLC | $ 3,500.00 | | pnwilmesmeier@charter.net |
| 69-652 | 6250 S Mozart Avenue | Kuldeep Jain | | $ 50,000.00 | | kuldeepj@gmail.com |
| 69-244 | 6250 S Mozart Avenue | LA DONNA WRIGHT ACKLEN | La Donna Acklen | $ 102,975.00 | $102,976.00 | ladonna.acklen@inbox.com; joyraymond77@yahoo.com |
| 69-970 | 6250 S Mozart Avenue | Laura J. Sohm IRA | iPlanGroup Agent for Custodian FBO Laura Sohm IRA | $ 63,315.00 | | fbosser@msn.com; Fsohm@gwhpcorp.com |
| 69-241 | 6250 S Mozart Avenue | Madison Trust Company | Madison Trust Company Custodian FBO Robert W. Jennings Account #M1605053 | $ 225,461.00 | | jennings_robertw@yahoo.com; mstein@tottislaw.com |
| 69-68 | 6250 S Mozart Avenue | Mahesh Koli | | $ 25,125.00 | | mckoli@gmail.com |
| 69-748 | 6250 S Mozart Avenue | Manuel Camacho | Manuel Camacho | $ 33,250.00 | | mannymacho@gmail.com |
| 69-516 | 6250 S Mozart Avenue | Michael James Guilford and Nancy Richard-Guilford, Jointly w | Michael James Guilford and Nancy Richard-Guilford, jointly with right of survivorship | $ 50,000.00 | | mjguilford@yahoo.com |
| 69-397 | 6250 S Mozart Avenue | Pat DeSantis | Pat Desantis | $ 110,000.00 | | desantispat@hotmail.com; mstein@tottislaw.com |
| 69-2028 | 6250 S Mozart Avenue | Phyllis Harte | | $ 7,330.00 | | Leah97@gmail.com |
| 69-1302 | 6250 S Mozart Avenue | Robert Mennella (Madison Trust Company Custodian FBO Robert | Robert Mennella (Madison Trust Company Custodian FBO Robert Mennella Roth IRA M1604064) | $ 18,150.00 | | rob.mennella@gmail.com |
| 69-862 | 6250 S Mozart Avenue | Samir Totah | Samir Totah | $ 150,000.00 | | samirtotah@sbcglobal.net; totahlaw@gmail.com |
| 69-718 | 6250 S Mozart Avenue | SHANKAR THIRUPPATHI | | $ 16,310.00 | | SHUNKBAM@GMAIL.COM |
| 69-731 | 6250 S Mozart Avenue | Sheryl F. Mennella (Madison Trust Company Custodian FBO Sher | | $ 18,150.00 | | rob.mennella@gmail.com; rob.mennella@gmail.com |
| 69-399 | 6250 S Mozart Avenue | STEVEN R. BALD | Steve Bald | $ 40,000.00 | | SB9443@ATT.COM; ZCMYKRG@YAHOO.COM |
| 69-905 | 6250 S Mozart Avenue | The Mennco Properties, Llc. Solo 401k Plan (Robert Mennella | | $ 14,200.00 | | rob.mennella@gmail.com |
| 69-517 | 6250 S Mozart Avenue | Valery Lipenko | Valmar, PLC | $ 25,000.00 | | vlipen99@yahoo.com |
| 69-1294 | 6250 S Mozart Avenue | Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vla | iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | $ 150,000.00 | | vlad25sf@gmail.com; vlad94103@gmail.com |
| 70-2012 | 638 N Avers Avenue | Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realty Corp | $ 100,000.00 | | bc1225@gmail.com |
| 70-1116 | 638 N Avers Avenue | CAMA SDIRA LLC FBO Robert Guiney IRA | | $ 40,579.00 | | bobguiney@yahoo.com; sdlofaso@lofasopllc.com |
| 70-481 | 638 N Avers Avenue | David R Trengove | iPlanGroup Agent for Custodian FBO David Trengove (Bought interest from Optima Solutions) | $ 103,098.00 | | treng23946@aol.com; Richard.Lauter@lewisbrisbois.com; ken.joyce@lewisbrisbois.com; Richard.Lauter@lewisbrisbois.com |
| 70-394 | 638 N Avers Avenue | Dean & Mare Atanasoski | | $ 100,000.00 | | Datanasoski@outlook.com |

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 70-2084 | 638 N Avers Avenue | Federal Home Loan Mortgage Corporation [Freddie Mac] | | | | scott_walker@freddiemac.com; lexi.bond@klgates.com; clifford.histed@klgates.com; mlandman@lcbf.com; jmorrissey@pilgrimchristakis.com; jpilgrim@pilgrimchristakis.com; tgale@dykema.com; eweil@dykema.com; daniel.raymond@arnoldporter.com; bnatarelli@dykema.com |
| 70-1017 | 638 N Avers Avenue | John Bloxham | | $ 50,000.00 | | databack48@hotmail.com |
| 70-194 | 638 N Avers Avenue | Kenneth (Ken) and Maria (Tina) Jorgensen | Kenneth (Ken) and Maria (Tina) Jorgensen | $ 146,902.00 | | rock451@comcast.net; k.jorgensen@comcast.net |
| 70-2056 | 638 N Avers Avenue | Madison Trust Company Custodian FBO Janet Eileen Taylor | Madison Trust Company Custodian FBO Janet Eileen Taylor M1608009 | $ 30,775.00 | | janett@epub.net |
| 70-165 | 638 N Avers Avenue | Mark P. Mouty | Mark P. Mouty | $ 25,000.00 | | utahpowder@live.com |
| 70-969 | 638 N Avers Avenue | New Direction IRA, Inc. FBO Joel Beyer, Roth IRA | | $ 85,000.00 | | bbarghols@ndtco.com; joel.beyer@gmail.com |
| 70-2032 | 638 N Avers Avenue | Nicholas C Jenks and Joyce R Jenks JTWROS | Nicholas C Jenks and Joyce R Jenks JTWROS | $ 50,000.00 | | njenks2@yahoo.com |
| 70-1023 | 638 N Avers Avenue | Optima Property Solutions, LLC | Optima Property Solutions, LLC | $ 250,000.00 | | cabroljm@gmail.com; cabroljm@gmail.com; psl@ditommasolaw.com |
| 70-397 | 638 N Avers Avenue | Pat DeSantis | Pat Desantis | $ 250,000.00 | | desantispat@hotmail.com; mstein@tottislaw.com |
| 70-300 | 638 N Avers Avenue | Paul N. Wilmesmeier | Paul N. Wilmesmeier | $ 50,000.00 | | paul@gogc.com |
| 70-1135 | 638 N Avers Avenue | Paul Scribner | | $ 16,826.00 | | pscribner3@gmail.com; pscribner3@gmail.com |
| 70-628 | 638 N Avers Avenue | Phillip G. Vander Kraats | | $ 2,000.00 | | pvanderkraats@gmail.com |
| 70-1207 | 638 N Avers Avenue | Randall Sotka | Big Bean LLC & Tahiti Trust | $ 11,949.00 | | sotka@msn.com |
| 70-509 | 638 N Avers Avenue | Richard L. Braddock | | $ 50,000.00 | | braddock.r1@gmail.com |
| 70-2061 | 638 N Avers Avenue | Rochelle L Minchow | | $ 30,000.00 | | don.minchow@gmail.com; mstein@tottislaw.com |
| 70-330 | 638 N Avers Avenue | Teresita M. Shelton | iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003 | $ 2,000.00 | | terrishelton858@gmail.com; jonah@garciahonglaw.com |
| 70-738 | 638 N Avers Avenue | Thomas Walsh | | $ 50,000.00 | | tmwalshaia@gmail.com |
| 70-372 | 638 N Avers Avenue | TMAKINDE, LLC | TMAKINDE, LLC | $ 114,000.00 | | tolu.makinde@gmail.com |
| 70-370 | 638 N Avers Avenue | Tolu Makinde | | $ 15,000.00 | | tolu.makinde@gmail.com |
| 73-2042 | 7255-57 S Euclid Avenue | Alton Motes and Vicki Elaine Washburn JTWROS | | $ 60,000.00 | | altonmotes@gmail.com; vwashburn90@gmail.com; v-washburn@juno.com |
| 73-503 | 7255-57 S Euclid Avenue | Asians Investing In Real Estate LLC | Asians Investing In Real Estate LLC | $ 60,000.00 | | annliu49@yahoo.com; msmith@smithlawchicago.com |
| 73-181 | 7255-57 S Euclid Avenue | Bolanle Addo | Madison Trust Company Custodian FBO Bolanle Addo M1604003 | $ 50,000.00 | | missbee05@gmail.com |
| 73-1326 | 7255-57 S Euclid Avenue | Citibank, N.A., as Trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48* | | | | amcclain@foley.com; wmckenna@foley.com; jmolinaro@foley.com; jnicholson@foley.com; RDamashek@dickinson-wright.com; tgale@dykema.com; eweil@dykema.com; bnatarelli@dykema.com |
| 73-693 | 7255-57 S Euclid Avenue | City of Chicago | City of Chicago | $ 1,647.65 | | John.Cicchetti@cityofchicago.org; chuck.king@cityofchicago.org; kristina.mcclure@cityofchicago.org |
| 73-504 | 7255-57 S Euclid Avenue | Conrad Hanns | | $ 50,000.00 | | zmastermover@aol.com; mstein@tottislaw.com |
| 73-1332 | 7255-57 S Euclid Avenue | Eco2 Capital Inc. | | $ 50,000.00 | | johnandrewbraden@gmail.com |
| 73-539 | 7255-57 S Euclid Avenue | Frances D Cook Millennium Trust Company | | $ 6,000.00 | | cocinero@vtc.net |
| 73-906 | 7255-57 S Euclid Avenue | Frank and Laura Sohm | | $ 35,300.00 | | fbosser@msn.com; Fsohm@gwhpcorp.com |
| 73-1212 | 7255-57 S Euclid Avenue | Fredric R. Gottlieb | | $ 60,000.00 | | fgott43393@aol.com; fredgottlieb@gmail.com |
| 73-729 | 7255-57 S Euclid Avenue | John Witzigreuter | John Witzigreuter | $ 50,000.00 | | john@inspiredproductsglobal.com |
| 73-108 | 7255-57 S Euclid Avenue | Johnny Colson | | $ 50,000.00 | | seminolecowboy24@yahoo.com |
| 73-1367 | 7255-57 S Euclid Avenue | Joseph P. McCarthy | | $ 40,000.00 | | jmccar7117@yahoo.com; joetruck1@gmail.com |
| 73-942 | 7255-57 S Euclid Avenue | Katie Whitlock | | | $50,000.00 | kawhitinv@sbcglobal.net |
| 73-310-1 | 7255-57 S Euclid Avenue | Kelly E. Welton | iPlanGroup Agent for Custodian FBO Kelly Welton Roth | | $1,400.00 | kelwelrt@gmail.com; sherryhursey@yahoo.com |
| 73-310-2 | 7255-57 S Euclid Avenue | Kelly E. Welton | iPlanGroup Agent for Custodian FBO Kelly Welton IRA #3300326 | | $5,000.00 | kelwelrt@gmail.com; sherryhursey@yahoo.com |

| Claim No. | Property Address | Claimant Name | Lender Name | Amount Claimed to be Invested in Property | Amount Invested in Property as per Supporting Docs | Service Email(s) |
|---|---|---|---|---|---|---|
| 73-310-3 | 7255-57 S Euclid Avenue | Kelly E. Welton | Equity Trust Company Custodian FBO Kelly Welton IRA #200271700 | | $2,000.00 | kelwelrt@gmail.com; sherryhursey@yahoo.com |
| 73-194 | 7255-57 S Euclid Avenue | Kenneth (Ken) and Maria (Tina) Jorgensen | iPlan Group Agent for Custodian FBO Ken Jorgenson IRA | $ 51,544.00 | | rock451@comcast.net; k.jorgensen@comcast.net |
| 73-1406 | 7255-57 S Euclid Avenue | Madison Trust Company Custodian FBO James R Robinson Traditional IRA Acct# 1705044 | | $ 60,000.00 | | jimrglobal@gmail.com; matt@mdrlawoffice.com |
| 73-1154 | 7255-57 S Euclid Avenue | Mark Young | | $ 40,000.00 | | myoung@mcmorin.com |
| 73-705 | 7255-57 S Euclid Avenue | Michael Borgia IRA | iPlanGroup Agent for Custodian FBO Michael Borgia IRA | $ 125,000.00 | | mtborgia@gmail.com |
| 73-2031 | 7255-57 S Euclid Avenue | Michael C. Jacobs | | $ 25,000.00 | | paradiseparke@frontier.com |
| 73-300 | 7255-57 S Euclid Avenue | Paul N. Wilmesmeier | Paul N. Wilmesmeier | $ 25,000.00 | | paul@gogc.com |
| 73-260 | 7255-57 S Euclid Avenue | Rita Deierlein | The Entrust Group, Inc. FBO Rita Deierlein Roth IRA 01-38102 | $ 32,000.00 | | ritadeier@yahoo.com; smanus240@gmail.com |
| 73-213 | 7255-57 S Euclid Avenue | Robert Houston | iPlanGroup Agent for Custodian FBO Robert Houston IRA | $ 50,000.00 | | Rhouston05@aol.com |
| 73-659 | 7255-57 S Euclid Avenue | Robert R. Cook Principle Assets LLC | | $ 9,000.00 | $7,056.00 | cocinero@vtc.net |
| 73-1083 | 7255-57 S Euclid Avenue | Sidney Glenn Willeford II | | $ 75,000.00 | | gwilleford311@gmail.com |
| 73-1439 | 7255-57 S Euclid Avenue | Sounjay K. Gairola Revocable Trust (Sounjay K. Gairola Trust | Sounjay K. Gairola Revocable Trust (Sounjay K. Gairola Trustee) | $ 60,000.00 | | sounjay@gmail.com; gr8pro4u@gmail.com |
| 73-330 | 7255-57 S Euclid Avenue | Teresita M. Shelton | iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003 | | $27,724.00 | terrishelton858@gmail.com; jonah@garciahonglaw.com |
| 73-124 | 7255-57 S Euclid Avenue | Terry M McDonald and Rhonda R McDonald | Terry M McDonald and Rhonda R McDonald | $ 50,000.00 | | terrymcdonald13@gmail.com; McMinneOkie@gmail.com |
| 73-370 | 7255-57 S Euclid Avenue | Tolu Makinde | | $ 25,000.00 | | tolu.makinde@gmail.com |
| 73-1234 | 7255-57 S Euclid Avenue | US Freedom Investments, LLC | Kevin Scheel | $ 25,000.00 | | kscheel22@gmail.com; gscheel@comcast.net |
| 73-233 | 7255-57 S Euclid Avenue | Vladimir Matviishin | | $ 50,000.00 | | vlad94103@gmail.com; vlad94103@gmail.com |
| 73-1387 | 7255-57 S Euclid Avenue | Vladimir Matviishin, dba Network Expert | Vladmir Matviishin | $ 50,000.00 | | netexpert33@gmail.com; vlad94103@gmail.com |
| 73-469 | 7255-57 S Euclid Avenue | Wesley Pittman | Pittman Gold, LLC | $ 14,700.00 | | wp20774@comcast.net |
| 73-2003 | 7255-57 S Euclid Avenue | William H. Akins, Jr. | Bill Akins | $ 50,000.00 | | billaq123@gmail.com; mstein@tottislaw.com |
| | | | Ben Hanauer, Counsel for SEC | | | hanauerb@sec.gov |
| | | | Kevin B. Duff, Receiver | | | equitybuildclaims@rdaplaw.net |