UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Honorable Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) ) | |

## NOTICE OF MOTION

Please take notice that on Thursday, March 20, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Motion To Amend Order Approving Distribution Of Proceeds From The Sale Of Group 6 Properties 108-113.**

Dated: March 14, 2025      Kevin B. Duff, Receiver

By:  /s/ Michael Rachlis
     Michael Rachlis
     Rachlis Duff & Peel, LLC
     542 South Dearborn Street, Suite 900
     Chicago, IL 60605
     Phone  (312) 733-3950
     Fax    (312) 733-3952
     mrachlis@rdaplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing **Notice Of Motion** and **Motion To Amend Order Approving Distribution Of Proceeds From The Sale Of Group 6 Properties 108-113** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which provided service to all counsel of record.

I further certify that I caused true and correct copy of the foregoing Motion, to be served upon all claimants included on the Email Service List for Group 6 by electronic mail.

I further certify that the Motion will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild.

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net