**Amended Exhibit 1**
**Final Distribution Plan - Properties 108-113**

UBS AG (Claim number 2086)

| | | |
|---|---:|---|
| $ | 1,600,000.00 | Settlement Amount |
| $ | (417,974.96) | Reserve balances |
| $ | 1,182,025.04 | Cash from account |

| Property No. | Property | Account Balance as of 1/27/2025 | Holdbacks Fee Apps 1-25 | 26th Fee Application (Pending) | Net Available Current Balance | Distributions to Investors | Remaining Balance | Distributions to UBS |
|---|---|---|---|---|---|---|---|---|
| 108 | 2800-06 E. 81st | $453,182.80 | $7,116.71 | $1,881.41 | $444,184.68 | $140,066.00 | $304,118.68 | $156,359.85 |
| 109 | 4750-52 S. Indiana | $774,678.52 | $8,085.48 | $2,219.65 | $764,373.39 | $0.00 | $764,373.39 | $392,995.61 |
| 110 | 5618 S. MLK | $633,295.23 | $8,150.11 | $1,858.16 | $623,286.96 | $282,417.54 | $340,869.42 | $175,254.90 |
| 111 | 6558 S. Vernon | $527,122.35 | $8,097.65 | $1,858.16 | $517,166.54 | $53,846.00 | $463,320.54 | $238,212.03 |
| 112 | 7450 S. Luella/2220 E 75th | $193,395.14 | $7,471.22 | $2,078.73 | $183,845.19 | $5,275.04 | $178,570.15 | $90,127.64 |
| 113 | 7840-42 S. Yates | $365,716.29 | $6,917.99 | $1,881.41 | $356,916.89 | $105,867.00 | $251,049.89 | $129,075.01 |
| | | $2,947,390.33 | $45,839.16 | $11,777.52 | $2,889,773.65 | $587,471.58 | $2,302,302.07 | $1,182,025.04 |
| | | | | | | | Reserve/escrow balance | $417,974.96 |
| | | | | | | | Distribution to UBS | $1,600,000.00 |