Amended Exhibit 2
Investor-Lender Distributions
Properties 108-113

| Property Address | Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | UPN and Pre-Rollover Distributions | Distributions Received on Property | Source of Distribution | Total Distributions Received on Investment | Max Potential Distribution (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Distribution (Unencumbered) | Receiver's Recommendation Notes | Final Proposed Distribution From Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2800 E 81st Street | Kendall Chenier | Kendall Chenier | 108-1144 | $ 340,395.00 | $ - | $ 182,837.11 | | $ - | | $ - | $ - | | $ 182,837.11 | Claimant had equity interest in property which he rolled to SSPH1 Portfolio 1 LLC at the time property was refinanced property | $ - |
| 2800 E 81st Street | Nicholas D. Rende and Pamela M. Rende | Nicholas D Rende or Pamela M Rende | 108-2048 | $ 430,000.00 | $ 430,000.00 | | | $ 289,934.00 | POC; DIS | $ 289,934.00 | $ 140,066.00 | | $ - | | $ 140,066.00 |
| 4750 S Indiana Avenue | Virginia Lieblein | Virginia Lieblein | 109-110 | $ 2,852.83 | $ - | $ 16,666.67 | | $ 1,827.61 | LSA | $ 1,827.61 | $ - | | $ 14,839.06 | Equity interest in property was partially rolled to unsecured promissory note before asset was split between original investor's heirs. Unsecured balance divided equally among the three heirs, including this claimant. | $ - |
| 4750 S Indiana Avenue | Jason Ragan - TSA | Vanguard, FBO Jason Ragan - Roth IRA 85346124 | 109-1133 | $ 80,000.00 | $ - | $ 80,000.00 | | $ 10,621.55 | POC | $ 10,621.55 | $ - | | $ 69,378.45 | Claimant agreed to rollover this loan to SSDF4 in November 2017 | $ - |
| 4750 S Indiana Avenue | Sarah Qiuhong Yang | Horizon Family Investments, LLC | 109-1272 | $ 100,000.00 | $ - | $ 100,000.00 | $ 4,066.67 | $ 5,001.34 | LSA | $ 9,068.01 | $ - | | $ 90,931.99 | Claimant agreed to rollover this loan to SSDF4 in December 2017. Amount in pre-rollover distributions field is return on SSDF4. | $ - |
| 4750 S Indiana Avenue | Kathleen Martin | Kathleen Martin | 109-246 | $ 50,000.00 | $ - | $ 16,666.67 | | $ 1,827.61 | LSA | $ 1,827.61 | $ - | | $ 14,839.06 | Equity interest in property was partially rolled to unsecured promissory note before asset was split between original investor's heirs. Unsecured balance divided equally among the three heirs, including this claimant. | $ - |
| 4750 S Indiana Avenue | Professional Real Estate Solutions, LLC / Edward J. Netzel | Professional Real Estate Solutions, LLC | 109-489 | $ 50,000.00 | $ - | $ 50,000.00 | $ 3,656.04 | $ 36,795.09 | POC; LSA | $ 40,451.13 | $ - | | $ 9,548.87 | Claimant agreed to rollover this loan to unsecured promissory note in October 2017 | $ - |
| 4750 S Indiana Avenue | James Eng (JLE Investments LLC) | JLE Investments LLC | 109-501 | $ 13,204.91 | $ - | $ 13,204.91 | | $ 5,484.06 | LSA | $ 5,484.06 | $ - | | $ 7,720.85 | Claimant agreed to rollover this loan to unsecured promissory note in August 2017 | $ - |
| 4750 S Indiana Avenue | MID LLC by Carolyn Mize | MID LLC | 109-524 | | $ - | | | $ - | | $ - | $ - | | $ - | Duplicate of Claim No. 4-524 | $ - |
| 4750 S Indiana Avenue | SLB Ventures, LLC | SLB Ventures, LLC | 109-565 | $ 80,040.00 | $ - | $ 27,641.24 | | $ 84,309.48 | POC | $ 84,309.48 | $ - | | $ - | Claimant agreed to rollover this loan to unsecured promissory note. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | $ - |
| 5618 S Martin Luther King Drive | Brian Shea | Advanta IRA Trust, LLC FBO Brian Shea IRA #6213202 | 110-1264 | $ 26,500.00 | $ 26,500.00 | | | $ 7,104.24 | LSA; Other | $ 7,104.24 | $ 19,395.76 | | $ - | | $ 19,395.76 |
| 5618 S Martin Luther King Drive | THE INCOME FUND, LLC Thomas Garlock, Managing Member | The Income Fund, LLC | 110-1421 | $ 429,650.00 | $ 429,650.00 | | | $ 166,628.22 | POC | $ 166,628.22 | $ 263,021.78 | | $ - | | $ 263,021.78 |
| 5618 S Martin Luther King Drive | Kevin Bybee, iPlanGroup Agent for Custodian FBO Kevin Bybee | Equity Trust Company Custodian FBO Kevin Bybee IRA | 110-497 | $ 200,000.00 | $ 200,000.00 | | | $ 208,069.12 | POC | $ 208,069.12 | $ - | | $ - | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |
| 5618 S Martin Luther King Drive | City of Chicago | City of Chicago | 110-693 | $ 4,527.80 | $ - | | | $ - | | $ - | $ - | | $ - | | $ - |
| 5618 S Martin Luther King Drive | Arthur Bertrand | Arthur L and Dinah F Bertrand | 110-892 | $ 50,000.00 | $ - | $ 50,000.00 | | $ 64,466.18 | POC | $ 64,466.18 | $ - | | $ - | Claimant agreed to rollover a part of this loan to unsecured promissory note. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | $ - |
| 6558 S Vernon Avenue | Russell Waite | Russell Waite | 111-1120 | $ 220,119.00 | $ - | | | $ 226,683.20 | POC | $ 226,683.20 | $ - | | $ - | Claimant agreed to rollover this loan to unsecured promissory note in October 2017. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | $ - |
| 6558 S Vernon Avenue | The Jacqueline C Rowe Living Trust | The Jacqueline C Rowe Living Trust | 111-139 | $ 50,000.00 | $ - | | | $ 20,458.33 | POC; LSA | $ 20,458.33 | $ - | | $ - | Claimant agreed to rollover this loan to SSDF4 in September 2017 | $ - |
| 6558 S Vernon Avenue | William and Janice J. Halbur | William and Janice J. Halbur | 111-2025 | $ 20,000.00 | $ - | | | $ 8,564.74 | POC | $ 8,564.74 | $ - | | $ - | Claimant agreed to rollover this loan to 7600 S Kingston and 7957 S Marquette in November 2017 | $ - |
| 6558 S Vernon Avenue | Verdell Michaux | iPlanGroup Agent for Custodian FBO Verdell Michaux IRA 3300474 | 111-2039 | $ 25,000.00 | $ 25,000.00 | | | $ 4,750.00 | LSA | $ 4,750.00 | $ 20,250.00 | | $ - | | $ 20,250.00 |
| 6558 S Vernon Avenue | The Peter Paul Nuspl Living Trust | The Peter Paul Nuspl Living Trust | 111-2044 | $ 100,000.00 | $ - | $ 100,000.00 | | $ 41,708.34 | LSA; Other | $ 41,708.34 | $ - | | $ 58,291.66 | Claimant agreed to rollover this loan to SSDF4 in August 2017 | $ - |
| 6558 S Vernon Avenue | Chad R Brown | iPlan Group Custodian FBO Chad Brown IRA # 3300471 | 111-294 | $ 170,000.00 | $ - | $ 30,979.28 | | $ 205,122.74 | POC; DIS | $ 205,122.74 | $ - | | $ - | Claimant agreed to rollover a part of this loan to unsecured promissory note in February 2018. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | $ - |
| 6558 S Vernon Avenue | Paul N. Wilmesmeier | Paul N. Wilmesmeier | 111-300 | $ 50,000.00 | $ - | | | $ 23,341.74 | POC | $ 23,341.74 | $ - | | $ - | Claimant agreed to rollover this loan to 7927-29 S Essex in August 2017 | $ - |
| 6558 S Vernon Avenue | Kevin Lyons | American IRA, LLC FBO Kevin Lyons IRA #02799-14 | 111-610 | $ 25,000.00 | $ 15,654.22 | $ 9,345.78 | | | LSA | $ - | $ 15,654.22 | $ 7,762.58 | $ 1,583.20 | Claimant agreed to roll $9,345.78 of this loan to unsecured promissory note in July 2017 | $ 15,654.22 |
| 6558 S Vernon Avenue | Robert Guiney | Robert Guiney | 111-798 | $ 14,058.22 | $ - | $ 14,058.22 | | $ 53,905.60 | POC | $ 53,905.60 | $ - | | $ - | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |

Amended Exhibit 2
Investor-Lender Distributions
Properties 108-113

| Property Address | Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | UPN and Pre-Rollover Distributions | Distributions Received on Property | Source of Distribution | Total Distributions Received on Investment | Max Potential Distribution (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Distribution (Unencumbered) | Receiver's Recommendation Notes | Final Proposed Distribution From Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6558 S Vernon Avenue | Pankaj Patel BDA EZ NJ VENTURES, LLC. | EZ NJ VENTURES, LLC | 111-920 | $ 50,000.00 | $ 35,941.78 | $ 14,058.22 | | $ 18,000.00 | POC | $ 18,000.00 | $ 17,941.78 | $ 2,594.88 | $ 11,463.34 | Claimant agreed to rollover a part of this loan to unsecured promissory note in January 2018 | $ 17,941.78 |
| 7450 S Luella Avenue | James Tutsock | James A. Tutsock | 112-2057 | $ 180,517.00 | $ - | | | $ 42,872.74 | POC | $ 42,872.74 | $ - | | $ - | Claimant agreed to rollover this loan to 11117 S Longwood in July 2017 | $ - |
| 7450 S Luella Avenue | Brett Burnham | Burnham 401K Trust | 112-314 | $ 5,000.00 | $ - | $ 4,483.00 | $ 2,689.48 | $ 1,210.41 | LSA; Other | $ 3,899.89 | $ - | | $ 583.11 | The Receiver recommends disallowing $517 because loan amount was $4,483. Claimant agreed to rollover this loan to unsecured promissory note in September 2017. | - |
| 7450 S Luella Avenue | Kevin Bybee, iPlanGroup Agent for Custodian FBO Kevin Bybee | Equity Trust Company Custodian FBO Kevin Bybee IRA | 112-497 | $ 50,000.00 | $ - | $ 50,000.00 | | $ 38,709.89 | LSA | $ 38,709.89 | $ - | | $ 11,290.11 | Claimant agreed to rollover a part of this loan to unsecured promissory note in August 2017. Balance of principal was repaid. | $ - |
| 7450 S Luella Avenue | Gerry / Clarice Recamara | Gerry and Clarice Recamara | 112-618 | $ 30,000.00 | $ 8,743.09 | | | $ 3,468.05 | LSA | $ 3,468.05 | $ 5,275.04 | | $ - | Claimant agreed to rollover this loan to multiple properties. Transaction to roll loan to 6160 MLK equity fund was subsequently voided. | $ 5,275.04 |
| 7840 S Yates Avenue | Kendall Chenier | Kendall Chenier | 113-1144 | $ 326,589.00 | $ - | $ 212,850.92 | | $ - | | $ - | $ - | | $ 212,850.92 | Claimant had equity interest in property which he rolled to SSPH1 Portfolio 1 LLC at the time property was refinanced property | $ - |
| 7840 S Yates Avenue | Nicholas D. Rende and Pamela M. Rende | Nicholas D Rende or Pamela M Rende | 113-2048 | $ 400,000.00 | $ 400,000.00 | | | $ 294,133.00 | POC; DIS | $ 294,133.00 | $ 105,867.00 | | $ - | | $ 105,867.00 |
| | | | | $ 2,507,001.02 | $ 1,571,489.09 | | | | | $ 587,471.58 | | $ 686,157.73 | | | $ 587,471.58 |