## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |  |
| Plaintiff, | ) | Civil Action No. 18-cv-5587 |
| v. | ) ) | Honorable Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) ) |  |

### NOTICE OF MOTION

Please take notice that on Wednesday, April 2, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Motion To Approve Distribution Of Proceeds From The Sale Of Property 64 (4611-17 S Drexel Boulevard).**

Dated: March 25, 2025                    Kevin B. Duff, Receiver

By:    /s/ Michael Rachlis
Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2025, I electronically filed the foregoing **Notice Of Motion** and **Motion To Approve Distribution Of Proceeds From The Sale Of Property 64 (4611-17 S Drexel Boulevard)** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which provided service to all counsel of record.

I further certify that I caused true and correct copy of the foregoing Motion, to be served upon all claimants included on the Email Service List for Group 7 and to all known individuals or entities that submitted a proof of claim in this action by electronic mail.

I further certify that the Motion will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild.

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net