


**FILED**
3/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXC ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> EQUITYBUILD, INC., et.al., ) <br> Defendant ) | **Case Number:** 1:18-cv-05587 <br><br> **Judge:** Honorable Manish S. Shah <br><br> **Magistrate Judge:** Young B. Kim |

3-24-2025

To Whom this may concern:

Iam objecting to the proposed settlement of the institutional lender's claim in Group 8. I took possession of part of the mortgage on the property 7051 S Bennett Ave. I was made to believe that I had to sign a release for the property to be sold to retrieve money invested. I am including copies of the assignment of partial interest of the mortgage. I feel I should be entitled to retrieve part or all my funds invested in this property. Thank you for your consideration in this matter.

Sincerely,
Jerry Adamsky
AdazLLC
6 Ronald Ct
Valhalla NY 10595

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CLAIM #84-686 AGAINST 7051 S BENNETT

|  |  |
|---|---|
| **ASSIGNMENT OF PARTIAL INTEREST IN MORTGAGE** | (For Recorder Use Only) |

Prepared by:
EquityBuild Finance, LLC
5068 W. Plano Parkway, #300
Plano, TX, 75093

## ASSIGNMENT OF PARTIAL INTEREST IN MORTGAGE

FOR VALUE RECEIVED, the undersigned, MICHAEL MALLORY GIBBONS, residing at 2619 N. Pershing Drive, Arlington, VA 22201, ("ASSIGNOR/GRANTOR"), hereby grants, conveys assigns to: **Adaz, LLC, as represented by Jerry Adamsky**, located at **6 Ronald Ct. Valhalla, NY 10595** ("ASSIGNEE/GRANTEE) all beneficial interest under that certain MORTGAGE, dated March 27, 2015 and executed by EQUITYBUILD, INC., borrower to: The Persons Listed on Exhibit A to the Mortgage, original lenders, and certain instrument recorded April 27, 2015, in DOC#: 1511750077, in the Office of the Cook County Recorder of Deeds, in the State of Illinois, given to secure a certain Promissory Note in the amount of **$50,000.00** covering property located at 7051 S. Bennett Ave, Chicago, IL 60649.

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Mortgage including the right to have reconveyed, in whole or in part, the real property described therein.

1

Dated: 2 MAY 2017

ASSIGNOR: MICHAEL MALLORY GIBBONS

_(signature)_

State of __VA__

County of: __Arlington__

Before me, __Anna Kathryn Fisher__ duly commissioned Notary Public, on this day personally appeared **Michael Mallory Gibbons**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Signed and sworn to before me
this __2nd__ day of __May__, 20__17__.

_(signature)_
Notary Public

```
ANNA KATHRYN FISHER
Notary Public
Commonwealth of Virginia
7621686
My Commission Expires Oct 31, 2018
```

Property Address: 7051 S. Bennett Ave, Chicago, IL 60649

2

## LEGAL DESCRIPTION

LOT 13 (EXCEPT THE SOUTH 22 FEET THEREOF) AND LOT 14 (EXCEPT THE NORTH 8 FEET THEREOF) IN BLOCK 15 IN JACKSON PARK HIGHLANDS IN THE EAST ½ OF THE SOUTH WEST ¼ OF SECTION 24 TOWNSHIP 38 NORTH RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS

PIN: 20-24-328-011-0000

Commonly known as: 7051 S. Bennett Avenue, Chicago, IL 60649


ALL MALINGS TO BE SENT TO:

EquityBuild Finance, LLC
5068 W. Plano Parkway, #300
Plano, TX, 75093

3