# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−05587

                    Honorable Manish S. Shah

Equitybuild, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The court has received one timely objection to the proposed settlement of the institutional lender's claim to Group 8 proceeds. That the objector believed his mortgage release was necessary to recover his investment does not defeat the validity of that release. The settlement of the institutional lender's claim is a reasonable one, and ultimately will conserve receivership assets for distribution for both secured and unsecured claimants. The motion [1857] is granted and the receiver may submit a proposed order. No appearance on 4/2/25 is necessary. Any objections to the Property 64 proposed settlement with Citibank as Trustee [1866] must be filed by 4/3/25. No response is permitted unless requested by the court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.