# Exhibit A

| Property | Property No. | Number of Claimants | Account Balance as of 3/10/25 | Approved Fees Held Back (Fee Apps 1-26) | Est. fees after 12/31/2024 | Available Current Balance | Max Distributions to Investor Lenders | Excess in Property Account | Net Available in Accounts | Percentage of Net Available Funds | Pro-Rata Share to Bank | Net Balance to Investors | Investor recovery % as of max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2736-44 W 64th Street | 80 | 16 | $341,836.10 | $6,801.94 | $4,170.94 | $330,863.22 | $433,009.23 | | $330,863.22 | 3.31% | $ 86,466.69 | $244,396.53 | 56.44% |
| 4317-19 S Michigan Avenue | 81 | 18 | $865,362.62 | $7,281.88 | $4,692.31 | $853,388.43 | $722,981.56 | $130,406.87 | $722,981.56 | 7.23% | $ 188,941.59 | $534,039.97 | 73.87% |
| 6355-59 S Talman Avenue | 82 | 24 | $469,314.61 | $7,460.16 | $6,256.41 | $455,598.04 | $777,297.39 | | $455,598.04 | 4.55% | $ 119,064.48 | $336,533.56 | 43.30% |
| 6356 S California Avenue | 83 | 19 | $274,040.63 | $7,027.24 | $4,952.99 | $262,060.40 | $544,931.22 | | $262,060.40 | 2.62% | $ 68,485.99 | $193,574.41 | 35.52% |
| 7051 S Bennett Avenue | 84 | 20 | $427,309.75 | $7,945.96 | $5,213.68 | $414,150.11 | $417,444.35 | | $414,150.11 | 4.14% | $ 108,232.61 | $305,917.50 | 73.28% |
| 7201-07 S Dorchester Avenue | 85 | 31 | $356,460.57 | $7,073.32 | $8,081.20 | $341,306.05 | $782,629.68 | | $341,306.05 | 3.41% | $ 89,195.79 | $252,110.26 | 32.21% |
| 7442-54 S Calumet Avenue | 86 | 16 | $558,419.04 | $5,782.35 | $4,170.94 | $548,465.75 | $754,852.11 | | $548,465.75 | 5.48% | $ 143,334.21 | $405,131.54 | 53.67% |
| 7508 S Essex Avenue (aka 2453-59 | 87 | 35 | $731,873.48 | $8,702.82 | $9,123.93 | $714,046.73 | $882,343.54 | | $714,046.73 | 7.14% | $ 186,606.60 | $527,440.13 | 59.78% |
| 7546-48 S Saginaw Avenue | 88 | 41 | $555,711.36 | $9,577.49 | $10,688.03 | $535,445.84 | $966,855.74 | | $535,445.84 | 5.35% | $ 139,931.63 | $395,514.21 | 40.91% |
| 7600-10 S Kingston Avenue | 89 | 46 | $1,417,212.58 | $17,561.09 | $11,991.45 | $1,387,660.04 | $1,754,656.90 | | $1,387,660.04 | 13.87% | $ 362,646.46 | $1,025,013.58 | 58.42% |
| 7656-58 S Kingston Avenue | 90 | 15 | $88,823.59 | $12,607.04 | $3,910.26 | $72,306.29 | $309,042.20 | | $72,306.29 | 0.72% | $ 18,896.29 | $53,410.00 | 17.28% |
| 7701-03 S Essex Avenue | 91 | 9 | $770,988.57 | $5,968.65 | $2,346.15 | $762,673.77 | $429,749.40 | $332,924.37 | $429,749.40 | 4.29% | $ 112,309.28 | $317,440.12 | 73.87% |
| 7748-52 S Essex Avenue | 92 | 47 | $1,246,399.61 | $14,350.71 | $12,252.14 | $1,219,796.76 | $1,620,867.22 | | $1,219,796.76 | 12.19% | $ 318,777.63 | $901,019.13 | 55.59% |
| 7957-59 S Marquette Road | 93 | 21 | $210,824.69 | $7,775.32 | $5,474.36 | $197,575.01 | $469,056.11 | | $197,575.01 | 1.97% | $ 51,633.60 | $145,941.41 | 31.11% |
| 816-22 E Marquette Road | 94 | 20 | $875,274.89 | $6,986.42 | $5,213.68 | $863,074.79 | $786,175.88 | $76,898.91 | $786,175.88 | 7.86% | $ 205,456.59 | $580,719.29 | 73.87% |
| 8201 S Kingston Avenue | 95 | 14 | $271,163.12 | $7,903.42 | $3,649.57 | $259,610.13 | $557,956.37 | | $259,610.13 | 2.59% | $ 67,845.65 | $191,764.48 | 34.37% |
| 8326-32 S Ellis Avenue | 96 | 76 | $1,365,162.18 | $16,842.53 | $19,811.97 | $1,328,507.68 | $2,971,640.58 | | $1,328,507.68 | 13.28% | $ 347,187.78 | $981,319.90 | 33.02% |
| | | 468 | $10,826,177.39 | $157,648.34 | $122,000.00 | $10,546,529.05 | $15,181,489.48 | $540,230.15 | $10,006,298.90 | 100.00% | $ 2,615,012.87 | $7,391,286.03 | 48.69% |

| | | |
|---|---|---|
| Negotiated distribution to Bank | $ 3,155,243.00 | 36.16% Percentage of maximum recommended distribution |
| Less excess amounts to be distributed to the bank | ($540,230.15) | |
| Additional amount from accounts | $ 2,615,012.85 | |