**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Securities and Exchange Commission, et al.

                                                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−05587
　　　　　　　　　　　　　　　　　　　　Honorable Manish S. Shah

Equitybuild, Inc., et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Young B. Kim: The May 19, 2025 settlement conference scheduled for "Group B" is rescheduled for May 22, 2025, at 10:00 a.m. (CST). This court appreciates Group B's cooperation regarding the scheduling. Mailed notice (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.