# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                                      Plaintiff,

v.                                          Case No.: 1:18−cv−05587

                                          Honorable Manish S. Shah

Equitybuild, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

      MINUTE entry before the Honorable Manish S. Shah: No objections to the proposed distribution for Property 64 proceeds have been filed. The court finds the proposed distribution to be a reasonable compromise of competing claims against the funds and advances the goals of the receivership by eliminating further litigation risk. The receiver may submit a proposed order and the motion [1866] is granted. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.