# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 16, 2025

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| Nos. 24-2121 & 24-2217 | SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br><br>v.<br><br>EQUITYBUILD FINANCE, LLC, et al.,<br>    Defendants<br><br> and<br><br>KEVIN B. DUFF, et al.,<br>    Appellee<br><br>APPEAL OF: AMARK INVESTMENT TRUST,<br>    Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-05587<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                         F.R.A.P. 42(b)

STATUS OF THE RECORD:                                      no record to be returned

form name: **c7_Mandate**     (form ID: **135**)