# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 16, 2025

*By the Court*:

| | |
|---|---|
| Nos. 24-2121 & 24-2217 | SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br><br>v.<br><br>EQUITYBUILD FINANCE, LLC, et al.,<br>    Defendants<br><br> and<br><br>KEVIN B. DUFF, et al.,<br>    Appellee<br><br>APPEAL OF: AMARK INVESTMENT TRUST,<br>    Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-05587<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Upon consideration of the **AMARK INVESTMENT TRUST'S MOTION TO DISMISS ITS APPEALS**, filed on April 15, 2025, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit