Ex. 1 - 4611-17 S Drexel Boulevard (Property 64)
Distributions to Individual Investor Lenders

| Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Final Distribution From Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alton P. Motes and Zeda L. Motes Trust | 64-2042 | POC | $ 15,417.00 | $ 15,417.00 | | | $ 1,440.23 | LSA; Other | $ 1,440.23 | $ 13,976.77 | | $ - | | $ 13,976.77 |
| Annie Chang | 64-475 | POC; DIS | $ 35,459.00 | $ - | | | $ 10,872.84 | POC | $ 10,872.84 | $ - | | $ - | Claimant agreed to partial rollover of this loan to 7748 S Essex in July 2017 (Claim 92-475). The remainder of this loan principal was returned to claimant. | $ - |
| Eleven St. Felix Street Realty Corp | 64-2012 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 55,897.20 | POC; LSA | $ 55,897.20 | $ - | | $ - | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |
| The BE Company Ltd. f/k/a Bluebridge Partners Ltd | 64-727 | POC | $ 150,000.00 | $ - | | | $ 19,558.42 | LSA | $ 19,558.42 | $ - | | $ - | Claimant agreed to rollover this loan to 701 S 5th (Claim 71-727) and 8326 S Ellis (Claim 96-727) in July 2017 | $ - |
| Braden Galloway | 64-1463 | POC | $ 50,000.00 | $ - | | | $ 6,127.75 | LSA | $ 6,127.75 | $ - | | $ - | Claimant agreed to rollover this loan to 11117 S Longwood in June 2017 (Claim 100-1463) | $ - |
| Clarice Recamara | 64-643 | POC | $ 20,000.00 | $ - | | | $ 1,869.02 | LSA; Other | $ 1,869.02 | $ - | | $ - | Claimant agreed to rollover this loan to 7749 S Yates in June 2017 (Claim 5-640-2) | $ - |
| Endurance Capital Management, LLC | 64-170 | POC | $ 50,000.00 | $ - | | | $ 12,583.27 | POC | $ 12,583.27 | $ - | | $ - | Claimant agreed to rollover this loan to 7026 S Cornell in June 2017 (Claim 60-170) | $ - |
| David M. Harris | 64-267 | POC; DIS | $ 100,000.00 | $ - | | | $ 10,066.76 | POC; DIS | $ 10,066.76 | $ - | | $ - | Claimant agreed to rollover this loan to 6217 S Dorchester in February 2017 (Claim 68-267) and 7927 E Essex in June 2017 (Claim 13-267) | $ - |
| iPlanGroup Agent for Custodian FBO David Trengove IRA Account#3300951 | 64-481 | POC; DIS | $ 150,000.00 | $ - | | | $ 17,908.73 | POC; DIS | $ 17,908.73 | $ - | | $ - | Claimant agreed to rollover this loan to 5450 S Indiana (Claim 4-481), 7237 S Bennet (Claim 61-481), and 638 Avers (Claim 70-481) in August 2017 | $ - |
| Dee Ann Nason | 64-453 | POC | $ 3,965.00 | $ 3,965.00 | | | $ 396.30 | LSA | $ 396.30 | $ 3,568.70 | | $ - | | $ 3,568.70 |
| Donald Minchow | 64-2041 | POC | $ 40,000.00 | $ - | $ 30,000.00 | | $ 3,165.00 | LSA; Other | $ 3,165.00 | $ - | | $ 26,835.00 | Loan documents confirmed $30,000 loan in 4611 S Drexel. Claimant agreed to rollover this loan to SSDF1/4520 S Drexel in June 2017. No separate claim against SSDF1. | $ - |
| Eco2Capital Inc. 401k, John Braden TTE | 64-1048 | POC | $ 50,000.00 | $ - | | | $ 6,066.19 | POC; Other | $ 6,066.19 | $ - | | $ - | Principal repaid on June 9, 2017. Principal and interest payments received by claimant exceed the amount of claimant's original loan. | $ - |
| Ed Bancroft | 64-2008 | POC | $ 10,000.00 | $ - | | | $ 1,081.80 | LSA | $ 1,081.80 | $ - | | $ - | Claimant agreed to rollover this loan $2,276.26 to 8100 Essex (8-2008); $3,171.00 to 5450 Indiana (4-2008) and $4,626.63 to 7749 Yates (5-2008) in June 2017 | $ - |
| Genevieve Giuliana Heger | 64-1403 | POC; DIS | $ 10,000.00 | $ - | | | $ 764.41 | LSA | $ 764.41 | $ - | | $ - | Claimant agreed to roll this investment to 7600 Kingston in July 2017 (Claim 89-1403) | $ - |
| Grathia Corporation | 64-1445 | POC | $ 150,000.00 | $ 150,000.00 | | | $ 19,875.70 | LSA | $ 19,875.70 | $ 130,124.30 | | $ - | | $ 130,124.30 |
| Madison Trust Company Custodian FBO Greg Wirth M1608104 | 64-563 | POC; DIS | $ 12,600.00 | $ - | $ 12,600.00 | | $ 1,095.15 | POC; LSA | $ 1,095.15 | $ - | | $ 11,504.85 | Claimant agreed to rollover this loan to SSDF1/4520 S Drexel in May 2017 (Claim 63-563) | $ - |
| Madison Trust Company Custodian FBO Greg Wirth M1608103 | 64-593 | POC; DIS | $ 7,300.00 | $ - | $ 7,300.00 | | $ 634.47 | POC; LSA | $ 634.47 | $ - | | $ 6,665.53 | Claimant agreed to rollover this loan to SSDF1/4520 S Drexel in May 2017 (Claim 63-593) | $ - |
| iPlanGroup Agent for Custodian FBO Jyotsna Sharma IRA | 64-341 | POC | $ 25,000.00 | $ 25,000.00 | | | $ 3,065.57 | LSA | $ 3,065.57 | $ 21,934.43 | | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | $ 21,934.43 |
| New Direction IRA, Inc. FBO James Anthony Ande IRA | 64-591 | POC; DIS | $ 50,000.00 | $ - | | | $ 4,972.24 | POC; LSA | $ 4,972.24 | $ - | | $ 45,027.76 | Claimant agreed to rollover this loan to SSDF1/4520 S Drexel in July 2017 (Claim 63-591) | $ - |

Ex. 1 - 4611-17 S Drexel Boulevard (Property 64)
Distributions to Individual Investor Lenders

| Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Final Distribution From Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Walsh | 64-2058 | POC | $ 50,000.00 | $ - | $ 11,624.00 | $ 1,195.97 | $ 1,455.27 | POC | $ 2,651.24 | $ - | | $ 8,972.76 | Claimant agreed to rollover this loan: $11,994 to 7026 S Cornell and $38,376 to 7201 Dorchester (85-2058) in July 2017. Because no claim was submitted against 7026 S Cornell (Group 4 Property 60), a $11,994 unsecured claim remains, $370 accrued interest disallowed. Pro-rata share of pre-rollover distributions from loan secured by 4611 Drexel. | $ - |
| Jeffrey Lee Blankenship | 64-1241 | POC | | $ - | | | $ - | | $ - | $ - | | $ - | Duplicate of Claim No. 63-1241 | $ - |
| John Bloxham | 64-1016 | POC | $ 50,000.00 | $ - | | | $ 7,226.81 | LSA | $ 7,226.81 | $ - | | $ - | Claimant agreed to rollover this loan to 7834 S Ellis in June 2017 (Claim 62-1016) | $ - |
| John Witzigreuter | 64-729 | POC | $ 50,000.00 | $ - | | | $ 6,152.75 | LSA | $ 6,152.75 | $ - | | $ 43,847.25 | Claimant agreed to rollover this loan to SSDF1 in March 2018 (Claim 901-729) | $ - |
| Karl R. DeKlotz | 64-1179 | POC | $ 300,000.00 | $ - | $ 150,000.00 | | $ 21,395.84 | LSA | $ 21,395.84 | $ - | | $ 128,604.16 | Claimant agreed to rollover this loan: $150,000 to 6160 MLK (Claim 79-1179) and $150,000 to 7625 East End. Because no claim was submitted against 7625 East End (Group 1 Property 75), a $150,000 unsecured claim remains. Pre-rollover distributions divided. | $ - |
| iPlanGroup Agent For Custodian FBO Ken Jorgensen IRA #3300832 | 64-194 | POC | $ 150,000.00 | $ - | | | $ 18,177.00 | DIS | $ 18,177.00 | $ - | | $ - | Claimant agreed to rollover this loan to 7834 S Ellis (Claim 62-194) and 638 N Avers (Claim 70-194) in June 2017 | $ - |
| Kirk Road Investments, LLC | 64-755 | POC; DIS | $ 121,855.00 | $ - | | $ 43,250.00 | | LSA | $ 43,250.00 | $ - | | $ - | Claimant agreed to rollover this loan to 5450 S Indiana in April 2017 (Claim 4-755) | $ - |
| Law Office of V.L. Heger, A Professional Corporation | 64-1409 | POC; DIS | $ 50,000.00 | $ - | | | $ 5,254.14 | POC; DIS | $ 5,254.14 | $ - | | $ - | Claimant agreed to rollover this loan to 7600 S Kingston in July 2017 (Claim 89-1409) | $ - |
| iPlanGroup Agent for Custodian FBO Lorenzo Jaquias IRA | 64-184 | POC | $ 21,635.00 | $ 21,635.00 | | | $ 2,489.23 | LSA | $ 2,489.23 | $ 19,145.77 | | $ - | | $ 19,145.77 |
| Madison Trust Company Custodian FBO Lori Moreland #M1606124 Roth IRA | 64-805 | POC | $ 10,000.00 | $ - | | | $ 1,313.35 | POC | $ 1,313.35 | $ - | | $ - | Claimant agreed to rollover this loan to 7201 S Constance in July 2017 (Claim 78-805) | $ - |
| Madison Trust Company Custodian FBO Lori Moreland Acct#M1606115 | 64-822 | POC | $ 47,000.00 | $ - | | | $ 6,172.65 | POC | $ 6,172.65 | $ - | | $ - | Claimant agreed to rollover this loan to 7201 S Constance in July 2017 (Claim 78-822) | $ - |
| Madison Trust Company Custodian FBO Lori Moreland#M1606123 | 64-823 | POC | $ 45,000.00 | $ - | | | $ 5,910.00 | POC | $ 5,910.00 | $ - | | $ - | Claimant agreed to rollover this loan to 7201 S Constance in July 2017 (Claim 78-823) | $ - |
| Madison Trust Company Custodian FBO Janet Eileen Taylor M1608009 | 64-2056 | POC | $ 30,225.00 | $ - | $ 30,225.00 | | $ 4,683.23 | POC | $ 4,683.23 | $ - | | $ 25,541.77 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (no separate claim against SSDF1) | $ - |
| Mike Goldman | 64-775 | POC; DIS | $ 7,728.00 | $ 7,728.00 | | $ 1,387.54 | $ 7,785.10 | POC; LSA; DIS | $ 9,172.64 | $ - | | $ - | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |
| Michael Kessock | 64-977 | POC | $ 100,000.00 | $ - | | | $ 9,861.09 | POC; LSA | $ 9,861.09 | $ - | | $ 90,138.91 | Claimant agreed to rollover this loan to SSDF4 in September 2017 (Claim 904-977) | $ - |
| Optima Property Solutions, LLC | 64-1023 | POC | $ 105,831.00 | $ - | | | $ - | POC; LSA | $ - | $ - | | $ - | Claimant agreed to rollover this loan to several properties in January 2018 | $ - |
| Pat Desantis | 64-397 | POC | $ 250,000.00 | $ - | | | $ 30,881.95 | LSA | $ 30,881.95 | $ - | | $ 219,118.05 | Claimant agreed to rollover this loan to 6801 S East End in June 2017 (Claim 124-397) | $ - |
| iPlanGroup Agent for Custodian FBO Patrick Connely Roth IRA | 64-577 | POC | $ 30,000.00 | $ 30,000.00 | | | $ 3,291.39 | POC | $ 3,291.39 | $ 26,708.61 | | $ - | | $ 26,708.61 |
| Paul N. Wilmesmeier | 64-300 | POC; DIS | $ 25,000.00 | $ - | | | $ 3,300.30 | POC; LSA | $ 3,300.30 | $ - | | $ - | Claimant agreed to rollover this loan to 816 E Marquette in July 2017 (Claim 94-300) | $ - |

Ex. 1 - 4611-17 S Drexel Boulevard (Property 64)
Distributions to Individual Investor Lenders

| Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Final Distribution From Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Paula Tucker | 64-1427 | POC; DIS | $ 40,000.00 | $ - | | | $ 3,458.00 | POC | $ 3,458.00 | $ - | | $ - | Claimant agreed to rollover this loan to 1700 Juneway (Claim 1-1427) and 816 E Marquette (Claim 94-1427) in July 2017 | $ - |
| Stephen Tang | 64-172 | POC; DIS | $ 72,000.00 | $ - | | | $ 7,708.00 | LSA | $ 7,708.00 | $ - | | $ - | Claimant agreed to rollover this loan to 4533 S Calumet (Claim 2-172) and 7201 S Constance (Claim 78-172) in August 2017 | $ - |
| Quest IRA Inc. FBO Rebeca E. Savory-Romero IRA account #15528-11 | 64-804 | POC | $ 50,000.00 | $ - | | | $ 10,832.38 | POC | $ 10,832.38 | $ - | | $ - | Claimant agreed to rollover this loan to 7749 Yates (Claim 5-804) in July 2017 and 7959 Marquette (Claim 93-804) in February 2018 | $ - |
| Rene Hribal | 64-768 | POC | $ 300,000.00 | $ - | | | $ 62,704.89 | POC | $ 62,704.89 | $ - | | $ - | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |
| Steve Bald | 64-399 | POC | $ 180,000.00 | $ - | | | $ 21,692.50 | POC | $ 21,692.50 | $ - | | $ - | Claimant agreed to rollover this loan to 7834 S Ellis in June 2017 (Claim 62-399) | $ - |
| iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003 | 64-330 | POC | $ 48,000.00 | $ - | | | $ 6,610.67 | LSA | $ 6,610.67 | $ - | | $ - | Claimant agreed to rollover this loan to 1700 Juneway (Claim 1-330) and 7255 S Euclid (73-330) in August 2017 | $ - |
| Horizon Trust Custodian FBO Terry M McDonald | 64-571 | POC; DIS | $ 50,000.00 | $ - | $ 50,000.00 | | $ 5,897.20 | POC; LSA | $ 5,897.20 | $ - | | $ 44,102.80 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (Claim 901-571) | $ - |
| Timothy S Sharp | 64-76 | POC; DIS | $ 50,000.00 | $ - | | | $ 3,869.43 | POC; LSA | $ 3,869.43 | $ - | | $ - | Claimant agreed to rollover this loan to 5450 S Indiana in April 2017 (Claim 4-76) | $ - |
| Vartan Tarakchyan, Trustee for defined Benefits Pension Plan and 401K Plan | 64-1118 | POC | $ 50,000.00 | $ - | $ 50,000.00 | | $ 7,369.41 | LSA | $ 7,369.41 | $ - | | $ 42,630.59 | Claimant agreed to rollover this loan to SSDF4 in March 2017 (Claim 904-1118) | $ - |
| iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | 64-1294 | POC | $ 8,000.00 | $ 8,000.00 | | | $ 1,436.66 | LSA | $ 1,436.66 | $ 6,563.34 | | $ - | | $ 6,563.34 |
| Vladimir Matviishin (AKA dba Network Expert) | 64-1382 | POC | $ 50,000.00 | $ - | $ 50,000.00 | $ 8,538.85 | $ 2,816.67 | LSA; Other | $ 11,355.52 | $ - | | $ 38,644.48 | Claimant agreed to rollover this loan to SSDF4 in November 2017. No separate claim against SSDF4. Pre-rollover distributions on loan secured by 4611 S Drexel. | $ - |
| Wisemove Properties, LLC | 64-168 | POC | $ 50,000.00 | $ - | $ 50,000.00 | | $ 6,036.09 | LSA; Other | $ 6,036.09 | $ - | | $ 43,963.91 | Claimant agreed to rollover this loan to SSDF4 in May 2017 (Claim 904-168) | $ - |
| | | | $ 3,372,015.00 | $ 311,745.00 | $ 441,749.00 | | | | | $ 222,021.92 | | $ 775,597.82 | | $ 222,021.92 |