**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Securities and Exchange
Commission, et al.

                                Plaintiff,

v.                                     Case No.:
                                     1:18−cv−05587
                                     Honorable Manish S.
                                     Shah

Equitybuild, Inc., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

      MINUTE entry before the Honorable Young B. Kim: A video settlement conference held for "Group B" and continued to tomorrow at 9:00 a.m. CST). The settlement conference scheduled for "Group A" will proceed as scheduled starting at 10:00 a.m. (CST). Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.