# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−05587

                    Honorable Manish S. Shah

Equitybuild, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

    MINUTE entry before the Honorable Young B. Kim: Video settlement conference for "Group B" continued and completed. Video settlement conference held for "Group A" and completed. An agreement has been reached on Property Nos. 50, 51, 53−57, 69, 70, and 73, subject to court approval. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.