**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Securities and Exchange
Commission, et al.

                                                  Plaintiff,

v.                                                   Case No.:
                                                      1:18−cv−05587
                                                  Honorable Manish S.
                                                  Shah

Equitybuild, Inc., et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

      MINUTE entry before the Honorable Young B. Kim: Video settlement conference held for "Group B" and continued to June 13, 2025, at 10:00 a.m. (CST). The court will email a video link prior to the start of the conference with instructions to join the meeting. The individuals with the authority to settle this matter must be present by video for the entire conference. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.