# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                                    Plaintiff,

v.                                                                                                      Case No.: 1:18−cv−05587

                                                                                                     Honorable Manish S. Shah

Equitybuild, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2025:

      MINUTE entry before the Honorable Young B. Kim: Based on this court's continued settlement discussions with the parties since May 22, 2025, the second session scheduled for June 13, 2025, (R. 1882), is cancelled. BMO is directed to email the court with its response by June 3, 2025. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.