**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) EQUITYBUILD, INC., *et al.*, ) ) Defendants. ) ) | Civil Action No. 18-CV-5587<br><br>Judge Manish S. Shah |

### SEC'S STATEMENT IN SUPPORT OF RECEIVER'S TWENTY-SEVENTH FEE APPLICATION

Pursuant to the Court's May 16, 2025 Minute Order (ECF 1879), the SEC submits this statement in support of the Receiver's Twenty-Seventh Fee Application (ECF 1878). The SEC confirms it has reviewed the Receiver's invoices, they substantially comply with the SEC's billing guidelines, and the SEC approves of their payment. The SEC additionally incorporates its arguments supporting the Receiver's earlier fee petitions. *See* ECF 526, 606, 622, 705, 797, 803, 922, 970, 1002, 1220, 1254, 1307, 1350, 1408, 1489. Like the more recent petitions the Court has granted, this petition addresses activities focused on the claims process, distributing assets to claimants, and resolving actions against third parties to generate additional assets for unsecured claimants. As the Court found for the prior petition, the SEC believes that the fees and expenses outlined in the 27th Fee Petition "are reasonable, and the work was necessary to administer the receivership estate." *See* ECF 1853.

\* \* \*

                                                      Respectfully submitted,

Dated: May 30, 2025                              /s/ Benjamin Hanauer
                                                  Benjamin J. Hanauer (hanauerb@sec.gov)
                                                  U.S. Securities and Exchange Commission
                                                  175 West Jackson Blvd., Suite 1450
                                                  Chicago, IL 60604
                                                  Phone: (312) 353-7390
                                                  Facsimile: (312) 353-7398

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing Statement, via ECF filing, to all counsel of record and Defendant Shaun Cohen, on May 30, 2025.

    /s/ Benjamin Hanauer
Benjamin J. Hanauer
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

One of the Attorneys for Plaintiff