# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−05587

                    Honorable Manish S. Shah

Equitybuild, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Young B. Kim: BMO is unable to resolve this matter with the Receiver as it pertains to Property No. 2. The Receiver is directed to file forthwith the necessary motion with the presiding District Judge to seek approval of the agreement reached for Property Nos. 50, 51, 53−57, 69, 70, and 73. The Receiver is also directed to move the case forward forthwith as to Property No. 2. The court also corrects the record that the settlement conference held on May 20 and May 21, 2025, was with "Group C," not "Group B." (See R. 1880; R. 1881.) All matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the presiding District Judge. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.