**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-cv-5587 |
| v. | ) ) | Honorable Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

Please take notice that on Tuesday, June 17, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Motion to Approve Distribution of Proceeds from the Sale of Property 70 (638-40 N Avers Avenue).**

Dated: June 4, 2025                        Kevin B. Duff, Receiver

                                By:   /s/ Michael Rachlis
                                      Michael Rachlis
                                      Rachlis Duff & Peel, LLC
                                      542 South Dearborn Street, Suite 900
                                      Chicago, IL 60605
                                      Phone  (312) 733-3950
                                      Fax    (312) 733-3952
                                      mrachlis@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing **Notice of Motion** and **Motion to Approve Distribution of Proceeds from the Sale of Property 70 (638-40 N Avers Avenue)** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which provided service to all counsel of record.

I further certify that I caused true and correct copy of the foregoing Motion, to be served upon all claimants included on the Email Service List for Group 7 and to all known individuals or entities that submitted a proof of claim in this action by electronic mail.

I further certify that the Motion will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild.

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax      (312) 733-3952
mrachlis@rdaplaw.net