# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, )<br>)<br>Defendants. ) | Civil Action No. 18-cv-5587<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

Please take notice that on Tuesday, June 24, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Motion to Approve Distribution of Proceeds from the Sale of Group 6 Properties 50, 51, 53-57.**

Dated: June 11, 2025                                                         Kevin B. Duff, Receiver

                                                                  By:     /s/ Michael Rachlis
                                                                          Michael Rachlis
                                                                          Rachlis Duff & Peel, LLC
                                                                          542 South Dearborn Street, Suite 900
                                                                          Chicago, IL 60605
                                                                          Phone  (312) 733-3950
                                                                          Fax     (312) 733-3952
                                                                          mrachlis@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, I electronically filed the foregoing **Notice of Motion** and **Motion to Approve Distribution of Proceeds from the Sale of Group 6 Properties 50, 51, 53-57** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which provided service to all counsel of record.

I further certify that I caused true and correct copy of the foregoing Motion, to be served upon all claimants included on the Email Service List for Group 6 and to all known individuals or entities that submitted a proof of claim in this action by electronic mail.

I further certify that the Motion will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild.

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net