**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Securities and Exchange Commission, et al.

                        Plaintiff,

v.                                   Case No.: 1:18−cv−05587

                                  Honorable Manish S. Shah

Equitybuild, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2025:

    MINUTE entry before the Honorable Manish S. Shah: No appearance on 6/24/25 is necessary. Any objections to the proposed settlement of Group 6 Properties 50, 51, 53−57 must be filed by 6/24/25. If no objections are filed, the motion will be considered unopposed. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.