# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−05587

                    Honorable Manish S. Shah

Equitybuild, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

        MINUTE entry before the Honorable Manish S. Shah: The motion to approve distribution of proceeds from the sale of Property 70 [1888] is granted. Although one claimant expressed his disappointment in the outcome of the settlement, the court concludes that the compromise is reasonable. Continued litigation will harm all claimant's interests and even if the institutional lender loses, the delay and expense is a harm that is reasonable to avoid. The proposed distributions are fair and reasonable and the receiver's fees attributable to the property are also reasonable and were for the benefit of the estate. Receiver may submit a proposed order. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.