# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

                Case No.: 1:18−cv−05587

                Honorable Manish S. Shah

Equitybuild, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

    MINUTE entry before the Honorable Manish S. Shah: No appearance on 7/8/25 is necessary. Any objections to the proposed settlement of Properties 69 and 73 must be filed by 7/8/25. If no objections are filed, the motion [1895] will be considered unopposed. The motion to approve distributions of proceeds from Properties 50, 51, 52−57 [1891] is granted. The compromise is a reasonable effort that substantially reduces litigation expenses, which ultimately conserves receivership assets for all claimants. The Receiver's 27th fee application [1878] is granted, and the objections are overruled. As with the other fee applications, the court is satisfied that the receiver's fees and expenses are reasonable, and the work was necessary to administer the receivership estate. The fees are appropriately charged against properties and not the operating account, with both the benefits and costs of secured versus unsecured interests being handled as fairly and equitably as is reasonably administrable. The court adopts the reasoning of its earlier orders overruling similar objections. As the court has noted before, the continued objections are helpful. More than simply preserving their objections, the objectors' filings provide the court with a useful check on the Receiver's bills. The Receiver shall submit proposed orders to proposed_order_shah@ilnd.uscourts.gov. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.