UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) EQUITYBUILD, INC., EQUITYBUILD ) FINANCE, LLC, JEROME H. COHEN, ) and SHAUN D. COHEN, ) ) Defendants. ) ) | Civil Action No. 18-cv-5587<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

Please take notice that on Tuesday, July 8, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Receiver's Motion To Approve Distribution Of Proceeds From The Sale Of 4533-47 S Calumet Avenue (Property 2).**

Dated: June 26, 2025                    Kevin B. Duff, Receiver

                          By:   /s/ Michael Rachlis
                                Michael Rachlis
                                Rachlis Duff & Peel, LLC
                                542 South Dearborn Street, Suite 900
                                Chicago, IL 60605
                                Phone  (312) 733-3950
                                Fax    (312) 733-3952
                                mrachlis@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing **Notice of Motion** and **Receiver's Motion To Approve Distribution Of Proceeds From The Sale Of 4533-47 S Calumet Avenue (Property 2)** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing to be served upon all claimants included on the Email Service List for Group 7 by electronic mail.

I further certify that the **Notice** and **Motion** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net