*Exhibit A to 27th Fee Application Distribution Order*

| Prop # | Property Address | Account No. | Total Fees Allocated | 20% Holdback | Approved Interim Distribution Amount | Subject to Orders Indicated | |
|---|---|---|---|---|---|---|---|
| 2 | 4533-47 S Calumet Avenue | 0603 | $8,193.74 | $ 1,638.75 | $ 6,554.99 | | |
| 4 | 5450-52 S Indiana Avenue | 0371 | $9,763.20 | $ 1,952.64 | $ 7,810.56 | | |
| 5 | 7749-59 S Yates Boulevard | 0231 | $9,812.03 | $ 1,962.41 | $ 7,849.62 | | |
| 50 | 7760 S Coles Avenue | 0405 | $1,237.63 | | $ 1,237.63 | | |
| 51 | 1401 W 109th Place | 0843 | $1,090.13 | | $ 1,090.13 | | |
| 53 | 6807 S Indiana Avenue | 1114 | $1,103.13 | | $ 1,103.13 | | |
| 54 | 8000-02 S Justine Street | 0413 | $1,103.13 | | $ 1,103.13 | | |
| 55 | 8107-09 S Ellis Avenue | 0421 | $1,255.63 | | $ 1,255.63 | | |
| 56 | 8209 S Ellis Avenue | 0439 | $1,091.99 | | $ 1,091.99 | | |
| 57 | 8214-16 S Ingleside Avenue | 0447 | $986.72 | | $ 986.72 | $7,868.36 | To be paid pursuant to Order #1897 |
| 69 | 6250 S Mozart Street | 0512 | $4,735.45 | $ 947.09 | $ 3,788.36 | | |
| 70 | 638-40 N Avers Avenue | 0363 | $4,145.52 | | $ 4,145.52 | $ 4,145.52 | To be oaid pursuant to Order #1894 |
| 73 | 7255-57 S Euclid Avenue | 0884 | $4,562.52 | $ 912.50 | $ 3,650.02 | | |
| 80 | 2736-44 W 64th Street | 0488 | $4,682.85 | | $ 4,682.85 | | |
| 81 | 4315-19 S Michigan Avenue | 0900 | $4,398.71 | | $ 4,398.71 | | |
| 82 | 6355-59 S Talman Avenue | 0520 | $5,996.55 | | $ 5,996.55 | | |
| 83 | 6356 S California Avenue | 0538 | $5,055.51 | | $ 5,055.51 | | |
| 84 | 7051 S Bennett Avenue | 0553 | $5,866.51 | | $ 5,866.51 | | |
| 85 | 7201-07 S Dorchester Avenue | 0579 | $5,797.65 | | $ 5,797.65 | | |
| 86 | 7442-54 S Calumet Avenue | 0975 | $5,298.40 | | $ 5,298.40 | | |
| 87 | 7508 S Essex Avenue | 0587 | $8,524.83 | | $ 8,524.83 | | |
| 88 | 7546-48 S Saginaw Avenue | 0355 | $7,268.75 | | $ 7,268.75 | | |
| 89 | 7600-10 S Kingston Avenue | 0298 | $10,620.08 | | $ 10,620.08 | | |
| 90 | 7656-58 S Kingston Avenue | 0306 | $6,380.20 | | $ 6,380.20 | | |
| 91 | 7701-03 S Essex Avenue | 0918 | $6,962.39 | | $ 6,962.39 | | |
| 92 | 7748-52 S Essex Avenue | 0215 | $8,001.19 | | $ 8,001.19 | | |
| 93 | 7957-59 S Marquette Road | 0595 | $5,416.47 | | $ 5,416.47 | | |
| 94 | 816-22 E Marquette Road | 0926 | $4,151.02 | | $ 4,151.02 | | |
| 95 | 8201 S Kingston Avenue | 0314 | $4,287.52 | | $ 4,287.52 | | |
| 96-99 | 8326-58 S Ellis Avenue | 0322 | $6,546.81 | | $ 6,546.81 | $ 105,255.44 | Paid Pursuant to Order #1871 |
| Total | | | $ 154,336.26 | $ 7,413.39 | $ 146,922.87 | $ 117,269.32 | |

| | |
|---|---|
| Approved Interim Distribution Amount | $ 146,922.87 |
| Paid or To Be Paid Subject to Court Orders | $ (117,269.32) |
| Balance for Interim Payment | $ 29,653.55 |