# Exhibit 1

Ex. 1 - Investor Lender Distributions
7760 S Coles (Property 50)

| Property Address | Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7760 S Coles Avenue | City of Chicago | City of Chicago | 50-693 | $ 1,079.85 | $ - | | $ - | $ - | $ - | | $ - | Claim for water debt was paid when the Receiver sold this property | 0% | $ - |
| 7760 S Coles Avenue | Helen Boyd | Helen Boyd | 50-2010 | $ 55,000.00 | $ - | | | $ 12,741.73 | $ 12,741.73 | $ - | | $ - | Claimant agreed to rollover this loan to 7927 Essex in July 2017 | 0% | $ - |
| 7760 S Coles Avenue | Huiyi Yang and Hui Wang | Huiyi Yang and Hui Wang | 50-122 | $ 20,166.67 | $ - | $ 20,166.67 | | $ 7,078.45 | $ 7,078.45 | $ - | | $ 13,088.22 | Claimant agreed to rollover this loan to unsecured promissory note in July 2017 | 0% | $ - |
| 7760 S Coles Avenue | iPlanGroup Agent for Custodian FBO Kevin Bybee | Equity Trust Company Custodian FBO Kevin Bybee IRA Account Number Z128131 | 50-497 | $ 76,000.00 | $ - | | $ 11,287.92 | $ 68,833.71 | $ 80,121.63 | $ - | | $ - | Claimant agreed to rollover this loan to unsecured promissory note in March 2018. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | 0% | $ - |
| 7760 S Coles Avenue | LMJ Sales, Inc. | LMJ Sales, Inc. | 50-1346 | $ 100,000.00 | $ - | | | $ 40,333.22 | $ 40,333.22 | $ - | | $ - | Claimant agreed to rollover this loan to CCF1 in October 2017 | 0% | $ - |
| 7760 S Coles Avenue | Marjorie J. Sexton | The Entrust Group Inc. FBO Marjorie Jean Sexton IRA # 7230013060 | 50-2065 | $ 50,000.00 | $ - | $ 50,000.00 | $ 11,250.00 | $ 37,309.57 | $ 48,559.57 | $ - | | $ 1,440.43 | Claimant agreed to rollover this loan to unsecured promissory note in September 2017. Pre-rollover distributions on loan secured by 7760 S Coles. | 0% | $ - |
| 7760 S Coles Avenue | Matthew Boyd | Matthew Boyd | 50-2060 | $ 55,000.00 | $ - | | | $ 12,741.73 | $ 12,741.73 | $ - | | $ - | Claimant agreed to rollover this loan to 7927 Essex in July 2017 | 0% | $ - |
| 7760 S Coles Avenue | Metro Rural Real Estate Solutions (Tamara Molenaar-Angelier) | Metro Rural Real Estate Solutions | 50-743 | $ 70,000.00 | $ - | $ 70,000.00 | $ 11,696.31 | $ 58,636.67 | $ 70,332.98 | $ - | | $ - | Claimant agreed to rollover this loan to unsecured promissory note in August 2017. Principal and interest payments on loan and unsecured note exceed the amount of claimant's original loan. | 0% | $ - |
| 7760 S Coles Avenue | PNW Investments, LLC | PNW Investments, LLC | 50-332 | $ 25,000.00 | $ - | | | $ 6,125.00 | $ 6,125.00 | $ - | | $ - | Claimant agreed to rollover this loan to 7927 S Essex in August 2017 | 0% | $ - |
| 7760 S Coles Avenue | Scott E Pammer | Scott E Pammer | 50-827 | $ 12,070.00 | $ - | $ 12,070.00 | | $ 11,187.73 | $ 11,187.73 | $ - | | $ 882.27 | Claimant agreed to rollover this loan to unsecured promissory note in July 2017 | 0% | $ - |
| | | | | | $ - | $ 152,236.67 | | | | $ - | | $ 15,410.92 | | | |