# Exhibit 2

**Exhibit 2**

**Distribution Plan for Group 6 Properties 51, 53-57**

**Midland Loan Services, a Division of PNC Bank, N.A. as servicer for Wilmington Trust, N.A., as Trustee for the Registered Holders of Corevest American Finance 2017-2 Trust, Mortgage Pass-Through Certificates, Series 2017-2 (Claim 1466)**

| Property | Prop # | Account # | Account balance 6/26/2025 | Holdbacks Apps 1-26 | Fee App 27 (Q1 2025) | Distributions to Investor Lenders (Share of $501,518.00) | Distributions to Midland (Share of $220,000.00) | Residual interest to Receiver's Account (as of 6/26/2025) |
|---|---|---|---|---|---|---|---|---|
| 1401 W 109th | 51 | 0843 | $11,403.28 | $5,821.29 | $1,090.13 | $3,432.44 | $1,017.63 | $41.79 |
| 6807 Indiana | 53 | 1114 | $102,852.08 | $5,638.92 | $1,103.13 | $25,418.93 | $70,313.63 | $377.47 |
| 8000 Justine | 54 | 0413 | $161,539.85 | $7,738.68 | $1,103.13 | $117,322.75 | $34,782.38 | $592.91 |
| 8107 Ellis | 55 | 0421 | $75,466.27 | $8,926.01 | $1,255.63 | $50,142.13 | $14,865.53 | $276.97 |
| 8209 Ellis | 56 | 0439 | $231,351.38 | $8,599.40 | $1,091.99 | $163,731.36 | $57,079.48 | $849.15 |
| 8214 Ingleside | 57 | 0447 | $192,746.43 | $7,640.58 | $986.72 | $141,470.39 | $41,941.35 | $707.39 |
| | | | $775,359.29 | $44,364.88 | $6,630.73 | $501,518.00 | $220,000.00 | $2,845.68 |