# Exhibit 3

Ex. 3 - Investor Lender Distributions
1401 W 109th Place (Property 51)

| Claimant Name | Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $3,432.44) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hiu Tung Carol | Hiu Tung Carol Lam | 51-1101 | POC; DIS | $ 115,487.00 | $ 62,000.00 | | | $ 49,600.00 | $ 49,600.00 | $ 12,400.00 | | $ - | | 54.4% | $ 1,868.33 |
| Michael and Lyanne Terada | Michael Terada | 51-551 | POC; DIS | $ 33,487.00 | $ 33,487.00 | | | $ 23,106.03 | $ 23,106.03 | $ 10,380.97 | | $ - | | 45.6% | $ 1,564.11 |
| | | | | $ 95,487.00 | | | | | $ 22,780.97 | | | $ - | | 100.0% | $ 3,432.44 |

Ex. 3 - Investor Lender Distributions
6807 Indiana Avenue (Property 53)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $25,418.93) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | 53-180 | $ 45,000.00 | $ 45,000.00 | | | $ 23,062.00 | $ 23,062.00 | $ 21,938.00 | | $ - | | 66.6% | $ 16,921.37 |
| Leroy & Martha Johnson | Leroy & Martha Johnson | 53-1350 | $ 100,000.00 | $ 100,000.00 | | | $ 88,983.19 | $ 88,983.19 | $ 11,016.81 | | $ - | | 33.4% | $ 8,497.56 |
| | | | $ 145,000.00 | | | | | | $ 32,954.81 | | $ - | | 100.0% | $ 25,418.93 |

Ex. 3 - Investor Lender Distributions
8000 S Justine Street (Property 54)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $117,322.75) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City of Chicago | City of Chicago | 54-693 | $ 974.71 | $ - | | | $ - | $ - | $ - | | $ - | Claim for water debt was paid when the Receiver sold this property | 0.0% | $ - |
| John B. Allred & Glenda K. Allred | Allred Living Trust | 54-2004 | | $ - | | | $ - | $ - | $ - | | $ - | Receiver recommends that former EquityBuild employee who actively participated in marketing the fraudulent scheme be disqualified from receiving a distribution | 0.0% | $ - |
| Michael James Guilford and Nancy Richard-Guilford, JWROS | Michael James Guilford and Nancy Richard-Guilford | 54-516 | $ 110,000.00 | $ 110,000.00 | | | $ 43,995.01 | $ 43,995.01 | $ 66,004.99 | | $ - | | 14.0% | $ 16,455.35 |
| Rene Hribal | Rene Hribal | 54-768 | $ 729,000.00 | $ 729,000.00 | | | $ 324,405.00 | $ 324,405.00 | $ 404,595.00 | | $ - | | 86.0% | $ 100,867.40 |
| | | | $ 839,000.00 | | | | | | $ 470,599.99 | | $ - | | 100.0% | $ 117,322.75 |

Ex. 3 - Investor Lender Distributions
8107 S Ellis Avenue (Property 55)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $50,142.13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLD Construction, Inc. (Doru Unchias) | CLD Construction (Doru Unchias) | 55-1454 | $ 3,800.00 | $ - | $ 3,800.00 | | $ - | $ - | $ - | | $ 3,800.00 | Unsecured trade creditor | 0.0% | $ - |
| Hillside Fund, LLC - Janet F. Turco, Owner/Managing Member | Hillside Fund, LLC | 55-101 | $ 50,000.00 | $ 50,000.00 | | | $ 22,902.77 | $ 22,902.77 | $ 27,097.23 | | $ - | | 9.6% | $ 4,800.10 |
| HYMAN J SMALL | American IRA, LLC FBO Hyman J. Small IRA | 55-573 | $ 50,000.00 | $ 50,000.00 | | | $ 17,000.00 | $ 17,000.00 | $ 33,000.00 | | $ - | | 11.7% | $ 5,845.73 |
| John B. Allred & Glenda K. Allred | John B. & Glenda A. Allred JRWROS | 55-2004 | $ 52,701.00 | $ - | | | $ - | $ - | $ - | | $ - | Receiver recommends that former EquityBuild employee who actively participated in marketing the fraudulent scheme be disqualified from receiving a distribution | 0.0% | $ - |
| Kelly E. Welton (iPlanGroup Agent for Custodian FBO Kelly Welton Roth) | iPlanGroup Agent for Custodian FBO Kelly Lewis IRA 3300326 | 55-310 | $ 26,200.00 | $ 25,000.00 | | | $ 8,908.00 | $ 8,908.00 | $ 16,092.00 | | $ - | The Receiver recommends disallowing $1,200 accrued interest added to principal amount of loan | 5.7% | $ 2,850.59 |
| Kenneth (Ken) and Maria (Tina) Jorgensen | iPlanGroup Agent for Custodian FBO Ken Jorgensen | 55-194 | $ 31,000.00 | $ 31,000.00 | | | $ 10,168.00 | $ 10,168.00 | $ 20,832.00 | | $ - | | 7.4% | $ 3,690.25 |
| R.D.Meredith General Contractors llc 401K | R.D. Meredith General contractor LLC 401K Plan | 55-528 | $ 91,672.00 | $ 91,672.00 | | | $ 39,511.96 | $ 39,511.96 | $ 52,160.04 | | $ - | Distributions include interest paid on loan plus a $2,880 bonus that EquityBuild paid to claimant | 18.4% | $ 9,239.81 |
| SLB Ventures, LLC | SLB Ventures, LLC | 55-565 | $ 95,000.00 | $ 95,000.00 | | | $ 1,044.30 | $ 1,044.30 | $ 93,955.70 | | $ - | | 33.2% | $ 16,643.64 |
| Steven and Linda Lipschultz | Steven Lipschultz | 55-1442 | $ 73,360.00 | $ 70,000.00 | | | $ 30,077.48 | $ 30,077.48 | $ 39,922.52 | | $ - | The Receiver recommends disallowing $3,360 accrued interest claimant added to principal amount of loan | 14.1% | $ 7,072.01 |
| | | | $ 412,672.00 | | | | | $ 283,059.49 | | | $ 3,800.00 | | 100.0% | $ 50,142.13 |

Ex. 3 - Investor Lender Distributions
8209 S Ellis Avenue (Property 56)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $163,731.36) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARBOR VENTURES OVERSEAS LIMITED, LLC | Arbor Ventures Overseas Limited LLC | 56-446 | $ 115,000.00 | $ - | $ 115,000.00 | $ 32,008.77 | $ 26,450.00 | $ 58,458.77 | $ - | | $ 56,541.23 | Claimant agreed to rollover this loan to unsecured promissory note in November 2017 | 0.0% | $ - |
| Ashwin D Patel | Ashwin D. Patel | 56-1170 | $ 100,000.00 | $ 100,000.00 | | | $ 46,583.00 | $ 46,583.00 | $ 53,417.00 | | $ - | | 25.2% | $ 41,201.97 |
| Claude M West, Linda S Gray, Desert Storm Properties Group, LLC | Desert Storm Properties Group, LLC | 56-1281 | $ 100,000.00 | $ - | $ 100,000.00 | | $ 35,366.67 | $ 35,366.67 | $ - | | $ 64,633.33 | Claimant agreed to rollover this loan to SSDF4 in February 2018 | 0.0% | $ - |
| Edge Investments, LLC, Janet F. Turco, Owner/Member IRA | Edge Investments, LLC | 56-180 | $ 100,000.00 | $ 100,000.00 | | | $ 55,500.00 | $ 55,500.00 | $ 44,500.00 | | $ - | | 21.0% | $ 34,324.05 |
| Edwin Barker | Edwin Barker | 56-1498 | $ 25,000.00 | $ 25,000.00 | | | $ 14,833.00 | $ 14,833.00 | $ 10,167.00 | | | Claim added after Receiver's Initial Submission on Group 6 Claims filed | 4.8% | $ 7,842.08 |
| HYMAN J SMALL | American IRA, LLC FBO, Hyman Small, IRA | 56-573 | $ 25,000.00 | $ 25,000.00 | | | $ - | $ - | $ 25,000.00 | | $ - | | 11.8% | $ 19,283.17 |
| JKG Investments, LLC | JKG Investments LLC | 56-1181 | $ 25,000.00 | $ 25,000.00 | | | $ 10,625.00 | $ 10,625.00 | $ 14,375.00 | | $ - | | 6.8% | $ 11,087.82 |
| Marilyn B. Ackerman | Marilyn Ackerman | 56-395 | $ 200,000.00 | $ - | $ 200,000.00 | | $ 141,015.00 | $ 141,015.00 | $ - | | $ 58,985.00 | Claimant agreed to rollover this loan to unsecured promissory note in January 2018 | 0.0% | $ - |
| Paper Street Realty LLC DBA Rent Ready Apartments | Paper Street Realty LLC DBA Rent Ready Apartments | 56-1206 | $ 2,740.00 | $ - | $ - | | $ - | $ - | $ - | | $ - | Claimant executed waiver of lien on 6/25/2020 and has withdrawn this claim | 0.0% | $ - |
| SLB Ventures, LLC | SLB Ventures LLC | 56-565 | $ 24,960.00 | $ 24,960.00 | | | $ - | $ - | $ 24,960.00 | | $ - | | 11.8% | $ 19,252.32 |
| Wesley Pittman | Wesley Pittman | 56-469 | $ 70,000.00 | $ 70,000.00 | | | $ 30,146.67 | $ 30,146.67 | $ 39,853.33 | | $ - | | 18.8% | $ 30,739.95 |
| | | | | $ 369,960.00 | | | | $ 212,272.33 | | | $ 58,985.00 | | 100.0% | $ 163,731.36 |

Ex. 3 - Investor Lender Distributions
8214 S Ingleside Avenue (Property 57)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $141,470.39) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Tutsock | James A. Tutsock | 57-2057 | $ 319,483.00 | $ - | | | $ - | $ - | $ - | | $ - | Claimant agreed to rollover this loan to 7201 S Constance (Claim 78-2057) | 0.0% | $ - |
| Joral Schmalle | Joral Schmalle | 57-730 | $ 759,000.00 | $ 759,000.00 | | | $ 313,088.00 | $ 313,088.00 | $ 445,912.00 | | $ - | | 100.0% | $ 141,470.39 |
| Paper Street Realty LLC DBA Rent Ready Apartments | Paper Street Realty LLC DBA Rent Ready Apartments | 57-1206 | $ 18,986.00 | $ - | | | $ - | $ - | $ - | | $ - | Claimant executed waiver of lien on 6/25/2020 and has withdrawn this claim | 0.0% | $ - |
| | | | $ 759,000.00 | | | | | | $ 445,912.00 | | $ - | | 100.0% | $ 141,470.39 |