Ex. 1 - Final Distribution Plan
638-40 N Avers Avenue (Property 70)

| Claimant Name | Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Approved Distribution from Sales Proceeds (Share of $335,528.28) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realty Corp | 70-2012 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 24,055.62 | LSA | $ 24,055.62 | $ 75,944.38 | | $ - | | 7.80% | $ 26,167.39 |
| CAMA SDIRA LLC FBO Robert Guiney IRA | CAMA SDIRA LLC FBO Robert Guiney IRA | 70-1116 | POC | $ 40,579.00 | $ 40,000.00 | | $ 4,833.00 | $ 10,886.00 | POC | $ 15,719.00 | $ 24,281.00 | | $ - | The Receiver recommends disallowing $579 accrued interest added to principal amount of loan. Pre-rollover distributions is return on unsecured promissory note. | 2.49% | $ 8,366.26 |
| David R Trengove | iPlanGroup Agent for Custodian FBO David Trengove | 70-481 | POC; DIS | $ 103,098.00 | $ 102,315.00 | | $ 12,215.54 | $ 11,211.93 | POC; DIS | $ 23,427.47 | $ 78,887.53 | | $ - | The Receiver recommends disallowing $783 pro-rata share of accrued interest added to principal amount of loan. Pro-rata share of pre-rollover distributions on loan secured by 4611 Drexel. | 8.10% | $ 27,181.49 |
| Dean & Mare Atanasoski | Dean & Mare Atanasoski | 70-394 | POC; DIS | $ 100,000.00 | $ 100,000.00 | | | $ 26,888.95 | LSA | $ 26,888.95 | $ 73,111.05 | | $ - | | 7.51% | $ 25,191.14 |
| John Bloxham | John Bloxham | 70-1017 | POC | $ 50,000.00 | $ 50,000.00 | | | $ - | POC; LSA | $ - | $ 50,000.00 | | $ - | | 5.13% | $ 17,228.00 |
| Kenneth (Ken) and Maria (Tina) Jorgensen | iPlanGroup Agent for Custodian FBO Ken Jorgensen IRA #3300832 | 70-194 | POC; DIS | $ 146,902.00 | $ 145,786.25 | | $ 17,634.13 | $ 17,228.53 | LSA; DIS | $ 34,862.66 | $ 110,923.59 | | $ - | Pro-rata share of pre-rollover distributions on loan secured by 4611 S Drexel | 11.39% | $ 38,219.83 |
| Madison Trust Company Custodian FBO Janet Eileen Taylor | Madison Trust Company Custodian FBO Janet Eileen Taylor M1608009 | 70-2056 | POC | $ 30,775.00 | $ - | $ 30,775.00 | | $ 5,248.83 | POC | $ 5,248.83 | $ - | | $ 25,526.17 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (no separate claim against SSDF1) | 0.00% | $ - |
| Mark P. Mouty | Mark P. Mouty | 70-165 | POC | $ 25,000.00 | $ 25,000.00 | | | $ 6,222.00 | POC | $ 6,222.00 | $ 18,778.00 | | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.93% | $ 6,470.15 |
| New Direction IRA, Inc. FBO Joel Beyer, Roth IRA | New Direction IRA, Inc. FBO Joel Beyer, IRA | 70-969 | POC | $ 85,000.00 | $ 85,000.00 | | | $ 18,180.61 | POC; LSA | $ 18,180.61 | $ 66,819.39 | | $ - | | 6.86% | $ 23,023.29 |
| Nicholas C Jenks and Joyce R Jenks JTWROS | Nicholas C Jenks and Joyce R Jenks JTWROS | 70-2032 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 13,486.05 | LSA | $ 13,486.05 | $ 36,513.95 | | $ - | | 3.75% | $ 12,581.25 |
| Optima Property Solutions, LLC | Optima Property Solutions, LLC | 70-1023 | POC | $ 250,000.00 | $ - | $ 250,000.00 | | $ 39,166.67 | POC | $ 39,166.67 | $ - | | $ 210,833.33 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (Claim 901-1023) | 0.00% | $ - |
| Pat DeSantis | Pat Desantis | 70-397 | POC | $ 250,000.00 | $ 250,000.00 | | | $ 71,388.89 | LSA | $ 71,388.89 | $ 178,611.11 | | $ - | | 18.34% | $ 61,542.24 |
| Paul N. Wilmesmeier | Paul N. Wilmesmeier | 70-300 | POC; DIS | $ 50,000.00 | $ 50,000.00 | | | $ 13,486.05 | POC; LSA | $ 13,486.05 | $ 36,513.95 | | $ - | | 3.75% | $ 12,581.25 |
| Paul Scribner | Paul S. Scribner Revocable Trust dated, May 15, 2003 | 70-1135 | POC | $ 16,826.00 | $ 16,826.00 | | | $ 2,198.63 | LSA | $ 2,198.63 | $ 14,627.37 | | $ - | | 1.50% | $ 5,040.01 |
| Phillip G. Vander Kraats | Madison Trust Company Custodian FBO Phillip Vander Kraats M1611034 | 70-628 | POC | $ 2,000.00 | $ 2,000.00 | | | $ 211.64 | LSA | $ 211.64 | $ 1,788.36 | | $ - | | 0.18% | $ 616.20 |
| Randall Sotka | Big Bean LLC c/o Randall Sotka | 70-1207 | POC | $ 11,949.00 | $ 11,949.00 | | $ 1,086.69 | $ 1,752.52 | LSA | $ 2,839.21 | $ 9,109.79 | | $ - | Pro-rata share of pre-rollover distributions on loan secured by 7024 S Paxton | 0.94% | $ 3,138.87 |
| Richard L. Braddock | iPlanGroup Agent for Custodian FBO Richard L. Braddock IRA acct no 3301005 | 70-509 | POC; DIS | $ 50,000.00 | $ 50,000.00 | | | $ 10,999.95 | POC; LSA; DIS | $ 10,999.95 | $ 39,000.05 | | $ - | | 4.00% | $ 13,437.86 |
| Rochelle L Minchow | Madison Trust Company Custodian FBO Rochelle Minchow M1511505 | 70-2061 | POC | $ 30,000.00 | $ 30,000.00 | | | $ 8,016.67 | | $ 8,016.67 | $ 21,983.33 | | $ - | | 2.26% | $ 7,574.58 |
| Teresita M. Shelton | iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301873 | 70-330 | POC | $ 2,000.00 | $ 2,000.00 | | | $ 493.28 | LSA | $ 493.28 | $ 1,506.72 | | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.15% | $ 519.16 |
| Thomas Walsh | iPlanGroup Agent for Custodian FBO Thomas M. Walsh IRA 3300447 | 70-738 | POC; DIS | $ 50,000.00 | $ 50,000.00 | | | $ 12,763.83 | POC; LSA | $ 12,763.83 | $ 37,236.17 | | $ - | | 3.82% | $ 12,830.09 |
| TMAKINDE, LLC | TMAKINDE, LLC | 70-372 | POC | $ 114,000.00 | $ 114,000.00 | | | $ 27,265.00 | POC; LSA | $ 27,265.00 | $ 86,735.00 | | $ - | | 8.91% | $ 29,885.41 |
| Tolu Makinde | Tolu Makinde | 70-370 | POC | $ 15,000.00 | $ 15,000.00 | | | $ 3,583.00 | POC; LSA | $ 3,583.00 | $ 11,417.00 | | $ - | | 1.17% | $ 3,933.84 |
| | | | | $ 1,573,129.00 | $ 1,289,876.25 | $ 280,775.00 | | | | $ 973,787.74 | | | $ 236,359.50 | | 100% | $ 335,528.28 |