# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

           Plaintiff,

v.

           Case No.: 1:18−cv−05587

           Honorable Manish S. Shah

Equitybuild, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2025:

    MINUTE entry before the Honorable Manish S. Shah: No objections to the proposed settlements for Properties 2, 69, and 73 have been filed. The motions [1895] and [1898] are granted. As with other recent settlements, these proposed resolutions were arrived at arm's length and involve reasonable concessions that conserve litigation expenses (which in turn benefits the receivership estate). The Receiver shall submit proposed distribution orders to proposed_order_shah@ilnd.uscourts.gov. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.