Ex. 1 - Investor Lender Distributions
4533-47 S Calumet Avenue (Property 2)

| Claimant Name | Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Distribution from Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amit Hammer | Amit Hammer | 2-225 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 10,500.00 | LSA | $ 10,500.00 | $ 89,500.00 | $ | | | $ 89,500.00 |
| Annie Chang | Annie Chang | 2-475 | POC; DIS | $ 50,000.00 | $ - | | | $ 9,853.17 | POC; LSA | $ 9,853.17 | $ - | $ | | Claimant agreed to rollover this loan to 6437 S Kenwood, 5450 S Indiana, 7051 S Bennett, and 6355 S Talman in October 2017 | $ - |
| Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian El Shahawi | Baron Real Estate Holdings, LLC | 2-1347 | POC | $ 300,000.00 | $ - | | | $ 71,933.34 | | $ 71,933.34 | $ - | $ | | Claimant agreed to rollover to CCF1 in October 2017 (Claim 10-1347) | $ - |
| Bauer Latoza Studio, Ltd. | Bauer Latoza Studio, Ltd. | 2-885 | POC | $ 3,075.00 | $ - | $ 3,075.00 | | $ - | | $ - | $ - | $ 3,075.00 | | Unsecured trade creditor | $ - |
| Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realty Corp | 2-2012 | POC | $ 50,000.00 | $ - | | | $ 10,770.84 | LSA | $ 10,770.84 | $ - | $ | | Claimant agreed to rollover this loan to CCF1 in June 2016 (Claim 10-2012) | $ - |
| Bluebridge Partners Limited | The BE Company Ltd. f/k/a Bluebridge Partners Ltd | 2-727 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 30,552.85 | LSA | $ 30,552.85 | $ 69,447.15 | $ | | | $ 69,447.15 |
| Brett Burnham | iPlan Group Agent for Custodian FBO Brett Burnham Acct No. 3300503 | 2-314 | POC | $ 80,000.00 | $ - | $ 80,000.00 | | $ 16,395.50 | LSA | $ 16,395.50 | $ - | $ 63,604.50 | | Claimant agreed to rollover this loan to SSDF4 in June 2018 (Claim 904-314) | $ - |
| Cecilia Wolff | Cecilia Wolff | 2-1204 | POC | $ 20,000.00 | $ - | | | $ 3,329.97 | LSA | $ 3,329.97 | $ - | $ | | Claimant agreed to rollover this loan to 7546 S Saginaw in September 2017 (Claim 88-1204) | $ - |
| Charles Savona | Charles Savona | 2-2050 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 12,854.17 | POC | $ 12,854.17 | $ 37,145.83 | $ | | | $ 37,145.83 |
| Chuck Denton | Denton Real Estate Company Inc. 401k | Denton Real Estate Company Inc. 401k | 2-379 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 29,136.18 | POC; LSA | $ 29,136.18 | $ 70,863.82 | $ | | | $ 70,863.82 |
| CLD Construction, Inc. (Doru Unchias) | CLD Construction, Inc. (Doru Unchias) | 2-1454 | POC | $ 26,335.00 | $ - | $ 26,335.00 | | | | $ - | $ - | $ 26,335.00 | | Unsecured trade creditor | $ - |
| David R Trengove | iPlanGroup Agent for Custodial FBO David Trengove IRA Account #3300951 | 2-481 | POC; DIS | $ 200,000.00 | $ 200,000.00 | | | $ 58,272.16 | POC; LSA; DIS | $ 58,272.16 | $ 141,727.84 | $ | | | $ 141,727.84 |
| Dee Ann Nason | Dee Ann Nason | 2-453 | POC; DIS | $ 50,000.00 | $ - | | | $ 10,770.84 | LSA | $ 10,770.84 | $ - | $ | | Claimant agreed to rollover this loan to CCF1 in April 2018 (Claim 10-453) | $ - |
| Dennis & Mary Ann Hennefer | Dennis & Mary Ann Hennefer | 2-355 | POC | $ 52,956.00 | $ - | | $ 4,946.39 | $ 5,356.67 | POC; LSA | $ 10,303.06 | $ - | $ | | Claimant agreed to rollover this loan to 7026 Cornell in August 2017 (Claim 60-355). Pre-rollover distributions on loan secured by 7024 S Paxton. | $ - |
| Double Portion Foundation | Double Portion Foundation | 2-433 | POC; DIS | $ 40,000.00 | $ - | | | $ 9,765.61 | | $ 9,765.61 | $ - | $ | | Claimant agreed to rollover this loan to CCF1 in October 2017 (Claim 10-433) | $ - |
| Douglas Nebel and Narine Nebel | Douglas & Narine Nebel | 2-1080 | POC; DIS | $ 50,000.00 | $ - | $ 50,000.00 | | $ 7,854.00 | POC | $ 7,854.00 | $ - | $ 42,146.00 | | Claimant agreed to rollover this loan to SSDF4 in September 2017 (Claim 904-1080) | $ - |
| Duty, Darrell and Frances | iPlanGroup Agent for Custodian FBO Darrell Duty IRA | 2-2018 | POC | $ 6,500.00 | $ 6,500.00 | | | $ 1,671.04 | LSA | $ 1,671.04 | $ 4,828.96 | $ | | | $ 4,828.96 |
| Gallowglass LLC c/o Patrick Bournes | Gallowglass, LLC | 2-316 | POC | $ 29,627.00 | $ - | $ 29,627.00 | $ 2,648.99 | $ 4,891.36 | LSA | $ 7,540.35 | $ - | $ 22,086.65 | | Loan rolled to CCF1 but no claim submitted against those properties. Distributions on property include distributions on CCF1 loan. Pro-rata share of pre-rollover distributions on loan secured by 7024 S Paxton. | $ - |
| Harvey Singer | Harvey Singer | 2-2054 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 30,552.85 | LSA | $ 30,552.85 | $ 69,447.15 | $ | | | $ 69,447.15 |
| iPlanGroup Agency for Custodian FBO Charles Powell IRA | iPlanGroup Agent for Custodian FBO Charles Powell IRA | 2-413 | POC | $ 12,440.00 | $ 12,440.00 | | | $ 1,042.22 | LSA | $ 1,042.22 | $ 11,397.78 | $ | | | $ 11,397.78 |
| iPlanGroup Agent for Custodian FBO Christopher Mora IRA Account 3320826 | iPlanGroup Agent for Custodian FBO Christopher Mora IRA | 2-1137 | POC; DIS | $ 67,000.00 | $ - | | | $ 20,695.85 | POC; LSA | $ 20,695.85 | $ - | $ | | Receiver recommends that former EquityBuild Employee who actively participated in marketing the fraudulent scheme be disqualified from receiving a distribution. | $ - |
| iPlanGroup Agent for Custodian FBO Joshua Mora IRA Account #3300975 | iPlanGroup Agent for Custodian FBO Joshua Mora IRA Account #3300975 | 2-1176 | POC; DIS | $ 57,000.00 | $ 57,000.00 | | | $ 15,366.25 | POC; LSA | $ 15,366.25 | $ 41,633.75 | $ | | | $ 41,633.75 |
| iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | iPlanGroup Agent for Custodian FBO Laura Dirnberger Roth IRA | 2-448 | POC | $ 971.00 | $ 971.00 | | | $ 106.50 | LSA | $ 106.50 | $ 864.50 | $ | | | $ 864.50 |

Ex. 1 - Investor Lender Distributions
4533-47 S Calumet Avenue (Property 2)

| Claimant Name | Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Distribution from Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPlanGroup Agent for Custodian FBO Mark Young | iPlan Group Agent for Custodian FBO Mark Young IRA | 2-1446 | POC; DIS | $ 50,000.00 | $ 50,000.00 | | | $ 13,750.00 | DIS | $ 13,750.00 | $ 36,250.00 | $ | | | $ 36,250.00 |
| Joshua Paul Mora | iPlan Group Agent for Custodian FBO Joshua Mora IRA | 2-1113 | POC | | $ - | | | $ | | $ | $ | $ | | This is a duplicate of Claim No. 2-1176 | $ - |
| Koates LLC | Koates LLC | 2-228 | POC | $ 12,000.00 | $ 12,000.00 | | | | | $ | $ 12,000.00 | $ | | | $ 12,000.00 |
| Layne A. Hermansen | Layne A. Hermansen | 2-1072 | POC; DIS | $ 51,000.00 | $ 51,000.00 | | | $ 13,748.75 | POC; LSA | $ 13,748.75 | $ 37,251.25 | $ | | | $ 37,251.25 |
| lorraine k mcclane | Lorraine K. McClane | 2-1190 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 13,604.00 | LSA | $ 13,604.00 | $ 36,396.00 | $ | | | $ 36,396.00 |
| Louis Liu | Louis Liu | 2-929 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 14,558.99 | POC | $ 14,558.99 | $ 35,441.01 | $ | | | $ 35,441.01 |
| Michael C. Jacobs | Michael C. Jacobs | 2-2031 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 5,333.36 | POC; LSA | $ 5,333.36 | $ 44,666.64 | $ | | | $ 44,666.64 |
| Neil R Martin | Neil R Martin | 2-1253 | POC | $ 20,000.00 | $ 20,000.00 | | | $ 137.00 | POC | $ 137.00 | $ 19,863.00 | $ | | | $ 19,863.00 |
| New Move Ventures Inc. (Steven Fecko) | New Move Ventures Inc. | 2-115 | POC | $ 70,000.00 | $ - | $ 70,000.00 | $ 4,495.54 | $ 18,695.89 | | $ 23,191.43 | $ - | $ | 46,808.57 | Loan rolled to CCF1 but no claim submitted against those properties. Distributions on property include distributions on 4533 S Calumet. Pre-rollover distributions are post-rollover on loan secured by CCF1. | $ - |
| Optima Property Solutions, LLC | Optima Property Solutions LLC | 2-1023 | POC | $ 70,000.00 | $ - | $ 70,000.00 | | $ 11,139.00 | LSA | $ 11,139.00 | $ - | $ | 58,861.00 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (Claim 901-1023) | $ - |
| Paul N. Wilmesmeier | Paul N. Wilmesmeier | 2-300 | POC; DIS | $ 25,000.00 | $ - | | | $ 5,510.41 | POC | $ 5,510.41 | $ - | $ | | Claimant agreed to rollover this loan to CCF1 in June 2016 (Claim 10-300) | $ - |
| Provident Trust Group, LLC FBO Stephan Tang IRA | Stephan Tang | 2-172 | POC; DIS | $ 36,470.00 | $ - | $ 3,914.37 | $ 2,950.04 | LSA | | $ 6,864.41 | $ - | $ | | Claimant agreed to rollover this loan to 6160 MLK in February 2018 (Claim 79-172) | $ - |
| Rajitha Dundigalla | Rajitha Dundigalla | 2-651 | POC | $ 50,000.00 | $ - | | | $ 12,206.89 | LSA | $ 12,206.89 | $ - | $ | | Claimant agreed to rollover this loan to CCF1 in October 2017 (Claim 10-653) | $ - |
| Randall Sotka | Big Bean LLC c/o Randall Sotka | 2-1207 | POC | $ 100,000.00 | $ 100,000.00 | | | $ 32,918.67 | LSA | $ 32,918.67 | $ 67,081.33 | $ | | | $ 67,081.33 |
| Robert Conley III | Robert Conley III | 2-789 | POC; DIS | $ 75,000.00 | $ 75,000.00 | | | $ 22,311.50 | POC | $ 22,311.50 | $ 52,688.50 | $ | | | $ 52,688.50 |
| Robert Potter | Robert Potter | 2-1389 | POC | $ 6,634.00 | $ 6,634.00 | | $ 1,361.80 | $ 414.60 | LSA | $ 1,776.40 | $ 4,857.60 | $ | | Claimant partially rolled this loan to other properties. Pre-rollover distributions divided pro-rata. | $ 4,857.60 |
| Russ Moreland | Russ Moreland | 2-286 | POC | $ 50,000.00 | $ - | | | $ 65,984.65 | POC | $ 65,984.65 | $ - | $ | | Principal and interest payments received by claimant exceed the amount of claimant's original loan | $ - |
| Shengjie Li and Yuye Xu | Shengjie Li and Yuye Xu | 2-1340 | POC | $ 50,000.00 | $ - | | | $ 9,958.34 | POC | $ 9,958.34 | $ - | $ | | Claimant agreed to rollover this loan to 8100 Essex in October 2017 (Claim 9-1340) | $ - |
| Stephen V Mancuso, Laura L Mancuso, SLM Property Investments | IRA Trust Services Co. FBO SLM Property Investments IRA Account #: 5877315203 | 2-769 | POC | $ 50,000.00 | $ 50,000.00 | | | $ 13,729.17 | LSA | $ 13,729.17 | $ 36,270.83 | $ | | | $ 36,270.83 |
| Steven C Noss | Quest IRA, Inc. FBO Steven C. Noss IRA#12201-11 | 2-361 | POC | $ 50,000.00 | $ - | | | $ 12,550.24 | | $ 12,550.24 | $ - | $ | | Claimant agreed to rollover this loan to 6437 Kenwood (Claim 6-361) and 6801 East End (Claim 124-361) in January 2018 | $ - |
| Vantage Appraisals 401k Profit Sharing Plan Benef Patricia M | Vantage Appraisals, Inc. 401k | 2-1191 | POC | $ 55,000.00 | $ 55,000.00 | | | $ 14,414.58 | LSA | $ 14,414.58 | $ 40,585.42 | $ | | | $ 40,585.42 |

Ex. 1 - Investor Lender Distributions
4533-47 S Calumet Avenue (Property 2)

| Claimant Name | Lender Name | Claim Number | Claimant Submissions | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Distribution from Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA | iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | 2-1294 | POC | $ 51,000.00 | $ 51,000.00 | | | $ 14,685.03 | LSA | $ 14,685.03 | $ 36,314.97 | $ - | | | $ 36,314.97 |
| William Needham | iPlanGroup Agent for Custodian FBO William Jack Needham IRA Account#3300944 | 2-80 | POC; DIS | $ 169,500.00 | $ 169,500.00 | | | $ 51,509.92 | LSA | $ 51,509.92 | $ 117,990.08 | $ - | | | $ 117,990.08 |
| | | | | $ 2,737,508.00 | $ 1,517,045.00 | $ 329,037.00 | | | | | $ 1,114,513.41 | | $ 262,916.72 | | $ 1,114,513.41 |