Ex. 1 - Investor Lender Distributions
6250 S Mozart Avenue (Property 69)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $546,032.95) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amit Hammer | Amit Hammer | 69-225 | $ 10,000.00 | $ 10,000.00 | | | $ 1,937.55 | LSA | $ 1,937.55 | $ 8,062.45 | | $ - | | 0.70% | $ 3,821.22 |
| Annie Chang | Annie Chang | 69-475 | $ 50,000.00 | $ 50,000.00 | | | $ 14,016.05 | POC | $ 14,016.05 | $ 35,983.95 | | $ - | | 3.12% | $ 17,054.68 |
| Asians Investing In Real Estate LLC | Asians Investing In Real Estate LLC | 69-503 | $ 50,000.00 | $ 50,000.00 | | | $ 14,898.56 | POC; LSA; DIS | $ 14,898.56 | $ 35,101.44 | | $ - | | 3.05% | $ 16,636.42 |
| Baron Real Estate Holdings, LLC., Ihab Shahawi and Vivian El Shahawi | Baron Real Estate Holdings, LLC | 69-1347 | $ 106,000.00 | $ 106,000.00 | | | $ 33,762.83 | LSA | $ 33,762.83 | $ 72,237.17 | | $ - | | 6.27% | $ 34,236.99 |
| Bernadette Chen Eleven St. Felix Street Realty Corp. | Eleven St. Felix Street Realty Corp. | 69-2012 | $ 50,000.00 | $ - | $ - | | $ - | | $ - | $ - | | $ - | This is a duplicate of Claim 88-2012 | 0.00% | $ - |
| Chetram Jodha FBO Ravin Jodha | Chetram Jodha | 69-2094 | $ 20,000.00 | $ 20,000.00 | | | $ 5,784.71 | LSA | $ 5,784.71 | $ 14,215.29 | | $ - | | 1.23% | $ 6,737.37 |
| DK Phenix Investments LLC | DK Phenix Investments LLC | 69-584 | $ 100,000.00 | $ 100,000.00 | | | $ 29,923.56 | POC | $ 29,923.56 | $ 70,076.44 | | $ - | | 6.08% | $ 33,212.91 |
| Edward J. Netzel | Edward J. Netzel | 69-1059 | $ 20,000.00 | $ 20,000.00 | | | $ 4,062.63 | POC; LSA | $ 4,062.63 | $ 15,937.37 | | $ - | | 1.38% | $ 7,553.56 |
| Eric Schwartz | iPlanGroup Agent for Custodian FBO Eric Schwartz | 69-157 | $ 60,082.00 | $ 60,000.00 | $ 10,000.00 | $ 12,370.60 | $ 16,159.32 | | $ 28,529.92 | $ 31,470.08 | | $ 10,000.00 | The Receiver recommends disallowing $82 accrued interest added to principal amount of loan. Pre-rollover distributions is return on unsecured promissory note. | 2.73% | $ 14,915.32 |
| Evelyn Stratton | iPlanGroup Agent for Custodial FBO Evelyn Stratton IRA | 69-1028 | $ 100,000.00 | $ 100,000.00 | | | $ 16,968.71 | POC; LSA | $ 16,968.71 | $ 83,031.29 | | $ - | | 7.21% | $ 39,352.89 |
| IPlanGroup Agent for Custodian FBO Mark Young | IPlanGroup Agent for Custodian FBO Mark Young | 69-1446 | $ 55,000.00 | $ 55,000.00 | | | $ 10,994.83 | LSA; DIS | $ 10,994.83 | $ 44,005.17 | | $ - | | 3.82% | $ 20,856.36 |
| Jason Park | Jason Park | 69-814 | $ 10,000.00 | $ 10,000.00 | | | $ 3,829.86 | LSA | $ 3,829.86 | $ 6,170.14 | | $ - | | 0.54% | $ 2,924.35 |
| Jason Ragan - TSA | Jason Ragan - TSA | 69-796 | $ 14,150.74 | $ 14,150.74 | | | $ 3,805.84 | LSA; Other | $ 3,805.84 | $ 10,344.90 | | $ - | | 0.90% | $ 4,902.99 |
| John Bloxham | John E. Bloxham | 69-1196 | $ 7,009.00 | $ 7,009.00 | | $ 2,329.61 | $ 292.81 | POC; LSA | $ 2,622.42 | $ 4,386.58 | | $ - | Pre-rollover distributions on loan secured by 7957 S Marquette | 0.38% | $ 2,079.03 |
| John Braden and Cynthia Braden | Eco2 Capital Inc 401k | 69-1050 | $ 10,000.00 | $ 10,000.00 | | | $ 3,283.33 | POC | $ 3,283.33 | $ 6,716.67 | | $ - | | 0.58% | $ 3,183.38 |
| Kevin Lyons | American IRA, LLC FBO Kevin Lyons IRA #02799-14 | 69-610 | $ 25,000.00 | $ 25,000.00 | | | $ 6,814.22 | LSA | $ 6,814.22 | $ 18,185.78 | | $ - | | 1.58% | $ 8,619.20 |
| KKW Investments, LLC | KKW Investments, LLC | 69-336 | $ 3,500.00 | $ 3,500.00 | | | $ 1,029.82 | POC; LSA | $ 1,029.82 | $ 2,470.18 | | $ - | | 0.21% | $ 1,170.75 |
| Kuldeep Jain | Kuldeep Jain | 69-652 | $ 50,000.00 | $ 50,000.00 | | | $ 10,791.72 | POC; DIS | $ 10,791.72 | $ 39,208.28 | | $ - | | 3.40% | $ 18,582.86 |
| Laura J. Sohm IRA | iPlan Custodian FBO Laura Sohm IRA | 69-970 | $ 63,315.00 | $ 63,000.00 | | $ 21,924.00 | $ 10,979.25 | POC; LSA | $ 32,903.25 | $ 30,096.75 | | $ - | The Receiver recommends disallowing $315 accrued interest added to principal balance of loan. Pre-rollover distributions on loan secured by 6142 MLK. | 2.61% | $ 14,264.43 |
| Madison Trust Company | Madison Trust Company Custodian FBO Robert W. Jennings Account #M1605053 | 69-241 | $ 225,461.00 | $ 225,461.00 | | | $ 67,406.87 | POC | $ 67,406.87 | $ 158,054.13 | | $ - | | 13.72% | $ 74,910.15 |
| Mahesh Koli | Mahesh C. Koli | 69-68 | $ 25,125.00 | $ 25,000.00 | | $ 3,375.00 | $ 5,613.10 | LSA | $ 8,988.10 | $ 16,011.90 | | $ - | The Receiver recommends disallowing $125 accrued interest added to principal balance of loan. Pre-rollover distributions on loan secured by 7109 S Calumet. | 1.39% | $ 7,588.88 |
| Manuel Camacho | Manuel Camacho | 69-748 | $ 33,250.00 | $ 30,000.00 | | | $ 1,547.05 | POC; LSA; DIS | $ 1,547.05 | $ 28,452.95 | | $ - | The Receiver recommends disallowing $3,250 accrued interest added to principal balance of loan. | 2.47% | $ 13,485.35 |
| Michael James Guilford and Nancy Richard-Guilford, Jointly w | Michael James Guilford and Nancy Richard-Guilford | 69-516 | $ 50,000.00 | $ 50,000.00 | | | $ 14,458.33 | POC | $ 14,458.33 | $ 35,541.67 | | $ - | | 3.08% | $ 16,845.06 |
| Pat DeSantis | Pat Desantis | 69-397 | $ 110,000.00 | $ 110,000.00 | | | $ 31,892.11 | LSA | $ 31,892.11 | $ 78,107.89 | | $ - | | 6.78% | $ 37,019.43 |
| Phyllis Harte | Phyllis Harte c/o Leah Matthews | 69-2028 | $ 7,330.00 | $ 7,330.00 | | | $ 2,057.01 | LSA | $ 2,057.01 | $ 5,272.99 | | $ - | | 0.46% | $ 2,499.15 |

Ex. 1 - Investor Lender Distributions
6250 S Mozart Avenue (Property 69)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $546,032.95) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Mennella (Madison Trust Company Custodian FBO Robert | Madison Trust Company Custodian FBO Robert Mennella Roth IRA M1604064 | 69-1302 | $ 18,150.00 | $ 18,150.00 | | | $ 5,249.54 | POC; LSA | $ 5,249.54 | $ 12,900.46 | | $ - | | 1.12% | $ 6,114.21 |
| Samir Totah | Samir Totah | 69-862 | $ 150,000.00 | $ 150,000.00 | | | $ 43,489.16 | POC; LSA | $ 43,489.16 | $ 106,510.84 | | $ - | | 9.25% | $ 50,481.08 |
| SHANKAR THIRUPPATHI | Shankar Thiruppathi | 69-718 | $ 16,310.00 | $ 16,228.86 | | $ 4,552.85 | $ 3,521.49 | POC | $ 8,074.34 | $ 8,154.52 | | $ - | The Receiver recommends disallowing $81.14 accrued interest added to principal balance of loan. Pre-rollover distributions on loan secured by 7109 S Calumet. | 0.71% | $ 3,864.86 |
| Sheryl F. Mennella (Madison Trust Company Custodian FBO Sher | Madison Trust Company Custodian FBO Sheryl Mennella Roth IRA | 69-731 | $ 18,150.00 | $ 18,150.00 | | | $ 5,249.54 | POC; LSA | $ 5,249.54 | $ 12,900.46 | | $ - | | 1.12% | $ 6,114.21 |
| STEVEN R. BALD | Steve Bald | 69-399 | $ 40,000.00 | $ 40,000.00 | | | $ 11,691.46 | POC | $ 11,691.46 | $ 28,308.54 | | $ - | | 2.46% | $ 13,416.90 |
| The Mennco Properties, Llc. Solo 401k Plan (Robert Mennella) | Mennco Properties LLC Solo 401k | 69-905 | $ 14,200.00 | $ 14,200.00 | | | $ 4,106.17 | POC | $ 4,106.17 | $ 10,093.83 | | $ - | | 0.88% | $ 4,784.00 |
| Valery Lipenko | Valmar, PLC | 69-517 | $ 25,000.00 | $ 25,000.00 | | | $ 8,801.79 | LSA | $ 8,801.79 | $ 16,198.21 | | $ - | | 1.41% | $ 7,677.18 |
| Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA | iPlan Group Agent for Custodian FBO Vladimir Matviishin IRA | 69-1294 | $ 150,000.00 | $ 150,000.00 | | | $ 42,124.67 | POC | $ 42,124.67 | $ 107,875.33 | | $ - | | 9.36% | $ 51,127.78 |
| | | | $ 1,687,032.74 | $ 1,633,179.60 | $ 10,000.00 | | | | | $ 1,152,083.65 | | $ 10,000.00 | | 100% | $ 546,032.95 |