Ex. 2 -Investor Lender Distributions
7255-57 S Euclid Avenue (Property 73)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $606,610.11) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alton Motes and Vicki Elaine Washburn JTWROS | Alton P. Motes and Zeda L. Motes Trust | 73-2042 | $ 60,000.00 | $ 47,500.00 | | | $ 17,156.67 | LSA | $ 17,156.67 | $ 30,343.33 | | $ - | The Receiver recommends disallowing $12,500 partial return of principal | 3.41% | $ 20,683.94 |
| Asians Investing In Real Estate LLC | Asians Investing In Real Estate LLC | 73-503 | $ 60,000.00 | $ 60,000.00 | | | $ 18,756.07 | POC; LSA; DIS | $ 18,756.07 | $ 41,243.93 | | $ - | | 4.63% | $ 28,114.48 |
| Bolanle Addo | Madison Trust Company Custodian FBO Bolanle Addo M1604003 | 73-181 | $ 50,000.00 | $ 50,000.00 | | | $ 14,047.15 | LSA; DIS | $ 14,047.15 | $ 35,952.85 | | $ - | | 4.04% | $ 24,507.75 |
| City of Chicago | City of Chicago | 73-693 | $ 1,647.65 | $ - | $ 1,647.65 | | $ - | | $ - | $ - | | $ 1,647.65 | | 0.00% | $ - |
| Conrad Hanns | Conrad Hanns | 73-504 | $ 50,000.00 | $ 50,000.00 | | | $ 13,047.15 | LSA | $ 13,047.15 | $ 36,952.85 | | $ - | | 4.15% | $ 25,189.41 |
| Eco2 Capital Inc. | Eco2 Capital Inc. | 73-1332 | $ 50,000.00 | $ 50,000.00 | | | $ 14,630.46 | LSA | $ 14,630.46 | $ 35,369.54 | | $ - | | 3.97% | $ 24,110.12 |
| Frances D Cook Millennium Trust Company | Inspira Financial Custodian FBO Frances D Cook | 73-539 | $ 6,000.00 | $ 6,000.00 | | | $ 1,685.67 | POC; LSA | $ 1,685.67 | $ 4,314.33 | | $ - | | 0.48% | $ 2,940.92 |
| Frank and Laura Sohm | Frank and Laura Sohm | 73-906 | $ 35,300.00 | $ 35,300.00 | | | $ 10,328.26 | POC; LSA | $ 10,328.26 | $ 24,971.74 | | $ - | | 2.81% | $ 17,022.32 |
| Fredric R. Gottlieb | Fredric R. Gottlieb, Revocable Trust, DTD 7/31/08 | 73-1212 | $ 60,000.00 | $ 60,000.00 | | | $ 17,569.17 | POC; DIS | $ 17,569.17 | $ 42,430.83 | | $ - | | 4.77% | $ 28,923.55 |
| John Witzigreuter | John Witzigreuter | 73-729 | $ 50,000.00 | $ - | $ 50,000.00 | | $ 8,213.85 | LSA | $ 8,213.85 | $ - | | $ 41,786.15 | Claimant agreed to rollover this loan to SSDF1 in June 2017 (Claim 901-729) | 0.00% | $ - |
| Johnny Colson | Johnny Colson | 73-108 | $ 50,000.00 | $ 50,000.00 | | | $ 14,047.15 | POC; DIS | $ 14,047.15 | $ 35,952.85 | | $ - | | 4.04% | $ 24,507.75 |
| Joseph P. McCarthy | Joseph P. McCarthy | 73-1367 | $ 40,000.00 | $ - | $ 40,000.00 | | $ 8,428.95 | LSA | $ 8,428.95 | $ - | | $ 31,571.05 | Claimant agreed to rollover this loan to SSDF4 in November 2017 (Claim 904-1367) | 0.00% | $ - |
| Katie Whitlock | Katie Whitlock | 73-942 | $ 50,000.00 | $ 50,000.00 | | | $ 14,630.48 | LSA | $ 14,630.48 | $ 35,369.52 | | $ - | | 3.97% | $ 24,110.11 |
| Kelly E. Welton | iPlanGroup Agent for Custodian FBO Kelly Lewis Roth 3320302 | 73-310-1 | $ 1,400.00 | $ 1,400.00 | | | $ 306.85 | LSA | $ 306.85 | $ 1,093.15 | | $ - | | 0.12% | $ 745.16 |
| Kelly E. Welton | iPlanGroup Agent for Custodian FBO Kelly Lewis IRA #3300326 | 73-310-2 | $ 5,000.00 | $ 5,000.00 | | | $ 1,098.47 | LSA | $ 1,098.47 | $ 3,901.53 | | $ - | | 0.44% | $ 2,659.53 |
| Kelly E. Welton | Equity Trust Company Custodian FBO Kelly Lewis IRA #200271700 | 73-310-3 | $ 2,000.00 | $ 2,000.00 | | | $ 493.45 | LSA | $ 493.45 | $ 1,506.55 | | $ - | | 0.17% | $ 1,026.96 |
| Kenneth L. Jorgensen | iPlan Group Agent for Custodian FBO Ken Jorgenson IRA | 73-194 | $ 51,544.00 | $ 51,544.00 | $ 8,456.00 | $ 10,185.09 | $ 14,421.06 | POC; DIS | $ 24,606.15 | $ 26,937.85 | | $ 8,456.00 | Amount in pre-rollover distributions field is return on unsecured promissory note | 3.03% | $ 18,362.55 |
| Kevin Scheel as Agent/Owner of US Freedom Investments, LLC | US Freedom Investments, LLC | 73-1234 | $ 25,000.00 | $ - | $ 25,000.00 | | $ 4,106.99 | DIS | $ 4,106.99 | $ - | | $ 20,893.01 | Claimant agreed to rollover this loan to SSDF1 in August 2017 (Claim 901-1234) | 0.00% | $ - |
| Madison Trust Company Custodian FBO James R Robinson Traditional IRA Acct# 1705044 | Madison Trust Company Custodian FBO James R Robinson Traditional IRA Acct# 1705044 | 73-1406 | $ 60,000.00 | $ 60,000.00 | | | $ 18,700.00 | POC | $ 18,700.00 | $ 41,300.00 | | $ - | | 4.64% | $ 28,152.70 |
| Mark Young | Mark Young | 73-1154 | $ 40,000.00 | $ 40,000.00 | | | $ 11,500.00 | DIS | $ 11,500.00 | $ 28,500.00 | | $ - | | 3.20% | $ 19,427.41 |
| Michael Borgia IRA | iPlanGroup Agent for Custodian FBO Michael Borgia IRA | 73-705 | $ 125,000.00 | $ 125,000.00 | | | $ 36,283.00 | POC; LSA | $ 36,283.00 | $ 88,717.00 | | $ - | | 9.97% | $ 60,475.14 |
| Michael C. Jacobs | Michael C. Jacobs | 73-2031 | $ 25,000.00 | $ 25,000.00 | | | $ 2,666.64 | POC; LSA | $ 2,666.64 | $ 22,333.36 | | $ - | | 2.51% | $ 15,223.84 |
| Paul N. Wilmesmeier | Paul N. Wilmesmeier | 73-300 | $ 25,000.00 | $ 25,000.00 | | | $ 7,315.36 | POC; LSA | $ 7,315.36 | $ 17,684.64 | | $ - | | 1.99% | $ 12,054.97 |
| Rita Deierlein | The Entrust Group, Inc. FBO Rita Deierlein Roth IRA 01-38102 | 73-260 | $ 32,000.00 | $ 32,000.00 | | | $ 8,990.15 | LSA | $ 8,990.15 | $ 23,009.85 | | $ - | | 2.59% | $ 15,684.97 |
| Robert Houston | iPlanGroup Agent for Custodian FBO Robert Houston IRA | 73-213 | $ 50,000.00 | $ 50,000.00 | | | $ 13,297.15 | POC; LSA | $ 13,297.15 | $ 36,702.85 | | $ - | | 4.12% | $ 25,018.99 |
| Robert R. Cook Principle Assets LLC | Principle Assets LLC | 73-659 | $ 7,056.00 | $ 7,056.00 | | | $ 2,064.54 | LSA | $ 2,064.54 | $ 4,991.46 | | $ - | | 0.56% | $ 3,402.50 |
| Sidney Glenn Willeford II | Sidney Glenn Willeford II | 73-1083 | $ 75,000.00 | $ 75,000.00 | | | $ 21,445.83 | LSA | $ 21,445.83 | $ 53,554.17 | | $ - | | 6.02% | $ 36,505.92 |

Ex. 2 -Investor Lender Distributions
7255-57 S Euclid Avenue (Property 73)

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover or UPN Distributions | Distributions Received on Property | Source of Distribution | Distributions Received on Property | Max Potential Dist (Proceeds of Sales) | Distributions Received on Unsecured Claim | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Investor-Lender Max Distributions | Distribution from Sales Proceeds (Share of $606,610.11) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sounjay K. Gairola Revocable Trust (Sounjay K. Gairola Trustee) | Sounjay K. Gairola Revocable Trust (Sounjay K. Gairola Trustee) | 73-1439 | $ 60,000.00 | $ 60,000.00 | | | $ 1,669.79 | POC | $ 1,669.79 | $ 58,330.21 | | $ - | | 6.55% | $ 39,761.57 |
| Teresita M. Shelton | iPlanGroup Agent for Custodian FBO Terri Shelton IRA #3301003 | 73-330 | $ 27,724.00 | $ 27,724.00 | | $ 3,672.15 | $ 3,040.43 | LSA | $ 6,712.58 | $ 21,011.42 | | $ - | Pro-rata share of pre-rollover distributions on loan secured by 4611 S Drexel | 2.36% | $ 14,322.72 |
| Terry M McDonald and Rhonda R McDonald | Terry M McDonald and Rhonda R McDonald | 73-124 | $ 50,000.00 | $ 50,000.00 | | | $ 14,297.15 | LSA | $ 14,297.15 | $ 35,702.85 | | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 4.01% | $ 24,337.33 |
| Tolu Makinde | Tolu Makinde | 73-370 | $ 25,000.00 | $ 25,000.00 | | | $ 6,732.00 | POC | $ 6,732.00 | $ 18,268.00 | | $ - | | 2.05% | $ 12,452.63 |
| Vladimir Matviishin | Vladimir Matviishin | 73-233 | $ 50,000.00 | $ 50,000.00 | | | $ 11,344.39 | LSA | $ 11,344.39 | $ 38,655.61 | | $ - | | 4.34% | $ 26,350.12 |
| Vladimir Matviishin, dba Network Expert | Vladmir Matviishin | 73-1387 | $ 50,000.00 | $ - | | | | LSA | $ - | $ - | | $ - | This is a duplicate of Claim No. 73-233 | 0.00% | $ - |
| Wesley Pittman | Pittman Gold, LLC | 73-469 | $ 14,700.00 | $ 14,700.00 | | | $ 4,301.38 | LSA | $ 4,301.38 | $ 10,398.62 | | $ - | | 1.17% | $ 7,088.36 |
| William H. Akins, Jr. | Bill Akins | 73-2003 | $ 50,000.00 | $ 50,000.00 | | | $ 15,604.17 | LSA | $ 15,604.17 | $ 34,395.83 | | $ - | | 3.87% | $ 23,446.38 |
| | | | $ 1,414,371.65 | $ 1,235,224.00 | $ 125,103.65 | | | | | $ 889,896.72 | | $ 104,353.86 | | 100.00% | $ 606,610.11 |