UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) Civil Action No. 18-cv-5587 |
| v. | ) Hon. Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Magistrate Judge Young B. Kim |
| Defendants. | ) |

## NOTICE OF MOTION

Please take notice that on Tuesday, September 16, 2025 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Receiver's Motion for Entry of Judicial Order Directing Disbursement of Earnest Money Held in Strict Joint Order Escrow.**

Dated: September 9, 2025                Kevin B. Duff, Receiver

By:  /s/ Michael Rachlis
Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the foregoing **Notice of Motion** and **Receiver's Motion for Entry of Judicial Order Directing Disbursement of Earnest Money Held in Strict Joint Order Escrow** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing to be served upon First American Title Insurance Company c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 by mail and by electronic service on titleindemnity.warrenville.il@firstam.com.

I further certify that the **Notice** and **Motion** will be posted to the Receivership webpage at: http://rdaplaw.net/receivership-for-equitybuild

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net