UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

Case No.: 1:18−cv−05587
Honorable Manish S. Shah

Equitybuild, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, the Receiver's Twenty−Eighth Interim Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver and Receivers Retained Professionals [1909] and Motion to Approve Additional Group 7 Distribution and Transfer of Funds from Receivers Account[1914] are granted. The Receiver is directed to submit proposed orders on the motions to proposed_order_shah@ilnd.uscourts.gov. Discovery motions [1746] and [1783] are terminated as moot. Any objections to the Receiver's Motion for Entry of Judicial Order Directing Disbursement of Earnest Money Held in Strict Joint Order Escrow [1916] must be filed by 9/17/25, and no appearance on the motion on 9/16/25 is necessary. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.