*Exhibit A to 28th Fee Application Distribution Order*

| Prop # | Property Address | Account No. | Total Fees Allocated | 20% Holdback | Approved Interim Distribution Amount |
|---|---|---|---|---|---|
| 4 | 5450-52 S Indiana Avenue | 371 | $18,692.25 | $3,738.45 | $14,953.80 |
| 5 | 7749-59 S Yates Boulevard | 231 | $18,321.95 | $3,664.39 | $14,657.56 |
| Total | | | 37,014.20 | 7,402.84 | 29,611.36 |