**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:18-cv-5587 |
| v. | Hon. Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | |
| Defendants. | |

**ORDER APPROVING ADDITIONAL GROUP 7 DISTRIBUTION AND
TRANSFER OF FUNDS FROM RECEIVER'S ACCOUNT**

WHEREAS, this matter came before the Court on the Motion filed by Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen ("Receiver"), for approval of a distribution on claim 69-244 submitted by claimant La Donna Wright Acklen ("Acklen"), and the related transfer of funds from the Receiver's account to the account held for 6250 S Mozart Street ("Property 69") (Dkt. 1914, the "Motion");

WHEREAS, no objections to the Motion were filed with the Court; and

WHEREAS, on September 12, 2025, the Court entered a minute order granting the Motion (Dkt. 1918);

NOW, THEREFORE, the Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and ORDERS:

1.    The Motion is GRANTED.

1

2. As soon as such transfer and distribution can be reasonably achieved, the Receiver shall take the following action in resolution of claim 69-244 against Property 69:

    a) transfer $6,417.83 from the Receiver's account to the account held for Property 69; and thereafter

    b) distribute $18,629.88 from the account held for Property 69 to claimant La Donna Wright Acklen for claim 69-244.

3. Following the distribution ordered herein, any remaining balance of the property account for Property 69, including any interest hereafter accruing, shall be transferred to the Receiver's account for use in the administration of the Receivership Estate and/or as otherwise ordered by the Court.

Entered:

Manish S. Shah
United States District Court Judge

Date: September 10, 2025