UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |  |
| Plaintiff, | ) ) | Civil Action No. 18-cv-5587 |
| v. | ) ) ) | Judge Manish Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER DIRECTING RELEASE AND DELIVERY
OF EARNEST MONEY DEPOSITS HELD IN ESCROW**

WHEREAS, this matter came before the Court on the Motion filed by Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen ("Receiver"), for entry of an Order directing the transfer of monies from escrow account(s) held at First American Title Insurance Company ("Escrowee") to the Receiver's account (Dkt. 1916, the "Motion");

WHEREAS, on September 10, 2025, the Court set a deadline of September 17, 2025 for the filing of any objections to the Motion (Dkt. 1918);

WHEREAS, no objections to the Motion were filed with the Court; and

NOW, THEREFORE, the Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and ORDERS:

1

1. The Motion (Dkt. 1916) is GRANTED.

2. First American Title Insurance Company is directed to release and deliver, without delay, to Kevin B. Duff, as Receiver for the Estate of EquityBuild, Inc., all earnest money deposited in the fall of 2019 to escrow account numbers 2964652 and 2964570 by Ventus Holdings, LLC or Ventus Merrill, LLC, in connection with the prospective acquisitions of 7600-10 South Kingston Avenue, 7656 South Kingston Avenue, and 6949-59 South Merrill Avenue.

3. The Receiver is directed to deposit, without delay, all funds received from First American Title Insurance Company in accordance with this Order into the Receiver's account for use in the administration of the Receivership Estate and/or for distribution to claimants as ordered by the Court.

Entered:

Manish S. Shah
United States District Court Judge

Date: September 24, 2025