# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission, et al.

            Plaintiff,

v.

Case No.: 1:18−cv−05587

Honorable Manish S. Shah

Equitybuild, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

    MINUTE entry before the Honorable Manish S. Shah: No appearance on 10/1/25 is necessary. The receiver should submit a proposed order to proposed_order_shah@ilnd.uscourts.gov. If no objections are filed by 10/1/25, the motion to approve settlement with Bauer Latoza Studio will be granted. The modest settlement and immediate payment of claim that would otherwise fall under Group 10 will allow all other claims to get resolved sooner and is a reasonable compromise in the interests of the receivership. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.