**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

                Case No.: 1:18−cv−05587
                Honorable Manish S. Shah

Equitybuild, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

    MINUTE entry before the Honorable Manish S. Shah: The court modifies, or clarifies, the General Order stay to allow the receiver to continue his efforts to manage the assets of the receivership, pursue and defend claims on behalf of the receivership estate, and attempt to compromise or settle claims. To the extent the participation of the SEC is necessary to any issue, the general stay due to the lapse in appropriations may apply. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.