UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Judge Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) ) | |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE
SETTLEMENT WITH BAUER LATOZA STUDIO LTD.**

WHEREAS, this matter came before the Court on the Receiver's Motion to Approve Settlement with Bauer Latoza Studio Ltd. (Dkt. 1922) (the "Motion").

WHEREAS, the Receiver served a copy of the Motion upon all parties receiving notice in this case via this Court's CM/ECF system, and also by electronic mail to all known individuals or entities that submitted a proof of claim in this action.

WHEREAS, the Receiver also posted a copy of the Motion to the Receivership webpage at https://rdaplaw.net/equitybuild-receivership/.

WHEREAS, pursuant to the Court's Order entered September 29, 2025 (Dkt. 1924), objections to the relief requested in the Motion were due on or before October 1, 2025.

WHEREAS, no objections have been filed.

WHEREAS, the SEC consented to the relief requested in the Motion.

NOW, THEREFORE, the Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and ORDERS:

1. The Motion (Dkt. 1922) is GRANTED.

2. The Settlement is fair and reasonable and in the best interest of the Receivership Estate.

3. Within 7 days of the entry of this order, Bauer Latoza shall file a motion to dismiss *Bauer Latoza Studio Ltd. v. EquityBuild, Inc.*, Case No. 2019-L-000787 (the "Circuit Court Action") with prejudice, in a format that has been approved by the Receiver.

4. Within 7 days of entry of an order dismissing the Circuit Court Action with prejudice, the Receiver shall pay, from the Receiver's account, $2,500.00 to Bauer Latoza in full settlement of its claims.

5. Without either party admitting liability or the validity of any claim, all disputes of any kind or nature between the Receiver, the Receivership Estate, and Bauer Latoza are hereby released, compromised, and waived such that Bauer Latoza will receive nothing further from the Receivership Estate.

6. Neither Bauer Latoza nor the Receiver will appeal from or collaterally attack any rulings associated with Bauer Latoza's claims in this matter.

Entered:

Manish S. Shah
United States District Court Judge

Date: October 8, 2025