IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EQUITYBUILD, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-5587<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Andrew McClain, the undersigned attorney, files this notice of withdrawal of appearance on behalf of the following entities (collectively, the "Entities"):

- Sabal Capital Operations, LLC, as successor in interest to Sabal TL1, LLC;

- Federal National Mortgage Association;

- Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2014-LC16, Commercial Mortgage Pass-Through Certificates, Series 2014-LC16;

- U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB30;

- U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2017-SB41;

- U.S. Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB50; and

- Citibank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48.

Mr. McClain will be leaving Dentons US LLP for other employment and is withdrawing from the above-captioned case on behalf of the Entities. This withdrawal is in accordance with Local Rule 83.17, which provides that "substitutions or additions may be made without motion where both counsel are of the same firm." Jill Nicholson is an attorney at Dentons US LLP, who has appearances of record on behalf of the Entities and will continue to represent the Entities in this case. Mr. McClain respectfully requests termination of electronic service and notices to Andrew McClain by CM/ECF pursuant to Section II.B.6 of the Administrative Procedures for the CM/ECF System. All future notices pursuant to this matter shall be served on:

>Jill L. Nicholson (jill.nicholson@dentons.com)
>DENTONS US LLP
>233 South Wacker Drive, Suite 5900
>Chicago, IL 60606-6361
>Tel: (312) 876-8000

Dated: November 5, 2025　　　　　　　　　Respectfully submitted,

>*/s/ Andrew McClain*
>Andrew T. McClain (ARDC#: 6313453)
>(andrew.mcclain@dentons.com)
>Dentons US LLP
>233 South Wacker Drive, Ste. 5900
>Chicago, IL 60606
>Ph: (312) 876-8000
>Fax: (312) 876-7934

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Andrew McClain*
Andrew McClain