**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

United States Securities and Exchange
Commission, et al.

                                                          Plaintiff,

v.                                                                           Case No.:
                                                                         1:18−cv−05587
                                                                         Honorable Manish S.
                                                                         Shah

Equitybuild, Inc., et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 5, 2025:

      MINUTE entry before the Honorable Manish S. Shah: An in−court status hearing is set for 1/15/26 at 10:30 a.m. Counsel intending to address the court must be present in person. Anyone wishing to listen to the proceedings may do so by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.