UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-5587 |
| v. ) ) | Hon. Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) ) | |

**NOTICE OF MOTION**

Please take notice that on Thursday, January 15, 2026 at 10:30 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present Receiver's Motion to Approve Settlement of State Court Action.

Dated: January 5, 2026                  Kevin B. Duff, Receiver

                                         By:   /s/ Michael Rachlis
                                                     Michael Rachlis
                                                     Rachlis Duff & Peel, LLC
                                                     542 South Dearborn Street, Suite 900
                                                     Chicago, IL 60605
                                                     Phone  (312) 733-3950
                                                     Fax     (312) 733-3952
                                                     mrachlis@rdaplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing **Notice of Motion** and **Receiver's Motion to Approve Settlement of State Court Action** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. Copies of the foregoing were served upon counsel of record via the CM/ECF system and by electronic mail upon:

> Michael S. Keating
> mkeating@keatinglegal.com
> Keating Law Offices
> 20 South Clark Street, Suite 2301
> Chicago, IL 60603
> *Counsel for Estate of Valerie Pennington*

I further certify that I caused a true and correct copy of the foregoing to be served upon all claimants who have submitted claims in this matter by electronic mail.

I further certify that the **Motion** will be posted to the Receivership webpage at: https://rdaplaw.net/equitybuild-receivership/

/s/ Michael Rachlis

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax     (312) 733-3952
mrachlis@rdaplaw.net