# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE



CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

January 16, 2026

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

| | |
|---|---|
| No. 24-2254 | SECURITIES AND EXCHANGE COMMISSION,<br>　　　Plaintiff<br><br>v.<br><br>EQUITYBUILD FINANCE, LLC and EQUITYBUILD, INC.,<br>　　　Defendants<br><br>and<br><br>KEVIN B. DUFF, et al.,<br>　　　Appellee<br><br>APPEAL OF: SHATAR CAPITAL PARTNERS |

**Originating Case Information:**
District Court No: 1:18-cv-05587
Northern District of Illinois, Eastern Division
District Judge Manish S. Shah

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                              No record to be returned

form name: **c7_Mandate**    (form ID: **135**)