# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 8, 2026

**Before**

MICHAEL B. BRENNAN, *Chief Judge*

JOSHUA P. KOLAR, *Circuit Judge*

NANCY L. MALDONADO, *Circuit Judge*

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 24-2254

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *and* | No. 1:18-cv-05587 |
| KEVIN B. DUFF, Receiver, *et al.*,<br>*Appellees,* | Manish S. Shah,<br>*Judge.* |
| *v.* | |
| EQUITYBUILD, INC., *et al.*,<br>*Defendants.* | |

APPEAL OF: SHATAR CAPITAL PARTNERS.

**O R D E R**

Appellant Shatar Capital Partners filed a petition for rehearing and for rehearing en banc on December 18, 2025. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all members of the original panel have voted to deny panel rehearing[1]. It is therefore ordered that the petition for rehearing and for rehearing en banc is DENIED.

---

[1] Circuit Judges John Z. Lee and Rebecca Taibleson did not participate in the consideration of this petition for rehearing en banc.