# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 4, 2025

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

MICHAEL B. BRENNAN, *Chief Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 24-2254 | SECURITIES AND EXCHANGE COMMISSION,<br>            Plaintiff—Appellee,<br><br>and<br><br>KEVIN B. DUFF, Receiver, et al.,<br>            Appellees,<br><br>v.<br><br>EQUITYBUILD, INC., et al.,<br>            Defendants<br><br>APPEAL OF: SHATAR CAPITAL PARTNERS |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-05587<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: c7_FinalJudgment    (form ID: 132)