**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

United States Securities and Exchange Commission, et al.

                Plaintiff,

v.

                Case No.: 1:18−cv−05587
                Honorable Manish S. Shah

Equitybuild, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The Receiver's Motions to Approve Settlement of State Court Action [1938] and the Twenty−Ninth Interim Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver and Receivers Retained Professionals [1932] are granted. The Receiver is directed to submit corresponding proposed orders to proposed_order_shah@ilnd.uscourts.gov. The court expects to set any necessary hearings after the receiver's quarterly status report due 4/30/26. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.