## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) |  |
| **Plaintiff,** | ) ) | **Civil Action No. 18-cv-5587** |
| **v.** | ) ) | **Judge Manish S. Shah** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | ) ) ) ) | **Magistrate Judge Young B. Kim** |
| **Defendants.** | ) ) ) |  |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE
## SETTLEMENT OF STATE COURT ACTION

WHEREAS, this matter came before the Court on the Receiver's Motion to Approve Settlement with Jerrine Pennington, as Special Administrator for the Estate of Valerie Pennington, Deceased ("Pennington") (Dkt. 1938) (the "Motion").

WHEREAS, the Receiver served a copy of the Motion upon all parties receiving notice in this case via this Court's CM/ECF system, and also by electronic mail to counsel for Pennington and to all known individuals or entities that submitted a proof of claim in this action;

WHEREAS, the Receiver also posted a copy of the Motion to the Receivership webpage at https://rdaplaw.net/equitybuild-receivership/;

WHEREAS, no objections to the Motion have been filed; and

WHEREAS, the SEC consented to the relief requested in the Motion.

NOW, THEREFORE, the Court, having considered the Motion and the record of this receivership case and being otherwise duly advised in the premises, hereby finds and ORDERS:

1. The Settlement between the Receiver and Pennington is fair, reasonable, and in the best interests of the Receivership Estate.

2. Adequate and fair notice of the Settlement was provided to all interested and potentially interested parties of the current motion.

3. Without either party admitting liability or the validity of any claim, all disputes of any kind or nature between the Receiver, the Receivership Estate, and Pennington are hereby released, compromised, and waived such that Pennington will receive nothing further from the Receivership Estate.

4. Consistent with the Motion, within seven (7) days of the entry of this Order, Pennington will file a motion to dismiss with prejudice the matter captioned *Jerrine Pennington as Special Administrator of the Estate of Valerie Pennington, Deceased v. 4533-47 Calumet LLC, 4533-37 S Calumet LLC, and WPD Management, LLC*, Case No. 2021 L 010115 (Cir. Ct. Cook County), in a format that has been approved by the Receiver, and within seven (7) days of entry of an order dismissing the Circuit Court Action with prejudice, the Receiver will pay thirty thousand dollars ($30,000) from the Receiver's account, by check payable to Jerrine Pennington on behalf of the Estate of Valerie Pennington, Deceased, and Keating Law Offices, P.C., in full settlement of their claims;

5. Neither Pennington nor the Receiver will appeal from or collaterally attack any rulings associated with Pennington's claims in this matter.

Entered:

Manish S. Shah
United States District Court Judge

Date: <u>January 21, 2026</u>