**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | **Civil Action No. 18-cv-5587** |
| **Plaintiff,** ) | |
| ) | **Hon. Manish S Shah** |
| **v.** ) | |
| ) | **Mag. Judge Young B. Kim** |
| **EQUITYBUILD, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO LIFT STAY AND FOR APPROVAL OF AMENDED ORDER**
**APPROVING DISTRIBUTION OF PROCEEDS FROM THE SALES OF**
**5450-52 S INDIANA AVENUE (PROPERTY 4) AND**
**7749-59 S YATES BOULEVARD (PROPERTY 5)**

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc. ("EquityBuild"), EquityBuild Finance, LLC ("EquityBuild Finance"), their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), hereby moves to lift the stay of distribution of the proceeds from Group 2 properties 5450-52 S Indiana Avenue (Property 4) and 7749-59 S Yates Boulevard (Property 5), and for approval of the Amended Distribution Order attached hereto as Exhibit A. In support of his motion, Receiver states as follows:

1. On July 15, 2024, this Court entered and Order Approving Distribution of Proceeds from the Sales of Group 2 Properties 1, 4, 5, and 79. (Dkt. 1699)

2. On July 17, 2024, Shatar Capital Partners ("Shatar") filed a Notice of Appeal regarding the Court's July 15, 2024 Order with respect to Properties 4 and 5 only (Dkt. 1708) and a Motion to Stay distributions on these properties pending the appeal (Dkt. 1710).

3.      On September 11, 2024, the Court entered an Order granting Shatar's motion in part and staying the distributions with respect to Properties 4 and 5 pending the appeal. (Dkt. 1750)

4.      On December 4, 2025, the Seventh Circuit affirmed the Court's ruling with respect to Properties 4 and 5 (Dkt. 1942); on January 8, 2026, the appellate court denied Shatar's petition for rehearing and for rehearing *en banc* (Dkt. 1941); and on January 16, 2026, the appellate court issued its mandate (Dkt. 1940).

5.      Accordingly, the Receiver requests that the Court enter an order lifting the stay and finding that distribution of the proceeds from the sales of Properties 4 and 5 may proceed.

6.      Due to occurrences since the entry of the Court's July 15, 2024 Order (Dkt. 1699), however, the Receiver submits the attached Amended Proposed Order, which seeks to amend the Court's Order, with respect to Properties 4 and 5 only, in the following respects:

    a.  The net proceeds available for distribution for each of Properties 4 and 5 has been adjusted to reflect the balances through February 2, 2026 in the segregated accounts held by the Receiver for those properties, after application of interest earned and fees allocated to the properties since the entry of the Court's July 15, 2024 Order.

    b.  Estimated 2026 fees for the preparation of this motion, the Amended Distribution Order, and the distribution of the proceeds from the sale of Properties 4 and 5 to claimants have been included in Exhibits 1 and 2 to the proposed Amended Distribution order.

    c.  The following two claims asserting an interest in Property 4, which the Receiver identified as being part of Group 2 following entry of the July 15, 2024 Order, have been added to Exhibit 1 to the Proposed Order:

     i.    Madison Trust Company custodian FBO Anjanette Comer IRA M1609089 (Claim 4-612); and

     ii.    First Western Properties (Claim 4-891).

d.   The Receiver has changed his recommendation with respect to another claim asserting an interest in Property 4 submitted by Paul Harrison (Claim 4-2026), based upon further review of EquityBuild, Inc.'s records. Mr. Harrison was notified of the Receiver's amended recommendation on April 14, 2025, which he did not oppose. (*See* Exhibit B hereto)

e.   The following two claims asserting an interest in Property 5, which the Receiver identified as being part of Group 2 following entry of the July 15, 2024 Order, have been added to Exhibit 2 to the Proposed Order:

     i.    JS Investment Trust (Claim 5-2074); and

     ii.    Inspira Financial Trust FBO Rebeca E. Savory-Romero IRA Acct. 15528-11 (Claim 5-804).

7.    These added claims and the amended claim were not before the Court prior to entry of its Memorandum Opinion on Group 2 claims (Dkt. 1679) or its Order Approving Group 2 Distributions (Dkt. 1699).

8.    A clean copy of the proposed order in MS Word format will be sent by electronic mail to Proposed_Order_Shah@ilnd.uscourts.gov.

WHEREFORE, the Receiver requests that the Court:

(a)    lift its order staying distributions to claimants asserting a secured interest in the proceeds from the sales of Properties 4 and 5 (Dkt. 1750);

(b)     provide an opportunity for claimants asserting an interest in these properties to object to the foregoing additional and revised recommendations regarding claims against Properties 4 and 5, that are set forth in Exhibits 1 and 2 to the proposed Amended Distribution Order;

(c)     find that either there have been no objections to the revised recommendations or that any objections are overruled;

(d)     approve the estimated fees for work performed after December 31, 2025; and

(e)     enter the proposed Amended Distribution Order that is attached as Exhibit A hereto.

Dated:  February 6, 2026                          Respectfully submitted,

                                                  Kevin B. Duff, Receiver

                                                  /s/ Michael Rachlis
                                                  Michael Rachlis (mrachlis@rdaplaw.net)
                                                  Jodi Rosen Wine (jwine@rdaplaw.net)
                                                  Rachlis Duff & Peel LLC
                                                  542 South Dearborn Street, Suite 900
                                                  Chicago, IL 60605
                                                  Phone (312) 733-3950

                                                  *Counsel for Kevin B. Duff, Receiver*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I provided service of the foregoing **Motion to Lift Stay and for Approval of Amended Order Approving Distribution of Proceeds From the Sales of 5450-52 S Indiana Avenue (Property 4) and 7749-59 S Yates Boulevard (Property 5)**, via ECF filing, to all counsel of record on February 6, 2026.

I further certify that I caused true and correct copies of the foregoing to be served upon all known individuals or entities that submitted a proof of claim in this action (sent to the e-mail address each claimant provided on the claim form and subsequently updated).

I further certify that the Motion will be posted to the Receivership webpage at:

https://rdaplaw.net/equitybuild-receivership/

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

5

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

        v.

EQUITYBUILD, INC., et al.,

        Defendants.

Case No. 1:18-cv-5587

Hon. Manish S. Shah

**[PROPOSED] ORDER APPROVING DISTRIBUTION OF PROCEEDS
FROM THE SALES OF GROUP 2 PROPERTIES 4 AND 5**

Pursuant to this Court's Memorandum Opinion and Order (Dkt. 1679) determining the priority of claimants to liquidated funds from the 5450-52 S Indiana Avenue ("5450 Indiana" or "Property 4"), and 7749-59 S Yates Boulevard ("7749 Yates" or "Property 5"), (collectively, the "Subject Properties"), the Court hereby amends its July 15, 2024 order (Dkt. 1699) in part and ORDERS:

1.      Following due notice to all potentially interested claimants:

    a)   7749 Yates was sold by the Receiver free and clear of all liens pursuant to the Court's Order entered February 21, 2020 (Dkt. 633); and

    b)   5450 Indiana was sold by the Receiver free and clear of all liens pursuant to the Court's Order entered June 16, 2020 (Dkt. 715).

2.      Pursuant to the foregoing Orders, the net proceeds from the sale of these Group 2 Properties were deposited into a separate interest-bearing account for each property. Additionally, pursuant to the Court's Orders (Dkt. 796, 1372, 1433, 1452, 1504), additional funds

were transferred into or out of these accounts, and all such additions and subtractions have been detailed in the Receiver's quarterly status reports. (Dkt. 624, 698, 757, 839, 930, 985, 1017, 1077, 1164, 1243, 1280, 1328, 1379, 1448, 1516, 1535, 1589, 1652, 1722, 1771, 1837, 1876, 1906, 1930, 1947) The balances in the accounts held by the Receiver for each property as of February 2, 2026 are set forth in Exhibits 1 and 2 to this Order.

3.      The Court approved a claims process as to which fair and adequate notice was provided to all potentially interested persons and all were provided a full and fair opportunity to submit claims and supporting information. (*E.g.,* Dkt. 941) The Court also determined that a summary process for adjudication of allegedly competing secured claims as to those properties, addressing claims against groups of properties on a seriatim basis, was necessary, appropriate, and afforded due process to all claimants and interested persons. (*Id.*)

4.      The Court initiated the summary process for the resolution of Group 2 claims in May, 2023, setting a claims process schedule that was later extended by Court order (Dkt. 1476, 1532), and pursuant to that process:

      a)      on November 8, 2023, the Receiver filed his Group 2 Disclosure of his position that the security interest given by EquityBuild, Inc. ("EquityBuild") to (i) Shatar Capital Inc. a/k/a Shatar Capital Partners, 1111 Crest Dr. LLC, Abraham Aaron Ebriani1, Hamid Esmail, and Farsaa Inc. (collectively "Shatar") with respect to 5450 Indiana and 7749 Yates constituted a voidable fraudulent transfer under the Illinois Uniform Fraudulent Transfer Act, 740 ILCS 160 or is otherwise voidable under applicable law (Dkt. 1537);

      b)      on November 29, 2023, Shatar filed a position statement asserting first lien positions on 5450 Indiana and 7749 Yates (Dkt. 1562). Additionally, on the

2

same date, investor lender claimants LMJ Sales (Dkt. 1553), Kirk Road Investments LLC (Dkt. 1558), and Certain Individual Investors (Dkt. 1564), filed position statements with respect to Group 2 properties 4 and/or 5, in which they asserted an interest, and on December 4, 2023, the Receiver filed additional position statements that had been submitted directly to the Receiver by other investor-lender claimants (Dkt. 1566);

c) on December 20, 2023, the Receiver filed his Submission on Group 2 Claims, which included recommendations as to each of the claims asserting an interest in the Subject Properties (Dkt. 1571);

d) on January 10, 2024, Reply Statements were filed by Shatar (Dkt. 1587), Certain Individual Investors (Dkt. 1582), and LMJ Sales & Kirk Road Investments (Dkt. 1584); and

e) on February 22, 2024, the Receiver moved for leave to file a Sur-Response (Dkt. 1602), which motion was granted by the Court on March 1, 2024 (Dkt. 1614).

5. On June 20, 2024, the Court issued a Memorandum Opinion and Order regarding the Group 2 claims relating to the Subject Properties. (Dkt. 1679)

6. On July 15, 2024, the Court entered an Order Approving Distribution of Proceeds from the Sale of Group 2 Properties, including the Subject Properties. (Dkt. 1699)

7. On July 17, 2024, Shatar Capital Partners filed a Notice of Appeal regarding the Court's July 15, 2024 Order (Dkt. 1708) and a Motion to Stay Pending Appeal (Dkt. 1710).

8. On September 11, 2024, the Court entered an Order staying the distributions with respect to the Subject Properties pending the appeal. (Dkt. 1750)

9.      On December 4, 2025, the Seventh Circuit affirmed the Court's ruling with respect to these two Group 2 properties (Dkt. 1942); on January 8, 2026, the appellate court denied Shatar's petition for rehearing and for rehearing *en banc* (Dkt. 1941); and, on January 16, 2026, the appellate court issued its mandate (Dkt. 1940).

10.     Adequate and fair notice has been provided to all interested and potentially interested parties (including lienholders in the chain of title), and these potentially interested parties, including all claimants asserting an interest in the Subject Properties, have had a full and fair opportunity to participate in the claims process established by the Court for the resolution of disputed claims and determination of secured interests.

11.     Adequate and fair notice of the Receiver's motions to approve the allocation of legal fees to estate properties, including the Subject Properties, for the period from August 2018 through June 2022 has been provided to all claimants. (Dkt. 1107, 1321)  All claimants have had a full and fair opportunity to assert their interests and any objections to the allocations in the Receiver's fee allocation motions and to Magistrate Judge Kim's orders granting the Receiver's fee allocation motions and overruling objections thereto (Dkt. 1381, 1419, 1490, 1491).

12.     Adequate and fair notice of the Receiver's fee applications and proposed  fee allocations for the period from July 2022 – September 2025 also has been provided to all claimants.  (Dkt. 1332, 1384, 1478, 1517, 1538, 1594, 1660, 1732, 1789, 1846, 1878, 1909, 1932)  All claimants have had a full and fair opportunity to assert their interests and any objections to the allocations in the Receiver's fee applications for this period.

13.     The findings set forth in the Court's Memorandum Opinion and Order (Dkt. 1679) (which has been affirmed by the Court of Appeals for the Seventh Circuit (161 F.4th 1020

4

(7th Cir. 2025))) are expressly incorporated herein and the Court finds that they have been correctly set forth in the Distribution Plans attached hereto as Exhibits 1-2. Additionally, the Court approves the distributions recommended for Madison Trust Company custodian FBO Anjanette Comer IRA M1609089 (Claim 4-612); First Western Properties (Claim 4-891); JS Investment Trust (Claim 5-2074); and Inspira Financial Trust FBO Rebeca E. Savory-Romero IRA Acct. 15528-11 (Claim 5-804), which were not previously addressed in the Receiver's Submission on Group 2 Claims (Dkt. 1571) or the Court's prior order (Dkt. 1679, 1699). The Court also approves the Receiver's revised recommendation for Paul Harrison (Claim 4-2026).

14. The Court approves the Receiver's recommendation of final distributions as set forth in Exhibits 1 to 2 to this Order. Because the Court intends that this be a final distribution, there will not be any holdbacks of professional fees or expenses associated with the Receiver's fee applications or fee allocation motions upon the distribution of proceeds to claimants. The amounts for professional fees previously ordered to be held back with respect to the Subject Properties, which are set forth in Exhibits 1and 2, are no longer held back and shall be distributed to Rachlis Duff & Peel, LLC as reflected in the Receiver's first through twenty-ninth fee applications. Additionally, the Court approves the payment of fees allocated to the Subject Properties in the Receiver's Thirtieth Fee Application (Dkt. 1948), without holdback, as well as additional fees of $5,000.00 per property to cover reasonably estimated fees incurred after December 31, 2025 through the final distributions on the Subject Properties.

15. Following the distributions ordered herein, any residual interest hereafter accruing shall be transferred to the Receiver's account for use in the administration of the Receivership Estate and/or as otherwise ordered by the Court.

Entered:

_____

Manish S. Shah
United States District Court Judge

Date:_____

Ex. 1 – 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aksel Allouch | Argan Realty LLC | 4-90 | $ 50,000.00 | $ 50,000.00 | | | $ 9,130.60 | $ 9,130.60 | $ 40,869.40 | $ | | 1.86% | $ 34,656.41 |
| Alcalli Sabat (iPlan Group FBO Alcalli Sabat Roth 3320274) | iPlan Group FBO Alcalli Sabat Roth 3320274 | 4-786-2 | $ 10,000.00 | $ 10,000.00 | | | $ 1,839.40 | $ 1,839.40 | $ 8,160.60 | $ | | 0.37% | $ 6,920.02 |
| Alcalli Sabat (iPlanGroup FBO Alcalli Sabat IRA 3300293) | iPlanGroup FBO Alcalli Sabat IRA 3300293 | 4-786-1 | $ 20,000.00 | $ 20,000.00 | | | $ 3,718.93 | $ 3,718.93 | $ 16,281.07 | $ | | 0.74% | $ 13,806.01 |
| Aluvelu Homes LLC | Aluvelu Homes, LLC | 4-879 | $ 20,000.00 | $ 20,000.00 | | | $ 4,102.27 | $ 4,102.27 | $ 15,897.73 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided. | 0.72% | $ 13,480.95 |
| Anjie Comer | Madison Trust Company custodian FBO Anjanette Comer IRA M1609089 | 4-612 | $ 10,000.00 | $ 10,000.00 | | $ 641.69 | $ 1,192.81 | $ 1,834.50 | $ 8,165.50 | $ | This claim was inadvertently omitted from original Group 2 recommendations. Pre-rollover distributions on loan secured by 7508 Essex /2453-59 E 75th. | 0.37% | $ 6,924.18 |
| Annie Chang | Annie Chang | 4-475 | $ 15,000.00 | $ 15,000.00 | | $ 2,956.25 | $ 1,072.50 | $ 4,028.75 | $ 10,971.25 | $ | Pre-rollover distributions on loan secured by 4533 S Calumet. | 0.50% | $ 9,303.39 |
| Arthur and Dinah Bertrand | Arthur L and Dinah F Bertrand | 4-890 | $ 50,000.00 | $ 50,000.00 | | | $ 9,000.00 | $ 9,000.00 | $ 41,000.00 | $ | | 1.87% | $ 34,767.15 |
| Bernadette Chen Eleven St. Felix Street Realty Corp. | Bernadette Chen (Eleven St Felix St. Realty) | 4-2012 | $ 50,000.00 | $ | | | $ | $ | $ | $ | The funds claimant wired for this investment were applied to a loan secured by 8326 S Ellis, as acknowledged by claimant in contemporaneous correspondence. | 0.00% | $ - |
| BLUE MOUNTAIN VENTURES PSP 401K, GEORGE SAMUEL | Blue Mountain Ventures (S/D IRA) | 4-491 | $ 150,000.00 | $ 150,000.00 | | | $ 27,541.66 | $ 27,541.66 | $ 122,458.34 | $ | | 5.58% | $ 103,842.15 |
| Bluebridge Partners Limited | Bluebridge Partners LTD. | 4-727 | $ 100,000.00 | $ 100,000.00 | | | $ 21,177.73 | $ 21,177.73 | $ 78,822.27 | $ | | 3.59% | $ 66,839.66 |
| Bonnie Young | Stephen W and Bonnie L Young Revocable Trust | 4-1223 | $ 50,000.00 | $ 50,000.00 | | | $ 5,822.25 | $ 5,822.25 | $ 44,177.75 | $ | | 2.01% | $ 37,461.82 |
| Bright Venture, LLC | Bright Venture, LLC | 4-84 | $ 40,000.00 | $ 40,000.00 | | | $ 8,204.40 | $ 8,204.40 | $ 31,795.60 | $ | | 1.45% | $ 26,962.01 |
| CLD Construction, Inc. (Doru Unchias) | CLD Construction, Inc. (Doru Unchias) | 4-1454 | $ 2,500.00 | $ | $ 2,500.00 | | $ | $ | $ | $ 2,500.00 | Unsecured trade creditor | 0.00% | $ - |
| David R Trengove | iPlanGroup Agent for Custodian FBO David Trengove IRA Account #3300951 | 4-481 | $ 44,266.00 | $ 44,233.60 | | | $ 8,832.72 | $ 8,832.72 | $ 35,400.88 | $ | | 1.61% | $ 30,019.22 |
| Denise Renee Wilson | Madison Trust Company custodian FBO Denise R. Wilson Account #M1612128 | 4-1492 | $ 90,000.00 | $ 90,000.00 | | | $ 12,295.58 | $ 12,295.58 | $ 77,704.42 | $ | | 3.54% | $ 65,891.75 |
| Distributive Marketing Inc. | Salvatore Guerrieri | 4-806 | $ 50,000.00 | $ 50,000.00 | | | $ 10,205.60 | $ 10,205.60 | $ 39,794.40 | $ | | 1.81% | $ 33,744.83 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald Freers aka Meadows Advisors LLC | Meadows Advisors LLC | 4-72 | $ 50,000.00 | $ 50,000.00 | | | $ 4,838.92 | $ 4,838.92 | $ 45,161.08 | $ | | 2.06% | $ 38,295.66 |
| Douglas Nebel and Narine Nebel | Douglas H. Nebel | 4-1080 | $ 65,000.00 | $ | $ 65,000.00 | | $ 5,775.00 | $ 5,775.00 | $ - | $ 59,225.00 | Claimant agreed to rollover this loan to SSDF4 on 9/1/17 | 0.00% | $ - |
| Ed A Bancroft (iPlan Group FBO Ed Bancroft IRA 3300405) | iPlan Group FBO Ed Bancroft IRA 3300405 | 4-2008-1 | $ 5,800.00 | $ 5,800.00 | | | $ 1,062.00 | $ 1,062.00 | $ 4,738.00 | $ | | 0.22% | $ 4,017.73 |
| Ed A. Bancroft | Ed A. Bancroft | 4-2008-2 | $ 3,171.00 | $ 3,171.00 | | | $ 384.79 | $ 384.79 | $ 2,786.21 | $ | | 0.13% | $ 2,362.65 |
| Erika Dietz IRA account (Madison Trust Company Custodian FBO Erika Dietz Acct # M1612085) | Madison Trust Company Custodian FBO Erika Dietz Account #M1612085 | 4-1301 | $ 102,666.66 | $ 100,000.00 | | | $ 20,511.06 | $ 20,511.06 | $ 79,488.94 | $ | The Receiver recommends disallowing $2,666.66 accrued interest claimant added to principal amount of loan | 3.62% | $ 67,404.98 |
| First Western Properties | First Western Properties | 4-891 | $21,756.00 | $0.00 | $21,756.00 | | $ | $ | $ | $21,756.00 | This claim was inadvertently omitted from original Group 2 recommendations. Unsecured trade creditor. | 0.00% | $ - |
| Girl Cat Capital West LLC, Valentina Salge, President | Girl Cat Capital West LLC | 4-350 | $ 50,000.00 | $ 50,000.00 | | | $ 8,761.76 | $ 8,761.76 | $ 41,238.24 | $ | | 1.88% | $ 34,969.18 |
| Graystone Realty, LLC | Graystone Realty, LLC | 4-1210 | $ 50,000.00 | $ 50,000.00 | | | $ 10,197.27 | $ 10,197.27 | $ 39,802.73 | $ | | 1.81% | $ 33,751.89 |
| Harendra Pal | Harendra Pal | 4-1125 | $ 8,932.00 | $ 8,932.00 | | | $ 1,785.86 | $ 1,785.86 | $ 7,146.14 | $ | | 0.33% | $ 6,059.78 |
| HIROYUKI ROY CHIN & LILLIAN S CHIN JTWROS | Hiroyuki Roy Chin & Lillian S. Chin JTWROS | 4-1274 | $ 26,000.00 | $ 26,000.00 | | | $ 4,084.21 | $ 4,084.21 | $ 21,915.79 | $ | | 1.00% | $ 18,584.14 |
| Howard and Doris Bybee | Howard and Doris Bybee | 4-1039 | $ 15,000.00 | $ 15,000.00 | | | $ 937.08 | $ 937.08 | $ 14,062.92 | $ | | 0.64% | $ 11,925.07 |
| IG Investment Trust | IG Investment Trust | 4-1061 | $ 25,000.00 | $ 25,000.00 | | | $ 4,969.40 | $ 4,969.40 | $ 20,030.60 | $ | | 0.91% | $ 16,985.54 |
| Influx Investments LLC | Influx Investments, LLC | 4-744 | $ 25,000.00 | $ 25,000.00 | | | $ 5,156.90 | $ 5,156.90 | $ 19,843.10 | $ | | 0.90% | $ 16,826.54 |
| iPlanGroup Agency for Custodian FBO Charles Powell IRA | iPlanGroup Agent for Custodian FBO Charles Powell IRA | 4-413 | $ 2,310.00 | $ 2,310.00 | | | $ 193.56 | $ 193.56 | $ 2,116.44 | $ | | 0.10% | $ 1,794.70 |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | 4-331 | $ 15,000.00 | $ 15,000.00 | | | $ 1,880.00 | $ 1,880.00 | $ 13,120.00 | $ | | 0.60% | $ 11,125.49 |
| iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella IRA | iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella IRA | 4-829 | $ 10,000.00 | $ 10,000.00 | | | $ 1,914.40 | $ 1,914.40 | $ 8,085.60 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.37% | $ 6,856.42 |
| IRA Services Trust Custodian FBO Ronald Stephen Klein | IRA Services Trust Custodian FBO Ronald Stephen Klein IRA | 4-301 | $ 50,000.00 | $ 50,000.00 | | | $ 10,247.27 | $ 10,247.27 | $ 39,752.73 | $ | | 1.81% | $ 33,709.50 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Anthony Ande | New Direction IRA, Inc. FBO James Anthony Ande IRA. | 4-591 | $ 25,000.00 | $ | $ 25,000.00 | | $ 1,273.60 | $ 1,273.60 | $ | 23,726.40 | Claimant agreed to rollover this loan to SSDF1 on 7/26/17 | 0.00% | $ - |
| Julie Patel | Julie Patel | 4-409 | $ 10,000.00 | $ 10,000.00 | | $ 967.43 | $ 1,386.63 | $ 2,354.06 | $ 7,645.94 | | Pro-rata share of pre-rollover distributions on loan secured by 7024 S Paxton | 0.35% | $ 6,483.60 |
| Karl R. DeKlotz | Karl R. DeKlotz | 4-1179 | $ 150,000.00 | $ 150,000.00 | | | $ 32,066.66 | $ 32,066.66 | $ 117,933.34 | | | 5.37% | $ 100,005.04 |
| Kirk Road Investments, LLC | Kirk Road Investments LLC | 4-755 | $ 121,855.00 | $ 100,000.00 | $ | $ 7,016.83 | $ 33,211.57 | $ 40,228.40 | $ 59,771.60 | | The Receiver recommends disallowing the accrued interest that was rolled into this investment and deducting the pro-rata share of pre-rollover distributions on loan secured by 4611 S Drexel | 2.72% | $ 50,685.08 |
| LMJ Sales, Inc. | LMJ Sales, Inc. | 4-1346 | $ 100,000.00 | $ 100,000.00 | | | $ 19,994.39 | $ 19,994.39 | $ 80,005.61 | | | 3.64% | $ 67,843.11 |
| Luna D. and Jerry E. Ellis | Luna D. and Jerry E. Ellis | 4-2020 | $ 41,066.65 | $ 40,000.00 | | | $ 7,911.07 | $ 7,911.07 | $ 32,088.93 | | The Receiver recommends disallowing $1,066.65 accrued interest claimant added to principal amount of loan | 1.46% | $ 27,210.75 |
| Mark DeLuca | Mark Deluca | 4-485 | $ 110,000.00 | $ 110,000.00 | | | $ 21,223.93 | $ 21,223.93 | $ 88,776.07 | | | 4.04% | $ 75,280.28 |
| Mark P. Mouty | Mark Mouty | 4-165 | $ 20,000.00 | $ 20,000.00 | | | $ 4,078.94 | $ 4,078.94 | $ 15,921.06 | | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.73% | $ 13,500.73 |
| MID LLC by Carolyn Mize | Mid LLC | 4-524 | $ 50,000.00 | $ 50,000.00 | | | $ 9,513.93 | $ 9,513.93 | $ 40,486.07 | | | 1.84% | $ 34,331.35 |
| Mike Dirnberger | Mike Dirnberger | 4-443 | $ 10,000.00 | $ 10,000.00 | | | $ 2,057.73 | $ 2,057.73 | $ 7,942.27 | | | 0.36% | $ 6,734.88 |
| Moran Blueshtein and Upender Subramanian | Moran Blueshtein and Upender Subramanian | 4-95 | $ 20,000.00 | $ 20,000.00 | | | $ | $ | $ 20,000.00 | | | 0.91% | $ 16,959.59 |
| Mountain West LLC IRA FBO Rachael B. Curcio Acct# 50679-01 | Mountain West LLC IRA FBO Rachael B. Curcio Acct# 50679-01 | 4-315 | $ 10,000.00 | $ 10,000.00 | | | $ 364.71 | $ 364.71 | $ 9,635.29 | | | 0.44% | $ 8,170.53 |
| Nehasri Ltd (investment under Nehasri Ltd by Manoj Donthineni) | NEHASRI LTD | 4-1365 | $ 25,000.00 | $ 25,000.00 | | | $ 5,127.73 | $ 5,127.73 | $ 19,872.27 | | | 0.91% | $ 16,851.28 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Optima Property Solutions, LLC | Optima Property Solutions, LLC | 4-1023 | $ 171,167.00 | $ | | | $ 28,033.39 | $ 28,033.39 | $ | $ | Claimant transferred this loan to a group of other properties in January 2018 | 0.00% | $ - |
| Paul Harrison | Paul Harrison | 4-2026 | $ 43,098.00 | $ 43,098.00 | | | $ 8,832.70 | $ 8,832.70 | $ | $ | Claim disallowed because entire principal of loan was accrued interest rolled from other loans | 0.00% | $ - |
| Paul N. Wilmesmeier | Paul N. Wilmesmeier | 4-300 | $ 25,000.00 | $ 25,000.00 | | | $ 5,144.40 | $ 5,144.40 | $ 19,855.60 | $ | | 0.90% | $ 16,837.14 |
| Petra Zoeller | Petra Zoeller | 4-594 | $ 50,000.00 | $ 50,000.00 | | | $ 10,072.27 | $ 10,072.27 | $ 39,927.73 | $ | | 1.82% | $ 33,857.89 |
| Provident Trust Group F.B.O Charles Smith SoloK | Provident Trust Group F.B.O. Charles Smith SoloK | 4-1198 | $ 50,000.00 | $ 50,000.00 | | | $ 9,563.93 | $ 9,563.93 | $ 40,436.07 | $ | | 1.84% | $ 34,288.95 |
| R2V2 Investments LLC | R2V2 Investments, LLC. | 4-842 | $ 20,000.00 | $ 20,000.00 | | | $ 4,102.27 | $ 4,102.27 | $ 15,897.73 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.72% | $ 13,480.95 |
| Robert W. Jennings | Robert Jennings | 4-447 | $ 150,000.00 | $ 150,000.00 | | $ 14,798.35 | $ 25,304.05 | $ 40,102.40 | $ 109,897.60 | $ | | 5.01% | $ 93,190.90 |
| Sam Harrison | Sam Harrison | 4-2027 | $ 25,000.00 | $ 25,000.00 | | | $ 4,331.90 | $ 4,331.90 | $ 20,668.10 | $ | | 0.94% | $ 17,526.12 |
| Sandeep Kattar | Sandeep Kattar | 4-1396 | $ 50,000.00 | $ 50,000.00 | | | $ 8,125.04 | $ 8,125.04 | $ 41,874.96 | $ | | 1.91% | $ 35,509.10 |
| SeaDog Properties LLC / Darrell Odum | Seadog Properties, LLC | 4-381 | $ 24,000.00 | $ 24,000.00 | | | $ 4,398.67 | $ 4,398.67 | $ 19,601.33 | $ | | 0.89% | $ 16,621.52 |
| Steven G. Mouty | Steven G. Mouty | 4-566 | $ 50,000.00 | $ 50,000.00 | | | $ 10,372.27 | $ 10,372.27 | $ 39,627.73 | $ | | 1.81% | $ 33,603.50 |
| Steven Roche | Steven Roche | 4-329 | $ 5,000.00 | $ 5,000.00 | | $ 49.52 | $ 1,140.43 | $ 1,189.95 | $ 3,810.05 | $ | Pre-rollover distributions on loan secured by 7024 S Paxton | 0.17% | $ 3,230.84 |
| Strategic Wealth Ventures, LLC, Brian Kothman Member | Strategic Wealth Ventures, LLC | 4-595 | $ 35,655.00 | $ 35,655.00 | | | $ 7,010.18 | $ 7,010.18 | $ 28,644.82 | $ | | 1.30% | $ 24,290.22 |
| Susan Kalisiak | Susan Kalisiak-Tingle | 4-1438 | $ 9,274.00 | $ 9,274.00 | | | $ 602.82 | $ 602.82 | $ 8,671.18 | $ | | 0.39% | $ 7,352.98 |
| Thomas F. Gordon | Thomas F. Gordon | 4-2023 | $ 100,000.00 | $ 100,000.00 | | | $ 20,161.06 | $ 20,161.06 | $ 79,838.94 | $ | | 3.64% | $ 67,701.78 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Timothy S Sharp | Timothy Sharp | 4-76 | $ 50,000.00 | $ 50,000.00 | | $ 3,869.43 | $ 8,166.62 | $ 12,036.05 | $ 37,963.95 | | $ | Pre-rollover distributions on loan secured by 4611 S Drexel | 1.73% | $ 32,192.65 |
| TMAKINDE, LLC | TMAKINDE, LLC | 4-372 | $ 25,000.00 | $ 25,000.00 | | | $ 1,129.00 | $ 1,129.00 | $ 23,871.00 | | $ | | 1.09% | $ 20,242.12 |
| Vartan Tarakchyan | Vartan Tarakchyan, Trustee for defined Benefits Pension Plan and 401K Plan | 4-1118 | $ 30,000.00 | $ | $ 30,000.00 | | $ 3,361.66 | $ 3,361.66 | $ - | | $ 26,638.34 | Claimant agreed to rollover this loan to SSDF4 on 3/27/17 | 0.00% | $ - |
| Verdell Michaux | iPlanGroup Agent for Custodian FBO Verdell Michaux IRA | 4-2039 | $ 5,000.00 | $ 5,000.00 | | | $ 962.26 | $ 962.26 | $ 4,037.74 | | $ | | 0.18% | $ 3,423.92 |
| Vivek Pingili | Vivek Pingili | 4-522 | $ 30,000.00 | $ 30,000.00 | | | $ 6,328.33 | $ 6,328.33 | $ 23,671.67 | | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.08% | $ 20,073.09 |
| Vladimir Matvishin - iPlanGroup Agent for Custodian FBO Vladimir Matvishin | iPlanGroup Agent for Custodian FBO Vladimir Matvishin IRA | 4-1294 | $ 14,000.00 | $ 14,000.00 | | | $ 2,607.93 | $ 2,607.93 | $ 11,392.07 | | $ | | 0.52% | $ 9,660.24 |
| Wanda M. Behling | The Wanda M. Behling Trust | 4-1025 | $ 11,219.00 | $ 11,219.00 | | | $ 1,793.19 | $ 1,793.19 | $ 9,425.81 | | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.43% | $ 7,992.89 |
| William H. Akins, Jr. | Bill Akins Jr. | 4-2003-1 | $ 10,000.00 | $ 10,000.00 | | | $ 1,861.14 | $ 1,861.14 | $ 8,138.86 | | $ | | 0.37% | $ 6,901.59 |
| William H. Akins, Jr. (CAMA SDIRA LLC FBO Bill Akins IRA) | CAMA SDIRA, LLC FBO Bill Akins IRA | 4-2003-2 | $ 20,000.00 | $ 20,000.00 | | | $ 3,851.05 | $ 3,851.05 | $ 16,148.95 | | $ | | 0.74% | $ 13,693.98 |
| Yin Liu, Ping Xu | Yin Liu & Ping Xu | 4-1368 | $ 200,000.00 | $ 200,000.00 | | | $ 38,988.94 | $ 38,988.94 | $ 161,011.06 | | $ | | 7.33% | $ 136,534.06 |
| | | | $ 3,173,736.31 | $ 2,782,692.60 | $ 144,256.00 | | | | $ 2,195,279.13 | | $ 133,845.74 | | 100.00% | $ 1,861,551.45 |

| Calculation of Funds Available for Distribution as of 12/31/25 | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | | Property # | Account balance as of 2/2/2026 | Approved Fees Held Back (Fee Apps 1-29) | Fee App 30 (Dkt. 1948) | Est. Fees 2026 | Amount Available for Distribution |
| 5450-52 S Indiana Avenue | | 4 | $ 1,901,517.60 | $ 33,785.65 | $ 1,180.50 | $ 5,000.00 | $ 1,861,551.45 |

Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Uncumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanta IRA Services LLC, FBO Dwight L. Plymale IRA #8006189 | Advanta IRA Services, LLC FBO Dwight L. Plymale IRA #8006189 | 5-847 | $ 97,000.00 | $ 97,000.00 | | | $ 16,173.44 | $ 16,173.44 | $ 80,826.56 | $ - | | 3.55% | $ 19,498.46 |
| Donald Hendrickson | American Estate & Trust FBO Donald R Hendrickson IRA | 5-945 | $ 10,000.00 | $ 10,000.00 | | | $ 1,729.07 | $ 1,729.07 | $ 8,270.93 | $ - | | 0.36% | $ 1,995.27 |
| Karen L Hendrickson | American Estate & Trust FBO Karen L Hendrickson IRA | 5-948 | $ 10,000.00 | $ 10,000.00 | | | $ 1,727.40 | $ 1,727.40 | $ 8,272.60 | $ - | | 0.36% | $ 1,995.67 |
| Lynn Marie Kupfer | American Estate & Trust LC, FBO Lynn Kupfer's IRA | 5-1319 | $ 100,000.00 | $ 100,000.00 | | | $ 16,783.00 | $ 16,783.00 | $ 83,217.00 | $ - | | 3.66% | $ 20,075.13 |
| American Estate and Trust, LC FBO Edward J. Netzel IRA | American Estate and Trust, LC FBO Edward J, Netzel IRA | 5-1057 | $ 10,000.00 | $ 10,000.00 | | | $ 1,827.18 | $ 1,827.18 | $ 8,172.82 | $ - | | 0.36% | $ 1,971.60 |
| Amit Hammer | Amit Hammer | 5-225 | $ 30,000.00 | $ 30,000.00 | | | $ 5,762.08 | $ 5,762.08 | $ 24,237.92 | $ - | | 1.07% | $ 5,847.12 |
| Austin Capital Trust Company on behalf of Summit Trust Company | Austin Capital Trust FBO Patricia Theil IRA 90-0503-01-2 | 5-1178 | $ 25,000.00 | $ 25,000.00 | | | $ 5,009.68 | $ 5,009.68 | $ 19,990.32 | $ - | | 0.88% | $ 4,822.43 |
| Camano Equitites, LLC c/o Charles R. Markley | Camano Equities, LLC | 5-2038 | $ 50,000.00 | $ 50,000.00 | | | $ 7,766.63 | $ 7,766.63 | $ 42,233.37 | $ - | | 1.86% | $ 10,188.31 |
| Clarice Recamara | Clarice Recamara | 5-640-2 | $ 20,169.00 | $ 20,000.00 | | $ 1,869.02 | $ 2,796.77 | $ 4,665.79 | $ 15,334.21 | $ - | Pre-rollover distributions from the loan secured by 4611 S Drexel | 0.67% | $ 3,699.20 |
| Clearwood Funding, LLC | Clearwood Funding, LLC | 5-1276 | $ 50,000.00 | $ 50,000.00 | | | $ 9,569.49 | $ 9,569.49 | $ 40,430.51 | $ - | | 1.78% | $ 9,753.39 |
| Duty, Darrell and Frances | Darrell W. Duty | 5-2018 | $ 4,000.00 | $ 4,000.00 | | | $ 23.11 | $ 23.11 | $ 3,976.89 | $ - | | 0.17% | $ 959.38 |
| David M Harris | David M. Harris | 5-267 | $ 100,000.00 | $ 100,000.00 | | | $ 17,815.32 | $ 17,815.32 | $ 82,184.68 | $ - | | 3.61% | $ 19,826.09 |
| Doron Kermanian | Doron and Nahid Kermanian | 5-380 | $ 25,000.00 | $ 25,000.00 | | | $ 9,511.16 | $ 9,511.16 | $ 15,488.84 | $ - | Distributions include interest paid on loan plus a $4500 referral fee that EquityBuild paid to claimant | 0.68% | $ 3,736.50 |
| Duane A Degenhardt and Linda S. Degnhardt | Duane A Degenhardt and Linda S Degenhardt | 5-2015 | $ 13,385.00 | $ 13,385.00 | | | $ 1,963.17 | $ 1,963.17 | $ 11,421.83 | $ - | | 0.50% | $ 2,755.38 |
| Duke E. Heger and Viviana Heger | Duke E. Heger and Viviana Heger | 5-1408 | $ 35,000.00 | $ 35,000.00 | | | $ 6,117.18 | $ 6,117.18 | $ 28,882.82 | $ - | | 1.27% | $ 6,967.64 |
| Ed A Bancroft | Ed A Bancroft | 5-2008 | $ 14,627.00 | $ 14,627.00 | | | $ 1,997.99 | $ 1,997.99 | $ 12,629.01 | $ - | | 0.56% | $ 3,046.60 |
| Sam Gerber, CEO, Gerber and Associates, REI, LLC | Gerber and Associates, REI, LLC | 5-562 | $ 12,000.00 | $ 12,000.00 | | | $ - | $ - | $ 12,000.00 | $ - | | 0.53% | $ 2,894.86 |
| Grathia Corp | Grathia Corp | 5-1445 | $ 149,081.00 | $ 149,081.00 | | | $ 26,891.79 | $ 26,891.79 | $ 122,189.21 | $ - | | 5.37% | $ 29,476.72 |
| Madison Trust Company custodian FBO Guenter Scheel IRA M1702 | Guenter Scheel | 5-2073 | $ 25,000.00 | $ - | $ 25,000.00 | | $ 2,465.99 | $ 2,465.99 | $ - | $ 22,534.01 | Claimant agreed to rollover this loan to SSDF4 on 12/1/17 | 0.00% | $ - |
| | Inspira Financial Trust FBO Rebeca E. Savory-Romero IRA Acct. 15528-11 | 5-804 | $33,849.00 | $33,600.36 | | $3,517.19 | $4,106.97 | $7,624.16 | $25,976.20 | $ - | This claim was inadvertently omitted from original Group 2 recommendations. The Receiver recommends disallowing $248.64 pro-rata accrued interest added to principal balance of loan. Pro-rata share of pre-rollover distributions on loan secured by 4611 Drexel. | 1.14% | $ 6,266.45 |
| Dana Speed | iPlan Group Agent for Custodian FBO Dana Speed IRA | 5-684 | $ 169,000.00 | $ 169,000.00 | | | $ 27,115.07 | $ 27,115.07 | $ 141,884.93 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 6.24% | $ 34,228.08 |
| iPlan Group Agent for Custodian FBO Rama Voddi Roth IRA | iPlan Group Agent for Custodian FBO Rama Voddi IRA | 5-799 | $ 33,000.00 | $ 33,000.00 | | | $ 4,972.92 | $ 4,972.92 | $ 28,027.08 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.23% | $ 6,761.21 |
| Teena B Ploeger | iPlan Group Agent for Custodian FBO Teena Ploeger IRA | 5-521 | $ 18,500.00 | $ 18,500.00 | | | $ 3,056.89 | $ 3,056.89 | $ 15,443.11 | $ - | | 0.68% | $ 3,725.47 |
| Easley Family Trust c/o Todd Easley | iPlan Group Agent for Custodian FBO Todd Colucey IRA | 5-596 | $ 25,000.00 | $ 25,000.00 | | | $ 4,369.49 | $ 4,369.49 | $ 20,630.51 | $ - | | 0.91% | $ 4,976.87 |
| iPlan Group FBO Garwood Weatherhead IRA Account #3320844 | iPlan Group FBO Garwood Weatherhead IRA Account # 3320844 | 5-1096-1 | $ 13,096.00 | $ 13,000.00 | | $ 1,689.25 | $ 1,436.22 | $ 3,125.47 | $ 9,874.53 | $ - | The Receiver recommends disallowing $96 accrued interest claimant added to principal amount of loan, and deducting pre-rollover distributions from the loan secured by 4611 S Drexel | 0.43% | $ 2,382.12 |
| iPlan Group FBO Garwood Weatherhead IRA Account #3421004 | iPlan Group FBO Garwood Weatherhead IRA Account # 3421004 | 5-1096-2 | $ 16,152.00 | $ 16,152.00 | | $ 2,086.10 | $ 1,771.34 | $ 3,857.44 | $ 12,294.56 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 4611 S Drexel | 0.54% | $ 2,965.92 |

Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPlanGroup Agent for Custodian FBO Andrew Brooks IRA Account | iPlanGroup Agent for Custodian FBO Andrew Brooks IRA Account 3301018 | S-203 | $6,000.00 | $6,000.00 | | | $ - | $ - | $6,000.00 | $ - | | 0.26% | $1,447.43 |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | S-331 | $50,000.00 | $50,000.00 | | | $6,266.70 | $6,266.70 | $43,733.30 | $ - | | 1.92% | $10,550.15 |
| JANICE BURRELL | iPlanGroup Agent for Custodian FBO Janice G. Burrell IRA | S-689 | $50,000.00 | $50,000.00 | | | $8,844.48 | $8,844.48 | $41,155.52 | $ - | | 1.81% | $9,928.29 |
| Clarice Recamara | iPlanGroup Traditional IRA Clarice Recamara IRA #3301154 | S-640-1 | $25,000.00 | $25,000.00 | | | $2,094.42 | $2,094.42 | $22,905.58 | $ - | | 1.01% | $5,525.70 |
| John Bloxham | John E. Bloxham | S-1015 | $35,000.00 | $35,000.00 | | | $5,886.17 | $5,886.17 | $29,113.83 | $ - | | 1.28% | $7,023.37 |
| John Witzigreuter | John Witzigreuter | S-729 | $50,000.00 | $50,000.00 | | | $9,577.82 | $9,577.82 | $40,422.18 | $ - | | 1.78% | $9,751.38 |
| Joseph P. McCarthy | Joseph P. McCarthy | S-1367 | $10,000.00 | $10,000.00 | | | $1,775.04 | $1,775.04 | $8,224.96 | $ - | | 0.36% | $1,984.18 |
| Juliette Farr-Barksdale & Thomas Farr | JS Investment Trust | S-2074 | $25,723.00 | $25,723.00 | | $1,688.95 | $3,480.45 | $5,169.40 | $20,553.60 | $ - | This claim was inadvertently omitted from original Group 2 recommendations. Pre-rollover distributions on loan secured by 7024 S Paxton. | 0.90% | $4,958.32 |
| Julie Patel | Julie Patel | S-409 | $35,291.00 | $35,291.00 | | $1,798.55 | $2,751.91 | $4,550.46 | $30,740.54 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 7024 S Paxton | 1.35% | $7,415.80 |
| Keith P Rowland and Jane E Rowland | Keith P. Rowland and Jane E. Rowland | S-89 | $50,000.00 | $50,000.00 | | | $8,386.77 | $8,386.77 | $41,613.23 | $ - | | 1.83% | $10,038.71 |
| Keith Randall | Keith Randall | S-1086 | $70,000.00 | $ - | $70,000.00 | | $3,141.26 | $3,141.26 | $ - | $66,858.74 | Claimant agreed to rollover this loan to SSDF1 on 6/23/17 | 0.00% | $ - |
| Kevin & Laura Allred | Kevin D. & Laura H. Allred JTWROS | S-452 | $50,000.00 | $50,000.00 | | | $9,032.60 | $9,032.60 | $40,967.40 | $ - | | 1.80% | $9,882.91 |
| KKW Investments, LLC | KKW Investments, LLC | S-336 | $3,000.00 | $3,000.00 | | | $555.96 | $555.96 | $2,444.04 | $ - | | 0.11% | $589.60 |
| Koates LLC | Koates LLC | S-228 | $3,200.00 | $3,200.00 | | | $11.05 | $11.05 | $3,188.95 | $ - | | 0.14% | $769.30 |
| Legacy Trading LLC | Legacy Trading LLC | S-508 | $237,000.00 | $237,000.00 | | | $42,660.00 | $42,660.00 | $194,340.00 | $ - | | 8.54% | $46,882.26 |
| Phillip G. Vander Kraats | Madison Trust Company Custodian FBO Phillip Vander Kraats M1611034 | S-628 | $1,374.00 | $1,374.00 | | | $145.35 | $145.35 | $1,228.65 | $ - | | 0.05% | $296.40 |
| Sarah Geldart | Madison Trust Company Custodian FBO Sarah Geldart IRA #M1609069 | S-1285 | $37,500.00 | $37,500.00 | | | $3,600.13 | $3,600.13 | $33,899.87 | $ - | | 1.49% | $8,177.95 |
| Manuel Camacho | Manuel Camacho | S-748 | $25,000.00 | $25,000.00 | | | $1,542.34 | $1,542.34 | $23,457.66 | $ - | | 1.03% | $5,658.89 |
| Michael F Grant & L. Gretchen Grant | Michael F. Grant & L. Gretchen Grant Revocable Trust Dates March 16 2012 | S-393 | $50,000.00 | $50,000.00 | | | $9,165.93 | $9,165.93 | $40,834.07 | $ - | | 1.80% | $9,850.74 |
| Michael Grow | Michael R Grow Jr | S-375 | $100,000.00 | $100,000.00 | | | $18,065.32 | $18,065.32 | $81,934.68 | $ - | | 3.60% | $19,765.78 |
| Michael Warner, Trustee of Warner Chiropractic Care Center, PC PSP | Michael R. Warner, TTEE Warner Chiropractic Care Ctr. PC PSP Pooled Acct. | S-78 | $24,000.00 | $24,000.00 | | | $4,250.67 | $4,250.67 | $19,749.33 | $ - | | 0.87% | $4,764.30 |
| Charles P McEvoy | MidAtlantic IRA, LLC FBO Charles McEvoy IRA | S-232 | $100,000.00 | $100,000.00 | | | $15,338.93 | $15,338.93 | $84,661.07 | $ - | | 3.72% | $20,423.49 |
| Naveen Kwatra | Naveen Kwatra | S-356 | $25,000.00 | $25,000.00 | | | $4,772.18 | $4,772.18 | $20,227.82 | $ - | | 0.89% | $4,879.73 |
| Alcalli Sabat | Navy Federal Credit Union FBO Alcalli Sabat #9200024290730 | S-786 | $4,301.00 | $4,301.00 | | $238.04 | $539.00 | $777.04 | $3,523.96 | $ - | Pre-rollover distributions from the loan secured by 4611 S Drexel | 0.15% | $850.11 |
| NBFAR Investment, LLC c/o Jason Ragan - TSA | NBFAR Investment, LLC | S-797 | $3,451.00 | $3,451.00 | | $341.16 | $464.49 | $805.65 | $2,645.35 | $ - | Pro-rata share of pre-rollover distributions from the loans secured by 4611 S Drexel and 7024 S Paxton | 0.12% | $638.16 |
| Optima Property Solutions, LLC | Optima Property Solutions, LLC | S-1023 | $48,693.00 | $ - | | | $6,559.49 | $6,559.49 | $ - | $ - | Claimant transferred this loan to a group of other properties in January 2018 | 0.00% | $ - |
| Pat DeSantis | Pat DeSantis | S-397 | $250,000.00 | $250,000.00 | | | $46,666.63 | $46,666.63 | $203,333.37 | $ - | | 8.94% | $49,051.80 |
| Patrick Connely | Patrick Connely | S-964 | $20,000.00 | $ - | $20,000.00 | | $1,288.05 | $1,288.05 | $ - | $18,711.95 | Claimant agreed to rollover this loan to SSDF4 | 0.00% | $ - |
| Paul Scribner | Paul S. Scribner Revocable Trust dated, May 15, 2003 | S-1135 | $5,500.00 | $5,500.00 | | | $534.24 | $534.24 | $4,965.76 | $ - | | 0.22% | $1,197.93 |

Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peter Jordan | Peter Jordan | S-282 | $76,728.28 | $ - | $100,000.00 | | $45,858.52 | $45,858.52 | $ - | $54,141.48 | Claimant agreed to rollover this loan to UPN | 0.00% | $ - |
| PNW Investments, LLC | PNW Investments, LLC | S-332 | $12,000.00 | $12,000.00 | | | $2,223.83 | $2,223.83 | $9,776.17 | $ - | | 0.43% | $2,358.39 |
| Quantum Growth Holdings LLC | Quantum Growth Holdings, LLC | S-354 | $5,500.00 | $ - | $5,500.00 | | $395.98 | $395.98 | $ - | $5,104.02 | Claimant agreed to rollover this loan to SSDF4 | 0.00% | $ - |
| QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and Acct# 25282-21 | Quest IRA, Inc. FBO Francisco A. Romero Sr.Acct# 25282-11 | S-1352 | $12,100.00 | $12,100.00 | | | $1,179.09 | $1,179.09 | $10,920.91 | $ - | | 0.48% | $2,634.54 |
| Raymond Thompson Investment Trust LLC | Raymond Thompson Investment Trust | S-251 | $30,000.00 | $30,000.00 | | | $1,937.50 | $1,937.50 | $28,062.50 | $ - | | 1.23% | $6,769.75 |
| Robert Potter | Robert Potter | S-1389 | $15,000.00 | $15,000.00 | | | $2,639.17 | $2,639.17 | $12,360.83 | $ - | | 0.54% | $2,981.91 |
| Shlomo Zussman | Shlomo Zussman | S-579 | $25,000.00 | $25,000.00 | | | $4,697.18 | $4,697.18 | $20,302.82 | $ - | | 0.89% | $4,897.82 |
| Smart Technologies PSP, Nizarali Jetha - Manager | Smart Technologies PSP | S-1458 | $100,000.00 | $100,000.00 | | | $17,722.27 | $17,722.27 | $82,277.73 | $ - | | 3.62% | $19,848.54 |
| Steve Weera Tonasut and Esther Kon Tonasut | Steve Weera Tonasut Family Trust dated June 14, 2004 | S-154 | $50,000.00 | $50,000.00 | | | $8,979.67 | $8,979.67 | $41,020.33 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.80% | $9,895.68 |
| Steven G. Mouty | Steven G. Mouty | S-821 | $50,000.00 | $50,000.00 | | | $9,265.93 | $9,265.93 | $40,734.07 | $ - | | 1.79% | $9,826.62 |
| Strategic Wealth Ventures, LLC, Brian Kothman Member | Strategic Wealth Ventures, LLC | S-595 | $23,626.00 | $23,626.00 | | $2,281.09 | $3,276.11 | $5,557.20 | $18,068.80 | $ - | Pre-rollover distributions from the loan secured by 7024 S Paxton | 0.79% | $4,358.89 |
| Susan Kalisiak | Susan Kalisiak-Tingle | S-1438 | $48,226.00 | $48,226.00 | | | $8,386.09 | $8,386.09 | $39,839.91 | $ - | | 1.75% | $9,610.91 |
| Tolu Makinde | Tolu Makinde | S-370 | $30,000.00 | $30,000.00 | | | $5,424.00 | $5,424.00 | $24,576.00 | $ - | | 1.08% | $5,928.67 |
| United Capital Properties, LLC | United Capital Properties, LLC | S-1480 | $979.00 | $979.00 | | $119.29 | $130.13 | $249.42 | $729.58 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 4611 S Drexel | 0.03% | $176.00 |
| Wesley Pittman | Wesley Pittman | S-469 | $32,000.00 | $32,000.00 | | | $5,692.40 | $5,692.40 | $26,307.60 | $ - | | 1.16% | $6,346.40 |
| White Tiger Revocable Trust, Ira Lovitch, Zinaida Lovitch | White Tiger Revocable Trust | S-537 | $50,000.00 | $ - | $50,000.00 | | $1,911.80 | $1,911.80 | $ - | $48,088.20 | Claimant agreed to rollover this investment to SSDF1 on 2/22/17 | 0.00% | $ - |
| | | | $ 2,963,051.28 | $ 2,748,616.36 | $ 270,500.00 | | | $ 2,274,732.41 | $ 215,438.40 | | 100% | 548,752.63 |

| Calculation of Funds Available for Distribution as of 12/31/25 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | | Property # | Account balance as of 2/2/2026 | Approved Fees Held Back (Fee Apps 1-29) | Fee App 30 (Dkt. 1948) | Est. Fees 2026 | Amount Available for Distribution |
| 7749-59 S Yates Boulevard | | 5 | $ 589,308.21 | 34,375.08 | 1,180.50 | 5,000.00 | $ 548,752.63 |

# Exhibit B

| | |
|---|---|
| **From:** | jphfin |
| **To:** | equitybuildclaims |
| **Subject:** | Re: Paul Harrison - RE: SEC v. EquityBuild, Inc. - notice of motion and entered order |
| **Date:** | Tuesday, April 15, 2025 12:05:43 AM |

Good Morning,

Thank you for your e-mail. I was unaware of the Court's ruling that claims could not be made on notes whose principal consisted of 'rolled over' unpaid interest on earlier notes. As you write below this is the case with my interest in G2 property #4. I apologize to the Court and Receiver for their time spent re-instating this claim.I hope the Court's original distribution order of July 2024 is affirmed on behalf of the remaining Investor Lenders. Paul Harrison.

On Mon, 14 Apr 2025 15:59:55 -0500, <equitybuildclaims@rdaplaw.net> wrote:

> Mr. Harrison,
>
> You will recall that you initially withdrew your claim asserting an interest in the Group 2 property located at 5450 S Indiana (Claim 4-2026), the claim was reinstated by order of the Court entered March 1, 2024, and the Court entered an Order Approving Distribution of Proceeds from the sale of this property on July 15, 2024, which included a distribution to you for this loan in the amount of $27,499.28. This is the order that is on hold pending the appeal filed by Shatar Capital Partners.
>
> Since last July, however, the Receiver has conducted additional research into your claim 4-2026 and determined that the principal amount of your loan secured by 5450 Indiana was actually interest accrued from prior loans secured by 7760 Coles, 4315 Michigan and 7442 Calumet that had not been paid to you by EquityBuild.
>
> The Court has consistently treated EquityBuild's pre-receivership interest payments to claimants as a set-off against their outstanding loan principal. It also has treated unpaid interest as not recoverable. If the Court's July 15, 2024 distribution order is affirmed, then the Receiver's recommendation will be revised to disallow your claim 4-2026 on the grounds that the amount you are seeking from the 5450 Indiana account is not actual money that you paid into the scheme out of your pocket, but rather only represents interest you had not been paid.
>
> If you have any evidence or information that is contrary to the information relied upon by the Receiver to reach this conclusion, please provide it.
>
>
> Receivership Estate of EquityBuild, Inc., et al.
> c/o Rachlis Duff & Peel, LLC
> 542 S. Dearborn St., Suite 900
> Chicago, IL 60605
> 312-733-3950  main
> 312-733-3952  fax
> equitybuildclaims@rdaplaw.net
>
> RACHLIS DUFF & PEEL, LLC E-MAIL CONFIDENTIAL NOTICE
> This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.