# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 18-cv-5587 |
| v. | ) Hon. Manish S. Shah |
| EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN, | ) Magistrate Judge Young B. Kim |
| Defendants. | ) |

## NOTICE OF MOTION

Please take notice that on Thursday, February 12, 2026 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present Receiver's Motion to Lift Stay and for Approval of Amended Order Approving Distribution of Proceeds From the Sales of 5450-52 S Indiana Avenue (Property 4) and 7749-59 S Yates Boulevard (Property 5).

Dated: February 6, 2026         Kevin B. Duff, Receiver

By:     /s/ Michael Rachlis
        Michael Rachlis
        Rachlis Duff & Peel, LLC
        542 South Dearborn Street, Suite 900
        Chicago, IL 60605
        Phone  (312) 733-3950
        Fax     (312) 733-3952
        mrachlis@rdaplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing **Notice of Motion** and **Receiver's Motion to Lift Stay and for Approval of Amended Order Approving Distribution of Proceeds From the Sales of 5450-52 S Indiana Avenue (Property 4) and 7749-59 S Yates Boulevard (Property 5)** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. Copies of the foregoing were served upon counsel of record via the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing to be served upon all claimants who have submitted claims in this matter by electronic mail.

I further certify that the **Motion** will be posted to the Receivership webpage at: https://rdaplaw.net/equitybuild-receivership/

/s/ Michael Rachlis

Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
Phone  (312) 733-3950
Fax    (312) 733-3952
mrachlis@rdaplaw.net