**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division**

United States Securities and Exchange Commission, et al.

                                  Plaintiff,

v.                                       Case No.: 1:18−cv−05587

                                      Honorable Manish S. Shah

Equitybuild, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable Manish S. Shah: No appearance on 2/12/26 is necessary. Any objections to receiver's the amended proposed order and revised recommendations for Property 4 and Property 5 must be filed by 2/12/26. No reply is permitted. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.