Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aksel Allouch | Argan Realty LLC | 4-90 | $ 50,000.00 | $ 50,000.00 | | | $ 9,130.60 | $ 9,130.60 | $ 40,869.40 | $ | | 1.86% | $ 34,656.41 |
| Alcalli Sabat (iPlan Group FBO Alcalli Sabat Roth 3320274) | iPlan Group FBO Alcalli Sabat Roth 3320274 | 4-786-2 | $ 10,000.00 | $ 10,000.00 | | | $ 1,839.40 | $ 1,839.40 | $ 8,160.60 | $ | | 0.37% | $ 6,920.02 |
| Alcalli Sabat (iPlanGroup FBO Alcalli Sabat IRA 3300293) | iPlanGroup FBO Alcalli Sabat IRA 3300293 | 4-786-1 | $ 20,000.00 | $ 20,000.00 | | | $ 3,718.93 | $ 3,718.93 | $ 16,281.07 | $ | | 0.74% | $ 13,806.01 |
| Aluvelu Homes LLC | Aluvelu Homes, LLC | 4-879 | $ 20,000.00 | $ 20,000.00 | | | $ 4,102.27 | $ 4,102.27 | $ 15,897.73 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided. | 0.72% | $ 13,480.95 |
| Anjie Comer | Madison Trust Company custodian FBO Anjanette Comer IRA M1609089 | 4-612 | $ 10,000.00 | $ 10,000.00 | | $ 641.69 | $ 1,192.81 | $ 1,834.50 | $ 8,165.50 | $ | This claim was inadvertently omitted from original Group 2 recommendations. Pre-rollover distributions on loan secured by 7508 Essex /2453-59 E 75th. | 0.37% | $ 6,924.18 |
| Annie Chang | Annie Chang | 4-475 | $ 15,000.00 | $ 15,000.00 | | $ 2,956.25 | $ 1,072.50 | $ 4,028.75 | $ 10,971.25 | $ | Pre-rollover distributions on loan secured by 4533 S Calumet. | 0.50% | $ 9,303.39 |
| Arthur and Dinah Bertrand | Arthur L and Dinah F Bertrand | 4-890 | $ 50,000.00 | $ 50,000.00 | | | $ 9,000.00 | $ 9,000.00 | $ 41,000.00 | $ | | 1.87% | $ 34,767.15 |
| Bernadette Chen Eleven St. Felix Street Realty Corp. | Bernadette Chen (Eleven St Felix St. Realty) | 4-2012 | $ 50,000.00 | $ - | | | $ - | $ - | $ - | $ | The funds claimant wired for this investment were applied to a loan secured by 8326 S Ellis, as acknowledged by claimant in contemporaneous correspondence. | 0.00% | $ - |
| BLUE MOUNTAIN VENTURES PSP 401K, GEORGE SAMUEL | Blue Mountain Ventures (S/D IRA) | 4-491 | $ 150,000.00 | $ 150,000.00 | | | $ 27,541.66 | $ 27,541.66 | $ 122,458.34 | $ | | 5.58% | $ 103,842.15 |
| Bluebridge Partners Limited | Bluebridge Partners LTD. | 4-727 | $ 100,000.00 | $ 100,000.00 | | | $ 21,177.73 | $ 21,177.73 | $ 78,822.27 | $ | | 3.59% | $ 66,839.66 |
| Bonnie Young | Stephen W and Bonnie L Young Revocable Trust | 4-1223 | $ 50,000.00 | $ 50,000.00 | | | $ 5,822.25 | $ 5,822.25 | $ 44,177.75 | $ | | 2.01% | $ 37,461.82 |
| Bright Venture, LLC | Bright Venture, LLC | 4-84 | $ 40,000.00 | $ 40,000.00 | | | $ 8,204.40 | $ 8,204.40 | $ 31,795.60 | $ | | 1.45% | $ 26,962.01 |
| CLD Construction, Inc. (Doru Unchias) | CLD Construction, Inc. (Doru Unchias) | 4-1454 | $ 2,500.00 | $ - | $ 2,500.00 | | $ - | $ - | $ - | $ 2,500.00 | Unsecured trade creditor | 0.00% | $ - |
| David R Trengove | iPlanGroup Agent for Custodian FBO David Trengove IRA Account #3300951 | 4-481 | $ 44,266.00 | $ 44,233.60 | | | $ 8,832.72 | $ 8,832.72 | $ 35,400.88 | $ | | 1.61% | $ 30,019.22 |
| Denise Renee Wilson | Madison Trust Company Custodian FBO Denise R. Wilson Account #M1612128 | 4-1492 | $ 90,000.00 | $ 90,000.00 | | | $ 12,295.58 | $ 12,295.58 | $ 77,704.42 | $ | | 3.54% | $ 65,891.75 |
| Distributive Marketing Inc. | Salvatore Guerrieri | 4-806 | $ 50,000.00 | $ 50,000.00 | | | $ 10,205.60 | $ 10,205.60 | $ 39,794.40 | $ | | 1.81% | $ 33,744.83 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald Freers aka Meadows Advisors LLC | Meadows Advisors LLC | 4-72 | $ 50,000.00 | $ 50,000.00 | | | $ 4,838.92 | $ 4,838.92 | $ 45,161.08 | $ - | | 2.06% | $ 38,295.66 |
| Douglas Nebel and Narine Nebel | Douglas H. Nebel | 4-1080 | $ 65,000.00 | $ - | $ 65,000.00 | | $ 5,775.00 | $ 5,775.00 | $ - | $ 59,225.00 | Claimant agreed to rollover this loan to SSDF4 on 9/1/17 | 0.00% | $ - |
| Ed A Bancroft (iPlan Group FBO Ed Bancroft IRA 3300405) | iPlan Group FBO Ed Bancroft IRA 3300405 | 4-2008-1 | $ 5,800.00 | $ 5,800.00 | | | $ 1,062.00 | $ 1,062.00 | $ 4,738.00 | $ - | | 0.22% | $ 4,017.73 |
| Ed A. Bancroft | Ed A. Bancroft | 4-2008-2 | $ 3,171.00 | $ 3,171.00 | | | $ 384.79 | $ 384.79 | $ 2,786.21 | $ - | | 0.13% | $ 2,362.65 |
| Erika Dietz IRA account (Madison Trust Company Custodian FBO Erika Dietz Acct # M1612085) | Madison Trust Company Custodian FBO Erika Dietz Account #M1612085 | 4-1301 | $ 102,666.66 | $ 100,000.00 | | | $ 20,511.06 | $ 20,511.06 | $ 79,488.94 | $ - | The Receiver recommends disallowing $2,666.66 accrued interest claimant added to principal amount of loan | 3.62% | $ 67,404.98 |
| First Western Properties | First Western Properties | 4-891 | $21,756.00 | $0.00 | $21,756.00 | | $ - | $ - | $ - | $21,756.00 | This claim was inadvertently omitted from original Group 2 recommendations. Unsecured trade creditor. | 0.00% | $ - |
| Girl Cat Capital West LLC, Valentina Salge, President | Girl Cat Capital West LLC | 4-350 | $ 50,000.00 | $ 50,000.00 | | | $ 8,761.76 | $ 8,761.76 | $ 41,238.24 | $ - | | 1.88% | $ 34,969.18 |
| Graystone Realty, LLC | Graystone Realty, LLC | 4-1210 | $ 50,000.00 | $ 50,000.00 | | | $ 10,197.27 | $ 10,197.27 | $ 39,802.73 | $ - | | 1.81% | $ 33,751.89 |
| Harendra Pal | Harendra Pal | 4-1125 | $ 8,932.00 | $ 8,932.00 | | | $ 1,785.86 | $ 1,785.86 | $ 7,146.14 | $ - | | 0.33% | $ 6,059.78 |
| HIROYUKI ROY CHIN & LILLIAN S CHIN JTWROS | Hiroyuki Roy Chin & Lillian S. Chin JTWROS | 4-1274 | $ 26,000.00 | $ 26,000.00 | | | $ 4,084.21 | $ 4,084.21 | $ 21,915.79 | $ - | | 1.00% | $ 18,584.14 |
| Howard and Doris Bybee | Howard and Doris Bybee | 4-1039 | $ 15,000.00 | $ 15,000.00 | | | $ 937.08 | $ 937.08 | $ 14,062.92 | $ - | | 0.64% | $ 11,925.07 |
| IG Investment Trust | IG Investment Trust | 4-1061 | $ 25,000.00 | $ 25,000.00 | | | $ 4,969.40 | $ 4,969.40 | $ 20,030.60 | $ - | | 0.91% | $ 16,985.54 |
| Influx Investments LLC | Influx Investments, LLC | 4-744 | $ 25,000.00 | $ 25,000.00 | | | $ 5,156.90 | $ 5,156.90 | $ 19,843.10 | $ - | | 0.90% | $ 16,826.54 |
| iPlanGroup Agency for Custodian FBO Charles Powell IRA | iPlanGroup Agent for Custodian FBO Charles Powell IRA | 4-413 | $ 2,310.00 | $ 2,310.00 | | | $ 193.56 | $ 193.56 | $ 2,116.44 | $ - | | 0.10% | $ 1,794.70 |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | 4-331 | $ 15,000.00 | $ 15,000.00 | | | $ 1,880.00 | $ 1,880.00 | $ 13,120.00 | $ - | | 0.60% | $ 11,125.49 |
| iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella IRA | iPlanGroup Agent for Custodian FBO Rajanikanth Tanikella IRA | 4-829 | $ 10,000.00 | $ 10,000.00 | | | $ 1,914.40 | $ 1,914.40 | $ 8,085.60 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.37% | $ 6,856.42 |
| IRA Services Trust Custodian FBO Ronald Stephen Klein | IRA Services Trust Custodian FBO Ronald Stephen Klein IRA | 4-301 | $ 50,000.00 | $ 50,000.00 | | | $ 10,247.27 | $ 10,247.27 | $ 39,752.73 | $ - | | 1.81% | $ 33,709.50 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| James Anthony Ande | New Direction IRA, Inc. FBO James Anthony Ande IRA. | 4-591 | $ 25,000.00 | $ - | $ 25,000.00 | | $ 1,273.60 | $ 1,273.60 | $ - | $ 23,726.40 | Claimant agreed to rollover this loan to SSDF1 on 7/26/17 | 0.00% | $ - |
| Julie Patel | Julie Patel | 4-409 | $ 10,000.00 | $ 10,000.00 | | $ 967.43 | $ 1,386.63 | $ 2,354.06 | $ 7,645.94 | $ | Pro-rata share of pre-rollover distributions on loan secured by 7024 S Paxton | 0.35% | $ 6,483.60 |
| Karl R. DeKlotz | Karl R. DeKlotz | 4-1179 | $ 150,000.00 | $ 150,000.00 | | | $ 32,066.66 | $ 32,066.66 | $ 117,933.34 | $ | | 5.37% | $ 100,005.04 |
| Kirk Road Investments, LLC | Kirk Road Investments LLC | 4-755 | $ 121,855.00 | $ 100,000.00 | $ - | $ 7,016.83 | $ 33,211.57 | $ 40,228.40 | $ 59,771.60 | $ | The Receiver recommends disallowing the accrued interest that was rolled into this investment and deducting the pro-rata share of pre-rollover distributions on loan secured by 4611 S Drexel | 2.72% | $ 50,685.08 |
| LMJ Sales, Inc. | LMJ Sales, Inc. | 4-1346 | $ 100,000.00 | $ 100,000.00 | | | $ 19,994.39 | $ 19,994.39 | $ 80,005.61 | $ | | 3.64% | $ 67,843.11 |
| Luna D. and Jerry E. Ellis | Luna D. and Jerry E. Ellis | 4-2020 | $ 41,066.65 | $ 40,000.00 | | | $ 7,911.07 | $ 7,911.07 | $ 32,088.93 | $ | The Receiver recommends disallowing $1,066.65 accrued interest claimant added to principal amount of loan | 1.46% | $ 27,210.75 |
| Mark DeLuca | Mark Deluca | 4-485 | $ 110,000.00 | $ 110,000.00 | | | $ 21,223.93 | $ 21,223.93 | $ 88,776.07 | $ | | 4.04% | $ 75,280.28 |
| Mark P. Mouty | Mark Mouty | 4-165 | $ 20,000.00 | $ 20,000.00 | | | $ 4,078.94 | $ 4,078.94 | $ 15,921.06 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.73% | $ 13,500.73 |
| MID LLC by Carolyn Mize | Mid LLC | 4-524 | $ 50,000.00 | $ 50,000.00 | | | $ 9,513.93 | $ 9,513.93 | $ 40,486.07 | $ | | 1.84% | $ 34,331.35 |
| Mike Dirnberger | Mike Dirnberger | 4-443 | $ 10,000.00 | $ 10,000.00 | | | $ 2,057.73 | $ 2,057.73 | $ 7,942.27 | $ | | 0.36% | $ 6,734.88 |
| Moran Blueshtein and Upender Subramanian | Moran Blueshtein and Upender Subramanian | 4-95 | $ 20,000.00 | $ 20,000.00 | | | $ - | $ - | $ 20,000.00 | $ | | 0.91% | $ 16,959.59 |
| Mountain West LLC IRA FBO Rachael B. Curcio Acct# 50679-01 | Mountain West LLC IRA FBO Rachael B. Curcio Acct# 50679-01 | 4-315 | $ 10,000.00 | $ 10,000.00 | | | $ 364.71 | $ 364.71 | $ 9,635.29 | $ | | 0.44% | $ 8,170.53 |
| Nehasri Ltd (investment under Nehasri Ltd by Manoj Donthineni) | NEHASRI LTD | 4-1365 | $ 25,000.00 | $ 25,000.00 | | | $ 5,127.73 | $ 5,127.73 | $ 19,872.27 | $ | | 0.91% | $ 16,851.28 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Optima Property Solutions, LLC | Optima Property Solutions, LLC | 4-1023 | $ 171,167.00 | $ - | | | $ 28,033.39 | $ 28,033.39 | $ - | $ | Claimant transferred this loan to a group of other properties in January 2018 | 0.00% | $ - |
| Paul Harrison | Paul Harrison | 4-2026 | $ 43,098.00 | $ 43,098.00 | | | $ 8,832.70 | $ 8,832.70 | $ - | $ | Claim disallowed because entire principal of loan was accrued interest rolled from other loans | 0.00% | $ - |
| Paul N. Wilmesmeier | Paul N. Wilmesmeier | 4-300 | $ 25,000.00 | $ 25,000.00 | | | $ 5,144.40 | $ 5,144.40 | $ 19,855.60 | $ | | 0.90% | $ 16,837.14 |
| Petra Zoeller | Petra Zoeller | 4-594 | $ 50,000.00 | $ 50,000.00 | | | $ 10,072.27 | $ 10,072.27 | $ 39,927.73 | $ | | 1.82% | $ 33,857.89 |
| Provident Trust Group F.B.O Charles Smith SoloK | Provident Trust Group F.B.O. Charles Smith SoloK | 4-1198 | $ 50,000.00 | $ 50,000.00 | | | $ 9,563.93 | $ 9,563.93 | $ 40,436.07 | $ | | 1.84% | $ 34,288.95 |
| R2V2 Investments LLC | R2V2 Investments, LLC. | 4-842 | $ 20,000.00 | $ 20,000.00 | | | $ 4,102.27 | $ 4,102.27 | $ 15,897.73 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.72% | $ 13,480.95 |
| Robert W. Jennings | Robert Jennings | 4-447 | $ 150,000.00 | $ 150,000.00 | | $ 14,798.35 | $ 25,304.05 | $ 40,102.40 | $ 109,897.60 | $ | | 5.01% | $ 93,190.90 |
| Sam Harrison | Sam Harrison | 4-2027 | $ 25,000.00 | $ 25,000.00 | | | $ 4,331.90 | $ 4,331.90 | $ 20,668.10 | $ | | 0.94% | $ 17,526.12 |
| Sandeep Kattar | Sandeep Kattar | 4-1396 | $ 50,000.00 | $ 50,000.00 | | | $ 8,125.04 | $ 8,125.04 | $ 41,874.96 | $ | | 1.91% | $ 35,509.10 |
| SeaDog Properties LLC / Darrell Odum | Seadog Properties, LLC | 4-381 | $ 24,000.00 | $ 24,000.00 | | | $ 4,398.67 | $ 4,398.67 | $ 19,601.33 | $ | | 0.89% | $ 16,621.52 |
| Steven G. Mouty | Steven G. Mouty | 4-566 | $ 50,000.00 | $ 50,000.00 | | | $ 10,372.27 | $ 10,372.27 | $ 39,627.73 | $ | | 1.81% | $ 33,603.50 |
| Steven Roche | Steven Roche | 4-329 | $ 5,000.00 | $ 5,000.00 | | $ 49.52 | $ 1,140.43 | $ 1,189.95 | $ 3,810.05 | $ | Pre-rollover distributions on loan secured by 7024 S Paxton | 0.17% | $ 3,230.84 |
| Strategic Wealth Ventures, LLC, Brian Kothman Member | Strategic Wealth Ventures, LLC | 4-595 | $ 35,655.00 | $ 35,655.00 | | | $ 7,010.18 | $ 7,010.18 | $ 28,644.82 | $ | | 1.30% | $ 24,290.22 |
| Susan Kalisiak | Susan Kalisiak-Tingle | 4-1438 | $ 9,274.00 | $ 9,274.00 | | | $ 602.82 | $ 602.82 | $ 8,671.18 | $ | | 0.39% | $ 7,352.98 |
| Thomas F. Gordon | Thomas F. Gordon | 4-2023 | $ 100,000.00 | $ 100,000.00 | | | $ 20,161.06 | $ 20,161.06 | $ 79,838.94 | $ | | 3.64% | $ 67,701.78 |

Ex. 1 - 5450-52 S Indiana Avenue (Property 4)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Timothy S Sharp | Timothy Sharp | 4-76 | $ 50,000.00 | $ 50,000.00 | | $ 3,869.43 | $ 8,166.62 | $ 12,036.05 | $ 37,963.95 | $ | Pre-rollover distributions on loan secured by 4611 S Drexel | 1.73% | $ 32,192.65 |
| TMAKINDE, LLC | TMAKINDE, LLC | 4-372 | $ 25,000.00 | $ 25,000.00 | | | $ 1,129.00 | $ 1,129.00 | $ 23,871.00 | $ | | 1.09% | $ 20,242.12 |
| Vartan Tarakchyan | Vartan Tarakchyan, Trustee for defined Benefits Pension Plan and 401K Plan | 4-1118 | $ 30,000.00 | $ - | $ 30,000.00 | | $ 3,361.66 | $ 3,361.66 | $ - | $ 26,638.34 | Claimant agreed to rollover this loan to SSDF4 on 3/27/17 | 0.00% | $ - |
| Verdell Michaux | iPlanGroup Agent for Custodian FBO Verdell Michaux IRA | 4-2039 | $ 5,000.00 | $ 5,000.00 | | | $ 962.26 | $ 962.26 | $ 4,037.74 | $ | | 0.18% | $ 3,423.92 |
| Vivek Pingili | Vivek Pingili | 4-522 | $ 30,000.00 | $ 30,000.00 | | | $ 6,328.33 | $ 6,328.33 | $ 23,671.67 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.08% | $ 20,073.09 |
| Vladimir Matviishin - iPlanGroup Agent for Custodian FBO Vladimir Matviishin | iPlanGroup Agent for Custodian FBO Vladimir Matviishin IRA | 4-1294 | $ 14,000.00 | $ 14,000.00 | | | $ 2,607.93 | $ 2,607.93 | $ 11,392.07 | $ | | 0.52% | $ 9,660.24 |
| Wanda M. Behling | The Wanda M. Behling Trust | 4-1025 | $ 11,219.00 | $ 11,219.00 | | | $ 1,793.19 | $ 1,793.19 | $ 9,425.81 | $ | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 0.43% | $ 7,992.89 |
| William H. Akins, Jr. | Bill Akins Jr. | 4-2003-1 | $ 10,000.00 | $ 10,000.00 | | | $ 1,861.14 | $ 1,861.14 | $ 8,138.86 | $ | | 0.37% | $ 6,901.59 |
| William H. Akins, Jr. (CAMA SDIRA LLC FBO Bill Akins IRA) | CAMA SDIRA, LLC FBO Bill Akins IRA | 4-2003-2 | $ 20,000.00 | $ 20,000.00 | | | $ 3,851.05 | $ 3,851.05 | $ 16,148.95 | $ | | 0.74% | $ 13,693.98 |
| Yin Liu, Ping Xu | Yin Liu & Ping Xu | 4-1368 | $ 200,000.00 | $ 200,000.00 | | | $ 38,988.94 | $ 38,988.94 | $ 161,011.06 | $ | | 7.33% | $ 136,534.06 |
| | | | $ 3,173,736.31 | $ 2,782,692.60 | $ 144,256.00 | | | | $ 2,195,279.13 | $ 133,845.74 | | 100.00% | $ 1,861,551.45 |

| Calculation of Funds Available for Distribution as of 12/31/25 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | | Property # | Account balance as of 2/2/2026 | Approved Fees Held Back (Fee Apps 1-29) | Fee App 30 (Dkt. 1948) | Est. Fees 2026 | Amount Available for Distribution |
| 5450-52 S Indiana Avenue | | 4 | $ 1,901,517.60 | $ 33,785.65 | $ 1,180.50 | $ 5,000.00 | $ 1,861,551.45 |