Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanta IRA Services LLC, FBO Dwight L. Plymale IRA #8006189 | Advanta IRA Services, LLC FBO Dwight L. Plymale IRA #8006189 | 5-847 | $ 97,000.00 | $ 97,000.00 | | | $ 16,173.44 | $ 16,173.44 | $ 80,826.56 | $ - | | 3.55% | $ 19,498.46 |
| Donald Hendrickson | American Estate & Trust FBO Donald R Hendrickson IRA | 5-945 | $ 10,000.00 | $ 10,000.00 | | | $ 1,729.07 | $ 1,729.07 | $ 8,270.93 | $ - | | 0.36% | $ 1,995.27 |
| Karen L Hendrickson | American Estate & Trust FBO Karen L Hendrickson IRA | 5-948 | $ 10,000.00 | $ 10,000.00 | | | $ 1,727.40 | $ 1,727.40 | $ 8,272.60 | $ - | | 0.36% | $ 1,995.67 |
| Lynn Marie Kupfer | American Estate & Trust LC, FBO Lynn Kupfer's IRA | 5-1319 | $ 100,000.00 | $ 100,000.00 | | | $ 16,783.00 | $ 16,783.00 | $ 83,217.00 | $ - | | 3.66% | $ 20,075.13 |
| American Estate and Trust, LC FBO Edward J. Netzel IRA | American Estate and Trust, LC FBO Edward J, Netzel IRA | 5-1057 | $ 10,000.00 | $ 10,000.00 | | | $ 1,827.18 | $ 1,827.18 | $ 8,172.82 | $ - | | 0.36% | $ 1,971.60 |
| Amit Hammer | Amit Hammer | 5-225 | $ 30,000.00 | $ 30,000.00 | | | $ 5,762.08 | $ 5,762.08 | $ 24,237.92 | $ - | | 1.07% | $ 5,847.12 |
| Austin Capital Trust Company on behalf of Summit Trust Company | Austin Capital Trust FBO Patricia Theil IRA 90-0503-01-2 | 5-1178 | $ 25,000.00 | $ 25,000.00 | | | $ 5,009.68 | $ 5,009.68 | $ 19,990.32 | $ - | | 0.88% | $ 4,822.43 |
| Camano Equitites, LLC c/o Charles R. Markley | Camano Equities, LLC | 5-2038 | $ 50,000.00 | $ 50,000.00 | | | $ 7,766.63 | $ 7,766.63 | $ 42,233.37 | $ - | | 1.86% | $ 10,188.31 |
| Clarice Recamara | Clarice Recamara | 5-640-2 | $ 20,169.00 | $ 20,000.00 | | $ 1,869.02 | $ 2,796.77 | $ 4,665.79 | $ 15,334.21 | $ - | Pre-rollover distributions from the loan secured by 4611 S Drexel | 0.67% | $ 3,699.20 |
| Clearwood Funding, LLC | Clearwood Funding, LLC | 5-1276 | $ 50,000.00 | $ 50,000.00 | | | $ 9,569.49 | $ 9,569.49 | $ 40,430.51 | $ - | | 1.78% | $ 9,753.39 |
| Duty, Darrell and Frances | Darrell W. Duty | 5-2018 | $ 4,000.00 | $ 4,000.00 | | | $ 23.11 | $ 23.11 | $ 3,976.89 | $ - | | 0.17% | $ 959.38 |
| David M Harris | David M. Harris | 5-267 | $ 100,000.00 | $ 100,000.00 | | | $ 17,815.32 | $ 17,815.32 | $ 82,184.68 | $ - | | 3.61% | $ 19,826.09 |
| Doron Kermanian | Doron and Nahid Kermanian | 5-380 | $ 25,000.00 | $ 25,000.00 | | | $ 9,511.16 | $ 9,511.16 | $ 15,488.84 | $ - | Distributions include interest paid on loan plus a $4500 referral fee that EquityBuild paid to claimant | 0.68% | $ 3,736.50 |
| Duane A Degenhardt and Linda S. Degnhardt | Duane A Degenhardt and Linda S Degnhardt | 5-2015 | $ 13,385.00 | $ 13,385.00 | | | $ 1,963.17 | $ 1,963.17 | $ 11,421.83 | $ - | | 0.50% | $ 2,755.38 |
| Duke E. Heger and Viviana Heger | Duke E. Heger and Viviana Heger | 5-1408 | $ 35,000.00 | $ 35,000.00 | | | $ 6,117.18 | $ 6,117.18 | $ 28,882.82 | $ - | | 1.27% | $ 6,967.64 |
| Ed A Bancroft | Ed A Bancroft | 5-2008 | $ 14,627.00 | $ 14,627.00 | | | $ 1,997.99 | $ 1,997.99 | $ 12,629.01 | $ - | | 0.56% | $ 3,046.60 |
| Sam Gerber, CEO, Gerber and Associates, REI, LLC | Gerber and Associates, REI, LLC | 5-562 | $ 12,000.00 | $ 12,000.00 | | | $ - | $ - | $ 12,000.00 | $ - | | 0.53% | $ 2,894.86 |
| Grathia Corp | Grathia Corp | 5-1445 | $ 149,081.00 | $ 149,081.00 | | | $ 26,891.79 | $ 26,891.79 | $ 122,189.21 | $ - | | 5.37% | $ 29,476.72 |
| Madison Trust Company custodian FBO Guenter Scheel IRA M1702 | Guenter Scheel | 5-2073 | $ 25,000.00 | $ - | $ 25,000.00 | | $ 2,465.99 | $ 2,465.99 | $ - | $ 22,534.01 | Claimant agreed to rollover this loan to SSDF4 on 12/1/17 | 0.00% | $ - |
| QUEST IRA INC. FBO REBECA E. SAVORY-ROMERO IRA ACCOUNT #15528-11 | Inspira Financial Trust FBO Rebeca E. Savory-Romero IRA Acct. 15528-11 | 5-804 | $33,849.00 | $33,600.36 | | $3,517.19 | $4,106.97 | $7,624.16 | $25,976.20 | $ - | This claim was inadvertently omitted from original Group 2 recommendations. The Receiver recommends disallowing $248.64 pro-rata accrued interest added to principal balance of loan. Pro-rata share of pre-rollover distributions on loan secured by 4611 Drexel. | 1.14% | $ 6,266.45 |
| Dana Speed | iPlan Group Agent for Custodian FBO Dana Speed IRA | 5-684 | $ 169,000.00 | $ 169,000.00 | | | $ 27,115.07 | $ 27,115.07 | $ 141,884.93 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 6.24% | $ 34,228.08 |
| iPlan Group Agent for Custodian FBO Rama Voddi Roth IRA | iPlan Group Agent for Custodian FBO Rama Voddi IRA | 5-799 | $ 33,000.00 | $ 33,000.00 | | | $ 4,972.92 | $ 4,972.92 | $ 28,027.08 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.23% | $ 6,761.21 |
| Teena B Ploeger | iPlan Group Agent for Custodian FBO Teena Ploeger IRA | 5-521 | $ 18,500.00 | $ 18,500.00 | | | $ 3,056.89 | $ 3,056.89 | $ 15,443.11 | $ - | | 0.68% | $ 3,725.47 |
| Easley Family Trust c/o Todd Easley | Easley Family Trust | 5-596 | $ 25,000.00 | $ 25,000.00 | | | $ 4,369.49 | $ 4,369.49 | $ 20,630.51 | $ - | | 0.91% | $ 4,976.87 |
| IPlan Group FBO Garwood Weatherhead IRA Account #3320844 | iPlan Group FBO Garwood Weatherhead IRA Account # 3320844 | 5-1096-1 | $ 13,096.00 | $ 13,000.00 | | $ 1,689.25 | $ 1,436.22 | $ 3,125.47 | $ 9,874.53 | $ - | The Receiver recommends disallowing $96 accrued interest claimant added to principal amount of loan, and deducting pre-rollover distributions from the loan secured by 4611 S Drexel | 0.43% | $ 2,382.12 |
| IPlan Group FBO Garwood Weatherhead IRA Account #3421004 | iPlan Group FBO Garwood Weatherhead IRA Account # 3421004 | 5-1096-2 | $ 16,152.00 | $ 16,152.00 | | $ 2,086.10 | $ 1,771.34 | $ 3,857.44 | $ 12,294.56 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 4611 S Drexel | 0.54% | $ 2,965.92 |

Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iPlanGroup Agent for Custodian FBO Andrew Brooks IRA Account | iPlanGroup Agent for Custodian FBO Andrew Brooks IRA Account 3301018 | 5-203 | $ 6,000.00 | $ 6,000.00 | | | $ - | $ - | $ 6,000.00 | $ - | | 0.26% | $ 1,447.43 |
| iPlanGroup Agent for Custodian FBO Charles Michael Anglin | iPlanGroup Agent for Custodian FBO Charles Michael Anglin | 5-331 | $ 50,000.00 | $ 50,000.00 | | | $ 6,266.70 | $ 6,266.70 | $ 43,733.30 | $ - | | 1.92% | $ 10,550.15 |
| JANICE BURRELL | iPlanGroup Agent for Custodian FBO Janice G. Burrell IRA | 5-689 | $ 50,000.00 | $ 50,000.00 | | | $ 8,844.48 | $ 8,844.48 | $ 41,155.52 | $ - | | 1.81% | $ 9,928.29 |
| Clarice Recamara | iPlanGroup Traditional IRA Clarice Recamara IRA #3301154 | 5-640-1 | $ 25,000.00 | $ 25,000.00 | | | $ 2,094.42 | $ 2,094.42 | $ 22,905.58 | $ - | | 1.01% | $ 5,525.70 |
| John Bloxham | John E. Bloxham | 5-1015 | $ 35,000.00 | $ 35,000.00 | | | $ 5,886.17 | $ 5,886.17 | $ 29,113.83 | $ - | | 1.28% | $ 7,023.37 |
| John Witzigreuter | John Witzigreuter | 5-729 | $ 50,000.00 | $ 50,000.00 | | | $ 9,577.82 | $ 9,577.82 | $ 40,422.18 | $ - | | 1.78% | $ 9,751.38 |
| Joseph P. McCarthy | Joseph P. McCarthy | 5-1367 | $ 10,000.00 | $ 10,000.00 | | | $ 1,775.04 | $ 1,775.04 | $ 8,224.96 | $ - | | 0.36% | $ 1,984.18 |
| Juliette Farr-Barksdale & Thomas Farr | JS Investment Trust | 5-2074 | $25,723.00 | $25,723.00 | | $1,688.95 | $3,480.45 | $5,169.40 | $20,553.60 | $ - | This claim was inadvertently omitted from original Group 2 recommendations. Pre-rollover distributions on loan secured by 7024 S Paxton. | 0.90% | $ 4,958.32 |
| Julie Patel | Julie Patel | 5-409 | $ 35,291.00 | $ 35,291.00 | | $ 1,798.55 | $ 2,751.91 | $ 4,550.46 | $ 30,740.54 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 7024 S Paxton | 1.35% | $ 7,415.80 |
| Keith P Rowland and Jane E Rowland | Keith P. Rowland and Jane E. Rowland | 5-89 | $ 50,000.00 | $ 50,000.00 | | | $ 8,386.77 | $ 8,386.77 | $ 41,613.23 | $ - | | 1.83% | $ 10,038.71 |
| Keith Randall | Keith Randall | 5-1086 | $ 70,000.00 | $ - | $ 70,000.00 | | $ 3,141.26 | $ 3,141.26 | $ - | 66,858.74 | Claimant agreed to rollover this loan to SSDF1 on 6/23/17 | 0.00% | $ - |
| Kevin & Laura Allred | Kevin D. & Laura H. Allred JTWROS | 5-452 | $ 50,000.00 | $ 50,000.00 | | | $ 9,032.60 | $ 9,032.60 | $ 40,967.40 | $ - | | 1.80% | $ 9,882.91 |
| KKW Investments, LLC | KKW Investments, LLC | 5-336 | $ 3,000.00 | $ 3,000.00 | | | $ 555.96 | $ 555.96 | $ 2,444.04 | $ - | | 0.11% | $ 589.60 |
| Koates LLC | Koates LLC | 5-228 | $ 3,200.00 | $ 3,200.00 | | | $ 11.05 | $ 11.05 | $ 3,188.95 | $ - | | 0.14% | $ 769.30 |
| Legacy Trading LLC | Legacy Trading LLC | 5-508 | $ 237,000.00 | $ 237,000.00 | | | $ 42,660.00 | $ 42,660.00 | $ 194,340.00 | $ - | | 8.54% | $ 46,882.26 |
| Phillip G. Vander Kraats | Madison Trust Company Custodian FBO Phillip Vander Kraats M1611034 | 5-628 | $ 1,374.00 | $ 1,374.00 | | | $ 145.35 | $ 145.35 | $ 1,228.65 | $ - | | 0.05% | $ 296.40 |
| Sarah Geldart | Madison Trust Company Custodian FBO Sarah Geldart IRA #M1609069 | 5-1285 | $ 37,500.00 | $ 37,500.00 | | | $ 3,600.13 | $ 3,600.13 | $ 33,899.87 | $ - | | 1.49% | $ 8,177.95 |
| Manuel Camacho | Manuel Camacho | 5-748 | $ 25,000.00 | $ 25,000.00 | | | $ 1,542.34 | $ 1,542.34 | $ 23,457.66 | $ - | | 1.03% | $ 5,658.89 |
| Michael F Grant & L. Gretchen Grant | Michael F. Grant & L. Gretchen Grant Revocable Trust Dates March 16 2012 | 5-393 | $ 50,000.00 | $ 50,000.00 | | | $ 9,165.93 | $ 9,165.93 | $ 40,834.07 | $ - | | 1.80% | $ 9,850.74 |
| Michael Grow | Michael R Grow Jr | 5-375 | $ 100,000.00 | $ 100,000.00 | | | $ 18,065.32 | $ 18,065.32 | $ 81,934.68 | $ - | | 3.60% | $ 19,765.78 |
| Michael Warner, Trustee of Warner Chiropractic Care Center, PC PSP | Michael R. Warner, TTEE Warner Chiropractic Care Ctr. PC PSP Pooled Acct. | 5-78 | $ 24,000.00 | $ 24,000.00 | | | $ 4,250.67 | $ 4,250.67 | $ 19,749.33 | $ - | | 0.87% | $ 4,764.30 |
| Charles P McEvoy | MidAtlantic IRA, LLC FBO Charles McEvoy IRA | 5-232 | $ 100,000.00 | $ 100,000.00 | | | $ 15,338.93 | $ 15,338.93 | $ 84,661.07 | $ - | | 3.72% | $ 20,423.49 |
| Naveen Kwatra | Naveen Kwatra | 5-356 | $ 25,000.00 | $ 25,000.00 | | | $ 4,772.18 | $ 4,772.18 | $ 20,227.82 | $ - | | 0.89% | $ 4,879.73 |
| Alcalli Sabat | Navy Federal Credit Union FBO Alcalli Sabat #9200024290730 | 5-786 | $ 4,301.00 | $ 4,301.00 | | $ 238.04 | $ 539.00 | $ 777.04 | $ 3,523.96 | $ - | Pre-rollover distributions from the loan secured by 4611 S Drexel | 0.15% | $ 850.11 |
| NBFAR Investment, LLC c/o Jason Ragan - TSA | NBFAR Investment, LLC | 5-797 | $ 3,451.00 | $ 3,451.00 | | $ 341.16 | $ 464.49 | $ 805.65 | $ 2,645.35 | $ - | Pro-rata share of pre-rollover distributions from the loans secured by 4611 S Drexel and 7024 S Paxton | 0.12% | $ 638.16 |
| Optima Property Solutions, LLC | Optima Property Solutions, LLC | 5-1023 | $ 48,693.00 | $ - | | | $ 6,559.49 | $ 6,559.49 | $ - | $ - | Claimant transferred this loan to a group of other properties in January 2018 | 0.00% | $ - |
| Pat DeSantis | Pat DeSantis | 5-397 | $ 250,000.00 | $ 250,000.00 | | | $ 46,666.63 | $ 46,666.63 | $ 203,333.37 | $ - | | 8.94% | $ 49,051.80 |
| Patrick Connely | Patrick Connely | 5-964 | $ 20,000.00 | $ - | $ 20,000.00 | | $ 1,288.05 | $ 1,288.05 | $ - | 18,711.95 | Claimant agreed to rollover this loan to SSDF4 | 0.00% | $ - |
| Paul Scribner | Paul S. Scribner Revocable Trust dated, May 15, 2003 | 5-1135 | $ 5,500.00 | $ 5,500.00 | | | $ 534.24 | $ 534.24 | $ 4,965.76 | $ - | | 0.22% | $ 1,197.93 |

Ex. 2 - 7749-59 S Yates Boulevard (Property 5)
Final Distribution Plan

| Claimant Name | Lender Name | Claim Number | Amount Claimed (Invested in Property) | Secured Claim Remaining | Unsecured Claim (This Investment) | Pre-Rollover Distributions | Distributions Received on Property | Total Distributions Received | Max Potential Dist. (Proceeds of Sales) | Max Potential Dist. (Unencumbered) | Receiver's Recommendation Notes | Percentage of Total Claims | Final Distribution Amount as of 12/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peter Jordan | Peter Jordan | 5-282 | $ 76,728.28 | $ - | $ 100,000.00 | | $ 45,858.52 | $ 45,858.52 | $ - | $ 54,141.48 | Claimant agreed to rollover this loan to UPN | 0.00% | $ - |
| PNW Investments, LLC | PNW Investments, LLC | 5-332 | $ 12,000.00 | $ 12,000.00 | | | $ 2,223.83 | $ 2,223.83 | $ 9,776.17 | $ - | | 0.43% | $ 2,358.39 |
| Quantum Growth Holdings LLC | Quantum Growth Holdings, LLC | 5-354 | $ 5,500.00 | $ - | $ 5,500.00 | | $ 395.98 | $ 395.98 | $ - | $ 5,104.02 | Claimant agreed to rollover this loan to SSDF4 | 0.00% | $ - |
| QUEST IRA Inc. FBO Francisco A. Romero Sr. Acct# 25282-11 and Acct# 25282-21 | Quest IRA, Inc. FBO Francisco A. Romero Sr.Acct# 25282-11 | 5-1352 | $ 12,100.00 | $ 12,100.00 | | | $ 1,179.09 | $ 1,179.09 | $ 10,920.91 | $ - | | 0.48% | $ 2,634.54 |
| Raymond Thompson Investment Trust LLC | Raymond Thompson Investment Trust | 5-251 | $ 30,000.00 | $ 30,000.00 | | | $ 1,937.50 | $ 1,937.50 | $ 28,062.50 | $ - | | 1.23% | $ 6,769.75 |
| Robert Potter | Robert Potter | 5-1389 | $ 15,000.00 | $ 15,000.00 | | | $ 2,639.17 | $ 2,639.17 | $ 12,360.83 | $ - | | 0.54% | $ 2,981.91 |
| Shlomo Zussman | Shlomo Zussman | 5-579 | $ 25,000.00 | $ 25,000.00 | | | $ 4,697.18 | $ 4,697.18 | $ 20,302.82 | $ - | | 0.89% | $ 4,897.82 |
| Smart Technologies PSP, Nizarali Jetha - Manager | Smart Technologies PSP | 5-1458 | $ 100,000.00 | $ 100,000.00 | | | $ 17,722.27 | $ 17,722.27 | $ 82,277.73 | $ - | | 3.62% | $ 19,848.54 |
| Steve Weera Tonasut and Esther Kon Tonasut | Steve Weera Tonasut Family Trust dated June 14, 2004 | 5-154 | $ 50,000.00 | $ 50,000.00 | | | $ 8,979.67 | $ 8,979.67 | $ 41,020.33 | $ - | Transaction to roll loan to SSDF6 equity fund was subsequently voided | 1.80% | $ 9,895.68 |
| Steven G. Mouty | Steven G. Mouty | 5-821 | $ 50,000.00 | $ 50,000.00 | | | $ 9,265.93 | $ 9,265.93 | $ 40,734.07 | $ - | | 1.79% | $ 9,826.62 |
| Strategic Wealth Ventures, LLC, Brian Kothman Member | Strategic Wealth Ventures, LLC | 5-595 | $ 23,626.00 | $ 23,626.00 | | $ 2,281.09 | $ 3,276.11 | $ 5,557.20 | $ 18,068.80 | $ - | Pre-rollover distributions from the loan secured by 7024 S Paxton | 0.79% | $ 4,358.89 |
| Susan Kalisiak | Susan Kalisiak-Tingle | 5-1438 | $ 48,226.00 | $ 48,226.00 | | | $ 8,386.09 | $ 8,386.09 | $ 39,839.91 | $ - | | 1.75% | $ 9,610.91 |
| Tolu Makinde | Tolu Makinde | 5-370 | $ 30,000.00 | $ 30,000.00 | | | $ 5,424.00 | $ 5,424.00 | $ 24,576.00 | $ - | | 1.08% | $ 5,928.67 |
| United Capital Properties, LLC | United Capital Properties, LLC | 5-1480 | $ 979.00 | $ 979.00 | | $ 119.29 | $ 130.13 | $ 249.42 | $ 729.58 | $ - | Pro-rata share of pre-rollover distributions from the loan secured by 4611 S Drexel | 0.03% | $ 176.00 |
| Wesley Pittman | Wesley Pittman | 5-469 | $ 32,000.00 | $ 32,000.00 | | | $ 5,692.40 | $ 5,692.40 | $ 26,307.60 | $ - | | 1.16% | $ 6,346.40 |
| White Tiger Revocable Trust, Ira Lovitch, Zinaida Lovitch | White Tiger Revocable Trust | 5-537 | $ 50,000.00 | $ - | $ 50,000.00 | | $ 1,911.80 | $ 1,911.80 | $ - | $ 48,088.20 | Claimant agreed to rollover this investment to SSDF1 on 2/22/17 | 0.00% | $ - |
| | | | $ 2,963,051.28 | $ 2,748,616.36 | $ 270,500.00 | | | | $ 2,274,732.41 | $ 215,438.40 | | 100% | $ 548,752.63 |

| Calculation of Funds Available for Distribution as of 12/31/25 | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | | Property # | Account balance as of 2/2/2026 | Approved Fees Held Back (Fee Apps 1-29) | Fee App 30 (Dkt. 1948) | Est. Fees 2026 | Amount Available for Distribution |
| 7749-59 S Yates Boulevard | | 5 | $ 589,308.21 | $ 34,375.08 | $ 1,180.50 | $ 5,000.00 | $ 548,752.63 |