**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EQUITYBUILD, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-5587<br><br>Hon. Manish S. Shah |

**ORDER GRANTING RECEIVER'S THIRTIETH FEE APPLICATION AND PARTIALLY APPROVING PAYMENT OF FEES, EXPENSES AND PREVIOUSLY HELD-BACK FEES**

WHEREAS, on February 6, 2026, the Receiver filed his Thirtieth Interim Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver and Receiver's Retained Professionals for the Third Quarter of 2025. (Dkt. 1948)

WHEREAS, on February 6, 2026, the Court entered an Order requiring any objections to the Receiver's Thirtieth Fee Application to be filed by February 19, 2026 (Dkt. 1949) and no such objections were filed.

WHEREAS, the Receiver was paid $1,180.50 (without holdback) for fees allocated to Group 2 Property 4 during the period covered by the application pursuant the Court's order. (Dkt. 1954)

WHEREAS, the Receiver was paid $1,180.50 (without holdback) for fees allocated to Group 2 Property 5 during the period covered by the application pursuant the Court's order. (Dkt. 1954)

NOW, THEREFORE, for the reasons stated on the record, the Court finds and ORDERS:

1. Adequate and fair notice has been provided to all interested and potentially interested parties as to the Receiver's Thirtieth Interim Application and proposed fee allocations, and each interested or potentially interested party has had a full and fair opportunity to assert its interests and any objections;

2. The fee application is granted in its entirety, but with a holdback of 20% of the fees (but not expenses) requested in the application;

3. The Receiver is authorized to and shall disburse without delay the following:

a) funds from the Receiver's Account in the amounts of:

i. $982.50 to pay Miller Kaplan for the approved fees set forth on its invoice submitted with the Receiver's Thirtieth Interim Application (less a 20% holdback);

ii. $1,492.50 to pay Sorren for the approved fees set forth on its invoice submitted with the Receiver's Thirtieth Interim Application (less a 20% holdback);

iii. $53,804.00 to pay Rachlis Duff & Peel, LLC for approved fees set forth on its invoices submitted with the Receiver's Thirtieth Interim Application that have not been allocated to specific property accounts or previously paid (after application of a 20% holdback); and

iv. $11,625.68 to reimburse Rachlis Duff & Peel, LLC for approved expenses set forth on its invoices submitted with the Receiver's Thirtieth Interim Application.

4. The Court reserves final approval of the distribution of fees held back in accordance with this Order.

Entered:

______________________________
The Honorable Manish S. Shah

Date: February 27, 2026