# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

United States Securities and Exchange
Commission, et al.

|  |  |
|---|---|
|  | Plaintiff, |

v.

Case No.:
1:18−cv−05587

Honorable Manish S.
Shah

Equitybuild, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

 MINUTE entry before the Honorable Manish S. Shah: Any objections to the 31st fee application (which seeks payment from the operating account) are due 5/19/26. No reply is necessary unless requested by the court. The receiver's proposed distribution plan for Group 10 is due 6/30/26 and a status hearing is set for 7/29/26 at 10:30 a.m. Anyone wishing to listen to these proceedings may do so by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.