

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*\*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   Ronald A. Damashek

Firm    Dickinson Wright PLLC

Street Address   71 S. Wacker Drive, Suite 2700

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   312-377-7858

Email address  rdamashek@dickinsonwright.com

ARDC (Illinois State Bar members, only)  6183820

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-05587 | United States Securities and Exchange Commission v. Equitybuild, Inc. | Judge Manish S. Shah |
| 1:20-cv-01794 | AS Forge LLC v. Continuous Cast Alloys, LLC | Judge Matthew F. Kennelly |
| 1:25-cv-09488 | Huntington National Bank, The v. VS Trucklines, Inc., et al. | Judge Jeannice W. Appenteng |
| | | |
| | | |
| | | |

/s/ Ronald A. Damashek

_____
Signature of Attorney

May 11, 2026

_____
Date

Rev. 07032025