**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States Securities and Exchange
Commission, et al.

                                              Plaintiff,

v.                                                      Case No.:
                                                        1:18–cv–05587
                                                        Honorable Manish S.
                                                        Shah

Equitybuild, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

        MINUTE entry before the Honorable Manish S. Shah: No appearance on 6/16/26 is necessary. If no objections are received by the receiver or filed with the court by 6/17/26, the court intends to grant the motion to approve settlement [1961] without a hearing. The settlement appears to be a fair compromise of the City of Chicago's claims, allowing this case to proceed to final resolution with fewer pending claims, and the amount of the compromise appears to save what would otherwise be greater litigation expenses to the detriment of other unsecured claimants. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.