

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*\*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   Jodi Rosen Wine

Firm   Rachlis Duff & Peel, LLC

Street Address   216 W Jackson Blvd., Suite 975

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-275-5108

Email address   jwine@rdaplaw.net

ARDC (Illinois State Bar members, only)  6209883

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 2018cv05587 | SEC v. EquityBuild, Inc. et al | Hon. Manish S. Shah |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Jodi Rosen Wine                                      June 29, 2026

_____          _____
Signature of Attorney                              Date

Rev. 07032025