**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States Securities and Exchange
Commission, et al.

Plaintiff,

v.
Case No.:
1:18−cv−05587
Honorable Manish S.
Shah

Equitybuild, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 1, 2026:

MINUTE entry before the Honorable Manish S. Shah: The court approves the Receiver's proposed objection procedure on its final distribution plan. Any claimant with an objection to the plan must serve the Receiver with a written objection no later than 21 days after email notice. Objections shall not be filed with the court. To properly maintain a record for possible appeals, the court may authorize filing objections on the docket after the court reviews the Receiver's status report summarizing objections. The Receiver shall respond to objector−claimants no later than 28 days after the objection period, and objector−claimants shall reply to the Receiver within 7 days. Status hearing remains set for 7/29/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.