**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 18-cv-5587** |
| v. | ) ) | **Hon. Manish S. Shah** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | ) ) ) ) | **Magistrate Judge Young B. Kim** |
| Defendants. | ) ) | |

**RECEIVER'S STATUS REPORT ON OBJECTIONS**
**TO PROPOSED GROUP 10 DISTRIBUTION PLAN**

Kevin B. Duff, as receiver for the Estate of Defendants EquityBuild, Inc., EquityBuild

Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun

Cohen, provides this status report on the number and nature of objections to his plan of distribution

for Group 10 claims (Dkt. 1967) that he received on or before the Court's July 22, 2026 deadline

(Dkt. 1969).

The Receiver received the following objections:

| Claimant | Claim Set # | Claimant # | Nature of Objection |
|---|---|---|---|
| Shatar Capital Partners | 5018 | 1483 | Receiver's recommendation regarding claim |
| Capital Investors LLC | 4415 | 1490 | Receiver's recommendation regarding portion of claim. |
| Paper Street Realty | 4347 | 1206 | Receiver's recommendation regarding claim |
| Brad & Linda Lutz | 4299 | 962 | Receiver's evaluation of claim |
| Scott Pammer | 4270 | 827 | Distribution methodology |

Pursuant to the Court's Order (Dkt. 1969), the following is the schedule and procedure with respect to these five objections:

(a)      No later than August 19, 2026, the Receiver will provide notice to each of these claimants of his determination regarding the pertinent objection, and the bases therefore, (the "Notification");

(b)      These five claimants will have until August 26, 2026 to serve the Receiver with a written response to the Notification, if any, which clearly states whether the claimant maintains the objection or accepts the Receiver's further determination of the claim as set forth in the Notification;

(c)      The Receiver may also attempt to settle or compromise one or more of these objections during this period; and

(d)      No later than September 23, 2026, the Receiver will file with the Court: (1) all unresolved objections, with supporting statements and documentation, as served on the Receiver by claimants; and (2) the Receiver's recommendations regarding the claims and objections, with any supporting documents or statements.

Dated: July 27, 2026                                    Respectfully submitted,

                                                        Kevin B. Duff, Receiver

                                        By:     /s/      Michael Rachlis

                                                Michael Rachlis
                                                Jodi Rosen Wine
                                                Rachlis Duff & Peel, LLC
                                                216 W. Jackson Blvd., Suite 975
                                                Chicago, IL 60606
                                                Phone (312) 733-3950
                                                mrachlis@rdaplaw.net
                                                jwine@rdaplaw.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, I electronically filed the foregoing Receiver's Status Report on Objections to Proposed Group 10 Distribution Plan with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the foregoing was served upon counsel of record via the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing report to be served upon all claimants who have submitted claims in this matter by electronic mail.

I further certify that the report will be posted to the Receivership webpage at: https://rdaplaw.net/equitybuild-receivership/

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
216 W. Jackson Blvd., Suite 975
Chicago, IL 60606
Phone (312) 733-3950
mrachlis@rdaplaw.net