# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

United States Securities and Exchange
Commission, et al.

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:18−cv−05587
                                                            Honorable Manish S.
                                                            Shah

Equitybuild, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The court adopts the following schedule as to the Group 10 objections: on 8/19/26 the receiver shall provide notice to claimants of a determination on the objections. Claimants shall serve written responses to the receiver on 8/26/26. All unresolved objections shall be filed with the court by 9/23/26. Continued status hearing is set for 11/4/26 at 10:30 a.m. Lead counsel must be present in person. Any claimant wishing to address the court may do so but must contact susan_mcclintic@ilnd.uscourts.gov by 10/30/26 at 5:00 p.m. to advise if they intend to appear in person or by telephone. The court will respond with further instructions. Anyone wishing to just listen to the proceedings may do so by dialing 1−650−479−3207 and using access code 2302 545 7949. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.