**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) |  |
| Plaintiff, | ) ) | **Civil Action No. 18-cv-5587** |
| v. | ) ) ) | **Hon. Manish S. Shah** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | ) ) ) ) | **Magistrate Judge Young B. Kim** |
| Defendants. | ) ) ) |  |

**RECEIVER'S MOTION FOR COURT APPROVAL**
**OF DISTRIBUTION CONSULTANT RETENTION**

Kevin B. Duff, as receiver ("Receiver") for the Estate of Defendants EquityBuild, Inc., EquityBuild Finance, LLC, their affiliates, and the affiliate entities of Defendants Jerome Cohen and Shaun Cohen (collectively, the "Receivership Defendants"), and pursuant to the powers vested in him by Order of this Court, intends to retain Ankura Consulting Group, LLC ("Ankura") as a distribution consultant, to provide services to assist the Receiver in regard to his proposed receivership distributions and to perform validation actions at the direction of the Receiver. The Receiver now respectfully moves this Court for an order approving his retention of Ankura. In support of his Motion, the Receiver states as follows:

1.      Pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, the Securities and Exchange Commission sought and obtained the appointment of Receiver.  Under the order appointing the Receiver, the Receiver has authority in equity, as well as under 28 U.S.C. §§ 754, 959, and 1692, and Fed. R. Civ. P. 66, and was given broad powers to investigate and

safeguard the assets of Receivership Defendants. Among other powers, the Receiver is authorized to retain Ankura.

2. The Receiver has determined that there is a need to retain Ankura to provide services to assist the Receiver in regard to his proposed receivership distributions and to perform validation actions at the direction of the Receiver.

3. Ankura has agreed to act on behalf of and at the direction of the Receiver, Kevin B. Duff.

4. Neither Ankura nor any of its members hold or represent an interest materially adverse to the interests of the receivership.

5. Ankura is a global expert services and advisory firm specializing in helping clients navigate complex challenges. The proposed scope of work includes the development of a reusable Excel spreadsheet, created from existing work product from the Receiver, that will assist the Receiver in adjusting distribution amounts based on available funds, dividing approved distributions among the individual claimant/lenders in a Claim Set, and providing validation controls, exception reporting, and supporting documentation.

6. The estimated time and budget for this work stream is 20-30 hours at a cost of $9,000-$13,000. The project will be led by a Senior Director, who will perform the majority of the work. Ankura has agreed to charge the receivership at a discount of its standard hourly rates for those directors and associates that work on this engagement. A list of Ankura's hourly rates for its directors and associates that will work on this engagement is attached hereto as **Exhibit A**, and range from $220-$540.

7. Ankura will strive to allocate the work related to this engagement to the lowest billable rate commensurate with the nature of the project.

2

8.     The Receiver believes that Ankura's proposed hourly rates are fair, reasonable, appropriate, and in the best interest of the efficient and economical administration of this receivership.

9.     The Receiver has conferred with counsel for the SEC which has no objection to Receiver's retention of Ankura.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and enter an Order approving Receiver's retention of Ankura Consulting Group, LLC as his distribution consultant, and grant such other relief as the Court deems just and proper.

Dated:  July 30, 2026

Respectfully submitted,

Kevin B. Duff, Receiver

By:     /s/ Michael Rachlis

Michael Rachlis
Jodi Rosen Wine
Rachlis Duff & Peel, LLC
216 W. Jackson Blvd., Suite 975
Chicago, IL 60606
(312) 733-3950
mrachlis@rdaplaw.net
jwine@rdaplaw.net

*Attorneys for Kevin B. Duff, Receiver*

3

**EXHIBIT A - Ankura Consulting Group, LLC Hourly Rates**

| Title | Standard Rate/hr | 20% Disc. Rate/hr |
|---|---|---|
| Senior Managing Director | $675 | $540 |
| Senior Director | $525 | $420 |
| Senior Associate | $375 | $300 |
| Associate | $275 | $220 |