## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

United States Securities and Exchange
Commission, et al.

                                    Plaintiff,

v.                                       Case No.:
                                       1:18−cv−05587
                                       Honorable Manish S.
                                       Shah

Equitybuild, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Receiver's Motion for Court Approval of Distribution Consultant Retention [1974] is granted, no appearance is necessary. The court approves the receiver's retention of Ankura Consulting Group as a distribution consultant. The receiver must seek additional approval if Ankura's bills exceed $12,000. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.