**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EQUITYBUILD, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-5587<br><br>Hon. Manish S. Shah |

**ORDER GRANTING RECEIVER'S THIRTY-SECOND FEE APPLICATION AND PARTIALLY APPROVING PAYMENT OF FEES, EXPENSES AND PREVIOUSLY HELD-BACK FEES**

WHEREAS, on August 10, 2026, the Receiver filed his Thirty-Second Interim Application and Motion for Court Approval of Payment of Fees and Expenses of Receiver and Receiver's Retained Professionals for the Second Quarter of 2026. (Dkt. 1977)

WHEREAS, on August 18, 2026, the Court entered an Order requiring any objections to the Receiver's Thirty-Second Fee Application to be filed by September 1, 2026 (Dkt. 1978) and no such objections were filed.

NOW, THEREFORE, for the reasons stated on the record, the Court finds and ORDERS:

1. Adequate and fair notice has been provided to all interested and potentially interested parties as to the Receiver's Thirty-Second Interim Application and proposed fee allocations, and each interested or potentially interested party has had a full and fair opportunity to assert its interests and any objections;

2. The fee application is granted in its entirety, but with a holdback of 20% of the fees (but not expenses) requested in the application;

3. The Receiver is authorized to and shall disburse without delay the following:

a) funds from the Receiver's Account in the amounts of:

i. $1,176.80 to pay Miller Kaplan for the approved fees and expenses set forth on its invoice submitted with the Receiver's Thirty-Second Interim Application (less a 20% holdback on fees);

ii. $165.00 to pay Sorren for the approved fees set forth on its invoice submitted with the Receiver's Thirty-Second Interim Application (less a 20% holdback);

iii. $134,103.20 to pay Rachlis Duff & Peel, LLC for approved fees set forth on its invoices submitted with the Receiver's Thirty-Second Interim Application (after application of a 20% holdback); and

iv. $15,220.59 to reimburse Rachlis Duff & Peel, LLC for approved expenses set forth on its invoices submitted with the Receiver's Thirty-Second Interim Application.

4. The Court reserves final approval of the distribution of fees held back in accordance with this Order.

Entered:

The Honorable Manish S. Shah

Date: September 4, 2026