**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Civil Action No. 18-cv-5587** |
| **v.** | **Hon. Manish S. Shah** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | **Magistrate Judge Young B. Kim** |
| **Defendants.** | |

# NOTICE OF MOTION

Please take notice that on Tuesday, October 27, 2026 at 9:45 a.m., the undersigned will appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919, and present **Receiver's Motion to Approve Settlement with Shatar Capital Partners and Claim Set 5018 Interest Holders**.

Dated: October 16, 2026

By: /s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
216 W. Jackson Blvd., Suite 975
Chicago, IL 60606
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net

*Attorney for Kevin B. Duff, Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed the foregoing **Notice of Motion** and **Receiver's Motion to Approve Settlement with Shatar Capital Partners and Claim Set 5018 Interest Holders** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing to be served upon all claimants who have submitted claims in this matter by electronic mail.

I further certify that the **Notice** and **Motion** will be posted to the Receivership webpage at: *https://rdaplaw.net/equitybuild-receivership/*.

/s/ Michael Rachlis

Michael Rachlis
Rachlis Duff & Peel, LLC
216 W. Jackson Blvd., Suite 975
Chicago, IL 60606
Phone (312) 733-3950
Fax (312) 733-3952
mrachlis@rdaplaw.net