**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Civil Action No. 18-cv-5587** |
| **v.** | **Judge Manish S. Shah** |
| **EQUITYBUILD, INC., EQUITYBUILD FINANCE, LLC, JEROME H. COHEN, and SHAUN D. COHEN,** | **Magistrate Judge Young B. Kim** |
| **Defendants.** | |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH PAPER STREET REALTY LLC**

WHEREAS, this matter came before the Court on the Receiver's Motion to Approve Settlement with Paper Street Realty LLC ("Paper Street") (Dkt. 1984) (the "Motion").

WHEREAS, the Motion set forth the terms agreed upon by Paper Street and the Receiver contingent on the Court granting the Motion and recommended distributions.

WHEREAS, the Receiver served a copy of the Motion upon all parties receiving notice in this case via this Court's CM/ECF system, and also by electronic mail to all known individuals or entities that submitted a proof of claim in this action.

WHEREAS, the Receiver also posted a copy of the Motion to the Receivership webpage at https://rdaplaw.net/equitybuild-receivership/

WHEREAS, no objections to the Motion were submitted to the Receiver or filed with the Court.

WHEREAS, the SEC does not object to the relief requested in the Motion.

NOW, THEREFORE, the Court, having considered the Motion and the record of this Receivership case and being otherwise duly advised in the premises, hereby finds and ORDERS:

1. The Motion (Dkt. 1984) is GRANTED.

2. Adequate and fair notice has been provided to all interested and potentially interested parties of the claims process, the Receiver's recommendations with respect to Paper Street's claims, and the Motion.

3. The Settlement is fair and reasonable and in the best interest of the Receivership Estate.

4. Within 7 days of the entry of this order, the Receiver shall pay, by wire transfer from the Receiver's account, $5,000.00 to Paper Street in full settlement of its claims (presuming appropriate wire transfer instructions are received in a timely manner).

5. Without either party admitting liability or the validity of any claim, this Settlement resolves all disputes of any kind or nature between the Receiver, the Receivership Estate, and Paper Street, including but not limited to Claim Set 4347 and Paper Street's objection to the Receiver's proposed Group 10 distribution plan.

6. Neither Paper Street nor the Receiver shall appeal from or collaterally attack any rulings associated with Paper Street's claims in this matter.

7. All other claims, objections, or rights that might exist between the Receiver, the Receivership Estate, and Paper Street are hereby released, compromised, and waived such that Paper Street shall receive nothing further from the Receiver or the Receivership Estate.

October 30, 2026

Manish S. Shah
United States District Court Judge